## FOR IMMEDIATE RELEASE

## PREMIER EXHIBITIONS, INC. ANNOUNCES HISTORIC ACQUISITION OF PERSONAL PROPERTY FROM THE TITANIC

Atlanta, GA, July 18, 2007 - Premier Exhibitions, Inc. (NASDAQ: PRXI) through its wholly-owned subsidiaries (collectively the "Company") today announced it has acquired Ownership Rights to the personal property on board the doomed ocean liner RMS Titanic from Liverpool and London Steamship Protection and Indemnity Association Limited (Liverpool and London).

At the time of Titanic's ill-fated maiden voyage, Liverpool and London was the insurer of the personal property on board the ship. By virtue of the settlements it reached with the Titanic passengers and their families soon after the tragedy, Liverpool and London acquired via subrogation ownership rights to the personal property which remained on the vessel. With the acquisition of these rights, the Company now has the lawful claim to ownership.

In 1994, a United States Federal Court declared RMS Titanic, Inc., a wholly owned subsidiary of the Company, as the Salvor-in-Possession of the Titanic. Thirteen years later, the Company remains Salvor-in-Possession and as such is the only company permitted by law to recover objects from the wreck site. The Company has conducted seven research and recovery expeditions and has recovered approximately 5,500 objects.

This new acquisition provides the Company the Ownership Rights to the important personal property still resting at the wreck site.

Admiralty and Maritime legal expert David Bederman, a professor at Emory University School of Law who also serves as maritime counsel to the Company, commented on the legal significance of this agreement: "the Company is now in a unique, although not unprecedented position with respect to a historic wreck. It now has duel roles -- that of Salvor-in-Possession of the wreck, and that as the *de jure* (by right) owner of the personal property from the wreck site. As it has for the past thirteen years, the Company continues to serve as the Salvor-in-Possession, giving it exclusive rights to recover objects from the wreck. Now, as the owner of the subrogation rights to the personal property, the Company is well positioned in a legal sense to claim outright ownership to the personal property recovered from the wreck."

Arnie Geller, the Company's President and Chief Executive Officer, declared this acquisition to be "a dramatic moment in the history of the Company as it yields additional incentive to conduct further rescue archaeology of these important historic objects." He added, "since its first research and recovery expedition in 1987, the Company has proudly maintained it position as the Salvor and custodian of the priceless collection of objects recovered from the wreck of the Titanic. This new acquisition expands the Company's ability to increase its shareholder value."

RMS Titanic, Inc. presently operates "Titanic: The Artifact Exhibition," currently being seen at the Royal BC Museum in Victoria, British Columbia, the Ontario Science Center in Toronto, Ontario, the Tropicana Resort and Casino in Las Vegas, Nevada, the Denver Museum of Nature and Science in Denver, Colorado, the Visual Arts Center in Panama City, Florida, and at the Ostseehalle in Kiel, Germany.

Premier Exhibitions, Inc. is a major provider of museum quality touring exhibitions throughout the world.

Investor Relations:

North Coast Advisors, Inc:
Craig T. Stewart
585-218-7371
cstewart@ncainc.com

Media Inquiries:
Premier Exhibitions, Inc.:
Katherine Morgenstern
404-842-2675
kmorgenstern@prxi.com

## Forward-Looking Statements

Certain of the statements contained in this press release contain forward-looking statements that involve a number of risks and uncertainties. Such forward-looking statements are within the meaning of that term in Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Premier Exhibitions, Inc. has based these forward-looking statements on its current expectations and projections about future events and on currently available information. The forward-looking statements contained in this press release may also include, among other things, statements relating to Premier Exhibitions, Inc.'s anticipated financial performance, business prospects, business developments, strategies and similar matters.

Certain of the factors described in Premier Exhibitions, Inc.'s filings with the Securities and Exchange Commission, including the section of its Annual Report on Form 10-K for the year ended February 28, 2007 entitled "Risk Factors", may affect the future results of Premier Exhibitions, Inc. and cause those results to differ materially from those expressed in the forward-looking statements. Premier Exhibitions, Inc. disclaims any obligation to update any of its forward-looking statements, except as may be required by law.