# Placeholder
(Transcripts are available for viewing in the Clerk's Office.)