UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,

        Plaintiff,

v.                              CIVIL NO. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC,
IN REM,

        Defendant.

### ORDER

The court receives periodic status reports from RMS Titanic, Inc. ("RMST"). The court received a periodic report on April 10, 2015, which detailed a proposed merger between Premier Exhibitions, Inc. ("Premier") and Dinoking Tech Inc. ("DK"), and funding by an investor group. ECF No. 389. The periodic report received on November 4, 2015, stated that Premier had executed all necessary agreements to close on the merger. ECF No. 390.

The court hereby **DIRECTS** RMST to submit the finalized merger agreement between Premier and DK and the finalized agreement between Premier and the investor group referenced in

the periodic reports received on November 4, 2015, and April 10, 2015, within ten (10) days of the date of this Order.[1]

The Clerk is **DIRECTED** to send a copy of this Order to counsel for RMST and Susan L. Watt, Assistant United States Attorney at Norfolk.

**IT IS SO ORDERED.**

                                    /s/
                         Rebecca Beach Smith
                            Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

November 20, 2015

---

[1] To the extent the merger agreement, or any portion thereof, is submitted for filing under seal, all requirements of Local Civil Rule 5 of this court shall be followed and met.

2