IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership
        Plaintiff,

v.                                      Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>IN REM</u>,
        Defendant.

## <u>NOTICE OF APPEARANCE</u>

        PLEASE NOTE the undersigned's appearance as counsel for Amicus United States of America.

        Respectfully submitted,

        Dana J. Boente
        United States Attorney

By: _____/s/_____
        Kent P. Porter
        Assistant United States Attorney
        Virginia Bar Number 22853
        Attorney for the Defendant
        8000 World Trade Center
        101 West Main Street
        Norfolk, VA 23510

757-441-6331
Fax: 757-441-6689
kent.porter@usdoj.gov

## Certificate of Service

I hereby certify that on the 23rd day of May, 2016, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| **Brian Andrew Wainger**<br>Kaleo Legal<br>4456 Corproation lane<br>Suite 135<br>Virginia Beach, VA 23462<br>(757) 965-6804<br>Email: bwainger@kaleolegal.com | **Robert William McFarland**<br>McGuireWoods LLP<br>101 W Main St<br>Suite 9000<br>Norfolk, VA 23510-1655<br>(757) 640-3700<br>Fax: (757) 640-3701<br>Email: rmcfarland@mcguirewoods.com |
|---|---|

_____/s/_____
Kent P. Porter
Assistant United States Attorney
Virginia Bar Number 22853
Attorney for the United States
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax: 757-441-6689
kent.porter@usdoj.gov