IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.        Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
    Defendant.

## MOTION FOR LEAVE TO ALLOW
## COUNSEL TO WITHDRAW FROM CASE

Amicus United States of America moves the Court to permit Supervisory Assistant United States Attorney (AUSA) Susan L. Watt to withdraw as counsel in this case on the grounds that AUSA Watt is retiring, and has left the United States Attorney's Office, effective June 3, 2016. With the entry of appearance by AUSA Kent P. Porter, the United States' interests are fully and effectively represented in this litigation. In support of this Motion, the United States adopts and incorporates by reference the accompanying Memorandum in Support.

WHEREFORE, the United States requests the Court permit Ms. Watt's withdrawal from this case.

    Respectfully submitted,

    Dana J. Boente
    United States Attorney

By: _____/s/_____
Kent P. Porter
Assistant United States Attorney
Virginia Bar Number 22853
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax: 757-441-6689
kent.porter@usdoj.gov

### Certificate of Service

I hereby certify that on the 4th day of June, 2016, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| **Brian Andrew Wainger**<br>Kaleo Legal<br>4456 Corporation Lane<br>Suite 135<br>Virginia Beach, VA 23462<br>Email: bwainger@kaleolegal.com | **Robert William McFarland**<br>McGuireWoods LLP<br>101 W Main St<br>Suite 9000<br>Norfolk, VA 23510-1655<br>Email: rmcfarland@mcguirewoods.com |

_____/s/_____
Kent P. Porter
Assistant United States Attorney
Virginia Bar Number 22853
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax: 757-441-6689
kent.porter@usdoj.gov