IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**R.M.S. TITANIC, INC.,**
successor-in-interest to
**Titanic Ventures, limited partnership,**
   Plaintiff,

v.                 Civil Action No. 2:93cv902

**THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,**
   Defendant.

### UNITED STATES' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO ALLOW COUNSEL TO WITHDRAW FROM CASE

  Amicus United States of America has moved the Court to permit Supervisory Assistant United States Attorney (AUSA) Susan L. Watt to withdraw as counsel in this case. Effective June 3, 2016, AUSA Watt is retiring from federal service, and thereby leaving the United States Attorney's Office. AUSA Kent P. Porter has filed a Notice of Appearance on behalf of the United States and is an experienced civil AUSA in the United States Attorney's Office for the Eastern District of Virginia, Norfolk Division, who is fully equipped to handle this matter. Accordingly, the United States will continue to have effective representation.

  The undersigned has conferred with counsel for Plaintiff, and Plaintiff has no objection to Ms. Watt's withdrawal from the case.

  Accordingly, the United States requests the Court permit Ms. Watt to withdraw from this

case. A proposed Order is submitted herewith.

                                      Respectfully submitted,

                                      Dana J. Boente
                                      United States Attorney

By:        /s/
             Kent P. Porter
             Assistant United States Attorney
             Virginia Bar Number 22853
             Attorney for the United States
             United States Attorney's Office
             8000 World Trade Center
             101 West Main Street
             Norfolk, VA 23510
             757-441-6331
             Fax: 757-441-6689
             kent.porter@usdoj.gov

## Certificate of Service

      I hereby certify that on the 4th day of June, 2016, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| **Brian Andrew Wainger**<br>Kaleo Legal<br>4456 Corporation Lane<br>Suite 135<br>Virginia Beach, VA 23462<br>Email: bwainger@kaleolegal.com | **Robert William McFarland**<br>McGuireWoods LLP<br>101 W Main St<br>Suite 9000<br>Norfolk, VA 23510-1655<br>Email: rmcfarland@mcguirewoods.com |
|---|---|

                                                                /s/_____

                                    Kent P. Porter
                                    Assistant United States Attorney
                                    Virginia Bar Number 22853
                                    Attorney for the United States
                                    United States Attorney's Office
                                    8000 World Trade Center
                                    101 West Main Street
                                    Norfolk, VA 23510
                                    757-441-6331
                                    Fax:   757-441-6689
                                    kent.porter@usdoj.gov