**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,**
                **Plaintiff,**

**v.**                                          **Civil Action No. 2:93cv902**

**THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,**
                **Defendant.**

## ORDER

UPON MOTION OF Amicus United States of America, and for good cause shown, the

motion to permit Supervisory Assistant United States Attorney Susan L. Watt to withdraw as

counsel in this case on behalf of the United States is **GRANTED**.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

At Norfolk, VA
This _____ day of _____, 2016