# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

Tuesday, June 21, 2016

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, CUSDJ

Deputy Clerk: *S. Cherry*            Reporter: Jody Stewart, OCR

| Set: 11:30 a.m. | Started: 11:30 a.m. | Ended: 12:10 p.m. |
|---|---|---|

2:93cv902      R.M.S. TITANIC, INC., etc.
               v.
               The Wrecked and Abandoned Vessel, etc.

   Robert McFarland and Brian Wainger present on behalf of plaintiff.

   Kent Porter, AUSA, present on behalf of Amicus United States of America.

   Matter came on for Status Conference.

   Comments of counsel heard re status of case.

   For the reasons stated on the record, the automatic stay does not pertain to this proceeding.

   The court directed counsel for plaintiff to file by July 15, 2016, the change in corporate structure of Premier and the status of the reserve fund. Further, counsel shall continue to file periodic reports every two (2) months, with a copy sent to Kent Porter. The next status report shall be due by August 15, 2016. Counsel for plaintiff shall also provide a copy of the bankruptcy filings from the Middle District of Florida to the court and to USA.

   Court adjourned.