# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**R.M.S. TITANIC, INC.,**
successor-in-interest to
Titanic Ventures, limited partnership,
   Plaintiff,

v.                Civil Action No. 2:93cv902

**THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,**
   **Defendant.**

## NOTICE

On July 6, 2016, in the United States Bankruptcy Court for the Middle District of Florida (Jacksonville Division), the United States filed an objection to Plaintiff's motion to sell certain Titanic artifacts pursuant to Section 363 of the Bankruptcy Code (11 U.S.C. § 363).   The United States' Objection was docketed in the Bankruptcy Court as ECF No. 73.

A courtesy copy of the Plaintiff's motion to sell was previously hand-delivered to the Court by Plaintiff's counsel on June 21, 2016.

A copy of the United States' objection to that motion, with exhibits, is attached hereto.

        Respectfully submitted,

        Dana J. Boente
        United States Attorney

By:  */s/ Kent P. Porter*
        Kent P. Porter, VSB #22853
        Assistant United States Attorney
        Attorney for the United States
        United States Attorney's Office
        8000 World Trade Center
        101 West Main Street
        Norfolk, VA 23510
        757-441-6331
        Fax:   757-441-6689
        kent.porter@usdoj.gov

## Certificate of Service

I hereby certify that on the 7th day of July, 2016, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| **Brian Andrew Wainger** <br> Kaleo Legal <br> 4456 Corporation Lane <br> Suite 135 <br> Virginia Beach, VA 23462 <br> Email: bwainger@kaleolegal.com | **Robert William McFarland** <br> McGuireWoods LLP <br> 101 W Main St <br> Suite 9000 <br> Norfolk, VA 23510-1655 <br> Email: rmcfarland@mcguirewoods.com |
|---|---|

        */s/ Kent P. Porter*
        Kent P. Porter, VSB #22853
        Assistant United States Attorney
        Attorney for the United States
        United States Attorney's Office
        8000 World Trade Center
        101 West Main Street
        Norfolk, VA 23510
        757-441-6331
        Fax:   757-441-6689
        kent.porter@usdoj.gov