

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,

                    Plaintiff,

v.                                          CIVIL NO. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC,
IN REM,

                    Defendant.

## ORDER

The court receives periodic status reports from RMS Titanic, Inc. ("RMST"). The court received a periodic report on August 8, 2016, which listed the members of the Board of Directors of RMST's parent company, Premier Exhibitions, Inc. ("Premier"), and gave short biographies of the two newly-appointed directors. ECF No. 409.

The court hereby **DIRECTS** RMST to submit the legal address, residence, and domicile of each member of the Premier Board of Directors, within seven (7) days of the date of entry of this Order. Further, all future periodic reports noting changes in the membership of the Premier Board of Directors should include

the legal address, residence, and domicile of the new director(s), as well as any changes in legal address, residence, or domicile that have occurred for any other directors.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for RMST and Kent P. Porter, Assistant United States Attorney at Norfolk.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

August 12, 2016

2