

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

               Plaintiff,

v.

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

               Defendant.

CIVIL ACTION NO: 2:93-CV-902

## NOTICE OF FILING MOTION TO SEAL

NOW COMES Plaintiff R.M.S. Titanic, Inc., by and through counsel, and pursuant to Rule

5(C) of the Rules of the United States District Court for the Eastern District of Virginia, hereby

give notice of filing under seal the unredacted version of Exhibit 1 to the Periodic Report of R.M.S.

Titanic, Inc. on the Progress of Research and Recovery Operations.

Any party or non-party may submit a memorandum in support of or in opposition to the

motion to seal within seven (7) days after the filing of the motion to seal. Any person objecting to

the motion must file an objection with the Clerk within seven (7) days after the filing of the motion

to seal. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Respectfully submitted,

R.M.S. TITANIC, INC.

By Counsel

Counsel:

Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA  23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com

Brian A. Wainger (VSB #38476)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tele: 757/965-6804
Fax: 757/304-6175
Email: bwainger@kaleolegal.com

CERTIFICATION

I hereby certify that a copy of the foregoing has been delivered this day to Kent Porter, Esq., U.S. Attorney's Office, 8000 World Trade Center, Norfolk, VA 23510, this _17_ day of August, 2016.

Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA 23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com

81537217_1