UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division


FILED
AUG 23 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,

          Plaintiff,

v.

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC,
IN REM,

          Defendant.

CIVIL NO. 2:93cv902

## ORDER

On August 10, 2011, the court granted R.M.S. Titanic, Inc.'s ("RMST") Motion to Seal Slides from the Titanic Mapping Project, which were admitted into evidence at the June 30, 2011, hearing. ECF No. 349. The court found that less drastic alternatives to sealing Slides 14, 15, 16, 22, 24, 25, 26, 30, and 32 were not feasible, and directed they be filed "under seal for a period of five (5) years from the date of this order, pending further order of this court." Id. at 3.

The court has reviewed the slides at issue and the reasons for filing them under seal. The court **FINDS** that the slides no longer need to be so maintained. Accordingly, the court **DIRECTS**

the Clerk to unseal Slides 14, 15, 16, 22, 24, 25, 26, 30, and 32 from the Titanic Mapping Project demonstrative exhibit admitted into evidence at the June 30, 2011, hearing. Absent further order of the court, said slide exhibits shall be unsealed effective August 31, 2016.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for RMST and Kent P. Porter, Assistant United States Attorney at Norfolk.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

August 23, 2016