

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

        Plaintiff,

v.

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

        Defendant.

CIVIL ACTION NO: 2:93-CV-902

## ORDER

THIS MATTER is before the Court upon Plaintiff's Motion to File Under Seal the unredacted version of Exhibit 1 to Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations.

And, it appearing to the Court that:

1. The information contained in the unredacted version of Exhibit 1 to the Periodic Report includes and/or refers to highly sensitive/confidential personal information, and Plaintiff has moved to file that version of Exhibit 1 under seal.

2. In compliance with Local Rule 5 of the Rules of this Court and the requirements of *Ashcraft*, Plaintiff has attached a Proposed Order to its Memorandum in Support of its Motion to Seal, and filed a Public Notice of its Motion to Seal.

3. The Court has considered less drastic alternatives to sealing and has allowed reasonable opportunity to object.

Therefore, based upon Plaintiff's filings, and the Court finding good cause being shown, the Court FINDS and ORDERS that less drastic alternatives to sealing are not feasible, and therefore orders that the unredacted version of Exhibit 1 to Plaintiff's Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations be filed under seal by the Clerk. The Court shall retain sealed materials until further order of this Court.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED: 8/31/16

/s/
Rebecca Beach Smith
Chief Judge
United States District Court
Eastern District of Virginia

81536695_1