

**United Nations
Educational, Scientific and
Cultural Organization**

Organisation
des Nations Unies
pour l'éducation,
la science et la culture

Organización
de las Naciones Unidas
para la Educación,
la Ciencia y la Cultura

Организация
Объединенных Наций по
вопросам образования,
науки и культуры

منظمة الأمم المتحدة
للتربية والعلم والثقافة

联合国教育、
科学及文化组织

**Culture Sector**
Cultural Heritage·Protection Treaties Section

US District Court Eastern District of
Virginia
Attn: Chief Judge Rebecca Beach
Smith
600 Granby Street, Norfolk, VA 23510
United States of America

1 December 2016

Ref.: CLT/HER/CHP/16/133

Dear Madam,

Please find enclosed, for your information, a letter concerning artefacts from the
Titanic shipwreck (case 3:16-bk-02230-PMG) addressed to the Premier
Exhibitions and to the RMS Titanic.

Please do not hesitate to contact us, in case you should have any questions.

Yours sincerely,

Ulrike Guerin



RECEIVED

DEC 1 3 2016

R. B. SMITH, CHIEF JUDGE
U.S. DISTRICT COURT, NORFOLK, VA

7, place de Fontenoy
75352 Paris 07 SP, France



**United Nations
Educational, Scientific and
Cultural Organization**

Organisation
des Nations Unies
pour l'éducation,
la science et la culture

Organización
de las Naciones Unidas
para la Educación,
la Ciencia y la Cultura

Организация
Объединенных Наций по
вопросам образования,
науки и культуры

منظمة الأمم المتحدة
للتربية والعلم والثقافة

联合国教育、
科学及文化组织

**Culture Sector**
Division for Heritage

Premier Exhibitions
3045 Kingston Court, Suite 1
Peachtree Corners, Georgia 30071
United States of America

RMS Titanic Inc,
3340 Peachtree Rd NE # 900
Atlanta, GA 30326
United States of America

29 November 2016

Ref.: CLT/HER/CHP/16/133

Dear Sir/Madam,

We were informed that your firm, salvor of certain Titanic artefacts, filed recently for bankruptcy and that you requested permission to sell the artifacts you salvaged from the Titanic in 1987 together with the French institution IFREMER.

As you know, the Titanic is a historically very significant wreck, which's sinking changed in many aspects the attention given to security at sea. It also sank more than a hundred years ago and thus falls under the protection of the UNESCO 2001 Convention on the Protection of Underwater Cultural Heritage, adhered to by already 55 Member States.

The 2001 UNESCO Convention regulates in its Article 2.7 that underwater cultural heritage shall not be commercially exploited. It prohibits the dealing in commercialized artifacts in Article 14, regulating that all States Parties to the Convention will take measures to prevent the entry into their territory, the dealing in, or the possession of, underwater cultural heritage recovered, where recovery was contrary to the Convention (which the recovery of the Titanic artefacts would become through their commercial sale). The Convention also provides for seizure possibilities in Article 18.1, regulating that each State Party will take measures providing for the seizure of underwater cultural heritage in its territory that has been recovered in a manner not in conformity with the UNESCO Convention.

Hence, should RMS Titanic, alone or via a court, sell any Titanic artifacts for commercial purposes, it may violate law implementing the 2001 UNESCO Convention. The sale of the Titanic artifacts would be considered "commercial exploitation" under the 2001 UNESCO Convention and those artifacts may be subject to seizure or other enforcement measures when in the jurisdiction of the fifty-five States Parties to the 2001 UNESCO Convention. Please note that France has also ratified the UNESCO Convention.

.../..

7, place de Fontenoy
75352 Paris 07 SP, France

Thus, we urge you to keep the Titanic collection together, avoiding its irretrievable dispersal, and to seek to make it available to a museum. UNESCO is deeply concerned about the destruction and dispersal of significant underwater cultural heritage, such as the Titanic artefacts. These artifacts are part of the legacy of humanity and should be made available for viewing by the public.

For additional information on the legal aspects of the 2001 Convention or the protection of underwater cultural heritage, you may wish to contact Ms Ulrike Guerin, responsible for the 2001 Convention within the Culture Sector (tel.: + 33 (0) 1 45 68 44 06; e-mail: u.guerin@unesco.org).

Yours sincerely,

M. Rössl

Mechtild Rössler
Director


cc:   Permanent Delegation of the United States of America to UNESCO
      Mr Brian Andrew Wainger, Kaleo Legal
      US Bankruptcy Court
      US District Court Eastern District of Virginia
      Mr Michel L'Hour, DRASSM

7, place de Fontenoy
75352 Paris 07 SP France



235103190 COA2

PRIORITAIRE
PRIORITY

AUTORISATION
99001

Si non dist.,
retour à :

80817
PARIS INTER

99 PARIS INTER

08.12.16

ASENDIA FRANCE

PORT
PAYE
France