UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
SUCCESSOR-IN-INTEREST TO
TITANIC VENTURES, A
LIMITED PARTNERSHIP,

        Plaintiff,

v.                        Civil Case No. 2:93cv902

THE WRECKED AND ABANDONED
VESSEL, ITS ENGINS, TACKLE,
APPAREL, APPURTENANCES, CARGO,
ETC., LOCATED ONE (1) NAUTICAL
MILE OF A POINT LOCATED AT
41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC,
IN REM,

        Defendant.



FILED

JAN 18 2017

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### MINUTE MEMORANDUM ENTRY

This matter came before the court on a Status Review of the R.M.S. Titanic, Inc.'s ("R.M.S.T.") salvage facility in Atlanta, Georgia, on January 9, 2017, during which the court reviewed firthand the intake, preservation, and storage operations for the artifacts from the wreck of the R.M.S. Titanic at the facility. No rulings on any outstanding motions or matters were made during said Status Review. Counsel for R.M.S.T., Brian A. Wainger; Assistant United States Attorney for the Eastern District of Virginia, Kent P. Porter; and representatives from

the United States Department of Commerce, National Oceanic and Atmospheric Administration ("NOAA"), Jackie Rolleri, Attorney-Advisor in the Oceans and Coasts Section of NOAA's Office of General Counsel, Ole Varmer, Attorney-Advisor in the International Section of NOAA's Office of General Counsel, and David Alberg, Superintendent of NOAA's Monitor National Marine Sanctuary, were present. In addition, R.M.S.T.'s Vice-President of Collections, Alex Klingelhofer, and her assistant, Misty Ann Jackson, facilitated and led the review.

The Clerk shall forward a copy of this Minute Memorandum Entry to all counsel of record.

/s/ Rebecca Beach Smith
REBECCA BEACH SMITH
CHIEF JUDGE

January 18, 2017