# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Wednesday, June 28, 2017

MINUTES OF PROCEEDINGS IN  Open Court

PRESENT: THE HONORABLE  Rebecca Beach Smith, CUSDJ

Deputy Clerk: *S. Cherry*                                   Reporter: Jody Stewart, OCR

| Set: 2:00 p.m. | Started: 2:00 p.m. | Ended: 3:35 p.m. |
|---|---|---|
| 2:93cv902 | R.M.S. TITANIC, INC., etc.<br>v.<br>The Wrecked and Abandoned Vessel, etc. | |

Robert McFarland and Brian Wainger present on behalf of plaintiff.

Kent Porter present on behalf of USA.

Matter came on for status hearing.

Comments of court and counsel re Status Reports filed on 1/13/2017, and 5/23/2017 (documents no. 424 and 429).

Evidence presented.

The court directed USA to keep the court informed re the 2017 Appropriations Act, Section 113.

Counsel for plaintiff updated the court on the bankruptcy proceedings.

The court directed counsel for plaintiff to file the Debtor in Possession Finance Agreement by the close of business on June 30, 2017. Further, the court directed counsel for plaintiff to file additional information under seal re Exhibit K.

Statement read into the record by Dr. Robert Ballard.

Court adjourned.

Plaintiff's Exhibits:   A-H - Nondisclosure Agreement and Supporting documents
                        I - Titanic Call Notes - June 1, 2016
                        J - Titanic Call Notes - June 1, 2016
                        K - Update re Officers of RMST