# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Thursday, May 3, 2018

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, CUSDJ

Deputy Clerk: *S. Cherry*                    Reporter: Jody Stewart, OCR

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 11:55 a.m. |
|---|---|---|
| 2:93cv902 | R.M.S. TITANIC, INC., etc._v._The Wrecked and Abandoned Vessel, etc. | |

Robert McFarland and Brian Wainger present on behalf of plaintiff.

Kent Porter, AUSA, present on behalf of USA, with Matthew Troy, US Department of Justice, and Jackie Rolleri, counsel for NOAA.

Matter came on for status hearing.

Comments of court and counsel heard re Status Reports filed since the last hearing on June 28, 2017.

Counsel updated the court on the bankruptcy proceedings in the Middle District of Florida, Ocean Gate expeditions, artifacts in possession of former board member, and any planned 2018 expeditions.

Counsel for USA will submit e-mail communications between NOAA and Ocean Gate regarding planned expedition, and will be marked as Exhibit #3.

Evidence presented.

Court adjourned.

Status Hearing Exhibits:

#1 - Letter from USA to Mr. McFarland and Mr. Wainger, dated 12/19/2017, submitted by USA

#2 - Copy of Motion to Appoint Trustee filed in the bankruptcy proceeding in the Middle District of Florida, submitted by USA

#3 - e-mail communications between NOAA and Ocean Gate (received in Clerk's Office on May 7, 2018 - see above)