# McGUIREWOODS

| Number of Pages (including Fax cover sheet): 2 | | DATE: 5/8/2018 2:33:58 PM | |
|---|---|---|---|
| If all pages are not received, please call the Fax Operator indicated below. | | | |
| TO: | The Honorable Rebecca Beach Smith, Chief Judge | | |
| OFFICE/COMPANY/FIRM: | | | |
| PHONE NUMBER: | | FAX NUMBER: | 757-222-7021 |
| FROM: | Robert W. McFarland | | |
| OFFICE: | Norfolk | DIRECT FAX #: | 757-640-3966 |
| SENDER'S DIRECT DIAL PHONE NUMBER: | | 757-640-3716 | |

**REMARKS:**
Please see the attached correspondence from Rob McFarland.

| OFFICE | GENERAL FAX NUMBER | SWITCHBOARD | FAX OPERATOR |
|---|---|---|---|
| Norfolk, VA | 757/640-3701 | 757/640-3700 | 757/640-3700 |

This Fax is intended for the recipient indicated above. It may be confidential or protected from disclosure by the attorney-client privilege or work-product doctrine. If you have received this Fax in error, please destroy it immediately. Thank you.

McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Tel 757.640.3700
Fax 757.640.3701
www.mcguirewoods.com

Robert W. McFarland
Direct: 757/640.3718

# McGUIREWOODS

rmcfarland@mcguirewoods.com
Fax: 757/640.3966

May 8, 2018

BY FACSIMILE
757-222-7021

The Honorable Rebecca Beach Smith, Chief Judge
United States District Court
600 Granby Street
Norfolk, VA 23510

    RMS Titanic, Inc., etc. v. The Wrecked and Abandoned Vessel, etc
    Civil Action No. 2:93cv902

Dear Chief Judge Smith:

    We are in receipt of a copy of Mr. Porter's letter to you of May 7, 2018. It appears from that letter that in addition to the emails provided as an attachment with that letter, there are additional written communications between Ms. Rolleri and/or Mr. Alberg on behalf of NOAA, with Mr. McCurdy at Ocean Gate and/or with Ocean Gate's counsel, David Concannon.

    We write to request that copies of all written communications between NOAA and the U.S. Department of Justice and Ocean Gate and its counsel be provided to the Court and counsel for RMS Titanic, Inc. Whether those communications should be made part of the Court record (as were the attachments to Mr. Porter's letter of May 7, 2018), including whether any should be filed under seal, can obviously be addressed by the Court after their production.

    We appreciate the Court's assistance. With best wishes, I am

                            Sincerely yours,

                            Robert W. McFarland

RWM/kyw

CC:    Kent P. Porter, Esq. (kent.porter@usdoj.gov)
        Brian A. Wainger, Esq. (bwainger@kaleolegal.com)
        Jackie Rolleri, Esq. (Jackie.rolleri@noaa.gov)

79575645_10