# United States District Court
### Eastern District of Virginia
### Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Chief Judge

June 26, 2018

Robert W. McFarland, Esquire
McGuire Woods
101 West Main Street
Suite 9000
Norfolk, VA 23510

      Re:  RMS Titanic, Inc., etc. v.
            The Wrecked and Abandoned Vessel, etc.
           Case No. 2:93cv902

Dear Mr. McFarland:

    On review of the Periodic Report submitted to the court on June 12, 2018, you reference Exhibit 3 twice: once as the Equity Committee's Disclosure Statement, and once as the Debtors' Response in Opposition to the Motion for Appointment of Chapter 11 Trustee. The Disclosure Statement was actually presented to the court as Exhibit 3, and the court did not receive the Debtors' Response in Opposition, either with the Periodic Report filed with the Clerk or with the court's complimentary copy of the Report. Please file this Response in Opposition as either Exhibit 3A or Exhibit 5, and so inform the court of the filing.

    Thank you for your attention to this matter.

                                        Very truly yours,

                                        Rebecca Beach Smith

RBS/dmt

cc:  Fernando Galindo, Clerk of Court

      Kent Porter, Assistant United States Attorney

      Brian A. Wainger, Esquire