McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Tel 757.640.3700
Fax 757.640.3701
www.mcguirewoods.com

Robert W. McFarland
Direct: 757/640.3718

**McGUIREWOODS**

rmcfarland@mcguirewoods.com
Fax: 757/640.3966

June 28, 2018

HAND DELIVERY

Fernando Galindo, Clerk
United States District Court
600 Granby Street
Norfolk, VA 23510

    RMS Titanic, Inc., etc. v. The Wrecked and Abandoned Vessel, etc
    Civil Action No. 2:93cv902

Dear Mr. Galindo:

    Reference is made to Chief Judge Smith's letter to me of June 26, 2018.

    Enclosed is Plaintiff's Exhibit 5, Debtors' Response in Opposition to the Motion of Euclid Claims Recovery, LLC for Appointment of Chapter 11 Trustee, which was inadvertently misnumbered in, and omitted as an attachment to the Periodic Report submitted to the Court on June 12, 2018. Please file Exhibit 5 with the Periodic Report. Also enclosed is a revised page 2 of the Periodic Report, which corrects the error in referencing this document as "Exhibit 3," and properly references it as "Exhibit 5." With the Court's approval, we would ask that the enclosed page be substituted for the original page. We are delivering copies of Exhibit 5, the corrected page, and this letter to Chief Judge Smith and Mr. Porter, counsel for the United States Government.

    Thank you for your assistance. With best wishes, I am

                  Sincerely yours,

                  Robert W. McFarland

RMW/mgm

Encl

CC:    The Honorable Rebecca B. Smith, Chief Judge (by hand delivery)
        Kent Porter, Esq. (by email and hand delivery)
        Brian A. Wainger, Esq. (by email)