# Delaware
## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "PREMIER ACQUISITION HOLDINGS LLC", FILED IN THIS OFFICE ON THE SIXTH DAY OF JUNE, A.D. 2018, AT 6:05 O'CLOCK P.M.



EXHIBIT
C



Jeffrey W. Bullock, Secretary of State

6919892  8100
SR# 20185011869

Authentication: 202835586
Date: 06-06-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

# CERTIFICATE OF FORMATION
# OF
# PREMIER ACQUISITION HOLDINGS LLC
### A Delaware Limited Liability Company

This Certificate of Formation of Premier Acquisition Holdings LLC (the "Company"), dated as of June 6, 2018, is being duly executed and filed by the undersigned authorized person to form a limited liability company under the Delaware Limited Liability Company Act (6 *Del. C.* §18-101, *et seq*.).

FIRST. The name of the limited liability company formed is "Premier Acquisition Holdings LLC".

SECOND. The address of the registered office of the Company in the State of Delaware and the name and address of the registered agent for service of process on the Company in the State of Delaware are: Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808-1674.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of the date first above written.

By: /s/ Mary Kearney
Mary Kearney, Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:05 PM 06/06/2018
FILED 06:05 PM 06/06/2018
SR 20185011869 - File Number 6919892