**McGuireWoods LLP**
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Tel 757.640.3700
Fax 757.640.3701
www.mcguirewoods.com

Robert W. McFarland
Direct: 757/640.3718

rmcfarland@mcguirewoods.com
Fax: 757/640.3966

# McGUIREWOODS

June 29, 2018

HAND DELIVERY

Fernando Galindo, Clerk
United States District Court
600 Granby Street
Norfolk, VA 23510

    RMS Titanic, Inc., etc. v. The Wrecked and Abandoned Vessel, etc
    Civil Action No. 2:93cv902

Dear Mr. Galindo:

    Enclosed for filing in the above-captioned matter are a Motion to Approve Asset Purchase Agreement and Authorize the Sale of 100% of RMST Stock to Premier Acquisition Holdings, LLC or Other Qualified Purchaser as Approved by the Bankruptcy Court, Memorandum in Support, and Exhibits. We are providing a courtesy copy of the Motion, Memorandum and Exhibits to Chief Judge Smith, and have also delivered copies to counsel for the United States Government.

    Thank you for your assistance. With best wishes, I am

                           Sincerely yours,

                           Robert W. McFarland

RMW/mgm

Encl

CC:    The Honorable Rebecca B. Smith, Chief Judge (by hand delivery)
        Kent Porter, Esq. (by email and hand delivery)
        Brian A. Wainger, Esq. (by email)