IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:93cv902__, Case Name __R.M.S. Titanic, Inc. v. The Wrecked and Abandoned Vessel, believed to be the RMS Titanic__

Party Represented by Applicant: __Royal Museums Greenwich__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __James McClammy__
Bar Identification Number __2945145__    State __New York__
Firm Name __Davis Polk & Wardwell LLP__
Firm Phone # __(212) 450-4000__    Direct Dial # __(212) 450-4584__    FAX # __(212) 701-5584__
E-Mail Address __james.mcclammy@davispolk.com__
Office Mailing Address __450 Lexington Avenue, New York, NY 10017__
Name(s) of federal court(s) in which I have been admitted __State of NJ, State of NY, USCOA/2nd, USCOA/3rd, USDC/EDNY, USDC/NJ, USDC/SDNY__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

__/s/ James L. McClammy__
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

| /s/ Edward J. Powers | 07.31.18 |
|---|---|
| (Signature) | (Date) |
| Edward J. Powers | 32146 |
| (Typed or Printed Name) | (VA Bar Number) |

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____        _____
(Judge's Signature)                        (Date)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading was electronically filed with the Court's ECF system causing ECF notification to be sent to all counsel of record.

/s/ *Edward J. Powers*

Edward J. Powers, Esq. (VSB No. 32146)
Vandeventer Black LLP
101 West Main Street, Suite 500
Norfolk, VA  23510
Telephone:  (757) 446-8600
Facsimile:   (757) 446-8670
epowers@vanblacklaw.com