McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Tel 757.640.3700
Fax 757.640.3701
www.mcguirewoods.com

Robert W. McFarland
Direct: 757/640.3718

**McGUIREWOODS**

rmcfarland@mcguirewoods.com
Fax: 757/640.3966

July 27, 2018

BY FACSIMILE
757-222-7021

The Honorable Rebecca Beach Smith, Chief Judge
United States District Court
600 Granby Street
Norfolk, VA 23510

> RMS Titanic, Inc., etc. v. The Wrecked and Abandoned Vessel, etc
> Civil Action No. 2:93cv902

Dear Chief Judge Smith:

Following the most recent hearing on May 3, 2018, the Court set a hearing for August 10, 2018. That hearing was scheduled with the optimistic expectation that it would be held after the Bankruptcy Court for the United States District Court for the Middle District of Florida, Jacksonville Division, ruled on the purchase of the assets of Premier Exhibitions, Inc. The Bankruptcy Court held a status conference on July 25, 2018, to review the competing plans of the parties therein as to the purchase and sale of Premier Exhibitions' assets. The Bankruptcy Court took the matter under advisement.

In light of where the matter stands in the Bankruptcy Court, RMST believes it would not be beneficial or efficient to this Court to proceed with the hearing presently set on August 10, 2018. Accordingly, and after confirming with counsel for the United States that they have no objection to the request, we ask that the hearing set for August 10, 2018, be generally continued, until further rulings from the Bankruptcy Court. We will, of course, keep the Court informed as to all developments in the Bankruptcy Court proceedings.

We appreciate the Court's attention to and assistance with this matter. With best wishes, I am

Sincerely yours,

*Robert W. McFarland*

Robert W. McFarland

RWM/kyw

CC: Kent P. Porter, Esq. (kent.porter@usdoj.gov)
    Brian A. Wainger, Esq. (bwainger@kaleolegal.com)
    Jackie Rolleri, Esq. (Jackie.rolleri@noaa.gov)