# United States District Court
### Eastern District of Virginia
### Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
Chief Judge

July 31, 2018

Robert W. McFarland, Esquire
McGuire Woods
101 West Main Street
Suite 9000
Norfolk, VA 23510

    Re:  RMS Titanic, Inc., etc. v.
           The Wrecked and Abandoned Vessel, etc.
           Case No. 2:93cv902

Dear Mr. McFarland:

    The court received your letter requesting that the hearing set for August 10, 2018, be generally continued to await further developments in the bankruptcy court proceedings. The court declines to remove the hearing from its docket, as there are any number of matters that need to be addressed as a result of your recent status reports and notices to the court.

    This court will hold a status hearing on this case on August 10, 2018, at 11:00 a.m.

                                 Very truly yours,

                                 Rebecca Beach Smith

RBS/dmt

cc:  Kent Porter, Assistant United States Attorney

      Brian A. Wainger, Esquire

      Jackie Rolleri, Esquire