IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:93cv902__, Case Name __R.M.S. Titanic, Inc. v. The Wrecked and Abandoned Vessel, believed to be the RMS Titanic__
Party Represented by Applicant: __National Maritime Museum__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Timothy Graulich__
Bar Identification Number __454202__   State __New York__
Firm Name __Davis Polk & Wardwell LLP__
Firm Phone # __212 450 4000__   Direct Dial # __212 450 4639__   FAX # __212 701 5639__
E-Mail Address __timothy.graulich@davispolk.com__
Office **Mailing** Address __450 Lexington Avenue, New York, New York 10017__

Name(s) of federal court(s) in which I have been admitted __U.S. Supreme Court, U.S. Court of Appeals, 2nd Circuit, US Court of Appeals 3rd Circuit, US Court of Appeals, 5th Circuit, US District Court NJ; US District Courts - E.D. NY; S.D. NY; W.D. NY__
I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __xx__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Edward J. Powers                           07.31.2018
(Signature)                                    (Date)
Edward J. Powers                               32146
(Typed or Printed Name)                        (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____


_____          _____
(Judge's Signature)                    (Date)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading was electronically filed with the Court's ECF system causing ECF notification to be sent to all counsel of record.

/s/ *Edward J. Powers*

Edward J. Powers, Esq. (VSB No. 32146)
Vandeventer Black LLP
101 West Main Street, Suite 500
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
epowers@vanblacklaw.com