UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



R.M.S. TITANIC, INC.,
successor-in-interest to Titanic
Ventures, limited partnership,

        Plaintiff,

v.

        CIVIL ACTION NO. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A
POINT LOCATED AT 41 43' 32" NORTH
LATITUDE AND 49 56' 49" WEST
LONGITUDE, BELIEVED TO BE THE R.M.S.
TITANIC, IN REM,

        Defendant.

### ORDER

On May 3, 2018, a status hearing was set in this case for August 10, 2018. In the past few days, a number of additional matters have arisen that need to be addressed at the status hearing. Accordingly, the court removes the current status hearing scheduled for August 10, 2018, from the docket and **DIRECTS** the Calendar Clerk to reset the hearing on August 21 or 22, 2018, depending upon the availability of counsel on those dates.

The Clerk shall forward a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

August 8, 2018

2