THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
Successor in interest to Titanic
Ventures, limited partnership,

    Plaintiff,

v.                                                                                  Civil Action No.: 2:93cv902

The Wrecked and Abandoned
Vessel, . . . believed to be
The RMS TITANIC, in rem,

    Defendant.

## DECLARATION OF DR. KEVIN FEWSTER

1. My name is Dr. Kevin Fewster. I am the Director of Royal Museums Greenwich, a position that I have held for over ten years. I submit this declaration in support of the Motion to Intervene of the Trustees of the National Maritime Museum.

2. The National Maritime Museum ("NMM") was founded by an Act of the U.K. Parliament in 1934. It is the largest and preeminent maritime museum in the world and also includes the Queen's House, the Greenwich Royal Observatory and the historic clipper ship *Cutty Sark*. The collective brand name for the four sites is Royal Museums Greenwich which collectively receive over 2.5 million visitors each year. NMM is a statutory corporation and a charity. It is one of a select group of national museums and galleries that receives direct government funding from the U.K. Parliament.

3. NMM is the leading custodian of the United Kingdom's maritime heritage. NMM's in-house professional conservation experts have significant experience

Exhibit 2

in the preservation and conservation of maritime artifacts for the benefit of the public, now and in the future, and NMM's standards and procedures are externally audited and accredited as such every three years.

4. NMM exists to advance the public's access to maritime heritage through its exhibitions, displays, and its educational and research programs. In 1994, NMM staged the first major exhibition displaying the artifacts recovered from the R.M.S. *Titanic* wreck site (the "Titanic Collection"), which explored the significant historic and cultural legacy of the ship. In February 1995, NMM convened an international conference in Greenwich, London to find ways to protect underwater cultural heritage within the existing framework of international law. In January 1996, the National Maritime Museum convened a follow-up conference to debate and gain support for the International Law Association's draft convention to protect underwater cultural heritage. This convention was subsequently adopted by the United Nations Educational, Scientific and Cultural Organization ("UNESCO") and, in 2001, became the UNESCO Convention on Underwater Cultural Heritage. The R.M.S. *Titanic* came within the scope of that convention in 2012.

5. NMM has worked in collaboration with the National Museums and Galleries of Northern Ireland ("NMNI"), the Titanic Foundation[1] and Titanic Belfast Ltd. ("Titanic Belfast"),[2] as well as the Official Committee of Unsecured Creditors and Running Subway Productions, LLC, in order to craft a joint proposal for the purchase and display of the Titanic Collection. It is NMM's intention that, should it ultimately succeed

---

[1] The Titanic Foundation is a Northern Ireland government established charity that owns the Titanic Belfast building and oversees the Titanic Quarter precinct within central Belfast.

[2] Opened in 2012, 100 years after R.M.S. *Titanic*'s fateful maiden voyage, Titanic Belfast was developed in collaboration with Dr. Robert Ballard to present the public with a comprehensive and interactive education about Edwardian Belfast, the Harland and Wolff shipyard, R.M.S. *Titanic*, its passengers, and the scientists who discovered her.

Exhibit 2

in purchasing the Titanic Collection, the artifacts will be prominently displayed at NMM and at Titanic Belfast, adjacent to the slipway where R.M.S. *Titanic* was built.

6.   It is the goal of NMM to return the Titanic Collection to the United Kingdom, to be held in perpetual public ownership, to be conserved and curated as an integral whole, and saved for public display, historical review, and scientific and scholarly research that will inure to the benefit future generations.

I declare under penalty of perjury that the forgoing is true and correct.

Signed in London, United Kingdom on the 12 day of August, 2018.

Dr. Kevin Fewster

3

Exhibit 2