# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Tuesday, August 21, 2018

MINUTES OF PROCEEDINGS IN  Open Court

PRESENT: THE HONORABLE  Rebecca Beach Smith, CUSDJ

Deputy Clerk: S. Cherry                    Reporter: Jody Stewart, OCR

| Set: 1:00 p.m. | Started: 1:00 p.m. | Ended: 2:05 p.m. |
|---|---|---|
| 2:93cv902 | R.M.S. TITANIC, INC., etc.<br>v.<br>The Wrecked and Abandoned Vessel, etc. | |

Robert McFarland and Brian Wainger present on behalf of plaintiff.

Kent Porter, AUSA, present on behalf of USA, with Matthew Troy, US Department of Justice, and Jackie Rolleri, counsel for NOAA.

Matter came on for continuation of Status Hearing (from 5/3/2018).

Comments of court heard.

Counsel updated the court on the bankruptcy proceedings in the Middle District of Florida.  Comments also heard from Harris Winsberg (Bankruptcy counsel for RMST).

Counsel for RMST and USA shall submit a report on or before September 7, 2018, re bankruptcy hearing on 8/30/2018.

Comments of USA and court heard re status report filed on 7/25/2018 (ECF #46).

Comments of counsel heard re the pending Motions to Intervene.

Continuation of Status Hearing and hearing on the pending Motions to Intervene scheduled for September 18, 2018, at 1:00 p.m.

Court adjourned.

Also present in the courtroom:  John Neary and Peter Gurfein (Motion to Intervene filed by The Official Committee, ECF #471); Eddie Powers and Timothy Graulich (Motion to Intervene filed by Trustees of the National Maritime Museum, ECF #474); Harris Winsberg, Bankruptcy counsel for RMST.