UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
AUG 2 2 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

R.M.S. TITANIC, INC.,
SUCCESSOR-IN-INTEREST TO TITANIC
VENTURES, LIMITED PARTNERSHIP,

        Plaintiff,

v.                         Civil Case No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC.,
LOCATED WITHIN ONE (1) NAUTICAL
MILE OF A POINT LOCATED AT 41 43'
32" NORTH LATITUDE AND 49 56' 49"
WEST LONGITUDE, BELIEVED TO BE THE
R.M.S. TITANIC, IN REM,

        Defendant.

## MINUTE ENTRY

On August 21, 2018, this matter came before the court on the continuation of a Status Conference originally held on May 3, 2018. The matters of record addressed were as follows: general updates in the bankruptcy court proceeding; the Motions to Intervene, filed on August 17, 2018, by The Official Committee of Equity Security Holders of Premier Exhibitions, Inc., and Trustees of the National Maritime Museum, ECF Nos. 471, 474; the Motion to Approve the Asset Purchase Agreement, filed by R.M.S. Titanic, Inc. on June 29, 2018, ECF No. 448; and

the Status Report filed by the United States on July 25, 2018, ECF No. 456.

For the reasons stated on the record, no dispositive rulings were made by this court on either the Motions to Intervene or the Motion to Approve the Asset Purchase Agreement. As a result of the Status Conference, a further hearing is set for September 18, 2018, at 1:00 P.M. to address the Motions to Intervene, the status of the bankruptcy proceeding, and any other matters that may arise in the interim.

The Clerk shall forward a copy of this Minute Entry to all counsel of record.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

August 22, 2018