


23 August 2018

The Honorable Rebecca B. Smith, Chief Judge
United States District Court
600 Granby Street
Norfolk, VA 23510

Dear Judge Smith,

I have been in considerable correspondence with Mr. David Alberg and Ms. Jackie Rolleri of NOAA, and Mr. Brian Wainger of RMST regarding our plans to dive adjacent to the wreck of the RMS *Titanic*. They have advised that I contact you directly to formally advise you of our intention to conduct up to six manned-submersible dives on the wreck of the RMS *Titanic* in early fall 2018. Our expedition is entirely private (i.e. non-commercial) and has no intention of interfering with the physical shipwreck or its debris-field in any way.

With regard to the international agreement I wish to provide you with the following information:

**(a) the objectives of the project;**

Conduct up to six private dives via a 2-man submersible to the RMS *Titanic*.

**(b) a general description of the methodology and techniques to be employed;**

Our primary expedition platform is the DSSV *Pressure Drop* (formally NOAAS *McArthur II*) which is the mother ship for our submersible and three free-fall landers.

Each dive will consist of the deployment of a human occupied vehicle, which is a fully-classed vehicle with 6000m+ depth capability. The submersible weighs 12 tonnes in air, but is ballasted to be neutrally (or slightly positively) buoyant in water; the submersible is always flown to remain clear of contact with the seabed, geology and wrecks. It is a highly maneuverable vehicle with 10 thrusters. It has excellent visibility provided by the three viewports and an array of surrounding cameras.

The submersible will be recovered between dives. Two landers will be deployed for the purposes of communication with the submersible and to assist with navigation, and will remain on the bottom for the duration of our two dives. The landers weigh 920 kg in air, and are positively buoyant



(requiring ballast to descend).

**(c) a description of the anticipated funding;**

The expedition is entirely privately funded by the owner of the submersible.

**(d) a provisional timetable for completion of the project;**

Our voyage dates are approximately 29 September to 8 October, 2018 (St. John's/St John's).

**(e) the composition, qualifications and responsibilities of the anticipated team;**

Our expedition will be lead by myself, as I have had several years of experience as the General Manager of Deep Ocean Expeditions and have conducted several dives to the RMS *Titanic*. Our primary expedition vessel will be commanded by Captain Stuart Buckle (U.K.). Short bios for both are attached. The expedition will also include RMS *Titanic* history specialist Mr. Parks Stephenson, who will accompany the pilot on the initial two dives.

**(f) the proposal for or results of all preliminary work;**

The expedition only intends to collect imagery with cameras on the landers and an external standard definition camera on the submersible for the primary of purpose of submersible situational awareness and navigation. The submersible is the subject of a wider BBC sponsored documentary, which may or may not utilize the standard definition imagery.

**(g) if applicable, plans for post-fieldwork;**

N/A

**(h) if applicable, a conservation and curation plan;**

N/A

**(i) a documentation program;**

N/A

**(j) a safety policy;**

The DSSV *Pressure Drop* is an ABS classed full SOLAS vessel operated by a commercial crew. The



submersible is a DNV-GL classed vehicle and as such has an extensive safety management plan.

*(k) if applicable, arrangements for collaboration with museums and other institutions;*

N/A

*(1) report preparation, contents, and dissemination;*

N/A

*(m) if applicable, the anticipated disposition of archives, including artifacts; and*

N/A

*(n) if applicable, a program for publication.*

N/A

No collection or disturbance of any artifact will be undertaken.

In assessing the implications of Section VII-19-a, please note our expedition never discharges garbage at sea and will refrain from discharging black water or grey water within 10 NM of the wreck site or 15 NM up current.

Our submersible and landers do use raw steel drop weights, and these will only be deposited well clear of the wreck and the debris field, and within the coordinates listed in IMO MEPC.1/Circ.779. The landers are free-fall devices i.e. they are not controlled during their flight. However we have great confidence in our ability to target these devices precisely based on our experience with deploying navigation transponders for the dozens of dives conducted with the Mir submersibles. We also believe we have a good understanding of the dynamics of the currents given our experiences of running very fine gauge fiber optic cable down to the wreck for the purposes of James Cameron's live broadcast.

No additional material (plaques, memorials, flowers, etc.) will be deposited.

Please do not hesitate to contact me if you have any questions. Again I wish to reiterate that we will not physically interfere with the wreck in any way or attempt to salvage artifacts. This is consistent with our approach to every dive we have ever made at this site, or at any other.

Registered Office: Knox House, 16-18 Finch Road, Douglas, Isle of Man, IM1 2PT
Incorporated in the Isle of Man - Company No. 012273V



Yours faithfully,

Rob McCallum
Expedition Leader
EYOS Expeditions Ltd
rob@eyos-expeditions.com
+1 801 3907025

Registered Office: Knox House, 16-18 Finch Road, Douglas, Isle of Man, IM1 2PT
Incorporated in the Isle of Man - Company No. 012273V



## ROB McCALLUM
## EYOS Founding Partner, Expedition Leader & Mission Designer.

Seattle-based New Zealander Rob McCallum is a professional expedition leader and consultant who has planned, managed and led expeditions for a wide variety of clients in the most remote parts of our planet. With a diverse background ranging from helping guide a complete Antarctic circumnavigation by icebreaker to extensive deep-ocean searching, he has spent decades mounting complex logistical operations in remote and often hostile regions. He is the co-founder of EYOS Expeditions, widely regarded as the world's foremost provider of marine based private expedition services. Together he and his team have planned and managed over 1000 safe and successful expeditions.

