







Rob McCallum
1628 11th Ave W
Seattle WA 98119