IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.                                                Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
      Defendant.

STATUS REPORT
Re: AUGUST 30, 2018 BANKRUPTCY COURT HEARING

The United States, as *amicus*, and on behalf of its National Oceanic and Atmospheric Administration ("NOAA"), provides the following status report:

On August 30, 2018, the Bankruptcy Court for the Middle District of Florida conducted an evidentiary hearing to consider: (1) the Equity Committee's Disclosure Statement and Chapter 11 Plan ("EC Plan"); (2) the Unsecured Creditors' Committee ("UCC") Disclosure Statement and Chapter 11 Plan, submitted in conjunction with the National Maritime Museum ("UCC/NMM Plan"); and (3) the *Debtors' Motion for Entry of an Order Approving Competitive Bidding and Sale Procedures . . . .*" ("Debtors' Sale Motion"). The Bankruptcy Court took the matters under advisement, and has not yet issued a decision.

Several significant developments occurred during the hearing. First, the Stalking Horse Purchaser increased its bid price from $17.5 million to $19.5 million under the Debtors' Sale

Motion. Following that announcement, the UCC advised the Bankruptcy Court that it would now support the Debtors' Sale Motion.

Second, 417 Fifth Avenue Real Estate, LLC, the landlord for Debtors' New York City exhibition space and Debtors' largest unsecured creditor, advised the Bankruptcy Court that it would oppose and vote against both the UCC/NMM Disclosure Statement and Plan and the EC's Disclosure Statement and Plan. RMST believes this unsecured creditor's opposition effectively blocks approval and confirmation of either the EC's Plan or the UCC/NMM's Plan by the Bankruptcy Court. *See* ECF No. 485 at 4.

On September 3, 2018, NMM filed a post-hearing statement asking that the Bankruptcy Court "hold in abeyance its decision with respect to the [UCC/NMM] Disclosure Statement until further order of this Court . . . [and] without prejudice to the Court's current consideration of [Debtors'] bidding procedures and Equity Committee Plan." *See* Exhibit 1 at 2. NMM further acknowledged that, in light of 417 Fifth Avenue's stated position concerning the two Plans, further action on the UCC/NMM Plan would be futile. *Id.*

        Respectfully submitted,

        G. Zachary Terwilliger
        United States Attorney

By:   /s/ *Kent P. Porter*
       Kent P. Porter, VSB No. 22853
       Assistant United States Attorney
       Attorney for the United States
       United States Attorney's Office
       8000 World Trade Center
       101 West Main Street
       Norfolk, VA 23510
       757-441-6331
       Fax: 757-441-6689
       kent.porter@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of September, 2018, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| **Brian Andrew Wainger**<br>Kaleo Legal<br>4456 Corporation Lane<br>Suite 135<br>Virginia Beach, VA 23462<br>Email: bwainger@kaleolegal.com | **Robert William McFarland**<br>McGuireWoods LLP<br>101 W Main St<br>Suite 9000<br>Norfolk, VA 23510-1655<br>Email: rmcfarland@mcguirewoods.com |
| **Edward J. Powers**<br>Vandeventer Black LLP<br>101 West Main Street, Suite 500<br>Norfolk, VA 23510<br>epowers@vanblacklaw.com | **Jeffrey G. Gilmore**<br>**John M. Neary**<br>Ackerman LLP<br>750 Ninth Street, N.W., Suite 750<br>Washington, D.C. 20001<br>Jeff.gilmore@ackerman.com<br>John.neary@ackerman.com |

    /s/ *Kent P. Porter*_____
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax: 757-441-6689
kent.porter@usdoj.gov