# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re<br><br>RMS TITANIC, INC., *et al.*,<br><br>Debtors. | Case No. 3:16-bk-02230-PMG<br><br>Chapter 11<br>(Jointly Administered) |

## POST-HEARING STATEMENT OF THE
## TRUSTEES OF THE NATIONAL MARITIME MUSEUM

The Trustees of the National Maritime Museum ("**NMM**") respectfully state as follows in respect of the Museum Disclosure Statement:

1. On August 30, 2018, this Court conducted a hearing to consider (i) the bidding procedures associated with the Debtors' sale motion (the "**Sale Motion**"), (ii) the disclosure statement (the "**Museum Disclosure Statement**") associated with the chapter 11 plan (the "**Museum Plan**") filed by the Official Committee of Unsecured Creditors, NMM, the Board of Trustees of the Museums and Galleries of Northern Ireland, and Running Subway Productions, LLC (collectively, the "**Museums Plan Sponsors**"), and (iii) the disclosure statement associated with the chapter 11 plan (the "**Equity Committee Plan**") filed by the Official Committee of Equity Security Holders.

2. At the hearing on August 30, the Debtors announced that the members of the Stalking Horse Purchaser (as defined in the Sale Motion) had agreed to increase the proposed purchase price under the Sale Motion from $17.5 million to $19.5 million provided that the Debtors' largest unsecured creditor, 417 Fifth Avenue, would agree to oppose approval of the disclosure statements and agree to vote against the plans. As part of this arrangement, the bidding procedures were amended to shorten the time for the auction and increase the maximum

Exhibit 1
U.S. Status Report (9/6/2018)

Bid Protections (as defined in the Sale Motion) payable to the Stalking Horse Purchaser from $1 million to $1.5 million. Further, the Debtors indicated that the agreement to increase the purchase price was conditioned upon the Court approving the new bidding procedures that day. As of the date hereof, this Court has not entered an order approving the bidding procedures, and it is unclear whether the Stalking Horse Purchaser extended its deadline.

3. While the record reflects that the Museum Disclosure Statement is undoubtedly adequate under section 1125 of the Bankruptcy Code, solicitation of the Museum Plan at this time would be futile because of 417 Fifth Avenue's agreement with the Stalking Horse. For this reason, NMM respectfully requests that this Court hold in abeyance its decision with respect to the Museum Disclosure Statement until further order of this Court. This request is without prejudice to the Court's current consideration of the bidding procedures and Equity Committee Plan. Given the contingencies associated with the Stalking Horse Purchaser's bid (and likely any other prevailing bid at an auction) and the Equity Committee Plan, including the need for approval by the United States District Court for the Eastern District of Virginia, NMM submits that such relief is in the best interests of the Debtors' estates and furthers the public's interest in the historical, archeological, scientific, and cultural aspects of the R.M.S. *Titanic* wreck and its artifacts.

Exhibit 1
U.S. Status Report (9/6/2018)

WHEREFORE, NMM respectfully requests that this Court hold in abeyance its decision with respect to the Museum Disclosure Statement until further order of this Court.

Dated: September 3, 2018
Miami, Florida

Respectfully Submitted,

By: /s/ Patricia Ann Redmond

| | |
|---|---|
| Timothy Graulich* | Patricia Ann Redmond |
| James I. McClammy* | Florida Bar No. 303739 |
| DAVIS POLK & WARDWELL LLP | STEARNS WEAVER MILLER WEISSLER |
| 450 Lexington Avenue | ALHADEFF & SITTERSON, P.A. |
| New York, NY 10017 | Museum Tower |
| (212) 450-4000 | 150 West Flagler Street |
| timothy.graulich@davispolk.com | Suite 2200 |
| james.mcclammy@davispolk.com | Miami, FL 33130 |
| | Telephone: (305) 789-3200 |
| * *Pro hac vice* admission granted at Docket Nos. 865, 866 | predmond@stearnsweaver.com |

*Attorneys for the Trustees of the National Maritime Museum*

3

Exhibit 1
U.S. Status Report (9/6/2018)

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

       I hereby certify that on September 3, 2018, the foregoing document is being filed electronically via CM/ECF. I further certify that the foregoing is being furnished via Notice of Electronic Filing ("**NEF**") generated by CM/ECF electronic transmission upon those parties who are registered with the Court to receive NEF in the matter and by U.S. Mail to all other interested parties on the attached service list.

