THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
Successor in interest to Titanic Ventures,
limited partnership,

    Plaintiff,

v.                                              Civil Action No. 2:93-cv-902

The Wrecked and Abandoned Vessel, . . .
believed to be the R.M.S. TITANIC, in rem,

    Defendant.

### NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE BY OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS AND RESERVATION OF RIGHTS

The Official Committee of Equity Security Holders (the "Equity Committee") in the Chapter 11 cases of Premier Exhibitions, Inc., and its subsidiaries (collectively, the "Debtors"), including RMS Titanic, Inc. ("RMST") gives Notice of Withdrawal of its Motion to Intervene in this case (the "Motion to Intervene") (Docket No. 471), and says:

The Equity Committee gives notice of withdrawal of the Motion to Intervene pending a ruling from the Bankruptcy Court on approval of the Equity Committee's disclosure statement.

The Equity Committee conferred with counsel for RMST and counsel for the United States prior to filing this Notice, and both counsel confirmed they do not oppose withdrawal of the Motion to Intervene but were not consenting to any future request to refile.

For the foregoing reasons, the Equity Committee gives notice of withdrawal of its Motion to Intervene, without prejudice, and reserves its right to refile the Motion to Intervene should the Bankruptcy Court approve the Equity Committee's disclosure statement.

Dated: September 6, 2018.

              Respectfully submitted,

              **THE OFFICIAL COMMITTEE OF**
              **EQUITY SECURITY HOLDERS OF**
              **PREMIER EXHIBITIONS, INC.**

              **By Counsel:**

              */s/ Jeffrey G. Gilmore*
              Jeffrey G. Gilmore (VSB No. 21971)
              John M. Neary (VSB No. 84984)
              **AKERMAN LLP**
              750 Ninth Street, N.W., Suite 750
              Washington, D.C. 20001
              Telephone: (202) 393-6222
              Facsimile: (202) 393-5959
              Email: jeff.gilmore@akerman.com
              Email: john.neary@akerman.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 6th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Brian A. Wainger<br>**KALEO LEGAL**<br>4456 Corporation Lane, Suite 135<br>Virginia Beach, VA 23462<br>Telephone: (757) 965-6804<br>Email: bwainger@kaleolegal.com<br>*Counsel for Plaintiff R.M.S. Titanic, Inc., successor in interest to Titanic Ventures, limited partnership* | Robert W. McFarland<br>**MCGUIRE WOODS LLP**<br>101 West Main Street, Suite 9000<br>Norfolk, VA 23510<br>Telephone: (757) 640-3700<br>Email: rmcfarland@mcguirewoods.com<br>*Counsel for Plaintiff R.M.S. Titanic, Inc., successor in interest to Titanic Ventures, limited partnership* |

Kent P. Porter
United States Attorney Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone: (757) 441-6331
Email: kent.porter@usdoj.gov
*Counsel for Amicus United States of America*

/s/ *Jeffrey G. Gilmore*
Jeffrey G. Gilmore
**AKERMAN LLP**
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: (202) 393-6222
Email: jeff.gilmore@akerman.com
*Counsel for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*