## DELEGATION OF AUTHORITY

By the authority vested in me as Secretary of Commerce, including 5 U.S.C. § 301, and Reorganization Plan No. 5 of 1950, section 2, I hereby delegate to the Under Secretary of Commerce for Oceans and Atmosphere and Administrator of the National Oceanic and Atmospheric Administration (NOAA), partial authority under the Consolidated Appropriations Act, 2017, Division B, Title I, section 113 (Pub. L. No. 115-31), to authorize any research, exploration, salvage, or other activity that would physically alter or disturb the wreck or wreck site of the RMS *Titanic* per the provisions of the Agreement Concerning the Shipwrecked Vessel RMS *Titanic* and to take appropriate actions to carry out this section of the Act consistent with the Agreement. The Under Secretary will provide regular reports to me on the progress of NOAA's implementation of Section 113.

HOWEVER, I reserve to myself the authority under Section 113 to make all decisions that would arise under Article 5 of the International Agreement, which provides for requests for authorizations be sent to those nations that are a Party to the Agreement for comment, where the United Kingdom, France, Canada, or other interested nation(s) submit comments to NOAA opposing an authorization of a request. In such circumstance, I direct NOAA's Office of national Marine Sanctuaries (ONMS) to present the matter to me for decision. In that case, I, in consultation with the Secretary of State, will instruct ONMS how to proceed.

I further direct that this delegation be incorporated in the next revision to Department Organization Order 10-15, *Under Secretary of Commerce for Oceans and Atmosphere and Administrator of the National Oceanic and Atmospheric Administration.*

Wilbur L. Ross
Secretary of Commerce

Date: 08/29/2018

*Option 2*