# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

Tuesday, September 18, 2018

MINUTES OF PROCEEDINGS IN  Open Court

PRESENT: THE HONORABLE  Rebecca Beach Smith, CUSDJ

Deputy Clerk: *S. Cherry*            Reporter: Jody Stewart, OCR

| Set: 1:00 p.m. | Started: 1:00 p.m. | Ended: 2:00 p.m. |
|---|---|---|
| 2:93cv902 | R.M.S. TITANIC, INC., etc.<br>v.<br>The Wrecked and Abandoned Vessel, etc. | |

|   |
|---|
| Robert McFarland and Brian Wainger present on behalf of plaintiff. |
| Kent Porter, AUSA, present on behalf of USA, with Matthew Troy, US Department of Justice, and Jackie Rolleri, counsel for NOAA. |
| Matter came on for continuation of Status Hearing (from 8/21/2018), and hearing on the pending Motion to Intervene (document no. 474). |
| Comments of counsel heard re status reports filed and Bankruptcy proceedings. |
| Evidence presented (Exhibit list attached). |
| The court ordered that the Motion to Intervene filed by Trustees of the National Maritime Museum be held in abeyance pending further proceedings of the court. |
| As stated from the bench, the court directed RMST and NOAA to attempt to prepare an agreed order re the trays and the rusticles and submit the agreed order to the court on or before September 27, 2018. If they are unable to submit an agreed order, RMST shall present it's own order on or before September 27, 2018. Further hearing scheduled for September 28, 2018, at 1:00 p.m., if necessary. |
| Court adjourned. |
|   |
| Later, after court: Hearing scheduled for October 25, 2018, re the Bankruptcy proceedings. |
|   |
| Also present in the courtroom: Eddie Powers, Neil Quartaro, and James McClammy on behalf of Trustees of the National Maritime Museum; Harris Winsberg, Bankruptcy counsel. |

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk Division

**EXHIBIT LIST**

R.M.S. TITANIC, INC., etc.
PLAINTIFF

V.

The Wrecked and Abandoned Vessel, etc.
DEFENDANT

CASE NUMBER: 2:93cv902

| PRESIDING JUDGE<br>Rebecca Beach Smith | COURTROOM DEPUTY<br>Susan Cherry | COURT REPORTER<br>Jody Stewart, OCR |
|---|---|---|
| September 18, 2018<br>(Status hearing) | PLAINTIFF ATTORNEY(S)<br>Robert McFarland<br>Brian Wainger | AMICUS USA ATTORNEY(S)<br>Kent Porter, AUSA |

| PLF No. | Defendant No. | DATE Offered | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | X | Amicus USA #1 - Letter dated 9/17/2018, to Expedition Yacht Operations and Services re authorization from NOAA |
| | | | X | Amicus USA #2 - Photos (2) of tray (2 pages) |
| | | | X | Amicus USA #3 - Letter dated 9/14/2018, from USDOJ to Robert McFarland and Brian Wainger |