McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Tel 757.640.3700
Fax 757.640.3701
www.mcguirewoods.com

Robert W. McFarland
Direct: 757/640.3718

McGUIREWOODS

rmcfarland@mcguirewoods.com
Fax: 757/640.3966

September 26, 2018

HAND DELIVERY

Fernando Galindo, Clerk
United States District Court
600 Granby Street
Norfolk, VA 23510

> RMS Titanic, Inc., etc. v. The Wrecked and Abandoned Vessel, etc
> Civil Action No. 2:93cv902

Dear Mr. Galindo:

In keeping with the Court's rulings at the hearing on September 18, 2018, in the above-captioned case, enclosed is an endorsed agreed Order regarding the upcoming expedition by EYOS to the Titanic wreck site. Please present the Order to the Court for entry. We have enclosed an additional courtesy copy of the Order for Chief Judge Smith, and a copy has been provided to counsel and Mr. McCallum.

Thank you for your assistance. With best wishes, I am

Sincerely yours,

Robert W. McFarland

RMW/kyw

Encl

CC: The Honorable Rebecca B. Smith, Chief Judge (by hand delivery)
Kent P. Porter, Esq. (kent.porter@usdoj.gov)
Brian A. Wainger, Esq. (bwainger@kaleolegal.com)
Jackie Rolleri, Esq. (Jackie.rolleri@noaa.gov)
Mr. Robert McCallum (rob@eyos-expeditions.com)