McGuireWoods LLP
World Trade Center
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Tel 757.640.3700
Fax 757.640.3701
www.mcguirewoods.com

Robert W. McFarland
Direct: 757/640.3716

McGuireWoods

rmcfarland@mcguirewoods.com
Fax: 757/640.3966

September 26, 2018

DELIVERED BY HAND

The Honorable Rebecca Beach Smith, Chief Judge
United States District Court
600 Granby Street
Norfolk, VA 23510

      RMS Titanic, Inc., etc. v. The Wrecked and Abandoned Vessel, etc
      Civil Action No. 2:93cv902

Dear Chief Judge Smith:

    Enclosed is a letter from Robert McCallum, Director of EYOS Expeditions, Ltd. with further information regarding EYOS's planned 2018 Expedition to the Titanic wreck site, and referencing the retrieval and replacement of the long-term test platforms and the recovery of a rusticle sample. Also enclosed is a Memorandum from Droycon Bioconcepts Inc., outlining the participants and procedures to be utilized for the research activities expected to be performed on EYOS's expedition. Copies of these documents have been provided to counsel for the United States and NOAA, and we are providing Mr. McCallum a copy of this letter, consistent with the delivery of EYOS's letter and the memorandum.

    With best wishes, I am

                                  Sincerely yours,

                                  Robert W. McFarland

RWM/kyw
Encl
CC:   Kent P. Porter, Esq. (kent.porter@usdoj.gov)
       Brian A. Wainger, Esq. (bwainger@kaleolegal.com)
       Jackie Rolleri, Esq. (Jackie.rolleri@noaa.gov)
       Mr. Robert McCallum (rob@eyos-expeditions.com)



RECEIVED
SEP 2 6 2018
R. B. SMITH, CHIEF JUDGE
U.S. DISTRICT COURT, NORFOLK, VA