IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**R.M.S. TITANIC, INC.,**
successor-in-interest to
Titanic Ventures, limited partnership,
     Plaintiff,

v.                                                            Civil Action No. 2:93cv902

**THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,**
     Defendant.

**STATUS REPORT**

The United States, as *amicus*, and on behalf of its National Oceanic and Atmospheric Administration ("NOAA"), provides the following update concerning the EYOS Expedition to the *Titanic* wreck site.

On September 28, 2018, the acting NOAA Administrator issued an Amended Authorization to EYOS pursuant to Sec. 113 to permit certain research activities at the *Titanic* wreck site.  *See* Amended Authorization (Titanic-2018-001-A1) dated September 28, 2018, attached.  A previous authorization (Titanic-2018-001) was tendered to this Court as Exhibit 1 during the September 18, 2018 Status Hearing.  As stated in the Amended Authorization, it supersedes and replaces in its entirety authorization Titanic-2018-001.

The Amended Authorization attached hereto is consistent with and no broader than EYOS's letter to the Court dated September 21, 2018 describing the research activities it desired to conduct.  *See* ECF No. 496-1.  The Amended Authorization is also consistent with and no

broader than the language of this Court's order of September 27, 2018 authorizing EYOS's research activities.  *See* ECF No. 497; Amended Authorization at 2 (¶¶ 4-5 of "Authorized Activity Description" section).

>
> Respectfully submitted,
>
> G. Zachary Terwilliger
> United States Attorney
>
> By:   /s/ *Kent P. Porter*
> Kent P. Porter, VSB No. 22853
> Assistant United States Attorney
> Attorney for the United States
> United States Attorney's Office
> 8000 World Trade Center
> 101 West Main Street
> Norfolk, VA 23510
> 757-441-6331
> Fax:  757-441-6689
> kent.porter@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of September, 2018, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| **Brian Andrew Wainger**<br>Kaleo Legal<br>4456 Corporation Lane<br>Suite 135<br>Virginia Beach, VA 23462<br>Email: bwainger@kaleolegal.com | **Robert William McFarland**<br>McGuireWoods LLP<br>101 W Main St<br>Suite 9000<br>Norfolk, VA 23510-1655<br>Email: rmcfarland@mcguirewoods.com |
| **Edward J. Powers**<br>Vandeventer Black LLP<br>101 West Main Street, Suite 500<br>Norfolk, VA 23510<br>epowers@vanblacklaw.com | **Jeffrey G. Gilmore**<br>**John M. Neary**<br>Ackerman LLP<br>750 Ninth Street, N.W., Suite 750<br>Washington, D.C. 20001<br>Jeff.gilmore@ackerman.com<br>John.neary@ackerman.com |

      /s/ *Kent P. Porter*
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov