

10 October 2018

David W. Alberg
Superintendent
Monitor National Marine Sanctuary
National Oceanic and Atmospheric Administration

Dear Dave,

I am writing to present our final report on our expedition to the RMS Titanic site.

Our vessel DSSV Pressure Drop departed St John's, Newfoundland on the evening of September 30th and arrived on site in the early morning of Oct 2nd.   Weather conditions were fair, but the swells generated by a distant Tropical Storm Leslie presented us with swell conditions that precluded diving.  As time progressed Leslie graduated to full Hurricane status and the conditions on site deteriorated.  No dives were made on Titanic by either lander or sub.

No deployments were made other than two memorial flower wreaths (organic; no metal or plastic) shortly after our arrival onsite.  The vessel was kept into weather and was often 10-20 miles from the site.  No discharges of grey/black water were made within 15 miles.

On Oct 5th we abandoned our dive program and headed towards St Johns.  We made one test dive 110 miles offshore Newfoundland (depth 75m) on Oct 6th and we docked back in St Johns early on Oct 7th.

We intend to repeat our effort next August on our way to the Molloy Deep.  Our expedition website is now live at www.fivedeeps.com

Thanks again for your efforts

Best regards

Rob McCallum.  Expedition Leader.

Registered Office: Knox House, 16-18 Finch Road, Douglas, Isle of Man, IM1 2PT
Incorporated in the Isle of Man - Company No. 012273V
Directors. R D McCallum, T J Soper