# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Thursday, October 25, 2018

MINUTES OF PROCEEDINGS IN __Open Court__

PRESENT: THE HONORABLE __Rebecca Beach Smith, CUSDJ__

Deputy Clerk: _S. Cherry_                    Reporter: Jody Stewart, OCR

| Set: 1:00 p.m. | Started: 1:00 p.m. | Ended: 4:30 p.m. |
|---|---|---|
| 2:93cv902 | R.M.S. Titanic, INC., etc. v. The Wrecked and Abandoned Vessel, etc. | |

Robert McFarland and Brian Wainger present on behalf of plaintiff.

Kent Porter, AUSA, present on behalf of USA, with Jackie Rolleri, counsel for NOAA.

Matter came on for continuation of Status Hearing (from 9/18/2018), and hearing on the pending Motion to Approve Asset Purchase Agreement (document no. 448).

Comments of court and counsel heard re Asset Purchase Agreement and Bankruptcy proceedings.

Comments of counsel heard on behalf of Trustees of the National Maritime Museum.

Evidence presented (see attached exhibit list).

The court takes the matter under advisement and will reconvene as necessary.

Court adjourned.

Also present in the courtroom: Eddie Powers present on behalf of Trustees of the National Maritime Museum, with Tim Graulich and Jacob Weiner.

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk Division

EXHIBIT LIST

R.M.S. TITANIC, INC., etc.
PLAINTIFF

V.

The Wrecked and Abandoned Vessel, etc.
DEFENDANT

CASE NUMBER: 2:93cv902

| PRESIDING JUDGE<br>Rebecca Beach Smith | COURTROOM DEPUTY<br>Susan Cherry | COURT REPORTER<br>Jody Stewart, OCR |
|---|---|---|
| October 25, 2018<br>(Status hearing) | PLAINTIFF ATTORNEY(S)<br>Robert McFarland<br>Brian Wainger | AMICUS USA ATTORNEY(S)<br>Kent Porter, AUSA |

| PLF No. | Defendant No. | DATE Offered | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| A | | | X | Order from the Bankruptcy Court, Middle District of Florida with Asset Purchase Agreement and Amendment to Asset Purchase Agreement (and cover letter noting delivery of copy to Chambers on 10/22/2018) |
| B | | | X | Transcript of Proceedings of October 18, 2018 from the Bankruptcy Court, Middle District of Florida (and cover letter noting delivery of copy to Chambers on 10/24/2018) |
| C | | | X | Copy of Letter from David G. Gallo, PhD, dated October 24, 2018, with e-mail noting electronic signature (and cover letter noting delivery of copy of three (3) letters – Exhibits C,D, & E - to Chambers on 10/25/2018) |
| D | | | X | Copy of Letter from Alexandra Klingelhofer, dated October 22, 2018 |
| E | | | X | Copy of Letter from Paul Nargeolet, dated October 24, 2018 |
| F | | | X | Copy of Status Report filed on 9/28/2018 |
| G | | | X | Copy of Status Report filed on 10/15/2018 |
| H | | | X | NEF re Periodic Report of R.M.S. Titanic, Inc. |
| I | | | X | NEF re Periodic Report of R.M.S. Titanic, Inc. |
| J | | | X | Copy of Letter dated October 19, 2018, with enclosed Periodic Report of R.M.S. Titanic |
| K | | | X | Copy of Letter dated October 22, 2018, with enclosed Periodic Report of R.M.S. Titanic |
| L | | | X | NOAA's Report and Recommendation Regarding RMST's Motion to Approve Asset Purchase Agreement, etc. |