IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.                                                               Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
      Defendant.

## **PREMIER ACQUISITION HOLDINGS LLC'S CONSENT MOTION TO INTERVENE**

Premier Acquisition Holdings LLC ("PAHL") respectfully moves pursuant to Fed. R. Civ. P. 24(a) and (b) to intervene in the above-captioned action for the reasons more fully set forth in the accompanying Memorandum in Support. Plaintiff RMS Titanic, Inc. consents to the requested relief. The United States has not yet consented.

                                      Respectfully submitted,

                                      **PREMIER ACQUISITION HOLDINGS LLC**

                                      By Counsel:

                                      <u>     */s/ David G. Barger*   </u>
                                      David G. Barger, VSB #21652
                                      *Attorney for Proposed Intervenor Premier*
                                      *Acquisition Holdings LLC*
                                      GREENBERG TAURIG, LLP
                                      1750 Tysons Boulevard, Suite 1200
                                      McLean, Virginia 22102
                                      Tel: (703) 749-1300
                                      Fax: (703) 749-1301
                                      E-Mail:  Bargerd@gtlaw.com

SEEN AND AGREED:

R.M.S. TITANIC, INC.,
Plaintiff


By: __/s/ Robert W. McFarland_____
       Robert W. McFarland, VSB No. 24021
       McGuireWoods LLP
       101 W Main St
       Suite 9000
       Norfolk, VA 23510-1655
       Email: rmcfarland@mcguirewoods.com

       Brian Andrew Wainger, VSB No. 38476
       Kaleo Legal
       4456 Corporation Lane
       Suite 135
       Virginia Beach, VA 23462
       Email: bwainger@kaleolegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2018, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian A. Wainger
**KALEO LEGAL**
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: (757) 965-6804
Email: bwainger@kaleolegal.com
*Counsel for Plaintiff R.M.S. Titanic, Inc., successor in interest to Titanic Ventures, limited partnership*

Robert W. McFarland
**MCGUIRE WOODS LLP**
101 West Main Street, Suite 9000
Norfolk, VA 23510
Telephone: (757) 640-3700
Email: rmcfarland@mcguirewoods.com
*Counsel for Plaintiff R.M.S. Titanic, Inc., successor in interest to Titanic Ventures, limited partnership*

Kent P. Porter
United States Attorney Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone: (757) 441-6331
Email: kent.porter@usdoj.gov
*Counsel for Amicus United States of America*

                                          */s/ David G. Barger*
David G. Barger, VSB #21652
Attorney for Proposed Intervenor Premier Acquisition Holdings LLC
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
E-Mail:  Bargerd@gtlaw.com