IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**R.M.S. TITANIC, INC.,**
successor-in-interest to
Titanic Ventures, limited partnership,
        Plaintiff,

v.   Civil Action No. 2:93cv902

**THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32'' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,**
        **Defendant.**

### THE UNITED STATES' RESPONSE TO PREMIER ACQQUISITION HOLDINGS LLC'S MOTION TO INTERVENE (ECF NO. 506)

The United States, as *amicus*, and on behalf of its National Oceanic and Atmospheric Administration ("NOAA"), does not oppose Premier Acquisition Holdings LLC's ("PAHL") motion to intervene and expects to endorse an appropriate order to that end.

In its memorandum in support of its motion, PAHL made certain statements and representations concerning the scope of its potential *in personam* jurisdiction should this Court ultimately approve the Sale Motion.  *See* ECF No. 507 at 3-4.  The United States' agreement with PAHL's motion to intervene should not be construed as the United States' agreement with or consent to these statements and representations.  The United States believes that, should the Court approve the Sale Motion, PAHL should commit to the *in personam* jurisdiction of this Court for purposes of compliance with its orders concerning *Titanic*, including the Revised Covenants and Conditions.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:    __// *Kent P. Porter* //_____
      Kent P. Porter, VSB No. 22853
      Assistant United States Attorney
      Attorney for the United States
      United States Attorney's Office
      8000 World Trade Center
      101 West Main Street
      Norfolk, VA 23510
      757-441-6331
      Fax: 757-441-6689
      kent.porter@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of November, 2018, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| **Brian Andrew Wainger**<br>Kaleo Legal<br>4456 Corporation Lane<br>Suite 135<br>Virginia Beach, VA 23462<br>Email: bwainger@kaleolegal.com | **Robert William McFarland**<br>McGuireWoods LLP<br>101 W Main St<br>Suite 9000<br>Norfolk, VA 23510-1655<br>Email: rmcfarland@mcguirewoods.com |
| **Edward J. Powers**<br>Vandeventer Black LLP<br>101 West Main Street, Suite 500<br>Norfolk, VA 23510<br>epowers@vanblacklaw.com | **Jeffrey G. Gilmore**<br>**John M. Neary**<br>Ackerman LLP<br>750 Ninth Street, N.W., Suite 750<br>Washington, D.C. 20001<br>Jeff.gilmore@ackerman.com<br>John.neary@ackerman.com |

          *// Kent P. Porter //*
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov