IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                  Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
    Defendant.

## ORDER

IT APPEARING TO THE COURT:

1. On June 29, 2018, RMS Titanic, Inc. ("RMST") filed Plaintiff's Motion to Approve Asset Purchase Agreement and Memorandum in Support (the "Sale Motion") [Dkt. 447, and 448] seeking approval for the sale (the "Sale") of 100% of its stock to Premier Acquisition Holdings, LLC ("PAHL"), pursuant to the terms of that certain Asset Purchase Agreement, attached thereto as Exhibit A.

2. The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, which oversees RMST's chapter 11 case, approved the Sale by Order dated October 19, 2018.

3. On October 31, 2018, PAHL filed in this Court Premier Acquisition Holdings LLC's Consent Motion To Intervene (the "Intervention Motion") [Dkt. 506 and 507], seeking to

1

intervene in the above-captioned action pursuant to Fed. R. Civ. P. 24(a) and (b) for purposes of the Sale Motion.

  4. As evidenced by endorsement of its counsel hereto, RMST consents to the requested relief.

  **ACCORDINGLY, IT IS HEREBY ORDERED:**

  A. The Court grants the Intervention Motion.

  B. PAHL is authorized to intervene in this action for purposes of the Sale Motion.

_____
Hon. Rebecca Beach Smith, Chief Judge
United States District Court for the
Eastern District of Virginia

At Norfolk, VA
This _____ day of November, 2018


WE ASK FOR THIS:

PREMIER ACQUISITION HOLDINGS LLC
Proposed Intervenor


By:___*/s/ David G. Barger*___
David G. Barger, VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
E-Mail: Bargerd@gtlaw.com

SEEN AND AGREED:

R.M.S. TITANIC, INC.,
Plaintiff


By:    /s/ *Robert W. McFarland*
       Robert W. McFarland, VSB No. 24021
       McGuireWoods LLP
       101 W Main St
       Suite 9000
       Norfolk, VA 23510-1655
       Email: rmcfarland@mcguirewoods.com

       Brian Andrew Wainger, VSB No. 38476
       Kaleo Legal
       4456 Corporation Lane
       Suite 135
       Virginia Beach, VA 23462
       Email: bwainger@kaleolegal.com

SEEN:

UNITED STATES OF AMERICA
*Amicus Curiae*


By:    /s/Kent P. Porter
       Kent P. Porter, VSB No. 22853
       Assistant United States Attorney
       Attorney for the United States
       United States Attorney's Office
       8000 World Trade Center
       101 West Main Street
       Norfolk, VA 23510
       757-441-6331
       Fax: 757-441-6689
       kent.porter@usdoj.gov