# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

      Plaintiff,

v.                                          Civil Action No.  2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

      Defendant.

## PLAINTIFF R.M.S. TITANIC, INC.'S
## NOTICE OF SUBMISSION

      Plaintiff RMS Titanic, Inc. ("RMST"), by counsel, respectfully submits to the Court the due diligence documents (the "Due Diligence Exhibits") previously provided to NOAA with RMST's two responses to NOAA's requests for information.  The Due Diligence Exhibits are attached hereto as Exhibits A through K.

      Respectfully submitted,

      R.M.S. TITANIC, INC.

      By Counsel

          */s/*
      Robert W. McFarland (VSB #24021)
      McGuireWoods LLP
      9000 World Trade Center
      Norfolk, VA  23510
      Tele: 757/640-3716
      Fax: 757/640-3966
      Email: rmcfarland@mcguirewoods.com

2

Brian A. Wainger (VSB #38476)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tele: 757/965-6804
Fax: 757/304-6175
Email: bwainger@kaleolegal.com

3

## CERTIFICATION

  I hereby certify that the foregoing has been electronically filed through the Court's ECF system this 2nd day of November, 2018.


    /s/
Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA 23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com


109230353_1