# EXHIBIT F

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Inventory Number | Object | Current Location | |
| 2 | 00/0001 | Leather Travel Bag | COL4 Bin | |
| 3 | 00/0001.01 | Postcard | COL1 02/C | |
| 4 | 00/0001.02 | Arithmetic book (in English) | COL1 02/B | |
| 5 | 00/0001.03.01 | Postcard: London | COL1 03/B | |
| 6 | 00/0001.03.02 | Postcard: Waterloo Bridge Somerset House, London | COL1 03/B | |
| 7 | 00/0001.03.03 | Postcard: London Bridge | COL1 03/B | |
| 8 | 00/0001.03.04 | Postcard: Westminster Abbey, London | COL1 03/B | |
| 9 | 00/0001.03.05 | Postcard: Houses of Parliament, London | COL1 03/B | |
| 10 | 00/0001.03.06 | Postcard: St. Pancras Station, London | COL1 03/B | |
| 11 | 00/0001.03.07 | Postcard: Cleopatra's Needle, London | COL1 03/B | |
| 12 | 00/0001.03.08 | Postcard: Tower of London | COL1 03/B | |
| 13 | 00/0001.03.09 | Postcard: British museum, London | COL1 03/B | |
| 14 | 00/0001.03.10 | Postcard: Staple Inn, Holborn, London | COL1 03/B | |
| 15 | 00/0001.03.11 | Postcard: Westminster Bridge and Houses of Parliament, London | COL1 03/B | |
| 16 | 00/0001.03.12 | Postcard: The Monument, London | COL1 03/B | |
| 17 | 00/0001.03.13 | Postcard: Natural History Museum, London | COL1 03/B | |
| 18 | 00/0001.03.14 | Postcard: St. Paul's Cathedral, London | COL1 03/B | |
| 19 | 00/0001.03.15 | Postcard: illegible | COL1 03/B | |
| 20 | 00/0001.03.16 | Postcard: illegible | COL1 03/B | |
| 21 | 00/0001.03.17 | Postcard: illegible | COL1 03/B | |
| 22 | 00/0001.03.18 | Postcard: city scene | COL1 03/B | |
| 23 | 00/0001.03.19 | Postcard: illegible | COL1 03/B | |
| 24 | 00/0001.03.20 | Postcard: St. Martin's Church, Trafalgar Square, London | COL1 03/B | |
| 25 | 00/0001.03.21 | Postcard: Horse Guards, White [illegible] (Whitehall London?) | COL2 | |
| 26 | 00/0001.03.22 | Postcard: Horse Guards, Whitehall, London | COL1 03/B | |
| 27 | 00/0001.03.23 | Postcard: Tower Bridge, London | COL1 03/B | |
| 28 | 00/0001.03.24 | Postcard: Marble Arch, London | COL1 03/B | |
| 29 | 00/0001.03.25 | Postcard: [illegible] park scene | COL1 03/B | |
| 30 | 00/0001.03.26 | Postcard: illegible | COL1 03/B | |
| 31 | 00/0001.03.27 | Postcard: illegible | COL1 03/B | |
| 32 | 00/0001.03.28 | Postcard: illegible | COL1 03/B | |
| 33 | 00/0001.03.29 | Postcard: illegible | COL1 03/B | |
| 34 | 00/0001.03.30 | Postcard: illegible | COL1 03/B | |
| 35 | 00/0001.03.31 | Postcard: illegible [Tremont Street?] | COL1 03/B | |
| 36 | 00/0001.03.32 | Postcard: Boston Light, Mass | COL1 03/B | |
| 37 | 00/0001.03.33 | Postcard: illegible | COL1 03/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 38 | 00/0001.03.34 | Postcard: illegible | COL1 03/B | |
| 39 | 00/0001.03.35 | Postcard: illegible | COL1 03/B | |
| 40 | 00/0001.03.36 | postcard: illegible | COL1 03/B | |
| 41 | 00/0001.03.37 | postcard; illegible | COL1 03/B | |
| 42 | 00/0001.03.38 | postcard; illegible | COL1 03/B | |
| 43 | 00/0001.03.39 | Postcard: illegible | COL1 03/B | |
| 44 | 00/0001.03.40 | Postcard: illegible | COL1 03/B | |
| 45 | 00/0001.03.41 | Postcard: illegible | COL1 03/B | |
| 46 | 00/0001.03.42 | Postcard: illegible | COL1 03/B | |
| 47 | 00/0001.03.43 | Postcard: illegible | COL1 03/B | |
| 48 | 00/0001.03.44 | Postcard: RMS Cymric [barely legible] | COL1 03/B | |
| 49 | 00/0001.03.45 | Postcard: illegible | COL1 03/B | |
| 50 | 00/0001.03.46 | Postcard: Lord Street | COL1 03/B | |
| 51 | 00/0001.03.47 | Postcard: illegible | COL1 03/B | |
| 52 | 00/0001.03.48 | Postcard: Trafalgar Square, London (? Illegible) | COL2 | |
| 53 | 00/0001.03.49 | Postcard: London Tower and Tower Bridge | COL1 03/B | |
| 54 | 00/0001.03.50 | Postcard: illegible | COL1 03/B | |
| 55 | 00/0001.03.51 | Postcard: Illegible | COL1 03/B | |
| 56 | 00/0001.03.52 | Postcard: Horse Guard, Whitehall, London | COL1 03/B | |
| 57 | 00/0001.03.53 | Postcard: The Oratory, S. Kensington, London | COL1 03/B | |
| 58 | 00/0001.03.54 | Postcard: St. Paul's Cathedral, London | COL1 03/B | |
| 59 | 00/0001.03.55 | Postcard: Old Curiosity Shop, London | COL1 03/B | |
| 60 | 00/0001.03.56 | Postcard: illegible | COL1 03/B | |
| 61 | 00/0001.03.57 | Postcard: St. John's Gardens, Liverpool (?) | COL1 03/B | |
| 62 | 00/0001.03.58 | Postcard: illegible (London) | COL1 03/B | |
| 63 | 00/0001.03.59 | Postcard: Liverpool Street Station, London, E.C. | COL1 03/B | |
| 64 | 00/0001.03.60 | Postcard: London from the Monument | COL1 03/B | |
| 65 | 00/0001.03.61 | Postcard: St. Supulchre's Church and Holborn Viaduct, London | COL1 03/B | |
| 66 | 00/0001.03.62 | Postcard: War Office, London | COL1 03/B | |
| 67 | 00/0001.03.63 | Postcard | COL1 03/B | |
| 68 | 00/0001.03.64 | Postcard | COL1 03/B | |
| 69 | 00/0001.03.65 | Postcard: Albert Memorial, London | COL1 03/B | |
| 70 | 00/0001.03.66 | Postcard: London [illegible] | COL1 03/B | |
| 71 | 00/0001.03.67 | Postcard: St. James Palace, London | COL1 03/B | |
| 72 | 00/0001.03.68 | Postcard: Boston Stone 1737 | COL1 03/B | |
| 73 | 00/0001.03.69 | Postcard: illegible | COL1 03/B | |
| 74 | 00/0001.03.70 | Postcard: Bank of England and Royal Exchange, London | COL1 03/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 75 | 00/0001.03.71 | Postcard: Bold Street, Liverpool | COL1 03/B | |
| 76 | 00/0001.03.72 | Postcard: University College, London | COL1 03/B | |
| 77 | 00/0001.03.73 | Postcard: RAMC Millbank, London | COL1 03/B | |
| 78 | 00/0001.03.74 | Postcard: Hyde Park Corner, London | COL1 03/B | |
| 79 | 00/0001.03.75 | Postcard backing | COL1 03/B | |
| 80 | 00/0001.03.76 | Postcard: Blackfriar's Bridge, London | COL1 03/B | |
| 81 | 00/0001.03.77 | Postcard parts (fused fragments); R.C. Cathedral, Westminster, | COL1 03/B | |
| 82 | 00/0001.04 | Arithmetic book (in Spanish) | COL1 02/B | |
| 83 | 00/0001.05 | Arithmetic workbook/Exercise book0 | COL1 02/B | |
| 84 | 00/0001.06 | Cover of book | COL1 04/F | |
| 85 | 00/0001.07 | Postcard, 2 pieces of an envelope, and a small scrap of paper | COL1 02/C | |
| 86 | 00/0001.08 | Geography book | COL1 02/B | |
| 87 | 00/0001.08a | Celluloid film on bottom of book | COL1 04/F | |
| 88 | 00/0001.09 | Poetry book | COL1 02/B | |
| 89 | 00/0001.10 | Spelling Book | COL1 02/B | |
| 90 | 00/0001.11 | Book on Castillian Grammar | COL1 02/B | |
| 91 | 00/0001.12 | Dictionary (Castillian) | COL1 02/B | |
| 92 | 00/0001.12a | Envelope & 4 postcards | COL1 02/C | |
| 93 | 00/0001.13 | Personal copybook/exercise book | COL1 02/B | |
| 94 | 00/0001.14 | Crane's Linen Writing Paper concretion | COL1 02/B | |
| 95 | 00/0001.15.01 | Spanish Letter | COL1 04/F | |
| 96 | 00/0001.15.02 | Spanish Letter | COL1 04/F | |
| 97 | 00/0001.15.03 | Spanish Letter | COL1 04/F | |
| 98 | 00/0001.15.04 | Letter to Edgar Andrew from his Mother, Dated Nov. 27, 1911 | COL1 04/F | |
| 99 | 00/0001.15.05 | Postcard Section: "Cuartel,, Coraceros Grl. Lavalle" - Rio Currto - Prov. de Cordoba" | COL1 04/F | |
| 100 | 00/0001.15.06 | Postcard Section | COL1 04/F | |
| 101 | 00/0001.15.07 | Postcard Section - back | COL1 04/F | |
| 102 | 00/0001.15.09 | Postcard Section | COL1 04/F | |
| 103 | 00/0001.15.10 | Postcard Section - back | COL1 04/F | |
| 104 | 00/0001.15.11 | Postcard Section: "Plaza Grl, Roca - Rio Curarto Prov. de Cordoba" | COL1 04/F | |
| 105 | 00/0001.15.12 | Postcard Section | COL1 04/F | |
| 106 | 00/0001.15.13 | Postcard Section - back | COL1 04/F | |
| 107 | 00/0001.15.14 | Postcard Section: "Escuela Normal Mixta - Rio Curarto Prov. de Cordoba" | COL1 04/F | |
| 108 | 00/0001.15.15 | Postcard Section | COL1 04/F | |
| 109 | 00/0001.15.16 | Postcard Section - back | COL1 04/F | |

| | A | B | C | D |
|---|---|---|---|---|
| 110 | 00/0001.15.17 | Postcard Section: "Puente sobre el Rio Cuarto - Rio Curarto Prov. de Cordoba" | COL1 04/F | |
| 111 | 00/0001.15.18 | Postcard Section | COL1 04/F | |
| 112 | 00/0001.15.19 | Postcard Section - back | COL1 04/F | |
| 113 | 00/0001.15.20 | Stamp, 5 centavos, Republica Argentina | COL1 04/F | |
| 114 | 00/0001.15.21 | Addressed Envelope Front | COL1 04/F | |
| 115 | 00/0001.15.22 | Addressed Envelope Front | COL1 04/F | |
| 116 | 00/0001.15.23 | Postmarked Envelope Flap "Buenos Aries Nov. 29, 1911" | COL1 04/F | |
| 117 | 00/0001.15.24 | Postmarked Envelope Flap "Curnemouth" | COL1 04/F | |
| 118 | 00/0001.15.25 | Envelope Flap | COL1 04/F | |
| 119 | 00/0001.15.26 | Envelope Flap | COL1 04/F | |
| 120 | 00/0001.15.27 | Envelope Flap | COL1 04/F | |
| 121 | 00/0001.15.28 | Envelope Flap | COL1 04/F | |
| 122 | 00/0001.15.29 | Envelope Fragment | COL1 04/F | |
| 123 | 00/0001.15.30 | Envelope Fragment | COL1 04/F | |
| 124 | 00/0001.15.31 | Envelope Fragment | COL1 04/F | |
| 125 | 00/0001.15.32 | Envelope Fragment | COL1 04/F | |
| 126 | 00/0001.15.33 | Envelope Fragment | COL1 04/F | |
| 127 | 00/0001.16 | English Grammar book | COL1 02/B | |
| 128 | 00/0001.17 | Two books together (Poetry) | COL1 02/B | |
| 129 | 00/0001.18a.1 | paper from slipper (proper left) | COL2 Refrigerator/A | |
| 130 | 00/0001.19a | Oval brush with wood back | COL2 Refrigerator/C | |
| 131 | 00/0001.20.1 | Cork | COL2 Refrigerator/C | |
| 132 | 00/0001.20.2 | Label from Inkwell | COL1 04/F | |
| 133 | 00/0001.21 | Book entitled "Poemas" | COL1 02/B | |
| 134 | 00/0001.22 | Unknown Paper | COL1 04/H | |
| 135 | 00/0001.23 | Third Class Baggage Ticket | COL1 02/C | |
| 136 | 00/0001.28 | Towel | COL1 11/D | |
| 137 | 00/0001.29 | Book of arithmetic | COL1 02/B | |
| 138 | 00/0001.30 | Metal clasp | COL4 Bin A14 | |
| 139 | 00/0001.31 | Towel | COL2 | |
| 140 | 00/0001.31.1 | Fragment of Envelope | COL1 02/C | |
| 141 | 00/0002 | Moveable Locking Arm (Wood chalk) | COL2 001/A | |
| 142 | 00/0002.a | Metal pieces for Moveable Locking Arm | COL2 008/A | |
| 143 | 00/0003 | Tip Basin | COL2 027/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 144 | 00/0004 | Porcelain fragment | COL2 018/E | |
| 145 | 00/0005 | Glass bottle with Cork | COL2 016/F | |
| 146 | 00/0006 | Mustard Pot | COL2 021/F | |
| 147 | 00/0010 | Binoculars | COL3 Shelf 1/C | |
| 148 | 00/0011 | Green Bottle With Cork Inside | COL4 | |
| 149 | 00/0013 | Not from Titanic:  Possible Submarine Gong | COL2 002/A | |
| 150 | 00/0014 | Third Class Crystal Decanter with White Star Line Logo | COL2 | |
| 151 | 00/0015 | Golf Shoe Sole | COL1 10/D | |
| 152 | 00/0016 | Brown Glass Bottle | COL2 021/F | |
| 153 | 00/0017 | First Class Chamber Pot  with White Star Line Logo | COL4 | |
| 154 | 00/0018 | Chamber Pot | COL2 027/B | |
| 155 | 00/0019 | Dog Key With Chain | COL4 Bin A14 | |
| 156 | 00/0020b | Bracket for Chandelier | COL2 cart | |
| 157 | 00/0021.02 | Tile, Galley Floor | COL2 013/F | |
| 158 | 00/0023 | Gold Plated Lamp | COL4 Bin A20 | |
| 159 | 00/0024.1 | Screws from Sponge Holder | COL2 012/D | |
| 160 | 00/0025 | Turnbuckle | Bin 16A | |
| 161 | 00/0026a | Wooden Door Remnant | COL1 08/C | |
| 162 | 00/0026b | Brass Door Knob Escutcheon | COL1 08/B | |
| 163 | 00/0027.1 | Nut from Table Base | COL2 013/D | |
| 164 | 00/0027.2 | Bolt from Table Base | COL2 013/D | |
| 165 | 00/0028 | Deck Lamp | COL2 014/C | |
| 166 | 00/0028.1 | Corrosion pieces from light | COL2 Refrigerator/C | |
| 167 | 00/0029 | Glass bottle with Contents | COL2 021/F | |
| 168 | 00/0029.1 | Paper tube around bottle | COL2 Refrigerator/C | |
| 169 | 00/0030 | Floor Tile | COL2 | |
| 170 | 00/0031 | Floor Tile | COL2 | |
| 171 | 00/0032a | Door Knob | COL4 Bin A16 | |
| 172 | 00/0032b | Push plate | COL4 Bin A16 | |
| 173 | 00/0032c | Washer | COL4 Bin A16 | |
| 174 | 00/0032d | Washer | COL4 Bin A16 | |
| 175 | 00/0033 | Floor drain | COL2 012/C | |
| 176 | 00/0034a | Base Plate of First-Class Ceiling Fixture | COL4 Bin A06 | |
| 177 | 00/0034b | Base Plate of First-Class Ceiling Fixture | COL4 Bin A06 | |
| 178 | 00/0034c | Base Plate of First-Class Ceiling Fixture | COL4 Bin A06 | |
| 179 | 00/0034d | Base Plate of First-Class Ceiling Fixture | COL4 Bin A06 | |

| | A | B | C | D |
|---|---|---|---|---|
| 180 | 00/0034e | Base Plate of First-Class Ceiling Fixture | CO14 Bin A06 | |
| 181 | 00/0034f | Base Plate of First-Class Ceiling Fixture | CO14 Bin A06 | |
| 182 | 00/0034g | Base Plate of First-Class Ceiling Fixture | CO14 Bin A06 | |
| 183 | 00/0034h | Base Plate of First-Class Ceiling Fixture | CO14 Bin A06 | |
| 184 | 00/0035 | Lead Crystal Bead | CO13 Shelf 1/C | |
| 185 | 00/0036 | Finial Knob | CO13 Shelf 1/C | |
| 186 | 00/0038 | Folding Lavatory (Sink) Basin Limiter | CO14 Bin A12 | |
| 187 | 00/0038.1 | Folding Lavatory (Sink) Basin Limiter Wood | CO1 08/B | |
| 188 | 00/0039 | Spigot from Folding Lavatory Tilt Sink (Basin) | CO14 Bin A14 | |
| 189 | 00/0040 | Rim of a Spittoon | CO2 022/B | |
| 190 | 00/0041 | Saucer, Third Class Dining Room Service | CO2 017/B | |
| 191 | 00/0042 | Soup Bowl, Third Class Dining Room Service | CO2 017/B | |
| 192 | 00/0043 | Soup Plate, Third Class Dining Room Service | CO2 017/B | |
| 193 | 00/0043.1 | Soup Plate Fragment, Third Class Dining Room Service | CO2 017/B | |
| 194 | 00/0043.2 | Soup Plate Fragment, Third Class Dining Room Service | CO2 017/D | |
| 195 | 00/0043.3 | Soup Plate Fragment, Third Class Dining Room Service | CO2 017/D | |
| 196 | 00/0044a | Telegraph Pulley Housing with Two Pulleys | CO2 026/D | |
| 197 | 00/0044a.1 (?) | Telegraph Pulley Housing | CO14 Bin A40 | |
| 198 | 00/0044b | Telegraph Pulley Housing with Two Pulleys | CO2 026/D | |
| 199 | 00/0044c | Telegraph Pulley Housing with Two Pulleys | CO2 026/D | |
| 200 | 00/0045 | First Class Brass Gold Plated Restaurant Sconce | CO14 Bin A41 | |
| 201 | 00/0046 | Porthole | CO2 004/A | |
| 202 | 00/0047 | Large Porthole from D Deck | CO2 007/B | |
| 203 | 00/0048b | Electric switch | CO4 Bin 14 | |
| 204 | 00/0048c | Electric Cable | CO4 Bin 14 | |
| 205 | 00/0050a | Sauce pan with single handle.   previously called Nickel Kettle | CO2 024/D | |
| 206 | 00/0050b | Detached Handle from nickel kettle | CO2 024/D | |
| 207 | 00/0052.1 | Tip Basin Screw | CO4 Bin A18 | |
| 208 | 00/0053 | Broken Green Bottle with Cork, | CO2 017/F | |
| 209 | 00/0054 | Wood with Brass Hinge | CO1 08/B | |
| 210 | 00/0054.1 | Wood with Brass Hinge | CO4 Bin A28 | |
| 211 | 00/0055 | Bowler Hat (Derby) | FREEZER | |
| 212 | 00/0056.1.01a | Perfume vial | CO2 Refrigerator/B | |
| 213 | 00/0056.1.02b | Perfume label | CO1 04/F | |
| 214 | 00/0056.1.04a | Perfume vial | CO2 Refrigerator/B | |
| 215 | 00/0056.1.04b | Half of perfume label | CO1 04/F | |
| 216 | 00/0056.1.05a | Broken perfume vial | CO2 Refrigerator/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 217 | 00/0056.1.06b | Partial perfume label | COL1 04/F | |
| 218 | 00/0056.1.07 | Broken perfume vial | COL2 Refrigerator/B | |
| 219 | 00/0056.1.09a | Perfume vial | COL2 | |
| 220 | 00/0056.1.10a | Perfume vial | COL1 04/I | |
| 221 | 00/0056.1.10b | Half of perfume label | COL1 04/F | |
| 222 | 00/0056.1.11b | Perfume label | COL1 04/F | |
| 223 | 00/0056.1.12a | Concreted perfume vial | COL2 Refrigerator/B | |
| 224 | 00/0056.1.12b | Partial perfume dropper | COL2 Refrigerator/B | |
| 225 | 00/0056.1.13a | Broken perfume vial | COL2 Refrigerator/B | |
| 226 | 00/0056.1.13b | Perfume label | COL2 | |
| 227 | 00/0056.1.14a | Broken perfume vial | COL2 Refrigerator/B | |
| 228 | 00/0056.1.14b | Perfume label | COL1 04/F | |
| 229 | 00/0056.1a | Inside section from perfume sample leather case | COL1 03/C | |
| 230 | 00/0056.1b | Main section from perfume sample leather case | COL1 03/C | |
| 231 | 00/0056.2.01a | Perfume vial | COL2 | |
| 232 | 00/0056.2.02a | Broken perfume vial | COL2 Refrigerator/B | |
| 233 | 00/0056.2.03a | Perfume vial | COL2 Refrigerator/B | |
| 234 | 00/0056.2.03b | Perfume label | COL1 04/F | |
| 235 | 00/0056.2.05a | Perfume vial | COL2 Refrigerator/B | |
| 236 | 00/0056.2.05b | Perfume label | COL1 04/F | |
| 237 | 00/0056.2.06 | Broken glass from perfume vial | COL2 Refrigerator/B | |
| 238 | 00/0056.2.07 | Perfume label | COL2 | |
| 239 | 00/0056.2.08a | Perfume vial | COL2 Refrigerator/B | |
| 240 | 00/0056.2.08b | Perfume label | COL1 04/F | |
| 241 | 00/0056.2.10a | Perfume vial | COL2 Refrigerator/B | |
| 242 | 00/0056.2.10b | Perfume label | COL1 04/F | |
| 243 | 00/0056.2.11 | Perfume label | COL1 04/F | |
| 244 | 00/0056.2.12a | Perfume vial | COL2 Refrigerator/B | |
| 245 | 00/0056.2.12b | Perfume label | COL1 04/F | |
| 246 | 00/0056.2.14b | Perfume label | COL1 04/F | |
| 247 | 00/0056.2.15a | Perfume vial | COL2 | |
| 248 | 00/0056.2.15b | Perfume label | COL1 04/F | |
| 249 | 00/0056.2.16c | Metal case top | COL2 | |
| 250 | 00/0056.2.16d | Metal case bottom | COL2 | |
| 251 | 00/0056.2.17b/c | Metal Case bottom with exposed label | COL2 Refrigerator/B | |
| 252 | 00/0056.2.19a | Perfume vial with broken bottom | COL2 Refrigerator/B | |
| 253 | 00/0056.2.19b | Metal case top | COL2 Refrigerator/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 254 | 00/0056.2.19c | Metal case bottom | CO2 Refrigerator/B | |
| 255 | 00/0056.2.20a | Perfume vial | CO2 | |
| 256 | 00/0056.2.20b | Perfume label attached to vial | CO2 | |
| 257 | 00/0056.2.20c | Metal case top | CO2 | |
| 258 | 00/0056.2.20d | Metal case bottom | CO2 | |
| 259 | 00/0056.2.21b | Perfume label | CO1 04/F | |
| 260 | 00/0056.2.21c | Metal case top | CO2 Refrigerator/B | |
| 261 | 00/0056.2.21d | Metal case bottom | CO2 Refrigerator/B | |
| 262 | 00/0056.2.22b | Perfume label | CO1 04/F | |
| 263 | 00/0056.2.22c | Metal case top | CO2 Refrigerator/B | |
| 264 | 00/0056.2.22d | Metal case bottom | CO2 Refrigerator/B | |
| 265 | 00/0056.2.23a | Perfume vial | CO2 Refrigerator/B | |
| 266 | 00/0056.2.23b | Perfume label | CO1 04/F | |
| 267 | 00/0056.2.25a | Broken perfume vial | CO2 Refrigerator/B | |
| 268 | 00/0056.2.26a | Broken perfume vial | CO2 Refrigerator/B | |
| 269 | 00/0056.2.26b | Perfume label | CO1 04/F | |
| 270 | 00/0056.2.27a | Broken perfume vial | CO2 Refrigerator/B | |
| 271 | 00/0056.2.27b | Perfume label | CO1 04/F | |
| 272 | 00/0056.2.28b | Perfume label | CO1 04/E | |
| 273 | 00/0056.2.30a | Perfume vial | CO2 Refrigerator/B | |
| 274 | 00/0056.2.30b | Perfume label | CO1 04/F | |
| 275 | 00/0056.2.31 | Metal clasp from perfume vial | CO2 Refrigerator/B | |
| 276 | 00/0056.2a | Top flap from perfume sample leather case | CO1 03/C | |
| 277 | 00/0056.2b | Bottom front piece from perfume sample leather case | CO2 | |
| 278 | 00/0056.2c | Side flap from perfume sample leather case | CO1 03/C | |
| 279 | 00/0056.2d | Side flap from perfume sample leather case | CO1 03/C | |
| 280 | 00/0056.3.01a | Perfume vial | CO2 Refrigerator/B | |
| 281 | 00/0056.3.01b | Perfume label | CO1 04/F | |
| 282 | 00/0056.3.02a | Broken perfume vial | CO2 Refrigerator/B | |
| 283 | 00/0056.3.02b | Perfume label | CO1 04/F | |
| 284 | 00/0056.3.03 | Perfume label | CO1 04/F | |
| 285 | 00/0056.3.04a | Perfume vial | CO2 Refrigerator/B | |
| 286 | 00/0056.3.04b | Perfume label | CO1 04/F | |
| 287 | 00/0056.3.05b | Perfume label | CO1 04/F | |
| 288 | 00/0056.3.05c | Padding from perfume vial | CO2 Refrigerator/B | |
| 289 | 00/0056.3.06a | Perfume vial | CO2 | |
| 290 | 00/0056.3.06b | Perfume label | CO1 04/F | |

| | A | B | C | D |
|---|---|---|---|---|
| 291 | 00/0056.3.07b | Perfume label | CO1 04/F | |
| 292 | 00/0056.3.08a | Perfume label | CO2 Refrigerator/B | |
| 293 | 00/0056.3.08b | Partial perfume label | CO1 04/F | |
| 294 | 00/0056.3.09 | Perfume vial | CO2 Refrigerator/B | |
| 295 | 00/0056.3.10a | Perfume vial | CO2 | |
| 296 | 00/0056.3.10b | Perfume label | CO1 04/F | |
| 297 | 00/0056.3.11a | Perfume vial | CO2 Refrigerator/B | |
| 298 | 00/0056.3.11b | Perfume label | CO1 04/F | |
| 299 | 00/0056.3.12 | Perfume vial | CO2 Refrigerator/B | |
| 300 | 00/0056.3.13 | Perfume label | CO1 04/F | |
| 301 | 00/0056.3.14a | Perfume vial | CO2 Refrigerator/B | |
| 302 | 00/0056.3.14b | Perfume label | CO1 04/F | |
| 303 | 00/0056.3.15a | Broken perfume vial | CO2 Refrigerator/B | |
| 304 | 00/0056.3.15b | Metal case top | CO2 Refrigerator/B | |
| 305 | 00/0056.3.15c | Metal case bottom | CO2 Refrigerator/B | |
| 306 | 00/0056.3.15d | Perfume label | CO1 04/F | |
| 307 | 00/0056.3.16a | Perfume vial | CO2 Refrigerator/B | |
| 308 | 00/0056.3.16b | Metal case top | CO2 Refrigerator/B | |
| 309 | 00/0056.3.16c | Metal case bottom | CO2 Refrigerator/B | |
| 310 | 00/0056.3.16d | Perfume label inside metal case | CO2 Refrigerator/B | |
| 311 | 00/0056.3.17a | Perfume vial | CO2 | |
| 312 | 00/0056.3.17b | Metal case top | CO2 Refrigerator/B | |
| 313 | 00/0056.3.17c | Metal case bottom | CO2 Refrigerator/B | |
| 314 | 00/0056.3.17d | Perfume label | CO2 Refrigerator/B | |
| 315 | 00/0056.3.17e | Padding from perfume vial | CO2 Refrigerator/B | |
| 316 | 00/0056.3.18a | Perfume vial | CO2 | |
| 317 | 00/0056.3.18b | Partial metal case | CO2 Refrigerator/B | |
| 318 | 00/0056.3.18c | Perfume label attached to metal case | CO2 Refrigerator/B | |
| 319 | 00/0056.3.18d | Padding from perfume vial | CO2 Refrigerator/B | |
| 320 | 00/0056.3.19a | Perfume vial | CO2 | |
| 321 | 00/0056.3.19b | Metal case top | CO2 Refrigerator/B | |
| 322 | 00/0056.3.19c | Metal case bottom | CO2 Refrigerator/B | |
| 323 | 00/0056.3.19d | Perfume label attached to metal case bottom | CO2 Refrigerator/B | |
| 324 | 00/0056.3.20a | Perfume vial | CO2 | |
| 325 | 00/0056.3.20b | Partial metal top | CO2 Refrigerator/B | |
| 326 | 00/0056.3.20c | Metal bottom | CO1 03/C | |
| 327 | 00/0056.3.21a | Perfume vial | CO2 Refrigerator/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 328 | 00/0056.3.21b | Pieces of metal case top | CO12 Refrigerator/B | |
| 329 | 00/0056.3.21c | Metal case bottom | CO12 Refrigerator/B | |
| 330 | 00/0056.3a | Rectangular piece from perfume sample leather case | CO1 03/C | |
| 331 | 00/0056.3b | Side flap from perfume sample leather case | CO1 03/C | |
| 332 | 00/0056.3c | Main section from perfume sample leather case | CO1 03/C | |
| 333 | 00/0056.3c.1 | Perfume label | CO1 04/F | |
| 334 | 00/0056.3d | Top flap from perfume sample leather case | CO1 03/C | |
| 335 | 00/0056.4.02a | Perfume vial | CO12 Refrigerator/B | |
| 336 | 00/0056.4.02b | Perfume label | CO1 04/F | |
| 337 | 00/0056.5.01 | Perfume vial | CO12 Refrigerator/B | |
| 338 | 00/0056.5.02 | Perfume vial | CO12 Refrigerator/B | |
| 339 | 00/0056.5.03 | Perfume vial with partial metal bottom and label | CO12 Refrigerator/B | |
| 340 | 00/0056.5.04 | Perfume vial | CO12 Refrigerator/B | |
| 341 | 00/0056.5.05a | Perfume vial | CO12 Refrigerator/B | |
| 342 | 00/0056.5.05b | Perfume label | CO1 04/F | |
| 343 | 00/0056.5.06 | Perfume vial | CO12 Refrigerator/B | |
| 344 | 00/0056.5.07 | Perfume vial | CO12 Refrigerator/B | |
| 345 | 00/0056.5.08 | Perfume vial | CO12 Refrigerator/B | |
| 346 | 00/0056.5.09 | Perfume vial | CO12 Refrigerator/B | |
| 347 | 00/0056.5.10 | Metal top | CO12 Refrigerator/B | |
| 348 | 00/0056.5.11 | Metal bottom   Complete Metal Perfume Case | CO12 Refrigerator/B | |
| 349 | 00/0056.5.12b | Perfume label | CO1 04/F | |
| 350 | 00/0056.5.13a | Perfume vial | CO12 Refrigerator/B | |
| 351 | 00/0056.5.13b | Perfume label | CO1 04/F | |
| 352 | 00/0056.5.14 | Perfume vial | CO12 Refrigerator/B | |
| 353 | 00/0056.5.15b | Metal bottom | CO12 Refrigerator/B | |
| 354 | 00/0056.5.15c | Perfume label in metal case | CO12 Refrigerator/B | |
| 355 | 00/0056.5.16 | Perfume vial | CO12 | |
| 356 | 00/0056.5.18 | Perfume vial | CO12 Refrigerator/B | |
| 357 | 00/0056.5.20 | Perfume vial | CO12 Refrigerator/B | |
| 358 | 00/0056.5.21 | Broken perfume vial | CO12 Refrigerator/B | |
| 359 | 00/0056.5.22 | Glass stopper | CO12 Refrigerator/B | |
| 360 | 00/0056.5.23 | Glass stopper | CO12 Refrigerator/B | |
| 361 | 00/0056.5.26 | Broken glass stopper | CO12 Refrigerator/B | |
| 362 | 00/0056.5.27 | Glass stopper | CO12 Refrigerator/B | |
| 363 | 00/0056.5.28 | Broken perfume vial | CO12 Refrigerator/B | |
| 364 | 00/0056.5.29 | Broken perfume vial | CO12 Refrigerator/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 365 | 00/0056.5.30a | Perfume vial | CO12 Refrigerator/B | |
| 366 | 00/0056.5.31 | Miscellaneous, including metal latch | CO12 Refrigerator/B | |
| 367 | 00/0056.5.32 | Perfume label | CO1 04/F | |
| 368 | 00/0056.5.33 | Perfume label | CO1 04/F | |
| 369 | 00/0056.5.34 | Perfume label | CO1 04/F | |
| 370 | 00/0056.5.35 | Perfume label | CO1 04/F | |
| 371 | 00/0056.5.36 | Perfume label | CO1 04/F | |
| 372 | 00/0056.5.37 | Perfume label | CO1 04/F | |
| 373 | 00/0056.5.38 | Perfume label | CO1 04/F | |
| 374 | 00/0056.5.39 | Perfume label | CO1 04/F | |
| 375 | 00/0057 | First Class Silver Plated Tureen | CO2 021/B | |
| 376 | 00/0058 | Rim of silver second class soup tureen | CO4 Bin 21 | |
| 377 | 00/0058.1 | Handle | CO4 Bin 21 | |
| 378 | 00/0058.2 | Handle | CO4 Bin 21 | |
| 379 | 00/0058.3 | 4 Pieces (Misc.) | CO4 Bin 21 | |
| 380 | 00/0059 | Plate, Second Class Dining Room Service | CO2 017/C | |
| 381 | 00/0059.1 | Plate Fragment, Second Class Dining Room Service | CO2 017/D | |
| 382 | 00/0059.2 | Plate Fragment, Second Class Dining Room Service | CO2 017/D | |
| 383 | 00/0059.3 | Plate Fragment, Second Class Dining Room Service | CO2 017/D | |
| 384 | 00/0060.1 | 4 Pieces of Crystal Decanter with White Star Line Logo | CO2 026/C | |
| 385 | 00/0061a | Dead Compass (Housing) | CO4 Bin 14 | |
| 386 | 00/0061b | Dead Compass (Bottom) | CO4 Bin 14 | |
| 387 | 00/0061c | Dead Compass (Upright Base) | CO1 07/C | |
| 388 | 00/0061c.1 | Dead Compass (Upright Base parts) | CO4 Bin 14 | |
| 389 | 00/0061d | Dead Compass (Compass Rose) | CO4 Bin 14 | |
| 390 | 00/0061d.1 | Part of Rose | CO4 Bin 14 | |
| 391 | 00/0062.1 | Pieces of Deck Lamp | Bin 15 | |
| 392 | 00/0064 | Waste Water Drain for Bath Tub | CO2 007/A | |
| 393 | 00/0066 | First Class Cup | CO2 018/B | |
| 394 | 00/0067 | Gold Rimed Cup with Transfer Print | CO2 015/C | |
| 395 | 00/0068 | Cup, Chocolate, First Class Dining Room | CO2 018/B | |
| 396 | 00/0069 | Broken Jug | CO2 017/E | |
| 397 | 00/0070 | Galley Flooring, "J.C. Edwards" | CO2 013/F | |
| 398 | 00/0071 | Stack of Three Silver Plated Poringgers | CO4 Bin A44 | |
| 399 | 00/0072 | Gold Top to Bottle | CO2 016/B | |
| 400 | 00/0073 | Cast Metal Handle | CO2 024/D | |
| 401 | 00/0074a | Brass Housing | CO4 Bin 21 | |

| | A | B | C | D |
|---|---|---|---|---|
| 402 | 00/0074b | Octagonal Wood Block | CO1 07/C | |
| 403 | 00/0074c | Flange | CO4 Bin 21 | |
| 404 | 00/0074d | Housing Flange | CO4 Bin 21 | |
| 405 | 00/0075a | Steam Valve | CO4 Bin 14 | |
| 406 | 00/0075b | Bent Pipe and Cock Valve | CO2 021/B | |
| 407 | 00/0076 | Bath Tub Hot and Cold Water Fixture | CO4 Bin 13 | |
| 408 | 00/0079 | Flange Blank | CO2 008/C | |
| 409 | 00/0080a | Hair Brush | CO2 Refrigerator/C | |
| 410 | 00/0080b | Hair Brush | CO2 Refrigerator/C | |
| 411 | 00/0083 | Fan Motor With Broken Bracket | Bath Shelf Container | |
| 412 | 00/0083.1 | Part of Fan Motor | CO3 Shelf 1/A | |
| 413 | 00/0083.2 | Part of Fan Motor | CO3 Shelf 1/A | |
| 414 | 00/0084 | Decorative Light Housing | CO2 014/C | |
| 415 | 00/0085 | Clear Bell Shaped Bottle with Cork | CO2 016/E | |
| 416 | 00/0087 | Electric Motor Pole Windings from electric fan | CO2 Refrigerator/A | |
| 417 | 00/0088.A | Fragment of Boot Heel | CO1 09/E | |
| 418 | 00/0088.B | Fragment of Boot Heel | CO1 09/E | |
| 419 | 00/0088.C | Fragment of Boot Heel | CO1 09/E | |
| 420 | 00/0088.D | Fragments of Boot Laces | CO1 09/E | |
| 421 | 00/0088.E | Fragments of Boot Heel | CO1 09/E | |
| 422 | 00/0089 | Man's Left Shoe | CO1 03/A | |
| 423 | 00/0089.1 | Man's Left Shoe heel | CO1 03/A | |
| 424 | 00/0091 | Decorative Light Housing | CO2 | |
| 425 | 00/0092 | Crystal Candy Dish With White Star Line Logo | CO2 018/B | |
| 426 | 00/0093 | Cup, Third Class Dining Room Service | CO2 018/B | |
| 427 | 00/0094 | First Class Cup | CO2 Refrigerator/C | |
| 428 | 00/0094.1 | Seeds? | CO2 017/B | |
| 429 | 00/0101 | Soup Bowl, Third Class Dining Room Service | CO2 013/F | |
| 430 | 00/0103 | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | CO4 | |
| 431 | 00/0104a | Docking Bridge Telephone Base | CO4 | |
| 432 | 00/0104b.1 | Docking Bridge Telephone Box Housing | CO4 | |
| 433 | 00/0104b.2 | Docking Bridge Telephone Box Lid | CO4 Bin A03 | |
| 434 | 00/0104c | Docking Bridge Telephone Handle | CO4 Bin A03 | |
| 435 | 00/0104d | Docking Bridge Telephone Handle | CO4 Bin A04 | |
| 436 | 00/0104e | Bolt Head | CO4 Bin A04 | |
| 437 | 00/0104f | Bolt Head | CO4 Bin A04 | |
| 438 | 00/0104g | Screw Bottom | CO4 Bin A04 | |

| | A | B | C | D |
|---|---|---|---|---|
| 439 | 00/0105.1 | Wood | COL2 Refrigerator/C | |
| 440 | 00/0105.2 | Screw head | COL2 Refrigerator/C | |
| 441 | 00/0105a | Wood Fragment | COL1 07/B | |
| 442 | 00/0105b | Wood Fragment | COL1 07/B | |
| 443 | 00/0105c | Wood Fragment | COL1 07/B | |
| 444 | 00/0105d | Wood Fragment | COL1 07/B | |
| 445 | 00/0106a | Capstan Controller Stand | COL2 001/C | |
| 446 | 00/0106a.1 | Chain | Bin 11 | |
| 447 | 00/0106a.2 | Bolt | COL2 014/B | |
| 448 | 00/0106b | Capstan Controller Wheel | COL2 001/B | |
| 449 | 00/0108 | Green Bottle With Cork Inside | COL2 016/F | |
| 450 | 00/0110 | Second Class Soap Dish | COL2 | |
| 451 | 00/0112 | First Class Cup | COL2 018/B | |
| 452 | 00/0114 | Tip Basin | COL4 | |
| 453 | 00/0114.1 | Lavatory Sink Screw | COL2 Refrigerator/C | |
| 454 | 00/0115 | Toilet | COL4 | |
| 455 | 00/0115.1 | Toilet parts | COL4 Bin 19 | |
| 456 | 00/0115.3 | Hair sample from toilet | COL2 Refrigerator/A | |
| 457 | 00/0117 | Screw Down Window | COL2 005/C | |
| 458 | 00/0118a | First Class Chamber Pot | COL2 027/B | |
| 459 | 00/0118a.1 | Handle for chamber pot | COL2 027/B | |
| 460 | 00/0119 | Tip Basin | COL2 027/B | |
| 461 | 00/0120 | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | COL2 | |
| 462 | 00/0121 | Silver-Plated Dish  probably from the a la carte Restaurant | COL4 Bin A45 | |
| 463 | 00/0122a | Mortice Lock and Door Handle Attached to a Wooden Door | COL2 SC01/D | |
| 464 | 00/0122b | Mortice Lock and Door Handle Attached to a Wooden Door | COL4 Bin A18 | |
| 465 | 00/0124 | Bell | COL4 | |
| 466 | 00/0125 | Filigree Carafe/Decanter Holder from Fold Up Lavatory | COL4 Bin A36 | |
| 467 | 00/0126 | Window Stopper Screw | COL4 Bin A14 | |
| 468 | 00/0127 | First Class Smoking Room Sconce | COL4 Bin A25 | |
| 469 | 00/0127.1 | First Class Smoking Room Sconce parts | COL3 Shelf 1/B | |
| 470 | 00/0128a | Lavatory Filling Funnel | COL2 022/D | |
| 471 | 00/0128b | Lavatory Filling Funnel | COL4 Bin A27 | |
| 472 | 00/0128c | Spigot | COL4 Bin A27 | |
| 473 | 00/0128c.1 | Wood from Funnel | COL1 08/C | |
| 474 | 00/0129 | Plumbing Stop Valve with Plumbing Attached | COL4 Bin 21 | |
| 475 | 00/0130 | Knife Handle | COL2 Refrigerator/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 476 | 00/0131a | Portable Work Light | COL2 013/C | |
| 477 | 00/0131b | Portable Work Light | COL4 Bin A32 | |
| 478 | 00/0132 | Wedge | COL2 013/D | |
| 479 | 00/0133b | Hand Rail Bracket | COL2 013/D | |
| 480 | 00/0134a | Cabinet Door Latch and Handle | COL1 08/B | |
| 481 | 00/0134a.1 | Piece of cabinet door latch (2) | COL4 Bin A11 | |
| 482 | 00/0134a.2 | Piece of cabinet door latch (2) | COL4 Bin A28 | |
| 483 | 00/0134b | Cabinet Door Handle | COL4 Bin A17 | |
| 484 | 00/0135 | Door Bolt | COL1 08/C | |
| 485 | 00/0136 | Mortice Lock Remains | COL1 08/B | |
| 486 | 00/0137 | Portable Fixture Base Plug | COL4 Bin A31 | |
| 487 | 00/0138 | Portable Fixture Plug | COL4 Bin 19 | |
| 488 | 00/0139 | Barometer Face | COL2 015/B | |
| 489 | 00/0140.03 | Coal | COL2 008/C | |
| 490 | 00/0140.05 | Coal | COL2 | |
| 491 | 00/0140.08 | Coal | COL2 | |
| 492 | 00/0140.12 | Coal | MOVE-O Box 3 | |
| 493 | 00/0140.16 | Coal | COL2 026/E | |
| 494 | 00/0140.17 | Coal | 058/D | |
| 495 | 00/0140.18 | Coal | COL2 026/E | |
| 496 | 00/0140.22 | Coal | COL2 025/E | |
| 497 | 00/0140.24 | Coal | 108 | |
| 498 | 00/0142a | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | COL2 | |
| 499 | 00/0142b | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | COL2 | |
| 500 | 00/0144.1 | Screws | COL4 Bin A18 | |
| 501 | 00/0146 | Wood With Receptical | COL1 08/B | |
| 502 | 00/0146.1 | fragments from wood with receptical | COL4 Bin A37 | |
| 503 | 00/0147 | Plumbing Spacer | COL4 Bin A32 | |
| 504 | 00/0150 | Deck Lamp | COL4 | |
| 505 | 00/0150.1 | 2 Deck Lamp Screws | COL4 Bin A12 | |
| 506 | 00/0152 | Toast Rack | COL2 | |
| 507 | 00/0153 | Light Globe | COL2 | |
| 508 | 00/0154 | Plastic Soap Dish Insert | COL2 Refrigerator/B | |
| 509 | 00/0155 | Egg Cup | COL2 018/E | |
| 510 | 00/0160 | Beer Bottle | COL4 | |
| 511 | 00/0161 | Green bottle with Cork | COL4 | |
| 512 | 00/0162 | Ornamental Base of a Globed Light Fixture | COL2 Refrigerator/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 513 | 00/0163.1 | One of Six Glass Beads from the Aft Staircase Chandelier | CO12 014/C | |
| 514 | 00/0163.4 | One of Six Glass Beads from the Aft Staircase Chandelier | CO12 014/C | |
| 515 | 00/0163.5 | One of Six Glass Beads from the Aft Staircase Chandelier | CO12 014/C | |
| 516 | 00/0163.6 | One of Six Glass Beads from the Aft Staircase Chandelier | CO12 014/C | |
| 517 | 00/0164 | Marble First Class Lavatory Shelf | CO14 Bin 09 | |
| 518 | 00/0164.1 | Piece from Marble First Class Lavatory Shelf | CO14 Bin A26 | |
| 519 | 00/0164.2 | Metal ring | CO14 Bin A26 | |
| 520 | 00/0164.3 | Metal ring-disk | Bin 14 | |
| 521 | 00/0165a | Telegraph Housing With Pulley | Bin 16A | |
| 522 | 00/0165b | Telegraph Housing Chain | CO14 Bin A05 | |
| 523 | 00/0165c | Telegraph Housing Clip | CO14 Bin A05 | |
| 524 | 00/0165d | Telegraph Housing Turnbuckle | CO14 Bin A05 | |
| 525 | 00/0165e | Telegraph Housing Screw | CO14 Bin A05 | |
| 526 | 00/0166b | Spider for telegraph mechanism | CO12 008/A | |
| 527 | 00/0166c | Chain link for mechanism | CO14 Bin 12 | |
| 528 | 00/0167 | Brass Turn Buckle | CO14 Bin 21 | |
| 529 | 00/0168a | Leather Bag (with Contents) | 106/C | |
| 530 | 00/0168b.1 | Newspaper | CO11 03/B | |
| 531 | 00/0168b.2 | Book | CO11 03/B | |
| 532 | 00/0168c | Graphite pencil in two parts | CO12 Refrigerator/A | |
| 533 | 00/0168d | Leather Belt with brass buckle | CO12 Refrigerator/B | |
| 534 | 00/0168e | Leather Belt without buckle | CO12 Refrigerator/A | |
| 535 | 00/0168f | Unknown circular mass | CO12 Refrigerator/A | |
| 536 | 00/0169a.1 | Lock Mechanism | CO14 Bin A18 | |
| 537 | 00/0169b | Rectangular Leather Case W/ Razor Knife | CO11 03/A | |
| 538 | 00/0169c | Shaving Brush, Brass handle with horse hair | CO12 Refrigerator/C | |
| 539 | 00/0169d | Oval brush with horse hair | CO12 Refrigerator/C | |
| 540 | 00/0169e | Brass shaving cream canister | CO11 04/I | |
| 541 | 00/0169f | Material (Cotton, Felt) rolled in paper. | CO12 Refrigerator/A | |
| 542 | 00/0169g | Small circular sponge (Shoe Shine Sponge) | CO12 Refrigerator/B | |
| 543 | 00/0169h | Clear glass bottle | CO12 026/C | |
| 544 | 00/0169i | Cobalt Blue Medicine Bottle | CO12 016/B | |
| 545 | 00/0169j | Four Buttons | CO12 Refrigerator/C | |
| 546 | 00/0169k | Man's shirt Collar | CO11 01/E | |
| 547 | 00/0169l | Eraser | CO12 Refrigerator/A | |
| 548 | 00/0169m | Pencil split in half        Eraser | CO12 Refrigerator/C | |
| 549 | 00/0169m.1 | Pencil eraser | CO12 Refrigerator/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 550 | 00/0169n | Circle label | COL1 02/C | |
| 551 | 00/0169p | Man's Denim Button fly pants | COL1 11/A | |
| 552 | 00/0169q | Cook's Cap  Baker's hat belonging to William Hine  ASK | COL1 11/A | |
| 553 | 00/0169r | Newspaper; | COL1 03/C | |
| 554 | 00/0169s | Small rectangular packaging wrapped in paper with solidified contents inside | COL1 02/C | |
| 555 | 00/0169t | Ace-type bandage | FREEZER | |
| 556 | 00/0169u | Leather Handle | CO2 Refrigerator/A | |
| 557 | 00/0169v | Two "L" shaped Leather bracing Covers | COL4 Bin 27 | |
| 558 | 00/0169w | Folded Leather Strop With canvas duck back | COL1 03/A | |
| 559 | 00/0169x | Unidentified Brass Bracket | COL4 Bin A18 | |
| 560 | 00/0169y | 16 Leather Chards (various sizes) | CO2 Refrigerator/C | |
| 561 | 00/0169z | Clear glass bottle | CO2 Refrigerator/A | |
| 562 | 00/0170a.1 | Parts of Fuse Plate | COL2 SC01/B | |
| 563 | 00/0170c | Thumb Fuse | CO2 | |
| 564 | 00/0170g | Thumb Fuse | CO2 014/C | |
| 565 | 00/0170h | Thumb Fuse | CO2 014/C | |
| 566 | 00/0171 | Silver Table Spoon | CO2 SC01/B | |
| 567 | 00/0172 | Silver Tea Pot | COL4 Bin A15 | |
| 568 | 00/0173 | Silver Tea Pot | COL4 Bin A46 | |
| 569 | 00/0174a | Sink Splash with Decanter Holder | CO2 015/B | |
| 570 | 00/0174b | Small Ring | CO2 015/B | |
| 571 | 00/0174c | Large Ring | CO2 015/B | |
| 572 | 00/0178 | Third Class Sink W/ Drain Plug | CO2 027/D | |
| 573 | 00/0178.1 | Drain Plug Chain | COL4 Bin A25 | |
| 574 | 00/0181 | First Class Cup | CO2 | |
| 575 | 00/0184 | First Class Silver Platter | COL4 Bin 21 | |
| 576 | 00/0185 | Plate, Dinner, First Class "Special Service" | CO2 | |
| 577 | 00/0186 | Sconce backing for 2-armed electric lamp in Early Georgian First Class Suite  Furniture Medallion | COL4 Bin A45 | |
| 578 | 00/0187 | Fragment of a Sauce Boat | COL4 Bin A46 | |
| 579 | 00/0188 | Electrical Switch | COL4 Bin A28 | |
| 580 | 00/0188.1 | Mount for Electrical Switch | COL1 08/C | |
| 581 | 00/0190 | Galley Flooring,  J. C. Edwards | CO2 | |
| 582 | 00/0191 | Service Spigot | COL4 Bin 14 | |
| 583 | 00/0192 | C-Scroll fragment from a First Class Chandelier | COL4 Bin A28 | |
| 584 | 00/0193 | First Class Sink Waste Plug | COL4 Bin A24 | |

| | A | B | C | D |
|---|---|---|---|---|
| 585 | 00/0194a | Ceiling Fixture | COL4 Bin A43 | |
| 586 | 00/0194b | Ceiling Fixture | COL4 Bin A43 | |
| 587 | 00/0195 | Turnbuckle | Bin 16A | |
| 588 | 00/0196 | Filter Frame? | COL2 010/A | |
| 589 | 00/0198 | Pulley Wheel | COL4 | |
| 590 | 00/0199 | Coat Hook | COL4 Bin A36 | |
| 591 | 00/0200 | Floor Tile | COL2 012/F | |
| 592 | 00/0201 | Whistle Timer Control | COL4 | |
| 593 | 00/0202.1 | Glass Fragment not Sauce Pan (part) | COL2 026/C | |
| 594 | 00/0202.2 | Ceramic Fragment not Sauce Pan (part) | COL2 026/C | |
| 595 | 00/0203 | Central element of deck bench | Bin 16A | |
| 596 | 00/0205b | Plate, Second Class Dining Room Service | COL2 017/C | |
| 597 | 00/0209 | Opera Glasses | COL3 Shelf 1/C | |
| 598 | 00/0211 | Gimbal Lamp | COL2 013/C | |
| 599 | 00/0211.1 | Key to Gimbal Lamp | COL4 Bin A13 | |
| 600 | 00/0212 | Scalloped Dish | COL2 016/D | |
| 601 | 00/0214 | Square Blue Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | COL2 013/F | |
| 602 | 00/0216 | Third Class Floor Tile | COL4 | |
| 603 | 00/0219 | Serving Spoon with White Star line Logo | COL2 | |
| 604 | 00/0220 | serving spoon | COL4 Bin A46 | |
| 605 | 00/0221a.2 | Thermometer | COL2 012/C | |
| 606 | 00/0221b | Thermometer | COL4 Bin A37 | |
| 607 | 00/0221c | Thermometer | COL4 Bin A37 | |
| 608 | 00/0221d | Thermometer | COL4 Bin A37 | |
| 609 | 00/0226 | Cup, Third Class Dining Room Service | COL2 018/B | |
| 610 | 00/0229 | Square Blue Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | COL2 013/F | |
| 611 | 00/0230a | Fan Grill | COL2 | |
| 612 | 00/0230b | Fan Parts | COL2 | |
| 613 | 00/0230c | Fan Blade | COL2 | |
| 614 | 00/0230d | Brass Bracket from fan | COL2 | |
| 615 | 00/0230e | Brass Bracket from fan | COL2 012/C | |
| 616 | 00/0230f | Brass Bracket from fan | COL2 012/C | |
| 617 | 00/0231 | Deck Bench End | COL2 005/B | |
| 618 | 00/0233 | Ladle | COL4 Bin A46 | |
| 619 | 00/0234 | silver plate | COL4 Bin A47 | |

| | A | B | C | D |
|---|---|---|---|---|
| 620 | 00/0236 | Upper Berth Support | CO1 08/B | |
| 621 | 00/0236.1 | Fan metal hinge | CO4 Bin A26 | |
| 622 | 00/0239 | Remains of a Brass Box | CO4 Bin A39 | |
| 623 | 00/0240 | Lavatory Slate | CO2 RollingShelf1/D | |
| 624 | 00/0240.1 | Screw from Lavatory Slate | CO4 Bin A18 | |
| 625 | 00/0240.2 | Wood bits from Lavatory Slate | CO2 Refrigerator/C | |
| 626 | 00/0240.3 | Bit from Lavatory Slate | CO2 013/B | |
| 627 | 00/0243a | Plate, Second Class Dining Room Service | CO2 017/C | |
| 628 | 00/0243b | Plate, Second Class Dining Room Service | CO2 017/C | |
| 629 | 00/0243c | Plate, Second Class Dining Room Service | CO2 017/C | |
| 630 | 00/0248a | Dish, Candy, First Class Dining | CO2 | |
| 631 | 00/0249.1 | White Star Line Receipt | CO1 02/C | |
| 632 | 00/0249aa | Small Wooden Box with Top | CO2 | |
| 633 | 00/0249aa.1 | Fragment of Small Wooden Box Top | CO2 Refrigerator/B | |
| 634 | 00/0249b | Manifest Sheet and Inspection Card | CO1 04/F | |
| 635 | 00/0249c | White Star Line Baggage Insurance | CO1 04/F | |
| 636 | 00/0249cc | Dark Emerald Green Bottle (top seperate) | CO2 | |
| 637 | 00/0249d.1.1 | United States Savings Bank Receipt | CO1 04/F | |
| 638 | 00/0249d.1.2 | United States Savings Bank Receipt | CO1 04/F | |
| 639 | 00/0249d.2 | Elastic binding for booklet | CO4 Bin 27 | |
| 640 | 00/0249e | Fold Over Leather Pouch | CO2 | |
| 641 | 00/0249e.1 | Fragments from Packet of Letters | CO1 03/C | |
| 642 | 00/0249e.1.01 | Envelope | CO1 03/C | |
| 643 | 00/0249e.1.02 | Letter - Meanwell | CO1 03/C | |
| 644 | 00/0249e.1.03 | Receipt: Theatre Royal Birmingham | CO1 03/C | |
| 645 | 00/0249e.1.04 | Wolverhampton Corn Exchange Agreement | CO1 03/C | |
| 646 | 00/0249e.1.05 | Stamped Paper: Derby Mechanics' Institution | CO1 03/C | |
| 647 | | Town Hall Birmingham 1859, July 5th "'To Thomas Sheffield, Bill Poster, Publicity & General Agent" | CO1 03/C | |
| | 00/0249e.1.06 | | | |
| 648 | 00/0249e.1.07 | Stamped Paper: 1859 | CO1 03/C | |
| 649 | 00/0249e.1.08 | Folded paper (from Meanwell bag) | CO1 03/C | |
| 650 | 00/0249e.1.09 | Marriage Certificate: Ogden; Lancaster County | CO1 03/C | |
| 651 | 00/0249e.1.10 | Marriage Certificate, 1870; Ogden and Meanwell; County of York | CO1 03/C | |
| 652 | 00/0249e.1.11 | Envelope (illegible) | CO1 03/C | |
| 653 | 00/0249e.1.12 | Newspaper clipping: Manchester Guardian, 1860 | CO1 03/C | |
| 654 | 00/0249e.1.13 | Envelope fragment | CO1 03/C | |
| 655 | 00/0249e.1.15 | Post Office Telegraph | CO1 03/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 656 | 00/0249e.1.16 | Folded paper (from Meanwell bag) | COL1 03/C | |
| 657 | 00/0249e.1.17 | Receipt: Hope Lodge No. 244 New York | COL1 03/C | |
| 658 | 00/0249e.1.18 | Registered Letter 1860 | COL1 03/C | |
| 659 | 00/0249e.1.19 | Registered Letter 1860 | COL1 03/C | |
| 660 | 00/0249e.1.20 | Registered Letter 1860 | COL1 03/C | |
| 661 | 00/0249e.1.21 | Folded paper (from Meanwell bag) | COL1 03/C | |
| 662 | 00/0249e.1.22 | Photo (Meanwell) | COL1 03/C | |
| 663 | 00/0249e.1.23 | Letter - Meanwell | COL1 03/C | |
| 664 | 00/0249e.1.24 | Letter to Mrs. Meanwell 1895 | COL1 03/C | |
| 665 | 00/0249e.1.25 | Folded paper (from Meanwell bag) | COL1 03/C | |
| 666 | 00/0249e.1.26 | Envelope | COL1 03/C | |
| 667 | 00/0249e.1.27 | Letter from Wheeler Sons & Co. | COL1 03/C | |
| 668 | 00/0249e.1.28 | Notice of Distress and Inventory | COL1 03/C | |
| 669 | 00/0249e.1.29 | Mastermason Certificate, New York | COL1 03/C | |
| 670 | 00/0249f | Leather Wallet (small) | FREEZER | |
| 671 | 00/0249g | Paper Labels and String | COL1 02/C | |
| 672 | 00/0249i | Papers and envelope fragments | COL1 02/B | |
| 673 | 00/0249i.1 | Razor Handle | COL2 Refrigerator/C | |
| 674 | 00/0249j | Small Book held by Elastic | COL1 02/B | |
| 675 | 00/0249k | Folded Damask Handkerchief | COL1 11/D | |
| 676 | 00/0249m | Three Wooden Wedges with String, | COL2 Refrigerator/C | |
| 677 | 00/0249o | White Collar Ivorine Stud | COL1 02/D | |
| 678 | 00/0249p | Black Button Stud | COL3 Shelf 1/B | |
| 679 | 00/0249q | Five Metal Clasps (stars and crosshatching designs) | COL4 Bin A18 | |
| 680 | 00/0249s | Pitch Pipe (C note?) | COL2 | |
| 681 | 00/0249t.1 | Tapered Green Glass Bottle Top | COL4 Bin A18 | |
| 682 | 00/0249t.2 | Paper from around Tapered Green Glass Bottle | COL1 02/B | |
| 683 | 00/0249u | Five pencil parts | COL2 Refrigerator/A | |
| 684 | 00/0249v | Three hand sewn leather pouches | COL2 Refrigerator/A | |
| 685 | 00/0249w | Half of a rubber comb | COL2 Refrigerator/A | |
| 686 | 00/0249y | Small Clear Glass bottle with contents and metal stopper | COL2 | |
| 687 | 00/0249z | Paper envelope: "C. Skinner" | COL1 04/F | |
| 688 | 00/0249z.1 | Six elastic bands | COL2 Refrigerator/A | |
| 689 | 00/0250 | Watch | COL2 Refrigerator/A | |
| 690 | 00/0253b | Brass Nut Cover | COL2 014/B | |
| 691 | 00/0254a | Telegraph Base and Chain | COL2 010/B | |
| 692 | 00/0254b | Telegraph Turnbuckle | COL4 Bin A36 | |

| | A | B | C | D |
|---|---|---|---|---|
| 693 | 00/0254c | Telegraph Chain | COL2 013/D | |
| 694 | 00/0254d | Telegraph Chain | COL2 013/D | |
| 695 | 00/0255a | Megaphone Side | COL2 028/B | |
| 696 | 00/0255b | Megaphone Side | COL2 028/B | |
| 697 | 00/0255c | Megaphone Handle | COL2 028/B | |
| 698 | 00/0255c.1 | Megaphone Handle Part | COL2 028/B | |
| 699 | 00/0256a | Camera Concretion | COL4 Bin 27 | |
| 700 | 00/0256b | Camera Concretion  Brass Arm | COL4 Bin 27 | |
| 701 | 00/0256c | Camera Concretion Film Roll | COL4 Bin 27 | |
| 702 | 00/0256d | Camera Concretion Wheel Mechanism | COL4 Bin 27 | |
| 703 | 00/0256e | Camera Concretion Leather Piece | COL4 Bin 27 | |
| 704 | 00/0256f | Camera Concretion -- Gillette Wrapper | COL1 02/B | |
| 705 | 00/0256f.1 | Camera Concretion -- Razor Blades | COL1 02/B | |
| 706 | 00/0256g | Camera Concretion -- Misc. paper | COL1 02/C | |
| 707 | 00/0257a | Ivorine Oval Box Top | COL2 Refrigerator/B | |
| 708 | 00/0257b | Ivorine Oval Box Bottom | COL2 Refrigerator/B | |
| 709 | 00/0258a | Sponge Rack | COL2 026/C | |
| 710 | 00/0258b | Sponge Rack | COL2 026/C | |
| 711 | 00/0258c | Sponge Rack | COL2 026/C | |
| 712 | 00/0258d | Sponge Rack | COL2 026/C | |
| 713 | 00/0259 | Fan Grill | COL2 012/C | |
| 714 | 00/0260a | One of two Decorative Chandelier Scrolls | COL4 Bin A15 | |
| 715 | 00/0260b | One of two Decorative Chandelier Scrolls | COL4 Bin A15 | |
| 716 | 00/0261a | Cherry Toothpaste Jar Bottom | COL2 016/B | |
| 717 | 00/0261b | Cherry Toothpaste Jar Bottom | COL2 016/B | |
| 718 | 00/0261c | Cherry Toothpaste Jar Bottom | COL2 016/B | |
| 719 | 00/0261d | Cherry Toothpaste Jar Bottom | COL2 016/B | |
| 720 | 00/0261e | Cherry Toothpaste Jar Bottom | COL2 016/B | |
| 721 | 00/0261f | Cherry Toothpaste Jar Bottom | COL2 016/B | |
| 722 | 00/0262 | Mortice Lock | COL4 Bin A02 | |
| 723 | 00/0263 | Spigot | COL4 Bin A25 | |
| 724 | 00/0264a | Table Base | COL2 009/A | |
| 725 | 00/0264b | Table Leg with brass foot attached | COL2 009/A | |
| 726 | 00/0264c | Base of foot with brass fitting | COL2 009/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 727 | 00/0264d | Support for table | COL2 009/A | |
| 728 | 00/0264e | Support for table with bolt attached | COL2 009/A | |
| 729 | 00/0264f | Foot from table | COL2 009/A | |
| 730 | 00/0265 | Brass Handle | COL4 Bin A34 | |
| 731 | 00/0266 | Brass Support | COL4 Bin A34 | |
| 732 | 00/0267a | Nut | COL4 Bin A36 | |
| 733 | 00/0267b | Bolt | COL4 Bin A36 | |
| 734 | 00/0268 | Piece of Subflooring | COL2 012/E | |
| 735 | 00/0269a | Leather Bag | COL1 05/F | |
| 736 | 00/0269b | Longjohns with 3 buttons | COL1 11/D | |
| 737 | 00/0269b.1 | Buttons | COL4 Bin 26 | |
| 738 | 00/0269c | Cardboard case for razor handle (2 parts) | COL1 02/D | |
| 739 | 00/0269d.1 | Uniform Button Stamped with the White Star Line Flag | COL1 04/I | |
| 740 | 00/0269d.2 | Uniform Button Stamped with the White Star Line Flag | COL2 | |
| 741 | 00/0269d.3 | Uniform Button Stamped with the White Star Line Flag | COL1 04/I | |
| 742 | 00/0269e.1 | Pipe, smoking; bowl | COL1 02/D | |
| 743 | 00/0269e.2 | Pipe Stem, Smoking | COL1 02/D | |
| 744 | 00/0269f | Shoe Brush with boar's hair | COL1 07/C | |
| 745 | 00/0269g | Paper wrapped around leather razor case | COL1 02/C | |
| 746 | 00/0269g.1 | Uniform Button Stamped with the White Star Line Flag | COL1 03/B | |
| 747 | 00/0269h | Two brass locks for bag | COL3 in container on cart | |
| 748 | 00/0269i | Leather label for bag | COL3 on cart | |
| 749 | 00/0269j | Leather Handle for bag | COL4 Bin 27 | |
| 750 | 00/0269k | Razor Handle | COL1 02/D | |
| 751 | 00/0269l | Leather tag from bag | 107/D | |
| 752 | 00/0269m | Button | COL3 Removed for treatment | |
| 753 | 00/0271 | Backing of a Brush | COL2 | |
| 754 | 00/0274 | Glass Fragment of Lavatory | COL2 015/B | |
| 755 | 00/0275 | Glass Jar | COL2 016/B | |
| 756 | 00/0276 | Fragment of Green Glass | COL3 Shelf 1/C | |
| 757 | 00/0277a | Bed Post | Bin 16B | |
| 758 | 00/0277b | Bed Post | COL4 Bin A37 | |
| 759 | 00/0277c | Bed Post | COL4 Bin A37 | |
| 760 | 00/0278a | Decorative Bracket | COL4 Bin A42 | |
| 761 | 00/0278b | Decorative Bracket | COL4 Bin A42 | |

| | A | B | C | D |
|---|---|---|---|---|
| 762 | 00/0278c | Ring from Decorative Bracket | COl4 Bin A42 | |
| 763 | 00/0279a | Hospital Pan | COl2 022/B | |
| 764 | 00/0279b | Hospital Pan | COl2 022/B | |
| 765 | 00/0280 | Mica Insulator with Copper | COl4 Bin A15 | |
| 766 | 00/0281a | Silver Nitrate Film | COl1 04/F | |
| 767 | 00/0281b | Silver Nitrate Film | COl1 04/F | |
| 768 | 00/0281c | Silver Nitrate Film | COl1 04/F | |
| 769 | 00/0281d | Silver Nitrate Film | COl1 04/F | |
| 770 | 00/0281e | Silver Nitrate Film | COl1 04/F | |
| 771 | 00/0281f | Silver Nitrate Film | COl1 04/F | |
| 772 | 00/0281g | Silver Nitrate Film | COl1 04/F | |
| 773 | 00/0281h | Silver Nitrate Film | COl1 04/F | |
| 774 | 00/0281i | Silver Nitrate Film | COl1 04/F | |
| 775 | 00/0281j | Silver Nitrate Film | COl1 04/F | |
| 776 | 00/0281k | Silver Nitrate Film | COl1 04/F | |
| 777 | 00/0282 | Toilet | COl2 003/C | |
| 778 | 00/0282.01 | Wood Fitting from Toilet | COl2 003/B | |
| 779 | 00/0282.02 | Three toilet ceramic fragments | COl2 003/B | |
| 780 | 00/0282.03 | Bolts | COl2 003/B | |
| 781 | 00/0282.04 | Wood from toilet | COl2 003/B | |
| 782 | 00/0282.05 | Toilet parts | COl2 003/B | |
| 783 | 00/0282.06 | Toilet part | COl2 003/B | |
| 784 | 00/0282.07 | Toilet part (Handle) | COl2 003/C | |
| 785 | 00/0282.08 | Toilet part | 085/B | |
| 786 | 00/0282.09 | Toilet parts | COl2 003/B | |
| 787 | 00/0282.10 | Toilet parts | COl2 003/B | |
| 788 | 00/0283a | Vise | COl2 028/D | |
| 789 | 00/0283b | Vise | COl2 004/B | |
| 790 | 00/0284a | Adjustable Steam Collar | COl2 008/B | |
| 791 | 00/0284b | Adjustable Steam Collar | COl2 008/B | |
| 792 | 00/0286a | Valve Pocket | COl2 026/C | |
| 793 | 00/0286b | Valve Pocket | COl2 026/C | |
| 794 | 00/0286c | Valve Pocket | COl2 026/C | |
| 795 | 00/0286d | Valve Pocket (2 pieces) | COl2 026/C | |
| 796 | 00/0286e | Valve Pocket | COl2 026/C | |
| 797 | 00/0287 | Pulley Wheel | COl2 026/C | |
| 798 | 00/0288 | Steel Screw | COl2 026/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 799 | 00/0289 | Gear | COL2 008/A | |
| 800 | 00/0290 | Bath Tub Waste Pipe | COL2 001/B | |
| 801 | 00/0293 | Telegraph Handle | COL2 | |
| 802 | 00/0294 | Marble with Decanter Surround | COL2 | |
| 803 | 00/0294.1 | Decorative Brass Surround | COL4 Bin A31 | |
| 804 | 00/0294.2 | Connecting Ring | COL4 Bin A31 | |
| 805 | 00/0295 | Mortice Lock | COL4 Bin A32 | |
| 806 | 00/0295.1 | Pieces of Mortice Lock | COL4 Bin A11 | |
| 807 | 00/0296 | Mortice Lock | COL4 Bin A31 | |
| 808 | 00/0297 | Burlap Cargo Bag | COL1 02/A | |
| 809 | 00/0297.1 | Burlap Cargo Bag Stuffing | COL1 05/E | |
| 810 | 00/0298 | Hanging Work Lamp | COL4 Bin A34 | |
| 811 | 00/0299 | Green Glass Bottle with Contents | COL2 021/F | |
| 812 | 00/0300 | Small Stock Pot | COL4 | |
| 813 | 00/0301 | Leather Pouch With Contents | Lab | |
| 814 | 00/0302 | Plate glass Window fragment from Superstructure | COL2 012/D | |
| 815 | 00/0303 | Silver Platter | COL4 Bin 21 | |
| 816 | 00/0304 | Silver Platter | COL4 Bin 21 | |
| 817 | 00/0305 | Silver Platter | COL2 SC01/E | |
| 818 | 00/0306 | Center of Floor Tile | COL2 012/F | |
| 819 | 00/0307 | Engine Thermometer | COL2 | |
| 820 | 00/0308a | Restaurant Sconce | COL4 Bin A22 | |
| 821 | 00/0308b | Light Fixture for Restaurant Sconce | COL4 Bin A22 | |
| 822 | 00/0308c | Fragment of Restaurant Sconce | COL4 Bin A22 | |
| 823 | 00/0308d | Fragment of Restaurant Sconce | COL4 Bin A22 | |
| 824 | 00/0308e | Fragment of Restaurant Sconce | COL4 Bin A22 | |
| 825 | 00/0309 | Gravy Boat | COL4 Bin A44 | |
| 826 | 00/0310a | Leather Bag (with Contents) | COL4 Bin | |
| 827 | 00/0310b | Two pencils | COL2 Refrigerator/A | |
| 828 | 00/0310c | Locking Mechanism | COL4 Bin A17 | |
| 829 | 00/0310d | Stack of papers and fabric holder | COL1 02/B | |
| 830 | 00/0311a | Ladies Bag | COL1 01/C | |
| 831 | 00/0311b | Leather Wallet and paper fragments | COL1 04/I | |
| 832 | 00/0311b.1 | Paper | COL2 Refrigerator/C | |
| 833 | 00/0311c | Fountain Pen | COL1 04/I | |
| 834 | 00/0311d | Two Tortoise Shell Combs (originally attached) | COL1 03/B | |
| 835 | 00/0311e | Handle?  Small bulbous bottle with top | COL1 02/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 836 | 00/0311f | Three Wooden Handles | COL1 02/D | |
| 837 | 00/0311g | Gold Mesh Bag | COL1 02/D | |
| 838 | 00/0311j | Two brass lens holders | COL2 Refrigerator/A | |
| 839 | 00/0311k | Half a Tin Box | COL4 Bin A15 | |
| 840 | 00/0311l | Corner of a book | COL1 02/B | |
| 841 | 00/0312a | Leather Satchel | COL1 11/B | |
| 842 | 00/0312b | Six pencils and two pieces of lead | COL2 Refrigerator/C | |
| 843 | 00/0312b.1 | Pencil (may be mislabeled 00/0313b.1) | COL2 Refrigerator/C | |
| 844 | 00/0312c | Toothbrush | COL2 Refrigerator/B | |
| 845 | 00/0312e | Silk Shirt Collar | COL2 | |
| 846 | 00/0312e.1 | Paper Fragments from Collar | COL1 02/C | |
| 847 | 00/0312f | hair brush | COL2 Refrigerator/C | |
| 848 | 00/0312g | Rubber Comb | COL2 Refrigerator/C | |
| 849 | 00/0312h | Multi-sided Shoe Brush | COL2 Refrigerator/C | |
| 850 | 00/0312i | Polishing cloth; Selvyt Polishing Cloth | COL1 01/F | |
| 851 | 00/0312j | Double-sided Large Round Brush | COL2 Refrigerator/C | |
| 852 | 00/0312k | Two Leather Handles (Detached) | COL1 02/D | |
| 853 | 00/0312l | Silver Razor Handle | COL4 Bin A17 | |
| 854 | 00/0312m | Textile Identification Tag | COL1 03/B | |
| 855 | 00/0312m.1 | Luggage Tag paper insert | FREEZER | |
| 856 | 00/0312m.2 | German Newspaper Clipping | FREEZER | |
| 857 | 00/0312n | Small Rectangular Shoe Brush | COL2 Refrigerator/C | |
| 858 | 00/0312o | Canvas Eraser | COL2 Refrigerator/D | |
| 859 | 00/0312p | Round Eraser | COL2 Refrigerator/B | |
| 860 | 00/0312p.1 | Small Eraser Paper | COL2 Refrigerator/C | |
| 861 | 00/0312q | Cigars | COL1 02/B | |
| 862 | 00/0312r | Book of tables and conversions | COL1 02/B | |
| 863 | 00/0312s | "Harmsworth History of the World" volume 5 | COL1 02/B | |
| 864 | 00/0312t | Leather Handle Holder | COL4 Bin 27 | |
| 865 | 00/0313 | Pump's Revolution Counter | COL2 009/B | |
| 866 | 00/0313.1 | Parts from Pump's Revolution Counter | COL2 022/E | |
| 867 | 00/0315 | Creamer, Brownware | COL2 015/D | |
| 868 | 00/0316 | Coffee pot, Brownware | COL2 015/D | |
| 869 | 00/0317 | Sugar Bowl, Brownware | COL2 015/D | |
| 870 | 00/0321 | Scalloped Dish | COL2 016/D | |
| 871 | 00/0323a | Plate, Second Class Dining Room Service | COL2 017/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 872 | 00/0323b | Plate, Second Class Dining Room Service | CO12 017/C | |
| 873 | 00/0324 | Saucer, First Class Restaurant | CO12 | |
| 874 | 00/0326 | First Class Cup | CO12 018/B | |
| 875 | 00/0327a | Public Lavatory Marble Splash | CO14 Bin 03 | |
| 876 | 00/0327b | Public Lavatory Marble Splash | CO14 Bin 03 | |
| 877 | 00/0328 | Folding Lavatory Frame Metal to Wood | CO12 014/B | |
| 878 | 00/0328.1 | Folding Lavatory Frame Wood | CO11 08/C | |
| 879 | 00/0328.2 | Folding Lavatory Frame Bent Metal W/ 2 screws | CO14 Bin A38 | |
| 880 | 00/0328.3 | Folding Lavatory Frame Small Wood | CO11 08/C | |
| 881 | 00/0329 | Fan Motor with Bracket | CO13 Shelf 1/D | |
| 882 | 00/0330.1 | Electrical Fixture part | CO14 Bin A39 | |
| 883 | 00/0331a | Work light Globe with Gasket | CO12 013/C | |
| 884 | 00/0331a.1 | Gasket | MOVE-BUB Box 19 | |
| 885 | 00/0331a.2 | Gasket | MOVE-BUB Box 19 | |
| 886 | 00/0331b | Base for Work light Globe with Gasket | CO12 013/C | |
| 887 | 00/0333 | Serving Spoon | CO14 Bin A15 | |
| 888 | 00/0334 | Small Spoon | CO12 SC01/B | |
| 889 | 00/0337 | Four Wooden Buttons | CO12 Refrigerator/B | |
| 890 | 00/0338 | Bolt | CO12 026/C | |
| 891 | 00/0339 | Piece of Wood Moulding | CO12 Refrigerator/C | |
| 892 | 00/0340 | Silver Plated Platter | CO14 Bin A48 | |
| 893 | 00/0341 | Soap box "Tala Registered" | CO12 025/C | |
| 894 | 00/0342 | Soap box "Tala Registered" | CO12 025/C | |
| 895 | 00/0344 | Marble with Hot Water Valve Handle | CO14 Bin 09 | |
| 896 | 00/0345 | Furniture Wood with Paint | CO11 08/C | |
| 897 | 00/0346 | Housing for ceramic electrical switch | CO11 08/C | |
| 898 | 00/0346.1 | Piece of Light Switch | CO14 Bin A36 | |
| 899 | 00/0347a | Mortice Lock | CO14 Bin A13 | |
| 900 | 00/0347b | Mortice Lock | CO14 Bin A30 | |
| 901 | 00/0350 | Vented Porthole, Lower Deck | CO14 | |
| 902 | 00/0351 | Crockery fragment with round knob | CO12 016/D | |
| 903 | 00/0352 | Small Glass Vial | CO12 016/B | |
| 904 | 00/0352.1 | Two Corks | CO12 Refrigerator/C | |
| 905 | 00/0353 | Gold Colored Jar with Lid | CO13 Shelf 1/B | |
| 906 | 00/0354 | Brass Hook | CO14 Bin A35 | |
| 907 | 00/0355a | Ceramic Fragments | CO12 017/D | |
| 908 | 00/0355b | Ceramic Fragment from a Second Class Dish | CO12 017/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 909 | 00/0355c | Ceramic Fragment from a Second Class Dish | CO2 017/D | |
| 910 | 00/0356a.1 | Thermometers and Encasings | CO4 Bin A33 | |
| 911 | 00/0356b | Thermometer | CO2 012/C | |
| 912 | 00/0356d | Thermometer | CO2 012/C | |
| 913 | 00/0356e | Thermometer | CO2 Refrigerator/A | |
| 914 | 00/0356e.1 | Thermometer | CO2 012/C | |
| 915 | 00/0356f | Thermometer | CO2 012/C | |
| 916 | 00/0356g | Thermometers and Encasings | CO2 cart | |
| 917 | 00/0356h | Thermometers and Encasings | CO2 012/C | |
| 918 | 00/0356j | Thermometers and Encasings | CO4 Bin A33 | |
| 919 | 00/0356k | Thermometers and Encasings | CO4 Bin A33 | |
| 920 | 00/0356l | Thermometers and Encasings | CO4 Bin A33 | |
| 921 | 00/0356m | Thermometers and Encasings | CO4 Bin A33 | |
| 922 | 00/0357a | Life Boat Chalk Wood | CO2 001/A | |
| 923 | 00/0357a.1 | Pieces From Life Boat Chalk | CO2 Refrigerator/C | |
| 924 | 00/0357a.2 | Life Boat Chalk (metal) | CO2 014/B | |
| 925 | 00/0357b | Eye bolt | CO2 014/B | |
| 926 | 00/0357c | Cotter Pin | CO2 014/B | |
| 927 | 00/0358.1 | Soup Bowl Fragment, Third Class Dining Room Service | CO2 017/B | |
| 928 | 00/0358.2 | Soup Bowl Fragment, Third Class Dining Room Service | CO2 017/B | |
| 929 | 00/0358.3 | Soup Bowl Fragment, Third Class Dining Room Service | CO2 017/B | |
| 930 | 00/0358.4 | Soup Bowl Fragment, Third Class Dining Room Service | CO2 017/B | |
| 931 | 00/0358.5 | Soup Bowl Fragment, Third Class Dining Room Service | CO2 017/B | |
| 932 | 00/0358.6 | Soup Bowl Fragment, Third Class Dining Room Service | CO2 017/D | |
| 933 | 00/0358.7 | Soup Bowl Fragment, Third Class Dining Room Service | CO2 017/D | |
| 934 | 00/0359 | Pump Revolution Counter Cover Glass | CO4 Bin A10 | |
| 935 | 00/0359.1 | Pieces of Pump Revolution Counter (2) | CO4 Bin A10 | |
| 936 | 00/0360 | Mortice Lock with Two Knobs | CO4 Bin A08 | |
| 937 | 00/0361 | Pressure Gauge | CO3 Shelf 1/A | |
| 938 | 00/0361.1 | Pressure Gauge Base | CO1 07/C | |
| 939 | 00/0364 | Brass Spittoon with White Star Line Logo | CO4 | |
| 940 | 00/0365 | Forward Low Pressure Cylinder Bearing Support | CO2 004/B | |
| 941 | 00/0366 | Ceiling Light Socket | CO4 Bin A34 | |
| 942 | 00/0367 | Pendant Light Fixture Neck | CO4 Bin A34 | |
| 943 | 00/0368a | Ceiling Light Fixture | CO4 Bin A19 | |
| 944 | 00/0368b | Ceiling Light Fixture | CO4 Bin A19 | |
| 945 | 00/0368c | Ceiling Light Fixture | CO4 Bin A19 | |

| | A | B | C | D |
|---|---|---|---|---|
| 946 | 00/0369A | Iced butter dish | COL2 | |
| 947 | 00/0369D | Iced butter dish | MOVE-BUB Box 37 | |
| 948 | 00/0369E | Iced butter dish | Bath Shelf; COL4 bin A50 | |
| 949 | 00/0369F | Iced butter dish | Bath Shelf | |
| 950 | 00/0369G | Iced butter dish | Bath Shelf | |
| 951 | 00/0369H | Iced butter dish | Bath Shelf | |
| 952 | 00/0370 | Filter Frame? | COL2 010/A | |
| 953 | 00/0371.1 | Wire for Bronze Base for First Class Staircase Cherub | COL4 Bin A17 | |
| 954 | 00/0372a | Bed Post Legs | Bin 16B | |
| 955 | 00/0372b | Bed Post Legs | Bin 16B | |
| 956 | 00/0372c | Bed Post Legs | Bin 16B | |
| 957 | 00/0372d | Bed Post Legs | Bin 16B | |
| 958 | 00/0373 | Angle Valve | COL4 Bin A24 | |
| 959 | 00/0374 | Forward Low Pressure Cylinder Bearing Support | COL2 003/B | |
| 960 | 00/0375a | Ceiling Light Fixture | COL4 Bin 12 | |
| 961 | 00/0375b | Ceiling Light Fixture | COL4 Bin A07 | |
| 962 | 00/0375c | Ceiling Light Fixture | COL4 Bin A07 | |
| 963 | 00/0375d | Ceiling Light Fixture | COL4 Bin A07 | |
| 964 | 00/0375e | Ceiling Light Fixture | COL4 Bin A07 | |
| 965 | 00/0376a | Grip Fuse | COL2 028/C | |
| 966 | 00/0376b | Grip Fuse Fragment | COL2 014/C | |
| 967 | 00/0376c | Grip Fuse | Bin 16A | |
| 968 | 00/0378a | Large Pieces of Wood | COL1 08/C | |
| 969 | 00/0378b | Large Pieces of Wood | COL2 Refrigerator/C | |
| 970 | 00/0379 | Two Electrical Light Fixtures with Conduit | COL2 010/A | |
| 971 | 00/0380 | Pendant Light | COL2 013/C | |
| 972 | 00/0381 | Gear | COL2 011/B | |
| 973 | 00/0382a | Gimbal Lamp Top | COL4 Bin A35 | |
| 974 | 00/0382b | Gimbal Lamp Bottom | COL4 Bin A35 | |
| 975 | 00/0383 | Plumbing Goose Neck | COL4 Bin A09 | |
| 976 | 00/0384a | Small Serving Dish with Handles | COL2 029/C Box | |
| 977 | 00/0384b | Small Serving Dish with Handles | COL4 Bin A48 | |
| 978 | 00/0386 | Battery Core | COL4 Bin A12 | |
| 979 | 00/0387 | Spigot | COL4 Bin 14 | |
| 980 | 00/0388a | Utility Light | Bin 16B | |
| 981 | 00/0388b | Utility Light | Bin 16B | |
| 982 | 00/0391 | Dish, Butter, Second Class Dining Room Service | COL2 018/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 983 | 00/0392 | Crock Pot Cover | CO12 016/D | |
| 984 | 00/0394a.1 | Telegraph Top pulley (two with same number) | CO12 026/D | |
| 985 | 00/0394a.2 | Piece from Telegraph including prawl | CO14 Bin A38 | |
| 986 | 00/0394b | Metal piece from Telegraph Top | CO14 Bin A38 | |
| 987 | 00/0394c | Glass piece from Telegraph Top | CO14 Bin A38 | |
| 988 | 00/0394d | Handle | Reattached to 00/0394a | |
| 989 | 00/0394e | Chains from Telegraph | CO14 Bin A38 | |
| 990 | 00/0394f | Another piece of Telegraph | CO14 Bin A38 | |
| 991 | 00/0395a | Water Boiler | CO12 007/C | |
| 992 | 00/0395b | Water Boiler Hot Water Valve | CO14 Bin A21 | |
| 993 | 00/0395c | Hot Water Handle | CO14 Bin A21 | |
| 994 | 00/0396 | Large Wrench | CO12 030/D | |
| 995 | 00/0399 | Line Coil Fuse and Terminal Box | CO12 026/D | |
| 996 | 00/0401a | Silver Plated Bowl | CO14 Bin A49 | |
| 997 | 00/0401b | Silver Plated Bowl | CO14 Bin A49 | |
| 998 | 00/0401c | Silver Plated Bowl | CO14 Bin A49 | |
| 999 | 00/0401d | Silver Plated Bowl | Bin 21B | |
| 1000 | 00/0401e | Silver Plated Bowl | CO14 Bin A49 | |
| 1001 | 00/0401f | Silver Plated Bowl | CO14 Bin A49 | |
| 1002 | 00/0402 | Expansion Joint Cover Plate | CO12 008/A | |
| 1003 | 00/0403 | Oil Distribution Box | CO14 Bin 01 | |
| 1004 | 00/0404 | William Allen's Suitcase | CO11 09/E | |
| 1005 | 00/0404.1 | William Allen's Suitcase parts | CO11 05/D | |
| 1006 | 00/0404a | Pair of Leather Work Boots | CO12 | |
| 1007 | 00/0404aa | White Cotton Work Shirt with Black and Red Stripes | CO11 | |
| 1008 | 00/0404b | Pair of Leather Dress Boots | CO11 01/B | |
| 1009 | 00/0404b.A | Fragment of Boot Heel | CO11 01/B | |
| 1010 | 00/0404b.B | Fragment of Boot Heel | CO11 01/B | |
| 1011 | 00/0404b.C | Fragment of Boot Heel | CO11 01/B | |
| 1012 | 00/0404b.D | Fragment of Boot Heel | CO11 01/B | |
| 1013 | 00/0404b.E | Fragment of Boot Heel | CO11 01/B | |
| 1014 | 00/0404b.F | Fragment of Boot Heel | CO11 01/B | |
| 1015 | 00/0404b.G | Fragment of Boot Heel | CO11 01/B | |
| 1016 | 00/0404b.H | Fragment of Boot Heel | CO11 01/B | |
| 1017 | 00/0404b.I | Fragment of Boot Heel | CO11 01/B | |
| 1018 | 00/0404bb | Gentleman's Dress Shirt Bib | CO11 01/E | |
| 1019 | 00/0404c | Wool Jacket | CO11 12/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 1020 | 00/0404cc | White Cotton Long Sleeve Shirt | CO1 | |
| 1021 | 00/0404d | Wool Vest | CO1 12/A | |
| 1022 | 00/0404dd | White Cotton Work Shirt with Red Stripes | CO1 01/D | |
| 1023 | 00/0404e | Wool Suit Pants (with Suspenders) | CO1 12/A | |
| 1024 | 00/0404e.1 | Braces Holder | CO4 Bin 27 | |
| 1025 | 00/0404e.2 | Braces Holder | CO4 Bin 27 | |
| 1026 | 00/0404e.3 | Man's bracers (suspenders) | CO2 | |
| 1027 | 00/0404f | White Cotton Dress Shirt | FREEZER | |
| 1028 | 00/0404ff | Man's Shirt Collar | CO1 01/E | |
| 1029 | 00/0404g | Short Sleeve Wool Work Smock | CO2 | |
| 1030 | 00/0404hh.1 | Yarn for mending socks | FREEZER | |
| 1031 | 00/0404hh.2 | Yarn for mending socks | FREEZER | |
| 1032 | 00/0404hh.3 | Yarn for mending socks | FREEZER | |
| 1033 | 00/0404i | Pair of Brown Wool Socks | CO2 | |
| 1034 | 00/0404ii.2 | Man's Shirt Collar | CO1 01/E | |
| 1035 | 00/0404jj | Gentleman's Shirt Collar | CO1 01/E | |
| 1036 | 00/0404kk | Four Leather Suspender Brace Ends | CO4 Bin 27 | |
| 1037 | 00/0404l | Pair of Wool Socks | CO1 01/E | |
| 1038 | 00/0404ll.1 | pages from a book | CO1 02/B | |
| 1039 | 00/0404ll.2 | Small Booklet of Christmas greetings | CO1 04/F | |
| 1040 | 00/0404ll.3 | Small Book | CO1 04/F | |
| 1041 | 00/0404ll.4 | Postcards and Photo items | CO1 02/C | |
| 1042 | 00/0404ll.5 | Picture | CO1 02/C | |
| 1043 | 00/0404ll.6 | Square book with smaller book | CO1 02/B | |
| 1044 | 00/0404m | Pair of Wool Socks | CO1 01/E | |
| 1045 | 00/0404mm | Various Photographs on Matboard. | CO1 02/B | |
| 1046 | 00/0404n.1 | One Linen Handkerchief from a stack of five | CO1 02/C | |
| 1047 | 00/0404n.2 | One Linen Handkerchief from a stack of five | CO1 02/C | |
| 1048 | 00/0404n.3 | One Linen Handkerchief from a stack of five | CO1 02/C | |
| 1049 | 00/0404n.4 | One Linen Handkerchief from a stack of five | CO1 02/C | |
| 1050 | 00/0404n.5 | One Linen Handkerchief from a stack of five | CO1 02/C | |
| 1051 | 00/0404oo | Silk Scarf or Handkerchief | CO1 01/F | |
| 1052 | 00/0404p | Pair of woven Socks | CO1 01/E | |
| 1053 | 00/0404pp | Silver Match Box bottom | CO1 12/D Safe | |
| 1054 | 00/0404pp.1 | Six Matches from Match Box | CO2 Refrigerator/C | |
| 1055 | 00/0404pp.2 | Catch Mechanism for Match Box | CO2 Refrigerator/C | |
| 1056 | 00/0404pp.3 | Silver Match Box Top | CO1 12/D Safe | |

| | A | B | C | D |
|---|---|---|---|---|
| 1057 | 00/0404q | Wool and Canvas Lap Belt | CO12 | |
| 1058 | 00/0404rr | Eraser | CO12 Refrigerator/B | |
| 1059 | 00/0404s | Four London Bus Tickets | CO11 04/F | |
| 1060 | 00/0404ss.1 | Miniture Imitation Pistol parts | CO13 01/B | |
| 1061 | 00/0404t | Polka Dotted Handkerchief | Lab | |
| 1062 | 00/0404u | Red Fountain Pen Box | CO11 04/F | |
| 1063 | 00/0404u.1 | Dropper | CO12 Refrigerator/A | |
| 1064 | 00/0404u.2 | Paper around pen | CO12 Refrigerator/A | |
| 1065 | 00/0404u.3 | Pen | CO12 Refrigerator/A | |
| 1066 | 00/0404uu | Pencil | CO12 Refrigerator/C | |
| 1067 | 00/0404v | Red Fountain Pen Box | CO11 04/F | |
| 1068 | 00/0404vv.2 | Leather and Glass pieces | 107/C | |
| 1069 | 00/0404vv.3 | Unknown material | CO14 Bin 27 | |
| 1070 | 00/0404w | Two Hand Towels | CO11 01/D | |
| 1071 | 00/0404ww.2 | Black Silk Bow Tie | CO12 | |
| 1072 | 00/0404x | Wool Scarf | CO11 01/F | |
| 1073 | 00/0404y | Long Underwear | CO11 01/F | |
| 1074 | 00/0404z.1 | Button to Chambray Blue Work Shirt with White Stripes | FREEZER | |
| 1075 | 00/0405 | Heater Control Valve | CO12 010/A | |
| 1076 | 00/0407a | First Class Smoking Room Chandelier | CO14 | |
| 1077 | 00/0407a.1 | Paper from Chandelier from First Class Smoking Lounge | CO11 08/D | |
| 1078 | 00/0407b | Arm Fixture | CO14 Bin A27 | |
| 1079 | 00/0407c | Socket | CO14 Bin A27 | |
| 1080 | 00/0408 | Glass Jar with Solidified Yellow Substance | CO12 021/F | |
| 1081 | 00/0409 | Oil Distribution Box | CO14 Bin 01 | |
| 1082 | 00/0410 | Milk Warmer with White Star Line Logo | Bin 16A | |
| 1083 | 00/0411 | Ceiling Light Fixture | CO14 Bin A33 | |
| 1084 | 00/0412a | Mortice Lock from First Class Lounge | CO14 Bin A29 | |
| 1085 | 00/0412a.1 | Pieces of Mortice Lock (2) | CO14 Bin A11 | |
| 1086 | 00/0412b | Mortice Lock from First Class Lounge | CO14 Bin A29 | |
| 1087 | 00/0413 | Coat Hook | Bin 20 | |
| 1088 | 00/0414b | Support for Engine Thermometer | Lab | |
| 1089 | 00/0415a | Portion of funnel stay | CO12 007/A | |
| 1090 | 00/0415b | Clutch from portion of funnel stay (part of 00/0415a) | CO12 007/A | |
| 1091 | 00/0416a | Watertight Door Shaft | CO4 | |
| 1092 | 00/0416b | Gasket from watertight door shaft | CO12 007/A | |
| 1093 | 00/0416c | Gaskets from watertight door shaft | 071/F | |

| | A | B | C | D |
|---|---|---|---|---|
| 1094 | 00/0417 | Ceramic Pot | CO1 2 015/E | |
| 1095 | 00/0422 | Flange Plate | CO1 2 008/C | |
| 1096 | 00/0423 | Leaded Glass Window Frame from First Class Main Lounge | CO1 2 | |
| 1097 | 00/0423.1 | Leaded Glass Pieces from First Class Main Lounge | Lab | |
| 1098 | 00/0423.2 | Piece of window frame | CO1 4 Bin A01 | |
| 1099 | 00/0424 | Oil Plier for Engine | CO1 2 | |
| 1100 | 00/0425 | Telegraph Lamp with Kerosene Oil | CO1 2 013/C | |
| 1101 | 00/0427 | Scalloped Serving Dish | CO1 2 016/D | |
| 1102 | 00/0428a | Dish, Butter, Second Class Dining Room Service | CO1 2 018/C | |
| 1103 | 04/0001 | Footed dish | CO1 2 018/F | |
| 1104 | 04/0004 | Decorative bowl | CO1 2 018/F | |
| 1105 | 04/0005 | Fragment of Subflooring | CO1 2 012/E | |
| 1106 | 04/0006 | Fragment of floor tile | CO1 2 012/F | |
| 1107 | 04/0007 | Fragment of galley floor tile | CO1 2 013/F | |
| 1108 | 04/0009 | Octagonal tile | CO1 2 012/F | |
| 1109 | 04/0010 | Fluer de lis tile fragment, interior | CO1 2 012/F | |
| 1110 | 04/0011 | Fluer de lis tile fragment, exterior | CO1 2 012/F | |
| 1111 | 04/0012 | Soup Bowl, Third Class Dining Room Service | CO1 2 017/B | |
| 1112 | 04/0014 | Plate, Second Class Dining Room Service | CO1 2 017/C | |
| 1113 | 04/0015 | Jar, broken | CO1 2 017/E | |
| 1114 | 04/0018 | Wrench, double ended | CO1 2 | |
| 1115 | 04/0019 | Cooking pot | CO1 2 025/C | |
| 1116 | 04/0020 | Bowl | CO1 2 025/C | |
| 1117 | 04/0021 | Stack of bowls with original packing paper | CO1 2 025/C | |
| 1118 | 04/0022 | Ladle | CO1 2 018/F | |
| 1119 | 04/0023 | Decorative bowl | CO1 2 018/F | |
| 1120 | 04/0024 | Toast rack | CO1 2 018/F | |
| 1121 | 04/0025 | Block with screws | CO1 1 08/C | |
| 1122 | 04/0026 | Door fragment with metal key plate fragment | CO1 2 013/B | |
| 1123 | 04/0028 | Bottle with cork, broken | CO1 2 017/F | |
| 1124 | 04/0029 | Wine bottle with cork | CO1 2 016/F | |
| 1125 | 04/0030 | Beer bottle with cork inside | CO1 2 016/E | |
| 1126 | 04/0032 | Shoe in fragments | CO1 2 Refrigerator/D | |
| 1127 | 04/0033 | Coal | CO1 4 Bin 33 | |
| 1128 | 04/0034 | Coal | CO1 4 Bin 33 | |
| 1129 | 04/0035 | Coal | CO1 4 Bin 33 | |
| 1130 | 04/0036 | Coal | CO1 4 Bin 33 | |

| | A | B | C | D |
|---|---|---|---|---|
| 1131 | 04/0037 | Coal fragments | COL4 Bin 33 | |
| 1132 | 04/0038B | Subflooring from Grand staircase | COL2 012/D | |
| 1133 | 04/0038D | Subflooring from Grand staircase | MOVE-BUB Box 37 | |
| 1134 | 04/0038E | Subflooring from Grand staircase | COL2 012/E | |
| 1135 | 04/0038F | Subflooring from Grand staircase | COL2 012/E | |
| 1136 | 04/0039 | Tile, blue frame | COL2 012/F | |
| 1137 | 04/0040 | Fire Brick | COL2 | |
| 1138 | 04/0043 | Brace | COL2 009/B | |
| 1139 | 04/0044 | Hardware, bracket with gear | COL2 014/B | |
| 1140 | 04/0045 | Broken grill/vent cover | COL2 SC01/D | |
| 1141 | 04/0046B | Bed post | COL2 004/B | |
| 1142 | 04/0046C | Bed post | COL2 004/B | |
| 1143 | 04/0046D | Bed post | COL2 004/B | |
| 1144 | 04/0046E | Finial | COL2 013/B | |
| 1145 | 04/0050 | Central element of a deck bench | COL2 008/B | |
| 1146 | 04/0051 | Milk scalder | COL2 002/B | |
| 1147 | 87/0002 | Syrup Pot | COL2 | |
| 1148 | 87/0003A | Chased silver box containing cuff links | COL2 | |
| 1149 | 87/0003B.01/22 | White Button Stud | COL2 | |
| 1150 | 87/0003B.02/22 | White Button Stud | COL2 | |
| 1151 | 87/0003B.03/22 | White Button Stud | COL2 | |
| 1152 | 87/0003B.04/22 | White button | COL2 | |
| 1153 | 87/0003B.05/22 | White button | COL2 | |
| 1154 | 87/0003B.06/22 | Button with chain attached to chased silver box | COL2 | |
| 1155 | 87/0003B.07/22 | Button with loop attached to chased silver box | COL2 | |
| 1156 | 87/0003B.08/22 | Button | COL2 | |
| 1157 | 87/0003B.09/22 | Button with chain | COL2 | |
| 1158 | 87/0003B.10/22 | Cuff link | COL2 | |
| 1159 | 87/0003B.11/22 | Oval cuff link | COL2 | |
| 1160 | 87/0003B.13/22 | Lion Head stick pin | COL2 | |
| 1161 | 87/0003B.14/22 | cuff link with black ball attached to chased silver box | COL2 | |
| 1162 | 87/0003B.15/22 | cuff link with black ball | COL2 | |
| 1163 | 87/0003B.16/22 | Gold cuff link | COL2 | |
| 1164 | 87/0003B.17/22 | Button Stud | COL2 | |
| 1165 | 87/0003B.21/22 | Cuff links from chased silver box | COL1 02/D | |
| 1166 | 87/0003B.22/22 | Cuff links from chased silver box | COL1 02/D | |
| 1167 | 87/0004 | Back of Brush "Royal Ivoire France" | COL2 | |

| | A | B | C | D |
|---|---|---|---|---|
| 1168 | 87/0005 | Hand mirror back "Royal Ivoire France" | COL2 | |
| 1169 | 87/0006.1/3 | Soup Bowl, Third Class Dining Room Service | COL2 | |
| 1170 | 87/0007 | Door handle with mechanism, hinge and wood fragments | COL2 013/B | |
| 1171 | 87/0008.2/3 | Cup, Third Class Dining Room Service | COL2 018/B | |
| 1172 | 87/0009.09/94 | Au Gratin Dish | COL2 | |
| 1173 | 87/0009.10/94 | Au Gratin Dish | COL2 | |
| 1174 | 87/0009.11/94 | Au Gratin Dish | COL2 | |
| 1175 | 87/0009.12/94 | Au Gratin Dish | COL2 | |
| 1176 | 87/0009.13/94 | Au Gratin Dish | COL2 | |
| 1177 | 87/0009.14/94 | Au Gratin Dish | COL2 | |
| 1178 | 87/0009.15/94 | Au Gratin Dish | COL2 | |
| 1179 | 87/0009.16/94 | Au Gratin Dish | COL2 | |
| 1180 | 87/0009.17/94 | Au Gratin Dish | COL2 | |
| 1181 | 87/0009.18/94 | Au Gratin Dish | COL2 | |
| 1182 | 87/0009.19/94 | Au Gratin Dish | COL2 | |
| 1183 | 87/0009.20/94 | Au Gratin Dish | COL2 | |
| 1184 | 87/0009.21/94 | Au Gratin Dish | COL2 | |
| 1185 | 87/0009.22/94 | Au Gratin Dish | COL2 | |
| 1186 | 87/0009.23/94 | Au Gratin Dish | COL2 | |
| 1187 | 87/0009.24/94 | Au Gratin Dish | COL2 | |
| 1188 | 87/0009.25/94 | Au Gratin Dish | COL2 | |
| 1189 | 87/0009.26/94 | Au Gratin Dish | COL2 | |
| 1190 | 87/0009.27/94 | Au Gratin Dish | COL2 | |
| 1191 | 87/0009.28/94 | Au Gratin Dish | COL2 | |
| 1192 | 87/0009.29/94 | Au Gratin Dish | COL2 | |
| 1193 | 87/0009.30/94 | Au Gratin Dish | COL2 | |
| 1194 | 87/0009.31/94 | Au Gratin Dish | COL2 | |
| 1195 | 87/0009.32/94 | Au Gratin Dish | COL2 | |
| 1196 | 87/0009.75/94 | Au Gratin Dish | COL2 | |
| 1197 | 87/0009.76/94 | Au Gratin Dish | COL2 | |
| 1198 | 87/0009.77/94 | Au Gratin Dish | COL2 | |
| 1199 | 87/0009.78/94 | Au Gratin Dish | COL2 | |
| 1200 | 87/0009.79/94 | Au Gratin Dish | COL2 | |
| 1201 | 87/0009.80/94 | Au Gratin Dish | COL2 | |
| 1202 | 87/0009.81/94 | Au Gratin Dish | COL2 | |
| 1203 | 87/0009.82/94 | Au Gratin Dish | COL2 | |
| 1204 | 87/0009.83/94 | Au Gratin Dish | COL2 | |

| | A | B | C | D |
|---|---|---|---|---|
| 1205 | 87/0009.84/94 | Au Gratin Dish | CO12 | |
| 1206 | 87/0009.85/94 | Au Gratin Dish | CO12 | |
| 1207 | 87/0009.86/94 | Au Gratin Dish | CO12 | |
| 1208 | 87/0009.87/94 | Au Gratin Dish | CO12 | |
| 1209 | 87/0009.88/94 | Au Gratin Dish | CO12 | |
| 1210 | 87/0009.89/94 | Au Gratin Dish | CO12 | |
| 1211 | 87/0009.90/94 | Au Gratin Dish | CO12 | |
| 1212 | 87/0009.91/94 | Au Gratin Dish | CO12 | |
| 1213 | 87/0009.92/94 | Au Gratin Dish | CO12 | |
| 1214 | 87/0009.93/94 | Au Gratin Dish | CO12 | |
| 1215 | 87/0009.94/94 | Au Gratin Dish | CO12 | |
| 1216 | 87/0010 | "Hot" and "Cold" Water Bath Valves | CO14 | |
| 1217 | 87/0011.2/3 | Cut crystal carafe w/ White Star Line flag | CO12 016/D | |
| 1218 | 87/0013 | Folkstone Watering Can | CO12 | |
| 1219 | 87/0015 | Benedictine bottle | CO12 016/E | |
| 1220 | 87/0017.01/12 | Silver plated fork | CO12 SCO1/B | |
| 1221 | 87/0017.02/12 | Silver plated fork | CO12 SCO1/B | |
| 1222 | 87/0017.03/12 | Silver plated fork | CO12 SCO1/B | |
| 1223 | 87/0017.04/12 | Silver plated fork | CO12 SCO1/B | |
| 1224 | 87/0017.05/12 | Silver plated fork | CO12 SCO1/B | |
| 1225 | 87/0017.06/12 | Silver plated fork | CO12 SCO1/B | |
| 1226 | 87/0017.07/12 | Silver plated fork | CO12 SCO1/B | |
| 1227 | 87/0017.08/12 | Silver plated fork | CO12 SCO1/B | |
| 1228 | 87/0017.09/12 | Silver plated fork | CO12 SCO1/B | |
| 1229 | 87/0017.10/12 | Silver plated fork | CO12 SCO1/B | |
| 1230 | 87/0017.11/12 | Silver plated fork | CO12 SCO1/B | |
| 1231 | 87/0017.12/12 | Silver plated fork | CO12 SCO1/B | |
| 1232 | 87/0018 | Silver plated knife | CO12 022/B | |
| 1233 | 87/0019A1/2 | Gillette razor blade box | CO12 | |
| 1234 | 87/0019A2/2 | Gillette razor blade box | CO12 | |
| 1235 | 87/0019B3/4 | Gillette razor blades and remnants | CO11 04/B | |
| 1236 | 87/0019B4/4 | Gillette razor blades and remnants | CO11 04/B | |
| 1237 | 87/0019C1/8 | Gillette razor blade wrapper (outer) | CO11 04/B | |
| 1238 | 87/0019C2/8 | Gillette razor blade wrapper (outer) | CO11 04/B | |
| 1239 | 87/0019C3/8 | Gillette razor blade wrapper (outer) | CO11 04/B | |
| 1240 | 87/0019C4/8 | Gillette razor blade wrapper (outer) | CO11 04/B | |
| 1241 | 87/0019C6/8 | Gillette razor blade wrapper (outer) | CO11 04/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 1242 | 87/0019C7/8 | Gillette razor blade wrapper (outer) | COL2 | |
| 1243 | 87/0019C8/8 | Gillette razor blade wrapper (outer) | COL1 04/B | |
| 1244 | 87/0019C9 | Gillette Razor Blade Wrapper (Outer) | COL1 04/B | |
| 1245 | 87/0019D1/6 | Gillette razor blade wrapper (inner) | COL1 04/B | |
| 1246 | 87/0019D2/6 | Gillette razor blade wrapper (inner) | COL1 04/B | |
| 1247 | 87/0019D3/6 | Gillette razor blade wrapper (inner) | COL1 04/B | |
| 1248 | 87/0019D4/6 | Gillette razor blade wrapper (inner) | COL1 04/B | |
| 1249 | 87/0019D5/6 | Gillette razor blade wrapper (inner) | COL1 04/B | |
| 1250 | 87/0019D6/6 | Gillette razor blade wrapper (inner) | COL1 04/B | |
| 1251 | 87/0020 | Medallion "La Rose France" | COL2 | |
| 1252 | 87/0021.1 | Turkey/ Ottoman Empire- 5 Para; 1876 | COL2 | |
| 1253 | 87/0026 | Vaporizer made of copper and rubber | COL2 013/B | |
| 1254 | 87/0028 | Comb | COL2 | |
| 1255 | 87/0030 | Pipe containing tobacco remains | COL1 07/C | |
| 1256 | 87/0032.1/4 | Uniform Button Stamped with the White Star Line Flag | COL1 04/B | |
| 1257 | 87/0032.2/4 | Uniform Button Stamped with the White Star Line Flag | COL2 | |
| 1258 | 87/0032.3/4 | Uniform Button Stamped with the White Star Line Flag | COL2 | |
| 1259 | 87/0032.4/4 | Uniform Button Stamped with the White Star Line Flag | COL1 02/D | |
| 1260 | 87/0033 | Fountain pen "patented self filing pen" 14 carat gold nib | COL2 | |
| 1261 | 87/0037A | Eyeglasses | COL2 | |
| 1262 | 87/0037B.1 | Bottom from leather case for eyeglasses | COL2 | |
| 1263 | 87/0037B.2 | Top from leather case for eyeglasses | COL2 | |
| 1264 | 87/0038 | Waiter's pad from the a la carte restaurant | COL1 04/B | |
| 1265 | 87/0042 | Leather wallet | COL2 | |
| 1266 | 87/0049.003 | U.S. $5 Legal Tender Note; Ser. 1907; Woodsman | COL2 | |
| 1267 | 87/0049.012 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 12/D Safe | |
| 1268 | 87/0049.018 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL2 | |
| 1269 | 87/0049.019 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL2 | |
| 1270 | 87/0049.020 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 12/D Safe | |
| 1271 | 87/0049.021 | U.S. $5 National Bank Note/ National Currency; Ser. 1882; James Garfield; The Fourth National Bank of Atlanta, GA | COL2 | |
| 1272 | 87/0049.024 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison; The First National Bank of Eufaula, Oklahoma | COL2 | |
| 1273 | 87/0049.044 | U.S. $2 Silver Certificate; Ser. 1899; George Washington | COL2 | |

| | A | B | C | D |
|---|---|---|---|---|
| 1274 | 87/0049.048 | U.S., $2 Silver Certificate; Ser. 1899; George Washington | COL1 12/D Safe | |
| 1275 | 87/0050.B | Materials from interior of jewelry case | COL1 04/A | |
| 1276 | 87/0051 | Pocket watch with Guilloche Cover | COL2 | |
| 1277 | 87/0054 | Tie Pin with Diamonds  Southern Star design | COL2 | |
| 1278 | 87/0055 | Collar Button | COL1 12/D safe | |
| 1279 | 87/0056 | Earring | COL2 | |
| 1280 | 87/0058 | Gold mechanical pencil | COL1 012/D Safe | |
| 1281 | 87/0062 | Collar Buttons and Clips | COL1 02/D | |
| 1282 | 87/0064 | Ring with Diamond | COL1 12/D Safe | |
| 1283 | 87/0066 | Copper hinge to satchel (?) | COL2 022/E | |
| 1284 | 87/0068.001/347 | U.S.- Dime; 1894 | COL1 05/B | |
| 1285 | 87/0068.012/347 | U.S.- Dime; 1901 | COL2 | |
| 1286 | 87/0068.016/347 | U.S.- Dime; 1905 | COL2 | |
| 1287 | 87/0068.027/347 | U.S.- Dime; 1911 | COL1 05/B | |
| 1288 | 87/0068.037/347 | U.S.- Quarter; 1892 | COL1 05/B | |
| 1289 | 87/0068.039/347 | U.S.- Quarter; 1892 | COL1 05/B | |
| 1290 | 87/0068.040/347 | U.S.- Quarter; 1892 | COL1 05/B | |
| 1291 | 87/0068.099/347 | U.S.- Quarter; 1903 | COL2 | |
| 1292 | 87/0068.159/347 | U.S.- Half Dollar; 1859 | COL1 05/B | |
| 1293 | 87/0068.161/347 | U.S.- Half Dollar; 1894 | COL2 | |
| 1294 | 87/0068.162/347 | U.S.- Half Dollar; 1893 | COL1 05/B | |
| 1295 | 87/0068.163/347 | U.S.- Half Dollar; 1894 | COL2 | |
| 1296 | 87/0068.195/347 | U.S.- Half Dollar; 1901 | COL2 | |
| 1297 | 87/0068.213/347 | U.S.- Half Dollar; 1904 | COL1 05/B | |
| 1298 | 87/0068.251/347 | U.S.- Dollar; 1891 | COL1 05/B | |
| 1299 | 87/0068.252/347 | U.S.- Dollar; 1896 | COL1 05/B | |
| 1300 | 87/0068.258/347 | U.S.- Dollar; 1901 | COL1 05/B | |
| 1301 | 87/0068A.01 | France- 20 Franc; 1859; Napoleon III | COL1 05/B | |
| 1302 | 87/0068A.02 | France- 20 Franc; 1907 | COL1 05/B | |
| 1303 | 87/0068A.21 | France- 1 Franc; 1899 | COL1 05/B | |
| 1304 | 87/0068A.77 | U.K.- One Penny; 1907; Edwardus VII | COL2 | |
| 1305 | 87/0068A.88 | U.K.- One Penny; 1911; Edwardus VII (Not Edwardus, George V) | COL1 05/B | |
| 1306 | 87/0068A.89 | U.S.- 1 Cent; 1891; Indian Head | COL2 | |
| 1307 | 87/0069 | Twisted Chain with Star Pendant | COL2 | |
| 1308 | 87/0070 | Portion of a Jewelry Clasp | COL1 02/D | |
| 1309 | 87/0074 | Necklace of Gold Nuggets | COL1 12/D Safe | |
| 1310 | 87/0077 | Leather pouch | COL1 04/I | |

| | A | B | C | D |
|---|---|---|---|---|
| 1311 | 87/0079 | Silk Neckband with Diamonds | COL1 04/I | |
| 1312 | 87/0085.1 | Pendant Box | COL2 | |
| 1313 | 87/0085.2 | Gold Chain Pendant Box | COL2 | |
| 1314 | 87/0086 | Costume Pearl necklace  not correct title | COL2 | |
| 1315 | 87/0087.01a-g | Velvet Jewelry Box | COL1 06/C | |
| 1316 | 87/0087.02a,b | Rectangular Container | COL1 06/C | |
| 1317 | 87/0087.03 | Top or bottom from container | COL1 06/C | |
| 1318 | 87/0087.04a-f | Parts of a Wooden Container | COL1 06/C | |
| 1319 | 87/0087.05a,b | Wood Lid with Angled pieces | COL1 06/C | |
| 1320 | 87/0087.06a,b | Textile Fragments | COL1 06/C | |
| 1321 | 87/0091.001/167 | France- 10 Franc; 1855; Napoleon III | COL1 05/B | |
| 1322 | 87/0091.002/167 | France- 10 Franc; 1860; Napoleon III | COL1 05/B | |
| 1323 | 87/0091.012/167 | U.K.- Sovereign; 1907; Edward VII | COL1 05/B | |
| 1324 | 87/0091.014/167 | U.K.-sovereign; 1908; Edward VII | COL2 | |
| 1325 | 87/0091.020/167 | U.K.- Sovereign; 1910; Edward VII | COL1 05/B | |
| 1326 | 87/0091.024/167 | U.K.- Sovereign; 1910; Edward VII | COL2 | |
| 1327 | 87/0091.026/167 | U.K.-sovereign; 1911; George V | COL2 | |
| 1328 | 87/0091.039/167 | U.K.-sovereign; 1912; George V | COL2 | |
| 1329 | 87/0091.040/167 | U.K.-sovereign; 1911; George V | COL2 | |
| 1330 | 87/0091.044/167 | U.K. - six pence; 1884; Victoria | COL1 05/B | |
| 1331 | 87/0091.050/167 | U.K.- 6 pence; 1901; Victoria | COL2 | |
| 1332 | 87/0091.052/167 | U.K.- Six Pence; 1907; Edwardus VII | COL2 | |
| 1333 | 87/0091.100/167 | U.K.- Half Crown; 1884; Victoria | COL1 05/B | |
| 1334 | 87/0091.114/167 | U.K.- Half Crown; 1911; Edwardus VII | COL1 05/B | |
| 1335 | 87/0091.117/167 | U.K.- 1 Florin/ 2 Schillings; 1901; Victoria | COL2 | |
| 1336 | 87/0091.122/167 | U.K.- 1 Florin/ 2 Schillings; 1907; Edwardus VII | COL2 | |
| 1337 | 87/0091A.08 | U.K.- Sovereign; 1911; George V (Smaller diameter than other sovereigns, this is a Half Sovereign (JT) | COL2 | |
| 1338 | 87/0091A.12 | U.K.- Sovereign; 1912; George V | COL2 | |
| 1339 | 87/0091A.27 | Turkey/ Ottoman Empire- 5 Para; 1867 | COL2 | |
| 1340 | 87/0092 | Cotton bag closed w/ ribbons | COL1 01/C | |
| 1341 | 87/0093 A.8 | U.K.- Half Crown; 1900; Victoria | COL2 | |
| 1342 | 87/0093.2/9 | U.K.- 1 Shilling; 1890; Jubilee Victoria | COL1 05/B | |
| 1343 | 87/0093.8/9 | U.K.- 1 Shilling; 1911; Georgius V | COL1 05/B | |
| 1344 | 87/0093.9/9 | France- 2 Franc; 1910 | COL1 05/B | |
| 1345 | 87/0095.A | Lock for a leather bag | COL2 022/E | |

| | A | B | C | D |
|---|---|---|---|---|
| 1346 | 87/0097.015 | U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley; National Bank of Boise, Idaho | COL1 04/A | |
| 1347 | 87/0097.029 | U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley; First National Bank of York, Pennsylvania | COL2 | |
| 1348 | 87/0097.049 | U.S. $5 National Bank Note/National Currency; Ser. 1882; Holyoke National Bank, Massachusetts | COL1 04/A | |
| 1349 | 87/0097.051 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; First National Bank of the City of New York, New York | COL1 012/D Safe | |
| 1350 | 87/0097.052 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Marine National Bank of Buffalo, New York | COL1 012/D Safe | |
| 1351 | 87/0097.053 | U.S. $5 National Bank Note/ National Currency; Ser. 1905;  Old Lowell National Bank, Massachusetts | COL1 012/D Safe | |
| 1352 | 87/0097.055 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; The First National Bank of Fishkill Landing, New York | COL1 012/D Safe | |
| 1353 | 87/0097.056 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; First National Bank of Towanda, Pennsylvania | COL1 012/D Safe | |
| 1354 | 87/0097.057 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; First National Bank of Towanda, Pennsylvania | COL1 012/D Safe | |
| 1355 | 87/0097.059 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison; National Bank of Commerce, New York, New York | COL1 012/D Safe | |
| 1356 | 87/0097.060 | U.S. $5 National Bank Note/ National Currency; Ser. 1902;  Second? National Bank of Baltimore, Maryland | COL1 012/D Safe | |
| 1357 | 87/0097.061 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; National Newark Banking Company, New Jersey | COL1 012/D Safe | |
| 1358 | 87/0097.062 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison; First National Bank of Towanda, Pennsylvania | COL1 012/D Safe | |
| 1359 | 87/0097.063 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Capital National Bank of Indianapolis, Indiana | COL1 012/D Safe | |
| 1360 | 87/0097.064 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Blackstone?? National Bank of Providence, Rhode Island | COL1 012/D Safe | |
| 1361 | 87/0097.065 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison; The First National Bank of Quincy, Florida | COL1 012/D Safe | |
| 1362 | 87/0097.066 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; First National Bank of New Bedford, Massachusetts | COL1 012/D Safe | |
| 1363 | 87/0097.067 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Fourth Street? National Bank of Philadelphia, Pennsylvania | COL1 012/D Safe | |

| | A | B | C | D |
|---|---|---|---|---|
| 1364 | 87/0097.068 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Coal and Iron National Bank of the City of New York, New York | COL1 012/D Safe | |
| 1365 | 87/0097.070 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; National Bank of California at Los Angeles, California | COL1 012/D Safe | |
| 1366 | 87/0097.071 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison; The First National Bank of Towanda, Pennsylvania | COL1 012/D Safe | |
| 1367 | 87/0097.072 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison; New York State National Bank of Albany, New York | COL1 012/D Safe | |
| 1368 | 87/0097.074 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; National Bank of Commerce of St. Louis, Missouri | COL1 012/D Safe | |
| 1369 | 87/0097.075 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; National Bank of Commerce, Kansas City, Missouri | COL1 012/D Safe | |
| 1370 | 87/0097.076 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; ??dermins National Bank of Portland, Oregon | COL1 012/D Safe | |
| 1371 | 87/0097.077 | U.S. $5 National Bank Note/ National Currency; Ser. 1902; National Bank of Commerce, New York, New York | COL1 012/D Safe | |
| 1372 | 87/0097.079 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1373 | 87/0097.080 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1374 | 87/0097.082 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1375 | 87/0097.083 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1376 | 87/0097.084 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1377 | 87/0097.085 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1378 | 87/0097.086 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 04/A | |
| 1379 | 87/0097.087 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1380 | 87/0097.088 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1381 | 87/0097.089 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1382 | 87/0097.090 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1383 | 87/0097.091 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1384 | 87/0097.092 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1385 | 87/0097.093 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 05/B | |
| 1386 | 87/0097.095 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1387 | 87/0097.096 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1388 | 87/0097.097 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1389 | 87/0097.098 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1390 | 87/0097.099 | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | COL1 012/D Safe | |
| 1391 | 87/0097.130 | U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson | COL1 12/D Safe | |
| 1392 | 87/0097.132 | U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson | COL1 05/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 1393 | 87/0097.138 | U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson | COL1 04/A | |
| 1394 | 87/0097.144 | U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson | COL1 05/B | |
| 1395 | 87/0097.149 | U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson | COL1 05/B | |
| 1396 | 87/0097.160 | U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson | COL2 | |
| 1397 | 87/0097.179 | U.S. $2 Silver Certificate; Ser. 1899; George Washington | COL1 04/A | |
| 1398 | 87/0097.185 | U.S. $2 Silver Certificate; Ser. 1899; George Washington | COL1 04/A | |
| 1399 | 87/0097.189 | U.S. $2 Silver Certificate; Ser. 1899; George Washington | COL1 05/B | |
| 1400 | 87/0097.194 | U.S. $2 Silver Certificate; Ser. 1899; George Washington | COL1 04/A | |
| 1401 | 87/0097.201 | U.S. $2 Silver Certificate; Ser. 1899; George Washington | COL1 04/A | |
| 1402 | 87/0097.221 | U.S. $2 Silver Certificate; Ser. 1899; George Washington | COL1 12/D Safe | |
| 1403 | 87/0097.226 | U.S. $2 Silver Certificate; Ser. 1899; George Washington | COL1 12/D Safe | |
| 1404 | 87/0097.248 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 12/D Safe | |
| 1405 | 87/0097.253 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 12/D Safe | |
| 1406 | 87/0097.271 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 12/D Safe | |
| 1407 | 87/0097.273 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 12/D Safe | |
| 1408 | 87/0097.280 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1409 | 87/0097.282 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1410 | 87/0097.283 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1411 | 87/0097.285 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1412 | 87/0097.293 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 12/D Safe | |
| 1413 | 87/0097.319 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1414 | 87/0097.321 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1415 | 87/0097.323 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1416 | 87/0097.333 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 1417 | 87/0097.334 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1418 | 87/0097.338 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1419 | 87/0097.352 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1420 | 87/0097.367 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1421 | 87/0097.397 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1422 | 87/0097.490 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1423 | 87/0097.493 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1424 | 87/0097.517 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1425 | 87/0097.567 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1426 | 87/0097.577 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1427 | 87/0097.601 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1428 | 87/0097.602 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1429 | 87/0097.605 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 04/A | |
| 1430 | 87/0097.651 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 05/B | |
| 1431 | 87/0097.669 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 12/D safe | |
| 1432 | 87/0097.679 | U.S. $5  Silver Certificate; Ser. 1899; Indian Chief | COL2 | |
| 1433 | 87/0097.705 | U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley; First National Bank of Lordsburgh, Territory of New Mexico | COL1 12/D Safe | |
| 1434 | 87/0097.716 | U.S. $10 National Bank Note/ National Currency; Ser. 1902; First National Bank of West Newton, Newton, Mass. | COL1 12/D Safe | |
| 1435 | 87/0097.717 | U.S. $10 National Bank Note/ National Currency; Ser. 1902; The Berwyn National Bank, PA | COL1 | |

| | A | B | C | D |
|---|---|---|---|---|
| 1436 | 87/0097.725 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 05/B | |
| 1437 | 87/0097.726 | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant | COL1 05/B | |
| 1438 | 87/0097.731 | U.S. $10 Ser. 1901; Lewis/Clark Bison | COL2 | |
| 1439 | 87/0097.B | Customs Coupon | COL1 04/A | |
| 1440 | 87/0097.C | Oriental Hotel letter | COL1 04/A | |
| 1441 | 87/0097.D | Safety evelope | COL1 04/A | |
| 1442 | 87/0098 | Velvet compact for powder | COL1 02/D | |
| 1443 | 87/0099 | Chain with charms | COL2 | |
| 1444 | 87/0100 | Megaphone | COL4 | |
| 1445 | 87/0105.B | Spectacles | COL2 | |
| 1446 | 87/0106 | Top to a jar of powder | COL2 013/B | |
| 1447 | 87/0108.A2/8 | Wrapped "Auto Strop" razor blade | COL1 04/B | |
| 1448 | 87/0108.A4/8 | Wrapped "Auto Strop" razor blade | COL1 04/B | |
| 1449 | 87/0108.A5/8 | Wrapped "Auto Strop" razor blade | COL2 | |
| 1450 | 87/0108.A6/8 | Wrapped "Auto Strop" razor blade | COL1 04/B | |
| 1451 | 87/0108.A7/8 | Wrapped "Auto Strop" razor blade | COL1 04/B | |
| 1452 | 87/0108.A8/8 | Wrapped "Auto Strop" razor blade | COL1 04/B | |
| 1453 | 87/0108.B1/2 | Razor blade wrapper with seals attached | COL1 04/B | |
| 1454 | 87/0108.B2/2 | Razor blade wrapper with seals attached | COL1 04/B | |
| 1455 | 87/0108.C1 | Razor blade wrapper | COL1 04/B | |
| 1456 | 87/0108.C2 | Miscellaneous fragments of razor blade wrappers and seals | COL1 04/B | |
| 1457 | 87/0109.1 A/B | Gillette box (contained razor, blades and associated materials) | COL1 04/B | |
| 1458 | 87/0109.2 A/B | Gillette interior box | COL1 04/I | |
| 1459 | 87/0109.3.2A | "Gillette" inspectors ticket | COL1 04/B | |
| 1460 | 87/0109.3.2B | "Gillette" inspectors ticket | COL1 04/B | |
| 1461 | 87/0109.3.3 | "Gillette" way pamphlet | COL1 04/B | |
| 1462 | 87/0109.3.4 | Razor blade Box | COL1 04/B | |
| 1463 | 87/0109.3.5 | "Gillette" New Idea/ New Way | COL1 04/B | |
| 1464 | 87/0109.3.6A | Razor blade wrapper with seal and remnant of blade | COL1 04/B | |
| 1465 | 87/0109.3.6B | Razor blade wrapper with seal and remnant of blade | COL1 04/B | |
| 1466 | 87/0109.3.6C | Razor blade wrapper with seal and remnant of blade | COL1 04/B | |
| 1467 | 87/0109.3.6D | Razor blade wrapper with seal and remnant of blade | COL1 04/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 1468 | 87/0109.3.6E | Razor blade wrapper with seal and remnant of blade | COL1 04/B | |
| 1469 | 87/0109.3.6F | Razor blade wrapper with remnant of blade | COL1 04/B | |
| 1470 | 87/0109.3.6G | Razor blade wrapper with remnant of blade | COL1 04/B | |
| 1471 | 87/0109.3.6H | Razor blade wrapper with remnant of blade | COL1 04/B | |
| 1472 | 87/0109.3.6I | Closed razor blade wrapper without seal | COL1 04/B | |
| 1473 | 87/0109.3.6J | Fragments of a razor blade wrapper | COL1 04/B | |
| 1474 | 87/0109.3.6K | Fragments of a razor blade wrapper | COL1 04/B | |
| 1475 | 87/0114 | Broken bottle of "PETROLE HAHN Pour les CHEVEUX" | COL2 016/B | |
| 1476 | 87/0115 | Bottle of "Purganol" w/ cotton | COL2 016/B | |
| 1477 | 87/0116 | Cylindrical box of painted or varnished wood | COL2 016/B | |
| 1478 | 87/0121.A | Leather case | COL1 03/A | |
| 1479 | 87/0121.B | Two letter openers in partial case | COL1 03/A | |
| 1480 | 87/0122.A | Bottle of Daguin Purganol | COL2 016/B | |
| 1481 | 87/0122.B | Label from Bottle of Daguin Purganol | COL1 04/A | |
| 1482 | 87/0124 | Blue glass stopper and glass fragments | COL2 022/E | |
| 1483 | 87/0125 | razor blade wrappers | COL1 04/B | |
| 1484 | 87/0125.1 | Gillette Razor Blade and Wrapper | COL1 04/B | |
| 1485 | 87/0125.2 B | Gillette razor blade wrapper | COL1 04/B | |
| 1486 | 87/0125.2 C | Gillette razor blade wrapper | COL1 04/B | |
| 1487 | 87/0125.2 D | Gillette razor blade wrapper | COL1 04/B | |
| 1488 | 87/0127 | Hair dye label and paper fragments | COL1 04/B | |
| 1489 | 87/0128 | Fragments of cardboard box | COL1 06/D | |
| 1490 | 87/0130 | Hair brush | COL2 | |
| 1491 | 87/0131 | Leather wallet | COL1 05/C | |
| 1492 | 87/0132 | Stock of medication | COL2 SC01/A | |
| 1493 | 87/0134.A1/2 | Wallet | COL2 cart | |
| 1494 | 87/0134.A2/2 | Wallet | COL1 | |
| 1495 | 87/0134.B1/6 | Business card "John Mitchell, Jr. Co. Inc., Steam, Gas & Watar | COL1 04/B | |
| 1496 | 87/0134.B2/6 | Business card "J.R.P. Mc Lernon" | COL1 04/B | |
| 1497 | 87/0134.B3/6 | Business card "Blagden" | COL1 04/B | |
| 1498 | 87/0134.B4/6 | Business card "Langdon" | COL1 04/B | |
| 1499 | 87/0134.B5/6 | Business card "King" | COL1 04/B | |
| 1500 | 87/0134.B6/6 | Business card "Rogers" | COL1 04/B | |
| 1501 | 87/0134C.03/12 | Toronto trolley tickets | COL1 04/B | |
| 1502 | 87/0134C.04/12 | Toronto trolley tickets | COL1 04/B | |
| 1503 | 87/0134C.05/12 | Toronto trolley tickets | COL1 04/B | |
| 1504 | 87/0134C.06/12 | Toronto trolley tickets | COL1 04/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 1505 | 87/0134C.07/12 | Toronto trolley tickets | COL1 04/B | |
| 1506 | 87/0134C.08/12 | Toronto trolley tickets | COL1 04/B | |
| 1507 | 87/0134C.09/12 | Toronto trolley tickets | COL1 04/B | |
| 1508 | 87/0134C.10/12 | Toronto trolley tickets | COL1 04/B | |
| 1509 | 87/0134C.11/12 | Toronto trolley tickets | COL1 04/B | |
| 1510 | 87/0134C.12/12 | Toronto trolley tickets | COL1 04/B | |
| 1511 | 87/0134d | Commercial Travellers' Certificate, No. 7895 | COL1 04/B | |
| 1512 | 87/0134E | Remnants of small booklet with calendar | COL1 04/B | |
| 1513 | 87/0134F | Royal Canadian Yacht season ticket | COL1 04/B | |
| 1514 | 87/0135 | Cardboard box fragments | COL1 06/D | |
| 1515 | 87/0137 | Papers and Stickers, "Hair Dye Liquid"; "Balck Florentine Cosmetic" | COL1 04/B | |
| 1516 | 87/0142 | Smoked glass bottle/fragments with cork | COL2 016/B | |
| 1517 | 87/0143 | Glass bottle from "C. DAMSCHINSKY LIQUID HAIR DYE NEW YORK" | COL2 016/B | |
| 1518 | 87/0144 | Metallic cover from a glass bottle | COL1 04/I | |
| 1519 | 87/0146.1/2 | Cardboard box fragments | COL1 04/A | |
| 1520 | 87/0146.2/2 | Cardboard box fragments | COL1 04/A | |
| 1521 | 87/0147.A | Elements of a wooden box | COL2 SC01/A | |
| 1522 | 87/0147.B | Elements of a wooden box | COL2 SC01/A | |
| 1523 | 87/0148 | Cotton shirt collar | COL2 | |
| 1524 | 87/0149 | Cotton shirt collar uncomplete in 3 parts | COL1 04/G | |
| 1525 | 87/0151 | Chandelier gilded by electrolysis | COL2 | |
| 1526 | 87/0153 | Steering Stand for ship's emergency wheel  (stern) | COL4 | |
| 1527 | 87/0158 | Porthole | COL2 | |
| 1528 | 87/0160 | Kettle | COL2 024/D | |
| 1529 | 87/0163 | Stock Pot | COL4 | |
| 1530 | 87/0164.2/4 | Tip Basin | COL2 | |
| 1531 | 87/0166 | "Doulton & Co." sink | COL2 027/D | |
| 1532 | 87/0167.1 | Passageway lamp frame | COL2 | |
| 1533 | 87/0167.2 | Passageway lamp optical glass | COL2 | |
| 1534 | 87/0167.3 | Passageway lamp bulb support | COL2 | |
| 1535 | 87/0167.4 | Parts of the passageway lamp | COL2 012/B | |
| 1536 | 87/0167.5 | Parts of the passageway lamp | COL2 012/B | |
| 1537 | 87/0168 | Pump cylinder | COL2 026/D | |
| 1538 | 87/0169A.1 | Storage Water Heater Lid | COL2 006/B | |
| 1539 | 87/0169B | Pipe Fitting to Water Heater | COL2 002/B | |
| 1540 | 87/0170 | Wooden door jamb parts | COL2 005/A | |
| 1541 | 87/0171 | Faucet and marble splash | COL4 | |

| | A | B | C | D |
|---|---|---|---|---|
| 1542 | 87/0174 | Leather satchel | CO1 09/D | |
| 1543 | 87/0175.A | Main engine room telegraph top from bridge | CO2 BUB Box 62 | |
| 1544 | 87/0175.B | Part of Main engine room telegraph from bridge | CO2 010/A | |
| 1545 | 87/0175.C | Part of Main engine room telegraph from bridge (spider) | CO2 010/A | |
| 1546 | 87/0176.B | Telegraph gear box: Main engine room telegraph | CO2 026/D | |
| 1547 | 87/0178 | Left armrest of a deck bench | CO2 030/C | |
| 1548 | 87/0179B | Deck bench armrest | CO4 | |
| 1549 | 87/0181.A | Passageway lamp | CO4 | |
| 1550 | 87/0181.B | Interior fixture to passageway lamp | CO2 013/C | |
| 1551 | 87/0184.A | Body of Stoking Indicator | CO4 | |
| 1552 | 87/0184.B | Left cover from Stoking Indicator | CO4 | |
| 1553 | 87/0184.C | Right cover to Stoking Indicator | CO4 | |
| 1554 | 87/0184.H | Plaque to Stoking Indicator | CO4 | |
| 1555 | 87/0184.K | Bolt covering | CO2 013/B | |
| 1556 | 87/0184.L | Cover plate with 4 indentations | CO2 013/B | |
| 1557 | 87/0184.M | Pipe with wire from engine order telegraph (at base) | CO2 013/B | |
| 1558 | 87/0184.N | Metal gasket cover | CO2 013/B | |
| 1559 | 87/0184.O | Rubber gasket  in three pieces | CO2 013/B | |
| 1560 | 87/0185 | Electrical fuse panel | CO2 001/B | |
| 1561 | 87/0187.1/2 | Telegraph part | CO2 024/B | |
| 1562 | 87/0187.2/2 | Telegraph part | CO2 024/B | |
| 1563 | 87/0191 | Foam washer | MOVE-BUB Box 19 | |
| 1564 | 87/0192.A | Cream jar | CO2 016/B | |
| 1565 | 87/0192.B | Aluminum cover of the cream jar | CO2 016/B | |
| 1566 | 87/0193.01/12 | One of Six Silver-plated soup spoons | CO2 018/F | |
| 1567 | 87/0193.02/12 | silver-plated soup spoon | CO2 018/F | |
| 1568 | 87/0193.03/12 | silver-plated soup spoon | CO2 018/F | |
| 1569 | 87/0193.04/12 | silver-plated soup spoon | CO2 018/F | |
| 1570 | 87/0193.05/12 | silver-plated soup spoon | CO2 018/F | |
| 1571 | 87/0193.06/12 | silver-plated soup spoon | CO2 018/F | |
| 1572 | 87/0193.07/12 | Silver-plated soup spoons (from 12) | CO2 SC01/B | |
| 1573 | 87/0193.08/12 | Silver-plated soup spoons (from 12) | CO2 SC01/B | |
| 1574 | 87/0193.09/12 | Silver-plated soup spoons (from 12) | CO2 SC01/B | |
| 1575 | 87/0193.10/12 | Silver-plated soup spoons (from 12) | CO2 SC01/B | |
| 1576 | 87/0193.11/12 | Silver-plated soup spoons (from 12) | CO2 SC01/B | |
| 1577 | 87/0193.12/12 | Silver-plated soup spoons (from 12) | CO2 SC01/B | |
| 1578 | 87/0194.1/2 | 1 of 2 Small silver-plated ladles | CO2 SC01/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 1579 | 87/0194.2/2 | 1 of 2 Small silver-plated ladles | COL2 SC01/B | |
| 1580 | 87/0195.1/2 | Lead Pipe (1 of 2) | 058/D | |
| 1581 | 87/0195.2/2 | Lead Pipe (2 of 2) | COL2 005/B | |
| 1582 | 87/0198 | Silverware plate stamped with White Star Line logo | COL2 | |
| 1583 | 87/0199 | Silverware plate | COL2 029/C Box | |
| 1584 | 87/0200 | Pair of wool and silk socks | COL1 10/C | |
| 1585 | 87/0201.1/2 | One glass bottle neck from a set of two | COL2 022/E | |
| 1586 | 87/0201.2/2 | One glass bottle neck form a set of two | COL2 022/E | |
| 1587 | 87/0202 | Windsor and Newton paint brush | COL1 07/C | |
| 1588 | 87/0208 | Set of five copper buttons | COL1 02/D | |
| 1589 | 87/0211 | Jar with cream | COL2 016/B | |
| 1590 | 87/0212 | Glass jar containing powder | COL2 016/B | |
| 1591 | 87/0213 | Cardboard box containing buttons and buckles | COL1 04/I | |
| 1592 | 87/0214.1A | Two bottle necks | COL2 022/C | |
| 1593 | 87/0215 | Eight corks | COL2 SC01/C | |
| 1594 | 87/0216 | Instruction manual of a fountain pen | COL1 04/A | |
| 1595 | 87/0218 | Wooden box with grey powder | COL2 | |
| 1596 | 87/0219.A | Fragment of a cardboard box | COL1 04/A | |
| 1597 | 87/0219.B | Fragment of a cardboard box | COL1 04/A | |
| 1598 | 87/0219.C | Fragment of a cardboard box | COL1 04/A | |
| 1599 | 87/0220 | Three buttons and one button cover | COL2 | |
| 1600 | 87/0221 | Pencil with eraser | COL2 | |
| 1601 | 87/0222 | Glass bottle "Elliman's Embrocation" | COL2 | |
| 1602 | 87/0223.A1/3 | Glass Bottle | COL2 016/B | |
| 1603 | 87/0223.B | Glass stopper | COL2 022/E | |
| 1604 | 87/0224 | Natural toiletry sponge | COL2 | |
| 1605 | 87/0225A.1 | Wood Handle | COL1 07C | |
| 1606 | 87/0225A.2 | Wood Handle | COL1 07/C | |
| 1607 | 87/0225B | Horn Handle | COL1 07/C | |
| 1608 | 87/0227 | Cufflink and part of a cufflink | COL1 02/D | |
| 1609 | 87/0228 | Fragment of a box | COL1 05/C | |
| 1610 | 87/0229 | Fragment of a glass bottle | COL2 022/E | |
| 1611 | 87/0231 | Top cover for passageway lamp | COL2 013/C | |
| 1612 | 87/0232 | Silverware dish | COL2 024/B | |
| 1613 | 87/0233 | Silverware dish | COL2 025/C | |
| 1614 | 87/0234 | Plate warmer | COL2 022/B | |
| 1615 | 87/0236 | "Repoussé" copper alloy plate | COL2 024/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 1616 | 87/0237 | Silverware plate stamped with company logo | COL2 SC01/C | |
| 1617 | 87/0238 | Silverware dish | COL2 SC01/B | |
| 1618 | 87/0239 | Silver plated fork | COL2 SC01/B | |
| 1619 | 87/0240 | Silver and vermeil sauce boat | COL2 | |
| 1620 | 87/0242 | Silverware dish | COL2 | |
| 1621 | 87/0243 | Silver plated gimbal lamp | COL2 | |
| 1622 | 87/0243a | Miscellaneous parts | COL2 022/E | |
| 1623 | 87/0245.A | Vaporizer | COL2 022/D | |
| 1624 | 87/0245.B | Vaporizer strip | COL2 022/D | |
| 1625 | 87/0246 | Gold or gilded stopper | COL2 016/B | |
| 1626 | 87/0250 | Silverware dish | COL2 022/A | |
| 1627 | 87/0253 | Element of pendulum clock | COL2 015/B | |
| 1628 | 87/0254 | Silverware dish | COL2 SC01/E | |
| 1629 | 87/0259 | Set of two silver plated toast racks | COL2 SC01/C | |
| 1630 | 87/0260 | Wall candle holder | COL2 013/C | |
| 1631 | 87/0261 | Door knob | COL2 013/B | |
| 1632 | 87/0262 | Set of two silver plated teaspoons    .1/2 and .2/2 | COL2 SC01/C | |
| 1633 | 87/0269.01/37.p1 | Page 3 of 3-paged typewritten itinerary on Thos. Cook & Son, Yokohama, Japan letterhead, from TC&S, for George "Thorne" (Rosenshine) and Mabelle Thorne, dated [30 October 1911], detailing tour dates from 30 January - late February 1912. | COL1 04/A | |
| 1634 | 87/0269.01/37.p2 | Page 1 of 3-paged typewritten itinerary on Thos. Cook & Son, Yokohama, Japan letterhead, from TC&S, for George "Thorne" (Rosenshine) and Mabelle Thorne, dated 30 October 1911, detailing tour dates from 20 November – 5 January 1912. | COL1 04/A | |
| 1635 | 87/0269.01/37.p3 | Page 2 of 3-paged typewritten itinerary on Thos. Cook & Son, Yokohama, Japan letterhead, from TC&S, for George "Thorne" (Rosenshine) and Mabelle Thorne, dated 30 October 1911, detailing tour dates from 8 - [26/7?] January 1912. | COL1 04/A | |
| 1636 | 87/0269.02/37.p1 | Page 1 of 2-paged typewritten letter on Thos. Cook & Son, Yokohama, Japan letterhead, from TC&S, for George "Thorne'" (Rosenshine) and Mabelle Thorne, dated 30 October 1911, regarding finalizing plans for the Japan to the Middle East tour and providing a cost of ¥4900.66. | COL1 04/A | |
| 1637 | 87/0269.02/37.p2 | Page 2 of 2-paged typewritten letter on Thos. Cook & Son, Yokohama, Japan letterhead, from TC&S, for George "Thorne'" (Rosenshine) and Mabelle Thorne, dated 30 October 1911, regarding finalizing plans for the Japan to the Middle East tour and providing a cost of ¥4900.66. | COL1 04/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 1638 | 87/0269.03/37.p1 | Page 3 of 3-paged typewritten letter on Thos. Cook & Son "continuation" letterhead, for George "Thorne" (Rosenshine) and Mabelle Thorne, dated 25 October 1911, regarding a possible itinerary for a Japan to the Middle East tour with a cost of ¥5328.24. | COL1 04/A | |
| 1639 | 87/0269.03/37.p2 | Page 2 of 3-paged typewritten letter on Thos. Cook & Son "continuation" letterhead, for George "Thorne" (Rosenshine) and Mabelle Thorne, dated 25 October 1911, regarding a possible itinerary for a Japan to the Middle East tour with a cost of ¥5328.24. | COL1 04/A | |
| 1640 | 87/0269.03/37.p3 | Page 1 of 3-paged typewritten letter on Thos. Cook & Son, Yokohama, Japan letterhead, from TC&S, for George "Thorne" (Rosenshine) and Mabelle Thorne, dated 25 October 1911, regarding a possible itinerary for a Japan to the Middle East tour with a cost of ¥5328.24. | COL1 04/A | |
| 1641 | 87/0269.04/37 | 1-paged typewritten letter on Thos. Cook & Son, Yokohama, Japan letterhead, from TC&S, for George "Thorne" (Rosenshine) and Mabelle Thorne, likely dated late October or early November 1911, regarding the Shanghai office and newspaper reports. | COL1 04/A | |
| 1642 | 87/0269.06/37 | Receipt 2800 from Thos. Cook & Son, Colombo, Ceylon (Sri Lanka), in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, dated 15 February 1912, for baggage with a cost of 58.66 rupees. | COL1 04/A | |
| 1643 | 87/0269.08/37.p1 | Receipt No. 16492 from Thos. Cook & Son, Port Said, Egypt, for George "Thorne" (Rosenshine), dated 26 February 1912, for forwarding one package to New York. | COL1 04/A | |
| 1644 | 87/0269.08/37.p2 | Bill from Thos. Cook & Son, Colombo, Ceylon (Sri Lanka), for George "Thorne" (Rosenshine), dated 14 February 1912, for shipping, insurance, and customs on one case to New York City for the cost of 40.06 rupees, as per receipt 2800. | COL1 04/A | |
| 1645 | 87/0269.08/37.p3 | 1-paged typewritten itinerary on Taj Mahal Palace Hotel, Bombay, India letterhead, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, for travel within India. | COL1 04/A | |
| 1646 | 87/0269.08/37.p4 | Bank of England £5 Note, dated 26 January 1911, London, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne. | COL2 | |
| 1647 | 87/0269.08/37.p5 | Ceylon British 5 cents stamp with punched TC&S [Thos. Cook & Son] logo in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne. | COL1 04/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 1648 | 87/0269.09.p1 | Page 1 of 3-paged handwritten letter on W.T. Campbell & Co. letterhead, signed "Much love Will," addressed to "Mabelle [Thorne]," dated 10 January 1912, regarding the weather in Chicago and his new office. | COL1 04/A | |
| 1649 | 87/0269.09.p2 | Page 2 of 3-paged handwritten letter on W.T. Campbell & Co. letterhead, signed "Much love Will," addressed to "Mabelle [Thorne]," dated [10 January 1912], regarding the weather in Chicago and his new office. | COL1 04/A | |
| 1650 | 87/0269.09.p3 | Page 3 of 3-paged handwritten letter on W.T. Campbell & Co. letterhead, signed "Much love Will," addressed to "Mabelle [Thorne]," dated [10 January 1912], regarding the weather in Chicago and his new office. | COL1 04/A | |
| 1651 | 87/0269.10 | Fragments from a paper, possibly an envelope, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne. | COL1 04/A | |
| 1652 | 87/0269.11/37 | Unfolded envelope, addressed to "Thorne, Esq. Kyoto Hotel Kyoto," in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, likely dating to early November 1911. | COL1 04/A | |
| 1653 | 87/0269.12/37 | Pocket calendar printed by Rai Budrel Dag Bahadour & Sons, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne. | COL1 04/A | |
| 1654 | 87/0269.13/37 | Round seal to a French perfume, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne. | COL1 04/A | |
| 1655 | 87/0269.14/37 | Envelope from Thos. Cook & Son, Yokohama, Japan, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, likely dating to October or November 1911. | COL1 04/A | |
| 1656 | 87/0269.15/37 | Unfolded envelope from the Grand Hotel, Ld. Yokohama, Japan, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, likely dating to October or November 1911. | COL1 04/A | |
| 1657 | 87/0269.16/37 | Typewritten paper with the heading "RAW STOCK BILLS" in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, listing George's stocks and bank notes. | COL1 04/A | |
| 1658 | 87/0269.17/37.p1 | Page 1 of 2-paged typewritten letter on Thos. Cook & Son, Yokohama, Japan letterhead, from TC&S, to George "Thorne" (Rosenshine), regarding forwarding mail and best wishes for a successful tour. | COL1 04/A | |
| 1659 | 87/0269.17/37.p2 | Page 2 of 2-paged typewritten letter on Thos. Cook & Son, Yokohama, Japan letterhead, from TC&S, to George "Thorne" (Rosenshine), regarding forwarding mail and best wishes for a successful tour. | COL1 04/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 1660 | 87/0269.18/37 | Receipt handwritten on The Oriental Hotel, Ltd., Kobe, Japan letterhead, from Thos. Cook & Son, for George "Thorne" (Rosenshine), regarding final payment for the Japan to the Middle East tour. | COL1 04/A | |
| 1661 | 87/0269.19/37.B | Envelope from Raffaele Garofalo Silk Manufactures Warehouse, Naples, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, likely dating to late February or early to mid March | COL1 04/A | |
| 1662 | 87/0269.20/37.p1 | Receipt labeled Store No. 82283 from the Forwarding Department of Thos. Cook & Son, for George "Thorne" (Rosenshine), for insurance and warehouse rent, totaling ¥3.64. | COL1 | |
| 1663 | 87/0269.20/37.p2 | Receipt labeled Store No. 82297 from the Forwarding Department of Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine), for cartage, insurance, and warehouse rent, totaling | COL1 04/A | |
| 1664 | 87/0269.21/37 | 1-paged typewritten letter introducing "G. M. Thorne" (George "Thorne" [Rosenshine]) to other Thos. Cook & Son. offices throughout the world, dated 7th November 1911 | COL1 04/A | |
| 1665 | 87/0269.22.p1 | Page 3 of 4-paged typewritten itinerary prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine), detailing the Prome (Pyay) to Secunderabad leg, scheduled for 21 January - 12 February 1912. | COL1 04/A | |
| 1666 | 87/0269.22.p2 | Page 1 of 4-paged typewritten itinerary prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine), dated 24 October 1911, detailing the Shimonoseki to Singapore leg, scheduled for 13 November - 2[8] December 1911. | COL1 04/A | |
| 1667 | 87/0269.22.p3 | Page 2 of 4-paged typewritten itinerary prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine), dated 24 October 1911, detailing the Singapore to Mandalay leg, scheduled for 29 December 1911 - 19 January 1912. | COL1 04/A | |
| 1668 | 87/0269.22.p4 | Page 4 of 4-paged typewritten itinerary prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine), dated 24 October 1911, detailing the Secunderabad to Palestine leg, scheduled for 13 February - 3/23 April 1912. | COL1 04/A | |
| 1669 | 87/0269.23/37.p1 | Typewritten cover letter for four possible itineraries, from Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine), Grand Hotel, dated 22 October 1911. | COL1 04/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 1670 | 87/0269.23/37.p2 | Page 2 of 2-paged typewritten rough itinerary from Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine) and Mabelle Thorne, dated [22 October 1911], detailing the [Calcutta] to Palestine half of the trip, scheduled for 23 January - 23 April 1912. | COL1 04/A | |
| 1671 | 87/0269.23/37.p3 | Page 1 of 2-paged typewritten rough itinerary from Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine) and Mabelle Thorne, dated 22 October 1911, detailing the Moji (Japan) to Darjeeling half of the trip, scheduled for 27 November 1911 - 22 | COL1 04/A | |
| 1672 | 87/0269.24/37 | Receipt from S. Zoraster & Co., Dealers in Indian Arts and Curiosities, Jaipur, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, dated 26 January 1912, for 15 rupees. | COL1 04/A | |
| 1673 | 87/0269.25/37 | Bank Note - 100 franc Banque de France Note; A.822, 20525991, dated 8 May 1909. | COL1 04/A | |
| 1674 | 87/0269.26/37 | 1-paged typewritten letter on Strome & Co., Yokohama, Japan letterhead, from O. Strome, to George Rosenshine, Kobe, dated 10 November 1911, regarding forwarding of George's mail under his pseudonym. | COL1 04/A | |
| 1675 | 87/0269.27/37.p1 | Page 1 of a 3-paged personal typewritten letter on Gimbel Brothers letterhead to George "Thorne" (Rosenshine), dated December 1911, regarding the Thornes' travels, poor sales for feathers, and best wishes for the new year. | COL1 04/A | |
| 1676 | 87/0269.27/37.p2 | Page 2 of a 3-paged personal typewritten letter on Gimbel Brothers letterhead to George "Thorne" (Rosenshine), dated December 1911, regarding the Thornes' travels, poor sales for feathers, and best wishes for the new year. | COL1 04/A | |
| 1677 | 87/0269.27/37.p3 | Page 3 of a 3-paged personal typewritten letter on Gimbel Brothers letterhead to George "Thorne" (Rosenshine), dated December 1911, regarding the Thornes' travels, poor sales for feathers, and best wishes for the new year. | COL1 04/A | |
| 1678 | 87/0269.28/37 | Fragmentary paper from an itinerary in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, for travel within India. | COL1 04/A | |
| 1679 | 87/0269.29a/37 | Page 1 of 3-paged personal typewritten letter on Rosenshine Bros., New York, New York letterhead, for George "Thorne" (Rosenshine), from his brother, dated 8 December 1911, regarding pleasure at receiving George's posts from Japan, family news, stock purchases, and poor projections for the family business. | COL1 04/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 1680 | 87/0269.29b/37 | Page 2 of 3-paged personal typewritten letter on Rosenshine Bros., New York, New York letterhead, for George "Thorne" (Rosenshine), from his brother, dated 8 December 1911, regarding pleasure at receiving George's posts from Japan, family news, stock purchases, and poor projections for the family business. | COL1 04/A | |
| 1681 | 87/0269.29c/37 | Page 3 of 3-paged personal typewritten letter on Rosenshine Bros., New York, NewYork letterhead, for George "Thorne" (Rosenshine), from his brother, dated 8 December 1911, regarding pleasure at receiving George's posts from Japan, family news, stock purchases, and poor projections for the family business. | COL1 04/A | |
| 1682 | 87/0269.30.p1 | Receipt 13499 from Cuzzi & Co., Venice, Italy, dated 13 March 1912, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, for cups and saucers. | COL1 04/A | |
| 1683 | 87/0269.30.p2 | Receipt 13547 from Cuzzi & Co., Venice, Italy, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, for shipping (?) cups, saucers, and plates. | COL1 04/A | |
| 1684 | 87/0269.31/37 | Numerous fragments of a 1-paged typewritten letter from Thos. Cook & Son, on TC&S letterhead, to George "Thorne" (Rosenshine), likely dating to late October/early November 1911. | COL1 04/A | |
| 1685 | 87/0269.32.p1 | Page 1 of 3-paged handwritten letter on W.T. Campbell & Co., Chicago, Illinois letterhead, signed "Devotedly Will," addressed to "Dearest Mabelle," dated 21 December [1911], regarding the upcoming holidays, his misery without her, and the weather in | COL1 04/A | |
| 1686 | 87/0269.32.p2 | Page 2 of 3-paged handwritten letter on W.T. Campbell & Co., Chicago, Illinois letterhead, signed "Devotedly Will," addressed to "Dearest Mabelle," dated 21 December [1911], regarding the upcoming holidays, his misery without her, and the weather in | COL1 04/A | |
| 1687 | 87/0269.32.p3 | Page 3 of 3-paged handwritten letter on W.T. Campbell & Co., Chicago, Illinois letterhead, signed "Devotedly Will," addressed to "Dearest Mabelle," dated [21 December 1911], regarding the upcoming holidays, his misery without her, and the weather in | COL1 04/A | |
| 1688 | 87/0269.35/37,p01 | Printed list of "Offices of Thos. Cook & Son" in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne. | COL1 04/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 1689 | 87/0269.35/37.p02 | Remains of page 1 of 10-paged, half-sized, portable, incomplete itinerary for a "Japan to the Middle East" tour, prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine) and Mabelle Thorne, detailing the Japan portion of the trip from mid-October to mid-November 1911. | COL1 04/A | |
| 1690 | 87/0269.35/37.p05 | Page 4 of 10-paged, half-sized, portable, incomplete itinerary for a "Japan to the Middle East" tour, prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine) and Mabelle Thorne, detailing the Singapore to Batavia leg, scheduled for 15-28 December 1911. | COL1 04/A | |
| 1691 | 87/0269.35/37.p06 | Page 5 of 10-paged, half-sized, portable, incomplete itinerary for a "Japan to the Middle East" tour, prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine) and Mabelle Thorne, detailing the Penang to Calcutta leg, scheduled for [302] December 1911 - 11 January 1912. | COL1 04/A | |
| 1692 | 87/0269.35/37.p07 | Page 6 of 10-paged, half-sized, portable, incomplete itinerary for a "Japan to the Middle East" tour, prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine) and Mabelle Thorne, detailing the Calcutta to Lucknow leg, scheduled for 12-19 January 1912. | COL1 04/A | |
| 1693 | 87/0269.35/37.p08 | Page 7 of 10-paged, half-sized, portable, incomplete itinerary for a "Japan to the Middle East" tour, prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine) and Mabelle Thorne, detailing the Lucknow to Jeypore (Jaipur) leg, scheduled for 21-27 January 1912. | COL1 04/A | |
| 1694 | 87/0269.35/37.p09 | Page 8 of 10-paged, half-size, portable, incomplete itinerary for a "Japan to the Middle East" tour, prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine) and Mabelle Thorne, detailing the Jeypore (Jaipur) to Madras leg, scheduled for 28 January - 4 February 1912. | COL1 04/A | |
| 1695 | 87/0269.35/37.p10 | Page 9 of 10-paged, half-sized, portable, incomplete itinerary for a "Japan to the Middle East" tour, prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine) and Mabelle Thorne, detailing the Madras to Colombo leg, scheduled for [57] - 15 February 1912. | COL1 04/A | |

| | A | B | C | D |
|---|---|---|---|---|
| 1696 | 87/0269.35/37,p11 | Page 10 of 10-paged, half-sized, portable, incomplete itinerary for a "Japan to the Middle East" tour, prepared by Thos. Cook & Son, Yokohama, Japan, for George "Thorne" (Rosenshine) and Mabelle Thorne, detailing the Port Said to Jaffa [and ?] leg, scheduled for [16?] - 22 March 1912. | COL1 04/A | |
| 1697 | 87/0269.37/37 | Envelope from Thos. Cook & Son, Yokohama, Japan, in the possession of George "Thorne" (Rosenshine) and Mabelle Thorne, "Introducing Mr. G. H. Thorne, To Agents and Correspondents of Thos. Cook & Son throughout the world." | COL1 04/A | |
| 1698 | 87/0270 | Clothes brush | COL1 07/C | |
| 1699 | 87/0273.A | Handle of straight razor | COL2 | |
| 1700 | 87/0273.B | Paper box (fragments) of wooden razor handle | COL1 04/B | |
| 1701 | 87/0274 | Wooden disk "Matterson Bornemouth Chemist" | COL1 04/I | |
| 1702 | 87/0275.A | Penholder (A) | 061/G | |
| 1703 | 87/0275.B | wooden pencil (B) | COL1 07/C | |
| 1704 | 87/0275.C | Paint brush (C) | COL1 07/C | |
| 1705 | 87/0277 | Cup with Floral Decoration | COL2 015/C | |
| 1706 | 87/0278 | Cup | COL2 015/C | |
| 1707 | 87/0279 | Coffee Pot, Brownware | COL2 015/D | |
| 1708 | 87/0284 | Bottle "Registered Contrell & Cochrane Trademark" | COL2 016/E | |
| 1709 | 87/0285 | Wine bottle | COL2 016/E | |
| 1710 | 87/0286 | Bronze cherub | COL2 32/D | |
| 1711 | 87/0288 | Perforated copper bar | COL2 | |
| 1712 | 87/0290 | Oval copper alloy skillet | COL2 024/C | |
| 1713 | 87/0291.4/5 | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | COL2 013/F | |
| 1714 | 87/0291.5/5 | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | COL2 | |
| 1715 | 87/0295.2/2 | Cup, Bullion, Deck Service | COL2 018/B | |
| 1716 | 87/0297 | Scalloped faience ramekin | COL2 018/E | |
| 1717 | 87/0298.A4/4 | Faience "H.P. Truefitt, Ltd." jar -bottom | COL2 | |
| 1718 | 87/0298.B4/4 | Lid of "H.P. Truefitt Ltd." Faience jar | COL2 | |
| 1719 | 87/0299.2/3 | Bowl, faience | COL2 018/E | |
| 1720 | 87/0299.3/3 | Bowl, faience | COL2 018/E | |
| 1721 | 87/0300 | Decorative Light Housing | COL2 014/C | |
| 1722 | 87/0301 | Bowl with Shell Interior Decoration | COL2 018/E | |
| 1723 | 87/0302 | Saucer, Tea, First Class Dining Room Service | COL2 016/C | |
| 1724 | 87/0304 | Dish, Crescent Side, First Class Restaurant | COL2 016/C | |
| 1725 | 87/0306.A1 | Saucer, Demitasse, First Class Dining Room Service | COL2 016/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 1726 | 87/0306.A2 | Saucer, Demitasse, First Class Dining Room Service | COL2 016/C | |
| 1727 | 87/0308.01/11 | Titanic purser tag No. 201 | COL1 04/B | |
| 1728 | 87/0308.02/11 | Titanic purser tag No. 208 | COL1 04/B | |
| 1729 | 87/0308.03/11 | Titanic purser tag No. 218 | COL1 04/B | |
| 1730 | 87/0308.05/11 | 1 Titanic purser tag (202) | COL1 04/B | |
| 1731 | 87/0308.06/11 | Titanic purser tag "2??" | COL2 | |
| 1732 | 87/0308.07/11 | Titanic purser tag | COL1 04/B | |
| 1733 | 87/0308.08/11 | Titanic purser tag #204 | COL1 04/B | |
| 1734 | 87/0308.10/11 | Titanic purser tag, No. 212 | COL1 04/B | |
| 1735 | 87/0308.11/11 | Titanic purser tag | COL1 04/B | |
| 1736 | 87/0309 | Porcelain saucer | COL2 016/C | |
| 1737 | 87/0310.1/2 | 1 Handwritten paper | COL1 04/B | |
| 1738 | 87/0310.2/2 | 1 Handwritten paper | COL1 04/B | |
| 1739 | 87/0311 | Newspaper: "Southampton Daily" | COL1 | |
| 1740 | 87/0312.1/7 | Safety Envelope | COL1 04/B | |
| 1741 | 87/0312.2/7 | Safety Envelope | COL1 04/B | |
| 1742 | 87/0312.4/7 | Safety Envelope | COL1 04/B | |
| 1743 | 87/0312.5/7 | Safety Envelope | COL1 04/B | |
| 1744 | 87/0312.6/7 | Safety Envelope | COL1 04/B | |
| 1745 | 87/0312.7A/7 | Safety Envelope and Fragments | COL1 04/B | |
| 1746 | 87/0312.7B/7 | Safety Envelope and Fragments | COL1 04/B | |
| 1747 | 87/0312.7C/7 | Safety Envelope and Fragments | COL1 04/B | |
| 1748 | 87/0314 | Cut crystal carafe w/ White Star Line flag | COL2 | |
| 1749 | 87/0318 | Plate, Dinner, First Class "Special Service" | COL2 016/C | |
| 1750 | 87/0320 | Cotton steward's shirt, with the name "Broome" | COL1 01/F | |
| 1751 | 87/0321 | Fragment of textile | COL1 01/D | |
| 1752 | 87/0323 | Leather satchel | COL1 09/C | |
| 1753 | 87/0324 | Leather satchel | COL1 09/D | |
| 1754 | 87/0325 | Leather satchel | COL1 05/A | |
| 1755 | 87/0326 | Leather satchel | COL1 05/F | |
| 1756 | 87/0327 | Leather travel bag | COL1 05/E | |
| 1757 | 87/0328 | Oil lamp | COL2 013/C | |
| 1758 | 87/0329.1/2 | One of Two faience vases with antique decoration. | COL2 | |
| 1759 | 87/0329.2/2 | One of Two faience vases with antique decoration. | COL2 | |
| 1760 | 87/0331.02/12 | Soup Bowl, Second Class Dining Room Service | COL2 017/D | |
| 1761 | 87/0331.08/12 | Soup Plate, Second Class Dining Room Service | COL2 017/D | |
| 1762 | 87/0331.10/12 | Plate Fragment, Second Class Dining Service | COL2 017/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 1763 | 87/0331.11/12 | Soup Bowl, Second Class Dining Room Service | CO12 017/D | |
| 1764 | 87/0331.12/12 | Plate Fragment, Second Class Dining Service | CO12 017/C | |
| 1765 | 87/0332.C | Parts to "Fire Resisting Safe, Thomas Perry & Son" | CO12 029/B | |
| 1766 | 87/0332.D | Parts to "Fire Resisting Safe, Thomas Perry & Son" | CO12 029/B | |
| 1767 | 87/0332.E | Parts to "Fire Resisting Safe, Thomas Perry & Son" | CO12 028/B | |
| 1768 | 87/0332.F | Parts to "Fire Resisting Safe, Thomas Perry & Son" | CO12 014/E | |
| 1769 | 87/0332.G | Parts to "Fire Resisting Safe, Thomas Perry & Son" | CO12 028/B | |
| 1770 | 87/0332.H | Parts to "Fire Resisting Safe, Thomas Perry & Son" | CO12 028/B | |
| 1771 | 87/0332.J | Parts to "Fire Resisting Safe, Thomas Perry & Son" | CO12 028/B | |
| 1772 | 87/0332.K | Parts to "Fire Resisting Safe, Thomas Perry & Son" | CO12 028/B | |
| 1773 | 87/0332.L | Parts to "Fire Resisting Safe, Thomas Perry & Son" | CO12 028/B | |
| 1774 | 87/0333 | Stained glass window, First Class Dining Room | CO12 Flatbed Cart | |
| 1775 | 87/0334 | Stained Glass Window, First Class Smoking Room | CO12 025/A | |
| 1776 | 87/0335 | Miscellaneous Parts of stained glass window | CO12 | |
| 1777 | 87/0336 | Stained glass window | CO12 Flatbed Cart | |
| 1778 | 87/0337 | Wooden handle from telegraph top | CO11 007/B and CO12 SC01/C | |
| 1779 | 87/0338.1/2 | One of Two pieces of coal | CO12 SC01/A | |
| 1780 | 87/0338.2/2 | One of Two pieces of coal | CO12 SC01/A | |
| 1781 | 93/0004 | Soup bowl | CO12 016/C | |
| 1782 | 93/0005 | Plate, Second Class Dining Room Service | CO12 017/C | |
| 1783 | 93/0006 | Plate, Second Class Dining Room Service | CO12 017/C | |
| 1784 | 93/0010 | Fragment of marble | CO12 015/B | |
| 1785 | 93/0011 | Silver plated ashtray | CO12 022/C | |
| 1786 | 93/0012 | Drain cover | CO12 009/A | |
| 1787 | 93/0013.1-3/3 | 3 Pieces of coal | CO12 026/E | |
| 1788 | 93/0014 | Fragment of a Floor Tile | CO12 012/F | |
| 1789 | 93/0019 | Refrigerated Cupboard Handle | CO4 | |
| 1790 | 93/0020 | Saucer, Chocolate, First Class Dining Room Service | CO12 | |
| 1791 | 93/0023 | Base of a light fixture | CO4 Bin 14 | |
| 1792 | 93/0024 | Jug | CO12 017/E | |
| 1793 | 93/0025 | Fragment of Third Class Floor Tile | CO12 013/F | |
| 1794 | 93/0026 | Fragment of glass | CO12 012/D | |
| 1795 | 93/0028.1-5/5 | 5 pieces of coal and several small pieces | CO12 026/E | |
| 1796 | 93/0029 | Fragment of a glass bottle | CO12 017/F | |
| 1797 | 93/0030 | Wrench | CO12 009/B | |
| 1798 | 93/0031 | Plate, Dinner, First Class "Special Service" | CO12 016/C | |
| 1799 | 93/0032 | Spittoon | CO12 | |

| | A | B | C | D |
|---|---|---|---|---|
| 1800 | 93/0034.1/2 | One of Two fragments of glass | CO L2 012/D | |
| 1801 | 93/0034.2/2 | One of Two fragments of glass | CO L2 012/D | |
| 1802 | 93/0036 | Wheel-like pump mechanism | CO L2 029/D | |
| 1803 | 93/0038.01/10 | Plate,  Freesia Pattern not Rose Pattern | CO L2 015/C | |
| 1804 | 93/0038.02/10 | Plate,Freesia Pattern not  Rose Pattern | CO L2 015/C | |
| 1805 | 93/0038.04/10 | Plate, Freesia Pattern not Rose Pattern | CO L2 015/C | |
| 1806 | 93/0038.05/10 | Plate,Freesia Pattern not  Rose Pattern | CO L2 015/C | |
| 1807 | 93/0038.06/10 | Plate, Freesia Pattern not Rose Pattern | CO L2 015/C | |
| 1808 | 93/0040 | Small soupiere (tureen), Rose Pattern  Freesia pattern AK | CO L2 | |
| 1809 | 93/0042 | Oval Dish, Freesia Pattern not Rose Pattern | CO L2 | |
| 1810 | 93/0044 | Plate fragments | CO L2 015/D | |
| 1811 | 93/0045 | Champagne bottle | CO L4 | |
| 1812 | 93/0046 | Mustard Pot with Cork | CO L2 021/F | |
| 1813 | 93/0048 | Part of a security latch | CO L2 SC01/A | |
| 1814 | 93/0049 | Fragment of a Floor Tile | CO L2 012/F | |
| 1815 | 93/0050 | Double hook | CO L2 SC01/A | |
| 1816 | 93/0051 | Mechanism of a clock | CO L2 SC01/A | |
| 1817 | 93/0052.B | Ashtray with match box holder | Reattached to 93/0052.A | |
| 1818 | 93/0052.C | Ashtray with match box holder | Reattached to 93/0052.C | |
| 1819 | 93/0052.D | Ashtray with match box holder | CO L2 014/B | |
| 1820 | 93/0053.2 | Tap (faucet) wood (large) attached with faucet | CO L1 08/C | |
| 1821 | 93/0053.3 | Tap (faucet) small metal piece | CO L2 013/D | |
| 1822 | 93/0053.4 | Tap (faucet) wood attached to metal piece | CO L1 08/C | |
| 1823 | 93/0054.1/2 | One marble | CO L2 | |
| 1824 | 93/0054.2/2 | Half of marble | CO L2 | |
| 1825 | 93/0055 | Small glass bottle | CO L1 05/F | |
| 1826 | 93/0056.2/2 | Celluloid Tooth Brush 2 of 2 | CO L2 | |
| 1827 | 93/0057.A | Partition holder for flute | CO L2 | |
| 1828 | 93/0057.B | Clamp for partition holder | CO L2 022/E | |
| 1829 | 93/0058 | Long narrow leather case | CO L1 01/D | |
| 1830 | 93/0059.2 | Parts off clarinet | CO L2 022/D | |
| 1831 | 93/0059.3 | Box of musical instrument (clarinets) | CO L1 07/D | |
| 1832 | 93/0060 | Fabric Samples | CO L1 04/C | |
| 1833 | 93/0061.1/3 | Animal pelt (1 of 3) | CO L1 01/B | |
| 1834 | 93/0061.2/3 | Animal pelt (2 of 3) | CO L1 01/B | |
| 1835 | 93/0061.3/3 | Animal pelt (3 of 3) | CO L1 01/B | |
| 1836 | 93/0064A | Piccolo (smaller segment) | CO L2 | |

| | A | B | C | D |
|---|---|---|---|---|
| 1837 | 93/0064B | Piccolo (larger segment) | CO2 | |
| 1838 | 93/0064C | Box that held piccolo | CO1 06/D | |
| 1839 | 93/0066 | Textile bag | Bin 14, Bin 04, 108/A | |
| 1840 | 93/0067 | Leather belt | CO2 | |
| 1841 | 93/0068.1/9 | One of Nine square glass plates in a pile | CO2 012/D | |
| 1842 | 93/0068.2/9 | One of Nine square glass plates in a pile | CO2 012/D | |
| 1843 | 93/0068.3/9 | One of Nine square glass plates in a pile | CO2 012/D | |
| 1844 | 93/0068.4/9 | One of Nine square glass plates in a pile | CO2 012/D | |
| 1845 | 93/0068.5/9 | One of Nine square glass plates in a pile | CO2 012/D | |
| 1846 | 93/0068.6/9 | One of Nine square glass plates in a pile | CO2 012/D | |
| 1847 | 93/0068.7/9 | One of Nine square glass plates in a pile | CO2 012/D | |
| 1848 | 93/0068.8/9 | One of Nine square glass plates in a pile | CO2 012/D | |
| 1849 | 93/0068.9/9 | One of Nine square glass plates in a pile | CO2 012/D | |
| 1850 | 93/0069B | Leather straps from textile bag | 107/D | |
| 1851 | 93/0069C | Leather straps from textile bag | 107/D | |
| 1852 | 93/0069D | Leather straps from textile bag | 107/D | |
| 1853 | 93/0069E | Leather straps from textile bag | 107/D | |
| 1854 | 93/0070 | Leather bag | CO2 | |
| 1855 | 93/0073 | Left deck bench end | CO2 RollingShelf2/D | |
| 1856 | 93/0078 | Leather trunk | CO1 05/A | |
| 1857 | 93/0079.A | Animal hide | CO1 01/B | |
| 1858 | 93/0079.B | Fragments of newspaper , dated October 11, 1911 | CO1 01/C | |
| 1859 | 93/0081 | Oval Dish, Freesia Pattern not Rose Pattern | CO2 015/C | |
| 1860 | 93/0084 | Bowler hat | CO1 01/F | |
| 1861 | 93/0086 | Floor Tile | CO2 012/F | |
| 1862 | 93/0087A | Wall mounted coat hooks | CO2 012/C | |
| 1863 | 93/0088A | "Main Condr" valve identification plate | CO2 | |
| 1864 | 93/0088B | "Aux Exhaust" valve identification plate | CO2 | |
| 1865 | 93/0089 | First Class Decanter with White Star Line flag | CO2 | |
| 1866 | 93/0091 | Plaque for berth number "3" | CO2 | |
| 1867 | 93/0092 | Knife | CO2 SC01/B | |
| 1868 | 93/0093.1/7 | Silver plated oval dish | CO2 029/D | |
| 1869 | 93/0093.2/7 | Silver plated oval dish | CO2 029/D | |
| 1870 | 93/0093.3/7 | Silver plated oval dish | CO2 029/D | |
| 1871 | 93/0093.4/7 | Silver plated oval dish | CO2 029/D | |
| 1872 | 93/0093.5/7 | Silver plated oval dish | CO2 029/D | |
| 1873 | 93/0093.6/7 | Silver plated oval dish | CO2 029/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 1874 | 93/0093.7/7 | Silver plated oval dish | COL2 029/D | |
| 1875 | 93/0094 | Clock | COL2 021/B | |
| 1876 | 93/0095 | Leather bag | COL1 01/C | |
| 1877 | 93/0096 | Chamber pot | COL2 | |
| 1878 | 93/0097 | Soap rack | COL2 | |
| 1879 | 93/0098 | Pair of door knobs with lock plate | COL2 013/B | |
| 1880 | 93/0099 | Electric bell | COL2 013/D | |
| 1881 | 93/0100 | Fragment of concrete floor  Subflooring | COL2 012/E | |
| 1882 | 93/0102 | Main whistle | COL4 | |
| 1883 | 93/0104 | First Class Cup | COL2 018/B | |
| 1884 | 93/0105A | Petrol lamp glass globe | COL2 013/C | |
| 1885 | 93/0105B | Petrol lamp metal | COL2 012/B | |
| 1886 | 93/0106.1/2 | Pulley | COL2 009/B | |
| 1887 | 93/0106.2/2 | Pulley | COL2 009/B | |
| 1888 | 93/0107B | Waste pump base | COL2 009/A | |
| 1889 | 93/0107C | Ring from top of waste pump | COL2 022/E | |
| 1890 | 93/0108 | Pair of door knobs w/ lock plate | COL2 SC01/A | |
| 1891 | 93/0112 | Large whistle | COL4 | |
| 1892 | 93/0113 | Third class decanter with White Star Line logo | COL2 | |
| 1893 | 93/0114 | Glass flower vase with White Star Line logo | COL2 | |
| 1894 | 93/0116 | Floor Tile | COL2 | |
| 1895 | 93/0118.2/2 | Soup Plate, Third Class Dining Room Service | COL2 017/B | |
| 1896 | 93/0121 | Glass bottle w/ oil | COL1 05/F | |
| 1897 | 93/0123 | Cooking pot | COL2 024/C | |
| 1898 | 93/0124 | Fan in 2 parts | COL2 012/C | |
| 1899 | 93/0125 | Glass bead | COL1 04/C | |
| 1900 | 93/0126 | Leather bag | COL1 05/E | |
| 1901 | 93/0127 | Leather bag | COL1 05/E | |
| 1902 | 93/0129A | Manifold for whistles | COL4 | |
| 1903 | 93/0129B | Parts from manifold for whistles | COL2 004/C | |
| 1904 | 93/0129C | Wadding in a circular shape from whistle manifold | COL2 006/A | |
| 1905 | 93/0129D | Gaskets (3) from whistle manifold | COL2 022/C | |
| 1906 | 93/0130 | Small whistle | COL4 | |
| 1907 | 93/0131 | Window frame | COL2 | |
| 1908 | 93/0132 | Connecting Rod (or) Eccentric Strap | COL3 | |
| 1909 | 93/0133 | Medium whistle | COL4 | |
| 1910 | 93/0136A | Double davit arm | COL3 | |

| | A | B | C | D |
|---|---|---|---|---|
| 1911 | 93/0136B | Davit base | COL3 | |
| 1912 | 93/0136D | Long bolt with nut | COL2 | |
| 1913 | 93/0136E1 | Rivet strapping | COL2 | |
| 1914 | 93/0136E2 | Rivet with threads | COL2 | |
| 1915 | 93/0136E3 | Rivet threaded to bolt | COL2 | |
| 1916 | 93/0136E4 | Rivet threaded to bolt | COL2 | |
| 1917 | 93/0136E5 | Rivet | COL2 014/D | |
| 1918 | 93/0136E6 | Bolt | COL2 | |
| 1919 | 93/0136E7 | Bolt with cover (Stauffer 3) | COL2 | |
| 1920 | 93/0136E8 | Half of metal washer | COL2 | |
| 1921 | 93/0136F1 | Nut | COL2 | |
| 1922 | 93/0136F2 | Shackle | COL2 | |
| 1923 | 93/0136F3 | Eyebolt | COL2 | |
| 1924 | 93/0136F4 | Long iron spike | COL2 | |
| 1925 | 93/0136G | Nut from davit arm | COL2 | |
| 1926 | 93/0137 | Large platter | COL2 SC01/A | |
| 1927 | 93/0139A | Parts of a suitcase | COL1 10/D | |
| 1928 | 93/0139B | Parts of a suitcase | COL1 01/E | |
| 1929 | 93/0139C | Parts of a suitcase | COL1 | |
| 1930 | 93/0140B | Box of Travel clock | COL1 06/D | |
| 1931 | 93/0141A | Leather box that contained cardboard cigarette box | COL1 | |
| 1932 | 93/0141B2/3 | Paper leaflet from Cigarette box | COL1 04/C | |
| 1933 | 93/0141B3/3 | Tobacco from cigarette box | COL1 04/C | |
| 1934 | 93/0143 | Jewelry box | COL1 10/D | |
| 1935 | 93/0144.1/3 | Pair of socks from set of 3 | COL1 01/D | |
| 1936 | 93/0144.2/3 | Pair of socks from set of 3 | COL1 01/D | |
| 1937 | 93/0144.3/3 | Pair of socks from set of 3 | COL1 01/D | |
| 1938 | 93/0146 | Leather belt | COL1 05/D | |
| 1939 | 93/0147A | Cardboard box for playing cards | COL1 04/C | |
| 1940 | 93/0147A.01/52 | Playing Card: 9 of Diamonds | COL1 04/C | |
| 1941 | 93/0147A.02/52 | Playing Card: Ace of Hearts | COL1 04/C | |
| 1942 | 93/0147A.03/52 | Playing card: Queen of Clubs | COL1 04/C | |
| 1943 | 93/0147A.05/52 | Playing card: King of Clubs | COL1 04/C | |
| 1944 | 93/0147A.06/52 | Playing Card: Joker | COL1 04/C | |
| 1945 | 93/0147A.09/52 | Playing Card: Queen of Spades | COL1 04/C | |
| 1946 | 93/0147A.13/52 | Playing Card: Jack of Hearts | COL1 04/C | |
| 1947 | 93/0147A.15/52 | Playing Card: Ace of Spades | COL1 04/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 1948 | 93/0147A.16/52 | Playing Card: 9 of Spades | COL1 04/C | |
| 1949 | 93/0147A.17/52 | Playing Card: King of Hearts | COL1 04/C | |
| 1950 | 93/0147A.18/52 | Playing Card: 10 of Diamonds | COL1 04/C | |
| 1951 | 93/0147A.19/52 | Playing Card: 4 of Diamonds | COL1 04/C | |
| 1952 | 93/0147A.20/52 | Playing Card: 6 of Diamonds | COL1 04/C | |
| 1953 | 93/0147A.21/52 | Playing Card: 4 of Hearts | COL1 04/C | |
| 1954 | 93/0147A.25/52 | Playing Card: 8 of Spades | COL1 04/C | |
| 1955 | 93/0147A.26/52 | Playing Card: 4 of Clubs | COL1 04/C | |
| 1956 | 93/0147A.28/52 | Playing Card: 2 of Hearts | COL2 | |
| 1957 | 93/0147A.30/52 | Playing Card: 3 of Spades | COL1 04/C | |
| 1958 | 93/0147A.31/52 | Playing Card: 4 of Spades | COL1 04/C | |
| 1959 | 93/0147A.32/52 | Playing Card: 5 of Diamonds | COL1 04/C | |
| 1960 | 93/0147A.35/52 | Playing Card: 8 of Clubs | COL2 | |
| 1961 | 93/0147A.37/52 | Playing Card: 3 of Diamonds | COL1 04/C | |
| 1962 | 93/0147A.38/52 | Playing Card: 2 of Diamonds | COL1 04/C | |
| 1963 | 93/0147A.39/52 | Playing Card: King of Spades | COL1 04/C | |
| 1964 | 93/0147A.40/52 | Playing Card: Queen of Hearts | COL1 04/C | |
| 1965 | 93/0147A.41/52 | Playing Card: 3 of Hearts | COL1 04/C | |
| 1966 | 93/0147A.42/52 | Playing Card: 7 of Spades | COL1 04/C | |
| 1967 | 93/0147A.43/52 | Playing Card: 7 of Hearts | COL1 04/C | |
| 1968 | 93/0147A.44/52 | Playing Card: 7 of Clubs | COL1 04/C | |
| 1969 | 93/0147A.45/52 | Playing Card: 10 of Hearts | COL1 04/C | |
| 1970 | 93/0147A.46/52 | Playing Card: Ace of Clubs | COL1 04/C | |
| 1971 | 93/0147A.48/52 | Playing Card: Ace of Diamonds | COL1 04/C | |
| 1972 | 93/0147A.49/52 | Playing Card: 10 of Clubs | COL1 04/C | |
| 1973 | 93/0147A.50/52 | Playing Card: 2 of Spades | COL1 04/C | |
| 1974 | 93/0147A.51/52 | Playing Card: 6 of Spades | COL1 04/C | |
| 1975 | 93/0147A.52/52 | Playing Card: 5 of Clubs | COL1 04/C | |
| 1976 | 93/0149 | Tool handle | COL1 07/B | |
| 1977 | 93/0150 | Tool handle (knife handle ?) | COL1 07/C Box 2 | |
| 1978 | 93/0151 | Tool handle (knife handle ?) | COL1 07/C Box 2 | |
| 1979 | 93/0152 | Tool handle (knife handle ?) | COL1 07/C Box 2 | |
| 1980 | 93/0153 | Small wooden element | COL2 012/B | |
| 1981 | 93/0154 | Leather case w/ small wooden objects inside | COL1 02/D | |
| 1982 | 93/0157 | Tool handle | COL1 | |
| 1983 | 93/0159 | Metal object | COL2 014/B | |
| 1984 | 93/0161 | Four pieces of quartz | COL2 022/E | |

| | A | B | C | D |
|---|---|---|---|---|
| 1985 | 93/0162 | Animal remains | COL1 03/B | |
| 1986 | 93/0163 | Snake skin wrapped in paper | COL1 06/B | |
| 1987 | 93/0164 | Crumbled paper (piece of newspaper) w/ fragment of shell & animal claw | COL1 06/C | |
| 1988 | 93/0165 | Glass plate in leather case | COL4 Bin 27 | |
| 1989 | 93/0166 | Folding measuring stick | COL1 07/C | |
| 1990 | 93/0168 | Block of wax | COL1 03/B | |
| 1991 | 93/0169 | Cresent shaped leather sheath | COL4 Bin 27 | |
| 1992 | 93/0170.1/2 | One of two Plumbs (each attached to string) | COL2 013/B | |
| 1993 | 93/0170.2/2 | One of two Plumbs (each attached to string) | COL2 013/B | |
| 1994 | 93/0171 | Brick? | COL2 SC01/A | |
| 1995 | 93/0172 | Three leather tabs | COL4 Bin 27 | |
| 1996 | 93/0173 | Roll of tape | COL1 06/D | |
| 1997 | 93/0174A | Sharpening stone & box bottom | COL2 | |
| 1998 | 93/0174B | Lid of sharpening stone | COL2 | |
| 1999 | 93/0177.1/4 | One Tool handle | COL1 07/C Box 1 | |
| 2000 | 93/0177.2/4 | Tool handle | COL2 | |
| 2001 | 93/0177.3/4 | One Tool handle | COL1 07/C Box 1 | |
| 2002 | 93/0177.4/4 | Tool handle | COL2 | |
| 2003 | 93/0179.1/2 | One sock of a pair | COL1 01/E | |
| 2004 | 93/0179.2/2 | One sock of a pair | COL1 01/E | |
| 2005 | 93/0180.1/2 | Tool handle | COL1 07/C Box 2 | |
| 2006 | 93/0180.2/2 | Tool handle | COL1 07/C Box 2 | |
| 2007 | 93/0183 | Tool handle | COL1 07/B | |
| 2008 | 93/0184 | Tool handle | COL1 07/C Box 1 | |
| 2009 | 93/0185 | Tool handle | COL1 07/C Box 1 | |
| 2010 | 93/0186A | Tool handle | COL1 07/C Box 1 | |
| 2011 | 93/0186B | Tool handle | COL1 07/C Box 1 | |
| 2012 | 93/0188 | Tool handle | COL1 07/C Box 1 | |
| 2013 | 93/0191 | Tool handle | COL1 07/B | |
| 2014 | 93/0193.2/2 | One pair of Men socks | COL2 | |
| 2015 | 93/0196.2/2 | 1 pair of elastic bands | COL1 04/I | |
| 2016 | 93/0197 | Terry-cloth bath towel | COL1 01/D | |
| 2017 | 93/0198 | Manicurist kit (?) | COL1 04/I | |
| 2018 | 93/0199.1/2 | One of Two identical cardboard boxes | COL4 Bin 24 | |
| 2019 | 93/0199.2/2 | One of Two identical cardboard boxes | COL4 Bin 24 | |
| 2020 | 93/0200 | Lot of cardboard pieces and oval glass plate | COL1 04/G | |

| | A | B | C | D |
|---|---|---|---|---|
| 2021 | 93/0202 | Three wing nuts | CO1 2 022/E | |
| 2022 | 93/0203 | Sharpening stone | CO1 2 022/D | |
| 2023 | 93/0204.1/2 | Purified Epsom Salt package | CO1 1 04/C | |
| 2024 | 93/0204.2/2 | Box from Epsom Salt package | CO1 1 04/C | |
| 2025 | 93/0205 | Time card (?) | CO1 1 04/C | |
| 2026 | 93/0208 | Wooden spatula for manicure | CO1 1 07/B | |
| 2027 | 93/0209 | Handle of straight razor | CO1 2 016/B | |
| 2028 | 93/0211 | Clip with small diamond | CO1 1 12/D safe | |
| 2029 | 93/0214 | Cufflink in copper alloy | CO1 1 02/D | |
| 2030 | 93/0215 | Textile object | CO1 1 05/D | |
| 2031 | 93/0216 | Leather case | CO1 2 Refrigerator/B | |
| 2032 | 93/0217 | Strap | CO1 4 Bin 24 | |
| 2033 | 93/0218.1/2 | One of Two metal sheaths | CO1 2 022/E | |
| 2034 | 93/0218.2/2 | One of Two metal sheaths | CO1 2 022/E | |
| 2035 | 93/0219 | Handle | CO1 1 07/C | |
| 2036 | 93/0220 | Toilet glass container with silver lid | CO1 2 016/B | |
| 2037 | 93/0221 | Brush | CO1 1 07/C | |
| 2038 | 93/0222.1/2 | One of Two oval-shaped boxes | CO1 1 04/G | |
| 2039 | 93/0222.2/2 | One of Two oval-shaped boxes | MOVE-BUB Box 11 | |
| 2040 | 93/0223 | Silver base for a flasque | CO1 2 022/D | |
| 2041 | 93/0224 | Textile tool kit | Lab | |
| 2042 | 93/0229 | Textile tool kit | CO1 1 05/D | |
| 2043 | 93/0230 | Crescent-shaped leather sheath | CO1 1 06/C | |
| 2044 | 93/0231 | Small leather sheath | 107/D | |
| 2045 | 93/0232A | Cardboard pieces | CO1 4 Bin 27 | |
| 2046 | 93/0232B | Cardboard pieces | CO1 4 Bin 27 | |
| 2047 | 93/0233B | String from Plumb Bob | CO1 2 013/B | |
| 2048 | 93/0234A | Leather strap | CO1 4 Bin 27 | |
| 2049 | 93/0234A | Leather strap | CO1 4 Bin 27 | |
| 2050 | 93/0234C | Loop | CO1 4 Bin 27 | |
| 2051 | 93/0234D | Loop | CO1 4 Bin 27 | |
| 2052 | 93/0235.1/2 | One of Two wooden objects | CO1 2 SC01/A | |
| 2053 | 93/0235.2/2 | One of Two wooden objects | CO1 2 SC01/A | |
| 2054 | 93/0237 | Small indented slab | CO1 2 012/C | |
| 2055 | 93/0238 | Rubber band | CO1 1 06/B | |
| 2056 | 93/0240 | Drill handle | CO1 1 07/B | |
| 2057 | 93/0242.1/3 | One of 3 tool handles | CO1 1 07/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 2058 | 93/0242.2/3 | One of 3 tool handles | CO1 07/B | |
| 2059 | 93/0242.3/3 | One of 3 tool handles | CO1 07/B | |
| 2060 | 93/0243 | Tool handle | CO1 07/C | |
| 2061 | 93/0245 | Tool (knife ?) handle | CO1 07/C Box 2 | |
| 2062 | 93/0251 | Tool handle | CO1 07/B | |
| 2063 | 93/0252.1/2 | Tool handle | CO2 | |
| 2064 | 93/0252.2/2 | Tool handle | CO1 07/B | |
| 2065 | 93/0255.1/2 | One of Two belt buckles | CO1 02/D | |
| 2066 | 93/0255.2/2 | One of Two belt buckles | CO1 02/D | |
| 2067 | 93/0256 | Spirit level | CO2 012/B | |
| 2068 | 93/0257.1/2 | One tool (knife ?) handle | CO1 07/C Box 2 | |
| 2069 | 93/0257.2/2 | One tool (knife ?) handle | CO1 07/C Box 2 | |
| 2070 | 93/0258 | Tool handle | CO1 07/B | |
| 2071 | 93/0259.2/2 | Tool handle | CO1 07/C Box 1 | |
| 2072 | 93/0260 | Piece of a compass (?) | CO2 022/E | |
| 2073 | 93/0261A | Small flat square sheath | CO2 022/E | |
| 2074 | 93/0261B | Cardboard from inside Sheath | CO1 04/C | |
| 2075 | 93/0262A | Seven eyelets in copper alloy | CO2 022/E | |
| 2076 | 93/0262B | Paper from Seven eyelets in copper alloy | CO1 04/G | |
| 2077 | 93/0263 | Metal object | CO2 014/B | |
| 2078 | 93/0264 | Small textile roundels | CO2 SC01/E | |
| 2079 | 93/0265.A3/6 | Bolt | CO2 014/B | |
| 2080 | 93/0265.A4/6 | Bolt | CO2 014/B | |
| 2081 | 93/0265.A5/6 | Bolt | CO2 014/B | |
| 2082 | 93/0265.A6/6 | Bolt | CO2 014/B | |
| 2083 | 93/0265.B3/3 | Nut | CO2 014/B | |
| 2084 | 93/0266 | Eye dropper | CO1 04/I | |
| 2085 | 93/0268 | Drill bit | CO2 013/B | |
| 2086 | 93/0269 | Measuring tape | CO1 10/D | |
| 2087 | 93/0270.1/2 | Birds of Australasia "'Laughing Jackass'" paper | CO1 04/C | |
| 2088 | 93/0270.2/2 | Vice Royal Mixture A High Class _____ Tobacco paper | CO1 04/C | |
| 2089 | 93/0271.1/2 | Sydney Baggage Label from set of 2 | CO1 04/C | |
| 2090 | 93/0271.2/2 | Sydney Baggage Label from set of 2 | CO1 04/C | |
| 2091 | 93/0272 | Amateur Athletic Union Card | CO2 | |
| 2092 | 93/0273 | Alligator skin wallet | CO1 04/I | |
| 2093 | 93/0274 | Alligator farm tag | CO1 04/C | |
| 2094 | 93/0275 | Purser's check | CO1 04/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 2095 | 93/0276 | Receipt for State School Fund | COL1 04/C | |
| 2096 | 93/0277 | Certificate | COL1 04/C | |
| 2097 | 93/0278 | Two postage stamps | COL1 04/C | |
| 2098 | 93/0279.01/15 | Calling card of Howard A. Irwin | COL1 04/C | |
| 2099 | 93/0279.03/15 | Calling card of Howard A. Irwin | COL1 04/C | |
| 2100 | 93/0279.05/15 | Calling card of Howard A. Irwin | COL1 04/C | |
| 2101 | 93/0279.06/15 | Calling card of Howard A. Irwin | COL1 04/C | |
| 2102 | 93/0279.09/15 | Calling card of Howard A. Irwin | COL1 04/C | |
| 2103 | 93/0279.10/15 | Calling card of Howard A. Irwin | COL1 04/C | |
| 2104 | 93/0279.11/15 | Calling card of Howard A. Irwin | COL1 04/C | |
| 2105 | 93/0279.12/15 | Calling card of Howard A. Irwin | COL1 04/C | |
| 2106 | 93/0279.13/15 | Calling card of Howard A. Irwin | COL1 04/C | |
| 2107 | 93/0279.14/15 | Calling card of Howard A. Irwin | COL1 04/C | |
| 2108 | 93/0280 | Calling card of Miss Florence Hawthorn | COL1 04/C | |
| 2109 | 93/0281 | Calling card of Samuel L. Kistler, M.D. | COL1 04/C | |
| 2110 | 93/0282.1/2 | Calling card of Miss Stella Cobo | COL1 04/C | |
| 2111 | 93/0282.2/2 | Calling card of Miss Stella COBO | COL1 04/C | |
| 2112 | 93/0283 | Calling card of Hugh Auld | COL1 04/C | |
| 2113 | 93/0284 | Calling card of Madame Zephey | COL1 04/C | |
| 2114 | 93/0285 | Calling card of John Stolz | COL1 04/C | |
| 2115 | 93/0289A | "AEROPLANE" cardboard box | COL1 04/D | |
| 2116 | 93/0289B.1/2 | "AEROPLANE" explanation paper | COL1 04/C | |
| 2117 | 93/0289B.2/2 | "AEROPLANE" advertisement paper | COL1 04/C | |
| 2118 | 93/0289C | "AEROPLANE" wings, propeller and string | COL1 10/B | |
| 2119 | 93/0290A | Booklet titled "Maryland Club Rye" (B is cover) | COL1 04/C | |
| 2120 | 93/0290B | Booklet Cover from booklet titled "Maryland Club Rye" | COL1 04/C | |
| 2121 | 93/0290C | Bookmark inside Maryland Club Rye book | COL1 04/C | |
| 2122 | 93/0291.01/35 | Sheet folded in 4 + two stamps non glued | COL1 04/C | |
| 2123 | 93/0291.02/35 | Postcard depicts Atlantic liner S.S. Rochambeau | COL1 04/C | |
| 2124 | 93/0291.04/35 | sheet folded in 2 preprint "Grand Hôtel de Paris, Bd des Capucines, tel 235-48/49/51" | COL1 04/C | |
| 2125 | 93/0291.05/35 | Postcard, illegible | COL1 04/C | |
| 2126 | 93/0291.06/35 | Postcard depicts Notre Dame-Paris | COL1 04/C | |
| 2127 | 93/0291.07/35 | Postcard, illegible "Palais des archives principales" | COL1 04/C | |
| 2128 | 93/0291.08/35 | Postcard, illegible, with the stamp | COL1 04/C | |
| 2129 | 93/0291.09/35 | Postcard "Paris- Vue sur la Seine du Pont de la Concorde" | COL1 04/C | |
| 2130 | 93/0291.10/35 | Postcard "53 Luna Park : Entrée de la rivière Diabolique - ND Photo" | COL1 04/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 2131 | 93/0291.11/35 | Postcard, illegible, separate in two lays with one stamp unglued | COL1 04/C | |
| 2132 | 93/0291.12/35 | Postcard, illegible, with its stamp | COL1 04/C | |
| 2133 | 93/0291.13/35 | Postcard (Rows of tables & chairs) | COL2 | |
| 2134 | 93/0291.14/35 | Postcard in colour, illegible, with glued stamp. Some manuscript inscription | COL1 04/C | |
| 2135 | 93/0291.15/35 | Postcard in colour, illegible, with 2 unglued stamps | COL1 04/C | |
| 2136 | 93/0291.16/35 | Postcard in colour "...torrent, Luna Park, Coney Island, N.Y.", + some manuscript inscription on the image and on the back, + on unglued stamp Mountain Torrent ride.  93/0291.16a postcard; 93/0291b stamp | COL1 04/C | |
| 2137 | 93/0291.17/35 | Postcard Luna Park , illegible | COL1 04/C | |
| 2138 | 93/0291.18/35 | Postcard Luna Park , illegible | COL1 04/C | |
| 2139 | 93/0291.19/35 | Postcard Luna Park , illegible | COL1 04/C | |
| 2140 | 93/0291.20/35 | TPostcard illegible + one stamp | COL1 04/C | |
| 2141 | 93/0291.21/35 | Postcard Luna Park ? illegible | COL1 04/C | |
| 2142 | 93/0291.22/35 | Postcard Luna Park , illegible, 1 stamp unglued | COL1 04/C | |
| 2143 | 93/0291.23/35 | Postcard in colour, illegible, + some manuscript inscription on the image and on the back,  1 stamp glued | COL1 04/C | |
| 2144 | 93/0291.24/35 | Postcard, illegible | COL1 04/C | |
| 2145 | 93/0291.25/35 | Postcard, illegible, some manuscript inscription on the back, 1 stamp unglued | COL1 04/C | |
| 2146 | 93/0291.26/35 | Postcard, illegible | COL1 04/C | |
| 2147 | 93/0291.27/35 | Postcard, a restaurant, coloured, + good manuscript inscription on the back, 1 stamp unglued | COL1 04/C | |
| 2148 | 93/0291.28/35 | Postcard illegible, some manuscript inscription on the back, 1 stamp unglued | COL1 04/C | |
| 2149 | 93/0291.29/35 | Postcard in colour "..., Luna Park, Coney Island, N.Y.", + on unglued stamp | COL1 04/C | |
| 2150 | 93/0291.30/35 | Postcard illegible, + on unglued stamp | COL1 04/C | |
| 2151 | 93/0291.31/35 | Postcard, illegible, + on unglued stamp | COL1 04/C | |
| 2152 | 93/0291.32/35 | Envelope in very bad state, big hole in the middle, some paper pencil legible. | COL1 04/C | |
| 2153 | 93/0291.33/35 | Envelope | COL1 04/C | |
| 2154 | 93/0291.34A | Envelope (written letter found inside) | COL2 | |
| 2155 | 93/0291.34B | Letter found inside an evelope | COL1 04/C | |
| 2156 | 93/0291.35/35 | Envelope | COL1 04/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 2157 | 93/0292.01/38 | Postcard | COL1 04/C | |
| 2158 | 93/0292.02/38 | Postcard | COL1 04/C | |
| 2159 | 93/0292.03/38 | Postcard | COL1 04/C | |
| 2160 | 93/0292.04/38 | Postcard: Luna park : le chatouilleur | COL1 04/C | |
| 2161 | 93/0292.05/38 | Postcard of woman with a hat signed "Xavier Sager" | COL1 04/C | |
| 2162 | 93/0292.06/38 | Postcard | COL1 04/C | |
| 2163 | 93/0292.08/38 | Postcard Luna Park: scenic railway | COL1 04/C | |
| 2164 | 93/0292.09B/38 | Postcard "…. Paris l'Arc de triomphe - LL" | COL1 04/C | |
| 2165 | 93/0292.09C/38 | Postcard "….. Paris l'Arc de triomphe - LL" | COL1 04/C | |
| 2166 | 93/0292.10/38 | Postcard "anniversaire" | COL1 04/C | |
| 2167 | 93/0292.11/38 | Postcard: Femme + inscription bonne fête | COL1 04/C | |
| 2168 | 93/0292.12/38 | Postcard: Femme au panier | COL1 04/C | |
| 2169 | 93/0292.13/38 | Postcard: Femme | COL1 04/C | |
| 2170 | 93/0292.14/38 | Postcard | COL1 04/C | |
| 2171 | 93/0292.15/38 | Postcard: "…..Paris Luna park : Le chatouilleur - ND Phot.." | COL1 04/C | |
| 2172 | 93/0292.16/38 | Postcard | COL1 04/C | |
| 2173 | 93/0292.17/38 | Postcard: "… Débarcadère du Water Chute et la gare du scenic railway ND" (handwritten inscription on recto) | COL1 04/C | |
| 2174 | 93/0292.18/38 | Postcard: recto: néant / verso: transfert (femme) | COL1 04/C | |
| 2175 | 93/0292.19/38 | Enveloppe à trou + carte | COL1 04/C | |
| 2176 | 93/0292.20/38 | Postcard: Visage de femme | COL1 04/C | |
| 2177 | 93/0292.21/38 | Postcard: Femme avec plumetis noir partout | COL1 04/C | |
| 2178 | 93/0292.22/38 | Postcard: unlegible handwritten writing on recto, postmark on verso from Coney Island "Brooklyn station march 20 10pm 1912 + stamp | COL1 04/C | |
| 2179 | 93/0292.23/38 | Envelope | COL1 04/C | |
| 2180 | 93/0292.25/38 | Postcard: La place de la République | COL1 04/C | |
| 2181 | 93/0292.28/38 | Postcard: "979 Paris La gare Saint Lazare et la Cour de Rome - LL" | COL1 04/C | |
| 2182 | 93/0292.29/38 | Postcard: "1376 Paris (VII°) Panorama vers les Invalides et la Tour Eiffel - LL" | COL1 04/C | |
| 2183 | 93/0292.32/38 | Postcard: "1551 Paris (XVIII°) Montmartre et le Sacré Cœur LL" | COL1 04/C | |
| 2184 | 93/0292.34/38 | Postcard: "1009 Paris (IX°) Vue sur Montmartre prise de l'Opéra - LL" | COL1 04/C | |
| 2185 | 93/0292.35/38 | Postcard: "…is Quartier de l'Opéra et Saint Augustin" | COL1 04/C | |
| 2186 | 93/0292.36A/38 | Envelope | COL1 04/C | |
| 2187 | 93/0292.36B/38 | Envelope | COL1 04/C | |
| 2188 | 93/0292.37/38 | Booklet de voyage Rochambeau | COL1 04/C | |
| 2189 | 93/0292.38/38 | Grosse enveloppe à 2 rondelles de fermeture contenant une enveloppe 38bis avec un rond mécanique évidé. | COL1 04/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 2190 | 93/0293A | Stationery Set | COL1 02/B | |
| 2191 | 93/0293B | Envelope and two pieces of paper | COL1 04/D | |
| 2192 | 93/0294 | Rolled paper w/ tie | COL1 04/D | |
| 2193 | 93/0296 | Journal Atlantique (Rolled paper w/ tie) | COL1 04/E | |
| 2194 | 93/0297 | Rolled paper w/ tie | COL1 04/D | |
| 2195 | 93/0298C.1/4 | Bookmark from dictionary/O.S.U. Tobacco Silk | COL1 04/D | |
| 2196 | 93/0298C.2/4 | Bookmark from dictionary/Albright College Tobacco Silk | COL1 04/D | |
| 2197 | 93/0298C.3/4 | Bookmark from dictionary/California Tobacco Silk | COL1 04/D | |
| 2198 | 93/0298D.1/3 | Postcard from dictionary | COL1 04/D | |
| 2199 | 93/0298D.3/3 | One of two certificates "United Cigar Stores company  n°103709 between the two last pages "pages de garde". | COL1 04/D | |
| 2200 | 93/0301 | "Webster" dictionary | COL1 02/B | |
| 2201 | 93/0302.01/16 | Rosehill Racecourse booklet | COL1 04/D | |
| 2202 | 93/0302.02/16 | AJC Spring Meeting, Derby Day, Saturday Sept. 30, 1911 booklet | COL1 04/D | |
| 2203 | 93/0302.03/16 | Postcard | COL1 04/D | |
| 2204 | 93/0302.04/16 | Postcard | COL1 04/D | |
| 2205 | 93/0302.05/16 | Postcard | COL1 04/D | |
| 2206 | 93/0302.06/16 | Postcard | COL1 04/D | |
| 2207 | 93/0302.07/16 | Postcard | COL1 04/D | |
| 2208 | 93/0302.08/16 | Postcard | COL1 04/D | |
| 2209 | 93/0302.09/16 | AJC Spring Meeting, Metropolitan Day, Monday, October 2, 1911 booklet | COL1 04/D | |
| 2210 | 93/0302.10/16 | "Our Creed" Card with short text by DOW B. LEWIS/Chicago | COL1 04/D | |
| 2211 | 93/0302.12/16 | Poem: "Be the Fellow Your Mother Things You Are" DOW B. LEWIS/Chicago | COL1 04/D | |
| 2212 | 93/0302.14/16 | "Sentiments of Life" Card by DOW B. LEWIS/Chicago | COL1 04/D | |
| 2213 | 93/0302.15/16 | "Somebody's Dear Frank" Card with short text by DOW B. LEWIS/Chicago | COL1 04/D | |
| 2214 | 93/0302.16/16 | "Rules of the Amalgamated Coach Makers" booklet | COL1 04/D | |
| 2215 | 93/0303 | String (from postcard stack) | COL1 03/B | |
| 2216 | 93/0303.001 | Postcard; illegible (women and girl at the beach) | COL1 03/B | |
| 2217 | 93/0303.002 | Envelope | COL1 03/B | |
| 2218 | 93/0303.004 | Postcard: Iles-sous-le-Vent - Une jeune indigene de l'Ile de Borabora (a young native of the Island of Borabora) | COL1 03/B | |
| 2219 | 93/0303.005 | Postcard: Indigenes de l'Ile de Borabora chantant un hymene | COL2 | |
| 2220 | 93/0303.007 | Postcard: Ile de Borabora - Iles-sous-le-Vent - La Montagne d'Otemanu | COL1 03/B | |
| 2221 | 93/0303.008 | Postcard: Le Pic Matainua - Ile de Borabora - Iles-sous-le-Vent | COL1 03/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 2222 | 93/0303.010 | Postcard: Iles-sous-le-Vent  Pecheurs de l'Ile de Borabora | COL1 03/B | |
| | 93/0303.011 | Postcard: Ile de Borabora - Ile-sous-le-Vent - L'Otemanu et le Pahia | COL1 03/B | |
| 2223 | | (850 m) | | |
| 2224 | 93/0303.012 | Postcard: Iles-sous-le-Vent  Jeunes filles de l'Ile de Borabora | COL1 03/B | |
| 2225 | 93/0303.013A | Postcard: illegible | COL1 03/B | |
| 2226 | 93/0303.013B | Postage stamp | COL1 04/D | |
| 2227 | 93/0303.014A | Postcard: Firelight Fancies--She | COL1 03/B | |
| 2228 | 93/0303.014B | Postage stamp | COL1 04/D | |
| 2229 | 93/0303.017A | Postcard: Illegible | COL1 03/B | |
| 2230 | 93/0303.017B | Postage stamp | COL1 04/D | |
| 2231 | 93/0303.017C | Postage stamp | COL1 04/D | |
| 2232 | 93/0303.018A | Postcard: The [illegible] Hour | COL1 03/B | |
| 2233 | 93/0303.018B | Postage stamp | COL1 04/D | |
| 2234 | 93/0303.018C | Postage stamp | COL1 04/D | |
| 2235 | 93/0303.020 | Postcard: Loving Christmas Wishes | COL1 03/B | |
| 2236 | 93/0303.021A | Postcard: Rush St. Bridge, Across Chicago River, Chicago | COL1 03/B | |
| 2237 | 93/0303.021B | Postage stamp | COL1 04/D | |
| 2238 | 93/0303.022A | Postcard: Pittsburgh ??? R.R. Station | COL1 03/B | |
| 2239 | 93/0303.022B | Postage stamp | COL1 04/D | |
| 2240 | 93/0303.024A | Postcard: Water Tower (Old), St. Louis, Mo. | COL1 03/B | |
| 2241 | 93/0303.024B | Postage stamp | COL1 04/D | |
| 2242 | 93/0303.025 | Postcard | COL1 03/B | |
| | 93/0303.026 | Postcard: I left my shirt hanging on the BED POST, kindly send it down | COL1 03/B | |
| 2243 | | to me. | | |
| 2244 | 93/0303.027 | Postcard: Glass Bottom Row Boats, Viewing the Submarine Garden | COL1 03/B | |
| | 93/0303.028A | Postcard: Accept my Christmas Wish Sincere (to Irwin from Mr. and | COL1 03/B | |
| 2245 | | Mrs. Sutehall) ; 1910 | | |
| 2246 | 93/0303.028B | Postage stamp | COL1 04/D | |
| 2247 | 93/0303.029A | Postcard: Temple Shaare Emeth, St. Louis, Mo. | COL1 03/B | |
| 2248 | 93/0303.029B | Postage stamp | COL1 04/D | |
| 2249 | 93/0303.030A | Postcard: Busch Hall, Washington University, St. Louis, Mo. | COL1 04/D | |
| 2250 | 93/0303.030B | Postage stamp | COL1 04/D | |
| 2251 | 93/0303.032A | Postcard: (Drea?)ming of Him | COL1 03/B | |
| 2252 | 93/0303.032B | Postage stamp | COL1 04/D | |
| 2253 | 93/0303.033A | Postcard: Thinking of You | COL1 03/B | |
| 2254 | 93/0303.033B | Postage stamp | COL1 04/D | |
| 2255 | 93/0303.034A | Postcard: Perversity | COL1 03/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 2256 | 93/0303.034B | Postage stamp | COL1 04/D | |
| 2257 | 93/0303.035A | Postcard: Five Min*** to the Station | COL1 03/B | |
| 2258 | 93/0303.035B | Postage stamp | COL1 04/D | |
| 2259 | 93/0303.036A | Postcard: Thanksgiving | COL1 03/B | |
| 2260 | 93/0303.036B | Postage stamp | COL1 04/D | |
| 2261 | 93/0303.037A | Postcard: ***en Turner Hall, Ashland and 18th St, Chicago | COL1 03/B | |
| 2262 | 93/0303.037B | Postage stamp | COL1 04/D | |
| 2263 | 93/0303.038A | Postcard: illegible | COL1 03/B | |
| 2264 | 93/0303.038B | Postage stamp | COL1 04/D | |
| 2265 | 93/0303.039A | Postcard: Kindling Love | COL1 03/B | |
| 2266 | 93/0303.039B | Postage stamp | COL1 04/D | |
| 2267 | 93/0303.040A | Postcard: FOR HUBBY | COL1 03/B | |
| 2268 | 93/0303.040B | Postage stamp | COL1 04/D | |
| 2269 | 93/0303.042 | Postcard: There's a mighty nice crowd on THE CHAIN GANG | COL1 03/B | |
| 2270 | 93/0303.043 | Postcard: Illegible | COL1 03/B | |
| 2271 | 93/0303.044 | Postcard: Thanksgiving Day | COL1 03/B | |
| 2272 | 93/0303.045A | Postcard: Lincoln Park, Lagoon, Chicago | COL1 03/B | |
| 2273 | 93/0303.045B | Postage stamp | COL1 04/D | |
| 2274 | 93/0303.046B | Postage stamp | COL1 04/D | |
| 2275 | 93/0303.047A | Postcard: Scene in Carondelet Park St. Louis Mo. | COL1 03/B | |
| 2276 | 93/0303.047B | Postage stamp | COL1 04/D | |
| 2277 | 93/0303.048A | Postcard: Love Light | COL1 03/B | |
| 2278 | 93/0303.048B | Postage stamp | COL1 04/D | |
| 2279 | 93/0303.049A | Postcard: illegible (street scene) | COL1 03/B | |
| 2280 | 93/0303.049B | Postage stamp | COL1 04/D | |
| 2281 | 93/0303.050 | Postcard: The Top o the Mornin' to ye | COL1 03/B | |
| 2282 | 93/0303.051A | Postcard: illegible (San Juan Capistrano?) | COL1 03/B | |
| 2283 | 93/0303.051B | Postage stamp | COL1 04/D | |
| 2284 | 93/0303.052 | Auto Sheet Metal Works Calendar | COL1 03/B | |
| 2285 | 93/0303.053A | Postcard: (ostriches) | COL1 03/B | |
| 2286 | 93/0303.053B | Postage stamp | COL1 04/D | |
| 2287 | 93/0303.054A | Postcard: Advance Australia | COL1 03/B | |
| 2288 | 93/0303.054B | Postage stamp | COL1 04/D | |
| 2289 | 93/0303.055A | Postcard: O! Will I be your Valentine? | COL1 03/B | |
| 2290 | 93/0303.055B | Postage stamp | COL1 04/D | |
| 2291 | 93/0303.056A | Postcard: Woman as a Flower | COL1 03/B | |
| 2292 | 93/0303.056B | Postage stamp | COL1 04/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 2293 | 93/0303.057A | Postcard: German insurance Building, Lafayette Square, Buffalo NY | COL1 03/B | |
| 2294 | 93/0303.057B | Postage stamp | COL1 04/D | |
| 2295 | 93/0303.058 | Postcard: illegible | COL1 03/B | |
| 2296 | 93/0303.059A | Postcard: a ship (illegible) | COL1 03/B | |
| 2297 | 93/0303.059B | Postage stamp | COL1 04/D | |
| 2298 | 93/0303.060A | Postcard: Wellesley Street, Aukland, N. [illegible] | COL1 03/B | |
| 2299 | 93/0303.060B | Postage stamp | COL1 04/D | |
| 2300 | 93/0303.061 | Ticket: Government of New South Wales Naval and Military Tournament; 22 June, 1911 | COL1 03/B | |
| 2301 | 93/0303.062A | Postcard: Union Station St. Louis Missouri | COL1 03/B | |
| 2302 | 93/0303.062B | Postage stamp | COL1 04/D | |
| 2303 | 93/0303.063A | Postcard: Wishing you every Easter blessing | COL1 03/B | |
| 2304 | 93/0303.063B | Postage stamp | COL1 04/D | |
| 2305 | 93/0303.064A | Postcard: Electric Park, Kansas City, Mo. | COL1 03/B | |
| 2306 | 93/0303.064B | Postage stamp | COL1 04/D | |
| 2307 | 93/0303.064C | Postage stamp | COL1 04/D | |
| 2308 | 93/0303.065 | Postcard: Lucin Cutoff, Great Salt Lake, Utah | COL1 03/B | |
| 2309 | 93/0303.066 | Postcard: illegible | COL1 03/B | |
| 2310 | 93/0303.067 | Postcard: Pipe | COL1 03/B | |
| 2311 | 93/0303.068A | Postcard: No Wedding Bells For Me | COL1 03/B | |
| 2312 | 93/0303.068B | Postage stamp | COL1 04/D | |
| 2313 | 93/0303.069A | Postcard: To My Valentine | COL1 03/B | |
| 2314 | 93/0303.069B | Postage stamp | COL1 04/D | |
| 2315 | 93/0303.070A | Postcard: Good Luck | COL1 03/B | |
| 2316 | 93/0303.070B | Postage stamp | COL1 04/D | |
| 2317 | 93/0303.071A | Postcard: Scene in Carondelet Park St. Louis Mo. | COL1 03/B | |
| 2318 | 93/0303.071B | Postage stamp | COL1 04/D | |
| 2319 | 93/0303.072 | Postcard: International Exposition San Francisco 1915 | COL1 03/B | |
| 2320 | 93/0303.073A | Postcard | COL1 03/B | |
| 2321 | 93/0303.073B | Postage stamp | COL1 04/D | |
| 2322 | 93/0303.074A | Postcard: The Course of True [illegible] Never Runs South  should read  THE COURSE OF TRUE LOVE NEVER RUNS SMOOTH   AK | COL1 03/B | |
| 2323 | 93/0303.074B | Postage stamp | COL1 04/D | |
| 2324 | 93/0303.075 | Postcard: Christmas (?) | COL1 03/B | |
| 2325 | 93/0303.076 | Postcard: Your Fortune if you were Born in December | COL1 03/B | |
| 2326 | 93/0303.077A | Postcard: Bird's Eye View St. Louis, Mo. | COL1 03/B | |
| 2327 | 93/0303.077B | Postage stamp | COL1 04/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 2328 | 93/0303.078A | Postcard: I Wish You Well | COL1 03/B | |
| 2329 | 93/0303.078B | Postage stamp | COL1 04/D | |
| 2330 | 93/0303.079A | Postcard: Night Scene on [illegible] | COL1 03/B | |
| 2331 | 93/0303.079B | Postage stamp | COL1 04/D | |
| 2332 | 93/0303.080A | Postcard: Muskoka Lakes, Ontario, Canada | COL1 03/B | |
| 2333 | 93/0303.080B | Postage stamp | COL1 04/D | |
| 2334 | 93/0303.081 | Postcard: Old Faithful Geyser, Yellowstone National Park | COL1 03/B | |
| 2335 | 93/0303.082A | Postcard: Old Bill, Father of the Hero, Buffalo, NY | COL1 03/B | |
| 2336 | 93/0303.082B | Postage stamp | COL1 04/D | |
| 2337 | 93/0303.083A | Postcard: [illegible] James Cathedral | COL1 03/B | |
| 2338 | 93/0303.083B | Postage stamp; Canada One Cent, Edward VII | COL1 04/D | |
| 2339 | 93/0303.084A | Postcard: Westminster Place; St. Louis, Mo | COL1 03/B | |
| 2340 | 93/0303.084B | Postage stamp | COL1 04/D | |
| 2341 | 93/0303.085 | Postcard: Shipyard ["??? Front, San Francisco, CA"] | COL1 03/B | |
| 2342 | 93/0303.086A | Postcard: [illegible] For Anything | COL1 03/B | |
| 2343 | 93/0303.086B | Postage stamp | COL1 04/D | |
| 2344 | 93/0303.086C | Postage stamp | COL1 04/D | |
| 2345 | 93/0303.087A | Postcard: Christmas (?)  New Year Greetings | COL1 03/B | |
| 2346 | 93/0303.087B | Postage stamp | COL1 04/D | |
| 2347 | 93/0303.088A | Postcard: Entrance to Tower Grove Park; St. Louis, Mo | COL1 03/B | |
| 2348 | 93/0303.088B | Postage stamp | COL1 04/D | |
| 2349 | 93/0303.089A | Postcard: The Can House - Tonopah Nevada | COL1 03/B | |
| 2350 | 93/0303.089B | Postage stamp | COL1 04/D | |
| 2351 | 93/0303.090A | Postcard: Old Mission Bells, Old Town San Diego (?) | COL1 03/B | |
| 2352 | 93/0303.090B | Postage stamp | COL1 04/D | |
| 2353 | 93/0303.091A | Postcard: Park Scene | COL1 03/B | |
| 2354 | 93/0303.091B | Postage stamp | COL1 04/D | |
| 2355 | 93/0303.092A | Postcard: The University, Birmingham  Warwickshire, UK thought it strangely appears to show  Chamberlain Square in the foreground  AK 4.11.2013 | COL1 03/B | |
| 2356 | 93/0303.092B | Postage stamp | COL1 04/D | |
| 2357 | 93/0303.094A | Postcard: Garfield Park Chicago | COL1 03/B | |
| 2358 | 93/0303.094B | Postage stamp | COL1 04/D | |
| 2359 | 93/0303.095A | Postcard: Christmas Greetings | COL1 03/B | |
| 2360 | 93/0303.095B | Postage stamp | COL1 04/D | |
| 2361 | 93/0303.096A | Postcard: St. Patricks RC Church, Toronto Canada | COL1 03/B | |
| 2362 | 93/0303.096B | Postage stamp | COL1 04/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 2363 | 93/0303.097 | Postcard: Illegible | CO1 03/B | |
| 2364 | 93/0303.098 | Card: N.S.W. National Coursing Association Gent's Ticket | CO1 03/B | |
| 2365 | 93/0303.099A | Postcard: Farragut Statue, Madison Square NY | CO1 03/B | |
| 2366 | 93/0303.099B | Postage stamp | CO1 04/D | |
| 2367 | 93/0303.100A | Postcard: Illegible | CO1 03/B | |
| 2368 | 93/0303.100B | Postage stamp | CO1 04/D | |
| 2369 | 93/0303.101A | Postcard: Garfield Park Chicago | CO1 03/B | |
| 2370 | 93/0303.101B | Postage stamp | CO1 04/D | |
| 2371 | 93/0303.102A | Postcard: Someone Thinks of Someone | CO1 03/B | |
| 2372 | 93/0303.102B | Postage stamp | CO1 04/D | |
| 2373 | 93/0303.103B | Postage stamp | CO1 04/D | |
| 2374 | 93/0303.104A | Postcard: Lee Monument, New Orleans | CO1 03/B | |
| 2375 | 93/0303.104B | Postage stamp | CO1 04/D | |
| 2376 | 93/0303.105A | Postcard: City Park, Dallas, Texas | CO1 03/B | |
| 2377 | 93/0303.105B | Postage stamp | CO1 04/D | |
| 2378 | 93/0303.106 | Postcard: Illegible | CO1 03/B | |
| 2379 | 93/0303.106A | Envelope and stamp | CO1 03/B | |
| 2380 | 93/0303.107A | Postcard: Lily Pond, Douglas Park, Chicago Ill | CO1 03/B | |
| 2381 | 93/0303.107B | Postage stamp | CO1 04/D | |
| 2382 | 93/0303.108A | Postcard: Help Wanted | CO1 03/B | |
| 2383 | 93/0303.108B | Postage stamp | CO1 04/D | |
| 2384 | 93/0303.109A | Postcard: New Year Greetings | CO1 03/B | |
| 2385 | 93/0303.109B | Postage stamp | CO1 04/D | |
| 2386 | 93/0303.110A | Postcard: Andrews Point, Rocky River, Cleveland Ohio | CO1 03/B | |
| 2387 | 93/0303.110B | Postage stamp | CO1 04/D | |
| 2388 | 93/0303.111A | Postcard: Couple and a Broken Down Car | CO1 03/B | |
| 2389 | 93/0303.111B | Postage stamp | CO1 04/D | |
| 2390 | 93/0303.112A | Postcard: Pioneer Park | CO1 03/B | |
| 2391 | 93/0303.112B | Postage stamp, Ben Franklin US one cent, green | CO1 04/D | |
| 2392 | 93/0303.114A | Postcard: illegible | CO1 03/B | |
| 2393 | 93/0303.114B | Postage stamp | CO1 04/D | |
| 2394 | 93/0303.115 | Postcard: Cook County [Building], Chicago | CO1 03/B | |
| 2395 | 93/0303.116A | Postcard: Fountain, Independence Square, Douglas Blvd., Chicago, Illinois | CO1 03/B | |
| 2396 | 93/0303.116B | Postage stamp | CO1 04/D | |
| 2397 | 93/0303.117A | Postcard: Illegible | CO1 03/B | |
| 2398 | 93/0303.117B | Postage stamp | CO1 04/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 2399 | 93/0303.118A | Postcard: Old Bill, Father of the Herd, Buffalo, NY  (mistyped Herd as Hero) | COL1 03/B | |
| 2400 | 93/0303.118B | Postage stamp | COL1 04/D | |
| 2401 | 93/0303.119A | Postcard: river scene | COL1 03/B | |
| 2402 | 93/0303.119B | Postage stamp | COL1 04/D | |
| 2403 | 93/0303.120 | Postcard: City Scene [illegible] | COL1 03/B | |
| 2404 | 93/0303.121A | Postcard: illegible | COL1 03/B | |
| 2405 | 93/0303.121B | Postage stamp | COL1 04/D | |
| 2406 | 93/0303.122A | Postcard: Illegible | COL1 03/B | |
| 2407 | 93/0303.122B | Postage stamp | COL1 04/D | |
| 2408 | 93/0303.123A | Postcard: I'm Dreadfully Busy... | COL1 03/B | |
| 2409 | 93/0303.123B | Postage stamp | COL1 04/D | |
| 2410 | 93/0303.124A | Postcard: Park Barns (?)...Park, Chicago | COL1 03/B | |
| 2411 | 93/0303.124B | Postage stamp | COL1 04/D | |
| 2412 | 93/0303.125 | Postcard: Blarney Castle - St. Patrick's Day Souvenir | COL1 03/B | |
| 2413 | 93/0303.126A | Postcard: Old Weir Bridge - St. Patrick's Day Souvenir | COL1 03/B | |
| 2414 | 93/0303.126B | Postage stamp | COL1 04/D | |
| 2415 | 93/0303.127A | postcard: illegible | COL1 03/B | |
| 2416 | 93/0303.127B | Postage stamp | COL1 04/D | |
| 2417 | 93/0303A.1 | Canadian Postage Stamp | COL1 03/B | |
| 2418 | 93/0303A.2 | US Postage Stamp | COL2 | |
| 2419 | 93/0304 | "The New South Wales Coachmakers Journal" | COL1 04/D | |
| 2420 | 93/0305.01/23 | Envelope, containing a folded letter; postmarked Chicago, Feb 23, | COL1 04/D | |
| 2421 | 93/0305.02/23 | Envelopes, containing a folded letter | COL1 04/D | |
| 2422 | 93/0305.03A/23 | Envelope | COL1 04/D | |
| 2423 | 93/0305.03B/23.p1 | Letter, 3 pages total, page 1 | COL1 04/D | |
| 2424 | 93/0305.03B/23.p2 | Letter, 3 pages total, page 2 | COL1 04/D | |
| 2425 | 93/0305.03B/23.p3 | Letter, 3 pages total, page 3 | COL1 04/D | |
| 2426 | 93/0305.03B/23.p4 | Letter, 4 pages total, page 4 | COL1 04/D | |
| 2427 | 93/0305.03B/23.p5 | Letter, 4 pages total, page 3 | COL1 04/D | |
| 2428 | 93/0305.03B/23.p6 | Letter, 4 pages total, page 2 | COL1 04/D | |
| 2429 | 93/0305.03B/23.p7 | Letter, 4 pages total, page 1 | COL1 04/D | |
| 2430 | 93/0305.04/23 | Envelope containing a folded letter | COL1 04/D | |
| 2431 | 93/0305.05/23 | Envelope containing a folded letter | COL1 04/D | |
| 2432 | 93/0305.06/23 | Envelope containing a folded letter | COL1 Table | |
| 2433 | 93/0305.07(B1/3)/23 | One page of three page letter | COL1 04/D | |
| 2434 | 93/0305.07(B2/3)/23 | One page of three page letter | COL1 04/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 2435 | 93/0305.07(B3/3)/23 | One page of three page letter | COL1 04/D | |
| 2436 | 93/0305.07A/23 | One envelope postmarked Dec. 12, 1910, from Toronto, Ontario | COL1 04/D | |
| 2437 | 93/0305.08/23 | Envelope containing a folded letter | COL1 04/D | |
| 2438 | 93/0305.09/23 | Envelope containing a folded letter | COL1 04/D | |
| 2439 | 93/0305.10/23 | Envelope containing a folded letter | COL1 04/D | |
| 2440 | 93/0305.11/23 | Envelope, postmarked  Feb. 18, 1911, Indianapolis, IN | COL1 04/D | |
| 2441 | 93/0305.12/23 | Postcard, Couple and bulldog | COL2 | |
| 2442 | 93/0305.13/23 | Envelope containing a folded letter | COL1 04/D | |
| 2443 | 93/0305.14/23 | Envelope containing folded letter | COL1 04/D | |
| 2444 | 93/0305.15/23 | Envelope containing a folded letter | COL1 04/D | |
| 2445 | 93/0305.15A/23 | Envelope containing a folded letter | COL1 04/D | |
| 2446 | 93/0305.15B/23 | 2 Postage stamps | COL1 04/D | |
| 2447 | 93/0305.17/23 | Envelope containing a folded letter | COL1 04/D | |
| 2448 | 93/0305.18/23 | Envelope containing a partial letter folded inside | COL1 04/D | |
| 2449 | 93/0305.19/23 | Envelope containing a folded letter | COL1 04/D | |
| 2450 | 93/0305.20/23 | 3 paged letter | COL1 04/D | |
| 2451 | 93/0305.21/23 | Envelope with postcard and stamp | COL1 04/D | |
| 2452 | 93/0305.22/23 | Envelope containing a folded letter | COL1 04/D | |
| 2453 | 93/0305.23/23 | Envelope containing a folded letter | COL1 04/D | |
| 2454 | 93/0306.A | North Buffalo Lodge Booklet | COL1 04/D | |
| 2455 | 93/0306.B1/3 | "A Dutchman's Troubles" card by Dow B. Lewis | COL1 04/D | |
| 2456 | 93/0306.B2/3 | "Dad, Here's to You" card by Dow B. Lewis | COL1 04/D | |
| 2457 | 93/0306.B3/3 | "Fair Weather Friend" card by Dow B. Lewis | COL1 04/D | |
| 2458 | 93/0307 | Paper folded around small, unidentified objects (eraser ?) | COL1 04/D | |
| 2459 | 93/0309 | Folded piece of Sydney newspaper | COL1 01/C | |
| 2460 | 93/0310 | Booklet titled "BOOKS" | COL1 04/E | |
| 2461 | 93/0311 | "Ledger" w/ cardboard cover | COL1 04/E | |
| 2462 | 93/0312A,B | Date book, dated 1910 | COL1 04/E | |
| 2463 | 93/0313.B01/15 | "Kodaks" envelope | COL1 04/E | |
| 2464 | 93/0313.B02/15 | "Kodaks" envelope | COL1 04/E | |
| 2465 | 93/0313.B03/15 | "Kodaks" envelope | COL1 04/E | |
| 2466 | 93/0313.B04/15 | "Kodaks" envelope | COL1 04/E | |
| 2467 | 93/0313.B05/15 | "Kodaks" envelope | COL1 04/E | |
| 2468 | 93/0313.B06/15 | "Kodaks" envelope | COL1 04/E | |
| 2469 | 93/0313.B07/15 | "Kodaks" envelope | COL1 04/E | |
| 2470 | 93/0313.B08/15 | "Kodaks" envelope | COL1 04/E | |

| | A | B | C | D |
|---|---|---|---|---|
| 2471 | 93/0313.B09/15 | "Kodaks" envelope | COL1 04/E | |
| 2472 | 93/0313.B10/15 | "Kodaks" envelope | COL1 04/E | |
| 2473 | 93/0313.B11/15 | "Kodaks" envelope | COL1 04/E | |
| 2474 | 93/0313.B12/15 | "Kodaks" envelope | COL1 04/E | |
| 2475 | 93/0313.B13/15 | "Kodaks" envelope | COL1 04/E | |
| 2476 | 93/0313.B14/15 | "Kodaks" envelope | COL1 04/E | |
| 2477 | 93/0313.B15/15 | "Kodaks" envelope | COL1 04/E | |
| 2478 | 93/0313A | C.R. Savage Co. "Kodaks, Films " envelope (contained 15 small envelopes) | COL1 04/E | |
| 2479 | 93/0314 | Glass plate | | COL2 012/D |
| 2480 | 93/0315.1/3 | A & A Oceanic Steamship Co. Flyer (1 of 3) | COL1 04/E | |
| 2481 | 93/0315.2/3 | A & A Oceanic Steamship Co. Flyer (2 of 3) | COL1 04/E | |
| 2482 | 93/0315.3/3 | A & A Oceanic Steamship Co. Flyer (3 of 3) | COL1 04/E | |
| 2483 | 93/0316.A | Document, Self Measurement Sheet | COL1 04/E | |
| 2484 | 93/0316.B | Envelope | COL1 04/E | |
| 2485 | 93/0316.C | Card | COL1 04/E | |
| 2486 | 93/0317.A,B | (A) Address book  and (B) cover | COL1 04/E | |
| 2487 | 93/0317.C | Newspaper cutting | COL1 04/E | |
| 2488 | 93/0317.D | United Cigar Stores Co. Incorporated Coupon | COL1 04/E | |
| 2489 | 93/0317.E | Two dried flowers | COL1 04/E | |
| 2490 | 93/0318 | Conklin's Vest Pocket Argument Settler Booklet | COL1 04/E | |
| 2491 | 93/0319.1/8 | Envelope addressed to "Mr. H.A. Irwin C/O G.P.C...." | COL1 04/E | |
| 2492 | 93/0319.2A/8 | Self-measurement form | COL1 04/E | |
| 2493 | 93/0319.2B/8 | printed notice for shipment (accompanied "self measurement form" | COL1 04/E | |
| 2494 | 93/0319.3/8 | Envelope | COL1 04/E | |
| 2495 | 93/0319.4A/8 | "Self-measurement form" | COL1 04/E | |
| 2496 | 93/0319.4B/8 | printed notice for shipment (accompanied "self measurement form") | COL1 04/E | |
| 2497 | 93/0319.5/8 | "I'LL STEER YOU STRAIGHT"  Booklet | COL1 04/E | |
| 2498 | 93/0319.6/8 | "Reached Port Safely" leaflet | COL1 04/E | |
| 2499 | 93/0319.7/8 | "Captain Collings case" Booklet , copyright 1909 | COL1 04/E | |
| 2500 | 93/0319.8/8 | Senior's Pharmacy Chemists Card | COL1 04/E | |
| 2501 | 93/0320 | Folded paper titled "Australian Waterloo Cup" | COL1 04/E | |
| 2502 | 93/0321.01/22 | Solos for Clarinet Sheet music "Pleasant Memories" | COL1 04/E | |
| 2503 | 93/0321.02/22 | One of three handwritten double music sheets | COL1 04/E | |
| 2504 | 93/0321.03/22 | One of three handwritten double music sheets | COL1 04/E | |
| 2505 | 93/0321.04/22 | One of three handwritten double music sheets | COL1 04/E | |
| 2506 | 93/0321.05/22 | Union Castle Steamships Company Flyer | COL1 04/E | |

| | A | B | C | D |
|---|---|---|---|---|
| 2507 | 93/0321.06A/22 | Colored Cover of music "PUT YOUR ARMS AROUND ME HONEY" | COL1 04/E | |
| 2508 | 93/0321.06B/22 | Sheet music "PUT YOUR ARMS AROUND ME HONEY" | COL1 04/E | |
| 2509 | 93/0321.07/22 | One of three handwritten double music sheets | COL1 04/E | |
| 2510 | 93/0321.08/22 | One of three handwritten double music sheets | COL1 04/E | |
| 2511 | 93/0321.10/22 | "The Land of Romance" sheet music/"Teach Me To Pray" on verso | COL1 04/E | |
| 2512 | 93/0321.11a/22 | Photograph envelope "Mr. Sutehall", Order No. 3014 | COL1 04/E | |
| 2513 | 93/0321.12/22 | The New South Wales Coachmakers Journal | COL1 04/E | |
| 2514 | 93/0321.13/22 | Paper portfolio containing music | COL1 04/E | |
| 2515 | 93/0321.17/22 | Sheet music titled "CIRIBIRIBIN", 6 pages with paper brown strip at spine | COL1 04/E | |
| 2516 | 93/0321.18/22 | Sheet music titled "SUGAR MOON", 6 pages with paper brown strip at spine | COL2 | |
| 2517 | 93/0321.19/22 | "WINTER" sheet music | COL1 04/E | |
| 2518 | 93/0321.21/22 | Sheet music titled "ON MOBILE BAY", 6 pages with paper brown strip at spine | COL1 04/E | |
| 2519 | 93/0321.22/22 | "Every Little Movement" sheet music | COL1 04/E | |
| 2520 | 93/0321.22A/22 | "Resignation" sheet music | COL1 04/E | |
| 2521 | 93/0321.22B/22 | "My Dear" sheet music | COL1 04/E | |
| 2522 | 93/0322 | Miscellaneous papers | COL1 04/G | |
| 2523 | 93/0323.08/14 | Australia- One Penny; 1911; George V | COL1 05/B | |
| 2524 | 93/0323.12/14 | U.K.- One Pence; 1822; George IV, | COL1 05/B | |
| 2525 | 93/0324 | Small bottle | COL2 016/B | |
| 2526 | 93/0325.1/3 | One of three Buckles | COL1 02/D | |
| 2527 | 93/0325.3/3 | One of three Buckles | COL2 022/E | |
| 2528 | 93/0326 | Small pouch | COL1 04/F | |
| 2529 | 93/0327A | Glass hair tonic bottle | COL2 | |
| 2530 | 93/0327B.2/3 | One of 3 labels from bottle | COL1 04/E | |
| 2531 | 93/0327B.3/3 | One of 3 labels from bottle | COL1 04/E | |
| 2532 | 93/0327B1/3 | One of 3 labels from bottle | COL2 | |
| 2533 | 93/0328 | Cardboard tag "Cabin luggage" | COL1 04/F | |
| 2534 | 93/0329 | Fragments | COL1 04/F | |
| 2535 | 93/0329.01a/14 | Envelope jacket for naturalization papers | COL1 04/F | |
| 2536 | 93/0329.01b/14 | "Witching Waves Company" stock certificate | COL1 04/F | |
| 2537 | 93/0329.01c/14 | Official paper of declaration of intention (Franz Pulbaum) | COL1 04/F | |
| 2538 | 93/0329.03 | Miniature French Calendar Booklet with a Dancing Woman on Cover | COL1 04/F | |
| 2539 | 93/0329.04 | Small calendar booklet with pages for notes and cover with a lady hanging a crossbow | COL1 04/F | |

| | A | B | C | D |
|---|---|---|---|---|
| 2540 | 93/0329.05 | Perfumed cardboard Lenthéric | COL1 04/F | |
| 2541 | 93/0329.07 | Perfumed cardboard Lenthéric | COL1 04/F | |
| 2542 | 93/0329.08 | Club card printed on one side "The WITCHING WAVES" | COL1 04/F | |
| 2543 | 93/0329.09 | Card printed on one side "Louis EULER" | COL1 04/F | |
| 2544 | 93/0329.11/14 | One rectangular baggage label w/ string | COL1 04/F | |
| 2545 | 93/0329.12a/14 | White Star Line rectangular baggage label (1 of 8) | COL1 04/F | |
| 2546 | 93/0329.12d/14 | White Star Line rectangular baggage label (4 of 8) | COL1 04/F | |
| 2547 | 93/0329.12e/14 | White Star Line rectangular baggage label (5 of 8) | COL1 04/F | |
| 2548 | 93/0329.12g/14 | White Star Line rectangular baggage label (7 of 8) | COL1 04/F | |
| 2549 | 93/0329.12h/14 | White Star Line rectangular baggage label (8 of 8) | COL2 | |
| 2550 | 93/0329.13 | Handwritten trip expense notes | COL1 04/F | |
| 2551 | 93/0329.14 | Telegraph Message | COL1 04/F | |
| 2552 | 93/0330.01/35 | Postcard [illegible] | COL1 02/C | |
| 2553 | 93/0330.02/35 | Postcard [illegible] | COL1 02/C | |
| 2554 | 93/0330.03/35 | Postcard [illegible] | COL1 02/C | |
| 2555 | 93/0330.04/35 | Postcard [illegible] | COL1 02/C | |
| 2556 | 93/0330.05/35 | Postcard: Joyeuses Pâques + femme | COL1 02/C | |
| 2557 | 93/0330.06/35 | Postcard: [illegible] | COL1 02/C | |
| 2558 | 93/0330.07/35 | Postcard: woman with 'Joyeuses Pâques' (Happy Easter) | COL1 02/C | |
| 2559 | 93/0330.08/35 | Postcard: illegible | COL1 02/C | |
| 2560 | 93/0330.09/35 | Postcard: femme (faible) signé | COL1 02/C | |
| 2561 | 93/0330.10/35 | Postcard: femme (faible) signé | COL1 02/C | |
| 2562 | 93/0330.11/35 | Postcard: femme (faible) signé | COL1 02/C | |
| 2563 | 93/0330.12/35 | Postcard: femme (faible) signé | COL1 02/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 2564 | 93/0330.13/35 | Postcard: Woman with a Letter | CO1 02/C | |
| 2565 | 93/0330.14/35 | Postcard: femme en buste | CO1 02/C | |
| 2566 | 93/0330.15/35 | Postcard: woman with Lily of the Valley | CO1 02/C | |
| 2567 | 93/0330.16/35 | Postcard: femme en buste de profil | CO1 02/C | |
| 2568 | 93/0330.17/35 | Postcard: boy with a porcelain pipe | CO1 02/C | |
| 2569 | 93/0330.18/35 | Postcard: boy smoking | CO1 02/C | |
| 2570 | 93/0330.19/35 | Postcard: thermomètre de l'amour | CO1 02/C | |
| 2571 | 93/0330.20/35 | Postcard | CO1 02/C | |
| 2572 | 93/0330.21/35 | Envelope | CO1 02/C | |
| 2573 | 93/0330.22/35 | Envelope | CO1 02/C | |
| 2574 | 93/0330.23/35 | Postcard: feuilles de carnet perforé (trans: leaves of perforated notebook) | CO1 02/C | |
| 2575 | 93/0330.24/35 | Envelope | CO1 02/C | |
| 2576 | 93/0330.25/35 | Pages, Grand Hotel Paris | CO1 02/C | |
| 2577 | 93/0330.26/35 | Folded Pages | CO1 02/C | |
| 2578 | 93/0330.27/35 | Envelope | CO1 02/C | |
| 2579 | 93/0330.28/35 | Folded Paper with writing [illegible] | CO1 02/C | |
| 2580 | 93/0330.29/35 | Postcard: illegible | CO1 02/C | |
| 2581 | 93/0330.30/35 | Postcard; faint image of baby | CO1 02/C | |
| 2582 | 93/0330.31/35 | Postcard: illegible | CO1 02/C | |
| 2583 | 93/0330.32/35 | Postcard: transfer image of woman | CO1 02/C | |
| 2584 | 93/0330.33/35 | Postcard: illegible | CO1 02/C | |
| 2585 | 93/0330.34/35 | Postcard: Woman with picture hat | CO1 | |
| 2586 | 93/0330.35/35 | Postcard? (other paper present) | CO1 02/C | |
| 2587 | 93/0331 | String/rope (old number 93/0338) | CO2 013/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 2588 | 94/0003 | Funnel from water storage tank | COL2 028/C | |
| 2589 | 94/0004 | Man's hat | COL1 10/D | |
| 2590 | 94/0005 | Small porthole | COL2 | |
| 2591 | 94/0008 | Gladstone bag with smaller bag containing parts of a pipe | COL1 05/F | |
| 2592 | 94/0009 | Door knob | COL2 | |
| 2593 | 94/0012 | Ceramic toothpaste jar w/ lid | COL2 | |
| 2594 | 94/0013A | Creamer, Brownware | COL2 015/D | |
| 2595 | 94/0013B | Creamer, Brownware | COL2 015/D | |
| 2596 | 94/0017 | First Class Cup | COL2 | |
| 2597 | 94/0018 | Silver plated ice bucket | COL2 024/B | |
| 2598 | 94/0019 | First Class Cup | COL2 018/B | |
| 2599 | 94/0020 | First Class Cup | COL2 018/B | |
| 2600 | 94/0021 | Enameled bowl | COL2 025/C | |
| 2601 | 94/0022 | Decorative marble ledge | COL2 015/B | |
| 2602 | 94/0023 | Painted textile fragment | COL1 01/D | |
| 2603 | 94/0026 | Cup, Third Class Dining Room Service | COL2 018/B | |
| 2604 | 94/0027 | Green glass bottle sealed w/ cork | COL2 016/F | |
| 2605 | 94/0032 | Thick glass fragment | COL2 | |
| 2606 | 94/0033 | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | COL2 013/F | |
| 2607 | 94/0035 | Silver plated dish w/ two handles | COL2 022/A | |
| 2608 | 94/0036.038/170 | Coal | COL2 | |
| 2609 | 94/0036.138/170 | Coal | 083/C | |
| 2610 | 94/0036.143/170 | Coal | COL2 008/C | |
| 2611 | 94/0037 | Bulbous green bottle w/ oil contents | COL2 017/E | |
| 2612 | 94/0039.3 | Glass box Contents | COL1 12/D | |
| 2613 | 94/0041 | Salt shaker | COL2 015/C | |
| 2614 | 94/0043 | Small rectangular glass plate | COL2 012/D | |
| 2615 | 94/0045 | Small rectangular glass plate | COL2 012/D | |
| 2616 | 94/0046 | Wood fragments and glass plates | COL2 013/E | |
| 2617 | 94/0048 | Ladle, Condiment | COL2 | |
| 2618 | 94/0049.1 | Bottom of blue & white porcelain pot | COL2 | |
| 2619 | 94/0049.2 | Top of blue & white porcelain pot | COL2 | |
| 2620 | 94/0050 | Pitcher with Floral Decoration | COL2 015/C | |
| 2621 | 94/0052 | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | COL2 | |
| 2622 | 94/0053 | Small brown ceramic pitcher | COL2 015/C | |
| 2623 | 94/0054 | One-half of an insert to a decorative tile | COL2 012/F | |
| 2624 | 94/0055 | Small rectangular glass plate w/ scalloped edges | COL2 012/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 2625 | 94/0056 | Small rectangular glass plate | CO12 012/D | |
| 2626 | 94/0057 | Small circular glass plate w/ bevelled edge | CO12 012/D | |
| 2627 | 94/0058.1/3 | Small copper packet | CO12 012/D | |
| 2628 | 94/0058.2/3 | Small copper packet | CO12 012/D | |
| 2629 | 94/0058.3/3 | Small copper packet | CO12 012/D | |
| 2630 | 94/0059 | Walnut | CO12 Refrigerator/B | |
| 2631 | 94/0060 | Textile fragment | CO11 01/D | |
| 2632 | 94/0062 | Decorative light fixture | CO12 014/C | |
| 2633 | 94/0063 | Sponge Holder | CO12 | |
| 2634 | 94/0064 | Bronze stand w/ four legs | CO12 028/B | |
| 2635 | 94/0065 | Furniture leg | CO11 12/E | |
| 2636 | 94/0066 | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | CO12 | |
| 2637 | 94/0069 | Bracket and hinge for wash basin | CO11 08/B | |
| 2638 | 94/0071 | Chamber pot | CO12 027/B | |
| 2639 | 94/0072 | Fragment a Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | CO12 013/F | |
| 2640 | 94/0075 | Toast rack | CO12 SC01/C | |
| 2641 | 94/0077 | Cup, Demitasse, First Class Cafe Parisien | CO12 018/B | |
| 2642 | 94/0080 | Faucet / tap | CO12 013/B | |
| 2643 | 94/0081 | Spatula / cake server | CO12 SC01/B | |
| 2644 | 94/0083 | Drain stopper | CO12 013/B | |
| 2645 | 94/0084 | Glass bottle stopper | CO12 015/C | |
| 2646 | 94/0085.1/2 | One of Two knob-like objects | CO12 SC01/A | |
| 2647 | 94/0085.2/2 | One of Two knob-like objects | CO12 SC01/A | |
| 2648 | 94/0088 | Grill for filter | CO12 022/A | |
| 2649 | 94/0089 | Porthole frame | CO14 | |
| 2650 | 94/0090 | Grinding wheel | 084/D | |
| 2651 | 94/0091 | Tip Basin with Wood | CO12 027/C | |
| 2652 | 94/0092 | Tip Basin with Wood Fragment and Screw | CO12 027/B | |
| 2653 | 94/0093 | Tip Basin | CO12 027/C | |
| 2654 | 94/0095.2/6 | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | CO12 013/F | |
| 2655 | 94/0095.6/6 | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | CO12 013/F | |
| 2656 | 94/0096 | Marble slab | CO12 015/B | |
| 2657 | 94/0098 | Floor tile | CO11 06/B | |
| 2658 | 94/0099 | Air vent | CO12 | |
| 2659 | 94/0100 | Waste valve | CO12 005/B | |
| 2660 | 94/0103 | Gilded wall bracket | CO12 021/B | |
| 2661 | 94/0104 | Chandelier | CO12 SC01/E | |

| | A | B | C | D |
|---|---|---|---|---|
| 2662 | 94/0105 | Olive jar | CO1 05/F | |
| 2663 | 94/0108 | Plate, Souvenir | CO2 | |
| 2664 | 94/0109 | Clock | CO2 SC01/A | |
| 2665 | 94/0110 | Green glass bottle | CO2 016/E | |
| 2666 | 94/0111 | First Class Cup | CO2 018/B | |
| 2667 | 94/0112 | Spoon bowl | CO2 SC01/A | |
| 2668 | 94/0115.1 | Furniture leg bracket | CO2 | |
| 2669 | 94/0115.2 | Wood within Furniture leg bracket | CO2 | |
| 2670 | 94/0116.B | Textile discs found within 94/0116a | CO1 02/D | |
| 2671 | 94/0118 | Blue & white porcelain trivet | CO2 | |
| 2672 | 94/0120 | Salt Cellar | CO2 018/D | |
| 2673 | 94/0121. B | Cooking pot handle | CO2 024/C | |
| 2674 | 94/0127 | Cylindrical metal object (drain cover?) | CO2 022/D | |
| 2675 | 94/0130 | Crystal vase with White Star Line flag | CO2 015/E | |
| 2676 | 94/0133 | Porcelain pipe bowl | CO2 | |
| 2677 | 94/0136 | Plank of wood | CO1 09/C | |
| 2678 | 94/0139 | Light bracket | CO2 012/B | |
| 2679 | 94/0140.A | Sections of mica | CO2 SC01/C | |
| 2680 | 94/0140.B | Sections of mica | CO2 SC01/C | |
| 2681 | 94/0141 | Fragment of a leather strap | CO1 05/C | |
| 2682 | 94/0142 | Iron pipe | CO2 012/B | |
| 2683 | 94/0143 | Partial stem & base of glass | CO2 018/D | |
| 2684 | 94/0144.1/2 | One glass bead | CO2 SC01/A | |
| 2685 | 94/0144.2/2 | One-half glass bead | CO2 SC01/A | |
| 2686 | 94/0145 | Metal disc | CO2 008/B | |
| 2687 | 94/0147 | Decorative tile | CO2 012/F | |
| 2688 | 94/0148 | Water faucet / tap | CO2 008/B | |
| 2689 | 94/0151 | Small metal bracket | CO2 022/E | |
| 2690 | 94/0155 | Brick | CO2 013/E | |
| 2691 | 94/0156 | Sugar tongs | CO2 018/F | |
| 2692 | 94/0158 | Wooden drawer w/ copper handle | CO1 08/D | |
| 2693 | 94/0159 | Silver-Plated Ice Bucket, First Class | CO2 025/C | |
| 2694 | 94/0166 | Binoculars | CO2 022/E | |
| 2695 | 94/0167 | Cork | CO1 06/B | |
| 2696 | 94/0170 | Second Class Soap Dish | CO2 | |
| 2697 | 94/0171 | Bowl | CO2 016/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 2698 | 94/0172 | Fragment of a saucer | COL2 016/C | |
| 2699 | 94/0173.068/136 | Au Gratin Dish | COL2 015/E | |
| 2700 | 94/0173.069/136 | Au Gratin Dish | COL2 015/E | |
| 2701 | 94/0173.070/136 | Au Gratin Dish | COL2 015/E | |
| 2702 | 94/0173.071/136 | Au Gratin Dish | COL2 015/E | |
| 2703 | 94/0173.072/136 | Au Gratin Dish | COL2 015/E | |
| 2704 | 94/0173.073/136 | Au Gratin Dish | COL2 015/E | |
| 2705 | 94/0173.074/136 | Au Gratin Dish | COL2 015/E | |
| 2706 | 94/0173.075/136 | Au Gratin Dish | COL2 015/E | |
| 2707 | 94/0173.076/136 | Au Gratin Dish | COL2 015/E | |
| 2708 | 94/0173.077/136 | Au Gratin Dish | COL2 015/E | |
| 2709 | 94/0173.078/136 | Au Gratin Dish | COL2 015/E | |
| 2710 | 94/0173.079/136 | Au Gratin Dish | COL2 015/E | |
| 2711 | 94/0173.080/136 | Au Gratin Dish | COL2 015/E | |
| 2712 | 94/0173.114/136 | Au Gratin Dish | COL2 | |
| 2713 | 94/0173.115/136 | Au Gratin Dish | COL2 | |
| 2714 | 94/0173.116/136 | Au Gratin Dish | COL2 | |
| 2715 | 94/0173.117/136 | Au Gratin Dish | COL2 | |
| 2716 | 94/0173.118/136 | Au Gratin Dish | COL2 | |
| 2717 | 94/0173.119/136 | Au Gratin Dish | COL2 | |
| 2718 | 94/0173.120/136 | Au Gratin Dish | COL2 | |
| 2719 | 94/0173.121/136 | Au Gratin Dish | COL2 | |
| 2720 | 94/0173.122/136 | Au Gratin Dish | COL2 | |
| 2721 | 94/0173.123/136 | Au Gratin Dish | COL2 | |
| 2722 | 94/0173.124/136 | Au Gratin Dish | COL2 | |
| 2723 | 94/0173.125/136 | Au Gratin Dish | COL2 | |
| 2724 | 94/0173.126/136 | Au Gratin Dish | COL2 | |
| 2725 | 94/0173.127/136 | Au Gratin Dish | COL2 | |
| 2726 | 94/0173.128/136 | Au Gratin Dish | COL2 015/E | |
| 2727 | 94/0173.129/136 | Au Gratin Dish | COL2 015/E | |
| 2728 | 94/0173.130/136 | Au Gratin Dish | COL2 015/E | |
| 2729 | 94/0173.131/136 | Au Gratin Dish | COL2 015/E | |
| 2730 | 94/0174 | Hot water tap | COL2 | |
| 2731 | 94/0176 | Silver-plated oval plate cover | COL2 SC01/C | |
| 2732 | 94/0177 | Silver-plated dish w/ handles | COL2 029/C Box | |
| 2733 | 94/0178 | Silver-plated handle | COL2 SC01/A | |
| 2734 | 94/0179 | First Class Cup | COL2 018/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 2735 | 94/0180 | First Class Cup | COL2 018/B | |
| 2736 | 94/0181.A | Rubberized textile w/ pair of socks | Lab | |
| 2737 | 94/0181.B | Rubberized textile w/ pair of socks | COL1 06/C | |
| 2738 | 94/0182 | Bottom of a broken crystal tumbler | COL2 018/D | |
| 2739 | 94/0183.2/6 | Cup, Third Class Dining Room Service | COL1 | |
| 2740 | 94/0183.3/6 | Cup, Third Class Dining Room Service | COL2 | |
| 2741 | 94/0183.4/6 | Cup, Third Class Dining Room Service | COL2 018/B | |
| 2742 | 94/0183.5/6 | Cup, Third Class Dining Room Service | COL2 018/B | |
| 2743 | 94/0188 | Salt Cellar | COL2 018/D | |
| 2744 | 94/0189 | Fruit Bowl, Third Class Dining Room Service | COL2 | |
| 2745 | 94/0191 | Rectangular block of wood | COL4 Bin 25 | |
| 2746 | 94/0192 | Silver-plated dish | COL2 024/B | |
| 2747 | 94/0193 | Silver-plated rectangular platter | COL2 024/B | |
| 2748 | 94/0194 | Broken cut crystal mug | COL2 | |
| 2749 | 94/0195 | Small pair of binoculars | COL2 | |
| 2750 | 94/0196 | Tripod | COL4 Bin A19 | |
| 2751 | 94/0197 | Four fragments of shoe leather w/ eyelets | COL1 05/C | |
| 2752 | 94/0198 | Almond | COL2 022/E | |
| 2753 | 94/0199 | Mother of pearl button | COL4 Bin 25 | |
| 2754 | 94/0200 | Bottom of a broken cut crystal tumbler | COL2 018/D | |
| 2755 | 94/0201 | Fragment of a decorative tile | COL4 Bin 25 | |
| 2756 | 94/0202.1/2 | Ceramic Fragment | COL2 018/E | |
| 2757 | 94/0202.2/2 | Ceramic Fragment | COL2 018/E | |
| 2758 | 94/0203 | Waste pump and Drain with lead pipe | COL2 003/A | |
| 2759 | 94/0204.A | Copper tub (galley sink, per Claus-Göran) | COL2 011/A | |
| 2760 | 94/0204.B | Copper tub (galley sink, per Claus-Göran) | COL2 013/D | |
| 2761 | 94/0204.C | Copper tub (galley sink, per Claus-Göran) double-numbered same as 94/0204.D | 088/B | |
| 2762 | 94/0204.D | Copper tub stopper (double-numbered should be 94/0204.C) | COL2 | |
| 2763 | 94/0205 | Water reservoir | COL2 Rolling Shelf | |
| 2764 | 94/0207.04/10 | Soup spoon | COL2 | |
| 2765 | 94/0207.05/10 | Soup spoon | COL2 | |
| 2766 | 94/0208.1/4 | Dessert spoon from a set of 4 | COL2 | |
| 2767 | 94/0208.2/4 | Dessert spoon from a set of 4 | COL2 | |
| 2768 | 94/0208.3/4 | Dessert spoon from a set of 4 | COL2 018/F | |
| 2769 | 94/0208.3/4 | Dessert spoon from a set of 4 | COL2 018/F | |
| 2770 | 94/0209.1/8 | Teaspoon | COL2 | |

| | A | B | C | D |
|---|---|---|---|---|
| 2771 | 94/0209.2/8 | Teaspoon | CO12 018/F | |
| 2772 | 94/0209.4/8 | Teaspoon | CO12 018/F | |
| 2773 | 94/0209.7/8 | Teaspoon | CO12 018/F | |
| 2774 | 94/0210.1/8 | Relish Fork | CO12 | |
| 2775 | 94/0210.3/8 | Relish Fork | CO12 018/F | |
| 2776 | 94/0210.8/8 | Relish Fork | CO12 018/F | |
| 2777 | 94/0211.2/7 | Dinner Fork | CO12 | |
| 2778 | 94/0211.3/7 | Dinner Fork | CO12 | |
| 2779 | 94/0212.2/5 | Serving Spoon | CO12 | |
| 2780 | 94/0213 | Lock plate | CO12 SCO1/A | |
| 2781 | 94/0214 | Remnants of bag w/ textile | CO11 09/B | |
| 2782 | 94/0215.3/3 | Galley Floor tile, "J.C. Edwards" | CO12 | |
| 2783 | 94/0216 | Brass tap w/ lead pipe | CO12 009/A | |
| 2784 | 94/0220 | Glass Cylinder | CO12 014/B | |
| 2785 | 94/0223.1/5 | One of Five brass button covers | CO12 013/B | |
| 2786 | 94/0223.2/5 | One of Five brass button covers | CO12 013/B | |
| 2787 | 94/0223.3/5 | One of Five brass button covers | CO12 013/B | |
| 2788 | 94/0223.4/5 | One of Five brass button covers | CO12 013/B | |
| 2789 | 94/0223.5/5 | One of Five brass button covers | CO12 013/B | |
| 2790 | 94/0224 | Dinner fork | CO12 | |
| 2791 | 94/0226 | Knife handle | CO12 012/B | |
| 2792 | 94/0227 | Drinking glass | CO12 | |
| 2793 | 94/0228.1/2 | Toast rack | CO12 SCO1/C | |
| 2794 | 94/0228.2/2 | Toast rack | CO12 SCO1/C | |
| 2795 | 94/0230 | Dish rag | Lab | |
| 2796 | 94/0231.1/3 | Bottle seal and fragments of lead seals | CO14 Bin 25 | |
| 2797 | 94/0231.2/3 | Bottle seal and fragments of lead seals | CO14 Bin 25 | |
| 2798 | 94/0231.3/3 | Bottle seal and fragments of lead seals | CO14 Bin 25 | |
| 2799 | 94/0233 | Paper fragments | CO11 04/H | |
| 2800 | 94/0234 | Ceramic Fagment from a Second Class Dish | CO12 017/C | |
| 2801 | 94/0235.01a,b | Base of Tumbler with fragment | CO12 012/D | |
| 2802 | 94/0235.02 | Tumbler Base | CO12 012/D | |
| 2803 | 94/0235.03 | Tumbler Base | CO12 012/D | |
| 2804 | 94/0235.04 | Tumbler Base | CO12 012/D | |
| 2805 | 94/0235.05 | Fragment of Tumbler Base | CO12 012/D | |
| 2806 | 94/0236 | Clear glass fragment | CO12 SCO1/C | |
| 2807 | 94/0237 | Green glass fragments | CO12 016/E and SCO1/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 2808 | 94/0238 | Brown glass fragments | CO2 SC01/A | |
| 2809 | 94/0240 | Bollards | CO4 | |
| 2810 | 94/0240.1 | Concretion fragments | CO1 07/A | |
| 2811 | 94/0240.2 | Scaling fragments | CO1 06/A | |
| 2812 | 94/0241.B | Parts from filter frame | CO2 RollingShelf1/B | |
| 2813 | 94/0241.C | Parts from filter frame | CO2 012/B | |
| 2814 | 94/0242 | Plate, Second Class Dining Room Service | CO2 | |
| 2815 | 94/0243.2/2 | Cup, Bullion, Deck Service | CO2 018/B | |
| 2816 | 94/0246 | Small square Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | CO2 013/F | |
| 2817 | 94/0247A | Ceramic jug | CO2 017/E | |
| 2818 | 94/0247B | Pits from ceramic jug | CO2 017/E | |
| 2819 | 94/0248.1/3 | Cup, Third Class Dining Room Service | CO2 | |
| 2820 | 94/0248.2/3 | Cup, Third Class Dining Room Service | CO2 | |
| 2821 | 94/0248.3/3 | Cup, Third Class Dining Room Service | CO2 | |
| 2822 | 94/0249 | Man's work boot | CO2 | |
| 2823 | 94/0250 | Cut crystal decanter with White Star Line logo | CO2 016/D | |
| 2824 | 94/0251 | First Class Dining Room Floor Tile | CO2 | |
| 2825 | 94/0252 | Small bowl w/ scalloped interior | CO2 018/E | |
| 2826 | 94/0255 | Oval brush back | CO2 016/B | |
| 2827 | 94/0256 | Hinge w/ wood | CO2 SC01/E | |
| 2828 | 94/0257.1/2 | Silver-plated fork | CO3 Shelf 1/D | |
| 2829 | 94/0257.2/2 | Silver-plated fork | CO3 Shelf 1/C | |
| 2830 | 94/0259 | Three concreted forks | CO3 Shelf 1/C | |
| 2831 | 94/0261 | Nut and bolt | CO2 | |
| 2832 | 94/0262.2/6 | Champagne bottle | CO2 016/F | |
| 2833 | 94/0262.3/6 | Champagne bottle | CO2 016/F | |
| 2834 | 94/0263 | Light Fixture Plate | CO2 SC01/A | |
| 2835 | 94/0266 | Green glass bottle | CO2 016/E | |
| 2836 | 94/0267 | Silver-plated teaspoon | CO2 SC01/B | |
| 2837 | 94/0268 | Doulton & Co. Sink | CO2 | |
| 2838 | 94/0269.B | Rope fragments from hook and pulley | CO2 | |
| 2839 | 94/0270 | Large white octagonal rubber tile | CO1 06/B | |
| 2840 | 94/0272 | Third Class Floor Tile | CO2 | |
| 2841 | 94/0273 | Acanthus Ornament from 1st class bed - may not be acanthus AK | CO2 | |
| 2842 | 94/0275 | Ceramic insulator | CO2 022/E | |
| 2843 | 94/0277 | Square black rubber tile | CO1 06/B | |
| 2844 | 94/0278 | Serving spoon | CO2 SC01/B | |

| | A | B | C | D |
|---|---|---|---|---|
| 2845 | 94/0279.1/2 | Saucer, Chocolate, First Class Dining Room Service | COL2 016/C | |
| 2846 | 94/0280 | Binocular lens & rim fragments | COL2 012/D | |
| 2847 | 94/0281 | Aller Vale cup | COL2 | |
| 2848 | 94/0282 | Silver-plated condiment tray | COL2 SCO1/E | |
| 2849 | 94/0283 | Creamer, First Class Dining Room Service | COL2 018/E | |
| 2850 | 94/0284 | Section of concrete  Subflooring | COL2 012/E | |
| 2851 | 94/0285 | "ELCAYA" beauty cream jar | COL2 016/B | |
| 2852 | 94/0286 | Two nuts on long bolt | COL2 014/B | |
| 2853 | 94/0287 | Case w/ test tubes | COL3 Cart | |
| 2854 | 94/0290 | Man's shoe | COL1 05/B | |
| 2855 | 94/0292.2/2 | Mustard Pot with Cork Inside | COL2 017/E | |
| 2856 | 94/0293.A | Frame section of Verandah Café window | COL2 | |
| 2857 | 94/0293.B | Sections of Veranda Café window | COL2 RollingShelf1/B | |
| 2858 | 94/0294.A | Door knob | COL2 013/B | |
| 2859 | 94/0294.B | wooden elements (part of doorknob) | COL4 Bin 25 | |
| 2860 | 94/0294.C | wooden elements (part of doorknob) | COL4 Bin 25 | |
| 2861 | 94/0296 | Large iron wrench | COL4 | |
| 2862 | 94/0297.A | Elements of a lock | COL2 012/B | |
| 2863 | 94/0297.B | Elements of a lock | COL2 012/B | |
| 2864 | 94/0297.C | Elements of a lock | COL2 012/B | |
| 2865 | 94/0297.D | Elements of a lock | COL2 012/B | |
| 2866 | 94/0298.A | Two fragments of copper sheet | COL2 024/B | |
| 2867 | 94/0298.B | Two fragments of copper sheet | COL2 024/B | |
| 2868 | 94/0299.1/2 | One of  Two oblong nickel kettles | COL2 021/E | |
| 2869 | 94/0299.2/2 | One of  Two oblong nickel kettles | COL2 021/D | |
| 2870 | 94/0301 | Gimbal lamp | COL2 013/C | |
| 2871 | 94/0302.A | Rectangular copper cover | COL2 003/A | |
| 2872 | 94/0302.B | Rectangular copper cover | 052/H | |
| 2873 | 94/0302.C | Rectangular copper cover | 052/H | |
| 2874 | 94/0303 | air vent | COL2 Rolling Cabinet1/A | |
| 2875 | 94/0305 | Automatic door opener | COL2 014/C | |
| 2876 | 94/0306.A | Portion of lock plate | COL2 SCO1/A | |
| 2877 | 94/0306.B | Knob from lock plate | COL2 SCO1/A | |
| 2878 | 94/0306.C | Portion of lock plate | COL2 SCO1/A | |
| 2879 | 94/0306.D | Portion of lock plate | COL2 SCO1/A | |
| 2880 | 94/0306.E | Doorknob from lock plate | COL2 SCO1/A | |
| 2881 | 94/0308 | Small crystal decanter w/ WSL logo | COL2 016/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 2882 | 94/0310A | Kerosene lamp bottom | CO2 | |
| 2883 | 94/0310B | Kerosene lamp burner | CO2 | |
| 2884 | 94/0312 | Creamer, Brownware | CO2 015/D | |
| 2885 | 94/0313 | Green glass bottle w/ cork inside | CO2 016/E | |
| 2886 | 94/0314.1/2 | Dish, Butter, Second Class Dining Room Service | CO2 018/C | |
| 2887 | 94/0314.2/2 | Dish, Butter, Second Class Dining Room Service | CO2 018/C | |
| 2888 | 94/0315.A | Sections of wood | CO2 Refrigerator/D | |
| 2889 | 94/0315.B | Sections of wood | CO4 Bin 25 | |
| 2890 | 94/0316 | Bottom of a glass tumbler | CO2 018/D | |
| 2891 | 94/0318 B | Oil distribution box lid | CO2 013/D | |
| 2892 | 94/0321 | Large porthole | CO2 009/C | |
| 2893 | 94/0322 | Clear glass bottle w/ oil | CO1 05/F | |
| 2894 | 94/0325.1/3 | Rubber Ring Joint | CO1 06/B | |
| 2895 | 94/0325.2/3 | Rubber Ring Joint | CO1 06/B | |
| 2896 | 94/0325.3/3 | Rubber Ring Joint | CO1 06/B | |
| 2897 | 94/0329.B | Glass stopper | CO2 022/E | |
| 2898 | 94/0338 | Clear glass bottle | CO2 016/F | |
| 2899 | 94/0339 | First Class Cup | CO2 018/B | |
| 2900 | 94/0341 | Waste valve | CO2 SC01/A | |
| 2901 | 94/0342 | Towel rack | CO2 009/B | |
| 2902 | 94/0343 | Silver plated gimbal lamp | CO2 | |
| 2903 | 94/0346 | Cut crystal condiment pot | CO2 018/D | |
| 2904 | 94/0351 | Saucer w/ gold trim | CO2 016/C | |
| 2905 | 94/0353 | Saucer, Chocolate, First Class Dining Room Service | CO2 016/C | |
| 2906 | 94/0354 | Saucer w/ gold trim | CO2 016/C | |
| 2907 | 94/0358.3/3 | Salt Cellar | CO2 018/D | |
| 2908 | 94/0359 | Oval casserole dish | CO2 016/D | |
| 2909 | 94/0362 | Dish, Butter, Second Class Dining Room Service | CO2 018/C | |
| 2910 | 94/0364 | Octagonal rubber tile | CO1 06/B | |
| 2911 | 94/0365.C | One of Four bevel-cut toiletry glass bottles | CO2 016/B | |
| 2912 | 94/0371 | White Pitcher | CO2 018/E | |
| 2913 | 94/0372.1/2 | Plate, Second Class Dining Room Service | CO2 017/C | |
| 2914 | 94/0372.2/2 | Plate, Second Class Dining Room Service | CO2 017/C | |
| 2915 | 94/0374 | Figurine of a blue shoe with a cat | CO2 | |
| 2916 | 94/0379 | Silver-plated ladle | CO2 SC01/B | |
| 2917 | 94/0380 | Mustard Pot | CO2 017/E | |
| 2918 | 94/0381 | Wooden brush back | CO4 Bin 25 | |

| | A | B | C | D |
|---|---|---|---|---|
| 2919 | 94/0382 | Salt Cellar | CO2 018/D | |
| 2920 | 94/0384 | Large green glass bottle | CO2 017/E | |
| 2921 | 94/0388 | Small white octagonal ceramic tile | CO2 013/F | |
| 2922 | 94/0389 | Cut crystal tumbler w/ WSL logo | CO2 018/D | |
| 2923 | 94/0390 | Gilded gimbal Lamp | CO2 013/C | |
| 2924 | 94/0392.1/2 | Small black square rubber tile | CO1 06/B | |
| 2925 | 94/0392.2/2 | Small black square rubber tile | CO1 06/B | |
| 2926 | 94/0393 | Black octagonal rubber tile | CO1 06/B | |
| 2927 | 94/0394 | Circular blue decorative tile | CO1 06/B | |
| 2928 | 94/0395 | Small square tile with square red insert | CO2 012/F | |
| 2929 | 94/0396 | Fashion pin w/ three horse-shoe shaped gemstones | CO2 | |
| 2930 | 94/0398 | Braided ring | CO1 02/D | |
| 2931 | 94/0399 | U.K.-1 double, Guernesey; 1902 | CO2 | |
| 2932 | 94/0400.A | Lining of Jewelry box | CO1 04/H | |
| 2933 | 94/0400.B | Pocket watch & cufflinks | CO2 021/B | |
| 2934 | 94/0402 | Tooth brush shaped brush | CO2 | |
| 2935 | 94/0403 | Spool of thread | CO1 06/D | |
| 2936 | 94/0405 | Remnants of a suitcase with multiple objects | CO1 | |
| 2937 | 94/0405.01 | Remnants of suitcase | CO1 04/G | |
| 2938 | 94/0405.02 | Paper File | CO1 03/B | |
| 2939 | 94/0405.03 | Book | CO1 03/B | |
| 2940 | 94/0405.04A | Bow | CO1 06/C | |
| 2941 | 94/0405.04B | Backing for Bow | CO1 06/C | |
| 2942 | 94/0405.05.1 | Tool Handle | CO1 06/C | |
| 2943 | 94/0405.05.2 | Wood Button | CO1 06/C | |
| 2944 | 94/0405.06A | Silk belt | CO1 06/C | |
| 2945 | 94/0405.06B | Filigree Clasp for Belt | CO1 06/C | |
| 2946 | 94/0405.06C | Leather belt fragment | CO1 06/C | |
| 2947 | 94/0405.08.1 | Gambling chip | CO1 06/C | |
| 2948 | 94/0405.08.2 | Gambling chip | CO1 06/C | |
| 2949 | 94/0405.09.1 | Button | CO1 06/C | |
| 2950 | 94/0405.09.2 | Button | CO1 06/C | |
| 2951 | 94/0405.09.3 | Button | CO1 06/C | |
| 2952 | 94/0405.10 | Bracelet | CO1 06/C | |
| 2953 | 94/0405.11 | Safety Pin | CO1 06/C | |
| 2954 | 94/0405.12 | Pin | CO1 06/C | |
| 2955 | 94/0405.13 | Pin and backing | CO1 06/C | |

| | A | B | C | D |
|---|---|---|---|---|
| 2956 | 94/0405.15 | Stamped metal embellishment | CO1 06/C | |
| 2957 | 94/0405.18A | Jewelry setting fragment | CO1 06/C | |
| 2958 | 94/0405.18B | Jewelry setting fragment | CO1 06/C | |
| 2959 | 94/0406.6/6 | 1 of 6 small gaming chips | CO1 04/F | |
| 2960 | 94/0414 | Saw handle | CO1 07/B | |
| 2961 | 94/0415 | Small manifold w/ pipe | CO2 004/C | |
| 2962 | 94/0416a | Remnants of a blanket | CO1 01/E | |
| 2963 | 94/0416b | Wood fragments | CO1 09/A | |
| 2964 | 94/0416c | Paper fragments | CO1 09/A | |
| 2965 | 94/0416d | Glass fragments | CO4 Bin 14 | |
| 2966 | 94/0416e | Ceramic fragments | CO4 Bin 14 | |
| 2967 | 94/0416f | Tool fragments | CO4 Bin 14 | |
| 2968 | 94/0416g | Rope fragments | CO2 Refrigerator/B | |
| 2969 | 94/0416h | Circular tool | CO2 Refrigerator/D | |
| 2970 | 94/0416i | Wood handle with double band on neck | CO2 Refrigerator/B | |
| 2971 | 94/0416j | Wood handle | CO2 Refrigerator/D | |
| 2972 | 94/0416k | Degraded wood handle | CO2 Refrigerator/D | |
| 2973 | 94/0416l | Half of wood handle with hole | CO2 Refrigerator/B | |
| 2974 | 94/0417.3/9 | Dish, Butter, Second Class Dining Room Service | CO2 018/C | |
| 2975 | 94/0417.4/9 | Dish, Butter, Second Class Dining Room Service | CO2 018/C | |
| 2976 | 94/0417.5/9 | Dish, Butter, Second Class Dining Room Service | CO2 018/C | |
| 2977 | 94/0417.6/9 | Dish, Butter, Second Class Dining Room Service | CO2 018/C | |
| 2978 | 94/0417.8/9 | Dish, Butter, Second Class Dining Room Service | CO2 018/C | |
| 2979 | 94/0419 | Glass dome | CO2 013/C | |
| 2980 | 94/0420 | Stoking Indicator Master | CO4 Bin 23 | |
| 2981 | 94/0422 | Small pulley & hook | CO2 010/A | |
| 2982 | 94/0423 | Shim | CO2 008/B | |
| 2983 | 94/0424.1/3 | Manifold | CO2 006/B | |
| 2984 | 94/0424.2/3 | Manifold | CO2 006/B | |
| 2985 | 94/0424.3/3 | Manifold | CO2 006/B | |
| 2986 | 94/0425.A | Fire hose | CO2 | |
| 2987 | 94/0425.B | Fire hose nozzle | CO2 | |
| 2988 | 94/0426 | Large copper ring (threaded) | CO2 021/B | |
| 2989 | 94/0427.2/6 | Thumb Fuse | CO2 014/C | |
| 2990 | 94/0427.3/6 | Thumb Fuse | CO2 014/C | |
| 2991 | 94/0428 | Section of concrete | Bin 04 | |
| 2992 | 94/0431 | Wall plate for towel bar | CO2 012/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 2993 | 94/0433 | Air compressor cover | CO1 2 026/D | |
| 2994 | 94/0434 | Chandelier | CO1 2 029/D | |
| 2995 | 94/0436 | Galley Flooring fragment, "J.C. Edwards" | CO1 2 013/F | |
| 2996 | 94/0437 | Faience corner fragment | CO1 2 016/D | |
| 2997 | 94/0438 | Fragment of a saw handle | CO1 2 | |
| 2998 | 94/0439 | Hammer handle | CO1 4 Bin 25 | |
| 2999 | 94/0440 | Wooden tool handle | CO1 1 07/C Box 1 | |
| 3000 | 94/0442.A.4/4 | Camera box | CO1 1 08/A | |
| 3001 | 94/0442.B.3/3 | Photographic Developing Tray | CO1 2 025/B | |
| 3002 | 94/0443 | Bed post from first class cabin | CO1 4 | |
| 3003 | 94/0444 | Silver-plated dish w/ two handles | CO1 2 029/C Box | |
| 3004 | 94/0449 | Button | CO1 2 SC01/E | |
| 3005 | 94/0450 | Glass bottle | CO1 2 016/B | |
| 3006 | 94/0451A | Leather pouch | CO1 1 06/C | |
| 3007 | 94/0451B | Leather pouch insert | CO1 1 06/C | |
| 3008 | 94/0452 | Spool with thread | CO1 1 06/C | |
| 3009 | 94/0453 | Datebook | CO1 1 03/B | |
| 3010 | 94/0454A | Wooden box | CO1 1 06/C | |
| 3011 | 94/0454B | Leather cover | CO1 1 06/C | |
| 3012 | 94/0454C | Leather cover | CO1 1 06/C | |
| 3013 | 94/0455 | Thimble | CO1 1 06/C | |
| 3014 | 94/0456 | Box fragments | CO1 1 04/G | |
| 3015 | 96/0003 | Piece of coal | CO1 2 026/E | |
| 3016 | 96/0004 | Cider (?) bottle | CO1 2 016/F | |
| 3017 | 96/0006 | Jar w/ white – beige faience | CO1 1 017/E | |
| 3018 | 96/0007 | Plate, Second Class Dining Room Service | CO1 2 017/C | |
| 3019 | 96/0008 | Champagne bottle w/ cork | CO1 1 05/F | |
| 3020 | 96/0009.B.1/8 | Textile piece from socks | CO1 1 01/E | |
| 3021 | 96/0009.B.2/8 | Textile piece from socks | CO1 1 01/E | |
| 3022 | 96/0009.B.4/8 | three buttons | CO1 1 02/D | |
| 3023 | 96/0009.B.5/8 | two cuff links | CO1 1 02/D | |
| 3024 | 96/0009.B.6/8 | one cuff link | CO1 1 02/D | |
| 3025 | 96/0009.B.7/8 | one cuff link in 2 pieces | CO1 1 02/D | |
| 3026 | 96/0009.B.8/8 | Piece of cuff link | CO1 1 02/D | |
| 3027 | 96/0010.B | Concretions and small objects | CO1 2 022/E | |
| 3028 | 96/0011.A | Pair of binoculars | CO1 2 SC01/C | |
| 3029 | 96/0011.B | Leather case of the Binoculars | CO1 2 Refrigerator/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 3030 | 96/0012 | Tool handle | CO1 012/D | |
| 3031 | 96/0014.2/9 | Beer Bottle | CO1 016/E | |
| 3032 | 96/0014.5/9 | Beer bottle | CO1 016/E | |
| 3033 | 96/0014.7/9 | Beer bottle | COL 016/E | |
| 3034 | 96/0014.8/9 | Beer Bottle | CO1 016/E | |
| 3035 | 96/0014.9/9 | Beer Bottle | CO1 016/E | |
| 3036 | 96/0015 | Green bottle w/ cork inside | CO1 016/F | |
| 3037 | 96/0017 | Dish, Butter, Second Class Dining Room Service | CO1.2 | |
| 3038 | 96/0018.01B.01 | Hull Sample | CO1.2 026/B Box 5 | |
| 3039 | 96/0018.01B.02 | Hull Sample | CO1.2 026/B Box 5 | |
| 3040 | 96/0018.01B.03 | Hull Sample | CO1.2 026/B Box 5 | |
| 3041 | 96/0018.01B.04 | Hull Sample | CO1.2 026/B Box 5 | |
| 3042 | 96/0018.01B.05 | Hull Sample | CO1.2 026/B Box 5 | |
| 3043 | 96/0018.01B.06 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3044 | 96/0018.01B.07 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3045 | 96/0018.01B.08 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3046 | 96/0018.01B.09 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3047 | 96/0018.01B.10 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3048 | 96/0018.01B.11 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3049 | 96/0018.01B.12 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3050 | 96/0018.01B.13 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3051 | 96/0018.01B.14 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3052 | 96/0018.01B.15 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3053 | 96/0018.01B.16 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3054 | 96/0018.01B.17 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3055 | 96/0018.01B.18 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3056 | 96/0018.01B.19 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3057 | 96/0018.01B.20 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3058 | 96/0018.01B.21 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3059 | 96/0018.01B.22 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3060 | 96/0018.01B.23 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3061 | 96/0018.01B.24 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3062 | 96/0018.01B.25 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3063 | 96/0018.01B.26 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3064 | 96/0018.01B.27 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3065 | 96/0018.01B.28 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |
| 3066 | 96/0018.01B.29 | Piece of Charpy Bar | CO1.2 026/B Box 5 | |

| | A | B | C | D |
|---|---|---|---|---|
| 3067 | 96/0018.02A.02 | Half of Rivet | CO2 | |
| 3068 | 96/0018.02C.01 | Half of Rivet | CO2 | |
| 3069 | 96/0018.02C.02 | Half of Rivet | CO2 026/B Box 1 | |
| 3070 | 96/0018.02D.02 | Half Rivet in lucite | CO2 014/D | |
| 3071 | 96/0018.02E.01 | Half of Rivet | CO2 014/D | |
| 3072 | 96/0018.02E.02 | Top of Head of Rivet | CO2 026/B Box 1 | |
| 3073 | 96/0018.02F.01 | Piece of the Head of a Rivet | CO2 026/B Box 1 | |
| 3074 | 96/0018.02F.02 | Piece of the Head of a Rivet | CO2 026/B Box 1 | |
| 3075 | 96/0018.02F.03 | Piece of the Head of a Rivet | CO2 026/B Box 1 | |
| 3076 | 96/0018.02F.04 | Piece of the Head of a Rivet | CO2 026/B Box 7 | |
| 3077 | 96/0018.02F.05 | Piece of the Head of a Rivet | CO2 026/B Box 1 | |
| 3078 | 96/0018.02G.01 | Twisted Segment of Angle Iron | CO2 014/D | |
| 3079 | 96/0018.02G.02 | Piece of Angle Iron Containing Rivet Hole | CO2 022/B | |
| 3080 | 96/0018.02G.03 | Piece of Bulkhead Containing Partial Rivet Hole | CO2 014/D | |
| 3081 | 96/0018.02G.04 | Piece of Angle Iron | CO2 014/D | |
| 3082 | 96/0018.02G.05 | Piece of Angle Iron | CO2 026/B Box 5 | |
| 3083 | 96/0018.02G.06 | Piece of Angle Iron | CO2 026/B Box 5 | |
| 3084 | 96/0018.02G.07 | Piece of Angle Iron | CO2 026/B Box 5 | |
| 3085 | 96/0018.02G.08 | Piece of Angle Iron | CO2 026/B Box 5 | |
| 3086 | 96/0018.02G.09 | Piece of Angle Iron | CO2 026/B Box 5 | |
| 3087 | 96/0018.02G.10 | Piece of Angle Iron | CO2 026/B Box 5 | |
| 3088 | 96/0018.02G.11 | Piece of Angle Iron Containing Partial Rivet Hole | CO2 026/B Box 5 | |
| 3089 | 96/0018.02G.12 | Piece of Angle Iron | CO2 026/B Box 5 | |
| 3090 | 96/0018.02G.13 | Piece of Angle Iron | CO2 026/B Box 5 | |
| 3091 | 96/0018.02G.14 | Piece of Angle Iron | CO2 026/B Box 5 | |
| 3092 | 96/0018.02G.15 | Piece of Angle Iron | CO2 026/B Box 5 | |
| 3093 | 96/0018.02G.16 | Piece of Bulkhead Containing Partial Rivet Hole | CO2 026/B Box 2 | |
| 3094 | 96/0018.02G.17 | Piece of Bulkhead Containing Partial Rivet Hole | CO2 026/B Box 2 | |
| 3095 | 96/0018.02G.18 | Piece of Bulkhead Containing Partial Rivet Hole | CO2 026/B Box 2 | |
| 3096 | 96/0018.02G.19 | Piece of Bulkhead | CO2 026/B Box 2 | |
| 3097 | 96/0018.02G.20 | Piece of Angle Iron Containing Partial Rivet Hole | CO2 026/B Box 2 | |
| 3098 | 96/0018.02G.21 | Piece of Bulkhead | CO2 026/B Box 2 | |
| 3099 | 96/0018.02G.22 | Piece of Angle Iron Containing Partial Rivet Hole | CO2 026/B Box 2 | |
| 3100 | 96/0018.02G.23 | Piece of Angle Iron Containing Partial Rivet Hole | CO2 026/B Box 2 | |
| 3101 | 96/0018.02G.24 | Piece of Angle Iron Containing Partial Rivet Hole | CO2 026/B Box 2 | |
| 3102 | 96/0018.02G.25 | Piece of Bulkhead | CO2 026/B Box 2 | |
| 3103 | 96/0018.02G.26 | Piece of Angle Iron Containing Partial Rivet Hole | CO2 026/B Box 2 | |

| | A | B | C | D |
|---|---|---|---|---|
| 3104 | 96/0018.02G.27 | Piece of Angle Iron | CO12 026/B Box 2 | |
| 3105 | 96/0018.02G.28 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3106 | 96/0018.02G.29 | Piece of Angle Iron | CO12 026/B Box 2 | |
| 3107 | 96/0018.02G.30 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3108 | 96/0018.02G.31 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3109 | 96/0018.02G.32 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3110 | 96/0018.02G.33 | Piece of Bulkhead | CO12 026/B Box 2 | |
| 3111 | 96/0018.02G.34 | Piece of Bulkhead Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3112 | 96/0018.02G.35 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3113 | 96/0018.02G.36 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3114 | 96/0018.02G.37 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3115 | 96/0018.02G.38 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3116 | 96/0018.02G.39 | Piece of Bulkhead | CO12 026/B Box 2 | |
| 3117 | 96/0018.02G.40 | Piece of Angle Iron | CO12 026/B Box 2 | |
| 3118 | 96/0018.02G.41 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3119 | 96/0018.02G.42 | Piece of Bulkhead Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3120 | 96/0018.02G.43 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3121 | 96/0018.02G.44 | Piece of Bulkhead Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3122 | 96/0018.02G.45 | Piece of Angle Iron | CO12 026/B Box 3 | |
| 3123 | 96/0018.02G.46 | Piece of Bulkhead | CO12 026/B Box 3 | |
| 3124 | 96/0018.02G.47 | Piece of Bulkhead | CO12 026/B Box 3 | |
| 3125 | 96/0018.02G.48 | Piece of Bulkhead | CO12 026/B Box 3 | |
| 3126 | 96/0018.02G.49 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3127 | 96/0018.02G.50 | Piece of Angle Iron | CO12 026/B Box 3 | |
| 3128 | 96/0018.02G.51 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3129 | 96/0018.02G.52 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3130 | 96/0018.02G.53 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3131 | 96/0018.02G.54 | Piece of Bulkhead Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3132 | 96/0018.02G.55 | Piece of Angle Iron | CO12 026/B Box 3 | |
| 3133 | 96/0018.02G.56 | Piece of Bulkhead Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3134 | 96/0018.02G.57 | Piece of Bulkhead Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3135 | 96/0018.02G.58 | Piece of Bulkhead Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3136 | 96/0018.02G.59 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3137 | 96/0018.02G.60 | Piece of Angle Iron | CO12 026/B Box 3 | |
| 3138 | 96/0018.02G.61 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3139 | 96/0018.02G.62 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3140 | 96/0018.02G.63 | Piece of Bulkhead Containing Partial Rivet Hole | CO12 026/B Box 3 | |

| | A | B | C | D |
|---|---|---|---|---|
| 3141 | 96/0018.02G.64 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3142 | 96/0018.02G.65 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3143 | 96/0018.02G.66 | Piece of Bulkhead Containing Partial Rivet Hole | CO12 026/B Box 3 | |
| 3144 | 96/0018.02G.67 | Piece of Angle Iron | CO12 026/B Box 3 | |
| 3145 | 96/0018.02G.68 | Unbroken Three Point Bend Bar Made from Bulkhead Steel | CO12 026/B Box 3 | |
| 3146 | 96/0018.02G.69 | One half of a Broken Three Point Bend Bar Made from Bulkhead Steel with Fracture Surface Cut off for Examination in the SEM | CO12 026/B Box 3 | |
| 3147 | 96/0018.02G.70 | One Half of Broken Three Point Bend Bar Made from Bulkhead Steel | CO12 026/B Box 3 | |
| 3148 | 96/0018.02G.71 | One Half of Broken Three Point Bend Bar Made from Bulkhead Steel | CO12 026/B Box 3 | |
| 3149 | 96/0018.02G.72 | One Half of Broken Three Point Bend Bar Made from Bulkhead Steel | CO12 026/B Box 3 | |
| 3150 | 96/0018.02G.73 | Long Piece of angle Iron cut off with a Torch | CO12 014/D | |
| 3151 | 96/0018.02G.74 | Long Piece of angle Iron cut off with a Torch | CO12 014/D | |
| 3152 | 96/0018.02G.75 | Large Piece of Bulkhead Plate | CO12 028/E | |
| 3153 | 96/0018.02H.01 | Piece of Angle Iron Containing Rivet Hole | CO12 026/B Box 2 | |
| 3154 | 96/0018.02H.02 | Piece of Angle Iron | CO12 026/B Box 2 | |
| 3155 | 96/0018.02H.03 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3156 | 96/0018.02H.04 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3157 | 96/0018.02H.05 | Piece of Angle Iron Containing Partial Rivet Hole | CO12 026/B Box 2 | |
| 3158 | 96/0018.02H.06 | Piece of Angle Iron | CO12 026/B Box 2 | |
| 3159 | 96/0018.03.01 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3160 | 96/0018.03.02 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3161 | 96/0018.03.03 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3162 | 96/0018.03.04 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3163 | 96/0018.03.05 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3164 | 96/0018.03.06 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3165 | 96/0018.03.07 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3166 | 96/0018.03.08 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3167 | 96/0018.03.09 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3168 | 96/0018.03.10 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3169 | 96/0018.03.11 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3170 | 96/0018.03.12 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3171 | 96/0018.03.13 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3172 | 96/0018.03.14 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3173 | 96/0018.03.15 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3174 | 96/0018.03.16 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3175 | 96/0018.03.17 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3176 | 96/0018.03.18 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |

| | A | B | C | D |
|---|---|---|---|---|
| 3177 | 96/0018.03.19 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3178 | 96/0018.03.20 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3179 | 96/0018.03.21 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3180 | 96/0018.03.22 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3181 | 96/0018.03.23 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3182 | 96/0018.03.24 | Pair of Charpy Impact Bar Pieces (there are 3 pieces) | CO12 026/B Box 6 | |
| 3183 | 96/0018.03.25 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3184 | 96/0018.03.26 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3185 | 96/0018.03.27 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3186 | 96/0018.03.28 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3187 | 96/0018.03.29 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3188 | 96/0018.03.30 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3189 | 96/0018.03.31 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3190 | 96/0018.03.32 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3191 | 96/0018.03.33 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3192 | 96/0018.03.34 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3193 | 96/0018.03.35 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3194 | 96/0018.03.36 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3195 | 96/0018.03.37 | Pair of Charpy Impact Bar Pieces | CO12 026/B Box 6 | |
| 3196 | 96/0018.03.38 | Pair of Charpy Impact Bar Pieces (see inventory note) | CO12 026/B Box 6 | |
| 3197 | 96/0018.03.39 | Pair of Charpy Impact Bar Pieces (see Inventory Note) | CO12 026/B Box 6 | |
| 3198 | 96/0018.03.40 | Unbroken Charpy Test Specimen | CO12 026/B Box 6 | |
| 3199 | 96/0018.03.41 | Unbroken Charpy Test Specimen | CO12 026/B Box 6 | |
| 3200 | 96/0018.03.42 | Unbroken Charpy Test Specimen | CO12 026/B Box 6 | |
| 3201 | 96/0018.03.43 | Unbroken Charpy Test Specimen | CO12 026/B Box 6 | |
| 3202 | 96/0018.03.44 | Unbroken Charpy Test Specimen | CO12 026/B Box 6 | |
| 3203 | 96/0018.03.45 | Unbroken Charpy Test Specimen | CO12 026/B Box 6 | |
| 3204 | 96/0018.03.46 | Unbroken Charpy Test Specimen | CO12 026/B Box 6 | |
| 3205 | 96/0018.03.47 | Unbroken Charpy Test Specimen | CO12 026/B Box 6 | |
| 3206 | 96/0018.03.48 | Unbroken Charpy Test Specimen | CO12 026/B Box 6 | |
| 3207 | 96/0018.03.49 | Portion of charpy Bar Piece | CO12 026/B Box 6 | |
| 3208 | 96/0018.03.50 | Coupon | CO12 014/D | |
| 3209 | 96/0018.03.51 | Hull Coupon | CO12 014/D | |
| 3210 | 96/0018.03.52 | Coupon | CO12 014/D | |
| 3211 | 96/0018.04B | Half Rivet in Lucite | CO12 014/D | |
| 3212 | 96/0018.05A | Piece of rivet (2 pieces) | CO12 026/B Box 1 | |
| 3213 | 96/0018.05B | Half Rivet in lucite | CO12 014/D | |

| | A | B | C | D |
|---|---|---|---|---|
| 3214 | 96/0018.06A | Half of Rivet | CO12 026/B Box 1 | |
| 3215 | 96/0018.06B | Half of Rivet | CO12 026/B Box 1 | |
| 3216 | 96/0018.07B | Half of a Rivet | CO12 026/B Box 1 | |
| 3217 | 96/0018.08A | Half Rivet | CO12 014/D | |
| 3218 | 96/0018.08B | Half Rivet | CO12 014/D | |
| 3219 | 96/0018.09B | Half of a Rivet | CO12 026/B Box 1 | |
| 3220 | 96/0018.10B | Piece of rivet | CO12 026/B Box 1 | |
| 3221 | 96/0018.11A | Most of a Half of Rivet (2 pieces) | CO12 026/B Box 1 | |
| 3222 | 96/0018.11B | Piece of a Rivet | CO12 026/B Box 1 | |
| 3223 | 96/0018.11C | Piece of a Rivet | CO12 026/B Box 1 | |
| 3224 | 96/0018.11D | Half of Rivet | CO12 | |
| 3225 | 96/0018.12B | Piece of Rivet | CO12 026/B Box 1 | |
| 3226 | 96/0018.12C | Half of Rivet | CO12 026/B Box 1 | |
| 3227 | 96/0018.13A | Half of a Rivet | CO12 026/B Box 1 | |
| 3228 | 96/0018.13B | Half of a Rivet | CO12 | |
| 3229 | 96/0018.14A | Half of a Rivet | CO12 026/B Box 1 | |
| 3230 | 96/0018.14B | Half of a Rivet | CO12 026/B Box 1 | |
| 3231 | 96/0018.15A | Piece of rivet | CO12 | |
| 3232 | 96/0018.15B | Piece of rivet | CO12 026/B Box 1 | |
| 3233 | 96/0018.15C | Piece of rivet | CO12 026/B Box 1 | |
| 3234 | 96/0018.15D | Piece of rivet | CO12 026/B Box 1 | |
| 3235 | 96/0018.15E | Piece of rivet | CO12 026/B Box 1 | |
| 3236 | 96/0018.15F | Piece of rivet | CO12 026/B Box 1 | |
| 3237 | 96/0018.17 | Channel Beam | CO12 007/B | |
| 3238 | 96/0018.18.01 | Angle Iron Fragment | CO12 026/B Box 1 | |
| 3239 | 96/0018.18.02 | Angle Iron Fragment (6 pieces) | CO12 026/B Box 1 | |
| 3240 | 96/0018.18.03 | Hull Plate Fragment  with Partial Rivet Hole | CO12 026/B Box 4 | |
| 3241 | 96/0018.18.04 | Bulkhead Fragment | CO12 026/B Box 4 | |
| 3242 | 96/0018.18.05 | Hull Fragment | CO12 026/B Box 4 | |
| 3243 | 96/0018.18.06 | Hull Plate Fragment | CO12 026/B Box 4 | |
| 3244 | 96/0018.18.07 | Hull Fragment | CO12 026/B Box 4 | |
| 3245 | 96/0018.18.08 | Hull Plate Fragment | CO12 026/B Box 1 | |
| 3246 | 96/0018.18.09 | Hull Plate Fragment | CO12 026/B Box 4 | |
| 3247 | 96/0018.18.10 | Hull Fragment | CO12 026/B Box 4 | |
| 3248 | 96/0018.18.11 | Hull Fragment | CO12 026/B Box 4 | |
| 3249 | 96/0018.18.12 | Hull Fragment | CO12 026/B Box 4 | |
| 3250 | 96/0018.18.13 | Hull Fragment | CO12 026/B Box 1 | |

| | A | B | C | D |
|---|---|---|---|---|
| 3251 | 96/0018.18.14 | Hull Fragment | CO12 026/B Box 4 | |
| 3252 | 96/0018.18.15 | Hull Fragment | CO12 026/B Box 4 | |
| 3253 | 96/0018.18.16 | Hull Fragment | CO12 026/B Box 1 | |
| 3254 | 96/0018.18.17 | Hull Fragment | CO12 026/B Box 1 | |
| 3255 | 96/0018.18.18 | Hull Fragment | CO12 026/B Box 1 | |
| 3256 | 96/0018.18.19 | Hull Fragment | CO12 026/B Box 1 | |
| 3257 | 96/0018.18.20 | Hull Fragment | CO12 026/B Box 1 | |
| 3258 | 96/0018.18.21 | Hull Fragment | CO12 026/B Box 4 | |
| 3259 | 96/0018.18.22 | Hull Fragment | CO12 026/B Box 1 | |
| 3260 | 96/0018.18.23 | Hull Fragment | CO12 026/B Box 1 | |
| 3261 | 96/0018.18.24 | Hull Fragment | CO12 026/B Box 1 | |
| 3262 | 96/0018.18.25 | Hull Fragment | CO12 026/B Box 1 | |
| 3263 | 96/0018.18.26 | Hull Fragment | CO12 026/B Box 1 | |
| 3264 | 96/0018.18.27 | Hull Fragment | CO12 026/B Box 1 | |
| 3265 | 96/0018.18.28 | Hull Fragment | CO12 026/B Box 1 | |
| 3266 | 96/0018.18.29 | Hull Fragment | CO12 026/B Box 1 | |
| 3267 | 96/0018.18.30 | Hull Fragment | CO12 026/B Box 1 | |
| 3268 | 96/0018.18.31 | Hull Fragment | CO12 026/B Box 1 | |
| 3269 | 96/0018.18.32 | Hull Fragment | CO12 026/B Box 1 | |
| 3270 | 96/0018.18.33 | Hull Fragment | CO12 026/B Box 1 | |
| 3271 | 96/0018.18.34 | Hull Fragment | CO12 026/B Box 1 | |
| 3272 | 96/0018.18.35 | Hull Fragment | CO12 026/B Box 1 | |
| 3273 | 96/0018.18.36 | Hull Fragment | CO12 026/B Box 1 | |
| 3274 | 96/0018.18.37 | Hull Fragment | CO12 026/B Box 1 | |
| 3275 | 96/0018.18.38 | Hull Fragment | CO12 026/B Box 1 | |
| 3276 | 96/0018.18.39 | Hull Fragment | CO12 026/B Box 1 | |
| 3277 | 96/0018.18.40 | Hull Fragment | CO12 026/B Box 1 | |
| 3278 | 96/0018.18.41 | Hull Plate Fragment | CO12 026/B Box 1 | |
| 3279 | 96/0018.18.42 | Hull Plate Fragment | CO12 026/B Box 1 | |
| 3280 | 96/0018.18.43 | Channel Fragment | CO12 026/B Box 1 | |
| 3281 | 96/0018.18.44 | Hull Fragment | CO12 026/B Box 1 | |
| 3282 | 96/0018.18.45 | Hull Fragment | CO12 026/B Box 1 | |
| 3283 | 96/0018.18.46 | Hull Rusticle Fragment | CO12 026/B Box 1 | |
| 3284 | 96/0018.18.47 | Hull Fragment | CO12 026/B Box 1 | |
| 3285 | 96/0018.18.48 | Hull or Rivet Fragments | CO12 026/B Box 1 | |
| 3286 | 96/0018.18.49 | Hull and/or Rivet Fragments (5 pieces) | CO12 026/B Box 1 | |
| 3287 | 96/0018.18.50 | Hull or Rivet Fragment | CO12 026/B Box 1 | |

| | A | B | C | D |
|---|---|---|---|---|
| 3288 | 96/0018.18.51 | Hull or Rivet Fragment | COL2 026/B Box 1 | |
| 3289 | 96/0019 | Small metal sheet | COL2 014/D | |
| 3290 | 96/0020.1/6 | Pieces of Russian MIR submarine | 099 | |
| 3291 | 96/0020.2/6 | Pieces of Russian MIR submarine | 099 | |
| 3292 | 96/0020.3/6 | Pieces of Russian MIR submarine | 099 | |
| 3293 | 96/0020.4/6 | Pieces of Russian MIR submarine | 099 | |
| 3294 | 96/0020.5/6 | Pieces of Russian MIR submarine | 099 | |
| 3295 | 96/0020.6/6 | Pieces of Russian MIR submarine | 099 | |
| 3296 | 96/0023.C | Parts of the telegraph 96/0023 | COL2 SCO1/A | |
| 3297 | 96/0025 | Piece of wood with 2 screws | COL1 07/B | |
| 3298 | 96/0026.B | Glass and Wooden case from ship's clock | COL2 013/D | |
| 3299 | 96/0027.A | Suitcase | COL1 05/C | |
| 3300 | 96/0027.B.01/19 | Pair of gloves | COL2 | |
| 3301 | 96/0027.B.02/19 | Pair of gloves | COL1 02/D | |
| 3302 | 96/0027.B.03/19 | Pyjamas in 2 pieces (Blue lines) | COL1 01/D | |
| 3303 | 96/0027.B.04/19 | Pyjamas in 2 pieces (Blue lines) | COL1 01/D | |
| 3304 | 96/0027.B.05/19 | Pyjamas in 2 pieces (Bulk lines)  (or pajamas) | COL1 11/A | |
| 3305 | 96/0027.B.06/19 | Pyjamas in 2 pieces (Bulk lines) | COL1 11/A | |
| 3306 | 96/0027.B.07/19 | Gilet "chevrons" | COL1 01/F | |
| 3307 | 96/0027.B.08/19 | Gilet "prince de Galles " | COL2 | |
| 3308 | 96/0027.B.09/19 | Jacket "pied de poule" | COL1 10/C | |
| 3309 | 96/0027.B.10/19 | Pants "chevrons" | COL1 01/F | |
| 3310 | 96/0027.B.11/19 | Pants "pied de poule" | COL2 | |
| 3311 | 96/0027.B.12/19 | Pants "pied de poule" | COL1 10/C | |
| 3312 | 96/0027.B.13/19 | Pants "prince de Galles" | COL2 | |
| 3313 | 96/0027.B.14/19 | Pants "chevrons" | COL1 01/F | |
| 3314 | 96/0027.B.16/19 | Chevron jacket | COL1 | |
| 3315 | 96/0027.B.18/19 | Pyjamas in 2 pieces (Gray blue lines) | COL1 03/D | |
| 3316 | 96/0027.B.19/19 | Pyjamas in 2 pieces (Gray blue lines) | COL1 03D | |
| 3317 | 96/0028 | Large square porthole | COL4 Bin 16B | |
| 3318 | 96/0029 | Dish, Crystal | COL2 018/C | |
| 3319 | 98/0001.C.01 | Rivet Fragment from a Porthole | COL2 026/B Box 7 | |
| 3320 | 98/0001.C.02 | Rivet Fragment from a Porthole | COL2 026/B Box 7 | |
| 3321 | 98/0001.G | Rivet | COL2 | |
| 3322 | 98/0001.I.01 | Half Rivet | COL2 | |
| 3323 | 98/0001.I.02 | Half Rivet | COL2 014/D | |
| 3324 | 98/0001.J | Rivet Fragment | COL2 026/B Box 7 | |

| | A | B | C | D |
|---|---|---|---|---|
| 3325 | 98/0001.L | Rivet | COL2 014/D | |
| 3326 | 98/0001.M | Piece of textile in the iron corrosion products | Bin 07 | |
| 3327 | 98/0001.N | Iron corrosion products | COL2 011/B | |
| 3328 | 98/0001.O | Porthole joint | COL2 022/F | |
| 3329 | 98/0001.R | Rusticles | Bin 07 | |
| 3330 | 98/0001.S | 1/4 of porthole with 4 rivets | COL4 Bin 18 | |
| 3331 | 98/0001.V.01 | Broken three point bend coupon specimen (2 pieces) made from hull steel of 98/0001.A1 | COL2 026/B Box 7 | |
| 3332 | 98/0001.V.02 | Half Slice of Rivet Hole | COL2 026/B Box 7 | |
| 3333 | 98/0001.V.03 | Half Slice of Rivet Hole | COL2 026/B Box 7 | |
| 3334 | 98/0001.V.04 | Hull Fragment | COL2 026/B Box 7 | |
| 3335 | 98/0001.V.05 | Hull Plate Fragment | COL2 026/B Box 7 | |
| 3336 | 98/0001.V.06 | Hull Plate Fragment | COL2 026/B Box 7 | |
| 3337 | 98/0001.V.07 | Hull Plate Fragment | COL2 026/B Box 7 | |
| 3338 | 98/0001.V.08 | Hull Plate Fragment | COL2 026/B Box 7 | |
| 3339 | 98/0001.W.01 | Rivet Fragment | COL2 026/B Box 7 | |
| 3340 | 98/0001.W.02 | Rivet Fragment | COL2 026/B Box 7 | |
| 3341 | 98/0001.W.03 | Rivet Fragment | COL2 026/B Box 7 | |
| 3342 | 98/0001.W.04 | Rivet Fragment | COL2 026/B Box 7 | |
| 3343 | 98/0001.W.05 | Rivet Fragment | COL2 026/B Box 7 | |
| 3344 | 98/0001.W.06 | Rivet Fragment | COL2 026/B Box 7 | |
| 3345 | 98/0001.W.07 | Rivet Fragment | COL2 026/B Box 7 | |
| 3346 | 98/0001.W.08 | Rivet Fragment | COL2 026/B Box 7 | |
| 3347 | 98/0001.W.09 | Rivet Fragment | COL2 026/B Box 7 | |
| 3348 | 98/0001.W.10 | Mounted Rivet Fragment | COL2 026/B Box 7 | |
| 3349 | 98/0001.W.11 | Rivet Fragment | COL2 026/B Box 7 | |
| 3350 | 98/0001.W.12 | Rivet Fragment | COL2 026/B Box 7 | |
| 3351 | 98/0001.W.13 | Rivet Fragment | COL2 026/B Box 7 | |
| 3352 | 98/0001.W.14 | Rivet Fragment | COL2 026/B Box 7 | |
| 3353 | 98/0001.W.15 | Rivet Fragment | COL2 026/B Box 7 | |
| 3354 | 98/0001.W.16 | Rivet Fragment | COL2 026/B Box 7 | |
| 3355 | 98/0001.W.17 | Rivet Fragment | COL2 026/B Box 7 | |
| 3356 | 98/0001.W.18 | Rivet | COL2 014/D | |
| 3357 | 98/0001.W.19A | Fragment of a Coupon | COL2 026/B Box 7 | |
| 3358 | 98/0001.W.19B | Fragment of a Coupon | COL2 026/B Box 7 | |
| 3359 | 98/0001.W.20A | Fragment of a Coupon | COL2 014/C | |
| 3360 | 98/0001.W.20B | Fragment of a Coupon | COL2 026/B Box 7 | |

| | A | B | C | D |
|---|---|---|---|---|
| 3361 | 98/0002 | Switch | COL2 014/C | |
| 3362 | 98/0004 | Large pouch | COL1 02/A | |
| | 98/0005 | Portion of Deck Plate | COL2 027/E | |
| 3363 | | | | |
| 3364 | 98/0006 | Portion of Deck Plate | COL2 RollingShelf1/C | |
| 3365 | 98/0006.01 | Piece of Deck Plate | COL2 026/B Box 7 | |
| 3366 | 98/0006.02 | Piece of Deck Plate | COL2 026/B Box 7 | |
| 3367 | 98/0006.03 | Piece of Deck Plate | COL2 022/B | |
| 3368 | 98/0006.04 | Piece of Deck Plate | COL2 026/B Box 7 | |
| 3369 | 98/0006.05A | Rivet | COL2 026/B Box 7 | |
| 3370 | 98/0006.05B | Half Rivet | COL2 014/D | |
| 3371 | 98/0006.06 | Rivet piece | COL2 026/B Box 7 | |
| 3372 | 98/0006.07 | Rivet Fragment not Piece of Deck Plate | COL2 026/B Box 7 | |
| 3373 | 98/0006.08 | Rivet Fragment not Piece of Deck Plate | COL2 026/B Box 7 | |
| 3374 | 98/0006.09 | Rivet Fragment not Piece of Deck Plate | COL2 026/B Box 7 | |
| 3375 | 98/0009 | Hourglass | COL2 013/B | |
| 3376 | 98/0014 | Pitcher, Floral Applique | COL2 | |
| 3377 | 98/0020 | Hand wheel | COL2 001/B | |
| 3378 | 98/0021 | Clock | COL2 SC01/F | |
| 3379 | 98/0022.a | D Deck door | COL4 | |
| 3380 | 98/0022.b | D Deck door handles | COL2 029/D, COL3 Shelf 1/B | |
| 3381 | 98/0022.c | D Deck door rusticles | Bin 06 | |
| 3382 | 98/0024 | Sugar pot | COL2 015/C | |
| 3383 | 98/0025.3/4 | Saucer, Blue Applique | COL2 015/D | |
| 3384 | 98/0026 | Porcelain Lid | COL2 016/D | |
| 3385 | 98/0027 | Plate, Side, Third Class Alternate | COL2 SC01/B | |
| 3386 | 98/0028 | Bottom of Makeup pot | COL2 016/B | |
| 3387 | 98/0029 | Plate, Dinner, Third Class Alternate Service | COL2 017/B | |
| 3388 | 98/0030 | Bowl, Floral Applique | COL2 015/C | |
| 3389 | 98/0032 | Cream pot with red top | COL2 012/D | |
| 3390 | 98/0033 | Small cream pot | COL2 012/D | |
| 3391 | 98/0035 | Lock | COL2 012/B | |
| 3392 | 98/0037 | Third Class Decanter with White Star Line Logo | COL2 016/D | |
| 3393 | 98/0038.A | Oil bottle | COL2 017/F | |

| | A | B | C | D |
|---|---|---|---|---|
| 3394 | 98/0038.B | Cork stopper | COL2 SC01/C | |
| 3395 | 98/0039.B/B | Broken switch from switch panel | COL2 SC01/C | |
| 3396 | 98/0040.A/C | Electric light glass | COL2 | |
| 3397 | 98/0040.B/C | Electric light bulb (inside A) | COL2 | |
| 3398 | 98/0040.C/C | Copper alloy base for electric light | COL2 SC01/B | |
| 3399 | 98/0041 | Cup, Tea, First Class Dining Room  Service | COL2 018/B | |
| 3400 | 98/0045.1/2 | Rubber Ring Joint | COL1 06/B | |
| 3401 | 98/0045.2/2 | Rubber Ring Joint | COL1 06/B | |
| 3402 | 98/0047 | Part of glass with WSL logo | COL2 018/D | |
| 3403 | 98/0048 | Flash bottle | COL2 017/E | |
| 3404 | 98/0051 | Spoon | COL2 024/B | |
| 3405 | 98/0052 | Sauce pot | COL2 SC01/F | |
| 3406 | 98/0054.A | Lid | COL2 024/C | |
| 3407 | 98/0054.B.1/8 | Plate Fragment, Second Class Dining Room Service | COL2 017/C | |
| 3408 | 98/0054.B.2/8 | Plate Fragment, Second Class Dining Room Service | COL2 017/C | |
| 3409 | 98/0054.B.3/8 | Carafe fragment | COL2 016/D | |
| 3410 | 98/0054.B.4/8 | Dish fragment w/ WSL logo | COL2 018/E | |
| 3411 | 98/0054.B.5/8 | Fragment of Small square Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | COL2 013/F | |
| 3412 | 98/0054.B.6/8 | Galley Flooring fragment | COL2 013/F | |
| 3413 | 98/0054.B.8/8 | Bag of sediment? | Bin 06 | |
| 3414 | 98/0055B | Chandelier fragment | COL2 014/C | |
| 3415 | 98/0056 | Fragment of a leather bag | COL4 Bin 24 | |
| 3416 | EXT 003/2000 | Gold pocket watch (original number 87/0061) | Lab | |
| 3417 | L08/0001A | Telegram from the Carpathia to Harry W. Dodge, sent April 17th, 1912 | COL1 04/H | |
| 3418 | L08/0001B | Telegram from the Carpathia to Lewis Peak, sent April 17th, 1912 | COL1 04/H | |
| 3419 | L08/0001C | Telegram from the Carpathia to Mrs. H G Berry, sent April 17th, 1912 | COL1 04/H | |

# Titanic: The Artifact Exhibition
## Six Artifacts at McGuire Woods, Norfolk, VA
## Artifact Inventory June 27, 2018

00/0111  **Soup Plate, Third Class Dining Room Service**

04/0031  **Bottle**

93/0110  **Cut crystal carafe w/ White Star Line flag**

94/0276  **Dish, Candy, First Class Dining**

96/0001  **Crystal carafe**

98/0044.1/2  **Mustard pot**



Titanic Artifacts with David Galusha

**87/0173**

Leather suitcase



**Case 5**

**93/0167**

Leather case



**Case**

# Titanic Artifacts In Las Vegas  9.21.2018

00/0001.18a  **Sealskin Slipper (proper left)**

00/0001.18b **Sealskin Slipper (proper right)**

00/0021.01  **Pan, Saute**

00/0024  **Nickel Coated Sponge Holder**

00/0056.1.01b  **Perfume label**

00/0056.1.05b  **Perfume label**

00/0056.1.06a  **Perfume vial**

00/0056.1.08a  **Perfume vial**

00/0056.2.29a  **Perfume vial**

00/0056.2e  **Main section from perfume sample leather case**

00/0056.3.07a  **Perfume vial**

00/0056.5.15a  **Perfume vial**

00/0056.5.30b  **Metal top**

00/0056.5.30c  **Metal bottom**

00/0056.5.30d  **Perfume label inside metal case**

00/0060  **Third Class Decanter with White Star Line Logo**

00/0078  **Dedicated Engine Wrench W/ Partial Handle**

00/0113a  **Top of a toothpaste jar**

00/0113b  **Bottom of a toothpaste jar**

00/0140.09  **Coal**

00/0141  **Wooden Builders Plaque**

00/0143  **Whistle Timer Control**

00/0157  **Saucer, Demitasse, First Class Dining Room Service**

00/0169a  **Leather Bag**




# Titanic Artifacts In Las Vegas  9.21.2018

00/0183



Creamer

00/0217



**Fork from First Class With White Star Line Logo**

00/0218



**Second Class Knife Handle**

00/0223



**Brown Ceramic Jug**

00/0224a



**First Class Tea Cup**
**<span style="color:red">Not first class WSL issue but a passenger's</span>**

00/0224b



**Oblong footed Saucer <span style="color:red">known as 'tea and toast' saucer</span>**

00/0227a



Egg Cup

00/0232



**Storage Water Heater Lid**

00/0237



**Shaving Mug with Monogram**

00/0238a



**Grand Staircase Landing Sign for C Deck**

00/0238b



**DEC letters to C Deck Landing Sign**

00/0238b.1



**Wood back of C Deck Landing Sign**

00/0241



**Trefoil Hors D'oeuvres Dish, First Class Dining Room Service**

00/0248b



**Dish, Candy, First Class Dining**

00/0248c



**Dish, Candy, First Class Diningunk**

00/0248e



**Dish, Candy, First Class Dining**

00/0249a



**Alligator Skin Bag**

00/0253a



**Telemotor Wheel Hub with Stand (Ship's Wheel)**

00/0270



**Second Class Soap Dish**

00/0272a



**Dish, Candy**

00/0272b



**Dish, Candy**

00/0320



**Third Class Oval Serving Bowl with White Star Line Logo**

00/0348



**Oval Porthole with Glass**

00/0356a



**Thermometer**

# Titanic Artifacts In Las Vegas  9.21.2018

00/0356c

Thermometer

00/0369B

Iced butter dish

00/0377a

Pulley Hook and Joint

00/0377b

Pulley Hook and Joint

00/0404gg

Man's Shirt Cuff **not as first identified as Bib**

00/0404ii.1

Man's Shirt Collar

00/0404v.1

Dropper

00/0404v.2

Pen

00/0418

Glass Vase with White Star Line Logo

00/0420b

First Class Bread or Fruit Dish

00/0429

Chamber Pot, **First Class**

04/0008

Fleur de lis tile

04/0038A

Subflooring with Grand staircase tile

04/0038G

Tile from Grand staircase

04/0038H

Tile from Grand staircase

04/0038I

Tile from Grand staircase

04/0038J

Tile from Grand staircase

04/0038K

Tile from Grand staircase

04/0038L

Tile from Grand staircase

04/0038M

Tile from Grand staircase

04/0038N

Tile from Grand staircase

04/0038O

Tile from Grand staircase

04/0038P

Tile from Grand staircase

04/0038Q

Tile from Grand staircase

# Titanic Artifacts In Las Vegas  9.21.2018



04/0038R — Tile from Grand staircase

04/0042A — Decorative section of Grand staircase balustrade

04/0042C — Decorative garland section of Grand staircase balustrade

04/0042D — Decorative section of Grand staircase balustrade

87/0009.01/94 — Au Gratin Dish

87/0009.02/94 — Au Gratin Dish

87/0009.03/94 — Au Gratin Dish

87/0009.04/94 — Au Gratin Dish

87/0009.05/94 — Au Gratin Dish

87/0009.06/94 — Au Gratin Dish

87/0009.07/94 — Au Gratin Dish

87/0009.08/94 — Au Gratin Dish

87/0009.33/94 — Au Gratin Dish

87/0009.34/94 — Au Gratin Dish

87/0009.35/94 — Au Gratin Dish

87/0009.36/94 — Au Gratin Dish

87/0009.37/94 — Au Gratin Dish

87/0009.38/94 — Au Gratin Dish

87/0009.39/94 — Au Gratin Dish

87/0009.40/94 — Au Gratin Dish

87/0009.41/94 — Au Gratin Dish

87/0009.42/94 — Au Gratin Dish

87/0009.43/94 — Au Gratin Dish

87/0009.44/94 — Au Gratin Dish

**Titanic Artifacts In Las Vegas  9.21.2018**






| 87/0009.45/94 | Au Gratin Dish | 87/0009.46/94 | Au Gratin Dish | 87/0009.47/94 | Au Gratin Dish | 87/0009.48/94 | Au Gratin Dish |
| 87/0009.49/94 | Au Gratin Dish | 87/0009.50/94 | Au Gratin Dish | 87/0009.51/94 | Au Gratin Dish | 87/0009.52/94 | Au Gratin Dish |
| 87/0009.53/94 | Au Gratin Dish | 87/0009.54/94 | Au Gratin Dish | 87/0009.55/94 | Au Gratin Dish | 87/0009.56/94 | Au Gratin Dish |
| 87/0009.57/94 | Au Gratin Dish | 87/0009.58/94 | Au Gratin Dish | 87/0009.59/94 | Au Gratin Dish | 87/0009.60/94 | Au Gratin Dish |
| 87/0009.61/94 | Au Gratin Dish | 87/0009.62/94 | Au Gratin Dish | 87/0009.63/94 | Au Gratin Dish | 87/0009.64/94 | Au Gratin Dish |
| 87/0011.1/3 | Cut crystal carafe w/ White Star Line flag | 87/0014 | Bell without mechanism | 87/0019B1/4 | Gillette razor | 87/0019C5/8 | Gillette razor blade wrapper (outer) |

## Titanic Artifacts In Las Vegas  9.21.2018

87/0029



Second Class Silver Plated Ladle

87/0046



Pendant and Chain with Gems

87/0049.016



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0068.002/347



U.S.- Dime; 1891 Seated Liberty

87/0068.160/347



U.S.- Half Dollar; 1874

87/0068.250/347



U.S.- Dollar; 1890

87/0068A.03



U.K.- Sovereign; 1894; Victoria

87/0068A.05



U.K.- Sovereign; 1899; Victoria

87/0068A.07



U.K.- Sovereign; 1910; Edward VII

87/0068A.09



U.K.- Sovereign; 1902; Edward VII

87/0068A.10



U.K.- Sovereign; 1911; George V

87/0068A.16



U.K.- Florin; 1889; Victoria

87/0068A.22



U.K.- One Penny; 1892; Victoria

87/0068A.23



U.K.- One Penny; 1862; Victoria

87/0068A.25



U.K.- One Penny; 1892; Victoria

87/0068A.86



U.K.- One Penny; 1910; Edwardus VII

87/0091.004/167



U.K.- Sovereign; 1898; Victoria

87/0091.006/167



U.K.- sovereign; 1890; Victoria

87/0091.007/167



U.K.- Sovereign; 1893; Victoria

87/0091.010/167



U.K.- sovereign; 1901; Victoria

87/0091.013/167



U.K.- sovereign; 1908; Edward VII

87/0091.017/167



U.K.- Sovereign; 1909; Edward VII

87/0091.025/167

U.K.- sovereign; 1910; Edward VII

87/0091.030/167

U.K.- sovereign; 1912; George V

# Titanic Artifacts In Las Vegas  9.21.2018

87/0091.047/167



U.K.- Six Pence; 1887; Victoria

87/0091.051/167



U.K.- Six Pence; 1905; Edwardus VII

87/0091.060/167



U.K.- One Shilling; 1871; Victoria

87/0091.085/167



U.K.- One Shilling; 1910; Edwardus VII

87/0091.101/167



U.K.- Half Crown; 1885; Victoria

87/0091.113/167



U.K.- Half Crown; 1909; Edwardus VII

87/0091.125/167



U.K.- 1 Florin/ 2 Schillings; 1908; Edwardus VII

87/0091.137/167



U.K.- Half Penny; 1890; Victoria

87/0091A.01



U.K.- Sovereign; 1900; Victoria

87/0091A.02



U.K.- Sovereign; 1903; Edward VII

87/0091A.16



U.K.- Six Pence; 1874; Victoria

87/0093.1/9



U.K.- 1 Shilling; 1887; Victoria

87/0094



Silver jewelry box

87/0097.216



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.310



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.508



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.638



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.690



U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison;

87/0097.728



U.S. $5 Legal Tender Note; Ser. 1907; Woodsman

87/0097.739



U.S. $5 Legal Tender Note; Ser. 1907; Woodsman

87/0097.743



U.S. $5 National Bank Note/ National Currency; Ser.1902; Benjamin Harrison;

87/0101



Soap box "Tala Registered"

87/0107



Auto Strop Safety Razor

87/0108.A3/8



Wrapped" Auto Strop" razor blade

**Titanic Artifacts In Las Vegas  9.21.2018**

87/0113A

Spectacles

87/0113B

Leather case from spectacles

87/0117

Glass bottle stopper

87/0126

Leather knife case and horn knife

87/0140

Case for travel flask

87/0162

Saucepan

87/0164.3/4

Tip Basin

87/0165A

Binnacle for Navigational compass "Lord Kelvin"

87/0165B

Binnacle for Navigational compass "Lord Kelvin"

87/0169A


Storage Water Heater

87/0169C.1/4

Pipe Fitting to Water Heater

87/0169C.2/4

Pipe Fitting to Water Heater

87/0169C.3/4

Pipe Fitting to Water Heater

87/0169C.4/4

Pipe Fitting to Water Heater

87/0184.D

Furnace inspection hole cover

87/0184.E

Furnace inspection hole cover

87/0184.F

Misc. parts to furnace inspection hole

87/0184.G

Misc. parts to furnace inspection hole

87/0184.I

Misc. parts to furnace inspection hole

87/0184.J

Misc. parts to furnace inspection hole

87/0188

First Class Faucet with marble surround

87/0197


Gilded lead grille

87/0203

Cigarette holder

87/0207

Cardboard shoe horn

**Titanic Artifacts In Las Vegas  9.21.2018**

87/0209  Medicinal rubber bulb

87/0210  Dropper with rubber tip

87/0244.1/2  Dish Cover

87/0244.2/2  Dish Cover

87/0258  Clothes hook with three hooks

87/0268  Soda bottle

87/0269.05/37  Receipt from GOKUL PRASAD CHEDI LAL EXHIBITION FURNISHERS of Fancy

87/0272  Shoe brush

87/0298.A3/4  Faience "H. P. Truefitt, Ltd." jar - bottom

87/0298.B3/4  Lid of "H.P. Truefitt Ltd." Faience jar

87/0303.3/4  Saucer, Deck Service

87/0305  Saucer, Demitasse, First Class Cafe Parisien

87/0306.B1  Saucer, Tea, First Class Dining Room Service

87/0317.1/2  Dessert Plate, Third Class Dining Room Service

87/0330  Palm Pot, Second Class Ornamental

87/0331.06/12  Plate, Second Class Dining Room Service

93/0017  Cup, Demitasse, First Class Cafe Parisien

93/0018  Floor Tile from First Class Smoking Room

93/0021  Soup bowl

93/0033  Spittoon

93/0039  Oval Dish, **Freesia Pattern not** Rose Pattern

93/0059.1A Musical instrument (clarinet)

93/0059.1B Musical instrument (clarinet)

93/0076  Central element of a deck bench

# Titanic Artifacts In Las Vegas  9.21.2018

93/0083  Green glass bottle

93/0085  Wrench

93/0115  Galley Flooring, "J.C. Edwards"

93/0119 Oval Soupiere (tureen), Third Class Dining Room Service

93/0141B1/3  Cigarette box with 1 paper label

93/0147A.22/52  Playing Card: 6 of Hearts

93/0147A.29/52  Playing Card: 8 of Diamonds

93/0147A.34/52  Playing Card: 2 of Clubs

93/0160A  Medal

93/0160B  Leather strap for medal

93/0176  Leather apron

93/0178.1/3  One Tool handle

93/0178.2/3  One Tool Handle

93/0178.3/3  One Tool handle

93/0192.2/3  Blue enameled and gold cufflinks and studs

93/0226  Leather case containing a spirit level

93/0259.1/2  Tool handle

93/0265.A2/6  Bolt

93/0265.B2/3 Nut

93/0267.1/3  One of Three pencils

93/0267.2/3  One of Three pencils

93/0279.15/15  Calling card of Howard A. Irwin

93/0292.09A/38 Postcard ".... Paris l'Arc de triomphe - LL"

93/0292.30/38  Postcard "1887 Paris Panorama Quartier Sainte Clothilde"

# Titanic Artifacts In Las Vegas  9.21.2018

93/0302.13/16



"Dear DOW" on a Card and the mention DOW B. LEWIS/Chicago

93/0321.14/22A



Sheet music "Love's Sweet Old Song"

93/0329.12f/14



White Star Line rectangular baggage label (6 of 8)

94/0007



Stained glass window from the First Class Lounge on Promenade deck

94/0024



Hot water tap with lead pipe

94/0025



Cold water tap with lead pipe

94/0029



Hand mirror "Royal Ivoire France"

94/0036.075/170



Coal

94/0038



Cup, Bullion, Deck Service

94/0040



Creamer, Brownware

94/0070



Dark brown glass bottle w/ cork inside

94/0094



Large bronze porthole

94/0102.3/4



Sherry glass

94/0102.4/4



Sherry glass

94/0116.A



Butter Dish

94/0119



Small pitcher w/ green marble glaze

94/0125.2/2



Flowered Blue Dish

94/0129



Footed ceramic bowl w/ green marble glaze

94/0131



Small ceramic pitcher w/ green marble glaze

94/0153



Large ceramic jug

94/0161



Perrier bottle

94/0162



Clock housing "Royal Ivoire France"

94/0163



Double door knob

94/0169



Shaving brush

**Titanic Artifacts In Las Vegas  9.21.2018**

94/0183.1/6 

Cup, Third Class Dining Room Service

94/0186

Custard cup 

94/0206 

Wall-mounted chandelier

94/0207.06/10  

Soup Spoon

94/0207.08/10 

Soup Spoon

94/0207.09/10 

Soup Spoon

94/0209.3/8

Teaspoon 

94/0209.8/8

Teaspoon 

94/0210.6/8

Relish Fork 

94/0210.7/8

Relish Fork 

94/0211.5/7

Dinner Fork  

94/0211.6/7

Dinner Fork 

94/0212.1/5

Serving Spoon 

94/0219

Graniteware Bowl 

94/0221 

One half of a tea cup w/ flowers around rim

94/0253.2/3

Dish, Serving, First Class Dining Room 

94/0254

Fruit Bowl, Third Class Dining Room Service 

94/0262.5/6

Champagne bottle  

94/0265

Fairlead

94/0269.A

Hook and pulley

94/0292.1/2 

Mustard Pot with Cork Inside

94/0311

Synthetic ivory brush back 

94/0333

Cup, Tea, First Class Dining Room Service 

94/0352

Plate, Dinner, First Class Restaurant 

# Titanic Artifacts In Las Vegas  9.21.2018

94/0358.2/3

Salt Cellar



94/0367

Toiletry item : shaving soap (copper alloy tub w/ lid)



94/0368

Toiletry item (gold powder canister) with few extent of content and swab;



94/0370.3/6

Third Class Floor Tile



94/0373

Second Class Soup Bowl with Blue Floral Design and WSL Logo



94/0375.1/2

Saucer, Third Class Dining Room Service



94/0383

Section of a marble ledge



94/0385.3/6

One of Six decorative tiles



94/0385.4/6

One of Six decorative tiles



94/0385.5/6

One of Six decorative tiles



94/0397

Star pin



94/0405.07.1

Gambling chip



94/0405.07.2

Gambling chip



94/0405.07.3

Gambling chip



94/0405.07.4

Gambling chip



94/0405.14

U.K.-1 Farthing 1882; Victoria



94/0405.16.1

Stud. Flower embellishment



94/0405.16.2

Stud backing. Jewelry Fragment



94/0405.17A

Button



94/0405.17B

Button



94/0406.1/6

1 of 6 small gaming chips



94/0406.2/6

1 of 6 small gaming chips



94/0406.3/6

1 of 6 small gaming chips



94/0406.4/6

1 of 6 small gaming chips



# Titanic Artifacts In Las Vegas  9.21.2018

94/0406.5/6

1 of 6 small gaming chips

94/0407

Miniature die

94/0409

Cuff-link with toughra of Sultan Abd al-Hamid II

94/0410

Pin

94/0411

Heart-shaped collar clip

94/0413

Locket

94/0417.7/9

Dish, Butter, Second Class Dining Room Service

94/0417.9/9

Dish, Butter, Second Class Dining Room Service

94/0421

Frame to Verandah Café window

94/0427.4/6

Thumb Fuse

94/0427.5/6

Thumb Fuse

94/0429

Bain Marie

94/0430

Electric lamp

94/0432

Angle Bracket

94/0442.A.1/4

Camera tripod

94/0442.A.2/4

Camera tripod

94/0442.A.3/4

Camera tripod

94/0442.B.1/3

Photographic Developing Tray

94/0442.B.2/3

Photographic Developing Tray

94/0445

Turnbuckle

94/0448

Union Jack Pin

96/0030

Beer Bottle

98/0001.A1

Hull section - "Big Piece"

98/0001.P

Rivet

**Titanic Artifacts In Las Vegas  9.21.2018**

98/0001.Q  **Rivet**

98/0001.T  **Rivet**

98/0011  **Egg cup**

98/0017  **Plate, Dinner, Third Class Alternate Service**

98/0018  **Purple glass with gold floral design**

98/0019   **Purple Carafe**

98/0025.4/4  **Saucer, Blue Applique**

98/0031  **Cupel**

98/0036  **Mustard Pot**

98/0039.A/B  **Switch panel**

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| 00/0001.19 — Leather case with leather buckle | 00/0001.26 — Trilby (E.S. Andrew's)  | 00/0001.26a — Buttons from hat  | 00/0027 — Table Base  |

00/0001.19

Leather case with leather buckle

00/0056.2.16b — Perfume label 

00/0056.2.18c — Metal case top  

00/0056.2.18d — Metal case bottom 

00/0056.2.21a — Perfume vial 

00/0056.2.24a — Perfume vial 

00/0056.2.29b — Perfume label 

00/0056.4.01b — Metal case top 

00/0056.4.01c — Metal case bottom 

00/0056.5.12a — Perfume vial 

00/0056.5.17 — Perfume vial 

00/0056.5.19 — Perfume vial 

00/0116 — Gear 

00/0140.02 — Coal 

00/0149 — Davit Line Securing Bit (Lifeboat Cleat) 

00/0170b — Thumb Fuse 

00/0179 — Third Class Floor Tile 

00/0182 — Soup Plate, First Class Restaurant 

00/0221a.1 — Thermometer 

00/0245 — Jam jar with White Star Line Logo 

00/0249d — Small Leather Wallet 

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| 00/0312d | 00/0371 | 00/0389 | 00/0393 |
|  Silk Shirt Collar |  Bronze Base for First Class Staircase Cherub |  Shackle |  Third Class Floor Tile |
| 00/0406 | 87/0008.1/3 | 87/0016 | 87/0019B2/4 |
|  Wall Sconce from First Class Lounge |   Third Class Cup with White Star Line logo | Trefoil Hors D'oeuvres Dish, First Class Dining Room Service |  Gillette razor blades and remnants |
| 87/0025 | 87/0027 | 87/0031 | 87/0039 |
|  Knife Chain and Case | Mechanical pencil with eraser **NOT a mechanical pencil but a pencil holder with** |   Pipe with sculpted bowl |  Yale "18620" key |
| 87/0049.005 | 87/0049.030 | 87/0052 | 87/0059 |
|  U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison; |  U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. |  Tie Pin with Scarab |  Heart-shaped Pendant |
| 87/0068.010/347 | 87/0068.024/347 | 87/0068.032/347 | 87/0068.041/347 |
|  U.S.- Dime; 1901 |  U.S.- Dime; 1909 |  U.S.- Quarter; 1892 |  U.S.- Quarter; 1893 |
| 87/0068.109/347 | 87/0068.164/347 | 87/0068.170/347 | 87/0068.243/347 |
|  U.S.- Quarter; 1904 |  U.S.- Half Dollar; 1894 |  U.S.- Half Dollar; 1898 |  U.S.- Half Dollar; 1901 |

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

87/0068.253/347

U.S.- Dollar; 1896

87/0068A.17

U.K.- 1 Florin/ 1 tenth of a pound; 1872; Victoria

87/0068A.36

U.K.- One Penny; 1885; Victoria

87/0075

Filigree Ring with Diamonds

87/0081.2

Watch Fob

87/0083

Box for Gillette razor blades

87/0090.3

Belgium- 2 Franc; 1868; Leopold II

87/0090.4

France- 1 Franc; 1901

87/0091.053/167

U.K.- Six Pence; 1910; Edwardus VII

87/0091.066/167

U.K.- One Shilling; 1911; George V

87/0091.074/167

U.K.- One Shilling; 1896; Victoria

87/0091.103/167

U.K.- Half Crown; 1890; Victoria

87/0091.120/167

U.K.- 1 Florin/ 2 Schillings; 1906; Edwardus VII

87/0091.128/167

U.K.- 1 Florin/ 2 Schillings; 1910; Edwardus VII

87/0091.139/167

France- Empire Franc; 1856; Napoleon III

87/0091A.09

U.K.- Sovereign; 1911; George V

87/0091A.10

U.K.- Sovereign; 1911; George V

87/0091A.11

U.K.- Sovereign; 1911; George V

87/0091A.25

Belgium- 5 CES;1902

87/0093.5/9

U.K.- 1 Florin; 1893; Victoria

87/0096

Silver mesh bag

87/0097.006

U.S. $10 Legal Tender/ Ser. 1901; Lewis/Clark Bison

87/0097.048

U.S. $5 National Bank Note/ National Currency, Ser. 1882; Benjamin Harrison;

87/0097.100

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

87/0097.169

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson

87/0097.232

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.246

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.265

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.294

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.670

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.687

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson

87/0097.689

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson

87/0097.702

U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.740

U.S. $1 Silver certificate; Ser. 1899

87/0097.741

U.S. $2 silver certificate; Ser. 1899

87/0104

Shaving brush

87/0109.2 C

Razor from Gillette interior box

87/0120A

Spectacles

87/0129

Curling Iron Heater

87/0139

Gold wrist watch

87/0145.2/3

Shoe brush

87/0145.3/3

Shoe brush

87/0156

Forward Masthead Light

87/0158.1

Porthole Dog

87/0159

"DOULTON & Co." sink with faucets

87/0161

Stock Pot

87/0165C

Compass Bowl from navigational compass "Lord Kelvin"; along with compass

87/0176.A
Telegraph (top section w/ mechanism and gear box, probably "manoeuvri

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

87/0177

Base of Telegraph (either docking bridge telegraph or from captain's

87/0179A

Deck bench armrest

87/0182

Electrical Deck Lamp

87/0190

Floor tile

87/0205

Leather razor strop "HORSE SHELL"

87/0206

Handle of straight razor

87/0230

Door lock

87/0235

Silverware tray

87/0241

First Class Teapot

87/0247

Leather Coin purse

87/0269.19/37.A

Receipt from R. Garofalo Tortoise-shell manufactory, Naples, in the

87/0269.33/37

Packing receipt from Thos. Cook & Son, Colombo, Ceylon (Sri Lanka), for George

87/0283

Glass bottle

87/0291.3/5

Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"

87/0292

Galley Flooring, "J.C. Edwards"

87/0293.1/2

Third Class Floor Tile

87/0293.2/2

Third Class Floor Tile

87/0295.1/2

Cup, Bullion, Deck Service

87/0296
Second Class Soap Dish

87/0298.A1/4

Faience jar "H.P. Truefitt Ltd." - bottom

87/0298.B1/4
Lid of "H.P. Truefitt Ltd." Faience jar

87/0303.1/4

Saucer, Deck Service

87/0313
Cut crystal vase

87/0331.03/12

Soup Bowl, Second Class Dining Room Service

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

87/0331.04/12

Plate, Second Class Dining Room Service

87/0332.A

Door of "Fire Resisting Safe, Thomas Perry & Son"

87/0332.B

Parts to "Fire Resisting Safe, Thomas Perry & Son"

87/0332.I

Parts to "Fire Resisting Safe, Thomas Perry & Son" (internal

93/0007

Chamber pot

93/0038.03/10

Plate, Freesia Pattern not Rose Pattern

93/0047

Pair of rubber shoes

93/0052.A

Ashtray with match box holder

93/0065

Textile bag with faux leather finish

93/0075

Central element of a deck bench

93/0077

Tip Basin

93/0090

Spittoon

93/0109A

Hot Water Boiler

93/0109B

Ceramic interior of hot water boiler

93/0111

Green glass bottle

93/0122

Hair brush back

93/0138

Small gold-plated box

93/0145

Leather Suitcase

93/0147A.36/52

Playing Card: 3 of Clubs

93/0147A.47/52

Playing Card: Queen of Diamonds

93/0158A

Stamp handle

93/0158B

Stamp metal

93/0213

18k Gold Collar Button

93/0244

Tool handle

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| 93/0249<br><br>**Tool handle** | 93/0267.3/3<br><br>**One of Three pencils** | 93/0279.08/15<br><br>**Calling card of Howard A. Irwin** | 93/0292.26/38<br><br>**Postcard: "2949 Paris Aéroplane évoluant au-dessus de Passy ..."** |
| 93/0298C.4/4<br><br>**Bolivia Tobacco Silk** | 93/0302.11/16<br><br><br>**"The Man & A Friend" Card with short text by DOW B. LEWIS/Chicago** | 93/0321.20/22<br><br>**"Some of These Days" sheet music** | 93/0323.09/14<br><br><br>**France- 10 franc; 1909** |
| 93/0323.11/14<br><br>**France- 5 franc; 1909** | 93/0323.14/14<br><br><br>**Australia- Six Pence; 1910; Edwardus VII** | 93/0325.2/3<br><br>**One of three Buckles** | 93/0329.12c/14<br><br><br>**White Star Line rectangular baggage label (3 of 8)** |
| 93/0332<br><br><br>**Tool handle (old number 93/0340)** | 94/0010<br><br>**Ornamental window frame** | 94/0014<br><br>**Ceramic marmalade "Dundee" jar** | 94/0030<br><br>**Plaque for berth number "2"** |
| 94/0034<br><br>**Small silver plated candy dish** | 94/0078<br><br>**Cup, Demitasse, First Class "Special Service"** | 94/0095.1/6<br><br>**Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"** | 94/0102.1/4<br><br>**Sherry glass** |
| 94/0102.2/4<br><br>**Sherry glass** | 94/0106<br><br>**Toiletry item: small decorative bottle** | 94/0114<br><br>**Grand Marnier bottle** | 94/0122<br>**Step or stair** |

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

94/0123

Double spoon

94/0128.1/2

One of Two porcelain vases

94/0128.2/2

One of Two porcelain vases

94/0150

Section of hull with rivets (touch piece)

94/0154.1/3

Hand mirror "Royal Ivoire France"

94/0160

Gilded lead grille

94/0173.001/136

Au Gratin Dish

94/0173.002/136

Au Gratin Dish

94/0173.003/136

Au Gratin Dish

94/0173.004/136


Au Gratin Dish

94/0173.005/136

Au Gratin Dish

94/0173.006/136

Au Gratin Dish

94/0173.007/136

Au Gratin Dish

94/0173.008/136


Au Gratin Dish

94/0173.009/136

Au Gratin Dish

94/0173.010/136

Au Gratin Dish

94/0173.011/136

Au Gratin Dish

94/0173.012/136

Au Gratin Dish

94/0173.013/136


Au Gratin Dish

94/0173.014/136

Au Gratin Dish

94/0173.015/136

Au Gratin Dish

94/0173.016/136

Au Gratin Dish

94/0173.017/136

Au Gratin Dish

94/0173.018/136

Au Gratin Dish

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

94/0173.019/136  Au Gratin Dish

94/0173.020/136  Au Gratin Dish

94/0173.021/136  Au Gratin Dish

94/0173.022/136  Au Gratin Dish

94/0173.023/136  Au Gratin Dish

94/0173.024/136  Au Gratin Dish

94/0173.025/136  Au Gratin Dish

94/0173.026/136  Au Gratin Dish

94/0173.027/136  Au Gratin Dish

94/0173.028/136  Au Gratin Dish

94/0173.029/136  Au Gratin Dish

94/0173.030/136  Au Gratin Dish

94/0173.031/136  Au Gratin Dish

94/0173.032/136  Au Gratin Dish

94/0173.033/136  Au Gratin Dish

94/0173.034/136  Au Gratin Dish

94/0173.035/136  Au Gratin Dish

94/0173.036/136  Au Gratin Dish

94/0173.037/136  Au Gratin Dish

94/0173.038/136  Au Gratin Dish

94/0173.039/136  Au Gratin Dish

94/0173.040/136  Au Gratin Dish

94/0175  Egg Cup, First Class Dining Room

94/0187  Crystal Condiment Pot with White Star Line flag

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

94/0207.01/10 — Soup Spoon



94/0207.02/10 — Soup Spoon

94/0210.2/8 — Relish Fork

94/0212.5/5 — Serving Spoon



94/0229 — Binoculars



94/0244 — Logometer



94/0245 — Clock housing "Royal Ivoire France"



94/0253.1/3 — Dish, Serving, First Class Dining Room




94/0262.1/6 — Champagne bottle



94/0271 — Clear glass bottle with seal and cork inside



94/0274 — Small square Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"



94/0288 — Tobacco pouch



94/0291 — Water storage tank



94/0295.A — Water faucets




94/0295.B — Pipe



94/0295.C — Pipe



94/0300 — Cooking pot



94/0317 — Large iron wrench



94/0324 — Soup Bowl, Third Class Dining Room Service



94/0326 — Saucer, Third Class Dining Room Service



94/0328.1/2 — Crystal decanter with WSL logo



94/0332 — Salt or pepper shaker with WSL logo



94/0334 — **Cosmetic Jar** Cut crystal condiment pot



94/0335 — Small glass dish with WSL logo



# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 94/0340  | Green glass bottle | 94/0349  | Dish, Crescent Side, First Class Restaurant | 94/0361  | Porcelain tea strainer | 94/0363  | Small crystal pot with WSL logo |
| 94/0365.A  | One of Four bevel-cut toiletry glass bottles | 94/0365.B  | One of Four bevel-cut toiletry glass bottles | 94/0365.D  | One of Four bevel-cut toiletry glass bottles | 94/0369  | Perfume bottle |
| 94/0370.1/6  | Third Class Floor Tile | 94/0370.2/6  | Third Class Floor Tile | 94/0370.4/6  | Third Class Floor Tile | 94/0370.5/6  | Third Class Floor Tile |
| 94/0376  | Thermometer | 94/0378.A  | Cherry toothpaste jar lid | 94/0378.B  | Cherry toothpaste jar bottom | 94/0391  | Barometer |
| 94/0401  | Lint brush | 94/0404  | Fragment of a comb | 94/0417.1/9  | Dish, Butter, Second Class Dining Room Service | 94/0427.6/6  | Thumb Fuse |
| 96/0002  | Cup, Tea, First Class Dining Room Service | 96/0005  | Wine bottle | 96/0013  | Small blue glass bottle | 96/0014.4/9  | Beer bottle |

# Titanic: The Artifact Exhibition
## T2 Krakow, Poland
## Artifact Inventory June 27, 2018

96/0018.09A

Half of a Rivet



96/0021

Silver chocolate pot



96/0022

Ship's whistle



96/0027.B.15/19

Pants "prince de Galles"

96/0027.B.17/19

Jacket "Prince de Galles"



98/0001.D

Rivet



98/0001.F.02

Half Rivet



98/0001.K

Rivet



98/0003

Cigarette-filter-holder or Cigar holder



98/0012

Pitcher, Floral Applique



98/0015

Cup, Blue Applique



98/0025.2/4

Saucer, Blue Applique



98/0034

Hook for clothing



98/0042

Cup, Third Class Dining Room Service



98/0044.2/2

Mustard Pot



# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

00/0001.20

Inkwell



00/0048a

Telegraph Base



00/0051a-f

Pitcher, Second Class Dining Room Service



00/0056.1.03

Perfume label



00/0056.1.08b

Perfume label



00/0056.2.09a

Perfume vial



00/0056.2.09b

Bottom of perfume vial



00/0056.2.09c

Perfume label



00/0056.2.16a

Perfume vial



00/0056.2.17a

Perfume vial



00/0056.2.28a

Perfume vial



00/0082

Mortice Lock With Wood Attached



00/0105

Steering Wheel Stand



00/0118b

First Class Chamber Pot



00/0123

Beer Bottle



00/0148a

Window from Officers Quarters



00/0148b

Window from Officers Quarters



00/0151

First Class Crystal Decanter with White Star Line Logo



00/0156

Saucer, Tea, First Class Dining Room Service



00/0158

Perfume Bottle



00/0159

Liquor Bottle



00/0163.2

Glass Bead from the Aft Staircase Chandelier



00/0163.3

Glass Bead from the Aft Staircase Chandelier



00/0175

Second Class Soap Dish

# Titanic: The Artifact Exhibition
# T3 Wuhan, China
## Artifact Inventory June 27, 2018

00/0177

Vase



00/0180

Bell Shaped Glass Bottle With Cork



00/0189

Soup Plate, Third Class Dining Room Service



00/0215

Collapsible Top Hat




00/0222

Ceramic Jug



00/0227c

Egg Cup



00/0228a

Top of a toothpaste jar



00/0228b

Bottom of a toothpaste jar



00/0242

Trefoil Hors D'oeuvres Dish, First Class Dining Room Service



00/0244

Egg Cup, first class



00/0249e.1.14

Calling Card: E Holt



00/0249h

Small Satin Pouch



00/0292

Baseboard Grill



00/0311i

**Open Locket formerly** Watch Backing



00/0325

Mug, Third Class Dining Room Service



00/0362

Silver Serving Dish Lid



00/0368e

Ceiling Light Fixture Crystal



00/0369C

Iced butter dish



00/0394a

Emergency engine room telegraph Top from Bridge




00/0397

Oval Porthole Frame



00/0400

Porthole Frame



00/0404ee

Man's Shirt Collar



00/0404ii.3

Man's Shirt Collar



00/0404o

Silk Necktie



# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

00/0404qq



**Folding Pocket Knife**

00/0404r



**Cravat**

00/0404ss



**Miniture Imitation Pistol**

00/0404tt



**Magnifying Glass**

00/0419



**Cup, Bullion, Deck Service**

04/0013



**Coffee mug**

04/0042B



**Decorative garland section of Grand staircase balustrade**

04/0049



**Wall sconce from A la Carte Restaraunt**

87/0001



**Teapot, Brownware**

87/0023



**Hairpin for Chignon Decorated with Chinese Ideogram for "Long Life"**

87/0035



**Black silk bow tie**

87/0047



**"Amy" Bracelet**

87/0049.001



**U.S. $5 Legal Tender Note; Ser. 1907; Woodsman**

87/0049.026



**U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison;**

87/0049.047



**Bank Note - $10 US Silver Certificate; Hendricks**

87/0061



**Gold Pocket watch**

87/0065



**Ring with Sapphires and Diamond**

87/0068.009/347



**U.S.- Dime; 1900**

87/0068.157/347



**U.S.- Quarter; 1911**

87/0068.196/347



**U.S.- Half Dollar; 1901**

87/0068.257/347



**U.S.- Dollar; 1900**

87/0068A.19



**U.K.- Half Crown; 1900; Victoria**

87/0068A.85



**U.K.- One Penny; 1910; Edwardus VII**

87/0068A.87



**U.K.- One Penny; 1910; Edwardus VII**

# Titanic: The Artifact Exhibition
# T3 Wuhan, China
# Artifact Inventory June 27, 2018

| | |
|---|---|
| 87/0071  | Ribbon Brooch with Diamonds |
| 87/0081  | Heart-shaped Pendant with Gems on a Chain (.1); Watch fob (.2) |
| 87/0084  | Stamped plate |
| 87/0088.1  | Gold clasp with diamonds not tie pin |

| | |
|---|---|
| 87/0088.2  | Gold tie pin with diamonds |
| 87/0091.011/167  | U.K.- sovereign; 1907; Edward VII |
| 87/0091.015/167  | U.K.- sovereign; 1908; Edward VII |
| 87/0091.016/167  | U.K.- sovereign; 1908; Edward VII |

| | |
|---|---|
| 87/0091.018/167  | U.K.- sovereign; 1909; Edward VII |
| 87/0091.019/167  | U.K.- sovereign; 1910; Edward VII |
| 87/0091.028/167  | U.K.- sovereign; 1911; George V |
| 87/0091.055/167  | U.K.- Six Pence; 1909; Edwardus VII |

| | |
|---|---|
| 87/0091.086/167  | U.K.- One Shilling; 1910; Edwardus VII |
| 87/0091.112/167  | U.K.- Half Crown; 1907; Edwardus VII |
| 87/0091.124/167  | U.K.- 1 Florin/ 2 Schillings; 1908; Edwardus VII |
| 87/0091.126/167  | U.K.- 1 Florin/ 2 Schillings; 1909; Edwardus VII |

| | |
|---|---|
| 87/0091.138/167  | U.K.- Half Penny; 1908; Edwardus VII |
| 87/0091A.26  | Belgium- 10 CES; 1902 |
| 87/0095.B  | Key for Lock for a leather bag |
| 87/0097.003  | U.S. $10 Legal Tender; Ser. 1901; Lewis/Clark Bison |

| | |
|---|---|
| 87/0097.004  | U.S. $10 Legal Tender; Ser. 1901; Lewis/Clark Bison |
| 87/0097.009  | U.S. $10 National Bank Note/ National Currency; West Fargo, National Bank of San |
| 87/0097.011  | U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley; |
| 87/0097.012  | U.S. $10 National Bank Note/ National Currency; Ser. 1902; National Bank of the |

# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

| 87/0097.013 | U.S. $10 National Bank Note/ National Currency; Ser. 1902; Farmers Deposit | 87/0097.019 | U.S. $10 National Bank Note/ National Currency; Ser.1902; William McKinley; | 87/0097.024 | U.S. $10 National Bank Note/ National Currency; Ser.1902; William McKinley; | 87/0097.046 | U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas |
|---|---|---|---|---|---|---|---|
| 87/0097.133 | U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/ Woodchopp | 87/0097.137 | U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/ Woodsman | 87/0097.142 | U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson / Woodsman | 87/0097.634 | Dominion of Canada $0.25 Fractional Currency Note |
| 87/0097.729 | U.S. $5 Legal Tender Note; Ser. 1907; Woodsman | 87/0097.734 | U.S. $10 National Bank Note/ National Currency; Ser. 1902; Central National | 87/0103 | Gladstone bag | 87/0108.A1/8 | Wrapped " Auto Strop" razor blade |
| 87/0110 | Copper soap box | 87/0111 | Shaving soap stick in a metal "William Shaving Stick" box | 87/0112.A | Leather spectacle case | 87/0112B | Spectacles |
| 87/0119 | Sharpened quills held by a string | 87/0123 | Pipe stem | 87/0141A | Leather case (cigarettes box) | 87/0141B1/5 | Cigarette |
| 87/0141B2/5 | Cigarettes | 87/0141B3/5 | Cigarettes | 87/0141B4/5 | Cigarettes | 87/0141B5/5 | Cigarettes |

# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| 87/0150  Deck bench armrest | 87/0152  Waste pump | 87/0154  Deck bell | 87/0157  Faucet with Marble Surround |
| 87/0164.1/4  Tip Basin | 87/0183  Deck Lamp | 87/0186  Wall telephone | 87/0223.A2/3  Glass Bottle |
| 87/0223.A3/3  Glass Bottle | 87/0251  Bell | 87/0257  Silver plated ladle | 87/0263  Clock housing "Royal Ivoire France" |
| 87/0267  Wine bottle with cork inside | 87/0269.35/37.  Travel Itinerary Page 2 of 10-paged, half-sized, portable, incomplete itinerary for | 87/0269.35/37.  Travel itinerary Page 3 of 10-paged, half-sized, portable, incomplete itinerary for | 87/0282  Glass stopper for carafe - not bottle |
| 87/0294  Galley Flooring, "J.C. Edwards" | 87/0298.A2/4  Faience "H. P. Truefitt, Ltd." jar - bottom | 87/0298.B2/4  Lid of "H.P. Truefitt Ltd." Faience jar | 87/0303.4/4  Saucer, Deck Service |
| 87/0307.B  Side Plate, First Class Restaurant | 87/0315.2/2  Mustard Pot with Cork Inside | 87/0319A  Cup, Demitasse, First Class "Special Service" | 87/0319B Saucer, Demitasse, First Class "Special Service" |

# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

87/0331.05/12

**Plate, Second Class Dining Room Service**

87/0331.09/12

**Plate, Second Class Dining Room Service**

93/0015

**Second Class Fruit Dish**

93/0016

**Dish, Candy**

93/0022

**Coat hooks**

93/0037

**Gimbal lamp**

93/0053.1

**Tap (faucet) main piece**

93/0059.2A

**Musical instrument (clarinet)**

93/0059.2B

**Musical instrument (clarinet)**

93/0074

**Left deck bench end**

93/0080

**Oval Dish, Freesia Pattern not Rose Pattern**

93/0101

**Oil distribution box**

93/0107A

**Top of waste pump knob**

93/0135

**Double faucets**

93/0136C

**Iron pulley from the double davit and parts**

93/0147A.04/52

**Playing Card: King of Diamonds**

93/0147A.23/52

**Playing Card: 5 of Spades**

93/0147A.27/52

**Playing Card: 5 of Hearts**

93/0155A

**Tool handle**

93/0155B
**Leather Sheath for tool handle**

93/0156

**Tool handle**

93/0175.01/24

**Clothes pin half**

93/0175.02/24
**Clothes pin half**

93/0175.03/24
**Clothes pin half**

# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

| 93/0175.04/24 Clothes pin half | 93/0175.05/24 Clothes pin half | 93/0175.06/24 Clothes pin half | 93/0175.07/24 Clothes pin half |
|---|---|---|---|
| 93/0175.08/24 Clothes pin half | 93/0175.09/24 Clothes pin half | 93/0175.10/24 Clothes pin half | 93/0175.11/24 Clothes pin half |
| 93/0175.12/24 Clothes pin half | 93/0175.13/24 Clothes pin half | 93/0175.14/24 Clothes pin half | 93/0175.15/24 Clothes pin half |
| 93/0175.16/24 Clothes pin half | 93/0175.17/24 Clothes pin half | 93/0175.18/24 Clothes pin half | 93/0175.19/24 Clothes pin half |
| 93/0175.20/24 Clothes pin half | 93/0175.21/24 Clothes pin half | 93/0175.22/24 Clothes pin half | 93/0175.23/24 Clothes pin half |
| 93/0175.24/24 Clothes pin half | 93/0187 Tool handle | 93/0189 Tool handle | 93/0190 Tool handle |

# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| **93/0192.1/3**  Green enameled and gold cufflinks and studs **and collar buttons** | **93/0194 A/B**  Pair of socks | **93/0196.1/2**  1 pair of elastic bands | **93/0210**  Elephant shaped Pendant, from jewellery box 93/0143 |
| **93/0212**  Collar Clip | **93/0247A**  Tool handle in two parts **perhaps a draw gauge handle ASK** | **93/0247B**  Tool handle in two parts **perhaps a draw gauge handle ASK** | **93/0265.A1/6**  Bolt |
| **93/0265.B1/3**  Nut | **93/0279.07/15**  Calling card of Howard A. Irwin | **93/0292.31/38**  Postcard "Quartier Sainte-Clotilde" | **93/0298A,B**  "Standard Home and School Dictionary" 1910 EDITION |
| **93/0303.006**  Postcard: Iles-sous-le-Vent - Ile de Borabora | **93/0303.016**  Postcard: "If dreams would come true.." | **93/0303.031**  Postcard: Long Beach Pier and Sun Pavilion, Long Beach Ca. | **93/0321.09/22**  "Strand" Musical Portfolio Songs & Music |
| **93/0329.02**  Envelope folded partly printed in blue "Baggage Lables… White Star | **94/0002**  Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach" | **94/0006** Stock pot  The file cannot be found: 94-0006.jpg | **94/0011**  Porcelain wine pitcher |
| **94/0036.046/170**  Coal | **94/0044**  Souvenir Plate | **94/0051** Isle of Man Steamer Plate | **94/0061**  Decorative wooden furniture element |

# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

94/0068 — Large iron wrench



94/0073 — Cup, Third Class Dining Room Service



94/0076 — Small square Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach"



94/0079 — Wine bottle w/ cork inside

94/0134 — Miniature figurine of a dog



94/0152 — Rivet



94/0157 — Steam engine indicator



94/0164 — Chandelier



94/0173.041/136 — Au Gratin Dish



94/0173.042/136 — Au Gratin Dish



94/0173.043/136 — Au Gratin Dish



94/0173.044/136 — Au Gratin Dish



94/0173.045/136 — Au Gratin Dish



94/0173.046/136 — Au Gratin Dish




94/0173.047/136 — Au Gratin Dish




94/0173.048/136 — Au Gratin Dish



94/0173.049/136 — Au Gratin Dish



94/0173.050/136 — Au Gratin Dish




94/0173.051/136 — Au Gratin Dish



94/0173.052/136 — Au Gratin Dish



94/0173.053/136 — Au Gratin Dish



94/0173.054/136 — Au Gratin Dish



94/0173.055/136 — Au Gratin Dish



94/0173.056/136 — Au Gratin Dish




# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

94/0173.057/136  Au Gratin Dish

94/0173.058/136  Au Gratin Dish

94/0173.059/136  Au Gratin Dish

94/0173.060/136  Au Gratin Dish

94/0173.061/136  Au Gratin Dish

94/0173.062/136  Au Gratin Dish

94/0173.063/136  Au Gratin Dish

94/0173.064/136  Au Gratin Dish

94/0173.065/136  Au Gratin Dish

94/0173.066/136  Au Gratin Dish

94/0173.067/136  Au Gratin Dish

94/0207.03/10  Third Class Soup Spoon

94/0207.07/10  Third Class Soup Spoon

94/0209.5/8  Teaspoon

94/0209.6/8  Teaspoon

94/0210.4/8  Relish Fork

94/0210.5/8  Relish Fork

94/0211.1/7  **FIRST** Third Class Dinner Forks

94/0211.7/7  **FIRST** Third Class Dinner Fork

94/0212.3/5  **FIRST** Third Class Serving Spoon

94/0217  Ceramic jug

94/0241.A  Filter Frame

94/0253.3/3  Dish, Serving, First Class Dining Room

94/0253.A  Dish Fragment, Serving, First Class Dining Room

# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| 94/0258  | **Third Class Floor Tile** | 94/0262.4/6  | **Champagne bottle** |

94/0289  **Tobacco pipe**

94/0304.1/2  **Bracket for Wood Handrail**

94/0304.2/2  **Bracket for Wood Handrail**

94/0309  **Decorative Light Socket Cover**

94/0320 **Cargo Hook**

94/0323.2/2  **Dish, Candy, First Class Dining**

94/0328.2/2  **Cut crystal decanter w/ WSL logo**

94/0337  **Blue glass pitcher w/ floral design**

94/0345  **Ceramic jug**

94/0348  Bowl, Fruit, First-Class À la Carte Restaurant

94/0350  **Cup, Demitasse, First Class Cafe Parisien**

94/0357  **Palm Pot, Second Class Ornamental**

94/0358.1/3  **Salt Cellar**

94/0360  **Small cut crystal decanter w/ WSL logo**

94/0375.2/2  **Saucer, Third Class Dining Room Service**

94/0377  **Plate, Third Class Dining Room Service**

94/0385.6/6  **One of Six decorative tiles**

94/0386  **Handle of straight razor**

94/0408  **Stick pin w/ fox's head**

94/0418  **Large cooking pot**

94/0427.1/6  **Thumb Fuse**

94/0435  **Hand mirror back "Royal ivoire France" w/ loop handle**

# Titanic: The Artifact Exhibition
## T3 Wuhan, China
## Artifact Inventory June 27, 2018

94/0446

Necklace beaded

96/0014.6/9

Beer Bottle

96/0018.04A

half a rivet

96/0018.07A

Half of a Rivet

96/0024

Catwalk Stair Tread

96/0026.A

Ship's clock (chronometer ?)

98/0001.B

Hull section - touch piece (formerly numbered 01EXT/0014)

98/0008

**Deck Light per Sauder not a** Sky light

98/0023

Cup, Tea, First Class Dining Room Service

98/0025.1/4

Saucer, Blue Applique

98/0049

Brown bottle

98/0050

Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"

98/0053

Shoe, man's right

# Titanic: The Artifact Exhibition
## T6 Richmond, BC, Canada
## Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| 00/0009  Floor Tile | 00/0052  Tip Basin | 00/0056.1.02a  Perfume vial | 00/0056.2.01b  Perfume label |
| 00/0056.2.04a  Perfume vial | 00/0056.2.24b  Perfume label | 00/0056.5.24  Glass stopper | 00/0088  Men's Shoe |
| 00/0107  Beveled Gear With Shaft (docking bridge? to Navigating Bridge) | 00/0140.13  Coal | 00/0144  Fragment of second class dining room seat Back | 00/0144.2  Seat Number (191) |
| 00/0197b  Grand Staircase Garland | 00/0205c  Plate, Second Class Dining Room Service | 00/0208  Saucer, Third Class Dining Room Service | 00/0235  Comb |
| 00/0247  Oval Serving Bowl, Third Class Dining Room Service | 00/0249bb  Tapered Green glass bottle with contents | 00/0249l  Small Draw String Damask bag | 00/0311h  Filigree Barrette |
| 00/0332  Filter Frame? | 00/0335  Third Class Floor Tile | 00/0349  Vented Porthole | 00/0368g  Ceiling Light Fixture Crystal |





# Titanic: The Artifact Exhibition
## T6 Richmond, BC, Canada
## Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| 00/0404j  | Pair of Black Wool Socks | 00/0404nn  | White Cotton Work Shirt with Black Stripes |

00/0420a  First Class Bread or Fruit Dish

87/0024  Glass jar containing powder

87/0036.A  Copper soap box

87/0036.B  Soap from copper soap box

87/0041  Leather and velvet compact "Stewart Dawson & Co"

87/0049.023  Dominion of Canada $1 Government Issue Note; Ser. 1870?

87/0060  Safety Pin Brooch

87/0063  Brooch

87/0068.255/347  U.S.- Dollar; 1899

87/0073  Leather coin purse

87/0076  Ring with Three Diamonds

87/0078  Watch Chain

87/0082  Heart-shaped Pendant with Clasp on a Chain

87/0091.102/167  U.K.- Half Crown; 1885; Victoria

87/0091.118/167  U.K.- 1 Florin/ 2 Schillings; 1902; Edwardus VII

87/0097.632  Dominion of Canada $0.25 Fractional Currency Note;

87/0097.722  Dominion of Canada $5 Bank Note; Bank of Nova Scotia

87/0097.724  U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.727  U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.733  U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.737  Dominion of Canada $20 Bank Note; Canadian Bank of Commerce

87/0105.A  Leather spectacle case (GFR opticien)

# Titanic: The Artifact Exhibition
## T6 Richmond, BC, Canada
## Artifact Inventory June 27, 2018

87/0134C.01/12 
Toronto trolley tickets

87/0134C.02/12 
Toronto trolley tickets

87/0155 
Metal chandelier gilded by electrolysis

87/0158.2 
Porthole dog

87/0204 
Shoe brush

87/0214.1B 
Handkerchief

87/0248 
Brush back of synthetic ivory

87/0255 
Silver plated fan w/ detached blade

87/0281 
Chamber Pot

93/0008 
Top of a toothpaste jar

93/0009 
Small Square Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"

93/0038.10/10 
Plate, **Freesia Pattern not** Rose Pattern

93/0063 
Cigar holder

93/0103 
Small whistle

93/0128 
Leather bag

93/0142 
Suspenders

93/0147A.07/52 
Playing Card: Jack of Spades

93/0195.2/2 
Man's silk necktie

93/0227 
Leather pouch containing tools

93/0233A 
Plumb bob

93/0236
Folding measuring stick

93/0253.1/2
Tool handle

93/0253.2/2
Tool handle

93/0279.02/15
Calling card of Howard A. Irwin

# Titanic: The Artifact Exhibition
## T6 Richmond, BC, Canada
## Artifact Inventory June 27, 2018

93/0286

Calling card of Chas. G. Harvey

93/0292.24/38

Postcard: "1551 Paris (XVIII°) Montmartre Sacré Coeur - LL"

93/0292.33/38

Postcard: "1098 Paris Panorama Pris du Grand Palais LL"

93/0298D.2/3

One of two certificates "United Cigar Stores company  n °103708" = D2 & n°

93/0303.019A

Postcard: Of course I know you're busy, As busy as a bee, But I do think you might

93/0303.019B

Postage stamp

93/0303.023A

Postcard: Baptist Church, Oshawa, Ont., Canada

93/0303.023B

Postage stamp

93/0321.16/22

"ALL THAT I ASK OF YOU IS LOVE" sheet music

93/0329.10

Rectangular baggage label with an F handwritten in blue ink

94/0039.1

Glass box Bottom

94/0039.2

Glass box Top

94/0042

Clover-shaped white demi-tasse

94/0074

Creme de Menthe Clear glass bottle w/ cork inside

94/0087

Blue & white porcelain lid w/ roses

94/0095.5/6

Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"

94/0107

Cut crystal carafe with White Star Line Logo

94/0121. A

Cooking pot

94/0132

Figurine of Dutch boy w/ clog

94/0137

Miniature porcelain cup

94/0138

Broken crystal vase w/ White Star Line flag

94/0173.081/136

Au Gratin Dish

94/0173.082/136

Au Gratin Dish

94/0173.083/136

Au Gratin Dish

# Titanic: The Artifact Exhibition
## T6 Richmond, BC, Canada
## Artifact Inventory June 27, 2018

94/0173.084/136 — Au Gratin Dish


94/0173.085/136 — Au Gratin Dish


94/0173.086/136 — Au Gratin Dish

94/0173.087/136 — Au Gratin Dish


94/0173.088/136 — Au Gratin Dish


94/0173.089/136 — Au Gratin Dish


94/0173.090/136 — Au Gratin Dish


94/0173.091/136 — Au Gratin Dish


94/0173.092/136 — Au Gratin Dish


94/0173.093/136 — Au Gratin Dish


94/0173.094/136 — Au Gratin Dish


94/0173.095/136 — Au Gratin Dish


94/0173.096/136 — Au Gratin Dish


94/0173.097/136 — Au Gratin Dish


94/0173.098/136 — Au Gratin Dish



94/0173.099/136 — Au Gratin Dish


94/0173.100/136 — Au Gratin Dish


94/0207.10/10 — One soup spoon in concretion


94/0212.4/5 — Serving Spoon



94/0318 A — Oil distribution box


94/0329.A — Clear glass bottle


94/0347 — Logometer


94/0366 — Cup, Third Class Dining Room Service


94/0387 — Miniature porcelain pot





# Titanic: The Artifact Exhibition
## T6 Richmond, BC, Canada
## Artifact Inventory June 27, 2018

| | | |
|---|---|---|
| 94/0441.A | Ratchet Screw Driver with Locking Mechanism | |
| 94/0441.B | Ratchet Screw Driver Bit | |
| 96/0010.A | Syringe | |
| 96/0014.3/9 |  | Beer bottle |

96/0016  Brown wine bottle

96/0018.02B  Rivet

96/0018.02D.01  Half of Rivet

96/0018.10A  Piece of rivet

98/0001.E  Half Rivet in Lucite

98/0010  Second Class Soap Dish

98/0016  Saucer, Tea, First Class Dining Room Service

98/0054.B.7/8  Galley Flooring fragment, "J.C. Edwards"

# Titanic: The Artifact Exhibition
# T7 Waco, Texas
# Artifact Inventory June 27, 2018

00/0001.10A  Page from Spelling Book

00/0001.15.08   Postcard Section: "Estacion del F.C.A. - Rio Cuarto Prov. de Cordoba"

00/0001.25  Dress Shoes

00/0008   Mustard Pot

00/0022  Blue & White Enamel Pot

00/0037   Bell

00/0056.1.09b   Perfume label

00/0056.2.04b  Perfume label

00/0056.2.22a  Perfume vial

00/0056.3.05a   Perfume vial

00/0056.4.01a  Perfume vial

00/0056.5.25  Glass stopper

00/0062  Deck Lamp

00/0065  Second Class Smoking Room Table Base

00/0081  Bain Marie

00/0086a  Cherry Toothpaste Container Top

00/0086b  Cherry Toothpaste Container Bottom

00/0095   Dish, Butter, Second Class Dining Room Service

00/0096  Small Gold Plated Cylindrical Tin With Top

00/0098  Nickel Sauce Pan

00/0099  Bath Tub Hot and Cold Water Fixture

00/0118c  First Class Chamber Pot

00/0133a  Hand Rail Bracket

00/0145  Hand Rail End Piece

# Titanic: The Artifact Exhibition
## T7 Waco, Texas
## Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| 00/0166a  Telegraph Mechanism | 00/0170a  Fuse Plate | 00/0176  Cup, Demitasse, First Class "Special Service" | 00/0202  Sauce Pan |
| 00/0204 Glass Vase with White Star Line Logo | 00/0205a  Plate, Second Class Dining Room Service | 00/0207  Saucer, Third Class Dining Room Service | 00/0213 Creamer, First Class Dining Room Service |
| 00/0225  Marmalade Jar | 00/0227b  Egg Cup | 00/0249d.3  Deposit Slip from Savings Bank Dept., General Post Office, London | 00/0249r  Hairpin |
| 00/0249x  Button AK Metal Pendant Support (black onyx beads and one trillion cut onyx) | 00/0273  Inkwell | 00/0314  Clear Bottle with Cork | 00/0319  Green Bulbus Bottle with Cork |
| 00/0322  Clear Glass Olive Bottle | 00/0336  Ceramic Jug | 00/0343  Waste Pipe Grip Handle | 00/0385  Pastry Bowl |
| 00/0390  Wrench | 00/0414a  Engine Thermometer | 00/0421  Gimbal Lamp | 04/0002  Porthole |

# Titanic: The Artifact Exhibition
# T7 Waco, Texas
# Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| 04/0003  | Acanthus ornament from first class headboard | 04/0017A  | Electrical outlet, exterior |
| 04/0017B  | Electrical outlet, interior | 04/0048  | Cooking Pot |
| 87/0006.3/3  | Soup Bowl, Third Class Dining Room Service | 87/0009.65/94  | Au Gratin Dish |
| 87/0009.66/94  | Au Gratin Dish | 87/0009.67/94  | Au Gratin Dish |
| 87/0009.68/94  | Au Gratin Dish | 87/0009.69/94  | Au Gratin Dish |
| 87/0009.70/94  | Au Gratin Dish | 87/0009.71/94  | Au Gratin Dish |
| 87/0009.72/94  | Au Gratin Dish | 87/0009.73/94  | Au Gratin Dish |
| 87/0009.74/94  | Au Gratin Dish | 87/0012  | Jam pot of cut crystal, w/ White Star Line flag |
| 87/0034  | Painted wood shaving brush | 87/0044  | Braided Chain |
| 87/0045  | Brooch Mounted with Gems and Pearls | 87/0048  | Coin Medallion of Roman Emperor Antoninus Pius |
| 87/0049.008  | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. | 87/0049.027  | U.S. $5 Legal Tender; US National Currency; Series of 1902; Woodsman |
| 87/0049.041  | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief | 87/0049.045  | U.S. $2 Silver Certificate; Ser. 1899; George Washington |



# Titanic: The Artifact Exhibition
## T7 Waco, Texas
## Artifact Inventory June 27, 2018

| | | | |
|---|---|---|---|
| 87/0053  | 87/0068.015/347  | 87/0068.090/347  | 87/0068.174/347  |
| **Lapel or** Tie Pin with Gems | U.S.- Dime; 1905 | U.S.- Quarter; 1902 | U.S.- Half Dollar; 1899 |
| 87/0068.254/347  | 87/0068A.59  | 87/0072.3/7  | 87/0093.4/9  |
| U.S.- Dollar; 1899 | U.K.- One Penny; 1898 | UK; Sovereign; 1912; Georgius V | U.K.- 1 Shilling; 1900; Victoria |
| 87/0097.708  | 87/0189  | 87/0249  | 87/0269.07/37.p1  |
| U.S. $10 National Bank Note/ National Currency: Ser. 1902; William McKinley; | Floor tile | Brush back of synthetic ivory | Publicity card for Whittemore's shoe products, in the possession of George |
| 87/0269.07/37.p2  | 87/0299.1/3  | 87/0316  | 87/0331.07/12  |
| Receipt No. 28 from Thos. Cook & Son, Colombo, for George "Thorne" (Rosenshine) | Mold; Bowl, faience | Salt cellar | Soup Bowl, Second Class Dining Room Service |
| 93/0002  | 93/0041  | 93/0043  | 93/0056.1/2  |
| Brown Jug | Oval Dish, **Freesia Pattern not** Rose Pattern | Soup tureen, passenger's personal effect | Celluloid Tooth Brush 1 of 2 |
| 93/0071  | 93/0134  | 93/0147A.08/52  | 93/0147A.14/52  |
| Plate, Third Class Dining Room Service | Right deck bench end | Playing Card: 9 of Clubs | Playing Card: Jack of Diamonds |

# Titanic: The Artifact Exhibition
## T7 Waco, Texas
## Artifact Inventory June 27, 2018

93/0148

**Tool handle**



93/0181

**Tool handle**



93/0193.1/2

**One pair of Men socks**



93/0228

**Leather pouch closed with snap-fastener**



93/0239

**Metal handle (door bolt ?)**



93/0254

**Tool handle**



93/0287

**Calling card of John J. Masterson**



93/0288

**Gold pen**



93/0291.03/35

**One postcard "Rochambeau"**



93/0303.009

**Postcard: Ile de Borabora - Iles-sous-le-Vent - Village de Borabora**



93/0303.103A

**Postcard: County Court House, Dallas Texas**



93/0303.113

**Postcard: I'm not so much at writing…**



93/0329.12b/14

**White Star Line rectangular baggage label (2 of 8)**



94/0015

**Side Plate, First Class Restaurant**



94/0016

**Cup, Chocolate, First Class Dining Room**



94/0095.3/6

**Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"**



94/0095.4/6

**Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"**



94/0097.1/2

**Small square Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"**



94/0124

**Fragment of a shallow plate (Waiter or Butler's tray?)**



94/0125.1/2

**One of Two white dishes w/ blue flowers**



94/0126

**Porcelain plate w/ gold flowers**



94/0154.2/3

**Hand mirror "Royal Ivoire France"**



94/0173.101/136

**Au Gratin Dish**



94/0173.102/136

**Au Gratin Dish**



# Titanic: The Artifact Exhibition
## T7 Waco, Texas
## Artifact Inventory June 27, 2018

94/0173.103/136

Au Gratin Dish

94/0173.104/136

Au Gratin Dish

94/0173.105/136

Au Gratin Dish

94/0173.106/136

Au Gratin Dish

94/0173.107/136

Au Gratin Dish

94/0173.108/136

Au Gratin Dish

94/0173.109/136

Au Gratin Dish

94/0173.110/136

Au Gratin Dish

94/0173.111/136

Au Gratin Dish

94/0173.112/136

Au Gratin Dish

94/0173.113/136

Au Gratin Dish

94/0173.132/136

Au Gratin Dish

94/0173.133/136

Au Gratin Dish

94/0173.134/136


Au Gratin Dish

94/0173.135/136

Au Gratin Dish

94/0215.2/3

One Galley Floor tile with concretion, "J.C. Edwards"

94/0218

Cut crystal carafe w/ White Star Line flag

94/0225

Marble slab with tumbler or decanter holder

94/0260

Jar of cold cream with painted aluminium lid

94/0262.6/6
Champagne bottle

94/0279.2/2

Saucer, Chocolate, First Class Dining Room Service

94/0319

Egg Cup, First Class Restaurant

94/0327

Mold, dessert; Small bowl w/ scalloped interior

94/0336

Cup, Demitasse, First Class Cafe Parisien

# Titanic: The Artifact Exhibition
## T7 Waco, Texas
## Artifact Inventory June 27, 2018

94/0355



**Cup, Third Class Dining Room Service**

94/0370.6/6



**Third Class Floor Tile**

96/0009.B.3/8



**One gold cuff link**

96/0014.1/9



**Beer Bottle**

96/0018.02A.01



**Half Rivet**

96/0018.12A



**Half of Rivet**

98/0043.2/2



**First Class Cup**

98/0055A



**Chandelier with 5 branches**

# Titanic Artifacts In Orlando  9.21.2018

00/0001.17a



**Third Class Baggage Claim Ticket**

00/0001.24




**Shoes, Oxford, Laced**

00/0001.27



Towel

00/0012



**Ceramic Jug**

00/0020a



**Light Surround for Chandelier**

00/0049



**Nickel Kettle with Handle**

00/0063



**Floor Tile from First Class Smoking Room**

00/0077




**Dedicated Engine Wrench**

00/0090



**Lead Grill**

00/0097



Spittoon

00/0100



**Small Hot and Cold Water Fixture**

00/0102




**Napkin Ring Holder with White Star Line Logo**

00/0109



**Marble Slab with Cold Water Faucet and Waste Valve**

00/0140.11



Coal

00/0170d



**Thumb Fuse**

00/0170e




**Thumb Fuse**

00/0170f



**Thumb Fuse**

00/0197a



**Grand Staircase Garland**

00/0210



**Large Blue and White Enamel Pot**

00/0248d



**Dish, Candy, First Class Dining**

00/0251



**Cobalt Blue Medicine Bottle**

00/0252



Deck Lamp

00/0269c



**Cardboard case** - not Leather case -  for razor handle (2 parts)

00/0285



**Toilet Flush Handle Valve**

## Titanic Artifacts In Orlando  9.21.2018

00/0291 — **Speaking Tube**


00/0318 — **Serving Dish, Second Class Dining Room Service**


00/0330 — **Electrical Fixture with decorative pattern and traces of Gold paint**


00/0356i — **Thermometers and Encasings**

00/0363 — **Brass Socket with Wood Insert**


00/0368d — **Ceiling Light Fixture Crystal**


00/0368f — **Ceiling Light Fixture Crystal**


00/0398 — **Lid for Mud Box**


00/0404k — **Pair of Wool Socks**

The file cannot be found: 00-0404k (1). JPG

00/0404ww.1 — **Black Poplin Silk and Wool Bow Tie**


00/0428b — **Dish, Butter, Second Class Dining Room Service**


04/0016A — **Electrical outlet, exterior**


04/0016B — **Electrical outlet, interior**


04/0027 — **Cut crystal carafe w/ White Star Line flag**


04/0046A — **Bed frame segments with decorative elements**


04/0047 — **Turnbuckle**

87/0040 — **Hunting Case Longines Pocket Watch**


87/0043 — **Watch Chain with Pearls**


87/0049.004 — **U.S. $5 Legal Tender Note; Ser. 1907; Woodsman**


87/0049.025 — **U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;**


87/0068.004/347 — **U.S.- Dime; 1893**


87/0068.008/347 — **U.S.- Dime; 1900**


87/0068.061/347 — **U.S.- Quarter; 1897**


87/0068.167/347 — **U.S.- Half Dollar; 1895**


**Titanic Artifacts In Orlando  9.21.2018**

87/0068A.52



U.K.- One Penny; 1895; Victoria

87/0068A.81

The file cannot be found: 87-0068A-081. JPG

U.K.- One Penny; Edwardus

87/0090.1



U.K.- 1 Florin/ 2 Shillings; 1897; Victoria

87/0090.2



U.K.- One Florin/ Two Shillings; 1900; Victoria

87/0091.008/167



U.K.- sovereign; 1896; Victoria

87/0091.062/167



U.K.- One Shilling; 1874; Victoria

87/0091.078/167



U.K.- One Shilling; 1897; Victoria

87/0091.088/167



U.K.- One Shilling; 1876; Young Victoria

87/0091A.15



U.K.- Sovereign; 1912; George V

87/0093 A.2



U.S.- Quarter; 1909

87/0093.6/9

The file cannot be found: 87-0093-6-9(2). JPG

U.K.- 1 Florin 2 shillings; 1906; Edward VII

87/0095.B



Key for Lock for a leather bag

87/0097.044



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.170



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.631



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.637



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.680



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.682



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.688



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.744



U.S. $5 Legal Tender Note; Andrew Jackson/Woodchopper

87/0109.3.1 A/B



"Gillette" cardboard boxes (contained blades)

87/0125.2 A



Gillette razor blade wrapper

87/0180



Oval Porthole frame

87/0214.2A



Two bottle necks

# Titanic Artifacts In Orlando  9.21.2018

87/0214.2B   Handkerchief


87/0256   Electric plug and wire



87/0264   Wine bottle with solidified substance


87/0266   Wine bottle


87/0271   Wooden brush backing


87/0291.1/5   Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"


87/0291.2/5   Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"


87/0303.2/4   Saucer, Deck Service


87/0308.04/11   1 Titanic purser tag #205



87/0312.3/7   Safety Envelope


93/0001   Fragment of concrete floor **Subflooring**


93/0003   Crushed Prometheus Heater


93/0035   Cooking pot


93/0038.07/10   Plate, **Freesia Pattern not** Rose Pattern


93/0038.08/10   Plate, **Freesia Pattern not** Rose Pattern


93/0038.09/10   Plate, **Freesia Pattern not** Rose Pattern


93/0062.A   Leather case


93/0062B   Leather sheath
The file cannot be found: 93-0062B (1) 6.13.13.JPG

93/0062C   Six single reeds


93/0072   Central element of a deck bench


93/0082   Champagne bottle


93/0117   Floor Tile


93/0140A   Pocket Watch


93/0147A.10/52   Playing Card: Jack of Clubs



# Titanic Artifacts In Orlando  9.21.2018

93/0147A.12/52

Playing Card: 9 of Hearts

93/0147A.24/52

Playing Card: 7 of Diamonds

93/0192.3/3

Purple enameled and gold cufflinks and studs

93/0246

Tool handle

93/0250

Tool handle

93/0279.04/15

Calling card of Howard A. Irwin

93/0292.07/38

Postcard: "Dame au chapeau (Xavier Sager)"

93/0292.27/38

Postcard: "290 Paris Le jardin des Tuileries - LL"

93/0299

"Kaiser" Dictionary

93/0303.003

Postcard: Ile de Borabora - Iles-sous-le-Vent - Village de Faanui

93/0303.015

Postcard: "Don't fall in love with a girl because she has a fancy costume.

93/0303.046A

Postcard: Contented Smile

93/0305.16/23

Envelope containing a folded letter

93/0321.15/22A

"Kiss Me My Honey, Kiss Me" sheet music

93/0329.06

Perfumed cardboard Lenthéric

94/0001

Soup Bowl, Third Class Dining Room Service

94/0028

Clear glass bottle

94/0031

Thick glass fragment

94/0036.013/170

Coals scratch in small pieces

94/0047

Galley Flooring, "J.C. Edwards"

94/0082

Floor tile

94/0097.2/2

Small square Ceramic Bathroom Floor Tile, " Villeroy & Boch Mettlach"

94/0101

Synthetic ivory brush back

94/0146

Hand mirror "Royal Ivoire France"

# Titanic Artifacts In Orlando  9.21.2018

94/0149  **block pulley**



94/0183.6/6  **Cup, Third Class Dining Room Service**



94/0208.4/4  **Dessert spoon from a set of 4**

94/0211.4/7  **Dinner Fork**



---

94/0239  **Button**



94/0243.1/2  **Cup, Bullion, Deck Service**



94/0307  **Chamber pot**



94/0330  **Plate, Second Class Dining Room Service**



---

94/0344  **Swivel-mounted hooks**



94/0412  **Waistcoat (vest) button**



94/0427  **Fuse plate**



94/0447  **Cuff Link**



---

96/0018.16  **Angle Iron (touch piece)**



96/0023.A  **Telegraph base for main engine room bridge telegraph**



96/0023.B  **Main engine room telegraph top from bridge**



98/0001.A2  **Hull section - "Little Big Piece"**



---

98/0001.F.01  **Half Rivet**



98/0001.H  **Half Rivet in Lucite**




98/0007  **3 Fragments Floor Tile from First Class Dining Room**



98/0013  **Cream pot**



---

## Titanic: Coins At Bank Vault 9.21.2018

87/0068.003/347

U.S.- Dime; 1892

87/0068.006/347

U.S.- Dime; 1899

87/0068.007/347

U.S.- Dime; 1900

87/0068.011/347

U.S.- Dime; 1901

87/0068.013/347

U.S.- Dime; 1902

87/0068.014/347

U.S.- Dime; 1903

87/0068.017/347

U.S.- Dime; 1906

87/0068.018/347

U.S.- Dime; 1906

87/0068.019/347

U.S.- Dime; 1906

87/0068.020/347

U.S.- Dime; 1907

87/0068.021/347

U.S.- Dime; 1908

87/0068.022/347

U.S.- Dime; 1908

87/0068.023/347

U.S.- Dime; 1909

87/0068.025/347

U.S.- Dime; 1910

87/0068.026/347

U.S.- Dime; 1910

87/0068.028/347

U.S.- Dime; 1911

87/0068.029/347

U.S.- Dime; 1911

87/0068.030/347

U.S.- Dime; ????

87/0068.031/347

U.S.- Quarter; 1891

87/0068.033/347

U.S.- Quarter; 1892

87/0068.034/347

U.S.- Quarter; 1892

87/0068.035/347

U.S.- Quarter; 1892

87/0068.036/347

U.S.- Quarter; 1892

87/0068.038/347

U.S.- Quarter; 1892

# Titanic: Coins At Bank Vault 9.21.2018

87/0068.042/347

U.S.-Quarter; 1893

87/0068.043/347

U.S.-Quarter; 1893

87/0068.044/347

U.S.-Quarter; 1894

87/0068.045/347

U.S.-Quarter; 1894

87/0068.046/347

U.S.-Quarter; 1894

87/0068.047/347

U.S.-Quarter; 1894

87/0068.048/347

U.S.-Quarter; 1894

87/0068.049/347

U.S.-Quarter; 1894

87/0068.050/347

U.S.-Quarter; 1894

87/0068.051/347

U.S.-Quarter; 1894

87/0068.052/347

U.S.-Quarter; 1895

87/0068.053/347

U.S.-Quarter; 1895

87/0068.054/347

U.S.-Quarter; 1896

87/0068.055/347

U.S.-Quarter; 1896

87/0068.056/347

U.S.-Quarter; 1897

87/0068.057/347

U.S.-Quarter; 1897

87/0068.058/347

U.S.-Quarter; 1897

87/0068.059/347

U.S.-Quarter; 1897  Head of Liberty

87/0068.060/347

U.S.-Quarter; 1897

87/0068.062/347

U.S.-Quarter; 1897

87/0068.063/347

U.S.-Quarter; 1897

87/0068.064/347

U.S.-Quarter; 1898

87/0068.065/347

U.S.-Quarter; 1898

87/0068.066/347

U.S.-Quarter; 1898

# Titanic: Coins At Bank Vault 9.21.2018

87/0068.067/347

U.S.-Quarter; 1898

87/0068.068/347

U.S.-Quarter; 1898

87/0068.069/347

U.S.-Quarter; 1898

87/0068.070/347

U.S.-Quarter; 1898

87/0068.071/347

U.S.-Quarter; 1898

87/0068.072/347

U.S.-Quarter; 1898

87/0068.073/347

U.S.-Quarter; 1899

87/0068.074/347

U.S.-Quarter; 1899

87/0068.075/347

U.S.-Quarter; 1899

87/0068.076/347

U.S.-Quarter; 1899

87/0068.077/347

U.S.-Quarter; 1900

87/0068.078/347

U.S.-Quarter; 1900

87/0068.079/347

U.S.-Quarter; 1900

87/0068.080/347

U.S.-Quarter; 1901

87/0068.081/347

U.S.-Quarter; 1901

87/0068.082/347

U.S.-Quarter; 1901

87/0068.083/347

U.S.-Quarter; 1901

87/0068.084/347

U.S.-Quarter; 1901

87/0068.085/347

U.S.-Quarter; 1901

87/0068.086/347

U.S.-Quarter; 1901

87/0068.087/347

U.S.-Quarter; 1902

87/0068.088/347

U.S.-Quarter; 1902

87/0068.089/347

U.S.-Quarter; 1902

87/0068.091/347

U.S.-Quarter; 1902

**Titanic: Coins At Bank Vault 9.21.2018**

| | | | |
|---|---|---|---|
| 87/0068.092/347  U.S.-Quarter; 1902 | 87/0068.093/347  U.S.-Quarter; 1902 | 87/0068.094/347  U.S.-Quarter; 1902 | 87/0068.095/347  U.S.-Quarter; 1902 |
| 87/0068.096/347  U.S.-Quarter; 1902 | 87/0068.097/347  U.S.-Quarter; 1902 | 87/0068.098/347  U.S.-Quarter; 1902 | 87/0068.100/347  U.S.-Quarter; 1903 |
| 87/0068.101/347  U.S.-Quarter; 1903 | 87/0068.102/347  U.S.-Quarter; 1903 | 87/0068.103/347  U.S.-Quarter; 1903 | 87/0068.104/347  U.S.-Quarter; 1903 |
| 87/0068.105/347  U.S.-Quarter; 1904 | 87/0068.106/347  U.S.-Quarter; 1904 | 87/0068.107/347  U.S.-Quarter; 1904 | 87/0068.108/347  U.S.-Quarter; 1904 |
| 87/0068.110/347  U.S.-Quarter; 1904 | 87/0068.111/347  U.S.-Quarter; 1905 | 87/0068.112/347  U.S.-Quarter; 1905 | 87/0068.113/347  U.S.-Quarter; 1905 |
| 87/0068.114/347  U.S.-Quarter; 1905 | 87/0068.115/347  U.S.-Quarter; 1905 | 87/0068.116/347  U.S.-Quarter; 1906 | 87/0068.117/347  U.S.-Quarter; 1907 |

**Titanic: Coins At Bank Vault 9.21.2018**

87/0068.118/347 — U.S.-Quarter; 1907

87/0068.119/347 — U.S.-Quarter; 1907

87/0068.120/347 — U.S.-Quarter; 1907

87/0068.121/347 — U.S.-Quarter; 1907

87/0068.122/347 — U.S.-Quarter; 1907

87/0068.123/347 — U.S.-Quarter; 1907

87/0068.124/347 — U.S.-Quarter; 1907

87/0068.125/347 — U.S.-Quarter; 1908

87/0068.126/347 — U.S.-Quarter; 1908

87/0068.127/347 — U.S.-Quarter; 1908

87/0068.128/347 — U.S.-Quarter; 1908

87/0068.129/347 — U.S.-Quarter; 1908

87/0068.130/347 — U.S.-Quarter; 1908

87/0068.131/347 — U.S.-Quarter; 1908

87/0068.132/347 — U.S.-Quarter; 1908

87/0068.133/347 — U.S.-Quarter; 1908

87/0068.134/347 — U.S.-Quarter; 1908

87/0068.135/347 — U.S.-Quarter; 1908

87/0068.136/347 — U.S.-Quarter; 1908

87/0068.137/347 — U.S.-Quarter; 1908

87/0068.138/347 — U.S.-Quarter; 1908

87/0068.139/347 — U.S.-Quarter; 1908

87/0068.140/347 — U.S.-Quarter; 1908

87/0068.141/347 — U.S.-Quarter; 1909

## Titanic: Coins At Bank Vault 9.21.2018

87/0068.142/347

U.S.-Quarter; 1909

87/0068.143/347

U.S.-Quarter; 1909

87/0068.144/347

U.S.-Quarter; 1909

87/0068.145/347

U.S.-Quarter; 1909

87/0068.146/347

U.S.-Quarter; 1909

87/0068.147/347

U.S.-Quarter; 1909

87/0068.148/347

U.S.-Quarter; 1909

87/0068.149/347

U.S.-Quarter; 1909

87/0068.150/347

U.S.-Quarter; 1909

87/0068.151/347

U.S.-Quarter; 1909

87/0068.152/347

U.S.-Quarter; 1910

87/0068.153/347

U.S.-Quarter; 1910

87/0068.154/347

U.S.-Quarter; 1910

87/0068.155/347

U.S.-Quarter; 1910

87/0068.156/347

U.S.-Quarter; 1910

87/0068.158/347

U.S.-Quarter; 1904

87/0068.165/347

U.S.- Half Dollar; 1894

87/0068.166/347

U.S.- Half Dollar; 1895

87/0068.168/347

U.S.- Half Dollar; 1896

87/0068.169/347

U.S.- Half Dollar; 1897

87/0068.171/347

U.S.- Half Dollar; 1898

87/0068.172/347

U.S.- Half Dollar; 1898

87/0068.173/347

U.S.- Half Dollar; 1899

87/0068.175/347

U.S.- Half Dollar; 1899

# Titanic: Coins At Bank Vault 9.21.2018

87/0068.176/347

U.S.- Half
Dollar; 1899

87/0068.177/347

U.S.- Half
Dollar; 1899

87/0068.178/347

U.S.- Half
Dollar; 1899

87/0068.179/347

U.S.- Half
Dollar; 1900

87/0068.180/347

U.S.- Half
Dollar; 1900

87/0068.181/347

U.S.- Half
Dollar; 1900

87/0068.182/347

U.S.- Half
Dollar; 1900

87/0068.183/347

U.S.- Half
Dollar; 1900

87/0068.184/347

U.S.- Half
Dollar; 1900

87/0068.185/347

U.S.- Half
Dollar; 1900

87/0068.186/347

U.S.- Half
Dollar; 1900

87/0068.187/347

U.S.- Half
Dollar; 1900

87/0068.188/347

U.S.- Half
Dollar; 1900

87/0068.189/347

U.S.- Half
Dollar; 1900

87/0068.190/347

U.S.- Half
Dollar; 1900

87/0068.191/347

U.S.- Half
Dollar; 1900

87/0068.192/347

U.S.- Half
Dollar; 1901

87/0068.193/347

U.S.- Half
Dollar; 1901

87/0068.194/347

U.S.- Half
Dollar; 1901

87/0068.197/347

U.S.- Half
Dollar; 1901

87/0068.198/347

U.S.- Half
Dollar; 1901

87/0068.199/347

U.S.- Half
Dollar; 1902

87/0068.200/347

U.S.- Half
Dollar; 1902

87/0068.201/347

U.S.- Half
Dollar; 1902

**Titanic: Coins At Bank Vault 9.21.2018**

| | | | |
|---|---|---|---|
| 87/0068.202/347  U.S.- Half Dollar; 1902 | 87/0068.203/347  U.S.- Half Dollar; 1902 | 87/0068.204/347  U.S.- Half Dollar; 1902 | 87/0068.205/347  U.S.- Half Dollar; 1902 |
| 87/0068.206/347  U.S.- Half Dollar; 1902 | 87/0068.207/347  U.S.- Half Dollar; 1903 | 87/0068.208/347  U.S.- Half Dollar; 1903 | 87/0068.209/347  U.S.- Half Dollar; 1903 |
| 87/0068.210/347  U.S.- Half Dollar; 1903 | 87/0068.211/347  U.S.- Half Dollar; 1904 | 87/0068.212/347  U.S.- Half Dollar; 1904 | 87/0068.214/347  U.S.- Half Dollar; 1906 |
| 87/0068.215/347  U.S.- Half Dollar; 1906 | 87/0068.216/347  U.S.- Half Dollar; 1906 | 87/0068.217/347  U.S.- Half Dollar; 1906 | 87/0068.218/347  U.S.- Half Dollar; 1907 |
| 87/0068.219/347  U.S.- Half Dollar; 1907 | 87/0068.220/347  U.S.- Half Dollar; 1907 | 87/0068.221/347  U.S.- Half Dollar; 1907 | 87/0068.222/347  U.S.- Half Dollar; 1907 |
| 87/0068.223/347  U.S.- Half Dollar; 1907 | 87/0068.224/347  U.S.- Half Dollar; 1907 | 87/0068.225/347  U.S.- Half Dollar; 1908 | 87/0068.226/347  U.S.- Half Dollar; 1908 |

# Titanic: Coins At Bank Vault 9.21.2018

87/0068.227/347

U.S.- Half Dollar; 1908

87/0068.228/347

U.S.- Half Dollar; 1908

87/0068.229/347

U.S.- Half Dollar; 1908

87/0068.230/347

U.S.- Half Dollar; 1908

87/0068.231/347

U.S.- Half Dollar; 1909

87/0068.232/347

U.S.- Half Dollar; 1909

87/0068.233/347

U.S.- Half Dollar; ??? ?

87/0068.234/347

U.S.- Half Dollar; 1909

87/0068.235/347

U.S.- Half Dollar; 1909

87/0068.236/347

U.S.- Half Dollar; 1909

87/0068.237/347

U.S.- Half Dollar; 1909

87/0068.238/347

U.S.- Half Dollar; 1909

87/0068.239/347

U.S.- Half Dollar; 1910

87/0068.240/347

U.S.- Half Dollar; 1910

87/0068.242/347

U.S.- Half Dollar; 1910

87/0068.244/347

U.S.- Half Dollar; 1910

87/0068.245/347

U.S.- Half Dollar; 1897 (?)

87/0068.247/347

U.S.- Dollar; 1881

87/0068.248/347

U.S.- Dollar; 1884

87/0068.249/347

U.S.- Dollar; 1890

87/0068A.04

U.K.- Sovereign; 1897; Victoria

87/0068A.06

U.K.- Sovereign; 1907; Edward VII

87/0068A.08

U.K.- Sovereign; 1910; Edward VII

87/0068A.11

U.K.- 1 Florin/ 1 tenth of a pound; 1878; Victoria

**Titanic: Coins At Bank Vault 9.21.2018**

87/0068A.12

U.K.- 1 Florin/ 1 tenth of a pound; 1878; Victoria

87/0068A.13

U.K.- 1 Florin/ 1 tenth of a pound; 1872; Victoria

87/0068A.14

U.K.- 1 Florin/ 1 tenth of a pound; 1873; Victoria

87/0068A.15

U.K.- 1 Florin/ 1 tenth of a pound; ??? ?;  Victoria

87/0068A.18

U.K.- Half Crown; 1895; Victoria

87/0068A.20

France- 2 Franc;  1909

87/0068A.24

U.K.- One Penny; 1870; Victoria

87/0068A.26

U.K.- One Penny; 1891; Victoria

87/0068A.27

U.K.- One Penny; 1888; Victoria

87/0068A.28

U.K.- One Penny; 1892; Victoria

87/0068A.29

U.K.- One Penny; 1882; Victoria

87/0068A.30

U.K.- One Penny; 1889; Victoria

87/0068A.31

U.K.- One Penny; 1889; Victoria

87/0068A.32

U.K.- One Penny; 1890; Victoria

87/0068A.33

U.K.- One Penny; 1890; Victoria

87/0068A.34

U.K.- One Penny; 1886; Victoria

87/0068A.35

U.K.- One Penny; 1890; Victoria

87/0068A.37

U.K.- One Penny; 1885; Victoria

87/0068A.38

U.K.- One Penny; 1863; Victoria

87/0068A.39

U.K.- One Penny; 1862; Victoria

87/0068A.40

U.K.- One Penny; 1860; Victoria

87/0068A.41

U.K.- One Penny; 1863; Victoria

87/0068A.42
U.K.- One Penny; 1863; Victoria

87/0068A.43
U.K.- One Penny; 1865; Victoria

**Titanic: Coins At Bank Vault 9.21.2018**

87/0068A.44

U.K.- One Penny; 1861; Victoria

87/0068A.45

U.K.- One Penny; 1863; Victoria

87/0068A.46

U.K.- One Penny; 1894; Victoria

87/0068A.47

U.K.- One Penny; 1861; Victoria

87/0068A.49

U.K.- One Penny; 1878; Victoria

87/0068A.50

U.K.- One Penny; 1866; Victoria

87/0068A.51

U.K.- One Penny; ??? ?

87/0068A.53

U.K.- One Penny; 1896; Victoria

87/0068A.54

U.K.- One Penny; 1896; Victoria

87/0068A.55

U.K.- One Penny; 1896; Victoria (elderly)

87/0068A.56

U.K.- One Penny; 1896; Victoria

87/0068A.57

U.K.- One Penny; 1897; Victoria

87/0068A.58

U.K.- One Penny; 1898; Victoria

87/0068A.61

U.K.- One Penny;

87/0068A.62

U.K.- One Penny; 1901; Victoria

87/0068A.63

U.K.- One Penny; 1901; Victoria

87/0068A.64

U.K.- One Penny; 1902; Edwardus VII

87/0068A.65

U.K.- One Penny; 1902; Edwardus VII

87/0068A.66

U.K.- One Penny; 1903; Edwardus VII

87/0068A.67

U.K.- One Penny; 1903; Edwardus VII

87/0068A.68

U.K.- One Penny; 1904; Edwardus VII

87/0068A.69

U.K.- One Penny; 1905; Edwardus VII

87/0068A.70

U.K.- One Penny; 1905; Edwardus VII

87/0068A.71
U.K.- One Penny; 1905; Edwardus VII

## Titanic: Coins At Bank Vault 9.21.2018

87/0068A.72

 U.K.- One Penny; 1906; Edwardus VII

87/0068A.73

 U.K.- One Penny; 1906; Edwardus VII

87/0068A.74

 U.K.- One Penny; 1907; Edwardus VII

87/0068A.75

 U.K.- One Penny; 1907; Edwardus VII

87/0068A.76

 U.K.- One Penny; Edwardus

87/0068A.78

 U.K.- One Penny; 1908; Edwardus VII

87/0068A.79

 U.K.- One Penny; 1908; Edwardus VII

87/0068A.80

 U.K.- One Penny; Edwardus

87/0068A.82

 U.K.- One Penny; 1909; Edwardus VII

87/0068A.83

 U.K.- One Penny; 1910; Edwardus VII

87/0068A.84

 U.K.- One Penny; 1910; Edwardus VII

87/0072.1/7

 U.K.- 1 shilling; 1876; Victoria

87/0072.2/7

 U.S.- Dime; 1884 (May not be part of original 87/0072 series)

87/0072.4/7

 U.K.- Florin, Victoria Dei Gratia, BRITT REG, 1891, silver

87/0072.5/7

 U.K.- Victoria Dei Gratia, Half Crown, 1881, silver

87/0072.6/7

 U.K.- One Penny; 1892; Victoria

87/0072.7/7

 U.S. Dollar; 1900 (May not be part of original 87/0072 series)

87/0091.003/167

 U.K.- Sovereign; 1897; Victoria (This is a 1/2 Sovereign) JT

87/0091.005/167

 U.K.- Sovereign; 1888; Victoria Jubilee

87/0091.009/167

 U.K.- sovereign; 1896; Victoria

87/0091.021/167

 U.K.- sovereign; 1910; Edward VII

87/0091.022/167

 U.K.- sovereign; 1910; Edward VII

87/0091.023/167

 U.K.- sovereign; 1910; Edward VII

87/0091.027/167

 U.K.- sovereign; 1911; George V

# Titanic: Coins At Bank Vault 9.21.2018

87/0091.029/167

U.K.- sovereign; 1911; George V

87/0091.031/167

U.K.- sovereign; 1912; George V

87/0091.032/167

U.K.- sovereign; George V

87/0091.033/167

U.K.- sovereign; 1912; George V

87/0091.034/167

U.K.- sovereign; 1912; George V

87/0091.035/167

U.K.- sovereign; 1912; George V

87/0091.037/167

U.K.- sovereign; 1912; George V

87/0091.038/167

U.K.- sovereign; 1911; George V

87/0091.042/167

Russia- 5 rubles; 1888; Czar Alexander III

87/0091.043/167

U.K.- 6 pence; 1874; Victoria

87/0091.045/167

U.K.- 6 pence; 1887; Victoria

87/0091.046/167

U.K.- 6 pence; date illegible; Victoria

87/0091.048/167

U.K.- 6 pence; date illegible; Victoria

87/0091.049/167

U.K.- 6 pence; 1897; Victoria

87/0091.054/167

U.K.- 6 pence; 1907; Edward VII

87/0091.056/167

U.K.- Six Pence; 1909; Edwardus VII

87/0091.057/167

U.K.- Six Pence; 1907; Edwardus VII

87/0091.058/167

U.K.- 1 shilling; 1845; Victoria

87/0091.059/167

U.K.- 1 shilling; 1859; Victoria

87/0091.061/167
U.K.- One Shilling; 1872; Victoria

87/0091.063/167

U.K.- One Shilling; 1874; Victoria

87/0091.064/167

U.K.- One Shilling; 1875; Victoria

87/0091.067/167

U.K.- One Shilling; 1882; Victoria

87/0091.068/167

U.K.- One Shilling; 1883; Victoria

# Titanic: Coins At Bank Vault 9.21.2018

87/0091.069/167

 U.K.- One Shilling; 1884; Victoria

87/0091.070/167

 U.K.- One Shilling; 1884; Victoria

87/0091.071/167

 U.K.- One Shilling; 1867; Victoria

87/0091.072/167

 U.K.- One Shilling; date illegible; Victoria

87/0091.075/167

 U.K.- One Shilling; 1896; Victoria

87/0091.076/167

 U.K.- One Shilling; 1896; Victoria

87/0091.079/167

 U.K.- One Shilling; 1897; Victoria

87/0091.080/167

 U.K.- One Shilling; 1900; Victoria

87/0091.081/167

 U.K.- One Shilling; 1901; Victoria

87/0091.083/167

 U.K.- One Shilling; 1907; Edwardus VII

87/0091.084/167

 U.K.- One Shilling; 1907; Edwardus VII

87/0091.087/167

 U.K.- One Shilling; 1911; George V not Edwardus VII

87/0091.089/167

 U.K.- One Shilling; 1911; George V

87/0091.090/167

 U.K.- One Shilling; 1911; George V

87/0091.092/167

 U.K.- 1 Florin/ 1 tenth of a pound; 1873; Victoria

87/0091.093/167

 U.K.- 1 Florin/ 1 tenth of a pound; 1873; Victoria

87/0091.094/167

 U.K.- 1 Florin/ 1 tenth of a pound; 1874; Victoria

87/0091.095/167

 U.K.- 1 Florin/ 1 tenth of a pound; 1864; Victoria

87/0091.096/167

 U.K.- 1 Florin/ 1 tenth of a pound; 1883; Victoria

87/0091.098/167

 U.K.- Half Crown; 1883; Victoria

87/0091.099/167

 U.K.- Half Crown; 1884; Victoria

87/0091.104/167

 U.K.- Half Crown; 1890; Victoria

87/0091.105/167

 U.K.- Half Crown; 1891; Victoria

87/0091.106/167

U.K.- Half Crown; 1892; Victoria

**Titanic: Coins At Bank Vault 9.21.2018**

87/0091.107/167
 U.K.- Half Crown; 1889; Victoria

87/0091.108/167
 U.K.- Half Crown; 1889; Victoria

87/0091.109/167
 U.K.- Half Crown; 1896; Victoria

87/0091.110/167
 U.K.- Half Crown; 1894; Victoria

87/0091.111/167
 U.K.- Half Crown; 1906; Edwardus VII

87/0091.115/167
 U.K.- 1 Florin/ 2 Schillings; 1900; Victoria

87/0091.116/167
 U.K.- 1 Florin/ 2 Schillings; 1901; Victoria

87/0091.119/167
 U.K.- 1 Florin/ 2 Schillings; 1906; Edwardus VII

87/0091.121/167
 U.K.- 1 Florin/ 2 Schillings; 1906; Edwardus VII

87/0091.123/167
 U.K.- 1 Florin/ 2 Schillings; 1908; Edwardus VII

87/0091.127/167
 U.K.- 1 Florin/ 2 Schillings; 1910; Edwardus VII

87/0091.129/167
 U.K.- 1 Florin/ 2 Schillings; 1910; Edwardus VII

87/0091.130/167
 U.K.- 1 Florin/ 2 Schillings; 1911; George V

87/0091.131/167
 U.S.- Quarter; 1896

87/0091.132/167
 U.S.- Quarter; 1903

87/0091.133/167
 U.S.- Quarter; 1904

87/0091.134/167
 U.S.- Quarter; 1908

87/0091.135/167
 U.S.- Quarter; 19??

87/0091.136/167
 U.S.- Quarter; Date Unreadable

87/0091A.03
 U.K.- Sovereign; 1910; Edward VII

87/0091A.04
 U.K.- Sovereign; 1902; Edward VII

87/0091A.05
 U.K.- Sovereign; 1908; Edward VII (This is a 1/2 sovereign) JT

87/0091A.06
U.K.- Sovereign; 1909; Edward VII

87/0091A.07
U.K.- Sovereign; 1909; Edward VII

# Titanic: Coins At Bank Vault 9.21.2018

87/0091A.14

U.K.- Sovereign; 1912; George V

87/0091A.17

U.K.- Six Pence; (?); Victoria

87/0091A.18

U.K.- Six Pence; 1905; Edwardus VII

87/0091A.19

U.K.- Six Pence; 1910; Edwardus VII

87/0091A.20

U.K.- 1 Schilling; 1884; Victoria

87/0091A.21

U.S.- Quarter; 1899

87/0091A.22

U.S.- Quarter; 1904

87/0091A.23

U.S.- Quarter; 1908

87/0091A.24

U.S.- Quarter; 18?2

87/0091A.28

U.K.- Half Farthing; 1902; Edwardius VII

87/0093 A.6

U.S.- Half Dollar; 1895

87/0093 A.7

U.S.- Half Dollar; 1893

87/0093 A.9

U.K.- Half Crown; 1901; Victoria

87/0093.3/9

U.K.- 1 Shilling; 1892

87/0093.7/9

U.K.- 1 Shilling; 1910; Edward VII

93/0323.01/14

Australia- 1 Florin/ 2 Shillings; 1911; George V

93/0323.02/14

Australia - 3 Pence; 1910; Edwardus VII

93/0323.04/14

Australia- One Half Penny; 1911; George V

93/0323.05/14

Australia- One Shilling; 1910; Edwardus VII

93/0323.06/14
U.K/ East Africa and Uganda Protectorates- One Cent; 1909

93/0323.07/14

U.K.- Six Pence; 1837; William IV

93/0323.10/14

Nederlands/ Dutch East Indies- 1/2 Cent; 1857

93/0323.13/14
U.S.- 5 cents; 1898

94/0232.1/2

U.K.- One Penny; 1874; Victoria - bun head

**Titanic: Coins At Bank Vault 9.21.2018**

94/0232.2/2



**U.K.- Half
Penny;
1912;
George V**

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0049.002

U.S. $5 Legal Tender Note; Ser. 1907; Woodsman

87/0049.006

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0049.007

U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison;

87/0049.009

U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison;

87/0049.010

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0049.011

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0049.013

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0049.014

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0049.015

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0049.017

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0049.022

U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison;

87/0049.028

U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison;

87/0049.029

U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison;

87/0049.031

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0049.032

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0049.033

The file cannot be found: 87-0049-033. JPG

U.S. $5 Legal Tender Note; United States Note; Series of 1907;

87/0049.034

U.S. $5 Legal Tender; United States Note; Series of 1907; Woodman

87/0049.035

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0049.036

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0049.037

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0049.038

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0049.039

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0049.040

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0049.042

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0049.043



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0049.046



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0049.049



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0049.050



U.S. $5 Legal Tender Note; Ser. 1907; Woodsman

87/0097.001



U.S. $20 National Bank Note/ National Currency; Ser. 1902; Hugh McCulloch

87/0097.002



U.S. $20 Gold Certificate; Ser. 1906; George Washington

87/0097.005



U.S. $10 Legal Tender; Ser. 1901; Lewis/Clark Bison

87/0097.007



U.S. $10 US Silver Certificate; Ser.

87/0097.008



U.S. $10 National Bank Note/ National Currency; Columbus, Ohio

87/0097.010



U.S. $10 National Bank Note/ National Currency; ? ? Pennsylvania

87/0097.014



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.016



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.018



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.020



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.021



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.022



U.S. $10 National Bank Note/ National Currency; Unknown Bank

87/0097.023



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.025



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.026



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.027



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.028



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.030



U.S. $10 National Bank Note/ National Currency; Ser. 1902; First National

87/0097.031



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.032



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.033



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.034



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.035



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.036



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.037



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.038



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.039



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.040



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.041



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.042



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.043



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.045



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.047



U.S. $5 National Bank Note/ National Currency, Ser.1882; Benjamin Harrison,

87/0097.050



U.S. $5 National Bank Note/ National Currency; Ser. 1882; James Garfield;

87/0097.058



U.S. $5 National Bank Note/ National Currency, Ser. 1902; Benjamin Harrison,

87/0097.078



U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison;

87/0097.081



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.094



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.101



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.102

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.103



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.104



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.105



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.106

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

**Titanic: Paper Currency At Bank Vault 9.21.2018**

87/0097.107

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.108

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.109

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.110

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.111

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.112

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.113

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.114

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.115

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.116

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.117


U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.118

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.119

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.120

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.121

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.122

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.123

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.124

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.125


U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.126

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.127

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.128

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.129

U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.131

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

**Titanic: Paper Currency At Bank Vault 9.21.2018**

87/0097.134

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.135

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.136

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.139

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.140

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.141

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.143

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.145

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.146

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.147

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.148

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.150

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.152

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.153

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.154

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.155

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.156

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.157

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.158

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.159

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.161

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.162

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.163

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.164

U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.165



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.166



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.167



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.168



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.171



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.172



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.173



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.174



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.175



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.176



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.177



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.178



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.180



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.181



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.182



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.183



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.184



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.186



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.187



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.188



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.190



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.191



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.192



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.193



U.S. $2 Silver Certificate; Ser. 1899; George Washington

**Titanic: Paper Currency At Bank Vault 9.21.2018**

87/0097.195

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.196

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.197

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.198

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.199

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.200

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.202

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.203

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.204

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.205

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.206

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.207

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.208

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.209

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.210

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.211

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.212

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.213

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.214

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.215

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.217

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.218

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.219

U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.220

U.S. $2 Silver Certificate; Ser. 1899; George Washington

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.222

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.223

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.224

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.225

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.227

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.228

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.229

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.230

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.231

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.233

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.234

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.235

  U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.236

 U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.237

 Dominion of Canada $2 Government Issue Note; July 2, 1897 Ottawa

87/0097.238

 U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.239

 U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.240

 U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.241

 U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.242

 U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.243

 U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.244

 U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.245

 U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.247

 U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.249

 U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.250



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.251



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.252



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.254



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.255



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.256



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.257



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.258



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.259



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.261



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.262



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.263



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.264



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.266



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.267



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.268



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.269



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.270



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.272



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.274



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.275



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.276



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.277



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.278



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.279



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.281



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.284



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.286



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.287



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.288



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.289



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.290



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.291



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.292



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.295



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.296



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.297



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.298



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.299



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.300



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.301



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.302



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.303



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.304



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.305



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.306



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.307



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.308



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.309



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.311



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.312



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.313



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.314



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.315



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.316



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.317



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.318



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.320



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.322



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.324



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.325



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.326



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.327



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.328



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.329



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.330



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.331



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.332



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.335



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.336



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.337



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

87/0097.339



U.S. $1
Silver
Certificate;
Ser.1899;
Eagle/
Abraham
Lincoln/
Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.340



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.341



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.342



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.343



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.344



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.345



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.346



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.347



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.348



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.349



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.350



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.351



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.353



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.354



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.355



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.356



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.357



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.358



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.359



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.360



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.361



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.362



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.363



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.364



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.365



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.366



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.368



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.369



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.370



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.371



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.372



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.373



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.374



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.375



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.376



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.377



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.378



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.379



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.380



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.381



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.382



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.383



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.384



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.385



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.386



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.387



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.388



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.389



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.390

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.391

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.392

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.393

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.394

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.395

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.396

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.398

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.399

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.400

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.401

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.402

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.403

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.404

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.405

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.406

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.407

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.408

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.409

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.410

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.411

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.412

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.413

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.414

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.415



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.416



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.417



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.418



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.419



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.420



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.421



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.422



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.423



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.424



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.425



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.426



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.427



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.428



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.429



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.430



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.431



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.432



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.433



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.434



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.435



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.436



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.437



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.438



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.439



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.440



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.441



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.442



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.443



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.444



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.445



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.446



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.447



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.448



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.449



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.450



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.451



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.452



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.453



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.454



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.455



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.456



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.457



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.458



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.459



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.460



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.461



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.462



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.463



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.464



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.465



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.466



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.467



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.468



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.469



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.470



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.471



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.472



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.473



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.474



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.475



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.476



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.477



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.478



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.479



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.480



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.481



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.482



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.483



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.484



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.485



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.486



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.487



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.488



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.489



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.491



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.492



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.494



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.495



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.496



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.497



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.498



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.499



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.500



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.501



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.502



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.503



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.504



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.505



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.506



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.507



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.509



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.510



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.511



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.512



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.513



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.514

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.515

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.516

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.518

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.519

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.520

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.521

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.522

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.523

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.524

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.525

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.526

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.527

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.528

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.529

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.530

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.531

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.532

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.533

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.534

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.535

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.536

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.537

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.538

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.539

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.540

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.541

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.542

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.543

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.544

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.545

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.546

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.547

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.548

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.549

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.550

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.551

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.552

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.553

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.554

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.555

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.556

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.557

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.558

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.559

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.560

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.561

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.562

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

**Titanic: Paper Currency At Bank Vault 9.21.2018**

87/0097.563



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.564



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.565



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.566



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.568



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.569



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.570



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.571



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.572



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.573



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.574



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.575



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.576



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.578



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.579



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.580



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.581



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.582



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.583



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.584



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.585



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.586



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.587



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.588



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.589



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.590



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.591



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.592



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.593



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.594



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.595



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.596



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.597



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.598



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.599



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.600



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.603



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.604



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.606



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.607



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.608



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.609



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.610



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.611



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.612



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.613



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.614



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.615



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.616

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.617

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.618

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.619

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.620

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.621

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.622

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.623

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.624

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.625

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.626

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.627

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.628

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.629

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.630

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.633

Dominion of Canada $0.25 Fractional Currency Note;

87/0097.635

Belgium 20 Franc

87/0097.639

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.640

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.641

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.642

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.643

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.644

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.645

U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.646



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.647



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.648



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.649



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.650



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.652



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.653



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.654



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.655



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.656



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.657



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.659



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.660



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.661



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.662



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.663



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.664



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.665



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.666



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.667



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.668



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.671



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.673



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.674



U.S. $2 Silver Certificate; Ser. 1899; George Washington

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.675



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.676



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.677



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.678



U.S. $2 Silver Certificate; Ser. 1899; George Washington

87/0097.681



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.683



U.S. $5 Silver Certificate; Ser. 1899; Indian Chief

87/0097.684



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.685



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.686



U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper

87/0097.691



U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison;

87/0097.692



U.S. $10 National Bank Note/ National Currency; Ser. 1882; Benjamin Franklin

87/0097.693



U.S. $10 National Bank Note/ National Currency; Ser. 1892; Benjamin Franklin

87/0097.695



U.S. $10 Legal Tender Note; Ser.1901; Lewis and Clark/Bison

87/0097.696



U.S. $10 Legal Tender Note; Ser.1901; Lewis and Clark/Bison

87/0097.697



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.698



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.699



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.701



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.703



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.704



U.S. $10 National Bank Note/ National Currency: Ser. 1902; William McKinley;

87/0097.706



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.707



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.709



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

87/0097.710



U.S. $10 National Bank Note/ National Currency; Ser. 1902; William McKinley;

# Titanic: Paper Currency At Bank Vault 9.21.2018

87/0097.711

U.S. $10 National Bank Note/ National Currency: Ser. 1902; **William McKinley;**

87/0097.712



U.S. $10 National Bank Note/ National Currency: Ser. 1902; **William McKinley;**

87/0097.713

U.S. $10 National Bank Note/ National Currency: Ser. 1902; **William McKinley;**

87/0097.714



U.S. $10 National Bank Note/ National Currency: Ser. 1902; Citizens Central

87/0097.715

U.S. $10 National Bank Note/ National Currency: Ser. 1902; Marine National

87/0097.718



U.S. $10 National Bank Note/ National Currency: Ser. 1902; First National

87/0097.719



Dominion of Canada $1 Government Issue Note

87/0097.720



Dominion of Canada $1 Government Issue Note

87/0097.721



Dominion of Canada $2 Government Issue Note

87/0097.723



Dominion of Canada $10 Bank Note; Bank of Montreal

87/0097.730



U.S. $10 Ser. 1901; Lewis/Clark Bison

87/0097.732



Dominion of Canada $10 Bank Note; Bank of Montreal

87/0097.735



U.S. $10 National Bank Note/ National Currency: Ser. 1902;

87/0097.736



U.S. $20 National Bank Note/ National Currency: Ser. 1882; The First National

87/0097.738



Dominion of Canada Canadian $20 Bank of Ottawa

87/0097.745



U.S $10 National Bank Note/ National Currency: National Bank of Colorado

87/0097.746



U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas

87/0097.747



U.S. $1 Silver Certificate

87/0097.748



U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S.

87/0097.749



U.S. $10 National Bank Note/ National Currency; Ser.1882; National Bank of

87/0097.750



U.S. $5 Silver Certificate; Ser.1899; Indian Chief

# Titanic: The Artifact Exhibition
# Ulster Folk and Transport Museum Artifacts
# Artifact Inventory June 27, 2018

00/0007

Cup, Demitasse, First Class Cafe Parisien

00/0056.1.11a

Perfume vial

00/0056.2.14a

Perfume vial

00/0056.2.25b

Perfume label

00/0206

Saucer, Demitasse, First Class Dining Room Service

00/0246

Creamer, First Class Dining Room

00/0404h

Chambray Blue Work Shirt with White Stripes

04/0038C

Subflooring from Grand staircase

87/0172

Small porthole, probably from third class

87/0175.D

Part of Main engine room telegraph from bridge

87/0307.A

Saucer, First Class Restaurant

87/0307.C

Soup Bowl, First Class Restaurant

87/0308.09/11

Titanic purser tag #214

87/0315.1/2

Mustard Pot

87/0317.2/2

Dessert Plate, Third Class Dining Room

87/0331.01/12

Plate, Second Class Dining Room Service

93/0118.1/2

Soup Plate, Third Class Dining Room Service

93/0147A.11/52

Playing Card: 10 of Spades

93/0147A.33/52

Playing Card: 6 of Clubs

93/0303.041
Postcard: YOU CANT COME TOO EARLY OR STAY TOO LATE

93/0303.093

Postcard: Union Park Chicago

94/0113

Small crystal pot w/ White Star Line logo

94/0135

Hot water bottle

94/0154.3/3

Hand mirrors "Royal Ivoire France"

# Titanic: The Artifact Exhibition
## Ulster Folk and Transport Museum Artifacts
## Artifact Inventory June 27, 2018

94/0184



**Cup, Tea, First Class Dining Room Service**

94/0323.1/2



**Dish, Candy, First Class Dining**

94/0331



**Egg Cup, First Class Dining Room**

94/0356



**Cup, Third Class Dining Room Service**

94/0385.1/6



**One of Six decorative tiles**

94/0385.2/6



**One of Six decorative tiles**

94/0417.2/9



**Dish, Butter, Second Class Dining Room Service**

96/0009.A



**Silver Soup Tureen**

96/0018.01A



**Hull section**

98/0043.1/2



**First Class Cup**

98/0046



**Carafe White Star Line, crystal**