# EXHIBIT H

**RMS TITANIC, INC.**
**PREMIER EXHIBITION MANAGEMENT LLC**
**CONSERVATION DEPARTMENT BUDGET - 2018**

| | | |
|---|---|---|
| **Staff** (also used to install/de-install touring exhibit artifacts) | | |
| Five (5) staff | | 343,993 |
| Benefits and taxes | 12% | 41,279 |
| | | **385,272** |
| | | |
| **Occupancy** (lease expires March 31, 2019) | | |
| Rent - includes taxes and CAM | 48,536 SF | 225,468 |
| Utilities | | 36,000 |
| Repairs and maintenance | | 6,000 |
| less used for exhibitry storage | | (133,734) |
| Telephone, internet, security | | 15,000 |
| (some space is used for exhibitry storage) | | **148,734** |
| | | |
| **Insurance** | | **72,000** |
| **Contributon to RMS Titanic Trust Fund** | | **100,000** |
| **Supplies** | | **16,000** |
| **Legal fees - reporting to Virginia Court** | | **15,000** |
| | | |
| **Total Conservation Costs Budget** | | $   **737,006** |