# **EXHIBIT J**

|    | A | B |
|---|---|---|
| 1 | **Inventory Number** | **Object** |
| 2 | 00/0001 | Leather Travel Bag |
| 3 | 00/0001.30 | Metal clasp |
| 4 | 00/0019 | Dog Key With Chain |
| 5 | 00/0061a | Dead Compass (Housing) |
| 6 | 00/0061b | Dead Compass (Bottom) |
| 7 | 00/0061c.1 | Dead Compass (Upright Base parts) |
| 8 | 00/0061d | Dead Compass (Compass Rose) |
| 9 | 00/0061d.1 | Part of Rose |
| 10 | 00/0104c | Docking Bridge Telephone Handle |
| 11 | 00/0104d | Docking Bridge Telephone Handle |
| 12 | 00/0104e | Bolt Head |
| 13 | 00/0104f | Bolt Head |
| 14 | 00/0104g | Screw Bottom |
| 15 | 00/0127 | First Class Smoking Room Sconce |
| 16 | 00/0164 | Marble First Class Lavatory Shelf |
| 17 | 00/0164.1 | Piece from Marble First Class Lavatory Shelf |
| 18 | 00/0164.2 | Metal ring |
| 19 | 00/0167 | Brass Turn Buckle |
| 20 | 00/0184 | First Class Silver Platter |
| 21 | 00/0186 | Sconce backing for 2-armed electric lamp in Early Georgian First Class Suite  Furniture |
| 22 | 00/0220 | serving spoon |
| 23 | 00/0233 | Ladle |
| 24 | 00/0254b | Telegraph Turnbuckle |
| 25 | 00/0296 | Mortice Lock |
| 26 | 00/0303 | Silver Platter |
| 27 | 00/0304 | Silver Platter |
| 28 | 00/0309 | Gravy Boat |
| 29 | 00/0327a | Public Lavatory Marble Splash |
| 30 | 00/0327b | Public Lavatory Marble Splash |
| 31 | 00/0330.1 | Electrical Fixture part |
| 32 | 00/0333 | Serving Spoon |
| 33 | 00/0340 | Silver Plated Platter |
| 34 | 00/0344 | Marble with Hot Water Valve Handle |
| 35 | 00/0369E | Iced butter dish |
| 36 | 00/0371.1 | Wire for Bronze Base for First Class Staircase Cherub |
| 37 | 00/0401a | Silver Plated Bowl |
| 38 | 00/0401b | Silver Plated Bowl |
| 39 | 00/0401c | Silver Plated Bowl |
| 40 | 00/0401e | Silver Plated Bowl |
| 41 | 00/0401f | Silver Plated Bowl |
| 42 | 00/0403 | Oil Distribution Box |
| 43 | 00/0404e.1 | Braces Holder |
| 44 | 00/0404e.2 | Braces Holder |
| 45 | 00/0404kk | Four Leather Suspender Brace Ends |
| 46 | 00/0404vv.3 | Unknown material |
| 47 | 00/0409 | Oil Distribution Box |

|    | A | B |
|----|---|---|
| 48 | 93/0234A | Leather strap |
| 49 | 93/0234B | Leather strap |
| 50 | 94/0196 | Tripod |
| 51 | 94/0420 | Stoking Indicator Master |
| 52 | 96/0028 | Large square porthole |