IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

      Plaintiff,

v.                                                                  Civil Action No.  2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

      Defendant.

## PLAINTIFF R.M.S. TITANIC, INC.'S
## MOTION TO FILE CERTAIN DILIGENCE EXHIBITS UNDER SEAL

Plaintiff RMS Titanic, Inc. ("RMST"), by counsel, pursuant to Rule 5 of the Local Civil Rules of the United States District Court for the Eastern District of Virginia, hereby moves to file certain of the exhibits submitted to the Court on November 2, 2018, ("the Due Diligence Exhibits") under seal.  Specifically, RMST moves to file Due Diligence Exhibits: Exhibit G, the three (3) leases for RMST's permanent exhibition sites and artifact storage warehouse in Atlanta, Georgia, Orlando Florida, and Las Vegas, Nevada and certain exhibition agreements; and Exhibit I, the Loan Agreement with National Museums Northern Ireland, under seal.  For the reasons set forth in the accompanying Memorandum in Support, RMST respectfully requests that the Court grant this Motion to Seal and enter the Proposed Order attached hereto as Exhibit 1, sealing Exhibits G and I.

1

Respectfully submitted,

R.M.S. TITANIC, INC.

By Counsel

_____/s/_____
Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA  23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com

Brian A. Wainger (VSB #38476)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tele: 757/965-6804
Fax: 757/304-6175
Email: bwainger@kaleolegal.com

<u>CERTIFICATION</u>

      I hereby certify that the foregoing has been electronically filed through the Court's ECF system this 2nd day of November, 2018.


_____/s/_____

Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA  23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com



109110497_3