# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

    Plaintiff,

v.                                            Civil Action No.  2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

    Defendant.

## [PROPOSED] ORDER

THIS MATTER is before the Court on a Motion to File Certain Due Diligence Exhibits Under Seal ("the Motion") filed by Plaintiff RMS Titanic, Inc. ("RMST").

Upon due consideration, and for good cause shown, RMST's Motion is hereby GRANTED.  The Court finds that the public was provided with the requisite notice of RMST's request to seal, which also allowed interested parties a reasonable opportunity to object; there are no less drastic alternatives to sealing Due Diligence Exhibits G and I; and the portions to be sealed contain information previously designated as confidential, making sealing necessary and the only remedy to protect the material.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED this ___ day of _____, 2018

                                                                                                       _____
                                                                                                       Chief Judge Rebecca Beach Smith
                                                                                                       U.S. District Court Judge