IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

   Plaintiff,

v.              Civil Action No.  2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

   Defendant.

## NOTICE OF PLAINTIFF R.M.S. TITANIC, INC.'S MOTION TO FILE CERTAIN DUE DILIGENCE EXHIBITS UNDER SEAL

  Plaintiff RMS Titanic, Inc. ("RMST"), by counsel, and pursuant to Local Civil Rule 5 hereby gives notice that it has moved this Court for entry of an Order sealing Due Diligence Exhibits G and I.  The Motion is entitled Plaintiff RMS Titanic, Inc. Motion to File Certain Due Diligence Exhibits Under Seal (the "Motion").

  Pursuant to Local Civil Rule 5, this serves as notice to all parties and non-parties in this litigation that they may submit memoranda in support of or in opposition to RMST's Motion within seven (7) days after the filing of the Motion, and that they may designate all or part of such memoranda as confidential.  Any person objecting to RMST's Motion must file an objection with the Clerk within seven (7) days after the filing of the Motion, and if no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

Respectfully submitted,

R.M.S. TITANIC, INC.

By Counsel


_____/s/_____
Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA  23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com

Brian A. Wainger (VSB #38476)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tele: 757/965-6804
Fax: 757/304-6175
Email: bwainger@kaleolegal.com

## CERTIFICATION

I hereby certify that the foregoing has been electronically filed through the Court's ECF system this 2nd day of November, 2018.


_____/s/_____
Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA  23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com


109110078_1