# EXHIBIT D

**PRXI Corporate Structure**
Subsidiaries


