# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
          Plaintiff,

v.                                       Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
          Defendant.

## DECLARATION OF ALEXANDRA KLINGELHOFER

I, Alexandra Klingelhofer declare under penalty of perjury, as follows:

1.     I am a United States citizen and have been employed by Premier Exhibitions, Inc. or its affiliates for ten years.

2.     I was hired in 2008 as the Director of Collections and have served as the Vice President of Collections since approximately 2010.  I am responsible for the conservation, care, curation and management of the Titanic artifacts.  I work with Premier's design, production, and graphics employees and outside vendors to meet exhibition and logistical goals for installation and deinstallation of RMS Titanic's exhibits worldwide.  I manage the collections, develop and maintain collections policies, administer the annual budget, and hire, train and manage my collections staff. My responsibilities also include serving as: lead liaison for strategic Titanic-related initiatives, fine arts insurance coordinator, lead Titanic artifact researcher, and spokesperson on TV and radio for Titanic: The Artifacts Exhibition.  As the primary researcher

for Titanic artifacts, I document detailed information adding to the body of knowledge of Titanic and its artifacts.

3.      I obtained my Bachelor's of Arts Degree in Near Eastern Studies from the University of North Carolina at Chapel Hill. I have a Master's of Science Degree in Conservation and Archaeological Site Science from the University of Southampton, UK. I am a Professional Associate, American Institute for Conservation (Archaeological and Objects Conservation).

4.      I oversee RMST's adherence to all of the conservation and curation policies and procedures attached hereto as Exhibit 1.

5.      In keeping with my supervisory responsibilities, I can confirm that RMST continues to meet or exceed museum standards with regards to the conservation, curation and management of the Titanic artifacts.

6.      I can confirm that RMST performs the following tasks and/or utilizes the following practices and procedures:

- accession label, catalog, store, maintain, inventory and conserve the artifacts using reasonable museum and archival practices;
- maintain complete and accurate records of the artifacts including records on acquisitions, catalog and artifact inventory lists, descriptive information such as field notes, site form and reports, photographs and videos, locational information, conservation and treatment information, loans, environmental monitoring, records on lost, deteriorated or damaged objects within the STAC, and records on deaccessions, if any;
- maintain requisite facilities to properly store, study and conserve the collection;
- keep the artifacts physically secure to include compliance with electrical, fire, building, health and safety code, having appropriate fire detection and suppression systems, and operational intrusion detection and deterrent system;
- have an adequate emergency plan;
- provide fragile or valuable items with additional security;
- limit control access to security codes, the collection and facility;
- inspect the facility for security weaknesses;
- require staff and consultants who manage and preserve the STAC to be qualified professionals; and

2

- handle, store, clean and conserve the artifacts in a manner that is appropriate given the nature of the materials, protects them from breakage and deterioration from the environment, preserves data, stores site forms in a safe manner, inspects the artifacts for deterioration and damage, conducts inventories to verify material remains, associated records, and provides access to the artifacts by the public and researchers.

7.     My collections staff and I intend to remain in our current positions with the continued full responsibility of the Titanic artifacts in the event PAHL acquires the stock of RMST. In that respect, I intend to continue to maintain the same standards of collections management set forth above and attached. The artifacts will remain in the current facility in Atlanta and I will continue to honor my obligations to care for this wonderful, historic collection.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that to the best of my knowledge and belief, the foregoing is true and correct. Executed on October _31_, 2018.

Alexandra Klingelhofer

3

# EXHIBIT 1

# Guard Duties for Installation and Deinstallation of Titanic Exhibitions

Stationary Guards: Object Tables

During installations and deinstallations, one guard will be required to remain in the room in which objects are packed or unpacked.  During this time objects will be lying exposed on tables.

Stationary Guard Responsibilities:
- Only the RMS Titanic Inc. installation/collections staff may handle objects.  They will identify themselves and have specific id's. The guard is to make sure no one else handles or touches artifacts unless under supervision of RMS Titanic collection staff.
- Contractors and venue staff should be discouraged from entering area, if possible.  However, sometimes workers must go through room to get to another location.  Guard should ask them to stand back from the tables, and make sure they are not leaning over artifact tables with dangling jewelry, tool belts or anything else that might cause damage.
- Guard must make sure no workers are doing any work in room or close to artifacts unless RMS Titanic collections staff are present, or have expressly given permission for work to be done.  (This includes but is not limited to work such as lighting, painting, and carpentry)
- If there is an alternate route for workers to take while artifacts are exposed on tables, they should do so.  If workers must walk through with equipment (ladders etc), guards should lead them through the room, making sure equipment does not get close to artifacts or endanger them in any way.

