IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.                                 Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
      Defendant.

### ORDER

IT APPEARING TO THE COURT:

1. On June 29, 2018, RMS Titanic, Inc. ("RMST") filed Plaintiff's Motion to Approve Asset Purchase Agreement and Memorandum in Support (the "Sale Motion") [Dkt. 447, and 448] seeking approval for the sale (the "Sale") of 100% of its stock to Premier Acquisition Holdings, LLC ("PAHL"), pursuant to the terms of that certain Asset Purchase Agreement, attached thereto as Exhibit A.

2. The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, which oversees RMST's chapter 11 case, approved the Sale by Order dated October 19, 2018.

3. On October 31, 2018, PAHL filed in this Court Premier Acquisition Holdings LLC's Consent Motion To Intervene (the "Intervention Motion") [Dkt. 506 and 507], seeking to

intervene in the above-captioned action pursuant to Fed. R. Civ. P. 24(a) and (b) for purposes of the Sale Motion.

4. As evidenced by endorsement of its counsel hereto, RMST consents to the requested relief.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

A. The Court grants the Intervention Motion.

B. PAHL is authorized to intervene in this action for purposes of the Sale Motion, *i.e.*, Plaintiff's [RBS] Motion to approve Asset Purchase Agreement, and to such other [RBS] extent as the court deems appropriate under the circumstances of this case. [RBS]

_Rebecca Beach Smith_
Hon. Rebecca Beach Smith, Chief Judge
United States District Court for the
Eastern District of Virginia

At Norfolk, VA
This 5th day of November, 2018

WE ASK FOR THIS:

PREMIER ACQUISITION HOLDINGS LLC
Proposed Intervenor

By: _/s/ David G. Barger_
David G. Barger, VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
E-Mail: Bargerd@gtlaw.com

2

SEEN AND AGREED:

R.M.S. TITANIC, INC.,
Plaintiff


By:     /s/ Robert W. McFarland
        Robert W. McFarland, VSB No. 24021
        McGuireWoods LLP
        101 W Main St
        Suite 9000
        Norfolk, VA 23510-1655
        Email: rmcfarland@mcguirewoods.com

        Brian Andrew Wainger, VSB No. 38476
        Kaleo Legal
        4456 Corporation Lane
        Suite 135
        Virginia Beach, VA 23462
        Email: bwainger@kaleolegal.com

SEEN:

UNITED STATES OF AMERICA
*Amicus Curiae*


By:     /s/Kent P. Porter
        Kent P. Porter, VSB No. 22853
        Assistant United States Attorney
        Attorney for the United States
        United States Attorney's Office
        8000 World Trade Center
        101 West Main Street
        Norfolk, VA 23510
        757-441-6331
        Fax: 757-441-6689
        kent.porter@usdoj.gov