THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
Successor in interest to Titanic
Ventures, limited partnership,

    Plaintiff,

v.                                Civil Action No.:  2:93cv902

The Wrecked and Abandoned
Vessel, . . . believed to be
The RMS TITANIC, in rem,

    Defendant.

## THE TRUSTEES OF THE NATIONAL MARITIME MUSEUM'S AMENDED MOTION TO INTERVENE

COMES NOW the Trustees of the National Maritime Museum ("NMM"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 24(a) and (b) moves to intervene in the above-captioned action for the reasons more fully set forth in the accompanying Memorandum in Support.

                                    TRUSTEES OF THE NATIONAL
                                    MARITIME MUSEUM

                                    By:  /s/ *Edward J. Powers*
                                           Of Counsel

Edward J. Powers, Esq. (VSB No. 32146)
Vandeventer Black LLP
101 West Main Street, Suite 500
Norfolk, VA  23510
Telephone:  (757) 446-8600
Facsimile:   (757) 446-8670
epowers@vanblacklaw.com

Neil Quartaro*
WATSON FARLEY & WILLIAMS LLP
250 West 55th Street
New York, NY 10019
(212) 922-2200
nquartaro@wfw.com

Timothy Graulich*
James I. McClammy*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
timothy.graulich@davispolk.com
james.mcclammy@davispolk.com
*Pro hac vice admission pending

*Attorneys for the Trustees of the National Maritime Museum*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading was electronically filed with the Court's ECF system causing ECF notification to be sent to all counsel of record.

/s/ *Edward J. Powers*

Edward J. Powers, Esq. (VSB No. 32146)
Vandeventer Black LLP
101 West Main Street, Suite 500
Norfolk, VA  23510
Telephone:  (757) 446-8600
Facsimile:   (757) 446-8670
epowers@vanblacklaw.com