November 12, 2018

RMS Titanic, Inc.
c/o GlassRatner Advisory & Capital Group LLC
555 W. 5th Street, Suite 3725
Los Angeles, CA 90013
Attention: Armen Avedissian
Email: aavedissian@glassratner.com

Dear Mr. Avedissian:

The Trustees of the National Maritime Museum ("NMM") are pleased to submit this revised proposal to acquire substantially all of the assets of RMS Titanic, Inc. ("RMST") and its affiliates (collectively, the "Company"), including (i) RMST's existing rights, if any, as salvor in possession of the R.M.S. *Titanic* wreck, (ii) RMST's legal and beneficial interests in the artifacts collected from the R.M.S. *Titanic* wreck, including in the 1987, 1993, 1994, 1996, 1998, 2000 and 2004 expeditions (each such artifact, an "Artifact" and, collectively, the "Artifact Collection"), and (iii) the Company's rights, title and interest in and to photographs, video footage, recreations of the ship, maps and data related to the R.M.S. *Titanic* vessel, wreck site and debris field and the Artifact Collection, and all intellectual property related to the foregoing. This proposal supplants the terms of our previous proposal submitted to you on June 7, 2018.

As we indicated in a September 6, 2018 filing with the United States District Court for the Eastern District of Virginia (the "District Court"), NMM's broad-based fundraising efforts have been hindered by the last-minute agreement among the Company, Premier Acquisition Holdings, LLC (the "Stalking Horse Purchaser"), and 417 Fifth Avenue (the "Landlord") that committed the Landlord to oppose any transaction other than the sale to the Stalking Horse Purchaser. NMM has nevertheless already raised sufficient funds to facilitate a private sale that would both be consistent with title 11 of the United States Code (the "Bankruptcy Code") and ensure that the Artifact Collection is conserved, curated, and otherwise kept together as an integrated whole in perpetuity by a Qualified Institution (i.e., NMM) under the Covenants and Conditions. As a result, this revised bid is not subject to any financing contingency.

NMM strongly believes that this proposed transaction is in the public interest and meets the standard for approval under the federal bankruptcy code. As a leading maritime museum and a recognized expert in the conservation and preservation of underwater archeology and historical artifacts, NMM is uniquely qualified to care for the R.M.S. *Titanic* and the Artifact Collection and to preserve and provide public access to, and interpretation of, this important part of our collective heritage. NMM is willing to commit to conserving, curating, and otherwise keeping the Artifact Collection together as an integrated whole in perpetuity and available to posterity for public display and exhibition, historical review, scientific and scholarly research, and educational purposes. Additionally, NMM has secured approximately $14.8 million in committed funding and believes that this proposed transaction, under the facts and circumstances of RMST's

bankruptcy case, meets the standard for approval of a private sale set forth by the Supreme Court of the United States in *Bank of Am. Nat. Tr. & Sav. Ass'n v. 203 N. LaSalle St. P'ship*, 526 U.S. 434 (1999).

NMM is prepared to move quickly towards a definitive transaction and submits that the transaction can be consummated on an expedited basis to ensure that the Company is not required to liquidate prior to consummation. However, to eliminate any risk of liquidation, Running Subway Productions, LLC ("<u>Running Subway</u>") has committed to provide a junior debtor-in-possession loan of up to $500,000 to the Company if needed to fund the operations of the Company prior to consummation of the transaction.

The key elements of our proposal are summarized below.

**The Purchasers**

NMM was created by the Parliament of the United Kingdom's National Maritime Act of 1934. It is the largest and preeminent maritime museum in the world and it includes the Queen's House, the Royal Observatory, Greenwich and the clipper ship *Cutty Sark*. The collective brand name for the four sites is Royal Museums Greenwich. NMM is a statutory corporation and a charity. It is one of a select group of national museums and galleries that receives direct government funding from Parliament.

Based in Greenwich, London, NMM is the leading custodian of the United Kingdom's maritime heritage. NMM's in-house professional conservation experts have significant experience in the preservation and conservation of maritime artifacts for the benefit of the public, now and in the future, and NMM's standards and procedures are externally audited and accredited as such every three years.

NMM exists to advance the public's access to maritime heritage through its exhibitions, displays, and its educational and research programs. In 1994, NMM staged the first major exhibition displaying artifacts recovered from the R.M.S. *Titanic* debris field which explored the significant historic and cultural legacy of the ship. In February 1995, NMM convened an international conference in Greenwich, London to find ways to protect underwater cultural heritage within the existing framework of international law. In January 1996, NMM convened a follow-up conference to debate and gain support for the International Law Association's draft convention to protect underwater cultural heritage. This convention was subsequently adopted by the United Nations Educational, Scientific and Cultural Organization and, in 2001, became the Convention on Underwater Cultural Heritage. The R.M.S. *Titanic* came within the scope of the convention in 2012.

