IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

    Plaintiff,

v.                                            Civil Action No. 2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

    Defendant.

**PERIODIC REPORT OF R.M.S. TITANIC, INC.
ON THE PROGRESS OF RESEARCH AND
<u>RECOVERY OPERATIONS</u>**

NOW COMES Plaintiff R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this "Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations" ("Periodic Report").

**<u>I. Bankruptcy Proceedings.</u>**

In order to assist the Court with its review of RMST's pending Motion to Approve Asset Purchase Agreement and Authorize the Sale of 100% of RMST's Stock to Premier Acquisition Holdings LLC or Other Qualified Purchaser as Approved by the Bankruptcy Court (Dkt. No. 447), RMST provides the following information, that has been requested by the United States:

    1.    Information on the bank account where the Reserve Fund is deposited (Exhibit A);

    2.    Information on the bank account for the safe deposit box holding the Titanic artifacts of currency and coins (Exhibit B);

3.  A list of RMST's permanent exhibition venues and the contact person for each (Exhibit C).

In order to protect the confidentiality of the bank account information, Exhibits A and B are filed under seal. A Motion to Seal and related pleadings are being filed for those Exhibits.

WHEREFORE, RMST submits this Periodic Report for the Court's information and consideration.

Respectfully submitted,

R.M.S. TITANIC, INC.

By Counsel

Counsel:

Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA 23510
757/640-3716

Brian A. Wainger (VSB #38476)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
757/965-6804

_____/s/_____
Robert W. McFarland

## CERTIFICATION

I hereby certify that the foregoing has been electronically filed through the Court's ECF system this 15th day of November, 2018.

_/s/_
Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA 23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com