# EXHIBIT C

**Temporary Venues:**

Mayborn Museum at Baylor University
1300 S. University Parks Drive
Waco, TX 76706
Rebecca Tucker Nall, Assistand Director of Exhibits, Communication, and Visitor Services (254) 710-7981
Anita Benedict, Collections Manager (254) 710-4835

Titanic: The Artifact Exhibition
Lipont Place
4211 No 3 Rd
Richmond, BC V6X2C3 Canada
(604) 285-9978
Toni Zhang McAfee, Vice General Manager, ext 205

Titanic: The Artifact Exhibition
BVV Pavilion C
Vystaviště 405/1
Brno, Czechia
+420 773-257-048
Renáta Bystroňová, Exhibition Manager


**Permanent Venues:**

Titanic: The Artifact Exhibition @
The Luxor Hotel & Casino
3900 Las Vegas Blvd South
Las Vegas, NV 89119
(877) 386-4658
Stephen Degen, Manager of Operations

Titanic: The Artifact Exhibition
7324 International Drive
Orlando, FL 32819
(407) 248-1166
Michael Mullen, Manager

Titanic: Ulster Folk and Transport Museum
Cultra, Holywood, BT18 OEU, Co. Down
Northern Ireland
+44 (0) 89 9042 8428
Anne Orr, Registrar