IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

      Plaintiff,

v.	Civil Action No.  2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

      Defendant.

**PLAINTIFF R.M.S. TITANIC, INC.'S
MOTION TO FILE EXHIBITS TO PERIODIC REPORT UNDER SEAL**

      Plaintiff RMS Titanic, Inc. ("RMST"), by counsel, pursuant to Rule 5 of the Local Civil Rules of the United States District Court for the Eastern District of Virginia, hereby moves to file Exhibits A and B to RMST's November 15, 2018 Periodic Report under seal.  Specifically, RMST moves to file these exhibits under seal, because they contain highly confidential financial account information.  For the reasons set forth in the accompanying Memorandum in Support, RMST respectfully requests that the Court grant this Motion to Seal and enter the Proposed Order attached hereto as Exhibit 1, sealing Exhibits A and B.

      Respectfully submitted,

      R.M.S. TITANIC, INC.

      By Counsel

                                                      /s/
Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA  23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com

Brian A. Wainger (VSB #38476)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tele: 757/965-6804
Fax: 757/304-6175
Email: bwainger@kaleolegal.com

## CERTIFICATION

      I hereby certify that the foregoing has been electronically filed through the Court's ECF system this 15th day of November, 2018.


_____/s/_____
Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA  23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com


109701620_1