IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                                              Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
    Defendant.

**<u>NOTICE OF FILING PROPOSED ORDER AND DECLARATION OF GILBERT LI</u>**

      Intervenor Premier Acquisition Holdings LLC ("<u>PAHL</u>") respectfully submits this Notice of Filing Proposed Order and Declaration of Gilbert Li, in connection with Plaintiff's Motion to Approve Asset Purchase Agreement and Memorandum in Support (the "<u>Approval Motion</u>") seeking approval for the sale of 100% of its stock to PAHL (the "<u>Sale</u>"), pursuant to the terms of that certain Asset Purchase Agreement, as amended (the "<u>APA</u>"). ECF Nos. 447, 448; *see also* ECF Nos. 448-1 (APA) and 503 (Amendment to APA).

      After extensive collaboration and negotiation with the United States, as *amicus*, and on behalf of its National Oceanic and Atmospheric Administration ("<u>NOAA</u>"), to address NOAA's concerns and the issues raised by this Court at the October 25, 2018 hearing on the Approval Motion, Plaintiff, R.M.S. Titanic, Inc. and PAHL reached an agreement with NOAA on the terms of the proposed Order approving the Sale attached hereto as <u>Exhibit A</u>.

Attached hereto as <u>Exhibit B</u> is a Declaration of Gilbert Li in Support of Plaintiff's Motion to Approve Asset Purchase Agreement and Authorize the Sale of 100% of RMST's Stock to Premier Acquisition Holdings LLC, which – at the request of NOAA – sets forth certain commitments by PAHL in the event the Approval Motion is granted.

Respectfully submitted,

**PREMIER ACQUISITION HOLDINGS LLC**

By Counsel:

_/s/ David G. Barger_
David G. Barger, VSB #21652
*Attorney for Intervenor Premier Acquisition Holdings LLC*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
E-Mail:  Bargerd@gtlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2018, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian A. Wainger
**KALEO LEGAL**
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: (757) 965-6804
Email: bwainger@kaleolegal.com
*Counsel for Plaintiff R.M.S. Titanic, Inc., successor in interest to Titanic Ventures, limited partnership*

Robert W. McFarland
**MCGUIRE WOODS LLP**
101 West Main Street, Suite 9000
Norfolk, VA 23510
Telephone: (757) 640-3700
Email: rmcfarland@mcguirewoods.com
*Counsel for Plaintiff R.M.S. Titanic, Inc., successor in interest to Titanic Ventures, limited partnership*

Kent P. Porter
United States Attorney Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone: (757) 441-6331
Email: kent.porter@usdoj.gov
*Counsel for Amicus United States of America*

                */s/ David G. Barger*
David G. Barger, VSB #21652
*Attorney for Intervenor Premier Acquisition Holdings LLC*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
E-Mail: Bargerd@gtlaw.com