UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



R.M.S. TITANIC, INC.,
successor-in-interest to Titanic
Ventures, limited partnership,

        Plaintiff,

v.

                              CIVIL ACTION NO. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A
POINT LOCATED AT 41 43' 32" NORTH
LATITUDE AND 49 56' 49" WEST
LONGITUDE, BELIEVED TO BE THE R.M.S.
TITANIC, IN REM,

        Defendant.

## ORDER

A hearing has been set for December 17, 2018, at 2:00 P.M., on the outstanding Motion to Approve Asset Purchase Agreement, ECF No. 448; and the Amended Motion to Intervene, ECF No. 519. All parties are hereby **ORDERED** to submit all additional filings on these matters on or before November 30, 2018. No further filings will be accepted on these matters after that date.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief Judge

Rebecca Beach Smith
Chief Judge

November 19, 2018