IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**R.M.S. TITANIC, INC., successor-in-interest to Titanic Ventures, limited partnership, Plaintiff,**

v.                                                          Civil Action No. 2:93cv902

**THE WRECKED AND ABANDONED VESSEL, ITS ENGINES, TACKLE, APPAREL, APPURTENANCES, CARGO, ETC., LOCATED WITHIN ONE (1) NAUTICAL MILE OF A POINT LOCATED AT 41 43/ 32' NORTH LATITUDE AND 49 56' 49" WEST LONGITUDE, BELIEVED TO BE THE R.M.S. TITANIC in rem,**

        **Defendant.**

### NOTICE OF APPEARANCE OF WILLIAM R. POYNTER

Please be advised that I, William R. Poynter, Virginia State Bar Number 48672, of the law firm In-House Legal Services, PLLC, d/b/a Kaleo Legal, am admitted to practice in this Court and hereby enter an appearance for Plaintiff R.M.S. Titanic, Inc., in the above-captioned matter.

November 26, 2018

        Respectfully submitted,

        By:_____/s/_____
        William R. Poynter
        Virginia State Bar No. 48672
        KALEO LEGAL
        4456 Corporation Lane, Suite 135
        Virginia Beach, VA 23462
        Telephone: (757) 238-6383
        Facsimile: (757) 304-6175
        wpoynter@kaleolegal.com

        *Counsel for Plaintiff R.M.S. Titanic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:_____/s/_____
William R. Poynter
Virginia State Bar No. 48672
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: (757) 238-6383
Facsimile: (757) 304-6175
wpoynter@kaleolegal.com