**EXHIBIT B**



Chief Judge Rebecca Beach Smith
United States District Judge
United States District Court for the Eastern District of Virginia, Norfolk
Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510

November 30, 2018

Re:   R.M.S. TITANIC Inc. v. The wrecked and Abandoned Vessel believed to be The RMS TITANIC
      Case No. 2:93-cv-902 (RBS)

Dear Judge Smith,

As the Court knows, I am the discoverer of the wreck of R.M.S. TITANIC, which I located during a Federally funded search effort in the North Atlantic in 1985. I write to advise the Court that I have formally joined the effort by the National Maritime Museum at Greenwich to appear in this case and to acquire the artifacts recovered from the wreck site.

I have appeared before Your Honor before regarding the wreck of TITANIC and the treatment of certain artifacts recovered from her. Given my primary interest in marine archeology, I believe it is critical to ensure that the TITANIC artifacts are properly curated and cared for at the highest standard and that the collection of TITANIC artifacts be maintained as a single collection by an institution qualified to do so. I also believe it is time for these artifacts to return to their countries of origin, Northern Ireland and England, to be publicly displayed and made available for research. I firmly believe the best entities to do so are the National Maritime Museum at Greenwich and the TITANIC Museum at Belfast. The preservation and archeological qualifications of these entities are beyond reproach, and the National Maritime Museum at Greenwich is also England's official domestic repository for naval and maritime history and artifacts.

I understand that there is a difficult decision before the Court, namely whether or not to endorse a proposed sale of stock of the current salvor-in-possession, R.M.S. Titanic Inc., to a private consortium consisting of the current owners of R.M.S. Titanic Inc. and some hedge funds. I also understand that these buyers refuse to commit to maintain the TITANIC Artifacts as a whole.

If Your Honor allows this sale to go forward, I have no doubt that some or all of the TITANIC Artifacts will soon find their way to market, publicly auctioned off for sale to the highest bidder as 'memento' of the tragic sinking. The prospect of an auction of these items, recovered from a grave site no less, is simply horrifying to anyone with an interest in preserving this important and unique marine heritage.

This Court has acted to protect the TITANIC Artifacts for many years and I am grateful for these efforts. Nevertheless, I understand the Court is weighing whether or not to allow the National Maritime Museum to intervene in the TITANIC case.  As the original discoverer of the wreck site, I formally join the National Maritime Museum's effort to obtain the TITANIC Artifacts, including my rights as the discoverer of the wreck.

Should the Court desire any additional details or clarification, I am of course pleased to provide this.

With respect,

Dr. Robert D. Ballard
President and Founder, Ocean Exploration Trust