**EXHIBIT C**

Chief Judge Rebecca Beach Smith
United States District Court
Eastern District of Virginia
Norfolk Division
600 Granby Street, Norfolk
Virginia, 23510



29 November 2018

Dear Judge Smith

The Virginia Court can justifiably be proud that your actions of the last 15 years or more have ensured that the 'Titanic Collections' have been kept together as an intact entity.  You have ensured that the standards of curation and recording have been maintained.  It would be a travesty if after all this time the protection of this internationally important collection was now compromised.  If there are any bidders that will honour your current stipulations to keep the collections together in perpetuity, and preferably owned by a public body, then that must be the preferred course of action.

We understand that Documents 502 and 530 that were electronically filed with you on 24 October 2018 and 21 November 2018 respectively, suggest that it would be adequate for an owner to just give '60 days advance notice of any action that, *inter alia*, will result in the Titanic Collections "no longer being maintained together as an integral whole"'.  This is just not good enough and would eventually allow sale or lead to dispersal.  The collection must be kept together as an integrated whole as per the conditions of the original acquisitions of the collections and these conditions must be maintained in perpetuity.

Any other course of action will inevitably result in the collection being dispersed and therefore unavailable for public view or for scholarly study as a whole.  We are writing on behalf of the Maritime Archaeology Committee (MAC) of the International Council of Maritime Museums (ICMM) and we urge you to uphold the principles that you have championed for the last 15 years or more and maintain your position of insisting that both the 'The US Collection' and 'The French Collection' are kept together as an integral whole.  The collections should be available to posterity for public display and exhibition, historical review, scientific and scholarly research and educational purposes.  For your information, the ICMM is the respected and influential international body consisting of the major maritime museums of the world and representing the interest of all *bona fide* maritime museums. The MAC were formed to advise ICMM on matters relating to the Underwater Cultural Heritage.

The Titanic shipwreck, artefacts, passengers, crew and story deserve to be kept protected as a resource for all, not sold off to individual bidders as will happen if the Covenants and Conditions are not maintained.  You and your court are the only authority that can prevent this from happening by ensuring that your existing and very appropriate Covenants and Conditions cover all the Titanic Collections.

Yours faithfully

*Christopher Dobbs*                                               *Fred Hocker*

Christopher T.C. Dobbs, MA, MBA, MIfA, FSA         Dr Fred Hocker
Chairman, Maritime Archaeology Committee,         Deputy Chairman, MAC of ICMM
International Congress of Maritime Museums          and Director of Research,
c/o The Mary Rose Trust, College Rd,                      Vasa Museum, PO Box 27131 SE-102 52
HM Naval Base, Portsmouth, PO1 3X, UK              Stockholm, Sweden
c.dobbs@maryrose.org                                              fred.hocker@maritima.se

pp the Maritime Archaeology Committee of ICMM