**EXHIBIT D**



Please reply to:

Silver Birches
Bashurst Hill
Horsham
West Sussex
RH13 0NY
United Kingdom

Tel: +44 1403 790311

29th November 2018

Chief Judge Rebecca Beach Smith
United States District Court
Eastern District of Virginia
Norfolk Division
600 Granby Street
Norfolk, Virginia 23510

Dear Judge Smith

The Joint Nautical Archaeology Policy Committee (JNAPC) has pleasure in submitting an open letter expressing its support for the sale of the collection of Titanic artifacts, as presently held by Premier Exhibitions Inc., only to a publicly regulated museum such as the National Maritime Museum / Royal Museums Greenwich (NMM/RMG) or to a similar world-class institution.

The JNAPC was formed in 1988 from individuals and representatives of institutions who wished to raise awareness of the United Kingdom's underwater cultural heritage and to persuade Government that underwater sites of historic importance should receive no less protection than those on land. Some information on the JNAPC is shown in Appendix 1.

The JNAPC has a membership (see Appendix 2) that includes most of the governmental, museum, academic and voluntary organisations, and advisers concerned with submerged heritage assets, including the Nautical Archaeology Society, MAST, university professionals, various governing bodies for recreational diving, providers of professional archaeological services, the Council for British Archaeology, and the Chartered Institute for Archaeologists. The views expressed by the JNAPC do not necessarily represent the views of individual members and observers.

**JNAPC's Expression of Support**

- The JNAPC believes that a world-class institution such as the National Maritime Museum / Royal Museums Greenwich (NMM/RMG) is the only suitable organisation to purchase the Titanic artifacts collection for the purposes of long-term conservation, study and public access.

- The artifacts which have been retrieved from the *RMS Titanic* by RMS Titanic Inc., IFREMER and the Woods Hole Oceanographic Institute, as well as associated rights and interests in the wreck, are of such universal importance that there is a moral and non-derogable duty upon those appointed as trusted custodians over the collection to ensure that it remains wholly together and intact, fully conserved, and exclusively owned and used for the public benefit and in effective perpetuity.  Such a treatment accords with the international standards expected in the management of underwater cultural heritage, including the Annexed Rules to the 2001 UNESCO Convention on the Protection of the Underwater Cultural Heritage, with which the United States government has previously expressed its

**Joint Nautical Archaeology Policy Committee**
Postal address: c/o Council for British Archaeology, Beatrice de Cardi House, 66 Bootham, York, YO30 7BZ, UK
email: jnapc@archaeologyuk.org   tel:01904 671 417   website: www.jnapc.org.uk

approval.  Furthermore, the United States government has signed the 2003 International Titanic Agreement, which also adopts similar expectations of long-term curation, conservation and integrity upon the custodians of the RMS Titanic's artifacts specifically.

- With thanks to the foresight of the US District Court for the Eastern District of Virginia, the Titanic artifacts are subject to a strict set of conditions and covenants which were executed as a condition of awarding *RMS Titanic Inc.* their in specie salvage award.  The sole purpose of these conditions and covenants has been understood as imposing a public trust over the collection and imposing duties upon the trustees, to ensure that the collection is: permanently kept together as a single collection (including both the French and American collections); conserved and curated according to international standards; available for public access and enjoyment indefinitely; and is never subject to the risk of dispersal or private commercial treatment.  These obligations remain incumbent on all legal titleholders to the artifacts, even in the event of a transfer of property or upon the trustee's bankruptcy.

- The proper conservation and archiving of archaeological materials is an expensive and high-skilled task, requiring very certain skills, resources and technology.  Furthermore, it is necessary to ensure that the full collection of materials from an archaeological site are kept together as a single collection, together with all available data, images, maps and videos, so that future research can be undertaken with the full context available.

- As such, it will be hard to find a more suitable custodian of this universally important collection than the NMM/RMG.  As the leading UK-government funded maritime museum, they have the long-term financial stability and public backing to conserve and curate the collection in the public benefit in effective perpetuity, including an international reputation which includes thousands of monthly visitors from around the world, as well as world-class facilities for conservation, archiving, public access, education, and research.  As a registered charity under UK law, they are also subject to significantly high standards of practice and regulation.

- It is clear that the United Kingdom is the rightful home of objects and rights associated with the Titanic, given that the *RMS Titanic* was designed and built in Belfast, owned by the White Star Line registered in Liverpool, set sail on her maiden voyage from Southampton, insured by Lloyd's of London, and was the nationality and home of most of the crew, as well as a large number of the passengers.  On this basis, the move to secure the collection in perpetuity at such a reputable UK consortium of museums has been endorsed by a number of internationally-significant names, including NOAA, Robert Ballard, James Cameron and the Head of the Secretariat for the 2001 UNESCO Convention on the Protection of the Underwater Cultural Heritage.

