**EXHIBIT E**

**The Mary Rose Trust**
College Road, HM Naval Base, Portsmouth PO1 3LX UK
Tel: 44 (0) 23 9275 0521
Fax: 44 (0) 23 9287 0588
Email: mail@maryrose.org
www.maryrose.org

President: HRH The Prince of Wales

30th November 2018

Chief Judge Rebecca Beach Smith,

United States District Court,

Eastern District of Virginia,

Norfolk Division

600 Granby St, Norfolk,

Virginia, 23510

Dear Judge Smith,

I am writing to you with reference to the imminent court ruling, reference the Titanic Collections (Civil Action no 2:93cv902).

It has come to the attention of UK Heritage Organisations via the UK's Joint Nautical Archaeology Policy Committee (JNAPC) that there is a danger that the Titanic Collection may lose some of the protect conditions that were placed on them when the collections were formed.  To be specific, that the 'French' Collection could be treated in the future as distinct from the 'US' Collection and could become liable to being sold off, whether in part or in whole.  We feel strongly that this must not be allowed to happen.

As Chief Executive of the Mary Rose Trust, I am responsible for the collections of the Mary Rose – the hull of the ship and 28,000 registered finds from the underwater excavation of this flagship of King Henry VIII that sank off the South Coast of England in 1545.  The wreck and collection were excavated and raised from the seabed in 1982.  The entire collection is kept together by the Mary Rose Trust, a registered charity and is displayed for public enjoyment.  We believe it vital that unique collections like this are kept intact for research, study, conservation and public access. The best way to ensure this is for them to be owned and curated, either by a foundation like ourselves or by a public body.  These unique archaeological collections must not be allowed to be split up and I urge you to explore avenues that ensure that any sale of the collection results in public ownership.

We are aware of a public proposal by the National Maritime Museum (NMM) of Great Britain and National Museums Northern Ireland that would achieve this goal of public ownership.  Especially in light of the 2001 UNESCO Convention on Protection of the Underwater Cultural Heritage, we support the efforts by the NMM, to ensure that the Titanic Collections are not 'irretrievably dispersed' and are never again subject to 'commercial exploitation for trade or speculation', practices that are specifically disallowed by the Convention.







The Trust is a registered charity and limited liability company. VAT Reg. No. GB 209 8765 70. Company Reg No. 1415654. Registered Charity No. 277503

**The Mary Rose Trust**
College Road, HM Naval Base, Portsmouth PO1 3LX UK
Tel: 44 (0) 23 9275 0521
Fax: 44 (0) 23 9287 0588
Email: mail@maryrose.org
www.maryrose.org

President: HRH The Prince of Wales

Both myself and many other colleagues throughout the world, who work to protect underwater cultural heritage urge you to do everything available within your powers to ensure that the Titanic Collections all benefit from restrictive covenants that ensure that they are curated and maintained as an integral whole for all time by a qualified institution.  It appears that only an acquisition by a foundation or a public body such as the NMM can achieve this.

Yours sincerely,

Helen Bonser-Wilton

**Chief Executive, Mary Rose Trust**

   

The Trust is a registered charity and limited liability company. VAT Reg. No. GB 209 8765 70. Company Reg No. 1415654. Registered Charity No. 277503