**EXHIBIT F**



**ICMM** *International Congress of Maritime Museums*

Chief Judge Rebecca Beach Smith
United States District Court
Eastern District of Virginia
Norfolk Division
600 Granby Street
Norfolk, Virginia 23510

November 29, 2018

Dear Judge Smith,

I am writing in my role as President of the International Congress of Maritime Museums (ICMM) and my role as President and CEO of Mystic Seaport Museum in Mystic, CT. I have been following, with great interest, the court case regarding the TITANIC collection, and as I believe this matter is on the eve of a potential decision, I felt I should make my concerns known.

The Executive Council of ICMM unanimously asserts that a collection of international and historic significance, such as the RMS TITANIC artefacts, should reside not in private hands, but in the professional safe-keeping of a leading museum. In this particular case, there is no museum better suited to serve as custodian and steward of such a collection than the National Maritime Museum (NMM) in partnership with the National Museum of Northern Ireland (NMNI). A collection such as this must be held in the public trust by an institution of merit that understands what that means. A museum like NMM has all of the components that are required to care for such a significant collection, such as state of the art conservation and display storage facilities that would allow the general public, school children, and researchers to see the entire collection properly presented and interpreted.

Should the collection be sold to a private entity or entities, there is the very real and strong possibility that at some time in the future, the collection could be broken up and sold to individuals who would have no intent on making the collection available to the public or even caring for some of the more fragile artefacts in a proper manner. It is essential that this significant collection remain intact.

Thus, it is our sincere hope that a leading museum like NMM will acquire the artefact collection. Such a result would be looked upon favorably by the entire museum and maritime community, and the court would be admired for that ruling. Personally, I am dismayed at the thought that another alternative, other than a leading international museum, could be considered as a wise and appropriate custodian of artefacts so meaningful to generations of survivors who might never see the material again.

Thank you for your consideration, and we anxiously await your decision.

Signature,

*[signature]*

Stephen C. White, President
SCW:bsm