**EXHIBIT G**

# Fjordr
Marine and Historic Environment Consulting

Chief Judge Rebecca Beach Smith
United States District Court
Eastern District of Virginia
Norfolk Division
600 Granby Street
Norfolk, Virginia 23510

29 November 2018

Dear Judge Smith

I am writing to lend my wholehearted support to the initiative led by the Royal Museums Greenwich (RMG) to ensure that the assemblage of artefacts previously removed from RMS Titanic and now at risk will be secured as a curated assemblage in perpetuity.

I am a professional marine archaeologist with over thirty years' experience, with a particular interest in international provisions for the protection of underwater cultural heritage. I regard it as essential that – given its outstanding importance – the Titanic assemblage be treated as far as possible in a manner consistent with the letter and the spirit of the UNESCO 2001 Convention on the Protection of the Underwater Cultural Heritage. The Titanic assemblage and its accompanying documentation should be kept together and intact as a collection in a manner that is available for professional and public access, and curated and managed according to international professional standards. Once it's status has been secured, no part of the assemblage – either now or in future – should be irretrievably dispersed, traded, sold, bought or bartered.

I believe that only an institution like RMG can satisfy these requirements and thereby safeguard the Titanic assemblage for the public in perpetuity.

RMG is uniquely placed to properly curate the Titanic assemblage and to assure its impact for the public over the long term. As well as exploring the fascinating tragedy of the Titanic with the public, RMG can share with them the continuing significance of the wreck on the seabed and the importance of caring for underwater cultural heritage in accordance with the 2001 Convention. It is extremely fortunate that RMG is able to rescue the Titanic assemblage from its current jeopardy, and essential that such circumstances are not allowed to arise in future.

Yours sincerely

Dr. Antony Firth
Director, Fjordr Limited
ajfirth@fjordr.com


cc. Dr. Kevin Fewster, Director Royal Museums Greenwich

Fjordr Limited
Post Office House, High Street, Tisbury, SP3 6LD
info@fjordr.com     www.fjordr.com

Company No. 07837575. Registered Office: Windover House, St. Ann Street, Salisbury, SP1 2DR