# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Monday, December 17, 2018

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT: THE HONORABLE** Rebecca Beach Smith, USDJ

Deputy Clerk: *S. Cherry*　　　　　　　　　　Reporter: Jody Stewart, OCR

| Set: 2:00 p.m. | Started: 2:00 p.m. | Ended: 4:15 p.m. |
|---|---|---|
| 2:93cv902 | R.M.S. Titanic, INC., etc.<br>v.<br>The Wrecked and Abandoned Vessel, etc. | |

Robert McFarland and Brian Wainger present on behalf of plaintiff.

David Barger present on behalf of Premier Acquisition Holdings LLC.

Kent Porter, AUSA, present on behalf of USA, with Jackie Rolleri, counsel for NOAA, and Matthew Troy, USDOJ.

Matter came on for hearing on the Motion to Approve Asset Purchase Agreement (ECF No. 448) and the Amended Motion to Intervene filed by Trustees of the National Maritime Museum (ECF No. 519).

Comments of court and counsel heard re the Bankruptcy proceedings and proposed order submitted to the court approving the Asset Purchase Agreement.

Comments of counsel (Edward Powers) heard on behalf of Trustees of the National Maritime Museum. The court holds in abeyance the Amended Motion to Intervene filed by the National Maritime Museum.

Evidence presented.

Gilbert Li, present and sworn. The court questioned Mr. Li re his Declaration submitted to the court.

Mr. Barger advised the court that he will submit the resolutions of the three (3) members to the court.

The court takes the Motion to Approve (#448) under advisement.

**Exhibits:** PAHL #1 - Unanimous Written Consent of The Members of Premier Acquisition Holdings LLC

　　　　PAHL #2 - Declaration of Gilbert Li

Also present in the courtroom: Eddie Powers present on behalf of Trustees of the National Maritime Museum, with Tim Graulich, James McClammy, Neil Quartaro, and Jacob Weiner.