

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

R.M.S. TITANIC, INC.,
successor-in-interest to Titanic
Ventures, limited partnership,

        Plaintiff,

v.

        CIVIL ACTION NO. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A
POINT LOCATED AT 41 43' 32" NORTH
LATITUDE AND 49 56' 49" WEST
LONGITUDE, BELIEVED TO BE THE R.M.S.
TITANIC, <u>IN REM</u>,

        Defendant.

<u>ORDER</u>

On August 17, 2018, the Trustees of the National Maritime Museum ("Museum") filed a Motion to Intervene and corresponding Memorandum in Support. ECF Nos. 474, 475. On August 31, 2018, the United States, as <u>amicus</u>, and on behalf of its National Oceanic and Atmospheric Administration ("NOAA"), filed a Response. ECF No. 484. On August 31, 2018, R.M.S. Titanic, Inc. ("RMST") filed an Opposition. ECF No. 485. On September 6, 2018, the Museum filed a Reply. ECF No. 489. At the September 18, 2018 status hearing, the Museum requested the court hold its Motion to Intervene in abeyance, and the court granted that request. ECF No. 493.

On November 12, 2018, the Museum filed an Amended Motion to Intervene and corresponding Memorandum in Support. ECF Nos. 519, 520. On November 26, 2018, RMST filed a Memorandum in Opposition. ECF No. 532. On November 30, 2018, the Museum filed a Reply. ECF No. 533. The Museum requested that this court hold its Amended Motion to Intervene in abeyance pending further order of this court. Mem. Supp. at 8, ECF No. 520.

On December 17, 2018, this court held a hearing on the Amended Motion to Intervene, and for the reasons stated from the bench, the court will **HOLD THE AMENDED MOTION TO INTERVENE IN ABEYANCE** and will rule on it, as appropriate, contingent on the closing of the transaction contemplated under the Asset Purchase Agreement ("APA"). See ECF Nos. 448, 449.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties and the Movant Intervenors.

**IT IS SO ORDERED.**

/s/ Rebecca Beach Smith
Rebecca Beach Smith
United States District Judge

December 18, 2018