IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                          Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
    Defendant.

## NOTICE OF FILING EVIDENCE OF AUTHORITY OF MEMBERS OF PREMIER ACQUISITION HOLDINGS LLC

Intervenor Premier Acquisition Holdings LLC respectfully submits this Notice of Filing Evidence of Authority of Members of Premier Acquisition Holdings LLC, and attaches hereto the following exhibits:

<u>Exhibit A</u> – Apollo ST Fund Management LLC Officer's Certificate;

<u>Exhibit B</u> – Alta Fundamental Advisers SP LLC Officer's Certificate; and

<u>Exhibit C</u> – Consent of the Sole Shareholder of Pacbridge Partners I Investment Co. Ltd.

Respectfully submitted,

**PREMIER ACQUISITION HOLDINGS LLC**

By Counsel:

    */s/ David G. Barger*
David G. Barger, VSB #21652
*Attorney for Intervenor Premier Acquisition Holdings LLC*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
E-Mail: Bargerd@gtlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December 2018, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

          /s/ David G. Barger
David G. Barger, VSB #21652
*Attorney for Intervenor Premier Acquisition Holdings LLC*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
E-Mail: Bargerd@gtlaw.com

FTL 112030552v1