# Exhibit A

## APOLLO ST FUND MANAGEMENT LLC

## OFFICER'S CERTIFICATE

## DECEMBER 18, 2018

The undersigned, James Elworth, a Vice President of Apollo ST Fund Management LLC (the "***Manager***"), the investment manager of Apollo Credit Strategies Master Fund Ltd. (the "***Fund***"), hereby certifies in his capacity as an officer of the Manager and on the Manager's behalf (and not in his personal capacity) that:

(i) the person listed below has been duly elected and qualified as, and currently is, an officer of the Manager and is authorized to act on behalf of the Manager and/or the Fund;

(ii) the person listed below holds the office listed opposite his name for the Manager, and the signature below is the genuine signature of the person indicated; and

(iii) the person listed below is authorized to sign on behalf of the Manager and/or the Fund any and all documents in the Fund's capacity as a member of Premier Acquisition Holdings LLC, a Delaware limited liability company ("***PAHL***"), including without limitation the unanimous written consent of the members of PAHL adopted on November 1, 2018.

| Name of Authorized Person | Title | Specimen Signature |
|---|---|---|
| Joseph D. Glatt | Vice President | [signature] |

*[Signature page follows]*

#5843088

IN WITNESS WHEREOF, the undersigned has executed this Officer's Certificate as of the date first set forth above.

By: _____
Name: James Elworth
Title: Vice President

*[Signature Page to Officer's Certificate – Glatt]*