# Exhibit B

## ALTA FUNDAMENTAL ADVISERS SP LLC

## OFFICER'S CERTIFICATE

## DECEMBER 18 , 2018

The undersigned, Gilbert Li, a Managing Partner of Alta Fundamental Advisers SP LLC (the "*Company*"), hereby certifies in his capacity as an officer of the Company and on the Company's behalf (and not in his personal capacity) that:

(i) the person listed below has been duly elected and qualified as, and currently is, a managing partner of the Company and is authorized to act on behalf of the Company;

(ii) the signature below is the genuine signature of the person indicated; and

(iii) the person listed below is authorized to sign on behalf of the Company any and all documents in the Company's capacity as a member of Premier Acquisition Holdings LLC, a Delaware limited liability company ("*PAHL*"), including without limitation the unanimous written consent of the members of PAHL adopted on November 1, 2018.

| Name of Authorized Person | Title | Specimen Signature |
| --- | --- | --- |
| Gilbert Li | Managing Partner | */s/ Gilbert Li* |

[*Signature page follows*]

#5843100

IN WITNESS WHEREOF, the undersigned has executed this Officer's Certificate as of the date first set forth above.

By: _____
Name: Gilbert Li
Title: Managing Partner

*[Signature Page to Officer's Certificate – Li]*