# Exhibit C

## CONSENT OF THE SOLE SHAREHOLDER OF

## PACBRIDGE PARTNERS I INVESTMENT CO. LTD.

### DECEMBER 19, 2018

The undersigned, Sheldon Trainor, being the sole shareholder of PacBridge Partners I Investment Co. Ltd. (the "*Company*"), does hereby take the following actions, in his capacity as the sole shareholder of the Company and on the Company's behalf (and not in his personal capacity), by unanimous consent.

RESOLVED, that Sheldon Trainor is authorized, in his capacity as director of the Company, the signature below being his genuine signature, to sign on behalf of the Company any and all documents in the Company's capacity as a member of Premier Acquisition Holdings LLC, a Delaware limited liability company ("*PAHL*"), including without limitation the unanimous written consent of the members of PAHL adopted on November 1, 2018; and

RESOLVED, that all actions previously taken by any person in furtherance of the foregoing resolutions are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

| Name of Authorized Person | Title | Specimen Signature |
|---|---|---|
| Sheldon Trainor | Director | *[signature]* |

[*Signature page follows*]

#5843106

IN WITNESS WHEREOF, the undersigned has executed this consent as of the date first set forth above.

By: _____
Sheldon Trainor

Being the sole shareholder of PacBridge Partners I Investment Co. Ltd.

*[Signature Page to Sole Shareholder Consent]*