

FILED
DEC 20 2018
CLERK, U S DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to Titanic
Ventures, limited partnership,

        Plaintiff,

v.

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A
POINT LOCATED AT 41 43' 32" NORTH
LATITUDE AND 49 56' 49" WEST
LONGITUDE, BELIEVED TO BE THE R.M.S.
TITANIC, IN REM,

        Defendant.

CIVIL ACTION NO. 2:93cv902

### ORDER

On December 19, 2018, Premier Acquisition Holdings LLC ("PAHL") filed a Notice of Filing Evidence of Authority of Members of Premier Acquisition Holdings LLC ("Notice"). ECF No. 537. PAHL attached three exhibits to the Notice: Apollo ST Fund Management LLC Officer's Certificate; Alta Fundamental Advisers SP LLC Officer's Certificate; and Consent of the Sole Shareholder of Pacbridge Partners I Investment Co. Ltd. ECF Nos. 537-1, 537-2, 537-3.

The court notes that Gilbert Li, "a Managing Partner of Alta Fundamental Advisers SP LLC," signed the Alta Fundamental Advisers SP LLC Officer's Certificate authorizing himself to act on behalf

of Alta Fundamental Advisers SP LLC. ECF No. 537-2 at 2 (emphasis added). Identifying Mr. Li as "a Managing Partner" implies that there is at least one other Managing Partner of Alta Fundamental Advisers SP LLC. Id. (emphasis added). The court **DIRECTS** counsel for PAHL to clarify why Mr. Li authorized himself to act on behalf of Alta Fundamental Advisers SP LLC when there appears to be at least one other individual who could provide that authorization.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
United States District Judge

Rebecca Beach Smith
United States District Judge

December 20, 2018