# Exhibit A

## ALTA FUNDAMENTAL ADVISERS SP LLC

## OFFICER'S CERTIFICATE

## DECEMBER 20, 2018

The undersigned, Gilbert Li and Jeremy Carton, Managing Partners of Alta Fundamental Advisers SP LLC (the "*Company*") and collectively owners of 100% of the voting and economic interests of the Company, hereby certify in their capacity as officers of the Company and on the Company's behalf (and not in their personal capacity) that:

(i) the person listed below has been duly elected and qualified as, and currently is, a managing partner of the Company and is authorized to act on behalf of the Company;

(ii) the signature below is the genuine signature of the person indicated; and

(iii) the person listed below is authorized to sign on behalf of the Company any and all documents in the Company's capacity as a member of Premier Acquisition Holdings LLC, a Delaware limited liability company ("*PAHL*"), including without limitation the unanimous written consent of the members of PAHL adopted on November 1, 2018.

| Name of Authorized Person | Title | Specimen Signature |
|---|---|---|
| Gilbert Li | Managing Partner | /s/ Gilbert Li |

*[Signature page follows]*

#5843100

IN WITNESS WHEREOF, the undersigned has executed this Officer's Certificate as of the date first set forth above.

By: _____
Name: Gilbert Li
Title: Managing Partner

By: _____
Name: Jeremy Carton
Title: Managing Partner

The above individuals owning 100% of voting and economic interest of Alta Fundamental Advisers SP LLC

*[Signature Page to Officer's Certificate – Li]*