IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

    Plaintiff,

v.                                  Civil Action No.  2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

    Defendant.

**PERIODIC REPORT OF R.M.S. TITANIC, INC.
ON THE PROGRESS OF RESEARCH AND
<u>RECOVERY OPERATIONS</u>**

NOW COMES Plaintiff R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this "Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations" ("Periodic Report").

**<u>I. Bankruptcy Proceedings.</u>**

On February 13, 2019, Premier Acquisition Holdings, LLC ("PAHL") closed on the purchase of substantially all of the assets of Premier Exhibitions, Inc. ("Premier"), and certain of its debtor and non-debtor affiliates, as set forth in the Asset Purchase Agreement dated June 14, 2018, as amended by Amendment No. 1 to Asset Purchase Agreement dated as of September 14, 2018, and as further amended by Amendment No. 2 to Asset Purchase Agreement[1] (collectively,

---

[1] A copy of Amendment No. 2 was filed by PAHL as Exhibit A to its *Notice of Closing of Sale of Stock of RMS Titanic, Inc.* filed on February 19, 2019 (Dkt. No. 542) (the "Notice of Closing"). As noted by PAHL in its Notice of Closing, Amendment No. 2 amended the definition of "Excluded Assets" set forth in Section 1.1(b) of the APA to include any licenses registered in the name of any Seller with the Federal Communications Commission (the "FCC"), including Business Radio Station WQTA611 licensed to Premier Exhibitions, Inc.  Pursuant to paragraph I of the Approval Order, this amendment does not

the "APA").  Pursuant to the APA, PAHL acquired 100% of the stock of RMST in accordance with the approval granted by this Court in its December 21, 2018 Order (Dkt. No. 540) (the "Approval Order").

**II. OceanGate Expedition, 2019**

The Company has previously provided information to the Court regarding the intentions of OceanGate, Inc. ("OceanGate") to conduct expeditions to the Titanic wreck site. The Company has now learned that OceanGate, with the assistance of Cookson Adventures, LTD ("Cookson"), is planning a series of manned submersible dives to the wreck site of the RMS TITANIC commencing in June, 2019.  OceanGate is an ocean exploration venture utilizing manned submersibles to explore the oceans.  Cookson is a luxury exploration company, taking its customers on unique experiences around the globe.  Neither OceanGate nor Cookson is affiliated with RMST.  In their published materials, OceanGate and Cookson indicate that they are selling tickets for private individuals to visit the wreck site, in conjunction with OceanGate's "Titanic Survey Expedition: 2019."  *See, e.g.*, http://www.oceangate.com/expeditions/titanic-survey-expedition.html, and https://cooksonadventures.com/where-were-going-next/titanic/, attached hereto as Exhibits B and C respectively.  OceanGate claims that its expedition will be the first of its "annual" scientific and technological surveys of the wreck designed to

- Create a detailed 3D model of the shipwreck and portions of the debris field using the latest multi-beam sonar, laser scanning and photogrammetric technology.
- Supplement the work done on previous scientific expeditions to capture data and images for the continued scientific study of the site.
- Document the condition of the wreck with high-definition photographs and video.

---

remove, circumvent or diminish the Court's admiralty jurisdiction in this case, but rather provides only that PAHL did not assume any of the Sellers' FCC licenses.

- Document the flora and fauna inhabiting the wreck site for comparison with data collected on prior scientific expeditions to better assess changes in the habitat and maritime heritage site.

Exhibit B.  OceanGate claims its expeditions are to be conducted in accordance with the National Oceanic and Atmospheric Administration (NOAA) Guidelines for Research, Exploration and Salvage of RMS Titanic.  *Id.*  OceanGate does not specify which entity performed the "previous scientific work" it claims it intends to supplement, through its work on these exhibitions, nor how it obtained such information.  RMST has neither provided any of its data to OceanGate, nor authorized or licensed the disclosure or use of its data to OceanGate.

OceanGate had originally planned to conduct its first expedition to the RMS TITANIC in the summer of 2018, but canceled its plans when its new submersible failed its testing protocols.  Prior to that cancellation, on May 10, 2018, counsel for RMST sent to Mr. Stockton Rush, Chief Executive Officer of OceanGate, the letter attached hereto as Exhibit D**,** informing OceanGate of RMST's exclusive salvage rights, and asking for certain information and assurances regarding its then-planned 2018 expedition.  OceanGate never responded to the letter, and has never contacted RMST about any of its expedition plans, despite knowing of RMST's salvage rights.  On March 4, 2019, counsel for RMST sent to Mr. Rush and Mr. Henry Cookson, the Chief Executive Officer of Cookson, a subsequent letter reminding them of RMST's salvage rights, and asking for specific information regarding their plans for the upcoming 2019 expedition.  Exhibit E.  RMST has also reached out to NOAA to learn what communications, if any, NOAA has had with OceanGate and/or Cookson.

The Company will further investigate and review OceanGate's proposed activities, to be sure that they neither infringe on the Company's salvage and/or intellectual property rights, nor

violate any Order of this Court, and will provide additional information to this Court as appropriate.

### III. Corporate Developments.

Following the February 13, 2019 closing as set forth above in Section 1, RMST and its affiliated companies are now undergoing the corporate and operational restructurings as authorized by the Approval Order. RMST acknowledges all of its ongoing obligations to the Court and NOAA as required by the Approval Order, and the C&Cs. On or before April 12, 2019, the Company will: (i) provide the Court and NOAA with a copy of the executed membership agreement for PAHL with all amendments thereto; (ii) inform the Court and NOAA of the appointment of any manager or managing member for PAHL; (iii) identify those officials of PAHL that have authority to bind PAHL with respect to this Court's admiralty jurisdiction over the Titanic wreck and wreck site and the STAC, and the authority of this Court to enforce or adjudicate compliance with the C&Cs; and (iv) provide the Court with a full summary of the Company's restructuring efforts and an update with regard to the conservation, curation and management of the Titanic Collections.

### IV. Reserve Account.

Quarterly deposits of $25,000 continue to be made into the Company's reserve account. A deposit of $25,000 was made into the Reserve Fund on February 20, 2019. As of that date, the account balance was approximately $763,417.

### V. Titanic Exhibitions.

Exhibitions in Wuhan, China, Waco, Texas and Richmond, British Columbia closed on October 18, 2018, January 6, 2019, and January 11, 2019, respectively. Extended exhibitions in

the Luxor Hotel in Las Vegas, Nevada and Orlando, Florida remain open. One temporary exhibition in Brno, Czech Republic remains open, and is scheduled to close on May 19, 2019.

                                Respectfully submitted,

                                R.M.S. TITANIC, INC.

                                By Counsel

Counsel:

_____/s/_____
Brian Wainger

Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA  23510
757/640-3716

Brian A. Wainger (VSB #38476)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
757/965-6804

<u>CERTIFICATION</u>

  I hereby certify that the foregoing has been electronically filed through the Court's ECF system this 4th day of March, 2019, which will send a Notification of Electronic Filing to all counsel of record.


   /s/
_____
Brian A. Wainger (VSB #38476)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
757/965-6804
bwainger@kaleolegal.com