# EXHIBIT C



# Dive to the Titanic: Join the Titanic Survey Expedition

## An epic expedition to explore the wreckage of the Titanic

RMS Titanic has achieved legendary status, having embarked on her maiden voyage from Southampton to New York City, only to meet her tragic fate four days into the journey. Over a century after she sank, we are offering a unique opportunity to get up close to this once-majestic ship and explore its wreckage, resting on the Atlantic's floor at a depth of 3,800 metres.



We have been hand-selected by OceanGate Expeditions, the manned-submersible company organising the 2019 Titanic Survey Expedition, to offer a unique opportunity to explore the iconic shipwreck. As the wreck deteriorates – with rust consuming the ship's steel body – time is running out to see what is left of this magnificent steamship.

Since its discovery in 1985, only a handful of people have set eyes on the Titanic – including James Cameron who used footage of the wreck in his 1997 blockbuster film.

Led by world experts, you and your guests will join a team of researchers and scientists and become part of an exclusive group to see this iconic vessel before it is fully consumed by the sea.

Aboard Titan, the only non-government-owned manned submersible capable of reaching 4,000 metres, you will have an opportunity to learn from the very best in their field and assist in navigation, sonar mapping, photography and dive planning, and be at the heart of a true scientific expedition.

Throughout your dive, the submersible pilot and a content expert will guide you and your guests over the ship's deck, its bridge, the radio room and see the site of the grand 1st Class staircase.

With access to state-of-the art camera, video and sonar equipment take your own crystal-clear footage of the wreck and catch a glimpse of the splendour and impressive engineering that was not quite a match for nature.

This is a once in a lifetime opportunity. It is an expedition that will leave you with more than just photographs and videos. This is an adventure that will give you stories to tell your friends and family of your extraordinary visit to the world's most famous wreckage, before it disappears.



Artistic impression of Titanic's wreck

3/4/2019　　Case 2:93-cv-00902-RBS　Document 543-3　Filed 03/04/19　Page 5 of 6 PageID# 4625
Dive to the Titanic: Join the Titanic Survey Expedition - Cookson Adventures

‹ › 01 / 08

Share this article        

# More upcoming adventures

Gorilla conservation in Gabon

EXPLORE

Name a new species in the Amazon

EXPLORE

spirit bears in Canada's Great Bear Rainforest

**VIEW ALL UPCOMING ADVENTURES**

# Interested in exploring an icon? Contact our expert team today.

**BEGIN YOUR ADVENTURE**

INSPIRE ME

WHY COOKSON?

ABOUT US

CONSERVATION

BEGIN YOUR ADVENTURE

CONTACT US

Careers  Subscribe  FAQs  T&Cs

Privacy policy



This site uses cookies: Find out more.    Okay, thanks