



April 1, 2019

Hon. Rebecca B. Smith
Judge, United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

Re:  OceanGate Expeditions, Ltd.'s 2019 *Titanic* Survey Expedition

Dear Judge Smith:

I am a legal and operational advisor to OceanGate Expeditions, Ltd., a Bahamian corporation that plans to undertake a series of photographic and scientific survey expeditions at the wreck site of the *R.M.S. Titanic* during the summer of 2019. I write to advise the Court of OceanGate Expeditions' plans, and to assure the Court and the parties that all activities will be conducted in accordance with the precedent set by the United States Court of Appeals for the Fourth Circuit in *R.M.S. Titanic, Inc. v. Haver*, 171 F.3d 943, 969-71 (4th Cir.), *cert. denied*, 528 U.S. 825 (1999) ("*Haver*").

OceanGate Expeditions has no intention of disturbing the *R.M.S. Titanic* or interfering with R.M.S. Titanic, Inc.'s ("RMST") rights as salvor-in-possession, or of violating this Court's orders with respect thereto. On the contrary, OceanGate Expeditions acknowledges and respects this Court's exclusive authority and jurisdiction to manage activities at the *Titanic* wreck site. *See Haver*, 171 F.3d at 967-69.

### A. Background

On a personal note, I have more than 20 years of direct involvement with the legal and operational issues associated with exploration and salvage of the *Titanic* and other historic artifacts. In 1998 and 1999, I represented and advised three of the non-parties that were specifically named in the injunction entered by the District Court in the *Haver* case when the case was on appeal in the Fourth Circuit and in the United States Supreme Court.

After the *Haver* case concluded in October 1999, RMST hired me to organize and assist in operating its 2000 salvage expedition to the *Titanic* wreck site, and to advise the company regarding the development of the National Oceanic and Atmospheric Administration's ("NOAA") Guidelines for Research, Exploration and Salvage of *RMS Titanic* ("NOAA Guidelines") and the UNESCO Convention on the Preservation of Underwater Cultural Heritage.

I chartered two of the three ships, the submersibles and the remotely operated vehicles utilized on RMST's 2000 expedition, and I spent three weeks at sea, making three submersible dives to the wreck site, including the very first dive of the expedition. Significantly, I retrieved Judge Calvitt Clarke's July 28, 2000 Order prohibiting RMST from cutting into or detaching any part of the wreck from the fax machine on the bridge of the *RV Akademik Mstslav Keldysh*, and I was charged with enforcing and ensuring compliance with that Order by RMST and its contractors while I was on site.

From late 2000 through 2004, I advised James Cameron and Deep Ocean Expeditions ("DOE") on the legal issues associated with their activities at the *Titanic* wreck site. In 2003, at the request of Mr. Cameron and DOE, I participated in NOAA's first expedition to the *Titanic* wreck site, acting as the private sector's advisor to NOAA and the National Park Service on the real world application of the NOAA Guidelines during expeditions to explore the *Titanic* wreck site using deep submersibles.

In 2005, I organized and led the last expedition to explore the *Titanic* using deep submersibles, and I made a fourth dive to explore the wreck site. Regrettably, the expedition filmed the first of the forgettable and thoroughly stupid series of "Why did it sink?" television shows that have preoccupied once literate television networks ever since. This experience soured me on the *Titanic*, and I successfully avoided it for more than a decade while I simultaneously stayed abreast of developments on the legal front and I worked on other projects. However, in 2017, I agreed to assist OceanGate Expeditions in preparing for its future expeditions to the wreck site. I anticipate that I will join OceanGate Expeditions for at least the first of its series of week-long survey expeditions, if not more.

I mention my personal experience with the *Titanic*, the attendant legal issues and the Court's supervision of activities at the wreck site, to assure the Court and the parties that OceanGate Expeditions and I are familiar with your concerns. We know what the law does and does not permit, and how to successfully and safely operate an expedition to the *Titanic* site. We will do everything possible to ensure that the activities performed successfully are conducted appropriately.

### B. OceanGate Expeditions, Ltd.

The *Titanic* Survey Expedition was conceived, created and is managed by OceanGate Expeditions, Ltd., a Bahamian Corporation. OceanGate Expeditions has an exclusive contract with OceanGate, Inc. for the charter of the Bahamian-registered manned submersible *Titan*, its support equipment and operations personnel, to conduct dives to explore wreck and wreck site of the *Titanic*.

OceanGate, Inc. was founded almost 10 years ago to expand mankind's understanding of the oceans through the use of manned submersibles. It has organized and conducted over 17 unique submersible expeditions in three oceans, including in Puget Sound on the wreck of the *SS Governor* in extreme currents (as high as 7 knots) and on an unknown shipwreck in near zero

visibility; in the Gulf of Mexico on a complex abandoned offshore oil rig; off Miami in the Gulf Stream to investigate a sunken World War II Hellcat fighter and observe invasive Lionfish concentrations beyond diver depth; and on Alcatraz Island in the high current and high marine traffic area of San Francisco Bay.

