Concannon
Explorer Consulting
100 Sun Valley Road
Box 329
Sun Valley, ID 83353

U.S. POSTAGE PAID
FCM LG ENV
KETCHUM, ID
83340
APR 01, 19
AMOUNT
$1.15
R2305M147523-02

U.S. MARSHAL
INSPECTED

Hon. Rebecca B. Smith
Judge, U.S. District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

RECEIVED
APR - 5 2019
R. B. SMITH
U.S. DISTRICT JUDGE, NORFOLK, VA