# EXHIBIT 3

# EXHIBIT A

## MEMBER INFORMATION; MEMBERSHIP INTERESTS; CAPITAL

As of February 21, 2019:

| Member Name and Address | No. of Units | Sharing Percentage | Capital Contributions |
| --- | --- | --- | --- |
| Alta Fundamental Advisers SP LLC<br>777 Third Avenue 19A<br>New York, New York 10017 | 610 | 25.42% | $6,100,000 |
| Star V Partners LLC<br>2100 West End Ave, Suite 1000<br>Nashville, Tennessee 37203-5240 | 190 | 7.92% | $1,900,000 |
| Apollo Credit Strategies Master Fund Ltd.<br>c/o Apollo Capital Management, L.P.<br>9 West 57th Street<br>New York, New York 10019 | 800 | 33.33% | $8,000,000 |
| PacBridge Partners I Investment Co. Ltd.<br>Unit 1401, 14th Floor,<br>The Chinese Bank Building,<br>61-65 Des Voeux Road,<br>Central Hong Kong | 800 | 33.33% | $8,000,000 |
| Total: | 2,400 | 100.00% | $24,000,000 |