

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to Titanic
Ventures, limited partnership,

        Plaintiff,

v.

        CIVIL ACTION NO. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A
POINT LOCATED AT 41 43' 32" NORTH
LATITUDE AND 49 56' 49" WEST
LONGITUDE, BELIEVED TO BE THE R.M.S.
TITANIC, IN REM,

        Defendant.

## ORDER

On August 17, 2018, the Trustees of the National Maritime Museum ("Museum") filed a Motion to Intervene and corresponding Memorandum in Support. ECF Nos. 474, 475. On August 31, 2018, the United States, as amicus, and on behalf of its National Oceanic and Atmospheric Administration ("NOAA"), filed a Response. ECF No. 484. On August 31, 2018, R.M.S. Titanic, Inc. ("RMST") filed an Opposition. ECF No. 485. On September 6, 2018, the Museum filed a Reply. ECF No. 489. At the September 18, 2018 status hearing, the Museum requested that the court hold its Motion to Intervene in abeyance, and the court granted that request. ECF No. 493.

On November 12, 2018, the Museum filed an Amended Motion to Intervene and corresponding Memorandum in Support. ECF Nos. 519, 520. On November 26, 2018, RMST filed a Memorandum in Opposition. ECF No. 532. On November 30, 2018, the Museum filed a Reply. ECF No. 533. The Museum requested that the court hold its Amended Motion to Intervene in abeyance, pending further order of the court. ECF No. 520 at 8.

On December 17, 2018, the court held a hearing on the Amended Motion to Intervene. ECF No. 535. Following the hearing, the court held the Amended Motion to Intervene in abeyance, pending the closing of the transaction contemplated under the Asset Purchase Agreement ("APA"). ECF No. 536 (citing ECF Nos. 448, 449). The Museum's Amended Motion to Intervene is based upon its interest in acquiring the Titanic Artifacts through a transaction that presents an alternative to the transaction contemplated under the APA. ECF No. 520 at 2.

On December 21, 2018, the court issued an Order approving the transaction contemplated under the APA. ECF No. 540. Premier Acquisition Holdings LLC ("PAHL") and RMST have since notified the court that the transaction contemplated under the APA closed on February 13, 2019. ECF Nos. 542, 543. Because the transaction contemplated under the APA has closed, the Museum's Amended Motion to Intervene is **DENIED AS MOOT**.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties and the Movant Intervenors.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
United States District Judge

Rebecca Beach Smith
United States District Judge

April 16, 2019