IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
       Plaintiff,

v.                                                     Civil Action No. 2:93 cv 902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
       Defendant.

## ENTRY OF APPEARANCE ON BEHALF OF RMS TITANIC, INC., AND CONSENT MOTION TO SUBSTITUTE GREENBERG TRAURIG FOR MCGUIRE WOODS

The law firm of Greenberg Traurig, LLP, by undersigned counsel, files this entry of appearance to represent RMS Titanic, Inc., (RMST) in the above captioned case, and to substitute for the firm of McGuire Woods, and allow McGuire Woods to withdraw from the case. McGuire Woods consents and agrees to this request to substitute counsel.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

      */s/ David G. Barger*
David G. Barger, VSB #21652
*Attorney for RMS Titanic, Inc. and*
*Premier Acquisition Holdings LLC*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
E-Mail:  Bargerd@gtlaw.com

SEEN AND AGREED:


By:     _/s/ *Robert W. McFarland*_____ _____

       Robert W. McFarland, VSB #24021
       McGuireWoods LLP
       101 W Main St
       Suite 9000
       Norfolk, VA 23510-1655
       Email: rmcfarland@mcguirewoods.com
       *Counsel for RMS, Titanic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notification of such filing to those appearing in the case through ecf, including:

Brian A. Wainger
**KALEO LEGAL**
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: (757) 965-6804
Email: bwainger@kaleolegal.com
*Counsel for Plaintiff R.M.S. Titanic, Inc.,*

Robert W. McFarland
**MCGUIRE WOODS LLP**
101 West Main Street, Suite 9000
Norfolk, VA 23510
Telephone: (757) 640-3700
Email: rmcfarland@mcguirewoods.com
*Counsel for Plaintiff R.M.S. Titanic, Inc.,*

Kent P. Porter
United States Attorney Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone: (757) 441-6331
Email: kent.porter@usdoj.gov
*Counsel for Amicus United States of America*

_____ */s/ David G. Barger___*
David G. Barger, VSB #21652
*Counsel for RMS Titanic, Inc. and*
*Premier Acquisition Holdings LLC*
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
E-Mail: Bargerd@gtlaw.com