**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
       Plaintiff,

v.                                          Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
       Defendant.

**<u>ORDER</u>**

      UPON CONSIDERATION of the Entry of Appearance and Consent Motion to Substitute the law firm of Greenberg Traurig, LLP, for McGuireWoods, LLP, as one of the counsel for RMS Titanic, Inc.,

      It is ORDERED that said Motion is hereby GRANTED, and Robert W. McFarland, and the law firm McGuireWoods LLP, are hereby permitted to withdraw as counsel for RMS Titanic, Inc.  The Entry of appearance by the law firm of Greenberg Traurig, LLP, and David G. Barger, for RMS Titanic, Inc., is granted.

      Entered this _____ day of _____, 2019.


                                     _____
                                     Judge

WE ASK FOR THIS:


_____/s/ David G. Barger_____

David G. Barger, VSB #21652
Attorney for RMS Titanic, Inc. and
Premier Acquisition Holdings LLC
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301


SEEN AND AGREED:

_____/s/ Robert W. McFarland_____
Robert W. McFarland VSB #24021
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Tel.:    (757) 640-3700
Fax:    (757) 640-3966
rmcfarland@mcguirewoods.com