**GreenbergTraurig**

David G. Barger
Tel 703.749.1307
Fax 703.714.8307
bargerd@gtlaw.com

May 7, 2019

**BY EMAIL**
Kent P. Porter, Esq.
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA  23510
kent.porter@usdoj.gov

> Re:  R.M.S. Titanic, Inc.'s plans to visit RMS *Titanic* wreck site

Dear Kent:

    I am writing to provide NOAA with an update on RMST's plans to conduct an expedition to the *Titanic* wreck site. RMST is still working on a potential expedition, but it likely will not be in May of 2019, as originally considered. RMST still hopes to conduct an expedition later in the season. But in light of the mid-February closing of the sale transaction and the predicate issues required to plan an expedition, RMST may instead need to target 2020 for a visit. We will keep you apprised of these plans as they become more concrete.

    Please let me know if you have any questions or would like to discuss this further.

Sincerely,

David G. Barger

cc:    Jackie Rolleri, Esq.
       Mr. David Alberg
       Brian Wainger, Esq.
       Mr. Bretton Hunchak
       Mr. David Gallo

*ACTIVE 43344992v3*

**EX. 6**
**NOAA Status Report (05212019)**