# Exhibit A

ORDERED.

Dated: March 08, 2019

_____
Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

RMS TITANIC, INC., *et al.*,[1]

    Debtors.
_____/

APPLICABLE DEBTOR:

RMS TITANIC, INC.

    Debtor.
_____/

Case No. 3:16-bk-02230-PMG
Chapter 11

(Jointly Administered)

Case No. 3:16-bk-02230-PMG

**ORDER DISMISSING CHAPTER 11 CASE OF DEBTOR
RMS TITANIC, INC. AND AMENDING ORDER GRANTING
MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES**

THIS CAUSE is before the Court upon the *Consent Motion for Entry of an Order Dismissing the Chapter 11 Case of Debtor RMS Titanic, Inc. and Amending the Order Granting Motion for Joint Administration of Chapter 11 Cases* [ECF No. 1332] (the

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: RMS Titanic, Inc. (3162); Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is c/o Troutman Sanders LLP, 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308.

"Motion") filed by debtor RMS Titanic, Inc. ("RMST"). On October 19, 2018, the Court entered an *Order (A) Approving Asset Purchase Agreement; (B) Authorizing Sale of the Transferred Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith; (D) Approving Settlement with the Pacbridge Parties; and (E) Granting Related Relief* (ECF No. 1232) (the "Sale Order"). In the Sale Order, the Court found that upon the closing of the transactions contemplated thereunder, and subject to the conditions set forth in the Asset Purchase Agreement approved thereby, cause will exist for dismissal of the *In re RMS Titanic, Inc.*, Case No. 3:16-bk-2230-PMG (Bankr. M.D. Fla.) chapter 11 case (the "RMST Chapter 11 Case") (Sale Order ¶ Z), and ordered that upon the closing, subject to the conditions set forth in the Asset Purchase Agreement, the RMST Chapter 11 Case would be dismissed, without further motion, hearing or Court order (Sale Order ¶ 38).

As set forth in the *Notice of Closing of Sale of Substantially All of the Debtors' Assets and Amendment to Asset Purchase Agreement* (ECF No. 1319) filed by the Debtors, the sale approved by the Sale Order closed on February 13, 2019. The Court has reviewed the Motion and determined that good and sufficient cause exists to grant the relief requested therein.

Accordingly, it is **ORDERED:**

1. The RMST Chapter 11 Case is DISMISSED.

2. The Order Granting Motion for Joint Administration of Chapter 11 Cases (ECF No. 100) is hereby amended to reflect the dismissal of the RMST Chapter 11 Case and the designation of *In re Premier Exhibitions, Inc.*, 3:16-bk-2232-PMG as the new "Lead

Case" under which the remaining above-captioned chapter 11 cases shall be jointly administered pursuant to Bankruptcy Rule 1015(b).

3. For the avoidance of doubt, the jointly administered cases of Premier Exhibitions, Inc.; Premier Exhibition Management, LLC; Arts and Exhibitions International, LLC; Premier Exhibitions International, LLC; Premier Exhibitions NYC, Inc.; Premier Merchandising, LLC; and Dinosaurs Unearthed Corp. are not being dismissed and shall continue to be jointly administered now under the lead case of *In re Premier Exhibitions, Inc.*, Case No. 3:16-bk-02232-PMG.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>Premier Exhibitions, Inc., *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 3:16-bk-02232-PMG<br><br>Jointly Administered |

5. All docket entries in these chapter 11 cases shall be made in the Lead Case.

---

[2] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Premier Exhibitions, Inc. (4922); Premier Exhibition Management LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is c/o Troutman Sanders LLP, 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308.

3

6. The Clerk is directed to make a docket entry in the associated cases as follows: "Notice of amendment to joint administration of cases. No further papers to be docketed in this case. All papers should be docketed in the Lead Case No. 3:16-bk-02232.

7. The Clerk is further directed to take such other and further action as is necessary or appropriate to carry out the terms of this order.

### ###

Attorney Daniel F. Blanks is directed to serve a copy of this Order on all non-CM/ECF interested parties and file a proof of service within 3 days of entry of the Order.

~#4830-2821-4153~

4