# Exhibit B

# Structure Chart

