# Exhibit C

# RMS TITANIC, INC. (Company)

## Experiential Media Group, LLC (EMGroup)
## and
## Premier Acquisition Holdings, LLC (PAHL)

## TITANIC ARTIFACT COLLECTION STRATEGIC PLAN 2019-2022

### I.   Vision

RMS Titanic, Inc. – an affiliate of EMGroup, LLC and a wholly-owned subsidiary of PAHL – serves as the salvor-in-possession of RMS *Titanic*, the ship which tragically sank on April 15, 1912 with the loss of over 1500 passengers and crew.  The Company is dedicated to preserving the legacy of the Ship, the wreck site, recovered artifacts and the stories of all her passengers and crew through educational, historical, scientific, and conservation-based programs and exhibitions.

Experiential Media Group was established as a private, for-profit company to captivate, educate, and inspire large audiences through compelling stories in diverse and unique environments around the world.

### II.   Mission

The primary mission of RMS Titanic, Inc. is the preservation and use of the Titanic Artifact Collection to educate future generations about the tragic story, and the stewardship of the wreck site.  By extension, stewardship includes the development and safeguarding of documentation related to expeditions, scientific analysis, artifact research, and all internally-developed intellectual property that contributes to a more complete understanding of all aspects of RMS *Titanic*.

### III.   Core Values

RMS Titanic, Inc. upholds core values for the curation and preservation of the Titanic Collection, the wreck site and any future expeditions to further contribute to the body of knowledge about RMS *Titanic*.

1. Excellence
2. Ethical practices
3. Honesty
4. Trustworthiness
5. Respect
6. Integrity

**Primary Interested Parties**

1. U.S. District Court for the Eastern District of Virginia
2. NOAA

3. EMGroup and PAHL
4. Titanic researchers, historians, scientists
5. Global Titanic Community
6. Students/educational groups
7. Museums

IV. **Structure**

The Titanic Artifact Collection is managed by the RMS Titanic, Inc. Department of Collections. It is a stand-alone department which reports directly to the EMGroup CEO. As an affiliate of Experiential Media Group, LLC and a subsidiary of PAHL, RMS Titanic's Vice President of Collections is in charge of the Titanic Collection and retains a place in upper management to provide a voice for the preservation, management, and future of the Titanic Collection, as well as ensuring that the Collection is represented in discussions of non-Titanic EMGroup projects.

V. **Resources**
  A. **Titanic Collection Staff**
   a. Vice President of Collections
   b. Collections Manager
   c. Registrar
   d. Digital Archivist
   e. Additional positions as needed

  B. **EMGroup Departments Collaborations with Titanic Collection**
  To ensure that the Company contributes to safe, educational and entertaining exhibitions (Titanic: The Artifact Exhibition) for the global public, the Collections Department collaborates with other EMGroup Departments to support and establish protocols and guidelines to the protection of the artifacts
   a. Design
   b. Production
   c. Marketing and Public Relations
   d. Security
   e. Education

  C. **Facilities**
  The Titanic Collection and associated intellectual property are located in a dedicated office and climate controlled storage building. The facility has been adapted to meet the required preservation storage needs of the Titanic Collection and its support mechanisms.
   1. Staff offices and conferencing room
   2. Audio-visual studio
   3. Archives Storage
   4. IT and server room
   5. Collections 1 for organic materials
   6. Collections 2 for inorganic materials
   7. Collections 3 for large and in-process materials
   8. Collections 4 for crates, packing, general storage

VI. **Collection Goals: Overall goal is the preservation, management, and protection of all artifacts recovered from RMS Titanic and in the possession of RMS Titanic, Inc.**
   1. Conservation, preservation, and management of all artifacts recovered from the RMS *Titanic* wreck site according to industry standards.
   2. Abide by AAM Best Practices in all areas.
   3. Continued curation of the Titanic Artifact Collection according to industry standards.
   4. Continuous upgrades of management processes (photography, database content, appraisal, etc.) as new technologies become available
   5. Expansion of The Titanic Mapping Project to include additional and relevant data.
   6. Maintenance of historic database, archives, and all relevant Titanic data related to The Titanic Artifact Collection.
   7. Scientific analysis considerations in artifact research.
   8. Preservation and maintenance of all intellectual property in all formats.
   9. Development of technological strategies to safeguard access to all intellectual property.
   10. Continue relevant research to expand knowledge of the Collections.

VII. **Collection Strategic Goals**

   A. Immediate
      a. Update audio visual equipment to process, manage, and curate media in all forms from expeditions, exhibitions, conservation, and research
      b. Review and update inventory of the Titanic Artifact Collection
      c. Complete preparation of artifacts for 2019 exhibitions
   B. Near-Term
      a. Hire a digital archivist
      b. Hire a registrar to work with exhibitions and database
      c. Invest in additional housing materials for artifacts
      d. Continue the hi-res photographic documentation project for all artifacts
      e. Select a short list of artifacts to be conserved by internal and external conservators
   C. Mid-Term
      a. Develop list and initiate conservation of 50-100 artifacts in need of conservation work
      b. Initiate phased installation of compact storage system for inorganic materials
      c. Purchase conservation storage cabinets for re-housed organic materials
   D. Long-Term
      a. Continue annual conservation of artifacts according to developed lists.
      b. Upgrade collections management database system to create a streamlined, accessible database of artifacts with all associated documents, analysis, and research.
      c. Hire a project manager to oversee the migration of data from current database to CMS system.
      d. Develop strategies to enhance artifact information, photography, and preservation using new systems and management software.