# Exhibit E

**RMS Titanic Trust Account.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/30/11 | 09-12 | | | | | Deposit | 25,000.00 |
| 02/28/12 | 12-12 | | | | | Deposit | 25,000.00 |
| 05/31/12 | 3-13 | | | | | Deposit | 25,000.00 |
| 08/31/12 | 6-13 | | | | | Deposit | 25,000.00 |
| 11/30/12 | 9-13 | | | | | Deposit | 25,000.00 |
| 01/31/13 | 11-13 | | | | | Interest income | 126.10 |
| 02/28/13 | 12-13 | | | | | Deposit | 25,000.00 |
| 02/28/13 | 12-13 | | | | | Interest income | 14.81 |
| 03/31/13 | 1-14 | | | | | Interest income | 19.11 |
| 04/30/13 | 2-14 | | | | | Interest income | 18.51 |
| 05/31/13 | 3-14 | | | | | Deposit | 25,000.00 |
| 05/31/13 | 3-14 | | | | | Interest income | 20.36 |
| 06/30/13 | ;4-14 | | | | | Interest income | 21.44 |
| 06/30/13 | ;4-14 | | | | | Legal order and f | (2,796.98) |
| 07/31/13 | 5-14 | | | | | Interest income | 22.23 |
| 07/31/13 | 5-14 | | | | | Legal order and f | 2,796.98 |
| 08/31/13 | 6-14 | | | | | Interest income | 24.07 |
| 08/31/13 | 6-14 | | | | | Deposit | 25,000.00 |
| 09/30/13 | 7-14 | | | | | Interest income | 24.74 |
| 10/31/13 | 8-14 | | | | | Interest income | 25.52 |
| 11/30/13 | 9-14 | | | | | Deposit | 25,000.00 |
| 11/30/13 | 9-14 | | | | | Interest income | 25.83 |
| 12/31/13 | 10-14 | | | | | Interest income | 28.71 |
| 01/31/14 | 11-14 | | | | | Interest income | 28.71 |
| 02/28/14 | 12-14 | | | | | Deposit | 31,987.00 |
| 02/28/14 | 12-14 | | | | | Interest income | 26.59 |
| | **Net Total** | | - | | - | | **257,413.73** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/28/2014 | 12-14 | | | | | Deposit | 257,413.73 | |
| | 1-15 | | | | | Interest | 32.67 | |
| | 2-15 | | | | | Interest | 31.72 | |
| | 3-15 | | | | | Interest | 34.14 | |
| | 3-15 | | | | | Deposit | 25,000.00 | |
| | ;4-15 | | | | | Interest | 34.83 | |
| | 5-15 | | | | | Interest | 35.99 | |
| | 6-15 | | | | | Interest | 37.34 | |
| | 6-15 | | | | | Deposit | 25,000.00 | |
| | 9-15 | | | | | Interest | 115.65 | 3 months |
| | 9-15 | | | | | Deposit | 25,000.00 | |
| | 9-15 | | | | | Interest | | |
| | 12-15 | | | | | Interest | 123.60 | 3 months |
| 2/28/2015 | 12-15 | | | | | Deposit | 25,000.00 | |
| | | | | | | | 357,859.67 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/31/2015 | 3-16 | | | | | Interest | 136.54 | 3 months |
| 5/31/2015 | 3-16 | | | | | Deposit | 25,000.00 | |
| 8/31/2015 | 6-16 | | | | | Interest | 146.06 | 3 months |
| 8/31/2015 | 6-16 | | | | | Deposit | 25,000.00 | |
| 10/31/2015 | 8-16 | | | | | Interest | 102.32 | 3 months |
| 11/30/2015 | 9-16 | | | | | Deposit | 25,000.00 | |
| 11/30/2015 | 9-16 | | | | | Interest | 51.46 | |
| 12/31/2015 | 10-16 | | | | | Interest | 55.20 | |
| | | | | | | | - | |
| | | | | Bal | | 12/31/2016 | 433,351.25 | |
| 1/31/2016 | 1-16 | | | | | Intererst | 55.06 | |
| 2/28/2016 | 2-16 | | | | | Deposit | 25,000.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/28/2016 | 2-16 | | | | | Intererst | 52.64 |
| 3/31/2016 | 03-16 | | | | | Intererst | 58.25 |

|  |  |  |
|---|---|---:|
| | May'16 | 25,000.00 |
| | Aug'16 | 25,000.00 |
| | Nov'16 | 25,000.00 |
| | **Interest** | |
| | Apr'16 | 56.37 |
| | May'16 | 58.77 |
| | Jun'16 | 59.46 |
| | Jul'16 | 61.45 |
| | Aug'16 | 83.86 |
| | Sept'16 | 83.41 |
| | Oct'16 | 86.20 |
| | Nov'16 | 85.21 |
| | Dec'16 | 90.46 |
| | Federal tax withholding | (64.04) |
| **Bal** | **12/31/2016** | **534,118.35** |
| | Feb'17 | 25,000.00 |
| | May'17 | 25,000.00 |
| | Aug'17 | 25,000.00 |
| | Nov'17 | 25,000.00 |
| | Jan'17 | 90.73 |
| | Feb'17 | 83.06 |
| | Mar'17 | 95.00 |
| | Apr'17 | 91.95 |
| | May'17 | 96.81 |
| | Jun'17 | 96.09 |
| | Jul'17 | 99.31 |
| | Aug'17 | 100.29 |
| | Sept'17 | 100.25 |
| | Oct 2017 | 103.61 |
| | Nov 2017 | 102.20 |
| | Dec 2017 | 107.89 |
| **Bal** | **12/31/2017** | **635,285.54** |
| | Feb'18 | 25,000.00 |
| | May'18 | 25,000.00 |
| | Aug'18 | 25,000.00 |
| | Nov'18 | 25,000.00 |
| | Jan 2018 | 107.91 |
| | Feb 2018 | 98.58 |
| | Mar 2018 | 112.19 |
| | Apr 2018 | 108.59 |
| | 5/31/2018 | 113.74 |
| | 6/30/2018 | 112.74 |
| | 7/31/2018 | 116.51 |
| | 8/31/2018 | 118.04 |
| | 9/30/2018 | 406.24 |
| | 10/31/2018 | 453.27 |
| | 11/30/2018 | 444.57 |
| | 12/31/2018 | 469.76 |

| | | | |
|---|---|---:|---|
| **Bal** | **12/31/2018** | **737,947.68** | |
| | **1/31/2019** | **470.06** | |
| | 2/28/2019 | 428.95 | |
| | 2/28/2019 | 25,000.00 | |
| | 3/31/2019 | 486.56 | |
| | 4/30/2019 | 471.16 | |
| | 5/20/2019 | 25,000.00 | |
| | 5/18/2019 | 125.73 | close BOA |
| Bal | **5/22/2019** | **789,930.14** | |