

HUNTON ANDREWS KURTH LLP
500 EAST MAIN STREET
SUITE 1301
NORFOLK, VIRGINIA 23510

TEL   757 • 640 • 5300
FAX   757 • 625 • 7720

ROBERT M. TATA
DIRECT DIAL: 757 • 640 • 5328
EMAIL: btata@HuntonAK.com

FILE NO: NEW

June 14, 2019

**VIA HAND DELIVERY**
The Honorable Rebecca B. Smith, Judge
United States District Court
600 Granby Street
Norfolk, VA 23510

*Re: Scientific Research Activities at the wreck of RMS Titanic, 2019 (2:93cv00902-RBS)*

Dear Judge Smith:

We represent EYOS Expeditions Ltd. ("EYOS"). We note that by Order dated September 27, 2018 (Document 497), you authorized EYOS to conduct certain scientific activities regarding the wreck including removing and adding sample trays and removing rusticle samples, as more specifically detailed in the Order. Due to various contingencies including Hurricanes Michael and Leslie, the expedition did not take place as planned. With your permission, and with a slight modification proposed below, we would plan to conduct the expedition from on or about July 30 through August 3, 2019.

We ask to modify our request by seeking authority to remove and replace four trays vice one. We have since learned from the researcher Dr. Lori Johnstone that up to four trays may be present. She would like to recover them all so as to be able to examine the results. While we are not certain exactly where the trays are located, we believe they may be just off to one side of the ship, on the port side, adjacent to the bridge. We attach two prior letters to you in this matter for your ease of reference (Documents 479 and 496). Again, Robert McCallum, who previously submitted a declaration and has conducted many Titanic expeditions, will be leading the expedition. P.H. Nargeolet, an employee of RMS Titanic, Inc. ("RMST"), will participate in the EYOS expedition as an official representative of RMST. RMST has no objection to our proposed activity. A NOAA representative is also invited to attend onboard. NOAA may assign an observer to our expedition, as was done in 2018. We will be using the same vessel, same submersible and same team as last year.

We would be grateful if we could confirm that our modification to the previously authorized activities meet with your approval. I will follow-up our letter with a call to your chambers to determine how best to proceed. Thank you.

Case 2:93-cv-00902-RBS Document 551 Filed 06/14/19 Page 2 of 2 PageID# 4788



The Honorable Rebecca B. Smith, Judge
June 14, 2019
Page 2

Sincerely,

Robert M. Tata

Enclosures

cc: Jackie Rolleri *(via e-mail)*
David Barger *(via e-mail)*
Kent Porter *(via e-mail)*
Robert McFarland *(via e-mail)*
Brian Wainger *(via e-mail)*