# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Wednesday, July 3, 2019

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT: THE HONORABLE** Rebecca Beach Smith, USDJ

**Deputy Clerk:** *S. Cherry*         **Reporter:** Jody Stewart, OCR

| Set: 2:00 p.m. | Started: 2:00 p.m. | Ended: 3:05 p.m. |
|---|---|---|

| 2:93cv902 | R.M.S. Titanic, INC., etc.<br>v.<br>The Wrecked and Abandoned Vessel, etc. |
|---|---|

Robert McFarland and Brian Wainger present on behalf of plaintiff.

David Barger present on behalf of Premier Acquisition Holdings LLC.

Kent Porter, AUSA, present on behalf of USA, with Jackie Rolleri, counsel for NOAA.

Matter came on for hearing on the Consent Motion to Substitute Counsel (ECF no. 547), Status Hearing, and the 2019 expedition.

Comments of court heard re the updates in the case.

The court directed Mr. Barger to file his position re the reserve account and any inner office agreements, if any, by August 1, 2019; USA shall file any response to these submissions by August 8, 2019.

The court directed RMST to present for in camera review the 50 wish list artifacts by August 1, 2019.

Comments of counsel heard re the Consent Motion to Substitute. As stated on the record, Mr. McFarland shall file an affidavit re the transfer of the artifacts and Mr. Barger shall file an affidavit re the receipt of the artifacts. The court takes the motion under advisement until the affidavits are filed.

Comments of Mr. Tata heard re the 2019 expedition. Counsel submitted an agreed proposed order re the 2019 expedition. The court takes the proposed order under advisement.

Also present in the courtroom: Robert Tata on behalf of EYOS Expeditions