# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

        Plaintiff,

v.                                                                                  Civil Action No.  2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

        Defendant.

### PLAINTIFF R.M.S. TITANIC, INC.'S
### NOTICE OF SUBMISSION

Plaintiff RMS Titanic, Inc. ("RMST"), by counsel, respectfully submits to the Court

under seal Exhibits 1-6, including Exhibits 4A and 5A.

                                              Respectfully submitted,

                                              R.M.S. TITANIC, INC.

                                              By Counsel

                                      /s *David G. Barger*
                                      David G. Barger, VSB #21652
                                      GREENBERG TRAURIG, LLP
                                      1750 Tysons Boulevard, Suite 1000
                                      McLean, Virginia 22102
                                      Tel:  (703) 749-1300
                                      Fax:  (703) 749-1301
                                      Email: Bargerd@gtlaw.com

                                             /s/
                                      Robert W. McFarland (VSB #24021)
                                      McGuireWoods LLP
                                      9000 World Trade Center

1

Norfolk, VA  23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com

Brian A. Wainger (VSB #38476)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tele: 757/965-6804
Fax: 757/304-6175
Email: bwainger@kaleolegal.com

CERTIFICATION

I hereby certify that the foregoing has been electronically filed through the Court's ECF system this 1st day of August, 2019.

/s *David G. Barger*
David G. Barger, VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel:  (703) 749-1300
Fax:  (703) 749-1301
Email: Bargerd@gtlaw.com