IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                                                          Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
    Defendant.

**SUPPLEMENTAL PERIODIC REPORT OF R.M.S. TITANIC, INC.
REGARDING SAFE DEPOSIT BOXES TRANSFER**

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this "Supplemental Periodic Report of R.M.S. Titanic, Inc. Regarding Safe Deposit Boxes Transfer" ("Supplemental Periodic Report") to respond to the Court's inquiries and questions raised at the July 3, 2019, status hearing.

    **I.**    **TRANSFER OF SAFE DEPOSIT BOXES CONTENTS FROM MCGUIRE WOODS TO GREENBERG TRAURIG**

At the July 3, 2019 status hearing, the Court required counsel to report to the Court concerning the transfer of the lease for the safe deposit boxes containing jurisdictional artifacts from McGuire Woods to Greenberg Traurig, and for counsel to provide affidavits or declarations concerning the transfer. See, July 3, 2019 Status Hearing Transcript at 22. Certain artifacts are

located at the Norfolk branch of a national financial institution, located in the Eastern District of Virginia. The artifacts are contained in two safe deposit boxes.

On August 8, 2019, McGuire Woods through Robert McFarland and Greenberg Traurig through David G. Barger completed the review and listing of the artifacts contained in the two safe deposit boxes and completed the transfer of the lease for the boxes from McGuire Woods to Greenberg Traurig. The specifics of the review, the list of artifacts and pictures of the artifacts are included as Exhibits A-C filed under seal.

Exhibit A is the Affidavit of Robert McFarland on behalf McGuire Woods describing the review and listing of the artifacts and the completion of the transfer. Exhibit B is David G. Barger's Declaration describing the review of the artifacts and the completion of the transfer of custody of the safe deposit boxes. Exhibit C consists of 15 pictures of the artifacts reviewed on August 8, 2019. The contents continue to be stored in the same boxes. The boxes remain in the custody of the financial institution. This completes the transfer of the lease obligations to Greenberg Traurig.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

/s/ *David G. Barger*
David G. Barger, VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: Bargerd@gtlaw.com

*Counsel for R.M.S. Titanic, Inc.*

    */s/ Brian A. Wainger*
Brian A. Wainger, VSB #38476
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

Robert W. McFarland, VSB #24021
*Attorney for Plaintiff RMS Titanic, Inc.*
McGuireWoods LLP
101 W. Main Street, Ste. 9000
Norfolk, VA 23510
Tel: (757) 640-3716
Fax: (757) 640-3966
E-mail: rmcfarland@mcguirewoods.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 12, 2019, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                <u>*/s/ David G. Barger*</u>
David G. Barger, VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel:  (703) 749-1300
Fax:  (703) 749-1301
Email: Bargerd@gtlaw.com

*Counsel for R.M.S. Titanic, Inc.*

ACTIVE 45155219v1

4