IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

      Plaintiff,

v.                                         Civil Action No.  2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

      Defendant.

**PLAINTIFF R.M.S. TITANIC, INC.'S
<u>MOTION TO FILE SUPPLEMENTAL PERIODIC REPORT EXHIBITS A, B, AND C
UNDER SEAL</u>**

      Plaintiff RMS Titanic, Inc. ("RMST"), by counsel, pursuant to Rule 5 of the Local Civil Rules of the United States District Court for the Eastern District of Virginia, hereby moves to file Exhibits A, B and C, submitted to the Court on August 12, 2019, under seal.

      The three exhibits are as follows:

      A. Affidavit of Attorney Robert McFarland dated August 12, 2019, describing the review and listing of artifacts contained in two safe deposit boxes located at a financial institution located in Norfolk, Virginia, and the transfer of the safe deposit boxes lease to Greenberg Traurig.

      B. Declaration of David G. Barger dated August 12, 2019, describing the review and listing of artifacts contained in two safe deposit boxes located at a financial institution located in Norfolk, Virginia, and the transfer of the safe deposit boxes lease to Greenberg Traurig.

      C. 15 photographs of the 6 artifacts contained in the two safe deposit boxes.

For the reasons set forth in the accompanying Memorandum in Support, RMST respectfully requests that the Court grant this Motion to Seal and enter an order sealing Exhibits A, B and C.

>Respectfully submitted,
>
>R.M.S. TITANIC, INC.
>
>By Counsel
>
>/s *David G. Barger*
>David G. Barger, VSB #21652
>GREENBERG TRAURIG, LLP
>1750 Tysons Boulevard, Suite 1000
>McLean, Virginia 22102
>Tel:  (703) 749-1300
>Fax:  (703) 749-1301
>Email: Bargerd@gtlaw.com
>
>      /s/
>Robert W. McFarland (VSB #24021)
>McGuireWoods LLP
>9000 World Trade Center
>Norfolk, VA  23510
>Tele: 757/640-3716
>Fax: 757/640-3966
>Email: rmcfarland@mcguirewoods.com
>
>Brian A. Wainger (VSB #38476)
>Kaleo Legal
>4456 Corporation Lane, Suite 135
>Virginia Beach, VA 23462
>Tele: 757/965-6804
>Fax: 757/304-6175
>Email: bwainger@kaleolegal.com

## CERTIFICATION

I hereby certify that the foregoing has been electronically filed through the Court's ECF system this 12th day of August, 2019.

    R.M.S. TITANIC, INC.

    By Counsel

    /s *David G. Barger*
    David G. Barger, VSB #21652
    GREENBERG TAURIG, LLP
    1750 Tysons Boulevard, Suite 1000
    McLean, Virginia 22102
    Tel:  (703) 749-1300
    Fax:  (703) 749-1301
    Email: Bargerd@gtlaw.com