IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

    Plaintiff,

v.                            Civil Action No.  2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, <u>in</u> <u>rem</u>,

    Defendant.

## <u>PLAINTIFF R.M.S. TITANIC, INC.'S NOTICE OF SUBMISSION</u>

Plaintiff RMS Titanic, Inc. ("RMST"), by counsel, respectfully submits to the Court under seal Exhibits A, B and C to its Motion to Seal Supplemental Periodic Report Exhibits.

    Respectfully submitted,

    R.M.S. TITANIC, INC.

    By Counsel

    /s *David G. Barger*
    David G. Barger, VSB #21652
    GREENBERG TAURIG, LLP
    1750 Tysons Boulevard, Suite 1000
    McLean, Virginia 22102
    Tel:  (703) 749-1300
    Fax:  (703) 749-1301
    Email: Bargerd@gtlaw.com


    /s/
    Robert W. McFarland (VSB #24021)
    McGuireWoods LLP
    9000 World Trade Center

1

Norfolk, VA  23510  
Tele: 757/640-3716  
Fax: 757/640-3966  
Email: rmcfarland@mcguirewoods.com

Brian A. Wainger (VSB #38476)  
Kaleo Legal  
4456 Corporation Lane, Suite 135  
Virginia Beach, VA 23462  
Tele: 757/965-6804  
Fax: 757/304-6175  
Email: bwainger@kaleolegal.com

2

## CERTIFICATION

I hereby certify that the foregoing has been electronically filed through the Court's ECF system this 12th day of August, 2019.

/s *David G. Barger*
David G. Barger, VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: Bargerd@gtlaw.com