IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

R.M.S. TITANIC, INC.,
successor in interest to Titanic
Ventures, limited partnership,

       Plaintiff,

v.                                                                Civil Action No. 2:93cv902

The Wrecked and Abandoned
Vessel, . . .believed to be
the RMS TITANIC, in rem,

       Defendant.

**PLAINTIFF R.M.S. TITANIC, INC.'S
NOTICE AND SUBMISSION OF FILING CERTAIN UNSEALED EXHIBITS
PURSUANT TO THE COURT'S ORDER OF AUGUST 16, 2019**

    Plaintiff RMS Titanic, Inc. ("RMST"), by counsel, respectfully submits following Exhibits to its Periodic Report (DKT 557) filed August 1, 2019. See, DKT No.s 557-562 for Report and related filings. RMST initially filed these exhibits under seal. The Court in its Order of August 16, 2019, determined that certain exhibits should not be sealed and directed that they be publicly filed. See, DKT 572. Therefore, RMST publicly files Exhibits 2, 3, 4, 4a, 5 and 5a.

                                                               Respectfully submitted,

                                                               R.M.S. TITANIC, INC.

                                                               By Counsel

                                                               /s *David G. Barger*
                                                               David G. Barger, VSB #21652
                                                               GREENBERG TRAURIG, LLP
                                                               1750 Tysons Boulevard, Suite 1000
                                                               McLean, Virginia 22102
                                                               Tel: (703) 749-1300
                                                               Fax: (703) 749-1301

Email: Bargerd@gtlaw.com

_____/s/_____
Robert W. McFarland (VSB #24021)
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA  23510
Tele: 757/640-3716
Fax: 757/640-3966
Email: rmcfarland@mcguirewoods.com

Brian A. Wainger (VSB #38476)
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tele: 757/965-6804
Fax: 757/304-6175
Email: bwainger@kaleolegal.com

## CERTIFICATION

I hereby certify that the foregoing has been electronically filed through the Court's ECF system this 19th day of August, 2019.

/s *David G. Barger*
David G. Barger, VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: Bargerd@gtlaw.com