

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to Titanic
Ventures, limited partnership,

        Plaintiff,

v.

        CIVIL ACTION NO. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A
POINT LOCATED AT 41 43' 32" NORTH
LATITUDE AND 49 56' 49" WEST
LONGITUDE, BELIEVED TO BE THE R.M.S.
TITANIC, <u>IN REM</u>,

        Defendant.

## ORDER

This matter comes before the court the Entry of Appearance on Behalf of RMS Titanic, Inc. ("RMST"), and Consent Motion to Substitute Greenberg Traurig for McGuire Woods ("Consent Motion to Substitute Counsel"), filed on April 18, 2019. ECF No. 547. RMST's Consent Motion to Substitute Counsel entered an appearance of the law firm of Greenberg Traurig, LLP by David Barger in this case. RMST's Consent Motion to Substitute Counsel further requests that the court allow McGuire Woods to withdraw from the case. No objections to the Motion have been filed.

On July 3, 2019, the court held a Motion and Status Hearing to address, <u>inter alia</u>, the Consent Motion to Substitute Counsel. At that hearing, the court requested that Mr. David Barger of Greenberg Traurig and Mr. Robert McFarland of McGuire Woods each file affidavits confirming that possession of the safety deposit boxes containing Titanic artifacts in the Eastern District of Virginia have been transferred from McGuire Woods to Greenberg Traurig.

On August 12, 2019, RMST filed a Supplemental Periodic Report of R.M.S. Titanic, Inc. Regarding Safe Deposit Boxes Transfer ("Supplemental Periodic Report"). ECF No. 566. RMST filed three Exhibits to its Supplemental Periodic Report. Exhibit A is the Affidavit of Mr. McFarland. ECF No. 571. Exhibit B is the Declaration of Mr. Barger. ECF No. 571-1. Exhibit C is fifteen (15) photographs of the six (6) artifacts contained in the two (2) safety deposit boxes. ECF No. 571-2. RMST has a pending Motion to file these three Exhibits under seal. ECF No. 567.

The Affidavit of Mr. McFarland and the Declaration of Mr. Barger confirm that possession of the safety deposit boxes containing the Titanic artifacts located in the Eastern District of Virginia have been transferred from McGuire Woods to Greenberg Traurig. Exs. A & B. Accordingly, given the entry of appearance by Mr. Barger of Greenberg Traurig for RMST, and the Affidavit and Declaration confirming the transfer of the safety deposit boxes

2

from McGuire Woods to Greenberg Traurig, the court **GRANTS** RMST's Consent Motion to Substitute Counsel, ECF No. 547, and allows McGuire Woods to withdraw from the case. The court **DIRECTS** RMST and its counsel that the Titanic artifacts contained in the safety deposit boxes shall remain in the Eastern District of Virginia absent further order of the court.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
United States District Judge

REBECCA BEACH SMITH
UNITED STATES DISTRICT JUDGE

August 20, 2019