EXHIBIT A

Hi! Sign in | Sell My eBay

# ebay

Search for anything | All Categories ▼

Back to home page | Listed in category: Collectibles > Transportation > Boats & Ships > Cruise Ships & Ocean Liners > White Star & Titanic

| Add to watchlist

## People who viewed this item also viewed

 **SPONSORED TITANIC** $14.95 Free shipping

 **Authentic Anthracite** $26.70 0 bids + Shipping

 **TITANIC COAL relic,** $8.45 0 bids Free shipping

 **TITANIC WOODMERE** $9.99 0 bids + $13.85 Shipping

 **TITANIC COAL** $8.95 0 bids Free shipping



### TITANIC genuine artifact piece from the 1912 wreckage

| | |
|---|---|
| Condition: | **Used** |
| Time left: | 3d 05h Sunday, 9:24PM |

Starting bid: **US $599.00** [ 0 bids ]

**Place bid**
Enter US $599.00 or more

Best Offer: Make Offer

Add to watchlist

Longtime member

**Shop with confidence**
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
jonathan4200 (1043 )
98.6% Positive feedback

Save this Seller
Contact seller
See other items



Have one to sell? Sell now

| | |
|---|---|
| Shipping: | **FREE** Standard Shipping | See details<br>Item location: China Grove, North Carolina, United States<br>Ships to: United States |
| Delivery: | Estimated on or before **Wed. Sep. 04** to |
| Payments: | PayPal CREDIT<br>No Interest if paid in full in 6 months on $99+. Apply Now<br>| See terms |
| Returns: | Seller does not accept returns | See details |

## Description | Shipping and payments

Report item

eBay item number: 193058603402

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of ... Read more | Featured Refinements: | White Star Line |

TITANIC genuine artifact piece from the 1912 wreckage. Condition is Used.

Dimensions - 1" X 1"

Pictures explain how this item was obtained, please make sure you take a look at them.

Thank you for your interest!!

Shipped with USPS First Class Package.

## Explore more options: Sub-Type

### Titanic

     

| RMS TITANIC Framed & Mounted Picture | RMS TITANIC GENUINE MOORING | TITANIC Distress Call Vintage Old Retro | White Star Line, SS Arabic, Original 1912 | Titanic/white star line interest, 10-1/4" | White Star Line TITANIC Vintage Letter |
|---|---|---|---|---|---|
| $58.23 | $18.18 | $10.91 | $1,516.31 | $103.11 | $7.28 |
| + $26.08 Shipping | + $6.00 Shipping | $12.12 + $4.84 Shipping | + $22.44 Shipping | + $24.20 Shipping  0 bids | + $4.84 Shipping  15 bids |

## Explore more options: Nautical Subtype

### Titanic

     

| WHITE STAR LINE RMS OLYMPIC | WHITE STAR LINE RMS OCEANIC | CANADIAN PACIFIC LINE RMS EMPRESS | WHITE STAR LINE RMS CERAMIC RARE | WHITE STAR LINE RMS OLYMPIC | WHITE STAR LINE RMS OLYMPIC |
|---|---|---|---|---|---|
| $266.87 | $175.89 | $194.09 | $394.24 | $181.96 | $1,455.66 |
| + $18.20 Shipping | + $18.20 Shipping | + $24.26 Shipping | + $36.39 Shipping | + $24.26 Shipping | + $145.57 Shipping |

Back to home page | Return to top

More to explore : Titanic Artifact, Genuine OEM Headlights for Nissan Titan, Genuine OEM Glass for Nissan Titan, Genuine OEM Speedometers for Nissan Titan, Genuine OEM Gaskets for Nissan Titan, Genuine OEM Batteries for Nissan Titan, Genuine OEM Complete Auto Transmissions for Nissan Titan, Genuine OEM Engines & Components for Nissan Titan, Authentic Indian Artifact, Genuine OEM Complete Engines for Nissan Titan

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

In the fall of 1999, there was a Titanic exhibit in the World Trade Center in Boston, Ma. A friend, who is a bus driver and a Titanic afficionado, happened to be finishing his route by the WTC late one night as they were bringing in the famous "big piece" which is a key feature in the exhibit. (Its a huge piece of salvage metal from the ship.) He pulled over and watched the proceedings then, to his delight, he was asked if he would lend a hand (they were having a little difficulty with the size and awkwardness of handling the piece and there were only a few men working at that late hour.)

As a reward for his help, the men offered him a small piece from 'the big piece'. He was kind enough to pass along to me a piece of his souvenir. I hate to part with it but times are tough.

I will include the letter from my friend which he gave to me when presenting me with the piece of the "Ship of Dreams!"

8/22/2019 Case 2:93-cv-00902-RBS Document 576-1 Filed 08/22/19 Page 6 of 7 PageID# 5107
TITANIC genuine artifact piece from the 1912 wreckage | eBay
2/2



