# EXHIBIT B

The "Big Piece" being recovered by the research vessel 'Abeille'

The "Big Piece" came from the starboard side of C-Deck, most likely covering First-Class cabin C-83 and cabin C-85. These cabins are known to have had their own bathrooms, and the hull section includes the exhaust ports characteristic of the WC's (no actual running water, just a chamber pot) aboard the *Titanic*.

3.15 p.m.: Two orange lift bags finally broke the surface of the ocean. Immediately, the 'Abeille Supporter' began maneuvering itself into position to pull the "Big Piece" in.

5.40 p.m.: The 'Abeille's' massive winch started winding in the cable, and one after another, the four remaining lift bags came up.

6.20 p.m.: A huge ring hung with chains rose out of the water, and then the "Big Piece" of the *Titanic* appeared - an enormous wall of steel, the sea smashing and spraying against its open portholes.

George Tulloch and P.H. Nargeolet walked over to the hull section and together placed their hands on the cold steel. The 'Nadir' whistled a salute. On the 'Abeille's' deck, where the researchers stood watching, there was silence - only the groaning of the metal as the massive wall rose high above