# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                                               Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
    Defendant.

## **ORDER**

       This Court maintains *in rem* jurisdiction over the wreck and wreck site of the RMS Titanic.  By June 7, 1994 Order of this Court, RMS Titanic, Inc. became salvor-in-possession of the wreck and wreck site of the RMS Titanic.  In keeping with this Order, which remains in effect, RMS Titanic has the sole and exclusive right to recover artifacts from the wreck and wreck site of the RMS Titanic, and is the only entity with the legal authority to maintain possession and control of these artifacts.

       The Court FINDS that EBAY member "jonathan4200" claims to have in his possession of a piece of the hull of the RMS Titanic which he obtained from a person who obtained it from a 1999 exhibition in the Boston World Trade Center. The Court FINDS that the company did present an exhibition in 1999 at the World Trade Center in Boston. The Court FINDS that this same EBAY member also appears to have very specific knowledge of events that transpired during the recovery by RMS Titanic, Inc. of

a piece of the hull of the *Titanic*, commonly referred to as the "Big Piece" and that there is REASONABLE CAUSE to believe that "jonathan4200" may be in possession of artifacts from the wreck of the RMS Titanic, and which artifacts may be under the jurisdiction of this Court.

  Accordingly, this Court ORDERS that EBAY disclose to RMS Titanic, Inc. the full name, address, telephone number, and email address of "jonathan4200" and further ORDERS that EBAY take all steps necessary to prevent "jonathan4200" or any other EBAY member from attempting to sell any and all items which purport to be artifacts recovered from the wreck and wreck site of the RMS Titanic. The identification of "jonathan4200" shall not be disclosed to any third person except to RMS Titanic, Inc. and it counsel or used except for the purposes outlined in this Order.

  Entered this __ day of August, 2019.

_____
United States District Judge