**United States District Court**
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
United States District Judge

August 30, 2019

Brian A. Wainger, Esquire
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, Virginia 23462

    Re:  RMS Titanic, Inc., etc. v.
           The Wrecked and Abandoned Vessel, etc.
           Case No. 2:93cv902

Dear Mr. Wainger:

    The court requests an update on the status of the eBay sale referred to in the Periodic Report that was submitted to the court on August 22, 2019. The court was unable to find the sale at the internet address provided in the Periodic Report.

    Thank you for your attention to this matter.

                                Very truly yours,

                                Rebecca Beach Smith

RBS/erb

cc:  David G. Barger, Esquire
     Kent Porter, Esquire