IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
       Plaintiff,

v.                                                      Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
       Defendant.

**PERIODIC REPORT OF R.M.S. TITANIC, INC.
ON THE PROGRESS OF RESEARCH AND
<u>RECOVERY OPERATIONS</u>**

      NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this "Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations" ("Periodic Report").

      **I.**     **Protection and Monitoring of the Wreck Site**

      On August 22, 2019, the Company filed a Periodic Report informing the Court of a pending eBay auction offering to sell a small artifact purportedly from the "Big Piece" of the Titanic wreck. On August 30, 2019, the Court sent a letter to Company counsel asking for an update on the status of the eBay sale, as the Court was unable to find the sale at the internet address provided by the Company in the Periodic Report. Indeed, it appears the eBay listing is no longer available. On August 22, 2019, Company counsel sent an email to the eBay law enforcement email address informing eBay that the listing likely violates the Company's salvage rights. *See,* Exhibit 1 attached hereto. eBay confirmed receipt of the email, but did not provide a substantive response. This morning, Company counsel sent an additional email to eBay law enforcement with the Court's August 30 letter attached, asking for clarification on the status of the sale. *Id.* At the time

of the filing of this Periodic Report, the Company has not received any further information. The Company will update the Court if it receives any further information.

WHEREFORE, RMST submits this Periodic Report for the Court's information and consideration.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

/s/ *Brian Wainger*

Brian A. Wainger, VSB #38476
Attorney for Plaintiff RMS Titanic, Inc.
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

*Counsel for R.M.S. Titanic, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

      /s/ Brian Wainger

Brian A. Wainger, VSB #38476
Attorney for Plaintiff RMS Titanic, Inc.
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

*Counsel for R.M.S. Titanic, Inc.*