# EXHIBIT 1



Brian Wainger <bawainger@gmail.com>

## Re: eBay item number 193058603402
1 message

**Brian Wainger** <bwainger@kaleolegal.com>  Tue, Sep 3, 2019 at 9:17 AM
To: lawenforcement@ebay.com

In keeping with email I sent below, the Honorable Rebecca Beach Smith, US District Judge from the Eastern District of Virginia sent me the attached letter asking for an update on the status of the proposed sale, as the sale no longer appears on the eBay site. Please let me know the status of the auction - whether it was canceled, and if so the reason for such cancellation, or if it was consummated. I intend to respond to the Court's letter today. Brian Wainger.

On Thu, Aug 22, 2019 at 2:23 PM Brian Wainger <bwainger@kaleolegal.com> wrote:
> This firm represents RMS Titanic, Inc., the exclusive salvor in possession of the Titanic wreck site. The auction in the attached link likely violates my client's salvage rights, and other Orders the US District Court for the Eastern District of Virginia, Norfolk Division. I plan to make a filing with the EDVA Court this afternoon informing the Court of this pending sale and directing the Court to Order Ebay to produce the identfying information of the sale. I have served as longtime counsel to this company, and we have worked with eBay several times in the past on similar matters to stop such sales. Please call me to discuss. Brian Wainger. 757.621.3887 (mobile).
>
> https://www.ebay.com/itm/TITANIC-genuine-artifact-piece-from-the-1912-wreckage/193058603402?hash=item2cf330818a:g:WPcAAOSw78hdXJy5
>
> --
> Brian Wainger
> Principal
> Kaleo Legal
> 4456 Corporation Lane, Suite **135**
> Virginia Beach, VA 23462
> t:757.965.6804
> f:757.304.6175 (efax direct)
>
> This message contains information which may be confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify me immediately by telephone or by electronic mail. Thank you.

--
Brian Wainger
Principal
Kaleo Legal
4456 Corporation Lane, Suite **135**
Virginia Beach, VA 23462
t:757.965.6804
f:757.304.6175 (efax direct)

This message contains information which may be confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify me immediately by telephone or by electronic mail. Thank you.



**Letter From Honorable RBS.pdf**
44K