IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
        Plaintiff,

v.                                                           Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
        Defendant.

**PERIODIC REPORT OF R.M.S. TITANIC, INC.
ON THE PROGRESS OF RESEARCH AND
<u>RECOVERY OPERATIONS</u>**

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this "Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations" ("Periodic Report").

    **I.**    **Protection and Monitoring of the Wreck Site**

October 9, 2019 RMST announced the recent hirings of William Lange and Bill Sauder to serve as part of RMST's growing research team, dedicated to further understanding RMS Titanic, its wreck site and the stories surrounding her voyage. These recent appointments are part of an overall effort by the Company to re-establish and re-energize the continued study of RMS Titanic through long-term site management strategies, immersive high-resolution imaging and augmented reality experiences.

As a world-renowned expert in underwater imaging and camera system design, William Lange joins the Company as Director of Advanced Imaging and Visualization. Lange will support an overarching mission to preserve the legacy of Titanic and her passengers through education, conservation, and legislation. Lange will continue to facilitate and develop new scientific and forensic shipwreck survey technologies and methodologies and will use these results to support

the long-term management of the Titanic site and apply these methods to other maritime heritage and commercial wreck sites. Using the results of these newly developed underwater imaging systems, Lange will develop and integrate immersive and augmented reality experiences for the Company's exhibitions.

Prior to joining the Company, Lange served as the Director of the Advanced Imaging and Visualization Laboratory at the Woods Hole Oceanographic Institution, where he served as an employee for over 30 years. During that time, Lange pioneered the development of new imaging technologies and methods for the exploration of the world's oceans. Lange was the first to bring cinematography quality imaging to the undersea documentary and scientific worlds. Mr. Lange's Titanic roots date back to 1985, when he was one of the first people to locate and then visualize the wreck site, while on the now famous discovery expedition. Most recently, Lange directed the remote optical survey of the wreck site on the 2010 expedition. Altogether, he has participated in over ten expedition projects to Titanic and has worked on dozens of documentary films about the ship.

Bill Sauder, one of the world's leading experts on RMS Titanic and in particular the technical aspects of the ship, joins the Company as Director of Titanic Research. Sauder has spent more than 34 years studying the history of Titanic's construction, its passengers and its crew. He has worked with many of the world's most knowledgeable Titanic experts, including historians, maritime experts, oceanographers, and film producers. Mr. Sauder has worked on several documentaries about Titanic including *Titanic: The Final Word; Titanic at 100: Mystery Solved;* and *Titanic: Band of Courage*.

Sauder's work for the Company will involve further analysis of the comprehensive data set developed during the 2010 expedition. Sauder's research will look at large-feature identification,

mapping of the site and interpretation of data obtained throughout all of the Company's dives to the wreck site. Sauder will integrate this data with the artifact collection in order to place the artifacts in their proper historical and cultural context.

Mr. Sauder will publish an archaeological report entitled, *RMS Titanic: An Analysis of the Wreck and Its Remains,* which RMST expects will serve as the most comprehensive and detailed study of the bow and stern wreckage, and the surrounding artifact field. To prepare this report, Mr. Sauder will rely on data collected during the Company's eight expeditions to the wreck site which took place from 1987 to 2010, with an emphasis on the data collected in 2010, including the 2010 sonar map of the wreck site, the first visual image of the complete wreck. Mr. Sauder has spent decades studying the wreck site, finally achieving a mastery of the data and images allowing him to commence this report. RMST expects that contributions from other researchers will expand upon various topics he addresses to contribute to the most comprehensive analysis of the wreck site. RMST projects that Mr. Sauder will complete the report in the Spring of 2020, which it will then make available to researchers and the general public for further collaboration and analysis.

Copies of recent Company press releases announcing the hirings of Messrs. Lange and Sauder, and providing the details of Mr. Sauder's work are attached hereto as Exhibits A and B respectively.

WHEREFORE, RMST submits this Periodic Report for the Court's information and consideration.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

/s/ *Brian Wainger*

Brian A. Wainger, VSB #38476
Attorney for Plaintiff RMS Titanic, Inc.
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

*Counsel for R.M.S. Titanic, Inc.*

    */s/ Brian A. Wainger*

/s/ *David G. Barger*
David G. Barger, VSB #21652 GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: Bargerd@gtlaw.com

*Counsel for R.M.S. Titanic, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 18, 2019, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

     /s/ Brian Wainger     

Brian A. Wainger, VSB #38476
Attorney for Plaintiff RMS Titanic, Inc.
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

*Counsel for R.M.S. Titanic, Inc.*