EXHIBIT A

### E/M Group Continues its Scientific and Historical Study of Titanic
*Hires World Renowned Experts*

**October 10, 2019** (Atlanta, Georgia) - E/M Group and its affiliate, RMS Titanic, Inc., announced today the recent appointment of William Lange and Bill Sauder to serve as part of a growing research team, dedicated to further understanding RMS Titanic, its wreck site and the stories surrounding her voyage. These recent appointments are part of an overall effort by E/M Group to re-establish and re-energize the continued study of RMS Titanic through long-term site management strategies, immersive high-resolution imaging and augmented reality experiences.

"RMS Titanic, Inc. was formed for the purpose of exploring the wreck of *Titanic*, obtaining oceanographic and other scientific data; and using the data and retrieved artifacts for historical verification, scientific education and public awareness," states Bretton Hunchak, CEO of E/M Group and President of RMS Titanic, Inc. "Serving as the exclusive salvor in possession of the wreck site, RMS Titanic, Inc. is committed to engaging the global community in *Titanic's* story through educational, historical and scientific based programs. Much of what is known about *Titanic* comes from the hard work of researchers such as William Lange and Bill Sauder who have dedicated decades to sharing and protecting Titanic's legacy. Without the efforts of Lange and Sauder, some of the Ship's greatest mysteries would remain unsolved, and the stories of her passengers and crew would begin to dissipate. We are proud to have these elite experts on our team who contribute to these efforts."

As a world-renowned expert in underwater imaging and camera system design, William Lange joins E/M Group as Director of Advanced Imaging and Visualization. Lange will support an overarching mission to preserve the legacy of *Titanic* and her passengers through education, conservation, and legislation.  In addition, Lange will continue to facilitate and develop new scientific and forensic shipwreck survey technologies and methodologies and will use these results to support the long-term management of the *Titanic* site and apply these methods to other maritime heritage and commercial wreck sites. Using the results of these newly developed underwater imaging systems, Lange will develop and integrate immersive and augmented reality experiences for E/M Group's *Titanic: The Artifact Exhibition*.

"Since a child, I have always been fascinated and interested in the story of the *Titanic*," stated Lange. "I believe *Titanic* still has so much more to teach us about the deep-sea, our history, technology and ourselves. Having been among the first to experience the discovery of *Titanic* in 1985, I've felt a strong desire to document and map the site, allowing the public to experience *Titanic* as she rests today. Over the past 34 years, *Titanic* has become an incubator for the development of new deep-sea survey technologies, including imaging and lighting systems as well as the development of new deep-sea survey methods. Without *Titanic*, the level of technology to image the deep sea would be far less evolved. Working with E/M Group, through the use of new underwater imaging and visualization techniques, I look forward to finding new ways for the public to experience, understand and share *Titanic's* legacy."

As a foremost expert on RMS Titanic and the technical aspects of the Ship, Bill Sauder joins E/M Group as Director of Titanic Research. Sauder's work with *Titanic* will involve further analysis of the comprehensive data set brought back from the *Titanic* wreck site during the 2010 expedition. Sauder's research will look at large-feature identification, mapping of the site and interpretation of data from RMS Titanic's dives to the wreck site. In addition, Sauder, who has more than 34 years' experience with *Titanic's* story will apply the latest research available to the more than 5,500 artifacts recovered by RMS Titanic and give cultural context to these items. This research will be applied across a variety of platforms and projects over the coming years.

"*Titanic* is a never-ending puzzle," states Sauder. "Just as you answer one question that's nagged you for years, you realize that two more questions pop up to take its place. The real objective is to tell the forgotten stories. So many individuals disappeared that fateful night and many of their stories were lost. It's my hope that we can give voice to their lives, and through them, make *Titanic* live again. I've been involved with the *Titanic* wreck site since the mid 80's and with the arrival of E/M Group, it has me more excited than I've been in decades. As a *Titanic* enthusiast myself, all the things I'd hoped for are now within reach: intelligent stewardship of the wreck, an accessible archive, and purpose-driven exploration of the wreck site."

Prior to E/M Group, Lange served as the former Director of the Advanced Imaging and Visualization Laboratory at the Woods Hole Oceanographic Institution. Over the last 38 years, Lange has pioneered the development of new imaging technologies and methods for the exploration of the world's oceans. Lange was the first to bring cinematography quality imaging to the undersea documentary and scientific worlds. In addition, Lange has been involved with *Titanic* since the 1985 discovery expedition, has participated in over ten expedition projects to *Titanic* and has worked on dozens of documentary films about *Titanic*.

Prior to E/M Group, Sauder spent more than 34 years contributing to the historical facts behind *Titanic's* construction, its passengers and its crew. He has worked with many of the leaders behind *Titanic* including numerous historians, maritime experts, oceanographers, film producers and more.  Sauder has also worked on several documentaries related to *Titanic* including *Titanic: The Final Word, Titanic at 100: Mystery Solved* and *Band of Courage.* His expertise is unmatched in the architecture, mechanics, art and the civilization that built *Titanic*.

**About Experiential Media Group, LLC:**
Experiential Media Group, LLC (E/M Group), located in Atlanta, GA, is a world leader in the development and display of exhibitions that educate, entertain and inspire audiences of all ages. The Company's exhibitions captivate audiences through compelling stories, authentic artifacts, amazing specimens and animatronic creatures. Exhibitions are presented in museums, exhibition centers and other entertainment venues. Additional information about E/M Group is available at www.emgroup.com.

**About RMS Titanic, Inc:**

RMS Titanic, Inc., an affiliate of Experiential Media Group, LLC (E/M Group), serves as the exclusive steward of RMS Titanic. The Company is dedicated to preserving the legacy of the Ship, wreck site and all her passengers and crew through educational, historical, scientific and conservation-based programs. Since 1987, RMS Titanic has honorably conducted eight research Expeditions to the wreck of *Titanic* exclusively recovering and conserving more than 5,500 artifacts. Utilizing these recovered objects in concert with scientific data and historical research, RMS Titanic brings to the general public, the celebrated and moving experience: *Titanic: The Artifact Exhibition.*

**Media Contact:**
Katherine Seymour
Chief Marketing Officer
E/M Group, LLC
404-842-2600
kseymour@emgroup.com