# EXHIBIT B



# E/M Group and RMS Titanic, Inc. to Produce the Most Comprehensive Overview of *Titanic's* Wreck Site

*RMS Titanic: An Analysis of the Wreck and Its Remains* Will Utilize Data from Eight *Titanic* Expeditions From 1987-2010

**October XX, 2019** (Atlanta, Georgia) - E/M Group and its affiliate, RMS Titanic, Inc., announced today that it will produce a comprehensive overview of RMS Titanic and its wreck site. Led by the Company's Director of Titanic Research, Bill Sauder, *RMS Titanic: An Analysis of the Wreck and Its Remains* will provide the most comprehensive and detailed examination of the bow and stern wreckage now available, as well as the surrounding artifact field, and passenger effects recovered from *Titanic*. The overview will utilize data collected during the Company's eight expeditions from 1987 to 2010, with an emphasis on the 2010 visualizations.

This data will provide a guide to understanding the 2010 sonar map, the first visual image of the complete wreck site ever created. Achieving this level of visual and analytics has taken years of immersive study to finally reach the point of documentation in a printed format. Contributions from other researchers will expand upon various topics to create the most wide-ranging and complete overview of RMS Titanic to date.

Careful reference to the surviving plans and specifications for *Titanic* provides the basis for identifying the various components as dispersed on the artifact field. Elements separated from the ship, such as a funnel or a revolving door, can be identified by careful analysis of structure, design, and measurements. Once identified, the element can be traced to its point of origin on the ship, providing insight into the massive forces of destruction at work during the sinking.

"This will become the most comprehensive overview of *Titanic* and how she sits today," states Bill Sauder, Director of Titanic Research and author of *RMS Titanic: An Analysis of the Wreck and Its Remains*. "RMS Titanic, Inc. is in the unique position of having collected consistent and substantial data and imagery from *Titanic* over the past 30 years. This data will provide a methodology and complete look at how *Titanic* has changed during this time. Our hope is that both researchers, and the public can receive a deeper understanding of one of the greatest maritime disasters and use this information to make determinations about other maritime wreck sites and the future of *Titanic.*"

"As the Salvor-in-Possession of *Titanic* and the wreck site, we have spent years of study analyzing the various data recovered from our expeditions to the site," states Bretton Hunchak, CEO of E/M Group and President of RMS Titanic, Inc. "This analysis, based solely on information collected from RMS Titanic, Inc. expeditions, will provide the public and researchers the next level of the state of *Titanic* and the best methodologies of preserving her legacy for future generations."

*RMS Titanic: An Analysis of the Wreck and Its Remains* is likely to finish completion in the Spring of 2020 and will be made available to researchers and the general public at that time for further collaboration and analysis.

**About Experiential Media Group, LLC:**
Experiential Media Group, LLC (E/M Group), located in Atlanta, GA, is a world leader in the development and display of exhibitions that educate, entertain and inspire audiences of all ages. The Company's exhibitions captivate audiences through compelling stories, authentic artifacts, amazing specimens and animatronic creatures. Exhibitions are presented in museums, exhibition centers and other entertainment venues. Additional information about E/M Group is available at [www.emgroup.com](www.emgroup.com).

**About RMS Titanic, Inc:**
RMS Titanic, Inc., an affiliate of Experiential Media Group, LLC, serves as the exclusive steward of RMS Titanic. The Company is dedicated to preserving the legacy of the Ship, wreck site and all her passengers and crew through educational, historical, scientific and conservation-based programs. Since 1987, RMS Titanic has honorably conducted eight research Expeditions to the wreck of *Titanic* exclusively recovering and conserving more than 5,500 artifacts. Utilizing these recovered objects in concert with scientific data and historical research, RMS Titanic brings to the general public, the celebrated and moving experience: *Titanic: The Artifact Exhibition.*

**Media Contact:**
Katherine Seymour
Chief Marketing Officer
E/M Group, LLC
404-842-2600
[kseymour@emgroup.com](kseymour@emgroup.com)