IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.                                                                                    Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
      Defendant.

**PERIODIC REPORT OF R.M.S. TITANIC, INC.
ON THE PROGRESS OF RESEARCH AND
<u>RECOVERY OPERATIONS</u>**

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this "Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations" ("Periodic Report").

      **I.**     **Notice of Intent to Conduct Expedition 2020.**

RMST hereby provides notice to the Court of its intent to conduct an expedition to the wreck site of the *RMS Titanic* during the open weather window in 2020. Dr. David Gallo and P.H. Nargeolet will serve as the co-leaders of the expedition. The Company intends to conduct salvage operations and scientific testing at the wreck site. Expedition 2020 will consist of a team of the world's most renowned Titanic scholars and experts including William Lange, Bill Sauder, and Alexandra Klingelhofer.

RMST recognizes that over the last several years the Company has experienced "false starts", announcing plans to conduct expeditions which never materialized. In this context, the Company, with its new management, carefully weighed the timing of this announcement, balancing both the interests of the Court to receive as much advance notice as possible, with the

vagaries and uncertainties of successfully planning and carrying out such an ambitious project. While RMST has already galvanized its team of experts, Expedition 2020 is contingent on the Company approving its budget and financing, which decisions will be made in mid-December 2019.

On December 21, 2018, the Court entered and Order which states in paragraph H, "RMST shall provide the Court and NOAA at least ninety (90) days advance notice of any planned expeditions to the *Titanic* wreck and wreck site, to include a description of any planned dive or salvage activities at *Titanic.*" (Dkt. No. 540). This Periodic Report simply provides the Court and NOAA initial notice of the Company's intent to conduct an expedition, to allow them sufficient time to begin considering all appropriate issues. Provided that the Company approves the budget and financing for Expedition 2020 in December, as expected, the Company will make additional filings with appropriate details about Expedition 2020, with such filings to be made not less than five (5) months prior to the commencement of the Expedition, in compliance with the Court's Order. In this regard, RMST hereby requests the Court to schedule a hearing, of 2-3 hours in duration, and respectfully suggests some time in late January or early February would be appropriate, to present the Company's plans for Expedition 2020.

**II. Alliance with Cherbourg.**

On November 12, 2019 RMST announced a new alliance with La Cite de la Mer in Cherbourg, Normandy to further research and enhance exhibitions about Titanic. La Cité de la Mer is a cultural and recreational complex dedicated to the ocean and deep underwater exploration, promoting scientific knowledge about it for the general public as a real 'European Centre of Marine Education'.

RMST and La Cite de la Mer will collaborate on a series of research and exhibition projects regarding Titanic and its passengers, and will sponsor a specially curated exhibition, highlighting numerous artifacts recovered from the wreck of Titanic that have never been seen before in France. Scheduled to open in spring of 2020, the exhibition will appear in La Cite de la Mer's Titanic permanent exhibition. In addition, the organizations will also share their respective historical and expedition data for reports related to preserving the legacy of Titanic for future generations. The joint work of the teams will allow interactive and immersive mediation devices to be designed for the general public, looking at the wreck and the debris field, and the techniques for salvaging artifacts, their restoration and conservation. A copy of the full press release announcing this collaboration is attached hereto as Exhibit 1.

WHEREFORE, RMST submits this Periodic Report for the Court's information and consideration.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

/s/ *Brian Wainger*

Brian A. Wainger, VSB #38476
Attorney for Plaintiff RMS Titanic, Inc.
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

*Counsel for R.M.S. Titanic, Inc.*
    */s/ Brian A. Wainger*

/s/ *David G. Barger*
David G. Barger, VSB #21652 GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: Bargerd@gtlaw.com

*Counsel for R.M.S. Titanic, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *David G. Barger*
David G. Barger, VSB #21652 GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: Bargerd@gtlaw.com

*Counsel for R.M.S. Titanic, Inc.*

/s/ *Brian Wainger*

Brian A. Wainger, VSB #38476
Attorney for Plaintiff RMS Titanic, Inc.
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

*Counsel for R.M.S. Titanic, Inc.*