# EXHIBIT 1

# E/M Group and RMS Titanic, Inc. to Partner with La Cité de la Mer in Cherbourg, France

November 12, 2019

ATLANTA and CHERBOURG, France, Nov. 12, 2019 /PRNewswire/ -- E/M Group and its affiliate, RMS Titanic, Inc., announced today that it will collaborate with La Cité de la Mer in Cherbourg, France on a series of research and exhibition projects regarding Titanic and its passengers. In addition, the partnership will include a specially curated exhibition, highlighting numerous artifacts recovered from the wreck of Titanic that have never been seen before in France. Slated to open in spring of 2020, the exhibition will appear in La Cite de la Mer's Titanic permanent exhibition.

RMS Titanic, Inc., which serves as the exclusive steward to Titanic, will provide La Cité de la Mer, its scientific and artifact data, imagery and video from over eight research and recovery expeditions to the wreck of Titanic. In addition, La Cité de la Mer will collaborate with RMS Titanic, Inc. researchers on passenger and historical records from the Ship's sailing. This material will highlight the experiences of the 281 passengers who boarded Titanic in Cherbourg.

In addition, the organizations will also share their respective historical and expedition data for reports related to preserving the legacy of Titanic for future generations. The joint work of the teams will allow interactive and immersive mediation devices to be designed for the general public, looking at the wreck and the debris field, the techniques for salvaging artifacts, their restoration and conservation, and the know-how of the RMS Titanic, Inc. teams.

"La Cité de la Mer is particularly honored to collaborate once again, and more broadly than in 2015, with the very competent teams of RMS Titanic, Inc. One of the aims of La Cité de la Mer is to participate widely in sharing and disseminating knowledge about the deep ocean. Titanic, which lies at a depth of nearly 3,800m and whose history is intrinsically linked to Cherbourg's transatlantic past, is of course one of the major subjects for La Cité de la Mer. Its teams are particularly proud to share their expertise and knowledge to advance archaeological, historical and environmental research on the wreck site but also on the unique history of the men and women associated with this renowned liner, including the 281 passengers who boarded in Cherbourg on April 10, 1912," states Bernard Cauvin, President and CEO of La Cité de la Mer.

The sinking of Titanic is one of the most legendary moments in history and this collaboration with La Cité de la Mer brings the past and the future together through educational, emotional and critical research," states Bretton Hunchak, CEO of E/M Group and President of RMS Titanic, Inc. "Through the sharing of research, resources and our collection, we are able to honor the indomitable force of the human spirit in the face of tragedy while continuing to tell the story of those who not only sailed the Ship but helped to launch Titanic on her fateful voyage."

About La Cité de la Mer:
Open to the public since 2002 in Cherbourg, Normandy, La Cité de la Mer is a cultural and recreational complex dedicated to the ocean and deep underwater exploration, promoting scientific knowledge about it for the general public as a real 'European Centre of Marine Education' especially for new generations. Set in Cherbourg's transatlantic mole and facing one of the largest artificial harbors in the world, La Cité de la Mer is spread over a site of great architectural and historical importance covering several hectares and offers 8,000 square meters of exhibition spaces, with four main focal areas:

For more information about La Cité de la Mer - https://www.citedelamer.com/en/

About Experiential Media Group, LLC:

Experiential Media Group, LLC (E/M Group), located in Atlanta, GA, is a world leader in the development and display of exhibitions that educate, entertain, and inspire audiences of all ages. The Company's exhibitions captivate audiences through compelling stories, authentic artifacts, amazing specimens and animatronic creatures. Exhibitions are presented in museums, exhibition centers and other entertainment venues. Additional information about E/M Group is available at www.emgroup.com.

About RMS Titanic, Inc:

RMS Titanic, Inc., an affiliate of Experiential Media Group, LLC, serves as the exclusive steward of RMS Titanic. The Company is dedicated to preserving the legacy of the Ship, wreck site and all her passengers and crew through educational, historical, scientific and conservation-based programs. Since 1987, RMS Titanic, Inc., has honorably conducted eight research Expeditions to the wreck of Titanic exclusively recovering and conserving more than 5,500 artifacts. Utilizing these recovered objects in concert with scientific data and historical research, RMS Titanic, Inc. brings to the general public, the celebrated and moving experience: Titanic: The Artifact Exhibition.

Media Contact:
Katherine Seymour
Chief Marketing Officer
E/M Group, LLC
404-842-2600
kseymour@emgroup.com

View original content: http://www.prnewswire.com/news-releases/em-group-and-rms-titanic-inc-to-partner-with-la-cite-de-la-mer-in-cherbourg-france-300956389.html

SOURCE E/M Group, LLC