

ACCEPTANCE ON BEHALF OF
THE UNITED STATES OF AMERICA

I, Michael Richard Pompeo, Secretary of State of the United States of America, having seen and considered the Agreement Concerning the Shipwrecked Vessel RMS Titanic, done at London on November 6, 2003, and signed on behalf of the United States of America on June 18, 2004, do hereby accept and confirm the said Agreement and every article and clause thereof on behalf of the United States of America.

DONE at Washington this

*Mike Pompeo* (signature)