

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  2:93cv902 , Case Name  RMS Titanic v. Wrecked & Abandoned Vess
Party Represented by Applicant: Plaintiff

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) David George Concannon
Bar Identification Number see attached.   State PA/NJ/ID
Firm Name CONCANNON & CHARLES
Firm Phone # (610) 293-8084    Direct Dial # same    FAX # (877) 736-2434
E-Mail Address david@davidconcannon.com
Office Mailing Address 100 Sun Valley Road, No. 329, Sun Valley, Idaho 83353

Name(s) of federal court(s) in which I have been admitted  Please see attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

 _David George Concannon_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

 _Brian W_  12/17/19
(Signature)   (Date)
Brian Waingir   38476
(Typed or Printed Name)  (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Rebecca Beach Smith
Senior United States District Judge
(Judge's Signature)

12-18-19
(Date)

FILED
DEC
CLERK, U.S. DISTRICT COURT
NORFOLK, VA