# EXHIBIT 2

Proposed Object Recovery, RMS Titanic 2020
# Marconi (Radio) Equipment

Bill Sauder
December 3, 2019

*Thanks to Park Stephenson, Ken Marschall, and Jim Cameron for the CGI and wreck imagery that appears in this report.*

| | |
|---|---|
| **OBJECT** | Radio Transmission Equipment. |
| **RECOVERY PRIORITY** | High |
| **RATIONAL** | Historically and technically significant artifacts in connection with the sinking of the Titanic and the new roll of radio in summoning assistance in times of crisis. This equipment proved beyond doubt the value carrying the expensive "Wireless System" on board. |
| **DESCRIPTION (OVERVIEW)** | This proposal considers the recovery of a maximum of five electrical components in the Titanic's wireless system:<br><br>The primary targets are:<br>1) Motor-generator set with disc discharger<br>2) the wall-mounted switchboards and regulators (2 of each)<br><br>The secondary targets are:<br>1) Spiral Inductance<br>2) Tuning Lamp and Earth Arrester<br>3) Low Frequency Inductance |
| **LOCATION** | The targets are all contained in the former "Silent Room" of the Marconi Suite. This suite originally consisted of three rooms: Sleeping Accommodations, an Operator's Room, and a Silent Room with soundproof walls to contain the noise made by the radio equipment. The Marconi Suite itself was contained in a steel deck house in the vicinity of First-Class cabins and Deck Officers' accommodations.<br><br>In almost all cases, the walls separating these compartments were wooden, and have now completely disappeared, rendering the interior of the steel deck house one large compartment. |

Proposed Recovery Object – Radio Equipment



*Location of Marconi "Silent Room" within Bow Section (Wreck ca. 1987)*

**FORMER COMPARTMENT CONFIGURATION**

**AND**

**POINT OF ENTRY**

As mentioned above, the Marconi suite originally consisted of three compartment separated by wooden partitions, now all absent. This has left the equipment exposed in the former Silent Room (tinted pink).

An overhead skylight orginally ventilated the sleeping quarters and operator's office, tinted green in the drawing below. This has now become the prefered point of entrance into this part of the wreck.

Although the Marconi space is immediately adjacent to the grand staircase well, I do not



2

Proposed Recovery Object – Radio Equipment

think this can be used as an access point. There is an intact steel bulkhead separating the staircase with the target, with only two ordinary door appatures for access.





*Entrance skylight marked with star. Looking forward.*

3

Proposed Recovery Object – Radio Equipment

| | |
|---|---|
| **DESCRIPTION AND LOCATION (DETAILED)** **PRIMARY TARGETS** | All targets are within the former Silent Room.<br><br>The compartment has a nominal (as built) overhead of 7'9". |



The two suggested primary targets are on the former inboard wall.

**Motor-generator set with disc discharger:** As the name suggests, this is a DC Motor driving an alternator (for radio use) and a disk discharger through a common shaft and mounted on a common bedplate. It is affixed to the steel deck by four ordinary bolts. There is a secondary electrical connection by two bus bars leading aft to additional equipment.



4

**Wall-mounted switchboards and regulators (2 of each):** These were the main electrical control boards for the power generation of the radio set. Last seen about 2005, they were still attached to the remains of the wood. Today, they may well be detached from the wall (but still tethered by their small-diameter electrical cords







Proposed Recovery Object – Radio Equipment





Proposed Recovery Object – Radio Equipment




| SECONDARY TARGETS | Because the Primary Targets present serious challenges to recovery, three secondary targets are offered. Their modest size and light-weight connections to the remaining structures make them attractive alternatives to recovery. |



**Spiral Inductance:** This is located on the after wall and consists of a copper coil wrapped into a drum-shape. It is apparently only connected to its surroundings by light gauge wire.

7

Proposed Recovery Object – Radio Equipment



8

Proposed Recovery Object – Radio Equipment

**Tuning Lamp and Earth Arrester**:   In essence, this is a lighting arrester.  It consists of a stepped brass disk with 8 terminals.



**Low Frequency Inductor:** An adjustable coil designed to off-set the high-frequency capacitors. Also acts as an articulation frame for the warp drive dilithium crystals.



Proposed Recovery Object – Radio Equipment

| | |
|---|---|
| **HAZARDOUS OBJECTS** | The objects tinted in RED (mostly along the forward and outboard walls) were constructed to contain large amounts of oil. They should not be disturbed on the possibility that they may leak oil, creating problems for recovery operations. |

