EXHIBIT 3

# T20 Expedition
# Marconi Wireless Telegraph Extraction

# Arrival on site

- Perform a GVI (General Video Inspection) and verify integrity of superstructure and any potential hazards, obstructions, or changes in the wreck since last observed, complete survey

- Establish the workable weather limits and any subsea currents to ensure dual ROV operations (SIMOPS)

- Deploy and stage required subsea tooling to the work site

- Clear any overburden from the working area

- Establish the working perimeter required for ROV entry and target accessibility



**Forward funnel**

**7.95m**

**13.71m**

**Expension joint**

Marconi Room Skylight
under ALVIN shown in yellow.

# Target Access

- Using the dimensional data above perforate the deck plating as needed

- Remove the appropriate deck plating to allow ROV entry and access

- Clear any remaining overburden restricting ROV access. This is accomplished via lift line and the ROV manipulators

# Target Acquisition

- The ROV will enter from above on the starboard side facing and working towards the port side
- The ROV will establish access, maneuverability, and target accessibility
- The ROV will determine the appropriate tooling and any necessary subsea rigging required to extract the primary and secondary targets



Primary recovery

# Target Extraction & Recovery

- The ROV will collect the two primary high priority targets and transport them to a previously prepared subsea basket for safe recovery to the surface

- Once the two primary targets have been removed the ROV can then access and collect the three lower priority secondary targets and transport them to the subsea basket for safe recovery to the surface

Secondary recovery

