United States District Court
Eastern District of Virginia
Norfolk, Virginia 23510

Chambers of
Rebecca Beach Smith
United States District Judge

February 11, 2020

Robert M. Tata, Esquire
Hunton Andrews Kurth LLP
500 East Main Street
Suite 1301
Norfolk, Virginia 23510

    Re:  RMS Titanic, Inc. v.
           The Wrecked and Abandoned Vessel
           Case No. 2:93cv902

Dear Mr. Tata:

    In your letter dated February 7, 2020, you stated that Mr. Victor Vescovo is planning to attend the status hearing scheduled for February 20, 2020, at 2:00 p.m., and that Mr. Chris Davis, attorney for Caladan Oceanic, LLC ("Caladan"), is also available to attend. In addition, you stated that Caladan is in possession of an approximately thirty-second video showing the contact incident in question, and that a video is available for review, with counsel, at the status hearing.

    Please inform Mr. Vescovo and Mr. Davis that the court wishes to review the video and requests their presence at the status hearing.

                                Very truly yours,

                                Rebecca Beach Smith

RBS/erb

cc:  Brian A. Wainger, Esquire
     David G. Barger, Esquire
     Kent P. Porter, Esquire