# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Thursday, February 20, 2020

MINUTES OF PROCEEDINGS IN  Open Court

PRESENT: THE HONORABLE  Rebecca Beach Smith, USDJ

Deputy Clerk: *S. Cherry*                    Reporter: Jody Stewart, OCR

| Set: 2:00 p.m. | Started: 2:00 p.m. | Ended: 5:25 p.m. |
|---|---|---|

2:93cv902          R.M.S. Titanic, INC., etc.
                   v.
                   The Wrecked and Abandoned Vessel, etc.

    David Barger, David Concannon, and Brian Wainger present on behalf of plaintiff.  Jessica Sanders and Bretton Hunchak, representatives from RMST, also present.

    Kent Porter, AUSA, present on behalf of USA, with Jackie Rolleri, counsel for NOAA.

    Matter came on for a Status Hearing re the 8/2/2019 ebay listing, the bump incident, and RMST's 2020 expedition plan.

    Counsel for RMST updated the court re the 8/2/2019 ebay listing.

    Robert Tata offered attorney Chris Davis as a pro hac vice attorney, and the court accepted the pro hac vice for purposes of this hearing only.

    Evidence presented re the bump incident by EYOS and RMST's 2020 expedition plan.

    Counsel will present joint briefing on the conditional admittance of Exhibit 5 (the video).

    Counsel will contact the court to schedule a further hearing.

    Also present in the courtroom:  Robert Tata on behalf of EYOS Expeditions with attorney Chris Davis and Victor Vescovo (Caladan).