# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK Division

R.M.S. Titanic, etc.
**PLAINTIFF**

V.

The Wrecked and Abandoned Vessel, etc.
**DEFENDANT**

**WITNESS LIST**

CASE NUMBER: 2:93cv902

| PRESIDING JUDGE<br>Rebecca Beach Smith | COURTROOM DEPUTY<br>Susan Cherry | COURT REPORTER<br>Jody Stewart, OCR |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>February 20, 2020<br>(Status hearing) | PLAINTIFF ATTORNEY(S)<br>David Barger<br>David Concannon<br>Brian Wainger | AMICUS USA ATTORNEY(S)<br>Kent Porter, AUSA |

| PLF | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
|  |  |  | **EYOS WITNESSES:**<br>Victor Vescovo |
|  |  |  |  |
|  |  |  |  |
|  |  |  | **RMST Witnesses:**<br>P.H. Nargeolet<br>Dr. John Broadwater<br>David Gallo |