UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

EXHIBIT LIST

R.M.S. TITANIC, INC., etc.
PLAINTIFF

V.

The Wrecked and Abandoned Vessel, etc.
DEFENDANT

CASE NUMBER: 2:93cv902

| PRESIDING JUDGE<br>Rebecca Beach Smith | COURTROOM DEPUTY<br>Susan Cherry | COURT REPORTER<br>Jody Stewart, OCR |
|---|---|---|
| February 20, 2020<br>(Status hearing) | PLAINTIFF ATTORNEY(S)<br>David Barger<br>David Concannon<br>Brian Wainger | AMICUS USA ATTORNEY(S)<br>Kent Porter, AUSA |

| PLF No. | Defendant No. | DATE Offered | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| | | | | **EYOS Exhibits:** |
| | | | X | 1 - Photo of outside of submersible |
| | | | X | 2 - Photo of outside of submersible |
| | | | X | 3 - Photo of inside of submersible |
| | | | X | 4 - Computer generated view of Titanic |
| | | | | 5 - Thumbdrive video (conditionally admitted) |
| | | | | |
| | | | | |
| | | | | **RMST Exhibits:** |
| | | | X | 10 - Photo of skylight in 1986 |
| | | | X | 11 - Photo of skylight in 2004 |
| | | | X | 12 - Photo of skylight in 2010 |