# Rebecca Beach Smith

| | |
|---|---|
| **From:** | Michael Kingston <michaelkingston@michaelkingston.org> |
| **Sent:** | Monday, February 17, 2020 10:48 AM |
| **To:** | Rebecca Beach Smith |
| **Cc:** | VAED_ECF_Questions; clerk@vaed.uscourts.gov; kent.porter@usdoj.gov; bwainger@kaleolegal.com; bargerd_gtlaw.com; david@davidconcannon.com |
| **Subject:** | Re: R.M.S. Titanic, Inc. v. The Wrecked and Abandoned Vessel (Case 2:93-cv-00902RBS) |
| **Attachments:** | Civil Action No. 2.93cv902. Letter. U.S. District Court for the Eastern District of Virginia re Titanic Wreck Michael Kingston 17 February 2020. FINAL.pdf; ANNEX 1 to Michael Kingston Letter 02.17.2020 Civil Action No. 2.93cv902. Lusitania Talk. United States CoastGuard Head Quarters. Washington D.C.07 December 2015. .pdf; ANNEX 2 to Michael Kingston Letter 02.17.2020 Civil Action No. 2.93cv902. Letter Riverstick Foroige and Kinsale Community School to USCG .12.07.15.pdf; ANNEX 3 to Michael Kingston Letter 02.17.2020 Civil Action No. 2.93cv902.International Ice Patrol Key Note Speech re Finalisation of the Polar Code by Michael Kingston DWF LLP 10 Decemeber 2015..pdf; ANNEX 4 to Michael Kingston Letter 02.17.2020 Civil Action No. 2.93cv902.USCG 'Proceedings' Publication December 2017.pdf; ANNEX 5 to Michael Kingston Letter 02.17.2020 Civil Action No. 2.93cv902.Lusitania Calendar 2016 presented to USCG December 07 2015.pdf |

Dear Judge Smith

I hope that you are well.

Please find attached the following documents that I respectfully request are taken into consideration in respect of the upcoming hearing in the above matter:

1. Civil Action No. 2.93cv902. Letter. U.S. District Court for the Eastern District of Virginia re Titanic Wreck Michael Kingston 17 February 2020;
2. ANNEX 1 to Michael Kingston Letter 02.17.2020 Civil Action No. 2.93cv902. Lusitania Talk. United States Coastguard Head Quarters. Washington D.C.07 December 2015;
3. ANNEX 2 to Michael Kingston Letter 02.17.2020 Civil Action No. 2.93cv902. Letter Riverstick Foroige and Kinsale Community School to USCG 12.07.15;
4. ANNEX 3 to Michael Kingston Letter 02.17.2020 Civil Action No. 2.93cv902.International Ice Patrol Key Note Speech re Finalisation of the Polar Code by Michael Kingston DWF LLP 10 December 2015;
5. ANNEX 4 to Michael Kingston Letter 02.17.2020 Civil Action No. 2.93cv902.USCG 'Proceedings' Publication December 2017; and
6. ANNEX 5 to Michael Kingston Letter 02.17.2020 Civil Action No. 2.93cv902.Lusitania Calendar 2016 presented to USCG December 07 2015.

Kind regards

Yours sincerely

Michael

**Michael Kingston**

International Maritime Organization Consultant
Special Advisor to Arctic Council's Protection of the Arctic Marine Environment (PAME) Working Group

Member of Advisory Council Westminster All Party Parliamentary Group on Polar Regions
Advisor on Polar matters to London Insurance Market Joint Hull Committee
Director Irish Cultural Centre Hammersmith London
Director Friends of Bantry General Hospital, Co Cork, Ireland



Managing Director
Michael Kingston Associates
Mob: 00 44 7814 898225
Email: michaelkingston@michaelkingston.org

  

  

**Michael Kingston Associates Ltd**
Registered office: 7 Battersea Square, London, SW11 3RA, UK.
Registered in England number 10397932, t: +44 7814898225

This e-mail contains confidential information and is for the exclusive use of the addressee. If you are not the addressee, then any distribution, copying or use of this e-mail is prohibited.
If received in error, please advise the sender and delete immediately. Internet e-mails are not necessarily secure. Michael Kingston Associates Ltd does not accept responsibility for changes made to this message after it was sent.