

Captain John Mauger  
Commanding Officer  
United States Coast Guard  
Maritime Safety Center  
4200 Wilson Blvd  
Suite 400  
Arlington, VA 20598-7410  
United States  

Riverstick Foróige Club  
Riverstick  
Co Cork  
Ireland  

Kinsale Community School  
Kinsale  
Co Cork  
Ireland  

07 December 2015

Dear Captain Mauger,

**Lusitania Calendar from Riverstick Foroige Club and Kinsale Community School on behalf of the Community of Co. Cork in recognition of the US victims of the R.M.S Lusitania tragedy on 07 May 1915.**

We are pleased and honoured to be associated with the talk *R.M.S Lusitania and Safety of Life at Sea* that Michael Kingston from Goleen, Co Cork is giving at your Maritime Safety Center Headquarters on 07 December 2015.

We are acutely aware of the significance of this tragedy in our community 100 years ago to the United States, and the loss of 128 of your citizens, and are always mindful that many of the victims rest in our local graveyards.

As part of the Centenary Commemorations the youth of our community through Riverstick Foroige Club, a club that assists the youth of our community to get involved in important projects in a collective and positive manner, and through Kinsale Community School, contributed to a *Lusitania* Exhibition to commemorate the victims of the tragedy.

Central to the theme of the commemorations and exhibitions was not the mechanics of the ship herself, or the political nature of the sinking, but to remind us of the massive human cost that it brought about and to respectfully honour the dead.

The youth of our community embraced this approach wholeheartedly and have produced a 2016 *Lusitania* Calendar where the students have drawn pictures to display their impressions of the human nature of the tragedy.

KINM/CUB/PERSONAL/PERSONAL/3705146-1

We very much appreciate in Co Cork, and in Ireland, the memory of the victims from the United States, and in recognition of that have asked Michael to present to you one of our Calendars.

We also highlighted in our Commemorations the incredible work of the rescue services and fishermen in Co Cork who did all they could to rescue the passengers. It is therefore entirely appropriate with that in mind that our message of friendship from our Irish Community is being presented to the United States Coastguard who continue that duty on a daily basis.

We are also aware that Michael is dedicating his talk to the victims of the *Lusitania* from the United States, together with all Irish men and women who have served in the United States Coast Guard and Services and lost their lives, and the victims of the Berkeley balcony collapse earlier in the year when several young Irish students died or were injured. We wish to be associated with that dedication.

It is fitting that Michael is accompanied at his talk by Patricia Sheehan, also from Goleen in Co Cork, who now lives in Washington D.C. Patricia's relations were returning emigrants from the United States, including 3 children, all US citizens, one of whom, Margaret Coughlan, sadly died, with her father, John Coughlan. Patricia's presence could not demonstrate more the importance of the great liners to the citizens of the United States and Ireland and how interwoven out two countries have been for so long, and therefore what an impact the tragedy had on both our communities.

As part of the commemorations our community refurbished the Old Head of Kinsale Signal Station which now contains a *Lusitania* museum. We are proud of the work of our community and the effort they put into that project, together with all the other projects in the towns and villages along our coast that were involved in and affected by the tragedy. We have a longstanding friendship in our community with the United States Navy and Coastguard and we invite you to visit the 'Old Head' Museum at some point in the future.

Finally, we are also pleased to have been associated with highlighting the important lessons that can still be learnt from the tragedy in relation to the 'Duty to Rescue', the 'Rules of engagement in War', and 'Safety of Life at Sea'.

Warm regards
Yours sincerely

*Eddie Kelleher*
Eddie Kelliher
Leader of Riverstick Foróige Club

*Fergal McCarthy*
Fergal McCarthy
Headmaster of Kinsale Community School

*Marie O'Connell*
Marie O Connell
Leader of Riverstick Foroige Club

*Diarmaid O Donovan*
Diarmaid O Donovan
History Director - Kinsale Communty School

2