## Rebecca Beach Smith

| | |
|---|---|
| From: | Rory Golden <rory@flagshipscuba.com> |
| Sent: | Tuesday, February 18, 2020 1:08 PM |
| To: | Rebecca Beach Smith |
| Cc: | VAED_ECF_Questions; clerk@vaed.uscourts.gov; kent.porter@usdoj.gov; bwainger@kaleolegal.com; bargerd_gtlaw.com; david@davidconcannon.com |
| Subject: | RMST Inc. |
| Attachments: | Titanic18022020 001.jpg |

Dear Judge Smith,

Please find attached my statement in support of RMST Inc. in their efforts to recover the remains of the Marconi radio equipment from the wreck of the Titanic.

Yours Sincerely,

Rory Golden
Flagship Scubadiving Ltd,
Jenkins Yard,
Hudson Road,
Sandycove,
Co. Dublin,
Ireland

Tel: +35312845180
Web: www.flagship.ie





18 February 2020

<u>Statement from Rory Golden</u> .

The recent announcement of plans by RMST Inc. to recover the remains of the Marconi radio equipment from the wreck of the Titanic has drawn a very mixed reaction, both positive and negative.
The Titanic continues to stir emotions, 108 years since its sinking in 1912. This fact alone shows that the story of the tragedy, unlike the ship itself, lives on.
It is clear to me that we must continue to educate the world about this story, especially children. The recovery, conservation and display of artifacts are part of this process. As long as we respect the site of one of the worlds' greatest peacetime maritime disaster's , taking into account the feelings of those who have a direct connection with it, I believe it is correct to resume recovery operations. The volatile ocean floor will only accelerate the deterioration of what remains. Time is running out for the Titanic and its remaining secrets, we must act now to preserve as much as we can.

Rory Golden
Managing Director, Flagship Scubadiving Ltd
Vice Chair, Great Britain and Ireland Chapter of the Explorers Club
Co-founder, Irish Underwater Archaeological Research Team (1984 )

Flagship Scubadiving Ltd,
Jenkins Yard, Hudson Road,
Sandycove, Co. Dublin
Tel: +353 1 284 5180 Email: info@flagshipscuba.com
Registered in Ireland, No.301066, VAT No. IE6321066A