## Rebecca Beach Smith

| | |
|---|---|
| **From:** | mary rowland <marybrowland@gmail.com> |
| **Sent:** | Wednesday, February 19, 2020 11:25 AM |
| **To:** | Rebecca Beach Smith |
| **Cc:** | VAED_ECF_Questions; clerk@vaed.uscourts.gov; kent.porter@usdoj.gov; bwainger@kaleolegal.com; bargerd_gtlaw.com; David G. Concannon |
| **Subject:** | Support for RMS Titanic, Inc. from Addergoole Titanic Society |
| **Attachments:** | Support Letter to RMS Titanic, Inc..jpg |

Please find attached a signed support letter from Addergoole Titanic Society, Co. Mayo, Ireland.

1

**To whom it may concern:**

We, the undersigned, members of the Addergoole Titanic Society, are writing in support of RMS Titanic, Inc. and its efforts to preserve the legacy of the Titanic. Among the 1496 souls who lost their lives that day, were 11 young people from our village of Laherdane and surrounding area. We continue to honour their memory and RMS Titanic, Inc. has pledged to help us do so by providing us with precious artifacts from their recovery missions for local display. We believe that their latest endeavour - attempting to salvage the Marconi radio - will only continue their history of respectful retrieval and preservation of the Titanic.

We urge the Admiralty Court to give its blessing for the RMS Titanic, Inc. to proceed with this expedition. The company wishes to recover a crucial part of history, which will otherwise deteriorate on the ocean floor. It would be a tragedy to prevent them from doing so.

Respectfully,

Addergoole Titanic Society

*[signature]*
Toss Gibbons, Director

*[signature]*
Mary Rowland, Secretary

*[signature]*
Frank Gibbons, P.R.O.

All Addergoole Titanic Society Members have given their verbal support but are not available, in the time span, to meet up to sign the above.