IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                            Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
    Defendant.

**R.M.S. TITANIC, INC.'S MOTION TO
AMEND OR MODIFY
THE COURT'S JULY 28, 2000 ORDER**

    Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by and through its undersigned counsel, hereby moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 54(b), amending or modifying the Court's July 28, 2000 Order forbidding RMST, its employees, agents, or subcontractors "to in any way cut into the wreck or detach any part of the wreck" (Dkt No. 164), to permit limited cutting into sections of the ceiling over the Marconi Suite and detachment of artifacts, to allow the recovery of the R.M.S. *Titanic*'s Marconi wireless apparatus and associated artifacts. In support of this Motion, RMST submits the accompanying Memorandum of Law and Exhibits, which are incorporated herein by reference.

    WHEREFORE, RMST respectfully requests that its Motion be granted and the Court enter an Order permitting the Company to take appropriate steps to recover, conserve and publicly display the *R.M.S. Titanic*'s Marconi wireless apparatus and associated artifacts.

    The hearing on this matter is currently scheduled for May 7, 2020. The Company is prepared to argue the matter on that date. If the Court later determines that all live hearings have to be postponed beyond May 7, because of the pandemic, RMST would either submit this motion

on the pleadings and waive the hearing, or participate in a hearing by telephone or means of video conference, if it pleases the Court.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

/s/ *Brian Wainger*
Brian A. Wainger, VSB #38476
Attorney for Plaintiff RMS Titanic, Inc.
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

/s/ *David G. Barger*
David G. Barger, VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: Bargerd@gtlaw.com

/s/ David G. Concannon
David Concannon, *Pro Hac Vice* (Doc. 583)
Concannon & Charles
100 Sun Valley Road, No. 329
Sun Valley, Idaho 83353
Tel: (610) 293-8084
Fax: (877) 736-2434
Email: david@davidconcannon.com

*Counsel for R.M.S. Titanic, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *David G. Barger*
David G. Barger, VSB #21652 GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: Bargerd@gtlaw.com

*Counsel for R.M.S. Titanic, Inc.*


/s/ *Brian Wainger*

Brian A. Wainger, VSB #38476
Attorney for Plaintiff RMS Titanic, Inc.
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

*Counsel for R.M.S. Titanic, Inc.*