UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
Successor-in-interest to Titanic
Ventures, limited partnership,

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A
POINT LOCATED AT 41 43' 32" NORTH
LATITUDE AND 49 45' 49" WEST
LONGITUDE, BELIEVED TO BE THE R.M.S.
TITANIC, <u>IN REM</u>,

    Defendant.

## <u>ORDER</u>

This matter is set for hearing before the court on May 7, 2020, at 2:00 p.m. The parties have agreed to submit the matter to the court on written filings. <u>See</u> "NOAA's Report and Recommendation in Re: RMST'S RMS Titanic Expedition 2020 Research Design" at 1, ECF No. 602 ("Due to the coronavirus pandemic and its impact on Court operations, NOAA agrees with RMST's suggestion to submit this matter to the Court for consideration on the written filings."); "R.M.S. Titanic, Inc.'s Motion to Amend or Modify the Court's July 28, 2000 Order" at 1-2, ECF No. 600. Accordingly, the court removes the May 7, 2020, hearing from the calendar and will decide this matter on

the filings submitted, the record of the case, and the evidence, materials, and arguments presented at the Status Conference on February 20, 2020. See ECF Nos. 594-599.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/ Rebecca Beach Smith
REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

April 28, 2020