IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                                           Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
    Defendant.

**PERIODIC REPORT OF R.M.S. TITANIC, INC.
ON THE PROGRESS OF RESEARCH AND
<u>RECOVERY OPERATIONS</u>**

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this "Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations" ("Periodic Report").

**I.    Titanic Exhibitions and Care of the Artifacts**

Pursuant to various Executive Orders and states of emergencies related to the pandemic, the Company's exhibitions in Las Vegas, Orlando and Scottsdale are closed to the public. RMST operates the exhibitions in Las Vegas and Orlando in leased facilities, while the exhibition in Scottsdale remains at the Odysea Aquarium. The Company expects to re-open these exhibitions when it is prudent and safe to do so.

RMST continues to follow the best care practices of the American Association of Museums during the closure of these exhibitions. Artifacts remain in their closed, secured cases, which provide appropriate microclimates suitable for the exhibited artifacts. The company has taken enhanced steps to monitor the environmental controls, such as temperature, humidity and light

conditions, and physical security systems, which systems include locked cases, motion and additional sensors, and video monitoring. The artifacts are inspected daily.

For the exhibitions in Las Vegas and Orlando which RMST operates, RMST continues to employ staff previously trained by the Company's collections department, who continue to comply with the high standards the Company has always maintained with respect to the care and safety of the artifacts, including the protocols being implemented in Scottsdale.

Though RMST has implemented a stay at home policy for its staff at its corporate headquarters in Atlanta, the collections department continues to monitor and inspect the laboratory to ensure proper climate control and physical safety of the artifacts. Similar to the enhanced procedures the Company now employs at its exhibitions, RMST has also implemented additional safety measures to protect the collection at the storage facility in Atlanta.

Even during these difficult times, RMST continues to use the collection to educate and entertain the public, with a particular emphasis on our children. The Company recently completed a full virtual experience of its exhibitions accessible globally over the internet at "titanic.live." The experience provides a full "walk through" of the Las Vegas exhibition with additional video content and a full audio-guided tour. RMST is working closely with school districts across the United States to bring this experience to students free of charge.

WHEREFORE, RMST submits this Periodic Report for the Court's information and consideration.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

/s/ *Brian Wainger*
Brian A. Wainger, Esq., VSB #38476
Attorney for Plaintiff RMS Titanic, Inc.
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

David G. Barger, Esq., VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: Bargerd@gtlaw.com

David Concannon, Esq.
CONCANNON & CHARLES
100 Sun Valley Road, No. 329
Sun Valley, Idaho 83353
Tel: (610) 293-8084
Fax: (877) 736-2434
Email: david@davidconcannon.com
*Admitted Pro Hac Vice*

*Counsel for R.M.S. Titanic, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2020, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                   /s/ Brian Wainger

Brian A. Wainger, Esq., VSB #38476
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

*Counsel for R.M.S. Titanic, Inc.*