# EXHIBIT A

*Monitor* **National Marine Sanctuary (MNMS)**
**Sanctuary Advisory Council Meeting**
**Hatteras, North Carolina**
**June 24, 2010**

*In Attendance*: Dave Alberg (MNMS Sanctuary Superintendent), Scott Boyd (Citizen-At-Large), Jim Bunch (Recreational Diving), Dave Dodsworth (MNMS IT Specialist), Ron Grayson (VA Dept. of Historic Resources), Lauren Heesemann (MNMS Research Coordinator), Anna Holloway (The Mariners' Museum), Joe Hoyt (MNMS Maritime Archaeologist), Jeff Johnston (MNMS Historian), Jay Kavanagh (Recreational/Commercial Fishing), Susan Langley (Archaeological Research), Larry Murphy (Working Group Member), Kevin Saunders (USCG), Joe Schwarzer (Maritime Museum), Wayne Smith (Conservation), Doug Stover (Alternate-National Park Service), Shannon Ricles (Council Coordinator), and Ole Varmer (Attorney Advisor General).

*Absent*: Mitch Bowman (Heritage Tourism), David Conlin (National Park Service), Terri Kirby-Hathaway (Education), Dave Krop (Alternate-The Mariners' Museum), Richard Lawrence (NC Dept of Cultural Resources), Robert Neyland (US Navy), Mark Wilde-Ramsing (NC Dept of Cultural Resources), and Joanna Wilson (Alternate-NC Dept of Cultural Resources).

**Table of Contents**

**Welcome**……………………………………………………………………………….…..2
**MNMS Superintendent's Report**……………………………………………………..…..2
**Council Resolution** ……………………………………………………………………….3
**SAC Chair Report on the National SAC Chairs' Meeting** .......……………………………3
**Seat Report on Volunteer of the Year** …..………………...…………………………......3
**Conservation**……………………………………………………………………………..4
**Public Comment Period**…………………………………………………………………..4
**Permitting**…………………………………………………………………………………5
**RMS** *Titantic*…..…………………………………………………………………………...5
**Outreach Report** …………………………………………………………………………..5
**New and Other Business**…………………………………………………………………..5
**Meeting Adjournment**……………………………………………………………………...5

**Welcome**
Wayne Smith, *Monitor* National Marine Sanctuary (MNMS) Advisory Council Chair, called the meeting to order. After Mr. Smith's welcoming remarks, roll was called.

*Monitor* **NMS Superintendent's Report**
Dave Alberg, *Monitor* NMS Superintendent, provided an update to the council on a variety of topics, summarized below:
- Explanation of the role that the sanctuary advisory council (SAC) plays in advising the superintendent.
- Introductions of each council member.
- SRVx: R-8501: The Sanctuary program has acquired a new 85 foot vessel. The boat is currently going through a test phase as it is being used for the Battle of the Atlantic Expedition. Once the expedition is complete, it will be available for use by the other east coast sanctuaries, such as Stellwagen Banks, Gray's Reef, and the Florida Keys.  The boat will also be for hire by universities and other organizations for research.
- Graveyard of the Atlantic Exhibit Update: Over the last four years, NOAA has given $450K in support of the Graveyard of the Atlantic Museum for the development of exhibit space. North Carolina has given the final funding needed to complete the space, which will eventually be the home of several *Monitor* artifacts.  Jeff Johnston has just brought the first *Monitor* artifacts for exhibit thus fulfilling the promise to bring artifacts back to North Carolina**.**
- Hatteras Day: The National Marine Sanctuaries' research coordinators conference was held this year in Beaufort and Manteo, NC. As part of that conference, a public meeting was held at Festival Park to celebrate the unique culture and resources of the Outer Banks. Key local individuals were invited to share their first-hand knowledge about items, such as climate change and sea level rise. It was a day for NOAA to just listen and learn more about this unique place and its people. We are eager and excited to work in this community, and we want to get ahead of any issues that might be encounter.
- MPA Center: A brief background was given on the formation of the Marine Protected Areas (MPA) Center that began with President Clinton's administration. The center was established to create a list of protected areas in US waters, so to see where the gaps were in protection.   The Queen Ann's Revenge (QAR) is a well know shipwreck, but it has limited funds for conservation. To open up more opportunities for funding, the QAR applied to be an MPA. In reality, the MPA Center has no authority, and their role is not one of permitting or limiting access to these areas. However, because they are a very small office and have limited funds to educate the public of their role, most people do not understand their limited abilities. So when they published a Federal Register Notice announcing that several sites were being considered for MPA status, many North Carolina residents were concerned thinking that the government was trying to limit and/or restrict access.  Several congressionals wrote letters opposing the designation of any MPAs in North Carolina.
    - Questions and or comments from public: Mr. Dave Sommers said that he now understands the major issues and appreciates having them clarified. Dave Alberg commented that our office is trying to be a part of the community, and we hope to have some employees move to the local area in the next 24 months. He said that

