EXHIBIT B

**Sanctuary Advisory Council Working Meeting**
**November 29, 2011**

*In Attendance*: Dave Alberg (MNMS Sanctuary Superintendent), Debby Boyce (Discovery Diving), Jim Bunch (Recreational Diving), Steve Claggett (Alternate-NC Dept. of Cultural Resources), Lauren Heesemann (MNMS Research Coordinator), Laura Hermley (Heritage Tourism), Anna Holloway (The Mariners' Museum), Joe Hoyt (MNMS Maritime Archaeologist), Terri Kirby-Hathaway (Education), Dave Krop (Alternate-The Mariners' Museum), Susan Langley (Archaeological Research), Robert Neyland (US Navy), Shannon Ricles (Council Coordinator), Lt. Kevin Saunders (U.S. Coast Guard), Wayne Smith (Conservation), Paul Ticco (Headquarters), and John Wagner (MHP)

*Absent*: Alexis Catsambis (Alternate-U.S. Navy), David Conlin (NPS), Kenneth Fex, Jr. (Recreational/Commercial Fishing), TBD (NC Dept. of Environmental and Natural Resources), Jay Kavanagh (Recreational/Commercial Fishing), Joe Poe (Citizen-at-Large), Doug Stover (Alternate-National Park Service), Mark Wilde-Ramsing (NC Dept of Cultural Resources), and Joanna Wilson (Alternate-VA Dept of Cultural Resources)

# Meeting Notes:

Wayne Smith, Chair, called working meeting to order. Wayne requested a few minutes to discuss the upcoming Louisiana State University (LSU) project of the *Monitor* sailors' facial reconstruction. He said that LSU is prepared to begin in early February 2012. There are many people interested in the project and Wayne will work with Dave Alberg and Shannon Ricles on the details.

**Superintendent's Update:**

- Management Plan: Office is looking forward to a new year in 2012. The current focus is management plan review. Dave appreciates everyone's efforts in making the plan a great document. Once the edits are complete, the next step is for the plan to go to General Council for review. It may take up to two weeks. Then in mid to late December, Congress and NOAA leadership will be briefed. There have not been any significant changes to the management of the MNMS. Boundaries and policies are the same, but regulations were clarified. The draft plan is scheduled for release on February 16, 2012. After its release, we will hold scoping meeting the first couple of weeks of March. Meetings are tentatively scheduled to be held in Raleigh, Wilmington, Beaufort, Manteo, and at The Mariners' Museum. There will also be a 60-day public commenting period after the plan's release. Anyone can comment. Once the commenting period closes, we will address all the comments and hope to have a final plan ready for release by June 2012. Paul Ticco said that there will be a series of reviews at NOAA level, but they are dependent upon NOAA's desire to review the plan. There may be a presentation if asked. Dave reiterated that due to policy, the SAC cannot receive an advanced copy. It will go live on the Website, be mailed to constituents who have requested copy, and a Federal Register Notice will be published.

- Budget: Currently we are under a continuing resolution. We are hoping to get a budget by January. There is unofficial word that the House and the Senate have agreed to a number for NOAA, but $11 million is still up in the air. It appears that the budget will be similar to last year's budget except that there might only be $5 million in PAC funds instead of last year's $15 million. What that means for our office is that our operating budget should be about the same. With Jeff Johnston's resignation, we do have a little cushion for the next 3-4 months. That has allowed us to give some money to TMM.
- For 2012, our office will focus on five thematic areas. Number one priority is Management Plan and Dave Alberg is leading that effort. Second priority is the Monitor's 150th anniversary, which is being lead by Shannon Ricles. Third is a landscape approach to maritime archaeology projects led by John Wagner. John is currently housed at our offices, but he is working for headquarters on another project. However, john will be joining the Maritime Heritage Program in early spring and will begin working on the landscape. We are looking at how landscape played into the space and history. We have been doing this with Battle of the Atlantic all along. The fourth priority is to develop an Education and Outreach and Science Research plan. Lauren Heesemann is going to head up that project with the help of Shannon. The last priority is fieldwork being organized and led by Joe Hoyt. With the 150th anniversary, we hope to go back to the *Monitor* and put divers down on the wreck to clear off debris. We also want to look at some other Civil War shipwrecks up the James River near Drewry's Bluff.
- Robert (Bob) Neyland (US Navy) asked what the status for current and future conservation funding is. Dave explained that throughout our relationship with TMM, we have had a gentleman's agreement that NOAA would try to fund $150 K per year for conservation. We have done so every year, except last year when we had no money to give. TMM's director was concerned that they might have to lay off staff this coming year. TMM contacted Senator Warner and briefed him on the issues. Senator Warner then requested a meeting with NOAA's Administrator, Jane Lubchenco. Dave said that NOAA has given TMM over $16 million. That amount included the building of this office building, the *Monitor* Center, and conservation. MNMS's budget is about $675 K and labor costs have gone up, so we are starting out over budget. It is only through grants that we have been able to do as much as we have done. Bob asked if we program budget for out years. Dave said that the magic number agreed to by NOAA and TMM of $300K ($150K from NOAA and $150K from TMM) for conservation is not enough to support conservation. The amount is more like $600K a year.

