EXHIBIT C



**Dredge System**:

This unique and new design utilizes one of the eight ROV electric thrusters to provide the high velocity water movement creating the venturi and thus providing the dredge suction. The system flow rate is approximately 2000 Lpm and will accommodate a wide range of light and medium duty dredging operations. Several different type dredge nozzles will be used pending the specific requirement and type of sediment being relocated or removed. In addition, the ROV thruster control software can vary the flow rate on demand, and as needed, which ensures artifact integrity and safety.




**Manipulator Deployment System:**

This custom deployment system will allow for an additional 1.5-2 meters of vertical manipulator deployment.  The system is designed with a series of cylinders and rails providing the operators additional reach for areas that have limited access and no available ROV entry point.





**Application:**

It is intended to use the dredge system and remove all the light and medium sediment via the open skylight, and various other openings within the degraded deck.  This will be accomplished with a combination of several different dredge nozzles and by deploying the T4 manipulator to the desired depth. It is important to note that there is a camera with two sets of internal light rings mounted within the wrist of the Titan T4 manipulator and additional boom cameras and lights can be deployed through other access openings via the second ROV as needed.