# EXHIBIT A

**Subject:** Fwd: NOAA Titanic reports
**Date:** Thursday, April 30, 2020 at 8:08:40 AM Mountain Daylight Time
**From:** John Broadwater
**To:** David G. Concannon

David,

NOAA is not even willing to provide links to their published documents on the Titanic. ███████████████████████████████████████████████████████████████████

John

---------- Forwarded message ---------
From: **Frank Cantelas - NOAA Federal** <frank.cantelas@noaa.gov>
Date: Thu, Apr 30, 2020 at 9:31 AM
Subject: Re: NOAA Titanic reports
To: John Broadwater <john.d.broadwater██████████>

Hi John, I've been informed that any discussions with you (or others working with RMST) pertaining to Titanic need to involve our legal counsel. Unless that has changed, I am not able to help you.

On Wed, Apr 29, 2020 at 1:30 PM John Broadwater <john.d.broadwater██████████> wrote:
> Hi Frank,
>
> I hope you're in good health and weathering the current crisis.
>
> I've got a question: Did NOAA issue reports on the 2010 and 2004 Titanic expeditions and, if so, where can I download them?
>
> Thanks!
>
> John
>
> --
> =========================
> John D. Broadwater
> Maritime Archaeologist
> Williamsburg, Virginia USA
> Mobile number: 757-645-████

--
Frank Cantelas
Chief, Science and Technology Division
NOAA Office of Ocean Exploration and Research
w) 301-734-1017
c) 240-672-7158
https://oceanexplorer.noaa.gov/

--
=========================
John D. Broadwater
Maritime Archaeologist
Williamsburg, Virginia USA
Mobile number: 757-645-███