# EXHIBIT B

**Subject:** Re: following up re: Broadwater
**Date:** Friday, March 20, 2020 at 9:10:55 AM Mountain Daylight Time
**From:** Jackie Rolleri - NOAA Federal
**To:** David G. Concannon
**CC:** Brian Wainger, Kent.Porter@usdoj.gov, bargerd_gtlaw.com, William Poynter

Hi David,

Ole retired from NOAA so he is no longer an employee of the agency. If RMST has no concerns with Broadwater discussing Titanic with Craig, then I'll assume the same is true for our other employees who work on this matter, including Dave Alberg.

Best,
Jackie

On Fri, Mar 20, 2020 at 11:06 AM David G. Concannon <david@davidconcannon.com> wrote:

> Hi Jackie,
>
> Actually, the number is three:  Ole Varmer, David Alberg and Craig McLean.
>
> I believe Ole's discussion was just a comment in passing.  David Alberg and John agreed not to talk about the Titanic or Titanic 2020.  John and Craig are free to talk about anything they want.
>
> Sincerely,
>
> David G. Concannon
>
> Concannon & Charles
>
> 100 Sun Valley Road, No. 329
>
> Sun Valley, Idaho 83353
>
> Phone: (610) 293-8084
>
> Alternate: (208) 309-3380
>
> New Jersey Office:
>
> 810 Asbury Avenue, No. 212

Ocean City, NJ 08226

Phone: (610) 293-8084

Alternate: (609) 365-0012

Fax: (877) 736-2434

david@davidconcannon.com

www.davidconcannon.com

*****CONFIDENTIALITY NOTICE*****

This email, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this email is prohibited. If you have received this email in error please notify the sender by reply email of the error and then delete this email immediately.

---

**From:** Jackie Rolleri - NOAA Federal <jackie.rolleri@noaa.gov>
**Date:** Friday, March 20, 2020 at 8:53 AM
**To:** David Concannon <david@davidconcannon.com>
**Cc:** Brian Wainger <bwainger@kaleolegal.com>, "Kent.Porter@usdoj.gov" <Kent.Porter@usdoj.gov>, "bargerd_gtlaw.com" <bargerd@gtlaw.com>, William Poynter <wpoynter@kaleolegal.com>
**Subject:** Re: following up re: Broadwater

Thanks, David.

To clarify, John Broadwater has contacted two of our employees, who are former colleagues and friends of his, for the purpose of discussing Titanic and the potential 2020 expedition. Before our folks respond, I want to ensure that there are no concerns with NOAA discussing such matters with Broadwater (versus just catching up generally with friends/colleagues).

Thanks,

Jackie

On Wed, Mar 18, 2020 at 9:54 PM David G. Concannon <david@davidconcannon.com> wrote:

> Hi Jackie,
>
> John Broadwater, Ph.D. is working as the project archaeologist for RMST's Titanic 2020 Expedition.  We understand that he has incidental contact with his friends and former colleagues at NOAA, and this is fine with us.
>
> Please make sure that you and Mr. Porter include me in your communications with RMST's attorneys.  Thank you.
>
> Sincerely,
>
> David G. Concannon
>
> Concannon & Charles
>
> 100 Sun Valley Road, No. 329
>
> Sun Valley, Idaho 83353
>
> Phone: (610) 293-8084
>
> Alternate: (208) 309-3380
>
> New Jersey Office:
>
> 810 Asbury Avenue, No. 212
>
> Ocean City, NJ 08226
>
> Phone: (610) 293-8084
>
> Alternate: (609) 365-0012
>
> Fax: (877) 736-2434

david@davidconcannon.com

www.davidconcannon.com

*****CONFIDENTIALITY NOTICE*****

This email, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this email is prohibited. If you have received this email in error please notify the sender by reply email of the error and then delete this email immediately.

From: **Jackie Rolleri - NOAA Federal** <jackie.rolleri@noaa.gov>
Date: Wed, Mar 18, 2020 at 2:57 PM
Subject: following up re: Broadwater
To: Brian Wainger <bwainger@kaleolegal.com>, <bargerd@gtlaw.com>
Cc: Porter, Kent (USAVAE) <Kent.Porter@usdoj.gov>

Hi Brian,

Did you get any clarification from your client about Broadwater's relationship, if any, with the company? As I mentioned on the phone, Broadwater has contacted a couple of NOAA folks who, to date (and to my knowledge), have not discussed Titanic with him. That said, if Broadwater has not entered into any formal/legal relationship with the company, then I want to know that so that our folks can be responsive without risking any accusations from RMST.

Thanks,

Jackie

--

Deputy Chief

Oceans and Coasts Section

Office of the General Counsel

National Oceanic and Atmospheric Administration

1305 East-West Highway

SSMC4, Suite 6111

Silver Spring, MD  20910

301-713-7387 (office)

202-494-8963 (cell)

Confidentiality Notice:  This e-mail message is intended only for the named recipients.  It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law.  If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited.  Please notify the sender immediately that you have received this message in error, and delete the message.

--

Deputy Chief

Oceans and Coasts Section

Office of the General Counsel

National Oceanic and Atmospheric Administration

1305 East-West Highway

SSMC4, Suite 6111

Silver Spring, MD  20910

301-713-7387 (office)

202-494-8963 (cell)

Confidentiality Notice:  This e-mail message is intended only for the named recipients.  It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law.  If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited.  Please notify the sender immediately that you have received this message in error, and delete the message.

--
Deputy Chief
Oceans and Coasts Section
Office of the General Counsel
National Oceanic and Atmospheric Administration
1305 East-West Highway
SSMC4, Suite 6111
Silver Spring, MD  20910
301-713-7387 (office)
202-494-8963 (cell)

Confidentiality Notice:  This e-mail message is intended only for the named recipients.  It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law.  If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited.  Please notify the sender immediately that you have received this message in error, and delete the message.