# EXHIBIT C

# CURRICULUM VITAE

**James J. Sinclair, MA**
**Maritime Historic Archaeologist**
**2709 Rutgers Court**
**Henrico, VA 23233**
**Cell: (239) 218-▅▅▅**
E-mail: shpwrk1@▅▅▅

**EDUCATION:**

| | |
|---|---|
| 2002 | MA in Maritime Historic Archaeology, Union Institute and University and Vermont College |
| 1990-1995 | Post-grad work in maritime archaeology, Antioch University, Yellow Springs, OH |
| 1980-1990 | Various apprenticeships in Conservation and Archaeology. Continuing education through attendance at professional seminars and symposia. |
| 1976-1980 | B.A. Anthropology, Cum Laude, Franklin Pierce College, Rindge, NH |

**AREAS OF SPECIALIZATION:**

Maritime Historic Archaeology, Historic Shipwreck Exploration and Archaeology; Artifact Conservation; Education; Museum Design and Display; Professional Speaking

**PROFESSIONAL HISTORY:**

| | |
|---|---|
| 2016-2018 | Project Archaeologist Discovery Channel Coopers Treasure Series |
| 2014-2016 | Project Archaeologist Global Marine Exploration |
| 2008-2018 | Project Archaeologist Blue Water Ventures International |
| 2014 | Archaeologist, Odyssey Marine Steamship Central America |
| 2011-2014 | Project Archaeologist, IMDI-Eco Olas, INAC Republic of Panama |
| 2010-2012 | Project Archaeologist, 1715 Fleet Queens Jewels/Florida Bureau of Archaeology |
| 2010-2015 | Board Member ProMES trade organization |
| 2009-2013 | Project Archaeologist Deeptrek, Wales, United Kingdom. |
| 2013-2016 | Project Archaeologist Seafarers Exploration Corp. |
| 2008 | Project Archaeologist, Lusitania Project, Odyssey Marine and JWM Productions/ Republic of Ireland |
| 2004-2007 | Project Archaeologist Le Chemeau Ltd./ Nova Scotia Dept of Historic Resources, 1725 French Transport and associated wrecks |
| 1983-2010 | Project Archaeologist to Mel Fisher Center Inc./ Florida Bureau of Archaeology 1715 Fleet Wrecks |
| 1980-2016 | Project Archaeologist to Motivation Inc. Key West, FL/ NOAA/FKNMS |
| 2001 | Chief Archaeologist, Atlantic Sands Expedition, 16000 ft. manned submersible – historic period shipwreck expedition. |
| 2000-2001 | Titanic 2000 Expedition Chief Archaeologist, RMS Titanic Inc/4th district Federal Courts, USA |
| 1999  2016 | Incorporated, SEAREX, Inc. Marine Archaeological Consulting firm. |
| 1995-1998 | Consultant to McKee Treasure Coins, Cayman Islands |

