**From:** David G. Concannon <david@davidconcannon.com>
**Sent:** Monday, April 20, 2020 4:50 PM
**To:** Conlin, Dave L
**Cc:** Moore, Bryan C; Snow, Trouper R; Drugatz, Julie A
**Subject:** Re: [EXTERNAL] Lake Mead NRA diving fatality - April 15, 2020

Dave,

Thanks for getting back to me.  I left a message with the dispatcher at Lake Mead but your method of putting me in touch with the right people is more direct.  Thank you for forwarding my email to the right people.

On a wholly unrelated note, I may be reaching out to you in the near future to see if you want any follow up done with your work out at the *Titanic* later this year.  John Broadwater has put together a project research design, but it is still a work in progress.  NOAA will have no role in the project, except to comment on documents after they are filed in the admiralty court.  However, I know you were out at *Titanic* on behalf of the NPS in 2010, and I was out with Larry Murphy in 2003, so this would be an opportunity to continue the NPS's work if there is a willingness to do so.

Best wishes,

David


**From:** "Conlin, Dave L" <Dave_Conlin@nps.gov>
**Date:** Monday, April 20, 2020 at 4:29 PM
**To:** David Concannon <david@davidconcannon.com>
**Cc:** "Moore, Bryan C" <Bryan_Moore@nps.gov>, "Snow, Trouper R" <Trouper_Snow@nps.gov>, "Drugatz, Julie A" <Julie_Drugatz@nps.gov>
**Subject:** Re: [EXTERNAL] Lake Mead NRA diving fatality - April 15, 2020

David-

I am very sorry to hear of the fatality at Lake Mohave- we all need less bad news in the world, not more.  Nobody at the Submerged Resources Center has been approached by the park about the accident and we know nothing about it.

**Exhibit 1**

I am forwarding your email to the Lake Mead Park Dive Officer, Byran Moore, the Lake Mead Press Information Officer Julie Drugatz, and the Lake Mead Chief Ranger Trouper Snow.  I will leave it up to them to reply directly to you concerning your offer.

Sincerely,

Dave

David L. Conlin Ph.D.
Archeologist/Chief
National Park Service Submerged Resources Center
12795 W. Alameda Parkway
Lakewood, CO
80228

(303) 969-2665 (o)
(303) 378-6285 (m)


The National Park Service cares for special places saved by the American people so that all may experience our heritage.

EXPERIENCE YOUR AMERICA--DIVE YOUR AMERICA

---

**From:** David G. Concannon <david@davidconcannon.com>
**Sent:** Monday, April 20, 2020 1:58 PM
**To:** Conlin, Dave L <Dave_Conlin@nps.gov>
**Subject:** [EXTERNAL] Lake Mead NRA diving fatality - April 15, 2020

Hi Dave,

I understand there was a scuba diving fatality in Lake Mojave, inside the Lake Mead National Recreation Area, on Wednesday, April 15th.  The diver, ▓▓▓▓▓▓▓ was wearing a Horizon semi-closed rebreather, manufactured by ▓▓▓▓.  I represent ▓▓▓▓ in the U.S., and the company has asked me to reach out to the National Park Service to offer whatever assistance the NPS may need in evaluating the equipment.

Although you may not be directly involved in the investigation, I figured you might be asked to help because of your familiarity with closed circuit rebreathers and your use of CCRs with the Submerged Cultural Resources Unit.  That is why I am sending you this email.  If you are not

**Exhibit 1**

involved in the investigation, please disregard it.  Alternatively, if you know the NPS personnel involved in the investigation, please forward this email to them so they can have my contact information.

Please note: ███████ is not asking to inspect the equipment.  The company is only offering to provide technical assistance if needed.  The Horizon SCR is new to the market, so there may not be much familiarity with it within the investigative community.

Thank you.

Sincerely,

David G. Concannon

Concannon & Charles
100 Sun Valley Road, No. 329
Sun Valley, Idaho 83353
Phone: (610) 293-8084
Alternate: (208) 309-3380

New Jersey Office:
810 Asbury Avenue, No. 212
Ocean City, NJ 08226
Phone: (610) 293-8084
Alternate: (609) 365-0012
Fax: (877) 736-2434

david@davidconcannon.com
www.davidconcannon.com

*****CONFIDENTIALITY NOTICE*****

This email, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this email is prohibited. If you have received this email in error please notify the sender by reply email of the error and then delete this email immediately.

Exhibit 1