

**David Alberg - NOAA Federal <david.alberg@noaa.gov>**

# Titanic

**John Broadwater** <john.d.broadwater@▓▓▓▓▓>  Fri, May 8, 2020 at 12:26 PM
To: David Alberg <david.alberg@noaa.gov>

Dear Dave,

I just want to make sure you and the U.S. attorney got the word that I am no longer working with RMS Titanic, Inc., and I won't be participating in their expedition this year. I withdrew before their most recent filing (this week), and I'm not sure if that fact was conveyed to the court. Please share this information with other appropriate personnel at NOAA and DOJ.

Sincerely,

John

--
==========================
John D. Broadwater
Maritime Archaeologist
Williamsburg, Virginia USA
Mobile number: 757-▓▓▓▓▓