

Jackie Rolleri - NOAA Federal <jackie.rolleri@noaa.gov>

## following up re: Broadwater
8 messages

---

**Jackie Rolleri - NOAA Federal** <jackie.rolleri@noaa.gov>  Wed, Mar 18, 2020 at 2:56 PM
To: Brian Wainger <bwainger@kaleolegal.com>, bargerd@gtlaw.com
Cc: "Porter, Kent (USAVAE)" <Kent.Porter@usdoj.gov>

Hi Brian,

Did you get any clarification from your client about Broadwater's relationship, if any, with the company? As I mentioned on the phone, Broadwater has contacted a couple of NOAA folks who, to date (and to my knowledge), have not discussed Titanic with him. That said, if Broadwater has not entered into any formal/legal relationship with the company, then I want to know that so that our folks can be responsive without risking any accusations from RMST.

Thanks,
Jackie

--
Deputy Chief
Oceans and Coasts Section
Office of the General Counsel
National Oceanic and Atmospheric Administration
1305 East-West Highway
SSMC4, Suite 6111
Silver Spring, MD  20910
301-713-7387 (office)
202-494-8963 (cell)

Confidentiality Notice:  This e-mail message is intended only for the named recipients.  It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law.  If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited.  Please notify the sender immediately that you have received this message in error, and delete the message.



---

**Brian Wainger** <bwainger@kaleolegal.com>  Wed, Mar 18, 2020 at 6:03 PM
To: Jackie Rolleri - NOAA Federal <jackie.rolleri@noaa.gov>
Cc: "bargerd_gtlaw.com" <bargerd@gtlaw.com>, "Porter, Kent (USAVAE)" <Kent.Porter@usdoj.gov>

Thanks for the follow-up Jackie. I'll get back to you asap.
[Quoted text hidden]
--
Brian Wainger
Principal
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
t:757.965.6804
f:757.304.6175 (efax direct)

**Exhibit 4**

This message contains information which may be confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify me immediately by telephone or by electronic mail. Thank you.

---

**David G. Concannon** <david@davidconcannon.com>  Wed, Mar 18, 2020 at 9:54 PM
To: Brian Wainger <bwainger@kaleolegal.com>, Jackie Rolleri - NOAA Federal <jackie.rolleri@noaa.gov>, "Kent.Porter@usdoj.gov" <Kent.Porter@usdoj.gov>
Cc: "bargerd_gtlaw.com" <bargerd@gtlaw.com>, William Poynter <wpoynter@kaleolegal.com>

Hi Jackie,

John Broadwater, Ph.D. is working as the project archaeologist for RMST's Titanic 2020 Expedition. We understand that he has incidental contact with his friends and former colleagues at NOAA, and this is fine with us.

Please make sure that you and Mr. Porter include me in your communications with RMST's attorneys. Thank you.

Sincerely,

David G. Concannon

Concannon & Charles

100 Sun Valley Road, No. 329

Sun Valley, Idaho 83353

Phone: (610) 293-8084

Alternate: (208) 309-3380

New Jersey Office:

810 Asbury Avenue, No. 212

Ocean City, NJ 08226

Phone: (610) 293-8084

Alternate: (609) 365-0012

Fax: (877) 736-2434

david@davidconcannon.com

**Exhibit 4**

*****CONFIDENTIALITY NOTICE*****

This email, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this email is prohibited. If you have received this email in error please notify the sender by reply email of the error and then delete this email immediately.

[Quoted text hidden]

---

**Jackie Rolleri - NOAA Federal** <jackie.rolleri@noaa.gov>   Fri, Mar 20, 2020 at 10:52 AM
To: "David G. Concannon" <david@davidconcannon.com>
Cc: Brian Wainger <bwainger@kaleolegal.com>, "Kent.Porter@usdoj.gov" <Kent.Porter@usdoj.gov>, "bargerd_gtlaw.com" <bargerd@gtlaw.com>, William Poynter <wpoynter@kaleolegal.com>

Thanks, David.

