UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
Successor-in-interest to Titanic
Ventures, limited partnership,

    Plaintiff,

v.                                                           CIVIL ACTION NO. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A
POINT LOCATED AT 41 43' 32" NORTH
LATITUDE AND 49 45' 49" WEST
LONGITUDE, BELIEVED TO BE THE R.M.S.
TITANIC, IN REM,

    Defendant.

## ORDER

This matter is before the court on Plaintiff R.M.S. Titanic, Inc.'s ("RMST") Motion to Amend or Modify the Court's July 28, 2000 Order ("Motion"), filed on March 27, 2020, and subsequent filings of RMST and the United States.[1] ECF Nos. 600, 601, 602, 605, 607, 609, 610.

The parties have made continuous, lengthy filings regarding the issues, events, and personnel associated with RMST's proposed

---

[1] On April 28, 2020, after RMST's Motion and the United States' Report and Recommendation in opposition were filed, this court entered an Order removing the hearing on this matter and informing the parties that it would decide the matter on the written filings. ECF No. 603. The Order did not set a schedule for further briefing on the Motion.

Expedition 2020, despite the fact that certain of these filings have been untimely, have exceeded applicable page limits under this court's Local Rules, or have constituted types of filings back and forth that are not permitted under this court's Local Rules.

The court will consider all filings and submissions made through May 14, 2020, in evaluating the Motion, but it will not consider any further filings or submissions on this issue without leave of the court, for good cause shown. To the extent formal leave of the court is, or was, required for any of the filings and submissions through May 14, 2020, the court **GRANTS** such leave at this time.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

May 15, 2020