IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                                 Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
    Defendant.

## ORDER

**IT APPEARING TO THE COURT:**

1. On June 8, 2020, Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company") filed in this Court its Motion for entry of an Order, pursuant to Local Rules 83.1(D)(3) and 83.1(G), granting its *pro hac vice* counsel, David G. Concannon, Esquire, leave to withdraw his appearance on behalf of RMST.

2. Mr. Concannon's admission *pro hac vice* was approved by the Court in an Order dated December 18, 2019 (Doc. No. 583), pursuant to an application to admit Mr. Concannon as *pro hac vice* counsel filed by RMST on December 17, 2019.  (Doc. No. 584.)

3. There are no further matters pending before the Court that require Mr. Concannon's specialized subject matter expertise.  Accordingly, RMST and Mr. Concannon seek leave of the Court to allow Mr. Concannon to withdraw his appearance as *pro hac vice* counsel to RMST.

4. RMST is still capably represented by Brian A. Wainger, Esquire (VSB #38476) of Kaleo Legal in Virginia Beach, Virginia, and David G. Barger (VSB #21652) of Greenberg Traurig, LLP in McLean, Virginia.

5. Mr. Concannon has complied with the reasonable notice provisions of Local Rule 83.1(G).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

A. RMST's Motion is hereby GRANTED, and

B. RMST's *pro hac vice* counsel, David G. Concannon, Esquire, is GRANTED leave to withdraw his appearance on behalf of Plaintiff RMST.

                                                _____
                                                Hon. Rebecca Beach Smith
                                                United States District Court
                                                for the Eastern District of Virginia

_____, 2020
At Norfolk, Virginia