# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

R.M.S. TITANIC, INC., successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                        Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32'' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
    Defendant,

and

UNITED STATES OF AMERICA,
Intervenor.

## NOTICE OF APPEAL BY INTERVENOR UNITED STATES OF AMERICA[1]

Notice is hereby given that Intervenor United States of America hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order of the district court entered May 18, 2020, granting Plaintiff's motion to modify a prior injunction. A copy of that order is attached. Dkt. No. 612 (attached as Exhibit A)..

Dated: June 17, 2020

---

[1] The United States' emergency motion for intervention nunc pro tunc filed on May 8, 2020, Dkt. No. 614, as well as a motion for reconsideration filed on May 15, 2020, Dkt. No. 616, remain pending before the district court.

        Respectfully submitted,

        UNITED STATES OF AMERICA,
        Intervenor

By:  G. Zachary Terwilliger
      United States Attorney

By:  /s/ *Kent P. Porter*
      Kent P. Porter, VSB No. 22853
      Assistant United States Attorney
      Attorney for Intervenor United States
      United States Attorney's Office
      8000 World Trade Center
      101 West Main Street
      Norfolk, VA 23510
      757-441-6331
      Fax:  757-441-6689
      kent.porter@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2020, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| **Brian Andrew Wainger**<br>Kaleo Legal<br>4456 Corporation Lane<br>Suite 135<br>Virginia Beach, VA 23462<br>Email: bwainger@kaleolegal.com | **David G. Barger, VSB #21652**<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard, Suite 1200<br>McLean, Virginia 22102<br>Tel: (703) 749-1300<br>Fax: (703) 749-1301<br>E-Mail: Bargerd@gtlaw.com |
| **David G. Concannon**<br>Concannon & Charles<br>100 Sun Valley Road, No. 329<br>Sun Valley, Idaho 83353<br>Email: david@davidconcannon.com | |

 /s/ *Kent P. Porter*
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov