# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| R.M.S. TITANIC, INC., successor-in-interest to Titanic Ventures, limited partnership, *Plaintiff,* v. THE WRECKED AND ABANDONED VESSEL, et al., *Defendants.* | Case No. 2:93-cv-902 |

## NOTICE OF APPEARANCE

NOW COMES Plaintiff R.M.S. Titanic, Inc. and provides notice to the Court, the Clerk of Court, and the parties of record that Ryan V.P. Dougherty, Esq., who is admitted to practice before this Court, of the law firm Kaleo Legal will appear as counsel on its behalf in this matter.

                                                Respectfully Submitted,

                                                R.M.S. TITANIC, INC.

                                                *By Counsel*

                                                __/s/_____
Ryan V.P. Dougherty (VSB No. 78444)
Brian A. Wainger (VSB No. 38476)
KALEO LEGAL
4456 Corporation Lane
Suite 135
Virginia Beach, Virginia 23462
Tele: (757) 238-6383
Fax: (757) 304-6175
bwainger@kaleolegal.com
rdougherty@kaleolegal.com

2

        David G. Barger (VSB No. 21652)
        GREENBERG TRAURIG, LLP
        1750 Tysons Boulevard, Suite 1000
        McLean, Virginia 22102
        Tel: (703) 749-1300
        Fax: (703) 749-1301
        E-mail: bargerd@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                             /s/_____
                                                        Ryan V.P. Dougherty (VSB No. 78444)
                                                        Brian A. Wainger (VSB No. 38476)
                                                        KALEO LEGAL
                                                        4456 Corporation Lane
                                                        Suite 135
                                                        Virginia Beach, Virginia 23462
                                                        Tele: (757) 238-6383
                                                        Fax: (757) 304-6175
                                                        bwainger@kaleolegal.com