**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
        Plaintiff,

v.                                          Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
        Defendant.

### [PROPOSED] ORDER

THIS MATTER IS BEFORE THE COURT on the motion of Plaintiff R.M.S. Titanic, Inc. ("RMST"), for an extension of time to file its Periodic Report in response to the Opinion of this Court on May 18, 2020. ECF No. 612. Upon a review of the relevant pleadings, and finding that it is proper to do so, the Court orders that RMST shall have up to and including July 1, 2020, in order to file its Periodic Report describing its "funding plan detailing the costs and funding sources of the recovery operation and the conservation of any recovered artifacts" during an expedition intended to take place in August and September 2020.

It is **SO ORDERED**. The Clerk is directed to send a copy of this Order to all counsel of record.

Entered: _____

                                                              Hon. Rebecca Beach Smith
                                                              Senior United States District Judge