IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.                                                       Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
      Defendant.

## ORDER

THIS MATTER IS BEFORE THE COURT on the motion of Plaintiff R.M.S. Titanic, Inc. ("RMST"), for an extension of time to file its Periodic Report in response to the Opinion of this Court on May 18, 2020. ECF No. 612. Upon a review of the relevant pleadings, and for good cause shown, the Court orders that RMST shall have up to and including July 1, 2020, in order to file its Periodic Report describing its "funding plan detailing the costs and funding sources of the recovery operation and the conservation of any recovered artifacts" during an expedition intended to take place in August and September 2020.*

It is **SO ORDERED**. The Clerk is directed to send a copy of this Order to all counsel of record.

Entered:    *June 19, 2020*                          */s/ Rebecca Beach Smith*
                                                                       Hon. Rebecca Beach Smith
                                                                       Senior United States District Judge

---

* While an appeal of this Opinion was filed on June 17, 2020, ECF No. 618, the filing of the Periodic Report for the "funding plan" is "on [a] matter[] . . . collateral to the appeal," and is a necessary incident for approval by the trial court as a condition precedent for the Opinion to take effect, and thereby "aids the appellate process" and "promote[s] judicial efficiency and facilitates the division of labor between trial and appellate courts." Doe v. Public Citizen, 749 F.3d 246, 258 (4th Cir. 2014) (collecting cases).