IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                           Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
    Defendant.

**PLAINTIFF R.M.S. TITANIC, INC.'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO UNITED STATES' MOTION FOR RECONSIDERATION**

Plaintiff R.M.S. Titanic, Inc. ("RMST"), by counsel and pursuant to Fed. R. Civ. P. 6(b)(1)(A), hereby moves this Court for an extension of time to file its Opposition to *amicus curiae* the United States' Motion to Reconsider the May 18, 2020 Opinion and Request to Stay that Opinion (the "Motion to Reconsider"). ECF No. 616. In support, RMST states as follows:

1. In light of the United States' flurry of pleadings and this Court's recent orders, RMST requests an extension of time to file its Opposition to the United States' Motion to Reconsider until ten days after this Court has issued its decision concerning the United States' Emergency Motion to Intervene and, if Granted, an Extension of Time to File an Appeal ("Motion to Intervene").[1] ECF No. 614

2. On May 18, 2020, the Court issued its Opinion granting RMST's Motion to Amend or Modify the Court's July 28, 2000 Order regarding RMST's request to recover the Marconi Artifacts. ECF No. 612.

---

[1] If the Court is not inclined to grant the requested extension, RMST, in the alternative, requests an additional ten days – or until July 9, 2020 to file its opposition, in light of the significant constitutional issues raised by the United States' position with respect to Section 113.

3. Following the Court's decision, the United States filed the Motion to Intervene on June 8, 2020. ECF No. 614. RMST timely filed its opposition to the United States' Motion to Intervene on June 22, 2020. ECF No. 625.

4. On June 15, 2020, the United States, identifying itself as an "Intervenor," filed a Motion to Reconsider the Court's May 18, 2020 Opinion. ECF No. 616. RMST's opposition to the Motion to Reconsider is due on June 29, 2020. Local Civil Rule 7(F)(1).

5. In a footnote to its Motion to Reconsider, the United States implicitly acknowledged that its Motion to Reconsider is dependent on its Motion to Intervene: "The United States recognizes that the Court has not yet ruled on its emergency motion for intervention nunc pro tunc. ECF No. 614. This motion is being filed to protect the United States' interests and to comport with the 28-day deadline for motions to reconsider required by Federal Rule of Civil Procedure 59(b)." Motion to Reconsider at 1 n.1.

6. Then, on June 17, 2020, the United States, again captioned as "Intervenor," filed a Notice of Appeal to the Fourth Circuit Court of Appeals concerning the Court's May 18, 2020 Opinion. ECF No. 618.

7. On June 23, 2020, the Court issued an order staying (the "Stay Order") any further rulings on the Motion to Intervene as a result of the Notice of Appeal. ECF No. 626.

8. Because the United States' Motion to Reconsider is dependent on the Motion to Intervene, RMST respectfully submits that it is prudent for the Court to first rule on the Motion to Intervene and then, if necessary, accept further briefing on the Motion to Reconsider.

9. In light of the Court's Stay Order and any potential appellate proceedings, it is in the best interests of all involved to hold further briefing on the Motion to Reconsider in abeyance

until those matters are resolved, because any future developments may affect the positions of RMST, the United States, or the Court, on the merits of the Motion to Reconsider.

10. Further, RMST submits that fully briefing a matter that may never even be ripe for decision is an unnecessary burden on RMST's, the United States', and the Court's resources.

11. Counsel for RMST conferred with counsel for the United States prior to filing this Motion and they were unable to reach agreement on RMST's request for an extension of time.

12. Pursuant to Local Rule 7(F)(2)(b), no separate brief in support of this motion is required.

WHEREFORE, RMST respectfully requests that this Motion be granted and that the Court enter the attached proposed Order.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

　　　　/s/　　　　　　　
Ryan V.P. Dougherty, VSB # 78444
Brian A. Wainger, VSB #38476
William R. Poynter, VSB #48672
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-mail: rdougherty@kaleolegal.com
E-Mail: bwainger@kaleolegal.com
E-mail: wpoynter@kaleolegal.com


David G. Barger, VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300

3

Fax: (703) 749-1301
Email: Bargerd@gtlaw.com

*Counsel for R.M.S. Titanic, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2020, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                           */s/*
                              Ryan V.P. Dougherty, VSB # 78444
                              Brian A. Wainger, VSB #38476
                              William R. Poynter, VSB #48672
                              KALEO LEGAL
                              4456 Corporation Lane, Suite 135
                              Virginia Beach, VA 23462
                              Tel: (757) 965-6804
                              Fax: (757) 304-6175
                              E-mail: rdougherty@kaleolegal.com
                              E-Mail: bwainger@kaleolegal.com
                              E-mail: wpoynter@kaleolegal.com

                              *Counsel for R.M.S. Titanic, Inc.*