**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.                                                                Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
      Defendant.

**[PROPOSED] ORDER**

THIS MATTER IS BEFORE THE COURT on the motion of Plaintiff R.M.S. Titanic, Inc. ("RMST"), for an extension of time to file its opposition to the United States' Motion to Reconsider the May 18, 2020 Opinion and Request to Stay that Opinion. ECF No. 616. Upon a review of the relevant pleadings, and finding that it is proper to do so, the Court orders that RMST shall have up to and including ten (10) days after this Court has issued its decision on the United States' Motion to Intervene and, if Granted, For Extension of Time to File an Appeal. ECF No. 614.

It is **SO ORDERED**. The Clerk is directed to send a copy of this Order to all counsel of record.

Entered: _____         _____
                                                                   Hon. Rebecca Beach Smith
                                                                   Senior United States District Judge