Judge Rebecca Beach Smith  
Federal Eastern District Court  
701 Broad St  
Richmond  
Virginia  USA VA23219

Wiera Nolan  
134/10 Marco Way  
Parrearra  
Queensland  
Australia 4575  
25th May, 2020

Dear Judge Rebecca,

It is with interest that I saw on the television news, that you have given permission for the removal of the radio equipment, on board the illfated RMS Titanic.

I have attached an interpretive reading titled "Titanic Tragedy The First S.O.S." which relates the last words spoken by the Titanic radio operators Jack Phillips and Harold Bride on that fatal day, which supports the title "The First S.O.S."

Jack Phillips did not survive the sinking and is related to my husband, who helped me with this project. Harold Bride survived and gave testimony to the British Marine Court of Inquity which commenced on the 2nd May, 1912.

I hope you find this interesting, and you are at liberty to pass it to those who may use it.

Yours faithfully.

*W. Nolan*

Wiera Nolan.



RECEIVED  
JUN 2 5 2020  
R. B. SMITH  
SENIOR U.S. DISTRICT JUDGE, NORFOLK, VA