AUSTRALIA
BUDDINA POST SHOP
25/05/2020 09:51 4575 3
0.059 kg (S)
To: USA
$8.30
Postage Paid
GST Free

Economy Untracked
Air International

U.S. MARSHALS

Judge Rebecca Beach Smith
Federal Eastern District Court

701 Broad St
Richmond
Virginia USA       VA 23219



RECEIVED
JUN 25 2020
R. B. SMITH
SENIOR U.S. DISTRICT JUDGE, NORFOLK, VA



RECEIVED
JUN 22 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

From
Wiear Nolan
13A/10 Marco Way
Parrearra
Queensland
Australia 4575