IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**R.M.S. TITANIC, INC.**, successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                                 Civil Action No. 2:93cv902

**THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32'' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>**,
    Defendant,

**and**

**UNITED STATES OF AMERICA**,
    Movant.

### UNITED STATES' MOTION FOR RECONSIDERATION AND A RULING ON PENDING MOTIONS

COMES NOW the United States of America, and moves pursuant to Federal Rule of Civil Procedure 54(b) for reconsideration of the Court's June 23, 2020, "Order to Stay," ECF No. 626.  The United States respectfully requests that the Court reconsider its stay, and to issue rulings on the United States' pending motions, namely the motion to intervene, ECF No. 614, and motion for reconsideration, ECF No. 616.  Alternatively, the United States requests that, at a minimum, the Court issue an indicative ruling on the intervention motion under Federal Rule of Civil Procedure 62.1.  While sensitive to the Court's demanding docket, the United States respectfully requests such rulings on or before July 23, 2020, which is the date by which the

United States would have to notice an appeal from the Court's June 23, 2020 "Order to Stay." *See* ECF No. 626.

Should the Court believe a hearing will aid in the decisional process, the United States further requests a hearing on any of the pending motions, including by telephone or video, at the Court's earliest convenience.

A memorandum of law is being submitted simultaneously herewith.

                      Respectfully submitted,

                      G. Zachary Terwilliger
                      United States Attorney

By:   /s/ *Kent P. Porter*
        Kent P. Porter, VSB No. 22853
        Assistant United States Attorney
        Attorney for the Intervenor United States
        United States Attorney's Office
        8000 World Trade Center
        101 West Main Street
        Norfolk, VA 23510
        757-441-6331
        Fax:  757-441-6689
        kent.porter@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2020, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| **Brian Andrew Wainger** | **David G. Barger, VSB #21652** |
|---|---|
| Kaleo Legal | GREENBERG TRAURIG, LLP |
| 4456 Corporation Lane | 1750 Tysons Boulevard, Suite 1200 |
| Suite 135 | McLean, Virginia 22102 |
| Virginia Beach, VA 23462 | Tel: (703) 749-1300 |
| Email: bwainger@kaleolegal.com | Fax: (703) 749-1301 |
| | E-Mail: Bargerd@gtlaw.com |

   /s/ *Kent P. Porter*_____
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the Intervenor United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov

3