IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.                                          Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
      Defendant.

## ORDER

THIS MATTER IS BEFORE THE COURT on the motion of Plaintiff R.M.S. Titanic, Inc. ("RMST"), for an extension of time to file its opposition to the United States' Motion to Reconsider the May 18, 2020 Opinion and Request to Stay that Opinion. ECF No. 616. Upon a review of the relevant pleadings, and finding that it is proper to do so, the Court orders that RMST's deadline to file its opposition is extended to July 9, 2020.

It is **SO ORDERED**. The Clerk is directed to send a copy of this Order to all counsel of record.

Entered:   *June 26, 2020*        *Rebecca Beach Smith*
                                               Hon. Rebecca Beach Smith
                                               Senior United States District Judge