FILED: June 24, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1684
(2:93-cv-00902-RBS)

_____

R.M.S. TITANIC, INCORPORATED, successor in interest to Titanic Ventures, limited partnership

        Plaintiff - Appellee

and

THE WRECKED AND ABANDONED VESSEL, its engines, tackle, apparel, appurtenances, cargo, etc., Located within one (1) nautical mile of a point located at 41 degrees 43' 32" North Latitude and 49 degrees 56' 49" West Longitude, believed to be the RMS TITANIC, in rem

        Defendant - Appellee

and

ROBERT C. BLUMBERG, Attorney-Advisor, Office of Oceans Affairs, United States Department of State; OLE VARMER, Administrator, National Oceanic and Atmospheric Administration, United States Department of Commerce; MADELEINE K. ALBRIGHT, Secretary of State, United States Department of State; WILLIAM M. DALEY, Administrator, National Oceanic and Atmospheric Administration, United States Department of Commerce; D. JAMES BAKER, Administrator, National Oceanic and Atmospheric Administration, United States Department of Commerce

        Defendants

v.

UNITED STATES OF AMERICA

        Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:93-cv-00902-RBS |
| Date notice of appeal filed in originating court: | 06/17/2020 |
| Appellant | US |
| Appellate Case Number | 20-1684 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |