# Exhibit 2









Marconi Room Skylight
under ALVIN shown in yellow

MetraDOP























**ROMEO**
Extended T4 ladder
Dredge and collection basket
Example of dredge suction nozzles

**JULIET**
Retracted T4 ladder
Holding cutter