**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                      Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
    Defendant.

### [PROPOSED] ORDER

THIS MATTER IS BEFORE THE COURT on Plaintiff R.M.S. Titanic, Inc.'s ("RMST") Motion to Amend the Court's May 18, 2020 Order to Conduct the "Marconi" Expedition in 2021 and to Delay the Filing of the Associated Funding Plan.  Upon a review of the relevant pleadings, and finding that it is proper to do so, the Court orders that the Motion is **GRANTED**, and further ORDERS that:

1. The Court's May 18, 2020 Order, ECF No. 612, is hereby AMENDED to authorize RMST to conduct an expedition to attempt to recover the Marconi Artifacts between May 2021 and September 2021;

2. RMST shall file a "funding plan detailing the costs and funding sources of the recovery operation [for the Marconi Artifacts] and the conservation of any recovered artifacts," on or before January 10, 2021; and

3. RMST shall file an update with this Court every forty-five (45) days between the date that this Order is entered and January 10, 2021.

It is **SO ORDERED**. The Clerk is directed to send a copy of this Order to all counsel of record.

Entered: _____

_____
Hon. Rebecca Beach Smith
Senior United States District Judge