IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
        Plaintiff,

v.                                                    Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,

        Defendant.

<u>**STATUS REPORT**</u>

The United States, as *amicus*, and on behalf of its National Oceanic and Atmospheric Administration ("NOAA"), and pursuant to 84 Fed. Reg. 38012, provides the following status update concerning a potential expedition to *Titanic*.

On June 30, 2020, SEARCH, Inc./SEARCH20, Ocean Infinity, Stantec, and Terra Mare Conservation (collectively "SEARCH"), notified NOAA of the group's intent "to conduct a telepresence-enabled scientific mission to conduct an up-to-date sonar and visual mapping . . . for the tentative dates of August 2-6, 2020." According to its submission, SEARCH contemplates a "non-disturbance data gathering mission" to map the wreck site and use photogrammetry to assess changes to *Titanic* since its discovery in 1985, and states that it "will NOT be 'conducting any research, exploration, salvage or other activity that would physically alter or disturb the wreck or wreck site of RMS *Titanic*.'" A copy of the email from SEARCH's Senior Vice President, and SEARCH's Research Design are attached as exhibits to this report.

NOAA has advised SEARCH that it should directly notify the Court and RMST of its expedition plan, and that NOAA would also be advising the Court of SEARCH's plans. NOAA is currently reviewing the research design to determine whether additional information is needed and/or whether a Sec. 113 authorization may be required.

                                    Respectfully submitted,

                                    G. Zachary Terwilliger
                                    United States Attorney

By:   /s/ *Kent P. Porter*
        Kent P. Porter, VSB No. 22853
        Assistant United States Attorney
        Attorney for the United States
        United States Attorney's Office
        8000 World Trade Center
        101 West Main Street
        Norfolk, VA 23510
        757-441-6331
        Fax:  757-441-6689
        kent.porter@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2020, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| **Brian Andrew Wainger** <br> **Ryan V.P. Dougherty** <br> **William R. Poynter** <br> Kaleo Legal <br> 4456 Corporation Lane <br> Suite 135 <br> Virginia Beach, VA 23462 <br> Email: bwainger@kaleolegal.com <br> E-Mail: rdougherty@kaleolegal.com <br> E-Mail: wpoynter@kaleolegal.com | **David G. Barger, VSB #21652** <br> GREENBERG TRAURIG, LLP <br> 1750 Tysons Boulevard, Suite 1200 <br> McLean, Virginia 22102 <br> Tel: (703) 749-1300 <br> Fax: (703) 749-1301 <br> E-Mail: Bargerd@gtlaw.com |

    /s/ *Kent P. Porter*_____
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the Intervenor United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov