# EXHIBIT C



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
1305 East West Highway
Silver Spring, Maryland  20910

July 4, 2016

Pierre Michel
Office for Science and Technology
French Embassy
4101 Reservoir Road, NW
Washington, DC  20007

Dear Pierre Michel,

On June 20, 2016, RMS Titanic, Inc. (RMST) filed a motion in the U.S. Bankruptcy Court for the Middle District of Florida, Jacksonville Division seeking permission to sell certain *Titanic* artifacts free and clear of liens, claims, and interests.  The artifacts RMST seeks to sell are from the 1987 *Titanic* expedition with the Institut français de recherche pour l'exploitation de la mer (IFREMER) that resulted in an award to RMST's predecessor, Titanic Ventures Limited Partnership, by a French Administrative Tribunal.  That award was subject to certain conditions reflecting the public interest in *Titanic* to keep the collection together for public exhibition and not be sold individually for commercial purposes.  This public interest in *Titanic* is also found in court orders that reference the International Agreement that was negotiated with France, the United Kingdom and Canada, NOAA's *Titanic* Guidelines and draft legislation proposed by the United States for implementation of the Agreement.  Unfortunately, that legislation has not been enacted and the Agreement has not entered into force.   So while the Eastern District Court of Virginia continues to recognize them as reflecting the public interest in *Titanic*, it does not have jurisdiction over the artifacts from the French Collection that have been proposed for sale by RMST.  The window of opportunity for France to file a response motion is July 5th and the hearing on this matter is scheduled for July 12th.

If you are interested in discussing this matter with our legal counsel at the Department of Justice, please contact Theodore Randles by telephone at (202) 307-3242 or by email at theodore.b.randles@usdoj.gov.  Please also feel free to contact us if we can be of assistance.

Sincerely,

_____          _____
Ole Varmer                                                        Dr. James P. Delgado
Attorney-Advisor                                              Director
NOAA, Office of the General Counsel          NOAA, Maritime Heritage Program

cc:  Alexandra Bell
      Olivier  Guyonvarch

