# EXHIBIT 1



July 10, 2020

Brian Wainger, Principal
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach VA 23462

Dear Mr. Wainger:

We are writing to notify RMS *Titanic*, Inc. of a recent opportunity made available by a vessel repositioning that SEARCH and Ocean Infinity will be drawing on to test systems and conduct a non-disturbance survey of *Titanic* tentatively scheduled from August 2-6.  The purpose of the survey is to test systems and detailed archaeological mapping with Ocean Infinity's AUV and ROV systems.  We will use the data to measure and assess change such as corrosion, biological colonization and human impacts to the wreck since its discovery in 1985.  We will not be recovering samples, nor placing sensors at the site.  As noted, this is a non-disturbance, scientific observational and remote mapping mission.

We recognize and respect the exclusive right to salvage granted by the ED of Virginia and have notified the court that there will not be any salvage of artifacts.  In recognition of the International Agreement on *Titanic* and the implementing law we have contacted the parties to assure them that we will not be conducting any salvage or other activities directed at *Titanic* that may harm or disturb the site.  There will be no landings or contact with *Titanic*.  We have offered to them, and also offer to RMS *Titanic* an opportunity to make a live dive to *Titanic* via on board telepresence to inspect the current condition of the wreck.  This offer is open to all four parties, contingent on weather and with the understanding that the ROV will not make a close approach, nor enter the wreck or land on the wreck or the seabed.  The participation in the dive would come through a live link to the ship in which the shore parties can coordinate with the science team and direct, with the limitations for safety of the vehicles and the wreck site, the ROV's movement for the inspection.

Sincerely,

*[signature]*

James Pochurek, President
SEARCH, Inc.