

July 10, 2020

The Honorable Rebecca Beach Smith, Chief Judge
United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA  23507



RECEIVED JUL 16 2020
R. B. SMITH
SENIOR U.S. DISTRICT JUDGE, NORFOLK, VA

Your Honor:

Thank you for your work in protecting *Titanic* and controlling salvage so that it is conducted consistent with international scientific standards for research, recovery, conservation and curation.  We are writing to notify The Court of a recent opportunity made available by a vessel repositioning that SEARCH and Ocean Infinity will be drawing on to conduct a non-disturbance survey of *Titanic* tentatively scheduled from August 2-6.  The purpose of the survey is to test systems and detailed archaeological mapping with Ocean Infinity's AUV and ROV systems.  We will use the data to measure and assess change such as corrosion, biological colonization and human impacts to the wreck since its discovery in 1985.  We will not be recovering samples, nor placing sensors at the site.  As noted, this is a non-disturbance, scientific observational and remote mapping mission.

We recognize and respect the exclusive right to salvage that your court has granted and assure you that there will not be any salvage of artifacts or physical contact with the wreck.  In addition, we have contacted the parties to the International Agreement on *Titanic* and have assured them that we will not be conducting any salvage or other activities directed at *Titanic* that may harm or disturb the site.  There will be no landings or contact with Titanic.  We have also notified the RMS *Titanic* as the salvor-in-possession.  We have offered to them, and also offer to Court an opportunity to make a live dive to *Titanic* via on board telepresence to inspect the current condition of the wreck.  This offer is open to all four parties, contingent on weather and with the understanding that the ROV will not make a close approach, nor enter the wreck or land on the wreck or the seabed.  The participation in the dive would come through a live link to the ship in which the shore parties can coordinate with the science team and direct, with the limitations for safety of the vehicles and the wreck site, the ROV's movement for the inspection.

We're trusting that you agree that this opportunity to document the wreck site, and making the results available to the Court, the Government and the public is in the public interest. Please let us know if you have any questions and concerns.

Sincerely,

*[signature]*

James Pochurek, President
SEARCH, INC.



U.S. POSTAGE PAID
FCM LETTER
JACKSONVILLE, FL
32257
JUL 13, 20
AMOUNT
$3.55
R2304W119618-33

23507

1000

U.S. MARSHALS
INSPECTED

CERTIFIED MAIL

7015 1730 0000 7130 9912

JAMES POCHUREK
SEARCH INC
8298 BAYBERRY RD #1
JACKSONVILLE, FL 32256

THE HONORABLE REBECCA BEACH SMITH, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
600 GRANBY ST
NORFOLK, VA 23507

RECEIVE
JUL 16 2020
R.B. SMITH
SENIOR U.S. DISTRICT JUDGE, NORFOLK, VA



RECEIVED
2020 JUL 16  A 10: 11
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA