IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                      Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
    Defendant.

## STATUS REPORT

The United States, as *amicus*, and on behalf of its National Oceanic and Atmospheric Administration ("NOAA"), and pursuant to 84 Fed. Reg. 38012, provides the following status update.

On July 2, 2020, NOAA advised this Court of a potential expedition this summer to *Titanic* by SEARCH, Inc./SEARCH20, Ocean Infinity, Stantec, and Terra Mare Conservation (collectively "SEARCH"). *See* ECF No. 636; *see also* ECF Nos. 642-1 and 643. On July 29, 2020, SEARCH advised NOAA that it had cancelled its 2020 expedition due to logistical issues relating to COVID-19.

                                          Respectfully submitted,

                                          G. Zachary Terwilliger
                                          United States Attorney

                By:   /s/ *Kent P. Porter*
                      Kent P. Porter, VSB No. 22853
                      Assistant United States Attorney

Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax: 757-441-6689
kent.porter@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2020, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| **Brian Andrew Wainger** <br> **Ryan V.P. Dougherty** <br> **William R. Poynter** <br> Kaleo Legal <br> 4456 Corporation Lane <br> Suite 135 <br> Virginia Beach, VA 23462 <br> Email: bwainger@kaleolegal.com <br> E-Mail: rdougherty@kaleolegal.com <br> E-Mail: wpoynter@kaleolegal.com | **David G. Barger, VSB #21652** <br> GREENBERG TRAURIG, LLP <br> 1750 Tysons Boulevard, Suite 1200 <br> McLean, Virginia 22102 <br> Tel: (703) 749-1300 <br> Fax: (703) 749-1301 <br> E-Mail: Bargerd@gtlaw.com |

 /s/ *Kent P. Porter*
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the Intervenor United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax: 757-441-6689
kent.porter@usdoj.gov