8/4/2020

Dear your honor Ms. Smith,

I would like to introduce myself my name is Timothy A. Scoville I am a Navel Veteran 1977-1980. I am very happy about your ruling for the titanic and the recovery of the telegraph machine. I feel it was an excellent move for the world and the history of the 1912 maritime accident and maybe we and the rest of wondering world will have a better understanding of what just did happen. Myself and my family traveled to Atlantic City N.J. some year ago to see the titanic display and it was just excellent. It was a wonderful ship. It just to show with the planning, Inspections and not to say the money things still can go wrong. Hopefully with the recovery of telegrath machine may be it prove if it was an Iceburg or a coal fire the caused the accident. maritime need to know this so maybe it will not happen again to to save lives. Ms Smith your life history is just awesome. I can tell you are an excellent person + judge. I would just love to meet you one day God Bless you.

Thank you
Timothy A. Scoville
Timothy A. Scoville



RECEIVED
AUG 10 2020
R. B. SMITH
SENIOR U.S. DISTRICT JUDGE, NORFOLK, VA