

Mr & Mrs T A Scoville
19 County Line Rd.
Branchburg, NJ 08876-3417

DV DANIELS NJ 070
05 AUG 2020 PM 5 L

WALTER E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510

RECEIVED
AUG 10 2020
R. B. SMITH
SENIOR U.S. DISTRICT JUDGE, NORFOLK, VA

Attention: Senior Judge Rebecca Beach Smith

RECEIVED
2020 AUG 10 A 11: 26
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA