UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC., successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.   Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32'' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
      Defendant,

and

UNITED STATES OF AMERICA,
      Movant.

### NOTICE OF APPEAL BY UNITED STATES OF AMERICA

      Notice is hereby given that the United States of America hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order of the district court entered July 30, 2020, which effectively denies the United States' motion to intervene; denies the United States' motion to reconsider the June 23, 2020, order staying further ruling on the United States' motion to intervene; denies the United States' motion to reconsider the May 18, 2020, Opinion; and grants plaintiff R.M.S. Titanic, Inc.'s motion to amend the May 18, 2020, Opinion to allow its expedition to recover the Marconi artifacts within the hull of the ship to occur in 2021.

      The United States filed a related notice of appeal from the May 18, 2020, Opinion, and that appeal is pending at No. 20-1684. A copy of the July 30, 2020, order is attached. Dkt. No. 645 (attached as Exhibit A).

Dated:  August 26, 2020

                Respectfully submitted,

                UNITED STATES OF AMERICA,

By:  G. Zachary Terwilliger
      United States Attorney

By:   /s/ *Kent P. Porter*_____
      Kent P. Porter, VSB No. 22853
      Assistant United States Attorney
      Attorney for the United States
      United States Attorney's Office
      8000 World Trade Center
      101 West Main Street
      Norfolk, VA 23510
      757-441-6331
      Fax:  757-441-6689
      kent.porter@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of August, 2020, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| **Brian Andrew Wainger**<br>**Ryan V.P. Dougherty**<br>**William R. Poynter**<br>Kaleo Legal<br>4456 Corporation Lane<br>Suite 135<br>Virginia Beach, VA 23462<br>Email: bwainger@kaleolegal.com<br>E-Mail: rdougherty@kaleolegal.com<br>E-Mail: wpoynter@kaleolegal.com | **David G. Barger, VSB #21652**<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard, Suite 1200<br>McLean, Virginia 22102<br>Tel: (703) 749-1300<br>Fax: (703) 749-1301<br>E-Mail: Bargerd@gtlaw.com |

      /s/ *Kent P. Porter*
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax: 757-441-6689
kent.porter@usdoj.gov