FILED: September 14, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1684 (L)
(2:93-cv-00902-RBS)
_____

R.M.S. TITANIC, INCORPORATED, successor in interest to Titanic Ventures, limited partnership

    Plaintiff - Appellee

and

THE WRECKED AND ABANDONED VESSEL, its engines, tackle, apparel, appurtenances, cargo, etc., Located within one (1) nautical mile of a point located at 41 degrees 43' 32" North Latitude and 49 degrees 56' 49" West Longitude, believed to be the RMS TITANIC, in rem; ROBERT C. BLUMBERG, Attorney-Advisor, Office of Oceans Affairs, United States Department of State; OLE VARMER, Attorney-Advisor, National Oceanic and Atmospheric Administration, United States Department of Commerce; MADELEINE K. ALBRIGHT, Secretary of State, United States Department of State; WILLIAM M. DALEY, Secretary of Commerce, United States Department of Commerce; D. JAMES BAKER, Administrator, National Oceanic and Atmospheric Administration, United States Department of Commerce

    Defendants

v.

UNITED STATES OF AMERICA

    Appellant

_____

No. 20-1936
(2:93-cv-00902-RBS)
_____

R.M.S. TITANIC, INCORPORATED, successor in interest to Titanic Ventures, limited partnership

       Plaintiff - Appellee

and


THE WRECKED AND ABANDONED VESSEL, its engines, tackle, apparel, appurtenances, cargo, etc., Located within one (1) nautical mile of a point located at 41 degrees 43' 32" North Latitude and 49 degrees 56' 49" West Longitude, believed to be the RMS TITANIC, in rem; ROBERT C. BLUMBERG, Attorney-Advisor, Office of Oceans Affairs, United States Department of State; OLE VARMER, Attorney-Advisor, National Oceanic and Atmospheric Administration, United States Department of Commerce; MADELEINE K. ALBRIGHT, Secretary of State, United States Department of State; WILLIAM M. DALEY, Secretary of Commerce, United States Department of Commerce; D. JAMES BAKER, Administrator, National Oceanic and Atmospheric Administration, United States Department of Commerce

       Defendants

v.

UNITED STATES OF AMERICA

       Appellant

------------------

O R D E R

------------------

Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 20-1684(L) and Case No. 20-1936. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case. The clerk will establish a separate, consolidated briefing schedule.

Upon consideration of the request to amend the caption, the court denies this request.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk