IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,

    Plaintiff,

v.                                                    Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,

    Defendant.

## STATUS REPORT

The United States, as *amicus*, and on behalf of its National Oceanic and Atmospheric Administration ("NOAA") provides the following status update.

On October 21, 2020, the United States Department of State received the attached diplomatic correspondence ("Note Verbale") from the United Kingdom's Ocean Policy Unit (Legal Directorate) of the Foreign, Commonwealth & Development Office.  Among other things, the Note Verbale expresses the United Kingdom's ongoing support of the International Agreement, the processes set forth in that Agreement for the protection of *Titanic* and its artifacts, and its concern that the current proposal to recover the Marconi wireless from inside *Titanic* would be contrary to that Agreement.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:   /s/ *Kent P. Porter*
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2020, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| **Brian Andrew Wainger** **Ryan V.P. Dougherty** **William R. Poynter** Kaleo Legal 4456 Corporation Lane Suite 135 Virginia Beach, VA 23462 Email: bwainger@kaleolegal.com E-Mail: rdougherty@kaleolegal.com E-Mail: wpoynter@kaleolegal.com | **David G. Barger, VSB #21652** GREENBERG TRAURIG, LLP 1750 Tysons Boulevard, Suite 1200 McLean, Virginia 22102 Tel: (703) 749-1300 Fax: (703) 749-1301 E-Mail: Bargerd@gtlaw.com |
|---|---|

 /s/ *Kent P. Porter*
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov