**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                              Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, et al
    Defendant.

**PERIODIC REPORT OF R.M.S. TITANIC, INC.
ON THE PROGRESS OF RESEARCH AND
<u>RECOVERY OPERATIONS</u>**

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this "Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations" ("Periodic Report").

Alex Klingelhofer remains in charge of the collection, though she has transferred from serving as an employee to independent contractor. *See* Exhibit 1, attached hereto. Ms. Klingelhofer now serves as the Senior Consulting Conservator to the Titanic Artifact Collection. In this role, she continues to manage the collection, in conjunction with Jeffrey Taylor, with whom she has worked for the last several years. *Id.* Together, Ms. Klingelhofer and Mr. Taylor continue to coordinate care of the collection with the on-site Collections Manager at the exhibition sites, make the decisions about the care and use of the artifacts in the collection; review artifact condition as necessary; inspect the collections facility as necessary; maintain the database; and conduct research projects related to the history of Titanic and its passengers. *See*, Declaration of Alexandra Klingelhofer, *Id.*. Mr. Taylor, a "treasure" to Ms. Klingelhofer and the collections team, has now assumed the role of Director of Collections and Exhibitions. *Id.* Though their titles have changed,

their collaboration in the management of the collection will remain as it has been for the last three years, since Mr. Taylor began working for Ms. Klingelhofer. These changes accommodate Ms. Klingelhofer's partial retirement and her desire to relocate with her family to her home in the Outer Banks of North Carolina while ensuring continuity with the management of the collections. They also guarantee that Ms. Klingelhofer will remain a valuable and trusted resource to the Company and to this Court, continuing to report on the conservation and security of the collections. In this regard, Ms. Klingelhofer remains legally responsible for the artifacts held in a safe deposit in a local branch of Wells Fargo. Ms. Klingelhofer will work remotely going forward, and will visit Atlanta as she determines necessary to properly care for the collection.

Mr. Taylor has been employed by the Company for the last three years, during which time he managed the storage, handling and safety of the artifacts under Ms. Klingelhofer's supervision. Prior to joining the Company, he served as the Collections Manager at the Norton Simon Museum in Pasadena, California managing a fine arts collection of more than 12,000 pieces, and before that served in the collections department at Pacific Asia Museum, managing a collection of East Asian relics spanning 2000 years, including paintings, prints, ceramics, textiles as well as Buddhist and Hindu sculpture.

On or before January 10, 2021, the Company plans to file with this Court its funding plan for the 2021 expedition.

WHEREFORE, RMST submits this Periodic Report for the Court's information and consideration.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

     */s/ Brian A. Wainger*
Brian A. Wainger, VSB #38476
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com


David G. Barger, VSB #21652
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
Email: Bargerd@gtlaw.com

*Counsel for R.M.S. Titanic, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

        /s/ Brian Wainger
Brian A. Wainger, VSB #38476
Attorney for Plaintiff RMS Titanic, Inc.
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

*Counsel for R.M.S. Titanic, Inc.*