# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
        Plaintiff,

v.                                                   Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
        Defendant.

## DECLARATION OF ALEXANDRA KLINGELHOFER

I, Alexandra Klingelhofer declare under penalty of perjury, as follows:

1.     I was employed was by Premier Exhibitions, Inc. and its affiliates and successors -- most recently by Experiential Medial Group (E/M Group) -- for the last twelve years.

2.     I was hired in 2008 as the Director of Collections and most recently served as the Executive Director of Collections until my retirement from the company following the pandemic. I now reside in the Outer Banks of North Carolina.

3.     I now serve as an independent contractor to E/M Group, an affiliate company of RMS Titanic, Inc. I now serve as the Senior Consulting Conservator of the Titanic collection.

4.     Jeffrey Taylor has assumed the role of Director of Collections. Jeffrey worked on my team for the last three years. Jeffrey is a treasure to me, the Company, and to the Collection. He is extremely diligent and skilled at management collection, and well versed in the policies and procedures I implemented to care for the collection. Jeffrey and I will continue to work

together and we will remain responsible for the conservation, care, curation and management of the Titanic artifacts. If and when the pandemic subsides and the Company resumes presenting traveling exhibitions, we will work with E/M Group's design, production, and graphics employees and outside vendors to meet exhibition and logistical goals for installation and deinstallation of RMS Titanic's exhibits worldwide. Together, we will continue to manage the collections, develop and maintain collections policies. I will also consult with the company on Titanic-related initiatives such as research projects, fine arts insurance coordination, and if asked, will serve as spokesperson for the collection.

5. With Jeffrey, I will continue to oversee RMST's adherence to its conservation and curation policies and procedures.

6. I can confirm that RMST continues to meet or exceed museum standards with regards to the conservation, curation and management of the Titanic artifacts.

7. Jeffrey and I intend to continue to maintain the same standards of collections management as before. The artifacts will remain in the current facility in Atlanta and I will continue to honor my obligations, now as a consultant, to care for this wonderful, historic collection.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that to the best of my knowledge and belief, the foregoing is true and correct. Executed on December _18_, 2020.

Alexandra Klingelhofer

2