FILED: April 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1684 (L)
(2:93-cv-00902-RBS)

_____

R.M.S. TITANIC, INCORPORATED, successor in interest to Titanic Ventures, limited partnership

       Plaintiff - Appellee

and

THE WRECKED AND ABANDONED VESSEL, its engines, tackle, apparel, appurtenances, cargo, etc., Located within one (1) nautical mile of a point located at 41 degrees 43' 32" North Latitude and 49 degrees 56' 49" West Longitude, believed to be the RMS TITANIC, in rem; ROBERT C. BLUMBERG, Attorney-Advisor, Office of Oceans Affairs, United States Department of State; OLE VARMER, Attorney-Advisor, National Oceanic and Atmospheric Administration, United States Department of Commerce; MADELEINE K. ALBRIGHT, Secretary of State, United States Department of State; WILLIAM M. DALEY, Secretary of Commerce, United States Department of Commerce; D. JAMES BAKER, Administrator, National Oceanic and Atmospheric Administration, United States Department of Commerce

       Defendants

v.

UNITED STATES OF AMERICA

       Appellant

_____

No. 20-1936

(2:93-cv-00902-RBS)

_____

R.M.S. TITANIC, INCORPORATED, successor in interest to Titanic Ventures, limited partnership

       Plaintiff - Appellee

and

THE WRECKED AND ABANDONED VESSEL, its engines, tackle, apparel, appurtenances, cargo, etc., Located within one (1) nautical mile of a point located at 41 degrees 43' 32" North Latitude and 49 degrees 56' 49" West Longitude, believed to be the RMS TITANIC, in rem; ROBERT C. BLUMBERG, Attorney-Advisor, Office of Oceans Affairs, United States Department of State; OLE VARMER, Attorney-Advisor, National Oceanic and Atmospheric Administration, United States Department of Commerce; MADELEINE K. ALBRIGHT, Secretary of State, United States Department of State; WILLIAM M. DALEY, Secretary of Commerce, United States Department of Commerce; D. JAMES BAKER, Administrator, National Oceanic and Atmospheric Administration, United States Department of Commerce

       Defendants

v.

UNITED STATES OF AMERICA

       Appellant

_____

M A N D A T E

_____

The judgment of this court, entered March 5, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                           /s/Patricia S. Connor, Clerk