# EXHIBIT A

**PRESS RELEASE:** March 31, 2021

OCEANGATE EXPEDITIONS SELECTS CANADIAN-OWNED HORIZON ARCTIC FOR INAUGURAL TITANIC SURVEY EXPEDITION

*OceanGate Expeditions partners with Horizon Maritime for crewed submersible missions focused on research, documentation, and exploration of the iconic RMS Titanic shipwreck.*

**March 31, 2021 – EVERETT, WA and ST. JOHN'S, NL – OCEANGATE EXPEDITIONS, the innovative crewed submersible exploration company, today announced it has selected the state-of-the-art multi-purpose offshore support vessel *Horizon Arctic* to serve as the surface support vessel for the 2021 Titanic Survey Expedition.**
This expedition will be the first of an annual series that will document the condition of the wreck, the debris field, and the marine life found there.

"The expedition vessel is essential to the success of the missions we will embark upon beginning in June 2021," says Stockton Rush, President, OceanGate Expeditions. "The Titanic Survey Expedition will utilize OceanGate Inc.'s 5-crewmember submersible, *Titan*, and their proprietary launch and recovery platform that are easily accommodated by a wide variety of surface support vessels. For this expedition, in one of the world's harshest marine environments, we have selected a superior vessel with outstanding features such as low emissions hybrid propulsion, full redundancies, and the highest standard of accommodations for our crew and Mission Specialists. Our focus has been on identifying a vessel and crew uniquely qualified in deep subsea operations with a commitment to putting safety first. We have found that in the crew of the Horizon Arctic," says Rush.

"We are excited to be providing the *Horizon Arctic* for the inaugural Titanic Survey Expedition, conducting this operation from our home port in St. John's," says Sean Leet, CEO, Horizon Maritime. "Our crews have unmatched training and experience in subsea support operations – safety is paramount within all of our operations. While we have supported many complex subsea operations over the years, supporting the team making these dives to the iconic resting place of the *Titanic* is an exceptional honor. We are looking forward to working with the OceanGate Expeditions team and participating in these on-going missions that will document and preserve a fascinating aspect of our Atlantic Canadian heritage," continues Leet.

"OceanGate Expeditions' Titanic Survey Expedition will embark June 2021 with a team of scientists, content experts, and citizen explorers trained as Mission Specialists to study and document the important maritime heritage site. Citizen explorers contribute mission support and training fees. They join the crew as Mission Specialists who are trained to assist with submersible operations aboard Titan and surface support operations. Roles and training include communications, navigation, laser scanning, sonar operation, photography, and dive planning.

The *Horizon Arctic* is Canadian-owned and operated by Horizon Maritime. The 93.6 meter vessel has the environmentally-friendly CLEAN DESIGN class notation, a hybrid propulsion

system, and improved low resistance design for high speed and crew comfort. The vessel also has an ROV with integrated control room and launch and recovery system.

Aspiring Mission Specialists interested in supporting the Titanic Survey Expedition should contact OceanGate Expeditions regarding availability, requirements, and qualifications. Additional details are available at www.oceangateexpeditions.com.