UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
Successor-in-interest to Titanic
Ventures, limited partnership,

    Plaintiff,

v.                                                          CIVIL ACTION NO. 2:93cv902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A
POINT LOCATED AT 41 43' 32" NORTH
LATITUDE AND 49 45' 49" WEST
LONGITUDE, BELIEVED TO BE THE R.M.S.
TITANIC, IN REM,

    Defendant.

## ORDER

On May 18, 2020, the court entered an Opinion, ECF No. 612, conditionally granting R.M.S. Titanic, Inc.'s ("RMST") "Motion to Amend or Modify the Court's July 28, 2000 Order" ("Motion to Amend"), ECF No. 600. On June 17, 2020, the United States filed a Notice of Appeal of that Opinion. ECF No. 618. In the interim, on June 8, 2020, the United States filed in this court an "Emergency Motion to Intervene and, if Granted, an Extension of Time to File an Appeal" ("Emergency Motion to Intervene"), ECF No. 614. On July 30, 2020, the court issued a Memorandum Order, ECF No. 645, holding the Emergency Motion to Intervene in abeyance pending the outcome of the appeal of the court's May 18, 2020, Opinion, and granting

a motion filed by RMST on July 1, 2020, ECF No. 634, to amend the May 18, 2020, Opinion. On August 26, 2020, the United States filed a Notice of Appeal of that Memorandum Order. ECF No. 647.

The United States Court of Appeals for the Fourth Circuit issued an Order and Judgment on March 5, 2021. ECF Nos. 656, 657. The Mandate issued on April 27, 2021. ECF No. 658. The Circuit Court vacated the Opinion of May 18, 2020, ECF No. 612, and the Memorandum Order of July 30, 2020, ECF No. 645. In so doing, the Court stated:

> Because the district court's orders were conditional and the condition was not satisfied and because the court did not, in issuing its orders, resolve the United States' motion to intervene and address its argument for requiring approval under § 113, we vacate the district court's orders of May 18, 2020, and July 30, 2020, and remand, <u>recognizing that RMST's motion for modification may still be considered by the court under circumstances then presented by RMST and after considering the United States' pending motion to intervene and its argument for requiring approval under § 113.</u>

R.M.S. Titanic, Inc. v. United States, No. 20-1684, ECF No. 39 at 3 (4th Cir. Mar. 5, 2021) (emphasis added).

The appeal is now completed, the orders appealed have been vacated, and RMST has no salvage expedition pending or approved by the court. Accordingly, the "Emergency Motion to Intervene and, if Granted, an Extension of Time to File an Appeal," ECF No. 614, is **MOOT**.[1] However, pursuant to the Circuit Court's directive, should

---

[1] The "emergency" to intervene no longer exists, and the appeal is over.

2

the United States wish to pursue intervention in this case at this time or at a later time, if and when RMST seeks to pursue a future salvage operation, it may file a renewed motion to that effect based on the current posture of the case at the time. At this juncture, the United States remains an amicus party to the action, as it has been for over twenty (20) years.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

May 21, 2021