IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
        Plaintiff,

v.                                                                                          Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
        Defendant.

## STATUS REPORT

The United States, as *amicus*, and on behalf of its National Oceanic and Atmospheric Administration ("NOAA"), and pursuant to 84 Fed. Reg. 38012, provides the following status update.

On May 5, 2021, RMST advised this Court of a potential expedition to *Titanic* by OceanGate Expeditions, Ltd. ("OceanGate"). *See* ECF No. 658. OceanGate followed up with a letter to the Court on May 18, 2021, providing further details of its proposed expedition. ECF No. 660; *see also* ECF No. 661 (Court's response to OceanGate's letter). Because OceanGate is not proposing to conduct any "research, exploration, salvage, or other activity that would physically alter or disturb the wreck or wreck site of the RMS *Titanic*," ECF No. 660, NOAA has determined and advised OceanGate that an authorization pursuant to Section 113 of Consolidated Appropriations Act, 2017, Pub. L. No. 115-31, 131 Stat. 192 (May 5, 2017), is not required. *See* June 14, 2021, Letter (Rolleri to Concannon).

        Respectfully submitted,

        Raj Parekh
        Acting United States Attorney

By:   /s/ *Kent P. Porter*_____
        Kent P. Porter, VSB No. 22853
        Assistant United States Attorney
        Attorney for the United States
        United States Attorney's Office
        8000 World Trade Center
        101 West Main Street
        Norfolk, VA 23510
        757-441-6331
        Fax:  757-441-6689
        kent.porter@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16th day of June, 2021, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| **Brian Andrew Wainger**<br>**Ryan V.P. Dougherty**<br>**William R. Poynter**<br>Kaleo Legal<br>4456 Corporation Lane<br>Suite 135<br>Virginia Beach, VA 23462<br>Email: bwainger@kaleolegal.com<br>E-Mail: rdougherty@kaleolegal.com<br>E-Mail: wpoynter@kaleolegal.com | **David G. Barger, VSB #21652**<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard, Suite 1200<br>McLean, Virginia 22102<br>Tel: (703) 749-1300<br>Fax: (703) 749-1301<br>E-Mail: Bargerd@gtlaw.com |
|---|---|

      /s/ *Kent P. Porter*_____
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the Intervenor United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov