# EXHIBIT 2

9/15/21, 9:05 AM New videos: OceanGate sub dives to Titanic again, reports ship wreckage is 'rapidly deteriorating' - GeekWire

Case 2:93-cv-00902-RBS   Document 664-2   Filed 09/17/21   Page 2 of 12 PageID# 6335

**Trending: Predicting weight loss: Study suggests gut bacteria may influence ability to shed pounds (https://www.geekwire.com/2021/predicting-weight-loss-study-suggests-gut-bacteria-may-influence-ability-shed-pounds/)**

# New videos: OceanGate sub dives to Titanic again, reports ship wreckage is 'rapidly deteriorating'

BY KURT SCHLOSSER (HTTPS://WWW.GEEKWIRE.COM/AUTHOR/KURT/) on August 3, 2021 at 9:49 am



A screen grab from a video taken by the OceanGate Titan submersible shows the Titanic telemotor steering mechanism where one of the ship's wheels used to be. (OceanGate screen grab)

In another deep dive to the famed North Atlantic wreckage of the Titanic, Everett, Wash.-based OceanGate (https://oceangate.com/index.html) captured video with its Titan submersible that shows the ship is "rapidly deteriorating."

"These changes are distinct and notable, including the missing Gorgonian Hydroid (https://en.wikipedia.org/wiki/Wreck_of_the_Titanic#/media/File:Titanic_wreck_bow.jpg) from the rail of the bow," OceanGate Expeditions reported this week after Titan made its latest dive to the 12,500-foot-deep site.

9/15/21, 9:05 AM	New videos: OceanGate sub dives Titanic again, reports ship wreckage is rapidly deteriorating – GeekWire

Case 2:93-cv-00902-RBS   Document 664-2   Filed 09/17/21   Page 3 of 12 PageID# 6336

OceanGate Expeditions (https://oceangateexpeditions.com/) made its first dive to the Titanic last month (https://www.geekwire.com/2021/oceangate-sub-makes-first-dive-titanic-wreck-site-captures-photos-debris/) and sent back images showing debris on the ocean floor, such as the frame of a stained-glass window and fragments of floor tile from the ocean liner.



The current state of the bow of the Titanic as seen by OceanGate's Titan submersible. (OceanGate screen grab)

OceanGate is making multiple dives and employing 3-D imaging techniques to document the wreck's condition in detail. In 2019, a different dive team reported that the Titanic's deterioration appeared to be accelerating (https://www.geekwire.com/2019/researchers-see-fast-decay-titanic-wreck-one-year-oceangates-planned-dives/).

f   (https://twitter.com/intent/tweet?url=https%3A%2F%2Fwww.geekwire… (https://www.linkedin.com%2F2F… (mailto:?subject=New…

9/15/21, 9:05 AM                New videos: OceanGate sub dives Titanic again, reports ship wreckage is rapidly deteriorating – GeekWire

Case 2:93-cv-00902-RBS   Document 664-2   Filed 09/17/21   Page 4 of 12 PageID# 6337

The company says it will review all video, sonar, and 3D laser scans with experts to evaluate deterioration and will continue those efforts when the team is back in its home port. No one has ever documented the shipwreck year-over-year for many years running and that's what OceanGate Expeditions says it has begun this year. The observations so far are primarily from past dive footage that doesn't match the quality of what OceanGate is now capturing.

Here are three of the latest videos shared this week:

- 16-second video of the Titanic midship facing aft showing part of a first-class balcony:



- 12-second video of the Titanic's forward mast collapsed several years ago:

9/15/21, 9:05 AM New videos: OceanGate sub dives to Titanic again, reports ship wreckage is rapidly deteriorating – GeekWire

Case 2:93-cv-00902-RBS Document 664-2 Filed 09/17/21 Page 5 of 12 PageID# 6338





The Titanic hit an iceberg and sank during its maiden voyage from England to New York in 1912.

The loss of the ship and more than 1,500 of the people who were on board — plus the wreck's rediscovery in 1985 — made the saga of the Titanic one of the history's best-known sea tragedies.

The latest Titan dive included P.H. Nargeolet (https://fivedeeps.com/home/team/partners/caladan/ph/) as one of the expeditions' team of experts. OceanGate pointed out that it was nearly 34 years to the day from the date of

9/15/21, 9:05 AM    New videos: OceanGate sub dives Titanic again, reports ship wreckage is rapidly deteriorating – GeekWire

Case 2:93-cv-00902-RBS   Document 664-2   Filed 09/17/21   Page 6 of 12 PageID# 6339

Nargeolet's first dive to the Titanic. Called the Titanic's "greatest explorer," the former French Navy commander was the leader of six expeditions to the wreck site (1987, 1993, 1994, 1996, 1998, 2010) and was in charge of retrieving more than 5,500 Titanic artifacts.

OceanGate Expeditions is scheduled to wrap up its Titanic Survey Expedition, which began June 28, on Saturday. The missions will continue over the next several years to document the wreckage fully.

