IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
     Plaintiff,

v.                                                Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
     Defendant.

## PERIODIC REPORT

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations ("Periodic Report").

**I.**     **<u>Conservation.</u>**

Jeffrey Taylor, Director of Collections and Exhibitions, and Alex Klingelhofer, Senior Consulting Conservator, continue to oversee conservation and management of the Titanic collection. They continue to treat artifacts that remain in desalination or waterlogged conditions, process artifacts out of water tanks when appropriate, and repair pieces that require attention from time to time. Ms. Klingelhofer conducted conservation work at the Company's Atlanta storage facility in March, August, June and December, 2021 and continues to prepare Conservation Reports. Several artifacts Ms. Klingelhofer conserved will now be rotated into the Company's permanent exhibitions to share with the public.

## II. Expeditions

As previously reported, P.H. Nargeolet participated in the OceanGate "Survey Expedition" conducted at Titanic last summer. OceanGate has requested that the Company clarify that while Mr. Nargeolet is an employee of RMS Titanic, Inc., he participated in the expedition solely as a guest of OceanGate.

## III. Marketing/Merchandise

The Company, through its affiliate, Experiential Media Group 'EMG' LLC, continues its preparation for the marketing and sale of Non-Fungible Tokens (each an "NFT"). The Company expects to launch its first trial NFT ahead of the 110th anniversary of the sinking of the RMS *Titanic*, and will provide a full report to the Court on its status.

## IV. Education

In September 2021, the Company conducted a presentation to the OshKosh Middle School, in OshKosh, Wisconsin. Jessica Sanders led the presentation along with Jeffrey Taylor, and Bill Lange and were joined by an actress portraying Violet Jessop. Together, they presented aspects of the Titanic story to 383 students in 24 classrooms. The Company expects to increase its education initiative by offering similar programs around the country. Similarly, the Company has commenced development of a new Titanic offerings for the public in the coming year.

## V. Reserve Account.

As of January 31, 2022, the balance in the reserve account was $1,046,308.04. The Company made four quarterly deposits in 2021. The most recent deposit was made on February 24, 2022.

**VI.     Titanic Exhibitions.**

Experiential Media Group 'EMG' LLC continues to operate the permanent Titanic exhibitions in Las Vegas, Nevada and Orlando, Florida. Following COVID related closures and operating cutbacks, the exhibition in Las Vegas has resumed operating seven days a week. The Company completed two rounds of renovations at its permanent Orlando exhibition, including a June, 2021 remodel and relaunch of the Dinner Show/Event Space, replacement of 207 graphic panels, remodeling and enhancing the lobby, and fresh paint throughout the 19ft venue. The Exhibition "Titanic: the Wisconsin Connection" in Oshkosh, WI has now closed. The Company is not currently presenting any of its traveling exhibitions, but is exploring several domestic and international touring opportunities. Finally, the Company is now considering an additional permanent exhibition, where it may present some of its larger artifacts that are too bulky to travel and too large to install in existing venues without additional construction.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

 */s/ William R. Poynter*
William R. Poynter, VSB #48672
Brian A. Wainger, VSB #38476
*Attorneys for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 238-6383
Fax: (757) 304-6175
wpoynter@kaleolegal.com
bwainger@kaleolegal.com

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *William R. Poynter*
William R. Poynter, VSB #48672
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 238-6383
Fax: (757) 304-6175
wpoynter@kaleolegal.com