Robs expedition career began leading expeditions to Papua New Guinea, Vanuatu and French Polynesia as a commercial divemaster. He also has spent two decades of guiding and leading expeditions in the Arctic and Antarctic, including extensive time in the Ross Sea.

An acknowledged expert in deep-water submersible operations, he has led multiple expeditions to the RMS *Titanic* (4000m) and battleship *Bismarck* (5000m) utilizing the twin 'Mir' submersibles (6000m). Since 2007 he has used his M.Sc (management) to help with design and management of many complex deep-water expeditions, including the search for Air France 447. In 2012 he was the coordinator for the P.N.G. test program for James Cameron's record-setting dive to the Mariana Trench in *Deep Challenger*.

Combining his expertise in deep-ocean operations with expedition management, he managed the construction of the research vessel and yacht *Alucia* over four years. The extensive refit included the integration of three manned submersibles. Today, the vessel is still widely considered the world's foremost deep-water expedition vessel.

Rob consults regularly to clients in the private and commercial worlds about submersible selection, integration and operation aboard a wide variety of vessels. This includes a partnership between EYOS Expeditions and Damen Shipyards, one of Europe's largest ship builders) on the design build and operation of the SeaXplorer yachts. Each SeaXplorer has been designed to operate with two manned submersibles onboard and is considered the best expedition yacht on the market.

In addition to working with exclusive clients interested in exploring beyond the beaten path, Rob has consulted for the National Geographic Society, Discovery Channel, the Norwegian Navy, BBC, NHK and CNN. He is a licensed aircraft pilot, a PADI Dive Master and an enthusiastic member of the Explorers Club (NY) and a Fellow of the Royal Geographical Society in London.

Rob will be responsible for the overall coordination of the Caladan Oceanic Expedition, including the extensive preparations and planning, as well as the day to day operational leadership. The expedition is expected to add to the long list of world firsts and world records achieved with assistance from EYOS Expeditions.

# Captain Stuart Buckle – Master Mariner



3 Canniesburn Drive, Bearsden, Glasgow G61 1RX
+44 (0)7801 754915
stuart303@gmail.com

## NOTABLE KEY SKILLS AND EXPERIENCE

- STCW Master (unlimited)
- Early command experience (31 years old on first command)
- Ability to run and manage complex multi-task operations
- Dynamic problem solver who is able to discuss, plan, modify and implement expeditions and projects efficiently and safely at short notice
- Proven track record in developing and maintaining an effective safety culture on board
- Extensive hands on driving experience with conventional propellers, thrusters and Azi pods
- Nautical advisor to James Cameron
- 15 years experience in safely facilitating vessel based underwater operations. Including surface diving, Deep water saturation diving. Remotely operated submersibles in shallow and deep water and manned submersibles in extreme ocean depths
- 15 years Dynamic Positioning (DP) experience with excess of 15000hrs as operator
- Wide-ranging experience in commissioning and trials of new builds, conversions and existing vessels
- Comprehensive worldwide navigational experience including cruising in remote areas, transiting world's busiest shipping lanes and trans ocean voyages.
- Significant shipyard experience representing owner's interests with new builds, refits / dry dockings and conversions.
- Considerable experience dealing with classification societies, flag states and 3rd party auditors to obtain or maintain all vessel statutory certification
- Used to managing vessels with large number of non seafaring personnel on board

Captain Stuart Buckle – Master Mariner

## PROFESSIONAL EXPERIENCE

### Siem Stingray - Captain
Oct 2014 – Present
120m 9000t New build Deep water construction vessel.
Long term contract in the Gulf Of Mexico completing all construction, inspection, maintenance and repair of BP's subsea assets in up to depths of 3000m using ROV's and vessels 250T crane.

### Rem Poseidon - Captain
Jan 14 – Oct 14
93m 4800t Multi Purpose Support Vessel
Operating in Mexican waters in the Gulf of Mexico carrying out various tasks from construction, flotel for platform workers to using special tool deployed subsea to bury recently installed pipeline. Completed 5 year special surveys / dry docking with DNV

### Crest Alpha 1 – Extra Captain / Instructor
Nov 13 – Dec 14
65m 3500T New build platform supply vessel.
Operating of the coast of Tanzania I was employed as extra Captain to train and instruct permanent crew in use of Azi pod thrusters and latest generation DP system. Also responsible for design and implementation of all procedures and operational documentation and training crew in their use.

### Topaz Captain - Captain
Jul 13 – Sep 13
92m 4000T Multi Purpose Support Vessel.
Operating in the Bay of Campeche Mexico, carrying out construction and
Accommodation support for oil rigs. Work included surface gas supplied
Diving operations

### Crest Odyssey 2 - Captain
Apr 12 – Jan 13
83m 5000T Dive Support Vessel (DSV)
Operating in Singapore, Malaysia, Indonesia and Australia. Purpose built new DSV with inbuilt saturation diving system enabling 12 divers to live and work in up to 300m water depth. Divers lowered and recovered to vessel using diving bell.

I joined vessel in shipyard in Singapore, successfully completed
commissioning and trials before completing first contract in Malaysia and then
taking vessel to Australia where Australian crew took over.

### Mermaid Sapphire – Captain
Jan 11 – Mar 12
62m 2000T Remotely operated vehicle (ROV) Support Vessel
Operating in Gulf of Thailand, Sakhalin Island in Russia conducting survey and light construction work.

I was Captain for the duration of time the vessel was utilised as the expedition vessel for James Cameron's Deep Sea Challenge expedition. During this time we sailed from Singapore to Sydney, on to Papua New Guinea, Micronesia, Guam and onto the Marianas trench where we successfully completed manned submersible dive to the deepest point known to man.
www.deepseachallenge.com