Dated: September 3, 2018
       Miami, Florida

       /s/ Patricia Ann Redmond

Patricia Ann Redmond
Florida Bar No. 303739
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower
150 West Flagler Street
Suite 2200
Miami, FL 33130
Telephone: (305) 789-3200
predmond@stearnsweaver.com

Exhibit 1
U.S. Status Report (9/6/2018)

**U.S. Mail Service List**

A-1 Storage and Crane
2482 197th Avenue
Manchester, IA 52057

ABC Imaging
5290 Shawnee Road, Suite 300
Alexandria, VA 22312

A.N. Deringer, Inc.
PO Box 11349
Succursale Centre-Ville
Montreal, QC H3C 5H1

ATS, Inc.
1900 W. Anaheim Street
Long Beach, CA 90813

Broadway Video
30 Rockefeller Plaza
54th Floor
New York, NY 10112

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Dentons Canada LLP
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144
Gowlings
550 Burrard Street
Suite 2300, Bental 5
Vancouver, BC V6C 2B5

George Young Company
509 Heron Drive
Swedesboro, NJ 08085
Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

Morris Visitor Publications
543 Broad Street
Augusta, GA 30901

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

NYC Dept. of Finance
PO Box 3646
New York, NY 10008

**Exhibit 1**
**U.S. Status Report (9/6/2018)**

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central Hong Kong

Screen Actors Guild
1900 Broadway
5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

Time Out New York
405 Park Avenue
New York, NY 10022

TSX Operating Co.
70 West 40th Street
9th Floor
New York, NY 10018

WNBC - NBC Universal Media
30 Rockefeller Center
New York, NY 10112

United States Attorney's Office
Middle District of Florida
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202


B.E. Capital Management Fund LP
Thomas Branziel
228 Park Avenue South, Suite 63787
New York, NY 10003
*Creditor Committee*

Pallet Rack Surplus, Inc.
1981 Old Covington Cross Road NE
Conyers, GA 30013

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Syzygy3, Inc.
231 West 29th Street
Suite 606
New York, NY 10001

TPL
3340 Peachtree Road
Suite 2140
Atlanta, GA 30326

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

Jonathan B. Ross, Esq.
Gowling WLG (Canada) LLP
550 Burrard Street, Suite 2300, Bentall 5
Vancouver, BC V6C 2B5
Christine R. Etheridge, Esq.
Bankruptcy Administration
Wells Fargo Vendor Financial Services, LLC
PO Box 13708
Macon, GA 31208

TSX Operating Co., LLC
c/o James Sanna
70 W. 40th Street
New York, NY 10018
*Creditor Committee*

**Exhibit 1**
**U.S. Status Report (9/6/2018)**

Dallian Hoffen Biotechnique Co., Ltd.
c/o Ezra B. Jones
305 Crosstree Lane
Atlanta, GA 30328
*Creditor Committee*

AEG Presents LLC
c/o Managing Member
800 W. Olympic Blvd.
Suite 305
Los Angeles, CA 90015

AEG Presents LLC
c/o CT Corporation System,
Registered Agent
ATTN: Amanda Garcia
818 West Seventh Street
Suite 930
Los Angeles, CA 90017

AEG Presents LLC
c/o Managing Member
5750 Wilshire Blvd.
Suite 501
Los Angeles, CA 90036-3638

AEG Presents LLC
c/o Managing Member
425 W. 11th Street
Los Angeles, CA 90015-3459

**Exhibit 1
U.S. Status Report (9/6/2018)**