Installation/Deinstallation Guards

During the actual installation and deinstallation of artifact cases throughout the galleries, the stationary guard must remain in the room with the exposed artifacts on tables.  A second guard must accompany collections staff while they move artifacts to other galleries and install or deinstall artifact cases.

Installation Deinstallation Guard Responsibilities:
- A Guard is to accompany collections staff when they are moving carts full of objects.  Guard should walk in front, making sure path is clear of workers or equipment, and open doors when necessary.
- While collections staff are installing cases, guard needs to watch any artifacts exposed on carts or on uncovered cases, and be mindful of people entering and leaving room while installation is in progress.  Sometimes workers must walk through with equipment, or curious venue staff pop in to have a look.  Guard must keep non-collections people from touching artifacts and keep workers with equipment, clear of exposed artifacts.

# Condition Checks

**Object Number:** _____

---

**Date:**                                      **Name:**
**Condition Purpose:**

**Condition:**

---

**Date:**                                      **Name:**
**Condition Purpose:**

**Condition:**

---

**Date:**                                      **Name:**
**Condition Purpose:**

**Condition:**

---

**Date:**                                      **Name:**
**Condition Purpose:**

**Condition:**

---

**Date:**                                      **Name:**
**Condition Purpose:**

**Condition:**

---

**Date:**                                      **Name:**
**Condition Purpose:**

**Condition**



3345 Kingston Court, Ste, I, Peachtree Corners, GA 30071
Tel: (404) 842 2600  Fax: (404) 842 2626
www.prxi.com
www.rmstitanic.net

# LOAN AGREEMENT
## RECEIPTS AND CONDITIONS GOVERNING LOAN TO PREMIER EXHIBITION MANAGEMENT, LLC ("BORROWER")

## I.   LOAN:

**"LENDER":**

**OBJECT(S)**

**Loan Period:**

**Loan Agreement Date:**

**This will confirm that the Lender named above has agreed to lend to Premier Exhibition Management, LLC ("PEM"), at no charge, the object listed above (or on Exhibit A attached) (collectively, the "Objects"), for purposes of display in PEM's "Titanic: The Artifact Exhibition" (the "Exhibition") located in            (the "Loan").**

## II.  PROTECTION AND SECURITY MEASURES:

The Borrower (PEM, a subsidiary of Premier Exhibitions, Inc.) shall exercise the same care with respect to the loaned Object(s) as it does in the safekeeping of comparable property of its own, including other artifacts, collectibles and objects in the Exhibition. Only Collections Staff and Consultant Conservators will install, deinstall and handle the Objects. The only exception is when handling by non-PEM Staff is overseen by PEM Collections staff, or Lender's specific permission has been given in writing for Objects to be handled by non-PEM staff.  All Objects shall be insured against loss, damage, deterioration and theft as described in Article III.

Each Object shall be returned to the Lender in the condition in which it is/was received (subject to normal exhibition wear and tear). No Object may be altered, cleaned, conserved, or repaired, without the written permission of the Lender.  Collections Staff will conduct condition inspections and document results in condition reports on each Object at regular intervals. Digital photography of Objects will be taken in order to facilitate tracking their condition.  No food or beverages shall be allowed in the Exhibition galleries where Objects are displayed for any purpose.

## III.

1

## IV. INSURANCE:

Each Object shall be insured by Borrower during the Loan Period and otherwise in storage or transit while in Borrower's possession under a wall-to-wall property insurance policy against all risks of physical loss or damage ("PEM Insurance Policy"). This policy may be subject to the following standard exclusions: wear and tear, gradual deterioration, insects, vermin or inherent vice, repairing, restoration or retouching process; hostile or warlike action, insurrection, nuclear reaction or radioactive contamination. Lender agrees to look solely to the PEM Insurance Policy in the event of any loss of or damage to the Objects under this Loan Agreement.

Lender has furnished to Borrower an insurance value of $            for the Object. This figure is solely for the purpose of the PEM Insurance Policy and this Loan Agreement, and in no way constitutes an appraisal of any of the Objects.

## V. DURATION OF LOAN; RETURN OF OBJECTS:

The Borrower may return the Objects to the Lender within ten (10) days after the last day of the Loan Period, subject to the following terms: The Lender will notify PEM to confirm that he/she wishes the Loan to terminate on that end date (the "Return Notice"), in which case the Borrower will pack the Objects per Article V below, and shall arrange (at its own cost) for the return shipping of the Objects to the Lender and deliver the packed Objects to the designated shipper (or the Lender may notify Borrower that he/she instead elects to retrieve the Objects in person from the Orlando Exhibition location). The Loan Period will be automatically extended for additional, consecutive 6-month renewal periods unless and until the Lender sends the Return Notice to PEM at least 10 days prior to the end of the Loan Period (as extended).