NMM is working in collaboration with the National Museum of Northern Ireland ("<u>NMNI</u>" and, together with NMM, the "<u>Museum Purchasers</u>") and Titanic Belfast, Ltd ("<u>Titanic Belfast</u>"). It is NMM's intention that NMM and NMNI share the role of Trustee (as defined in the Covenants and Conditions) of the Artifact Collection, which would move the Artifact Collection into perpetual public dominion and ensure the Artifact Collection's care, state-of-the-art curation and conservation, and public display.

Sponsored by the government of Northern Ireland, NMNI's three museums are home to approximately 20,000 works of art, a million plant, animal, and geological specimens, and tens

Exhibit A

of thousands of precious objects, including a small number of Artifacts currently on display at its Ulster Folk and Transport Museum. Titanic Belfast was opened in 2012, 100 years after R.M.S. *Titanic*'s fateful maiden voyage, in collaboration with Dr. Robert Ballard to present the public with a comprehensive and interactive education about Edwardian Belfast, the Harland and Wolff shipyard, and the R.M.S. *Titanic*, its passengers and the scientists who discovered her. It is NMM's and NMNI's intention that a portion of the Artifact Collection be displayed at Titanic Belfast, adjacent to the slipway where the R.M.S. *Titanic* was built.

Running Subway is a New York-based entertainment production company that specializes in the procurement, development, and production of live entertainment properties. The company was founded in 2004 and since then has presented over 20 unique exhibitions, including exhibitions of the Dead Sea Scrolls, China's terracotta warriors, artifacts from Pompeii and Herculaneum, and other ancient artifacts, to over five million people. Running Subway has opened four venues in New York City including *Bodies* at the South Street Seaport Museum and the Discovery Times Square, which premiered with the *Titanic* exhibit in 2009. The company also has a roster of global touring exhibitions. Its senior management team has decades of experience in the exhibition presenting and touring realm.

**Transaction Scope**

NMM proposes that the Museum Purchasers and Running Subway (collectively, the "Purchasers") acquire substantially all of the assets of the Company, as set forth below.

NMM proposes that the Museum Purchasers acquire (i) RMST's existing rights, if any, as salvor in possession of the R.M.S. *Titanic* wreck, (ii) RMST's legal and beneficial interests in the Artifact Collection, and (iii) the Company's rights, title and interest in and to photographs, video footage, recreations of the ship, maps and data related to the R.M.S. *Titanic* vessel, wreck site and debris field and the Artifact Collection, and all intellectual property related to the foregoing (each of the assets set forth in clauses (i), (ii) and (iii), collectively, the "Museum Purchased Assets") pursuant to section 363 of the Bankruptcy Code and pursuant to the terms of the Revised Covenants and Conditions (the "Covenants and Conditions") entered by the Eastern District of Virginia (the "District Court") in the case captioned *RMS Titanic, Inc. v. The Wrecked & Abandoned Vessel*, No. 2:93cv902.

NMM proposes that Running Subway acquire substantially all of the assets of the Company that are not Museum Purchased Assets (such assets together with the Museum Purchased Assets, the "Purchased Assets"). For the avoidance of doubt, Running Subway will not acquire any rights of RMST or its affiliates with respect to assets or property that are subject to the *in rem* jurisdiction of the District Court.

**Purchase Price**

At closing of the transaction, the Museum Purchasers will pay an aggregate purchase price of at least approximately $14.8 million in cash (the "Purchase Price"), in addition to any further funds raised between the date hereof and the closing of the transaction. In addition, if short-term financing is needed fund the operations of the Company prior to consummation of the proposed transaction, Running Subway will contribute up to $500,000 to the Purchase Price in the form of

a junior debtor-in-possession loan that will convert to Purchase Price upon the closing of the transaction.

**Funding**

The Purchase Price shall be funded by (i) a £10,720,000 (approximately $14 million, assuming an exchange rate of $1.3065 per £1, as at November 9, 2018) contribution by NMM under the auspices of the United Kingdom government, (ii) $750,000 in private donations, including a $500,000 donation by the National Geographic Society, (iii) any additional funds raised between the date hereof and the closing of the transaction, and (iv) if short-term financing is needed fund the operations of the Company prior to consummation of the proposed transaction, a contribution by Running Subway of $500,000 in the form of a junior debtor-in-possession loan that will convert to Purchase Price upon the closing of the transaction.

**Timeline; Junior Debtor-In-Possession Financing**

NMM is confident that the proposed transaction can close on substantially the same timeline as the currently propose sale to Premier Acquisition Holdings, LLC. To date, NMM and Running Subway conducted extensive due diligence with respect to the assets of the Company and have completed a draft asset purchase agreement. However, if additional short-term financing is needed fund the operations of the Company prior to consummation of the proposed transaction, Running Subway will provide a junior debtor-in-possession loan of up to $500,000 to the Company. Upon consummation of the transaction, the loan would convert to Purchase Price.

**Licensing Arrangement**

At the closing of the transaction, the Museum Purchasers shall enter into one or more royalty-free licensing arrangements (the "Licensing Agreement") with Running Subway to enable Running Subway to continue to exhibit approximately 550 artifacts in Las Vegas and Orlando and in one travelling exhibition in North America for a period of five or more years from the date of closing (the "Licensing Arrangement").