- By contrast, a for-profit company – with an overarching focus on maximising shareholder return-on-investment – is unlikely to have the motive or capacity to care for such public goods in accordance with international museum and conservation standards, at least while remaining profitable.  There is too great a risk that such an entity would continue to litigate in order to secure rights to break up the collection and auction off component parts of the cultural record, given the potential profit available.  Furthermore, they are likely to resort to other means in order to break up and disperse this internationally significant museum collection, such as transferring the collection outside of the purview of the US jurisdiction and thus averting the important public trust in place.  Such a commercial approach to the collection would be in severe contravention of international standards and against the spirit with which the original conditions and covenants were intended.

- We furthermore remain unconvinced that a commercial entity would maximise the public's use of the collection, along with the intellectual property, archaeological data and other associated rights which are all included (and should all remain included) in the sale.  These are of such archaeological, historical and curatorial significance that they need to be accorded the best possible treatment by

**Joint Nautical Archaeology Policy Committee**
Postal address: c/o Council for British Archaeology, Beatrice de Cardi House, 66 Bootham, York, YO30 7BZ, UK
email: jnapc@archaeologyuk.org   tel:01904 671 417   website: www.jnapc.org.uk

leading curators, heritage experts and archaeologists. A condition incumbent on the trustee of the collection is to maximise the public's access and sustainable consumption of the collection, including the opportunity for the public to obtain the full educational, historical, cultural and social value. A world-class consortium of publicly regulated museums based in the UK would be the best option for ensuring that this duty to the international community is properly carried out.

We trust that this response provides a useful contribution to the present case and we welcome the opportunity for further involvement wherever we may be of assistance.

Yours sincerely,

R A Yorke
Chairman

Mobile: +44 7860 559445
robert.yorke@btinternet.com
www.jnapc.org.uk

**Joint Nautical Archaeology Policy Committee**
Postal address: c/o Council for British Archaeology, Beatrice de Cardi House, 66 Bootham, York, YO30 7BZ, UK
email: jnapc@archaeologyuk.org   tel:01904 671 417   website: www.jnapc.org.uk

Appendix 1

## JOINT NAUTICAL ARCHAEOLOGY POLICY COMMITTEE

### THE JNAPC  -  PAST, PRESENT AND FUTURE

The JNAPC was formed in 1988 from individuals and representatives of institutions who wished to raise awareness of Britain's underwater cultural heritage and to persuade Government that underwater sites of historic importance should receive no less protection than those on land.

The JNAPC launched *Heritage at Sea* in May 1989, which put forward proposals for the better protection of archaeological sites underwater. Recommendations covered improved legislation and better reporting of finds, a proposed inventory of underwater sites, the waiving of fees by the Receiver of Wreck, the encouragement of seabed operators to undertake pre-disturbance surveys, greater responsibility by the Ministry of Defence and the Foreign and Commonwealth Office for their historic wrecks, proper management by government agencies of underwater sites, and the education and training of sports divers to respect and conserve the underwater historic environment.

Government responded to *Heritage at Sea* in its White Paper *This Common Inheritance* in December 1990 in which it was announced that the Receiver's fees would be waived, the Royal Commission on the Historical Monuments of England would be funded to prepare a Maritime Record of sites, and funding would be made available for the Nautical Archaeology Society to employ a full time training officer to develop its training programmes. Most importantly the responsibility for the administration of the 1973 Protection of Wrecks Act was also transferred from the Department of Transport, where it sat rather uncomfortably, to the then heritage ministry, the Department of the Environment. Subsequently responsibility passed to the Department of National Heritage, which has since become the Department for Culture, Media and Sport (DCMS).

The aim of the JNAPC has been to raise the profile of nautical archaeology in both Government and diving circles and to present a consensus upon which government and other organisations can act. *Heritage at Sea* was followed up by *Still at Sea* in May 1993 which drew attention to outstanding issues, the *Code of Practice for Seabed Developers* was launched in January 1995, and an archaeological leaflet for divers, *Underwater Finds - What to Do*, was published in January 1998 in collaboration with the Sports Diving Associations BSAC, PADI and SAA. The more detailed explanatory brochure, *Underwater Finds - Guidance for Divers*, followed in May 2000 and *Wreck Diving – Don't Get Scuttled*, an educational brochure for divers, was published in October 2000.