OceanGate, Inc.'s Board of Directors includes retired U.S. Coast Guard Adm. John Lockwood and several seasoned technology and business executives. An affiliated nonprofit, OceanGate Foundation, includes on its advisory board the renowned underwater nautical archeologist James Delgado, Ph.D., former director of maritime heritage for NOAA's National Marine Sanctuaries program, and Jacob (Koby) Sharvit, director of the Marine Archaeology Unit of the Israel Antiquities Authority. The company and its executives are well versed in submersible operations, maritime operations and nautical archeology, having conducted dives for such diverse clients as the Office of Naval Research, DARPA, NOAA, CBS News and many other organizations.

OceanGate, Inc. owns and operates three, five-person submersibles, one of which is classed by the American Bureau of Shipping. All are maintained and operated to standards that meet or exceed those of major classification agencies. As no commercial standards exist for a carbon fiber and titanium submarine, classification of the *Titan* sub is not possible prior to the 2019 *Titanic* Expedition. However, having proven the strength of the carbon fiber and titanium hull, the company is in the process of obtaining classification of *Titan* with Lloyds Register, and this is expected in 2020.

OceanGate has chosen the Bahamas to conduct deep dive testing of its deep diving submersible, *Titan*, to supplement the cold water and high current work that it has done in the Pacific Northwest. The Bahamas coast is rare in that it permits short tows of less than 12 nautical miles from port to get to water that is 4,000 meters deep. At 4,000m depth, the pressure and temperature are identical to those at the *Titanic*, making the Bahamas an ideal deep-water testing location. In fact, this is one reason both the United States and British Navies maintain deep water submersible test facilities in the Bahamas.

Contrary to recent representations made by RMST's counsel that OceanGate Expeditions abandoned its 2018 *Titanic* expedition because *Titan* "failed" its test protocols, it was lightning damage and unfavorable weather in 2018 that led the company to make the very costly decision to delay its *Titanic* expedition that year. Fortunately, this delay allowed OceanGate to continue deep water testing off the Bahamas and further refine both the submersible and its safety procedures. OceanGate does not believe the *Titanic* is a suitable place for the company to test a new submersible, so the additional time in the Bahamas was well spent.

The *Titan* submersible is the result of over six years of work, including engineering evaluation work conducted by the Boeing company under contract to OceanGate, as well as detailed engineering and development work under a company issued $5 million contract to the University of Washington's Applied Physics Laboratory. *Titan*'s five-inch-thick carbon fiber and titanium hull, along with its integrated launch and recovery system and real-time hull health

monitoring system, are revolutionary advances in manned submersibles. To date, OceanGate has conducted 44 dives of *Titan*, and it will conduct several more dives before venturing to the *Titanic* site in June 2019.

### C. The 2019 *Titanic* Survey Expedition

From late June to mid-August, 2019, OceanGate Expeditions will conduct a series of week-long manned submersible operations to survey the wreck and wreck site. Given the massive scale of the wreck and the debris field, multiple missions performed over several years will be required to fully document and model the wreck. This longitudinal survey to collect images, video and sonar data will provide an objective basis to assess the decay of the wreck over time and help document and preserve its submerged history. Furthermore, the expeditions will attempt to document and survey the impact of prior expeditions on the wreck and wreck site, so the Court and the public may have a full picture of the current state of the *Titanic* wreck site.

The 2019 *Titanic* Survey Expedition will be the first of many. The exploration team will conduct annual surveys of the wreck in collaboration with scientific and imaging experts from multiple organizations as part of an on-going long-term study to document the current condition of the *Titanic* maritime heritage site. Among other things, OceanGate Expeditions will:

- Create a detailed 3D model of the shipwreck and portions of the debris field using the latest multi-beam sonar, laser scanning and photogrammetric technology.

- Supplement the work done on previous scientific expeditions to capture data and images for the continued scientific study of the site.

- Document the condition of the wreck with high-definition photographs and video.

- Document the flora and fauna inhabiting the wreck site for comparison with data collected on prior scientific expeditions to better assess changes in the habitat and maritime heritage site.

- Sharing (unlike prior expeditions) a library of images, video, 3D animation, etc. with the public.

- Freely sharing content with the science community, through University of Rhode Island, for research purposes; and NOAA, as a courtesy and in the interest of working collaboratively as OceanGate has done with NOAA on prior expeditions (such as the Farallon Islands and Lionfish expeditions).

The expedition is scheduled to depart from St. John's, Newfoundland in June 2019 with scientists, content experts, and mission specialists joining the crew in a series of six week-long · missions. The expedition crew size for each mission is about 40 people, including nine mission specialists, submersible pilots, operations crew and content experts. Several of the crew

members, including myself, have experience either participating in or leading multiple expeditions to the *Titanic*. Qualified individuals join the crew as mission specialists to support the mission by helping to underwrite the expedition and by actively assisting the team aboard the submersible and the ship in roles such as communications, navigation, sonar operation, surveying, photography and dive planning.