> having employees in the local area will allow us to better address questions and concerns as they arise.

- SAC Seats: Our council has evolved over the last four years. Originally our council was formed with a more national focus on members. We are now starting to shift toward a more local contingency of council members. As required by our bylaws, everyone on the council whose term is about to expire, must reapply for their seat. They can do so by sending a letter stating that they wish to use their current application that is on file with our office.  Our office has recently advertised for four new seats. First, there will be a second fishing seat, which will have a commercial fishing focus. Second, there will be a second dive seat, and we are encouraging folks, such as dive shop operators, to apply. Third, will be a youth seat filled by a youth between the ages of 14-17. The fourth seat is an economic development seat. The application process closes on July 15, 2010, so please encourage anyone you know who might be interested to apply.
- Management Plan Review: Our office conducted five scoping meetings in North Carolina and Virginia from December 1-6, 2008. Scoping comments are online for viewing. There was much discussion on the establishment of an advisory council working group for expansion. The *Monitor* Advisory Council did vote in 2008 to establish a working group to address questions and concerns about possible expansion. The working group's recommendation was for the MNMS to consider looking at shipwrecks of historical significance and to begin to formulate what expansion should entail. Hopefully, a draft of the Management Plan will be out by Winter 2010 for review by the council.

**Resolution**
Wayne Smith, SAC Chair, proposed that the council should make a resolution honoring one of its members, Richard Lawrence (NC Dept of Cultural Resources). He said that Richard had been a dedicated volunteer on the SAC and for over five years, he had worked tirelessly to help protect and preserve the *Monitor* and other maritime cultural resources. However, Richard is retiring from his position with the state, and must relinquish his seat on the SAC. Anna Holloway made the motion to put forth a resolution honoring Richard's service and Susan Langley seconded the motion. All were in favor.

**SAC Chair Report on the National SAC Chairs' Meeting**
Wayne Smith said that he thoroughly enjoyed his time in Seattle at the National Sanctuary Advisory Council's Chair meeting. He said that our sanctuary is well regarded among the other sanctuaries, and that people are generally very impressed with all that we do. He also said that after talking with Dan Basta, Director for the Office of National Marine Sanctuaries, that he felt he now has a better understanding of the program and the councils. He said that Dan continuously brought up the idea of family, which is a unique group of people who "get it." Wayne also said that Dan told him that we need to be relevant. We need to listen to each other and find a way to work together.

**Seat Report on Volunteer of the Year**
Jim Bunch explained that he had been selected as the *Monitor* NMS's volunteer of the year, but emphasized that he did not feel that he had done anything more than every other member on the council. He said that he had been invited to Washington DC to attend Capitol Hill Ocean Week (CHOW), and that the week was filled with good opportunities, such as breakfast at the

Washington Aquarium and several days of symposiums that were given around alternative energy. Jim said that he learned that no one truly knows the outcome of ocean issues, and everyone was very willing to admit that the impacts of climate change and other issues facing our ocean cannot be fully understood for many years to come. Jim also said that he learned that in the future Virginia will be a huge generator of wind. Jim met with Congressman Walter Jones and Congressman Robert Wittman. Jim said that he made a point to both Congressmen that many folks involved in diving were also involved in fishing and that they are concerned with the issues surrounding both. Jim described the dinner that was held on Tuesday night to honor all the volunteer of the year winners. He also told how the Cousteau family was in attendance to honor the anniversary of Jacque Cousteau's 100th birthday.