**Conservation Report:**
- Anna Holloway announced that Bill Cogar (TMM Director) had resigned to be with his family. They are working with Cassandra Greene as the interim director while they conduct a national search for a new president and CEO. Anna also thanked the National Marine Sanctuary Foundation for their support for the trip to DC to meet with staffers about the funding issues. She said that they briefed both the Senate and House side, and they talked with staffers on the appropriations committee.
- Dave Krop gave a report on conservation efforts. He said that they have seven fulltime conservation staff, three of whom are critical support personnel. Ten fulltime staff would be ideal, but that would cost about $700K per year. However, with ten fulltime staff, conservation of the artifacts would be complete in 2030. Dave said that the coat and

handkerchief are being finished and will be ready for display soon. The tank farm has over 200 artifacts that should be completed in the next two years and that will free up space. They are working on the Worthington steam pump, including a reproduction of one of the pumps cast using 19th century techniques. This reproduction can be used to educate people about steam power, and serve as a great PR tool. The turret has been completely deconcreted both inside and out. The stanchions were removed. A spoon was found with the initials SAL and USN. An open monkey wrench was also found and it corresponded with the size of the nuts inside the turret. It was found behind one of the nut guards. Deionized water has been made for the turret, and the turret is now undergoing electrolysis and desalination. Work on the engine has begun. In December, conservators will level it and add new support structures so they can continue deconcretion and separate the materials. A comprehensive plan is being developed. Everything will be phased and staggered. The conservation staff is also gearing up for the Battle of Hampton Roads. There will be new items ready for display. TMM also applied for the Virginia Association of Museum's Top 10 Endangered Artifact contest in hopes of bringing public awareness to the *Monitor*'s conservation. Owing to the merits of the project and a popular voting components, USS *Monitor* ultimately received Top 10 designation, and now will be working with a company on publicizing the long-term needs to conserve the *Monitor*. Dave Krop also said that he is working on a State of the *Monitor* report that will be conservation specific to give a snapshot of the *Monitor* for the 150th anniversary.

- Anna concluded with an update on what the museum has planned for the 150th anniversary. She said that they began a small public lecture series in 2011 that highlights milestones of the *Monitor*. This series will continue throughout 2012. There is a list of these lectures on their website. Battle of Hampton Roads weekend is March 9-11, 2012. Museum is working with the Museum of the Confederacy, US Navy, CNU, and NOAA. There are two full days of programming on all things ironclad. They have received a variety of papers. Dave Alberg said that John Broadwater's new book on the *Monitor* is in printing and will be released that weekend. He will be there for signings and a presentation. Anna also said that they have had a lot of press interest. The History Channel has been there over the past several weeks filming. They are also working with ODU's modeling and simulation to create an app for a Civil War tour that will include the battle. Dave Alberg announced that Fort Monroe is now a monument under National Park Service and that we see a many possibilities because the *Monitor* was so tightly linked to Fort Monroe.