| | |
|---|---|
| 1990-1995 | Vice President, SEAS, Inc. |
| 1990-1992 | Site archaeologist and conservator, <u>Nuestra Senora del Pilar y Zaragosa, 1690</u> Territory of Guam, USA 1989. |
| 1983-1990 | Atlantic Alliance for Maritime History, Lecturer for field schools in underwater archaeology for sport divers throughout United States |
| 1980-1990 | Archaeologist/ Conservator, Nuestra Senora de Atocha, 1622 Treasure Salvors Inc. Key West, FL |
| 1988 | Consultant, the <u>Flor de la Mar Project</u>, Jakarta, Indonesia Consultant, the <u>Issac Allerton Project</u> (mid- 19th c. merchant man wrecked near the Saddlebunch Keys, FL) |
| 1982-1988 | Remote sensing, aerial photogrammetry and archaeological mapping of the <u>1715 Plate Fleet</u> area. (Included the wrecks of six Spanish galleons.) |
| 1987 | Co-director, preliminary survey of late 19th c. shipwreck in the Key Largo National Marine Sanctuary in association with The Alliance for Maritime History Conservation and The National Oceanic and Atmospheric Administration (NOAA) |
| 1987 | Consultant, Jupiter Wrecks Inc./ Florida Bureau of Archaeology for the preliminary mapping of the Spanish vessel <u>San Miguel de Archangel</u>, circa 1685 at Jupiter Inlet, Fl |
| 1981-1990 | Co-director, archaeological excavation, the <u>Nuestra Senora de Atocha</u> 1622, Chief Conservator, Treasure Salvors Inc. Key West, Fl. |
| 1984-1986 | Expedition leader, Cedam International Expedition to St. Eustatius N.A. Archaeological mapping, Orangstead Bay |
| 1984-1985 | Preliminary survey Veracruz Harbor and adjacent waters. (Privately funded project led to the discovery of the <u>U.S. Sommers)</u> |
| 1981-2018 | Director and co-director in remote sensing and archaeological investigations of the <u>Santa Margarita</u> and the <u>Nuestra Senora de Atocha,</u> 1622 |
| 1984 | Mapping and Assessment of environmental conditions on Revolutionary War Shipwrecks, Mullica River, NJ.  Field Schools Conducted by the Atlantic Alliance and The State of N.J. |
| 1981 | Participated in raising of the <u>Santa Margarita</u>, 1622, hull structure |

**CONSERVATION AND CURATORIAL EXPERIENCE:**

| | |
|---|---|
| 1999-2018 | Consulting Conservator Motivation Inc. Key West, FL |
| 2011-14 | Consulting Conservator IMDI/ ECO OLAS and Republic of Panama |
| 1993-2007 | Consulting Conservator Mel Fisher Center, 1715 Fleet Wrecks |
| 2000-01 | Consulting Conservator RMS Titanic Inc. |
| 1990-95 | Chief Conservator and Curator of Collections SEAS Inc. Key West, Fl. |
| 1992 | Chief Conservator Nuestra Senora del Pilar, 1691: Guam |
| 1983-07 | Curator and conservator for assemblage of materials recovered from the wrecks of the <u>1715 Plate Fleet</u> for Cobb Coin Co. Inc. Sebastian Fl. Curator and conservator for assemblage of materials from the <u>Henrietta Marie</u>, (1700 English slave ship,) Treasure Salvors Inc. Key West, Fl |
| 1981-07 | Curator and conservator for assemblage of materials recovered from the <u>Nuestra Senora de Atocha</u> and the <u>Santa Margarita</u>, 1622 Treasure Salvors Inc. Key West, Fl |

**EXHIBITION EXPERIENCE:**

| | |
|---|---|
| 2001 | Consultant Titanic Exhibit, Chicago Museum of Science and Industry |
| 1990-95 | Designed and implemented traveling exhibit of treasures recovered from the Nuestra Senora de Atocha, 1622 by SEAS Inc. toured approx. 90 Cities throughout the USA in Guild Jewelry Stores. Names and Dates Available upon request. |
| 1986 | Children's Museum, Indianapolis, IN |
| 1983 | Permanent Exhibit, 200 Greene St., Key West, Fl |
| 1982 | Martello Museum, Key West Art and Historical Society, Key West, FL |
| 1982 | US Customs House, Baltimore MD. |
| 1982 | Convention Center, Mallory Square, Key West, Fl |
| 1981 | Museum of Science, Jacksonville, FL |
| 1981 | Washington D.C., National Geographic Society, Explorers Hall |
| 1981 | Queens Museum and Chase Manhattan Bank, Flushing Meadows, NY |