To clarify, John Broadwater has contacted two of our employees, who are former colleagues and friends of his, for the purpose of discussing Titanic and the potential 2020 expedition. Before our folks respond, I want to ensure that there are no concerns with NOAA discussing such matters with Broadwater (versus just catching up generally with friends/colleagues).

Thanks,
Jackie

[Quoted text hidden]
Deputy Chief
[Quoted text hidden]

---

**David G. Concannon** <david@davidconcannon.com>   Fri, Mar 20, 2020 at 11:05 AM
To: Jackie Rolleri - NOAA Federal <jackie.rolleri@noaa.gov>
Cc: Brian Wainger <bwainger@kaleolegal.com>, "Kent.Porter@usdoj.gov" <Kent.Porter@usdoj.gov>, "bargerd_gtlaw.com" <bargerd@gtlaw.com>, William Poynter <wpoynter@kaleolegal.com>

Hi Jackie,

Actually, the number is three: Ole Varmer, David Alberg and Craig McLean.

I believe Ole's discussion was just a comment in passing. David Alberg and John agreed not to talk about the Titanic or Titanic 2020. John and Craig are free to talk about anything they want.

[Quoted text hidden]
[Quoted text hidden]

Deputy Chief

**Exhibit 4**

[Quoted text hidden]

Image removed by sender.

---

**Jackie Rolleri - NOAA Federal** <jackie.rolleri@noaa.gov>     Fri, Mar 20, 2020 at 11:10 AM
To: "David G. Concannon" <david@davidconcannon.com>
Cc: Brian Wainger <bwainger@kaleolegal.com>, "Kent.Porter@usdoj.gov" <Kent.Porter@usdoj.gov>, "bargerd_gtlaw.com" <bargerd@gtlaw.com>, William Poynter <wpoynter@kaleolegal.com>

Hi David,

Ole retired from NOAA so he is no longer an employee of the agency. If RMST has no concerns with Broadwater discussing Titanic with Craig, then I'll assume the same is true for our other employees who work on this matter, including Dave Alberg.

Best,
Jackie

[Quoted text hidden]
Deputy Chief
[Quoted text hidden]

---

**David G. Concannon** <david@davidconcannon.com>     Fri, Mar 20, 2020 at 11:18 AM
To: Jackie Rolleri - NOAA Federal <jackie.rolleri@noaa.gov>
Cc: Brian Wainger <bwainger@kaleolegal.com>, "Kent.Porter@usdoj.gov" <Kent.Porter@usdoj.gov>, "bargerd_gtlaw.com" <bargerd@gtlaw.com>, William Poynter <wpoynter@kaleolegal.com>

Jackie,

I think it is probably best if David Alberg and John Broadwater do <u>NOT</u> talk about Titanic or the upcoming expedition. The same goes for other NOAA employees who are involved in the day-to-day machinations regarding Titanic. It is my understanding that Craig is not involved in the day-to-day aspects anymore.

John is currently preparing a Project Research Design for the Titanic 2020 Expedition. This will be filed with the court soon. NOAA employees who are involved in the day-to-day aspects of Titanic will have an opportunity to comment in the context of the admiralty proceeding.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]

**Exhibit 4**

Deputy Chief

[Quoted text hidden]

**Error! Filename not specified.**

[Quoted text hidden]

---

**Jackie Rolleri - NOAA Federal** <jackie.rolleri@noaa.gov>  Fri, Mar 20, 2020 at 11:24 AM
To: "David G. Concannon" <david@davidconcannon.com>
Cc: Brian Wainger <bwainger@kaleolegal.com>, "Kent.Porter@usdoj.gov" <Kent.Porter@usdoj.gov>, "bargerd_gtlaw.com" <bargerd@gtlaw.com>, William Poynter <wpoynter@kaleolegal.com>

Thanks, David.  I'm aware of the degree to which NOAA folks are engaged on these matters so I'll advise my clients, including Craig and Dave, accordingly.

Best,
Jackie
[Quoted text hidden]
Deputy Chief
[Quoted text hidden]

**Exhibit 4**