Next up, the company is headed to the Hudson Canyon Deep Sea Discovery Expedition (https://oceangateexpeditions.com/hudson-canyon) in September and The Great Bahama Bank Expedition (https://oceangateexpeditions.com/future/bahamas) early in 2022.

**The 2021 GeekWire Summit returns October 4th & 5th, with a speaker lineup that you will not want to miss! (https://www.geekwire.com/events/2021-geekwire-summit/)**



(https://www.geekwire.com/events/2021-geekwire-summit/)

 (https://twitter.com/intent/tweet?url=https%3A%2F%2Fwww.geekwire.com%2F2021%2Fnew-videos-oceangate-sub-dives-titanic-...)

This year's GeekWire Summit will bring together some of the brightest minds in technology, business, science and entrepreneurship including Amazon CEO Andy Jassy, singer & entrepreneur Ciara, Angel investor & former CEO of Zillow Spencer Rascoff, and more. Experience the 2021 GeekWire Summit in-person at Block 41 (https://www.block41.com/) in downtown Seattle, or tune-in virtually. Purchase tickets today (https://www.geekwire.com/events/2021-geekwire-summit/)!



---

## Related Stories

**OceanGate sub makes first dive to Titanic wreck site and captures photos of debris** (https://www.geekwire.com/2021/oceangate-sub-makes-first-dive-titanic-wreck-site-captures-photos-debris/)

**OceanGate gets its Titan sub ready to begin expedition to Titanic shipwreck** (https://www.geekwire.com/2021/oceangate-gets-titan-sub-ready-begin-expedition-titanic-shipwreck/)

**OceanGate selects its support ship for this summer's submersible trips to the Titanic** (https://www.geekwire.com/2021/oceangate-selects-support-ship-summers-submersible-trips-titanic/)

**OceanGate gets set for dives to Titanic while overcoming the complications of COVID-19** (https://www.geekwire.com/2020/oceangate-gets-set-dives-titanic-overcoming-covid-19-complications/)

9/15/21, 9:05 AM
New videos: OceanGate sub dives to Titanic again, reports ship wreckage is rapidly deteriorating – GeekWire
Case 2:93-cv-00902-RBS Document 664-2 Filed 09/17/21 Page 8 of 12 PageID# 6341

**Previous Story**
Redfin to include 'climate risk' in all listings as Americans consider climate change when buying (https://www.geekwire.com/2021/redfin-include-climate-risk-listings-americans-consider-climate-change-buying/)

**Next Story**
Mentoring software maker Chronus raises $78M as hybrid workforce and DEI needs drive demand (https://www.geekwire.com/2021/mentoring-software-maker-chronus-raises-78m-hybrid-workforce-dei-needs-drive-demand/)

Subscribe to GeekWire's Space & Science weekly newsletter

Enter your email address

Subscribe

## Most Popular on GeekWire

(https://www.geekwire.com/2021/study-microsoft-employees-shows-remote-work-puts-productivity-innovation-risk/)
**Study of Microsoft employees shows how remote work puts productivity and innovation at risk (https://www.geekwire.com/2021/study-microsoft-employees-shows-remote-work-puts-productivity-innovation-risk/)**

(https://www.geekwire.com/2021/washington-state-tracks-another-asian-giant-hornet-nest-plans-eradicate-soon/)
**Washington state tracks down another Asian giant hornet nest, with plans to eradicate it soon (https://www.geekwire.com/2021/washington-state-tracks-another-asian-giant-hornet-nest-plans-eradicate-soon/)**

(https://www.geekwire.com/2021/seattle-startup-city-pods-aims-address-homelessness-standalone-indoor-mini-homes/)

(https://twitter.com/intent/tweet?url=https%3A%2F%2Fwww.geekwire...)

9/15/21, 9:05 AM
New videos OceanGate sub dives Titanic again, reports ship wreckage is rapidly deteriorating - GeekWire
Case 2:93-cv-00902-RBS Document 664-2 Filed 09/17/21 Page 9 of 12 PageID# 6342

**Seattle startup City Pods aims to address homelessness with standalone indoor mini homes (https://www.geekwire.com/2021/seattle-startup-city-pods-aims-address-homelessness-standalone-indoor-mini-homes/)**

(https://www.geekwire.com/2021/seattle-area-psychedelics-startup-caamtech-raises-22m-advance-human-testing/)

**Seattle-area psychedelics startup CaaMTech raises $22M to advance to human testing (https://www.geekwire.com/2021/seattle-area-psychedelics-startup-caamtech-raises-22m-advance-human-testing/)**