## VI. PACKING AND TRANSPORTATION:

In the event that any of the Objects is scheduled for return shipping to Lender, all packing and transportation shall be by safe methods approved in advance by Borrower and in compliance with American Association of Museums standards for shipping and packing museum collections (Objects are cavity packed using standard museum archival materials and methods). Only trained object handlers (Registrars, Collections Managers, Conservators, etc.) handle, pack or unpack Objects, and packing lists are generated for each shipment.

## VII. RECEIPTS:

Borrower shall furnish to Lender an acknowledgment of its receipt of the Objects, in the form of the Object Delivery Receipt below. Upon Borrower's return of the Objects, Lender shall furnish to Borrower an acknowledgment of Borrower's return of the Objects, in the form of the Object Return Receipt below. The parties acknowledge that risk of loss shall pass from Borrower to Lender at such time as Borrower fulfills its return obligations as described in Article IV above.

AGREED TO AND ACCEPTED:                    AGREED TO AND ACCEPTED:
PREMIER EXHIBITION MANAGEMENT, LLC         LENDER


By:_____       _____
                                           Print Name:


Dated: _____       Dated: _____


2

## OBJECT DELIVERY RECEIPT
## HISTORICAL OBJECTS AND MEMORABILIA

This acknowledges PEM's receipt of the Object(s) listed below (or on Exhibit A attached). The Objects will be loaned, secured, cared for and insured as provided for in the LOAN AGREEMENT between Premier Exhibition Management, LLC and Lender, dated

**OBJECT(S)**

_____

RECEIVED BY:                                    RECEIVED FROM:
Premier Exhibition Management, LLC               Lender:


_____          _____
Alexandra Klingelhofer                           Name and address
Vice President of Collections (or agent)


Date: _____             Date: _____

............................................................................................................

## OBJECT RETURN RECEIPT
## HISTORICAL OBJECTS AND MEMORABILIA

This acknowledges the Lender's return receipt of the Object(s) listed below (or on Exhibit A attached), confirms their satisfactory condition and releases the Borrower from any further responsibility for such Objects under the LOAN AGREEMENT between Premier Exhibition Management, LLC and Lender, dated _____.

**OBJECT(S) ]:** _____


RETURNED BY:                                    RECEIPT ACKNOWLEDGED BY:
BORROWER                                        LENDER
Premier Exhibition Management, LLC


_____          _____
Alexandra Klingelhofer (or agent),               Name and address
Vice President of Collections


Date: _____             Date: _____

3



# PREMIER
## E X H I B I T I O N S
3045 Kingston Ct., Suite I, Peachtree Corners, GA 30071
Tel: (404) 842 2600  Fax: (404) 842 2626
www.prxi.com

## RMS Titanic, Inc. Artifact Incident Procedure

The following procedures should be followed in the event that artifacts are compromised in any way during exhibitions, installations, or deinstallations.

The first instinct should be to **protect the object** regardless of what is going on around it. The first instinct if the gallery is full of visitors may be to quickly "fix it" so the visitors are not disturbed. The artifact(s) are the number one priority, not the visitors.

1. Secure the area. Find a security guard, volunteer or collections staff, and place them in front of the incident area instructing them to let no one near. This leaves you free to proceed.
2. Try to find stanchions to rope off the area.
3. Examine gallery and nearby cases in incident scene to make sure no other artifacts have been affected by the incident.
4. If objects are in extreme peril, (i.e. water is dripping on them from a leak, or they are teetering on the edge about to fall) move them to safety immediately. Otherwise, don't touch anything for the time being.
5. Call the VP of Collections or Registrar and describe the incident.
6. Without moving anything, take thorough photographs of the incident scene. This serves several purposes such as insurance documentation, a record of the incident for the files, and a record of what position the artifact(s) were in, so one can determine how it was damaged during later examination.
7. After photography has been taken of the scene, remove the objects onto an object cart and take them away from the public area for close examination.
8. Carefully examine objects under good light, and note any condition changes on condition reports.
9. If changes have occurred, photograph objects, and note on condition report.
10. If objects are unscathed, put in secure storage until re-installation, or until Collections staff can determine if they need to be returned to the lab or re-installed.
11. If damage has occurred, call VP of Collections or Registrar again to figure out the next step. (in-house conservator, sending back to lab, packing procedures, safe storage in the interim....)
12. Write up an incident report including exactly what happened and method of response to incident.