Running Subway will be required under the Licensing Agreement meet the conservation and curation standards required by the Covenants and Conditions, and the Museum Purchasers and Running Subway will work with NOAA and the District Court to assure NOAA and the District Court that the Artifacts subject to the Licensing Arrangement will be conserved and curated as required by the Covenants and Conditions.

**Transaction Structure**

We propose to effectuate the transaction through a private sale pursuant to the Definitive Documents under section 363 of the Bankruptcy Code. The Purchased Assets would be delivered (i) on a cash-free and debt-free basis, (ii) free and clear of all liens, claims, encumbrances and liabilities (other than any liens, claims, encumbrances, liabilities, and other obligations imposed by the Covenants and Conditions or the District Court) pursuant to a sale order (the "Sale Order") entered by the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") in the chapter 11 cases of RMST and its debtor-affiliates, which Sale Order shall include a good faith finding under section 363(m) of the Bankruptcy

Code, and (iii) pursuant to an order of the District Court designating the Museum Purchasers the Trustee (as such term is defined in the Covenants and Conditions) of the Artifact Collection.

The Museum Purchasers will undertake at their own expense to:

- Seek approval from the District Court as a "qualified institution" and to replace RMST as the "Trustee," as such terms are defined in the Covenants and Conditions;
- Provide all reasonable and requested support to the Company's efforts to seek approval from the Bankruptcy Court of the Sale Order;
- Complete all necessary due diligence as set forth below under the heading *Due Diligence Requirements*; and
- Seek and obtain all necessary approvals and satisfy all conditions as set forth below under the heading *Internal Approvals and Other Conditions*.

We believe that the proposed process is appropriate under the terms of the Covenants and Conditions and would be approved by the Bankruptcy Court, given the facts of the Chapter 11 Cases.

**Due Diligence Requirements**

Our proposal is subject to the completion of customary commercial, legal, financial, operational and tax due diligence, including a formal sighting and audit of the Artifacts by NMM's collections team. We anticipate that such due diligence could be completed expeditiously.

NMM has engaged Davis Polk & Wardwell LLP, Watson Farley & Williams LLP and Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. as its legal advisors with respect to the transaction. Running Subway has engaged Blank Rome LLP as its legal advisor with respect to the transaction.

**Internal Approvals and Other Conditions**

NMM has discussed the transaction with NMM's Trustees, and has the authority to submit this proposal. Although any binding proposal would require the approval of NMM's Trustees, at this stage NMM does not anticipate any reason why that would not be forthcoming. Running Subway has the approval of its board of directors to move forward with the proposal.

The proposed transaction will be subject to other customary conditions, including:

- The execution and delivery of definitive transaction agreements with terms and conditions satisfactory to each party, including customary representations, warranties, covenants and conditions (and the satisfaction thereof);
- The entry of the Sale Order by the Bankruptcy Court (and the expiration or waiver of any stay of the effectiveness of such order) in form and substance satisfactory to the Purchasers; and
- The entry of an order by the District Court approving the Museum Purchasers as the "Trustee" of the Artifact Collection pursuant to the terms of the Covenants and Conditions, in form and substance satisfactory to the Museum Purchasers.

Exhibit A

**Key Contacts**

We welcome the opportunity to clarify any of the terms of our proposal or to answer any other questions that you may have during your review of our proposal.  Please feel free to contact Running Subway or its legal advisor using the information listed below, or to contact NMM's legal advisor listed below, who can also put you in contact with NMM's other legal advisors.

**Davis Polk & Wardwell LLP**

| | |
|---|---|
| Timothy Graulich | Jacob Weiner |
| (212) 450-4639 | (212) 450-4906 |
| timothy.graulich@davispolk.com | jacob.weiner@davispolk.com |
| 450 Lexington Avenue | 450 Lexington Avenue |
| New York, NY 10017 | New York, NY 10017 |
| | |
| **Running Subway Productions, LLC** | **Blank Rome LLP** |
| James Sanaa | Joel Charles Shapiro |
| (646) 619-8611 | (215)569-5746 |
| james@runningsubway.com | shapiro-jc@blankrome.com |
| 70 West 40th Street, 9th Fl. | One Logan Sq, 130 N 18th St |
| New York, New York 10018 | Philadelphia, PA 19103 |

This letter is not intended to and does not constitute a legally binding agreement between us in any respect and any contractual obligations between us will only arise from a fully executed asset purchase agreement.  Any formal acquisition proposal is subject to satisfactory completion of our business, legal and accounting due diligence review, the negotiation and execution of a mutually satisfactory definitive asset purchase agreement and the approval of the Trustees of the National Maritime Museum.

We are prepared to commit extensive resources to satisfy the conditions referred to above as expeditiously as possible.  In the meantime, please feel free to contact me to discuss or clarify any aspect of this proposal.

Exhibit A

Sincerely,

National Maritime Museum

By: Dr. Kevin Fewster
Title: Director, Royal Museums Greenwich

Exhibit A