The JNAPC continues its campaign for the education of all sea users about the importance of our nautical heritage. The JNAPC will be seeking better funding for nautical archaeology and improved legislation, a subject on which it has published initial proposals for change in *Heritage Law at Sea* in June 2000 and *An Interim Report on The Valletta Convention & Heritage Law at Sea* in 2003. The latter made detailed recommendations for legal and administrative changes to improve protection of the UK's underwater cultural heritage.

The JNAPC played a major role in English Heritage's (now Historic England) review of marine archaeological legislation and in DCMS's consultation exercise *Protecting our Marine Historic Environment: Making the System Work Better*, and was represented on the DCMS Salvage Working Group reviewing potential requirements for new legislation. The JNAPC has also been working towards the ratification of the UNESCO Convention on the Protection of the Underwater Cultural heritage 2001 with the preparation of the *Burlington House Declaration*, which was presented to Government in 2006 and the Seminar on the Protection of Underwater Cultural Heritage in International Waters Adjacent to the UK in November 2010.

**Joint Nautical Archaeology Policy Committee**

Postal address: c/o Council for British Archaeology, Beatrice de Cardi House, 66 Bootham, York, YO30 7BZ, UK
email: jnapc@archaeologyuk.org   tel:01904 671 417   website: www.jnapc.org.uk

In 2013 the JNAPC was officially accredited as an NGO to the Scientific and Technical Advisory Board and to the Meeting of States Parties of the 2001 UNESCO Convention.

The JNAPC continues to advocate the improved protection of underwater cultural heritage in both territorial and international waters and is working to persuade the UK Government to ratify the 2001 UNESCO Convention.

www.jnapc.org.uk

**Joint Nautical Archaeology Policy Committee**
Postal address: c/o Council for British Archaeology, Beatrice de Cardi House, 66 Bootham, York, YO30 7BZ, UK
email: jnapc@archaeologyuk.org   tel:01904 671 417   website: www.jnapc.org.uk

**Joint Nautical Archaeology Policy Committee**                                    Appendix 2

**Chairman**                                                        Robert Yorke

**Member Organisations**
Association of Local Government Archaeological Officers         Rebecca Loader
British Sub Aqua Club                                           Jane Maddocks
Chartered Institute for Archaeologists                         Rob Lennox
Chartered Institute for Archaeologists, Marine Archaeology
Special Interest Group (MASIG)                                 Toby Gane
Cotswold Archaeology                                           Michael Walsh
Council for British Archaeology                                Mike Heyworth
Maritime Archaeology Sea Trust (MAST)                          Jessica Berry
Maritime Archaeology Trust                                     Garry Momber
Mary Rose Trust                                                Christopher Dobbs
National Maritime Museum                                       Andrew Choong Han Lin
National Museum of the Royal Navy                              Dominic Tweddle
National Museums & Galleries of Wales                          Mark Redknap
Nautical Archaeology Society                                   Mark Beattie-Edwards
Professional Association of Diving Instructors                 Suzanne Smith
RESCUE                                                         Stephen Appleby
Sea Change Heritage Consultants                                John Gribble
Shipwreck Museum, Hastings                                     Peter Marsden
Society for Nautical Research                                  Richard Bateman
Sub Aqua Association                                           Stuart Bryan
The Honourable Company of Master Mariners                      TBA
United Kingdom Maritime Collections Strategy & ICOMOS          Christopher Dobbs
Wessex Archaeology                                             Euan McNeill

**Individual members**                                         **Affiliation**
Antony Firth                                                   Fjordr Limited
David Parham                                                   Bournemouth University
Michael Williams                                               Plymouth University
Josh Martin                                                    Exeter University

**Observers**
Cadw                                                           Polly Groom
The Crown Estate                                               Ed Salter
Department for Communities (Northern Ireland), Historic
Environment Division                                           Rory McNeary
Department for Digital, Culture, Media and Sport               Gill Graham/James Venus
Department for Transport                                       Abi Clarke
Foreign and Commonwealth Office                                Lowri Griffiths/Colin Glen
Historic England                                               Joe Flatman
Historic Environment Scotland                                  Philip Robertson
Historic Wrecks Panel of Historic England                      Tom Hassall
Maritime and Coastguard Agency, Receiver of Wreck              Alison Kentuck
Ministry of Defence                                            Louise Baverstock
National Trust                                                 Ian Barnes
Royal Commission on the Ancient and Historical Monuments
of Scotland                                                    Alex Hale

**Joint Nautical Archaeology Policy Committee**
Postal address: c/o Council for British Archaeology, Beatrice de Cardi House, 66 Bootham, York, YO30 7BZ, UK
email: jnapc@archaeologyuk.org   tel:01904 671 417   website: www.jnapc.org.uk