The expedition will utilize the modern 98-meter Expedition Support Ship *Havila Subsea*, a Norwegian flagged, DP2 multi-purpose vessel with a large open deck that is very suitable for launch and recovery operations. The ship has been chartered from Reach Subsea, a Norwegian company with vast experience managing vessels for the offshore industry. The privately-owned company manages a fleet of a dozen vessels around the world; it maintains and operates its fleet in strict accordance with national and international laws and regulations, in particular with respect to Health, Safety and Environmental issues. All of the ship's crew members are highly qualified and perform with the highest working standards and professionalism in all areas. Reach Subsea was established in 2008 and has developed management systems in accordance with industry HSEQ standard (Achilles JQS Supplier ID: 29193, Achilles FPAL Supplier ID: 10054069, Achilles Sellicha Supplier ID: 1165190). The company is further certified according to ISO 9001 quality standard and the ISO 14001 environmental standard.

Each dive will consist of the deployment of the 5-person deep submersible *Titan*, which has a 4,000m/13,120 ft. depth capacity (along with a comfortable safety margin). Constructed of titanium and filament wound carbon fiber, the innovative vessel provides a safe and comfortable space proven to withstand the enormous pressures the ocean. *Titan* is equipped with state-of-the-art technology, providing an unrivaled view of the deep ocean. In addition to its view port, *Titan's* exterior cameras provide a constant live view of the outside environment. Crew members can access each external camera view from within the submersible on a large digital display, or on a personal hand-held tablet. With the click of a button on their personal tablets, each Mission Specialist can change the camera angle, monitor the sonar, or view preloaded images of deep sea species.

*Titan* is equipped with four thrusters, which make it highly maneuverable, and it is capable of traveling at a speed of three knots. The submersible weighs 19,000 pounds in air, but it is ballasted to be neutrally or slightly positively buoyant in water. The submersible is always operated to remain clear of contact with the seabed, geology and wrecks. Since the prevailing bottom currents at the *Titanic* run predictably from south to north at a moderate speed of 1-1.5 knots in the summer, the submersible will always approach the *Titanic* from the north, facing into the current as if flying into a headwind, to further reduce the submersible's speed and increase its maneuverability when navigating near and over the wreck and wreck site.

*Titan* will accurately and safely navigate the wreck and debris field using positioning data provided from an onboard inertial navigation system and from USBL data transmitted from the surface support ship. In addition, a multi-beam sonar unit affixed to a pan and tilt system allows for near 360-degree object recognition to ¼ inch resolution up to 100 meters distant. High-definition cameras provide views fore, aft, and below the submersible, throughout each dive.

As you can see from the enclosed photograph, *Titan* does **not** have manipulator arms or a means to move or retrieve artifacts from the sea floor. No salvage or retrieval of artifacts, coal or rusticles will be conducted. Instead, all of the operations planned for the *Titanic* site will be "look but don't touch" in accordance with the type of expeditions expressly authorized by the United States Court of Appeals for the Fourth Circuit in *Haver*, 171 F.3d at 969-71.

Any ballast dropped by the submersible will be deposited well clear of the wreck and debris field, and within the coordinates listed in IMO MEPC.1/Circ.779. No additional material (plaques, memorial, flowers, etc.) will be deposited, and no black water or grey water will be discharged within 15 nautical miles of the wreck site.

Operations will be concluded by mid-August. OceanGate is not aware of any other expeditions that may be planning to visit the *Titanic* site during the time period that it intends to be on-site but, if they do, having two or more ships and submersibles operating on site at the same time is a common occurrence. All of my prior dives to the *Titanic* were performed with two submersibles and sometimes a third remotely operated vehicle working in close proximity.

Finally, the expeditions will be conducted respectfully and in accordance with the NOAA Guidelines, with which – as I have outlined – we are intimately familiar. OceanGate Expeditions is mindful of NOAA's considerable enthusiasm for implementing Section 113 of the Consolidated Appropriations Act, 2017, but OceanGate Expeditions agrees with RMST and the recent comments of this Court that Section 113 is unconstitutional and it usurps the exclusive jurisdiction of this Court to supervise activities at the *Titanic* wreck site. Accordingly, OceanGate Expeditions will consult with NOAA as a courtesy, but it will not submit the detailed, private personal and corporate information that NOAA has requested in the name of obtaining Section 113 "authorization" to conduct already legal activities at the *Titanic* wreck site.

OceanGate Expeditions does not have, nor does it intend to utilize, any intellectual property of RMST.

If you would like any further information, please do not hesitate to contact me.

Respectfully,

*David G. Concannon*

David Concannon

cc: David Alberg, NOAA
    Jackie Rolleri, Esq., NOAA
    Brian Wainger, Esq., RMST
    Brian McFarland, Esq., RMST
    Kent Porter, Esq., DOJ