Dave Alberg said that June 25 is the 100th anniversary of Jacque Cousteau's Birth and that the sanctuary will honor him by laying flowers on the water at the *Monitor* sanctuary site. He said that Cousteau had dove on the *Monitor* in 1973, so there was a wonderful tie between the sanctuary and Mr. Cousteau.

**Conservation**
Dave Alberg asked Anna Holloway to update the council on the conservation efforts. Anna said that there is 210 tons of *Monitor* in conservation. Most recent work is on the gun carriages and the Dahlgren guns. They are being disassembled. She said that there are many artifacts ready to come to the Graveyard of the Atlantic Museum. Anna also said that the big news was that they are on the verge of installing a reverse osmosis system. She described how the goal of their education department is to bring people into the museum, but they are also working on bringing the museum to people through video conferencing. They just opened three video labs and they are offering new programming, such as the chemistry of conservation, as well as many of their ongoing history programs. Joe Schwarzer commented that he was very pleased to work with The Mariners' Museum and the Beaufort exhibit team. Wayne Smith commented that The Mariners' Museum had a marvelous conservation lab and hopes to involve more students in conservation. Anna said that they are also gearing up for the 150th anniversary of the *Monitor*. Dave Alberg explained that to coincide with the anniversary, the sanctuary is also seeking burial at Arlington Cemetery of the two sailors whose remains were found inside the turret during excavation.

**Public Commenting Period**
Amy Pieno said that she appreciated the clarification on MPAs. Dave Alberg said that the MPA issue took everyone by surprise and that even the NC Secretary of Cultural Resources didn't know the full set of circumstances surrounding MPAs. He said that there is a definite need for better information exchange.

Dave Sommers, Dive Charter Operator, said that they need to have more information put forward because there are just too many rumors. He said that he was glad to see that we were expanding our dive representation on the council so that the information can get back to the community. He said that he and others like him cannot make good decisions without having full knowledge of the issues. He said that this is a very important position and that we need to choose well the person to represent that seat. He continued to say that wrecks are public resources, but we need to consider the historical significance of each before going forward to protect them. Dave

Alberg read a comment sent in by Alex Varouxis: "Maintain access. Maintain access. Maintain access."

**Public Comment Period Closed**

**Permitting**
Dave Alberg reported that there are currently two active permits for diving on the *Monitor*. He also explained that you do not have to pay any fees for the permit and that the paperwork is relatively short and simple to complete. The process takes about two weeks to process. He also explained that currently the sanctuary is restricted by law on issuing permits. Under the current law, a permit can only be issued for research purposes and special use (vendor). However, he said that if someone wants to dive on the *Monitor* and cannot think of a research idea, then to talk to one of the staff as there are several items that could be suggested.

**RMS *Titanic***
Dave Alberg introduced Ole Varmer, General Counsel for the Office of National Marine Sanctuaries. Ole described the unique relationship between the *Monitor* and the *Titanic* as bookends. He discussed the history of the *Titanic*'s discovery and its transference from the company that found the wreck site to today. He detailed how they are working to better understand the cultural significance of the wreck. He also explained that any fees received from people paying fines for breaking the laws governing the wreck would go back to the conservation of the *Monitor*.

Dave discussed the proposed permitting process for the *Titanic*.

Doug Stover explained that there is a direct link between Hatteras and the *Titanic*. He said that when the Weather Bureau began to tear down the walls inside the old station, they found the distress call that was sent from the *Titanic*. The paper document is in bad shape, but it is being worked on by conservationists. Ole said that 2012 is not only the 150th anniversary of the *Monitor*, but it is also the 100th anniversary of the sinking of the *Titanic*. He explained that shipwrecks over 100 years old fall under different laws.

Larry Murphy described the permitting process for the National Park Service.

**Outreach Report**
Shannon Ricles, MNMS Education and Outreach Coordinator, gave an account of the educational and outreach events that have been conducted by *Monitor* staff since October 2009. There have been over 50 events reaching thousands of students and adults.

**New Business**
None

**Adjournment**
Jay Kavanaugh moved to adjourn. Ron Grayson seconded it, and all were in favor.