**Field Work:**
- Dave Alberg said that 2012 was a successful year of great expeditions. Joe Hoyt explained that the expeditions focused on remote sensing. Over 130 square miles were surveyed using an AUV with high resolution. The NOAA ship Okeanos using lower resolution covered another 130 square miles of deeper water. There were 47 anomalies, but with the low resolution, they could not be identified. However, most are probably cultural. Next year, we hope to conduct a higher resolution survey of the targets. Martin Dean came from Scotland and survey 17 targets, including the *Cumberland* and the *Florida*. The images are stunning. They also did some bathymetry imaging. NOAA divers were also able to get on the *Monitor* and Woodshole shot some HD footage of the

*Monitor.* In addition, National Geographic filmed all work for a one-hour special to air during "Expedition Week" in November 2012.
- Dave Alberg related that the SRVx and some *Monitor* staff provided assistance with the cannon lift for *Queen Anne's Revenge*. The project generated a lot of interest and media attention. It was a great collaboration between city, county, state and federal agencies.

**SAC Reports and Comments:**
- Wayne Smith said that he was pleased with the work everyone is doing on the SAC.
- Robert Neyland said that the scans of the Cumberland and Florida are in from Martin Dean. He is going to let the Naval museum have first rights to them, but will send to Dave Alberg in the next couple of days.
- Susan Langley questioned the landscape approach. She indicated that some of the information provided may not be accurate. She also said that good archaeology always takes a landscape approach. She also thanked MNMS for all the help in obtaining items for SHA. She reminded everyone that SHA would be in Baltimore this coming year.
- Lt. Saunders said that the Coast Guard had made three patrols to the *Monitor*, but no activity. He asked about a *Monitor* license plate. Anna explained that they tried it before, and they are pursuing the option again. Dave Alberg told Lt. Saunders that the office is working on developing a brochure that Coast Guard and dive shops can handout to educate people about the laws and policies. He asked that Steve Claggett and Mark Wilde-Ramsing take the lead on it.
- Jim Bunch asked if the Battle of the Atlantic posters were for purchase. Dave said we could send them to interested dive shops and others for free. Dave also said that the dive slates will be in sometime in mid to late December. Jim asked about the U-boat poster and Dave said that he will have some of those printed through GPO. Shannon told Jim that there is also Monitor 150th items available. Shannon told Jim that he could have anyone interested in the posters or other products contact her directly.
- Jim Bunch raised the topic of artifact donation. Jim said that older divers want to donate artifacts that they recovered in the 1950s and 60s, but want recognition for their donation. Dave Alberg said that he is sensitive to their needs, but that we cannot take or encourage others to take donations of artifacts that were recovered illegally and/or do not have a clear title of ownership. Dave sited ENSCO and the Museum Code of Ethics. He said that if we take the artifacts, then we are creating precedence for the future that would encourage people to continue to salvage artifacts from shipwrecks. Jim read letters from Steve Claggett and Mike Murray (NPS, Cape Hatteras National Seashore Superintendent). Dave said that as NOAA, we have to walk a fine line. Anna Holloway said that TMM was censored after taking an artifact even though it had clear title. She said that it is very hard to say no, but they must in order not to lose their accreditation. Debby Boyce asked if there was a grandfather clause for artifacts, and Susan Langley said no, but the state may accept some artifacts on a case-by-case basis. She also suggested that the issue be given to the larger maritime archaeological community for discussion at SHA. Steve Claggett clarified that the state of North Carolina's ability and authority is very narrowly focused, but as an agency, he has some flexibility for artifacts from North Carolina waters. Dave Alberg suggested that a meeting be set in conjunction with the SAC meeting in February 2012 to bring together a working group to discuss and

- iron out guidelines to help people move forward. It was agreed that a day either before or after the meeting would work for all those involved.
- Steve Claggett thanked everyone for their assistance with the cannon lift for QAR. He said that his boss, Secretary Linda Carlisle was thrilled being on the water in the SRVx and very much appreciated the MNMS's participation.
- Dave Alberg thanked Debby Boyce for her assistance and reiterated that the QAR project was ideal bringing all entities together in a unique and successful collaboration that celebrated the collective heritage and appreciation for the cultural resources. It is a model that he wants to duplicate in the future.

**Meeting Adjourned**