**PUBLIC LECTURES:**

| | |
|---|---|
| 2019 | Southern Adventist University, Collegedale Academy, Collegedale, TN |
| 2019 | Vancouver International Boat Show |
| 2018 | Nauticus Maritime Museum Norfolk, VA |
| 2017 | Richmond Dive Club, Richmond Rotary Club |
| 2016 | Searex Field Event, Spanish Main Antiques St Augustine FL |
| 2015 | Rotary Club Palatka FL. |
| | St Augustine Pirate Museum |
| 2004 | Planet Ocean: new paradigms for shipwreck investigation, UI2004 |
| 2003 | Shipwrecks, Archaeological Treasures of the Deep, North Carolina Museum of Natural History |
| 2002 | Hidden Treasures Lecture for the benefit of the Cleveland Clinics, Children's Hospital Center for Autism, in conjunction with the Cleveland Museum of Science and RMS Titanic Inc. |
| 2002 | Lecture at Massachusetts Institute of Technology (MIT), on the Coconut wreck first historic period ship investigated in 16,000fsw |
| 2001 | Presented Preliminary Archaeological Report RMS Titanic, Underwater Intervention (UI 2001) |
| 2001 | Lecturer Oceanology International Conference of the Americas |
| 2001 | Lecturer and instructor, South Florida Museum of Natural History |
| 2001 | Guest Lecturer, Maui Ocean Center, HI |
| 1999 | Guest Speaker, BIG ARTS, Sanibel, FL |
| 1997-98 | Guest Speaker, Mckee Treasure Coins, Cayman Islands |
| 1990-95 | Speaker for SEAS Inc. 90 cities around US |
| 1987 | Guest Lecturer, University of Kentucky archaeology seminar |
| 1987 | Guest Lecturer, University of Hawaii, Marine Options Program |
| 1986 | Guest Speaker, Newfound Harbor Marine Institute, Big Pine Key, FL |
| 1986 | Guest Speaker, Annual meeting SHA-CUA, Sacramento CA |
| 1985 | Workshop, Florida Institute of Technology, Sponsored by the Atlantic Alliance |
| 1985 | Guest Speaker, Newfound Harbor Marine Institute, Big Pine Key, FL |

| | |
|---|---|
| 1985 | Key West Workshop on Underwater Archaeology Sponsored by The Atlantic Alliance |
| 1985 | NJ Workshop: Introduction to Underwater Archaeology. Sponsored by The Atlantic Alliance |
| 1984 | Motivational Keynote speaker for Scotts Restaurants, Canada. Search for Success Lecture Series. |
| 1984 | Guest Speaker, The Atlantic Alliance Conference, N. Carolina |

**PUBLICATIONS:**
"Nuestra Senora de Atocha, 1622, 2007-2009, 2010-2012, 2013-2015, 2016, 2017 submitted to NOAA/FKNMS.
"Titanic 2000 Final Field Report" published by RMS Titanic 2010.
"The Coconut Wreck" Published in the proceedings of the 2002 conference on Deep Sea Archaeology,
Massachusetts Institute of Technology (MIT)
Archaeology of the Titanic, Explorers Club Journal, Fall 2001
Just a Coin or Two, thoughts on the conservation of the silver coinage of the Nuestra Senora de Atocha,1622: Institute of Marine Archaeological Conservation Digest, 2000
Preliminary Archaeological Report, RMS Titanic, RMS Titanic Web Site and IMAC Digest
Archaeology of the Titanic Series, Published through RMS Titanic Inc. Web Site.
Treasure Hunters and Archaeologists, A Historical Perspective: Published through Institute of Marine Archaeological Conservation.
Seabed to show case the conservation of metal objects from underwater sites: Published by Seafarers Heritage Journal, 1987
Florida East Coast Shipwreck Project 1982,1983,1984,1999,2000, 2001,2002,2003, 2004: limited publication through State of Florida, Department of Archaeological Research

**PROFESSIONAL PRESENTATIONS:**
Private Public Partnerships in Underwater Archaeology:  Beneath the Sea conference 2003
The Piña Colada wreck: Presented at MIT, Deep-sea Archaeology Conference, 2002
Archaeology and the role of the private sector: Underwater Intervention, 2002
Archaeology and the Titanic: Presented at Oceanology International Conference, 2001
Preliminary archaeological report RMS Titanic: Presented at Underwater Intervention 2001
Swords of the Atocha: Presented at the 1988 SHA-CUA, Reno NV
Silver from the Atocha: a glance at merging Spanish/Indian artistic traditions. Presented at the 1987 SHA-CUA annual meeting, Savanna, Ga.

**References Provided Upon Request**