## Job Listings on GeekWork

| | |
|---|---|
| (https://www.geekwire.com/jobs/job/senior-manager-software-engineering-analytics/) | **Senior Manager, Software Engineering, Analytics (https://www.geekwire.com/jobs/job/senior-manager-software-engineering-analytics/)** HIGHSPOT |
| (https://www.geekwire.com/jobs/job/devops-engineer/) | **DevOps Engineer (https://www.geekwire.com/jobs/job/devops-engineer/)** HIGHSPOT |
| (https://www.geekwire.com/jobs/job/senior-backend-software-engineer-solution-management/) | **Senior Backend Software Engineer, Solution Management (https://www.geekwire.com/jobs/job/senior-backend-software-engineer-solution-management/)** HIGHSPOT |
| (https://www.geekwire.com/jobs/job/senior-frontend-software-engineer-content/) | **Senior Frontend Software Engineer, Content (https://www.geekwire.com/jobs/job/senior-frontend-software-engineer-content/)** HIGHSPOT |
| (https://www.geekwire.com/jobs/job/account-development-representative/) | **Account Development Representative (https://www.geekwire.com/jobs/job/account-development-representative/)** HIGHSPOT |
| (https://www.geekwire.com/jobs/job/senior-data-scientist/) | **Senior Data Scientist (https://www.geekwire.com/jobs/job/senior-data-scientist/)** Chewy, Inc. |

 (https://twitter.com/intent/tweet?url=https%3A%2F%2Fwww.geekwire.com%2F2021%2Fnew-videos-oceangate-sub-dives-titanic-reports-ship-wreckage-rapidly-deteriorating%2F&text=New

Case 2:93-cv-00902-RBS   Document 664-2   Filed 09/17/21   Page 10 of 12 PageID# 6243

Find more jobs on GeekWork (/jobs/). Employers, post a job here (/jobs/pricing/).

## A Word From Our Sponsors

**Live Modern on Hunts Point** Learn more! (https://terryallen.coldwellbankerbain.com/hunts-point-road)

(https://terryallen.coldwellbankerbain.com/hunts-point-road)

**Q&A: Premera's Dr. Adrian Mayers on Threats and Information Security Solutions in the Healthcare Industry** Read More (https://www.geekwire.com/sponsor-post/qa-premeras-dr-adrian-mayers-threats-information-security-solutions-healthcare-industry/)

(https://www.geekwire.com/sponsor-post/qa-premeras-dr-adrian-mayers-threats-information-security-solutions-healthcare-industry/)

**How Companies Can Get the Most Value Out of their Data** Read More (https://www.geekwire.com/sponsor-post/companies-can-get-value-data/)

9/15/21, 9:05 AM New videos: OceanGate sub dives Titanic again, reports ship wreckage is rapidly deteriorating – GeekWire

Case 2:93-cv-00902-RBS Document 664-2 Filed 09/17/21 Page 11 of 12 PageID# 6244

(https://www.geekwire.com/sponsor-post/companies-can-get-value-data/)

**The Future of Corporate Real Estate Hinges On Data-Based Decision-Making** Read More (https://www.geekwire.com/sponsor-post/future-corporate-real-estate-hinges-data-based-decision-making/)

(https://www.geekwire.com/sponsor-post/future-corporate-real-estate-hinges-data-based-decision-making/)

**Venture Out: 10x Your Startup Network** Learn more! (https://ventureoutstartups.com/)

(https://ventureoutstartups.com/)

# About

About GeekWire (/about-geekwire/)
Contact Us (/contact-us/)
Ask About Advertising (/advertise/)
Send Us a Tip (/tips/)
Apply for Startup Spotlight (/startup-spotlight-apply/)
Apply for Geek of the Week (/apply-geekwire-geek-of-the-week/)
Become a GeekWire Member (/memberships/)
Join Our Startup List (/submit-startup/)

Reprints and Permissions (http://geekwirereprints.magreprints.com/)

# Follow

 (https://www.facebook.com/geekwire)
 (https://twitter.com/intent/user?screen_name=geekwire)
 (https://www.linkedin.com/company/geekwire)
 (https://www.instagram.com/geekwire/)  (/rss-feeds/)  (/podcast/)
 (https://www.youtube.com/subscription_center?add_user=GeekWire)

# GeekWire Newsletters

Catch every headline in your inbox

Enter your email address    Subscribe

# GeekWire Apps

 iOS (http://itunes.apple.com/us/app/geekwire/id482653203?mt=8)
 Android (https://play.google.com/store/apps/details?id=com.geekwire&hl=en)
 Apple News (https://apple.news/T-EsjXXc_SUaixm4bcBSpAw)
 Google Play Newsstand (https://play.google.com/store/newsstand/news?id=CAowr7HbCg)

## GeekWire Developer Blog (/devblog/)

 Return to Top of Page
Privacy Policy (/privacy/) | Terms of Use (/termsofuse/)
© 2011-2021 GeekWire, LLC

 (https://test?url=https%3A%2F%2Fwww.geekwire.new  (https://twitter.com/intent/tweet?url=https%3A%2F%2Fwww.geekwire.new  (https://www.linkedin.com/shareArticle?mini=true&url=https%3A%2F%2Fwww.geekwire.new