**RMST's Collections Department Contacts**

| Alexandra Klingelhofer | Laura Pasch | Jeffrey Taylor |
|---|---|---|
| VP of Collections | Rights & Reproduction Registrar | Registrar |
| Office: 404.410.3037 | Office: 404.410.3039 | Office: 404.410.3038 |
| Cell: 404.200.6433 | Cell: 706.421.5822 | Cell: 626.676.4840 |

# PREMIER EXHIBITIONS/RMS TITANIC, INC.
# COLLECTIONS MANAGEMENT POLICY

**Mission:**

Titanic's hull lies rusting on the sea floor. In a generation, possibly two, corrosion and bacterial activity will take their toll. The wreck will no longer exist, and myth and legend could replace fact and reality. Because of the dreams and perseverance of those in our own time, we will now and always have before us, preserved for future generations, the history, beauty and integrity of Titanic.

RMS Titanic Inc. has sought, and intends to continue to seek, to preserve and promote the memory of the Titanic with dignity and respect, and with due regard to Titanic's historical and maritime significance.

## I.      Introduction

This document establishes general guidelines for care, maintaining and exhibiting the collections of RMS Titanic, Inc. and articulates the responsibilities of RMS Titanic, Inc. officials regarding objects that are acquired by and left in the care of the Company.  The guidelines set forth in this document represent the Company's current views of the general approach officials should take in dealing with collections management.

## II.     Scope of Collections

RMS Titanic's collections consist of all objects salvaged from the debris field during the 1987, 1993, 1994, 1996, 1998, 2000 and 2004 dives to the wreck site of the Titanic.  In addition, RMS Titanic houses a media library consisting of dive footage in numerous formats, slides, color photographs, and digital stills.  A Collections Database housing physical and curatorial records for each object is also continuously updated.  An archival collections of study and historical society materials is also part of the collection.

## III.    Acquisitions, Exhibitions, and Deaccessions

a. **Acquisitions:**  Other than the salvaged objects from dives, the only objects additionally collected have been a collection of archival material from a small History Society in Ohio (The Whitman Collection).  The focus of the Company is on the care and exhibition of the existing objects, and there are currently no plans to acquire new objects through salvage or other means in the near future.

b. **Guidelines and Procedures Governing Loans and Exhibitions**
   i. Exhibit loans should be made to the following borrowers:

    a. Museums

    b. Facilities with temperature control and a solid security system, in which, artifacts will be well cared for and monitored.

    c. Exhibit organizers acting in partnership with RMS Titanic, Inc. and the above listed facilities.

    d. Recognized conservation professionals

ii. The Museum will only consider exhibiting objects that are in adequate condition to endure the term of the exhibition. In some cases, a facilities report of the borrowing institution and special consideration, such as packing requirements, couriers and certain methods of shipping, may be required or stipulated prior to an exhibit approval. Museum officials should give consideration to any potential damage that could result from travel, display or handling of the object while on loan or risk of seizure, levy or similar type action.

iii. The President, Collection's Manager, and/or Consultant Conservator must approve all exhibit loans. The Collections Manager and Operations Manager will be responsible for administering and processing the exhibition materials and relevant documentation related to the artifacts.

**iv.** The Conditions Governing Loans, detailed on the Company's Conditions Governing Exhibitions form shall be required from Borrowers (Appendix A).

c. **Draft Deaccession Policy:** Currently there is no accepted Deaccession policy, but a draft has been created in the event that deaccession is allowed in the future consistent with the Revised Covenants and Conditions:

i. As the mission of RMS Titanic, Inc. is to salvage objects for the purpose of public exhibition, periodically an object will be deemed unsuitable for exhibition, and therefore be recommended for deaccession. Objects within the collection of RMS Titanic, which were recovered from the Titanic site, may be deaccessioned if a qualified conservator has examined the object in question. After this examination, the conservator must determine due to the deteriorated state of the object in question, that continuous conservation will <u>not</u> necessarily stabilize the object from eventual loss.

ii. After examining the object, the conservator will fill out a form (deaccession recommendation form), and submit the form to the CEO/President and governing Board of Directors for consideration. Upon establishing the need for deaccession of objects, the Company will request that the object be disposed of through the courts.

iii. Method of disposal of deaccessioned object. Objects deaccessioned from the RMS Titanic Collection will be disposed of in one of the following manners:

- If the courts so choose, objects may be relinquished directly to the courts for disposal.
- Objects will be physically destroyed depending upon the type of material. All records relating to the method of destruction will be retained within the collections management system.
- Donation to conservation or research institution, or another museum for educational or exhibition purposes. The object may be donated to another institution for educational use related to the conservation of marine artifacts. Objects may be used as testing sample, or for display or educational programs.
- Donation to consulting conservators for testing purposes. The object may be donated to conservators acting as consultants to the Titanic collection solely for the purpose of research and testing. The object may only be donated with the understanding that it cannot be publicly exhibited, or sold to any other institution or individual.
- Sale to conservation, research institution, or another museum for educational and exhibition purposes, the proceeds of will be used for the future conservation and care of artifacts still in the collections of RMS Titanic, Inc.

iv. Objects donated to or purchased by RMS Titanic, Inc., and not acquired through the company's salvage operations may also be deaccessioned due to the above conservation issues, or for the following reasons:
- Not useful for research, exhibition or educational purposes
- Not within the scope of the institution's exhibition mission
- Poor, less important, incomplete, or unauthentic examples
- Subject to legislative mandate
- Subject to contractual donor restrictions the institution is no longer able to meet

v. Method of disposal of deaccessioned object not salvaged from the Titanic site:
- Donation of object to another museum, library, or archive for educational purposes
- Exchange with other institution for object of equal value
- Physical destruction if object is physically deteriorated, and is of no further value
- Private sale
- Public Auction
- Return to original Donor

vi. See Appendix B. for Deaccession Form

IV.  **Guidelines governing the documentation, care, and access to the collection**
   a. All objects shall be handled according to Museum Standards (see Appendix C for Handling Guidelines).
   b. All objects acquired for the collection shall be promptly recorded and documented in the collections records in an orderly and retrievable fashion and in conformity with professional Museum standards and accepted practices.
   c. The Collections Manager shall be responsible for compiling and maintaining certificates of origin records, which document the salvage history of all artifacts. The Collections Manager shall be responsible for compiling and maintaining records, which record up-to-date object information including description, exhibition, research, location, physical condition and photographic documentation. In addition, the Collections Manager shall periodically conduct an inventory of objects in the collection and on exhibit.
   d. On the basis of current scholarship and to the best of their ability, Consultant Curators shall be responsible for providing for the collections records comprehensive catalog information, which establishes the cultural context, provenance, date, and any other information, which adds to the educational and scholarly value of the object.
   e. All objects in the collection and on exhibit should be stored, displayed and maintained in conditions and in an environment conforming to professional Museum standards and accepted practices to ensure their security and long-term preservation.
   f. The Physical condition of objects in the collection will be reviewed by the Collections Manager on a regular basis. Conservation treatment should be carried out only as necessary and with the consultation and approval of the Company President. Treatment should be performed by a professional conservator and undertaken according to the standards of practice and ethical codes established by the American Institute for the Conservation of Historical and Artistic Works. All conservation treatment should be fully documented and respect the historic integrity of the object.
   g. The collection should be as easily accessible as is consistent with the safety and security of the individual objects. Access to the collections can be granted by the President, Operations Manager, Collections Manager, or Registrar to other company staff, researchers, and consultants.

V.  **Conservation/Care** After salvage, and prior to any form of exhibition, full conservation must be addressed for each object. Given the extensive nature and costs of marine artifact conservation, and the fact that every single object is in need of conservation, unlike most collections, it is understood that these procedures are on-going. Through a mixture of preventative conservation and treatment, all objects will either be conserved and kept in a stable storage environment when not on display, or they will be kept in an appropriate storage environment until such time as full conservation needs can be met.

    a.  Storage environments for objects in need of treatment, or not fully conserved will be:
- i. Freeze dried (paper and some organic objects) until such time as they can be fully cleaned and encapsulated
- ii. Frozen (textiles, organics) to delay deterioration
- iii. Kept in water (metal and some organics), and when possible, kept in desalination solution, to reduce/delay corrosion, and slowly begin the desalination process
- iv. Kept in refrigerator (liquids and some organics) to delay mold growth and delay deterioration.

    b.  Storage/Care of conserved objects
- i. Papers will be kept in archival boxes, folders, and/or milar sheets in low light levels at a temperature of approximately 70° and 50% relative humidity.
- ii. Organics and textiles will be stored in archival boxes or trays with archival tissues, or ethafoam lined shelving at a temperature of approximately 70° and 50% relative humidity.
- iii. Metals (dry) will be stored using archival materials and ethafoam lined shelving at a temperature of approximately 70° and a relative humidity not to exceed 40%, best between 30% and 40%.
- iv. Glass and ceramics will be stored using archival materials and a temperature of approximately 70° and a relative humidity with little fluctuation.

    c.  Materials: all materials and equipment used in packing, storage and movement will consist of archival materials whenever possible, as specified by professional museum standards.

    d.  Transport:  All domestic transport of objects will be done in climate control, exclusive use trucks with lift-gates and two drivers, or on fine art shuttles for small shipments.  Shipping companies will be fully bonded and insured, and art shippers are preferred.  International transport will be undertaken via air or on secure, exclusive use ocean, climate controlled containers.

# APPENDIX A
## CONDITIONS GOVERNING EXHIBITS

### PROTECTION

The Borrower is either a museum or a comparable institution, or the organizer of an exhibition, acting as an agent of the Borrowing institution. The Borrower shall exercise the same care with respect to the loaned object(s) as it does in the safekeeping of comparable property of its own.  If the Borrower is other than a museum or comparable institution, then it shall exercise extraordinary care with respect to the loaned object(s). Only Titanic Staff and Consultant Conservators install, deinstall and handle objects. RMS Titanic Collections staff will travel to all installations and deinstallations to install, and deinstall objects. The only exception is when handling by non RMS Titanic Staff is overseen by above staff, or specific permission has been given in writing for objects to be handled by non RMS Titanic staff.  All objects must be protected against loss, damage, deterioration and theft.  The Borrower agrees to meet the special requirements for installation, packing, transportation and handling as noted in the contract.  The borrower will make daily security checks of the exhibition and record all hygrometer readings in each of the relevant cases. Light levels shall also be monitored and readings taken once per week. All readings will be faxed to RMS Titanic staff on a weekly basis.

Each object shall remain in the condition in which it is received.  No object may be deinstalled, altered, cleaned, conserved, repaired, or transported without the written permission of RMS Titanic.  Should damage occur during an exhibition, the Borrower will contact RMS Titanic Staff immediately with a thorough incident report.
Prior to transit, RMS Titanic staff will do condition reports on each object. Digital photography of all sides of objects will be taken in order to help track the condition of each artifact.  Copies of condition reports and images will be left with Borrowing institution for reference throughout exhibition period.

No food or beverages shall be allowed in the galleries for any purpose while RMS Titanic objects are on display.

### INSURANCE

Each object shall be insured during the period of the exhibition under a wall-to-wall policy against all risks of physical loss or damage from any external cause while in transit or on location.  This policy may be subject to the following standard exclusions: wear and tear, gradual deterioration, insects, vermin or inherent vice, repairing, restoration or retouching process; hostile or warlike action, insurrection, nuclear reaction or radioactive contamination. If the Borrower or organizer is insuring the objects, RMS Titanic must be furnished with a certificate of insurance or a copy of the policy, or both if requested by the Lender, made out in favor of RMS Titanic, Inc., prior to the shipment of the object(s).  The certificate of insurance shall list RMS Titanic, Inc. as an additional insured.  The Operations Manager

must be notified in writing at least 20 days prior to any cancellation or change in the Borrower's policy that would affect insurance coverage of the object(s). The Borrower will not be released from liability for loss or damage by any failure on its part to secure insurance or by any lapses or insufficiencies in its insurance coverage.

RMS Titanic, Inc. may periodically review insurance values and reserves the right to require the Borrower to obtain increased insurance coverage if required. The insurance value for each object set forth by the Lender is for the purpose of the current loan only. This value in no way constitutes an appraisal of the object(s).

## LOSS OR DAMAGE

While on exhibit, if any object is lost or damaged, RMS Titanic staff must be notified immediately. Objects are not to be deinstalled or moved without written permission from RMS Titanic Staff. However, if object is in severe jeopardy such as what may occur from a water leak or fire, object may be deinstalled after unsuccessful attempts have been made to reach RMS Titanic Staff.

## PACKING AND TRANSPORTATION

Packing and transportation shall be by safe methods approved in advance by RMS Titanic, Inc. and in compliance with American Association of Museums standards for shipping and packing museum collections. Objects are cavity packed using standard museum archival materials and methods. Only trained object handlers (Registrars, Collections Managers, Conservators, etc.) handle, pack or unpack objects, and packing lists are generated for each exhibition to make sure all objects are accounted for at each venue and at the RMS Titanic facility.

## REPRODUCTION AND CREDIT

Unless otherwise stipulated in writing by RMS Titanic, Inc., the visiting public may **NOT** take photographs or video recordings of artifacts on display. The Borrower is to contact RMS Titanic, Inc. for notification of any press photography, and provide RMS Titanic with copies of all press information published. Each object shall be labeled and credited to RMS Titanic.

## RETURN/EXTENSION/CANCELLATION

RMS Titanic reserves the right to recall objects from the exhibition on short notice. Furthermore, the Lender reserves the right to cancel this exhibit at any time, and will make every effort to give reasonable notice thereof.

# APPENDIX B



# RMS TITANIC, INC.
## Deaccession and Disposal Record

1. <u>Description of Object</u>
   Acc. No:
   Title:
   Medium:
   Dive Number:

2. The Company must have legal right to dispose of the object.  How has this been determined?

3. What was the means of acquisition of the object?

4. If the object was a gift, answer the following:
   - Is the donor still alive?
   - Has the donor (or heirs of the donor) been informed of the institution's intensions?
   - Is the donor likely to make a further gift or bequest to the institution?
   - Has the donor (or heirs) objected to the deaccession or disposal?

5. Describe the overall condition of the object:

6. Current market value?
   How determined:

7. When was the object last exhibited?

8. Does the object have future value?
   - For exhibition?
   - As part of a research or teaching collection?

9.  Specific reason for deaccessioning object:

10. Opinions to substantiate deaccessioning recommendations:


    Contrary Opinions:

11. Is there another institution or individual, which might consider the object for exchange purchase or gift?

12. Who recommended the object be deaccessioned:

13. What means of disposal is recommended:

14. Who recommended the object be disposed of in above manner:

15. Signatures:

    _____     _____
    Collections Manager                           Date

    _____     _____
    Conservator                                   Date

    _____     _____
    President, RMS Titanic, Inc.                  Date

    _____     _____
    Chair, Governing Board                        Date

16. Board actions taken                   Date:

17. Comments or restrictions on disposition made by the board:

18. Disposition of objects:


    Value received:                       Date:

# APPENDIX C
## Object Handling Guidelines

**General Rules**

- Wear clean, comfortable clothing with no protruding jewelry, watches, or buckles. Do not wear your ID badge or chain around your neck unless you can safely put it behind you so it does not fall on an object. Wear clean cotton or thin nitrile gloves. Change gloves frequently.
- Know exactly where you are moving an object and have location ready to receive object before you move it. Anticipate problems and check to make sure path is not blocked, and doors are open…
- Carry only one object at a time with both hands. Whenever possible, use object carts to transport objects.
- If damage occurs in moving, create an incident report ASAP, and update the condition report. Notify conservator, but do not try to repair object.
- Do not hand an object from one person to another. Set object down for the other person to pick up.
- Use archival tissue or foam to place object in stable position on object movement cart. Object should not roll or be able to shift while being transported.
- Handle object as little as possible
- Keep carts clean, and free of tools and equipment
- Do not eat, drink, or smoke in vicinity of objects

**Paper Artifacts**

- Handle mounted works only by the mounts
- Lay paper objects on acid free board, or in archival box so it can be moved kept flat
- Do not stack object on top of smaller objects, causing top objects to bend.
- Be aware that objects in Milar seem more stable than they might actually be. Milar might present a false sense of security. Handle these objects as if they were not encapsulated.
- Do not open books or bound artifacts unless careful examination reveals that binding will not be damaged in opening.

**Three-dimensional artifacts**

- Objects with protruding parts such as handles on dishware and kitchen implements should not be picked up with handles. Objects should be picked up with two hands with support under the most stable part of the object (usually the base).
- Objects made of multiple materials should be lifted to support areas where materials are joined, as these are often the most fragile part of the objects.
- Large or heavy objects should always be lifted by more than one person. Just because one is capable of moving a heavy object, does not mean it is safe to do so. Use good judgment.
- Small objects such as jewelry and coins should always be carried in a tray or box.



3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30371
Tel: (404) 842-2600   Fax: (404) 842-2626
www.prxi.com
www.rmstitanic.net

# STANDARD OPERATING PROCEDURES FOR THE HANDLING, CARE and ENVIRONMENT, AND TRANSPORT OF PREMIER EXHIBITIONS' *TITANIC*-RELATED ARTIFACTS

## HANDLING
- Premier Exhibitions, Inc collections staff only will install, deinstall, and handle all artifacts
  or instruct such handling with direct supervision.
- No object may be deinstalled, altered, cleaned, conserved, repaired, or transported without the written permission of Premier Exhibitions Inc. Collection Department
- Collections staff may authorize the removal of any artifact if warranted by its condition before or during exhibition.

## CARE and ENVIRONMENT
- Premier Exhibitions Inc. collections staff maintains a database of artifact condition with written and photographic documentation.
- Artifact care is based upon the standards of best practices established by the American Association of Museums and the American Institute for Conservation.
- *Titanic* venues will maintain 70° F and 50% RH with minimal daily fluctuation (+2°F and +5% RH). Venues without RH control systems will be approved on an individual basis based upon review of venue.
- Collections staff may create microclimates for individual cases based upon materials displayed. These microclimates are in addition to the maintenance of museum standard ambient temperature and relative humidity as noted above.
- Natural light is not acceptable in the exhibition area.
- Light type and level will be approved and set by the Dept. of Collections by case based upon conservation standards.
- No food or beverages permitted in the exhibition area.
- Venues will be clean and free of any leaks, infestations, or other environmental detractors.

## PACKING AND TRANSPORTATION OF ARTIFACTS
- Packing of artifacts/specimens is completed solely by Premier Exhibitions Inc. collections staff with the assistance of trained and approved object handlers (registrars, curators, conservators, technicians, etc.) using standard museum archival materials and methods.
- During packing, unpacking, installation, and deinstallation of Titanic exhibition artifacts, two dedicated security guards must be present at all times.

- Transport booking is arranged by Collections; collections staff oversee the loading/unloading of shipped artifact crates in cooperation with Production staff.
- Artifacts are shipped by established fine arts shipping firms using dual driver, climate controlled trucks shipping door-to-door or by fine arts shuttle. Occasional exceptions are made for extremely large artifacts or intercontinental transport. Any exceptions must be determined pror to inclusion in artifact list.

## SECURITY
- The exhibition shall be monitored by Premier using an automated camera surveillance system 24/7, connected to the company internet server system, unless the in-house venue system meets required and established standards of surveillance per Premier.
- All doors and access points to the venue shall be secured, alarmed, and utilize motion detectors. In situations where the venue is a Museum or Science Center, the exhibition space will be secured via Premier-installed perimeter security in the absence of a functioning alarm system with motion detection at the venue proper. In the event of a public venue that is too large for the existing perimeter security to reasonably monitor for Premier exhibitions, an additional monitored perimeter security system will be installed for the exhibition space.
- Audible alarms will be attached to exhibit cases as needed.
- In all situations of burglar security, there will be either human presence assigned to monitor the alarms, serving as a central station, or a formal central station monitoring service off-site.
- Security will be available to collections staff during installation and deinstallation; security personnel will circulate through galleries for the term of the exhibition during open hours.

## FIRE DETECTION/SUPPRESSION
- All locations will have functioning Fire suppression systems and/or fire alarms that are Central Station monitored.
- All locations shall have an appropriate number of fire extinguishers for the square footage of the exhibition space.
- In some instances, 24/7 human presence with central office contact, appropriate to the size and configuration of the venue may be permitted in lieu of a central station operating system

## STORAGE
- *Titanic* artifacts shall only be stored in climate controlled warehouses with central fire and security when storage is needed before, during or after a venue.

# EXHIBITION STANDARDS AND PROCEDURES (Condensed) PREMIER EXHIBITIONS

### Exhibition Review Process
- Preliminary selection of a site based upon location, square footage, former use, etc.
- On-site assessment of possible property by production, design, and/or sales staff to determine physical, security, logistical, environmental needs.
- Review of written and visual information of the site by production exhibit directors and production exhibition managers
- Proposal to accept or decline site in consultation with legal counsel, collections, PR, and other associated departments

### Artifact/Specimen Transport and Installation
- Insured artifacts/specimens will be handled only by qualified Premier and contract staff.
- Insured artifacts/specimens will be transported by fine art shippers or professional shippers that are experienced in handling valuable property.
- Insured artifacts/specimens are transported in climate controlled conditions unless prohibited by size and/or intercontinental shipping requirements.
- *Titanic* artifact transport is booked by Collections Department.
- *Bodies* artifact transport is currently booked by Bodies Production staff with approval by Curator of Collections.
- Premier Exhibitions, Inc. collections staff will install, deinstall, and handle all specimens or instruct such handling with direct supervision.
- No specimen may be deinstalled, altered, cleaned, conserved, repaired, or transported without the written permission of Premier Exhibitions Inc.
- Collections staff may authorize the removal of any artifact if warranted by its condition.
- Artifacts/specimens used for PR purposes are typically hand carried or shipped with a collections staff or Premier employee courier.
- Specimens may be shipped by Fedex to facilitate prior approval for the exhibition in foreign countries.

### Collections Documentation
- All collections are recorded in appropriate databases with condition and location information.
- **Collections staff prepares a detailed list of objects/specimens with values for each exhibition and are in charge of inventory condition verification at installation and deinstallation.**

### Production vs. Collections Responsibilities
- Production is responsible for the physical preparation of a suitable venue for exhibition of the property including mechanical, electrical, audio-visual components as well as security during installation and deinstallation.
- Collections is responsible for the appropriate care, management, installation, and deinstallation of the collections (property) at venues, storage, and primary laboratory/warehouse.
- Post-installation, the exhibition and collections are supervised by Premier Operations staff and/or venue staff trained by Premier or professionals in their fields.

- All departments work collaboratively to ensure the preservation of the collections, the maintenance of the exhibitry, and the safety of staff and visitors.