IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
     Plaintiff,

v.                                                    Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
     Defendant.

## PERIODIC REPORT

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations ("Periodic Report").

    I.    **<u>Protection and Monitoring of the Wreck Site and Collection.</u>**

As a critical component of its salvage rights, this Court has directed RMST to serve as the steward and custodian of the wreck, and to perform an oversight function of protecting and preserving the wreck site and collection. The Court has also directed RMST to notify the court when it learns of any actions which could violate the company's salvage rights or orders of this Court, including with respect to third-party possession of, or efforts to sell artifacts recovered from the wreck site. Dating back nearly 25 years, RMST has carefully honored these obligations to the Court as salvor in possession and trustee of the collection.

On April 5, 2018, the Company filed a Periodic Report in which it provided information related to one coin and two articles of paper currency recovered during the 1987 expedition, and a piece of coal recovered from the 1994 expedition. In that Periodic Report, the Company reported that G. Michael Harris, a former Officer and Director of the Company in the late 1990s, claimed he had lawful possession and ownership of these three artifacts and the piece of coal pursuant to a letter he received from George Tulloch in August 1997, at a time when Mr. Tulloch served as President of RMST and Mr. Harris served as a Director. The Company further reported that Mr. Harris used these artifacts as collateral to secure a commercial transaction between Packwood Investments, LLC ("Packwood") and him, that Packwood claimed that Mr. Harris defaulted on his commercial obligations and intended to foreclose on the artifacts, and then sell them on the open market. On February 20, 2018, counsel for RMST sent a letter to Dan Whittaker, Esq., counsel to Packwood, contesting the claims of ownership and lawful possession by Mr. Harris, and noting RMST's objections to any attempt by Packwood to repossess or sell the artifacts.[1]

At a hearing before this Court on May 3, 2018, Company counsel provided a further update on these particular artifacts.

The Company recently learned that Packwood did indeed foreclose on the artifacts, and that Guernsey's Auction House plans to conduct an online auction for these artifacts in "Late spring, 2022". *See*, "*The Saga of 4 Titanic Treasures*" attached hereto as Exhibit 1.[2]

On Friday April 20, 2022, the Company notified Mr. Arlan Ettinger, President of Guernsey's Auction House, that the Company claims a legal interest in these artifacts, recognizes

---

[1] Copies of the 1997 letter purportedly from Mr. Tulloch, Packwood's Florida UCC Financing Statement Form, and the undersigned's letter to Mr. Whitaker are attached to the April 5, 2018 Periodic Report.
[2] The contents of Exhibit 1 can be found at www.guernseys.com/v2/titanic_treasures.html

2

the extremely complicated and protracted legal history regarding possession and ownership of them, and has a duty to inform the Court of the impending auction. *See*, Exhibit 2, attached hereto.

At this time, the Company is considering its legal claims to these artifacts and will report back on any material developments.

2. **Corporate Developments.**

On January 29, 2021 the Company reported that it furloughed Bill Sauder, one of the world's most knowledgeable Titanic experts. The Company has now re-engaged with Mr. Sauder.

The Company arranged a series of marketing and educational initiatives to mark last month's 110-year anniversary of the sinking of TITANIC. As set forth in more detail in the documents attached hereto as Exhibit 3, the Company conducted a unique social media campaign presenting 30 days of different Titanic stories, installed new never seen artifacts in the Las Vegas and Orlando, and launched a Titanic 110th Anniversary Commemorative NFT coin giveaway drawing.

The Company partnered with Professor Giovanni Emanuele Corazza, PhD, President of Fondazione Guglielmo Marconi (the Marconi Foundation and Museum located in Sasso Marconi, Bologna, Italy) who gave a presentation for the Company's speaker series.[3] Jessica Sanders, the Company's President, and P.H. Nargeolet, joined Bernard Chauvin, President and CEO of La Cite de la Mer in Cherbourg, France for a round table public interview, to discuss the Company's history, activities at the wreck site, and recovered artifacts currently on display at the Cherbourg museum. The Company hosted a two-day Titanic panel in its newly renovated event space in Orlando, where many of the world's leading Titanic experts – including William Sauder, William Lange, P.H. Nargeolet, Alex Klingelhofer, Jeffrey Taylor, Bill Willard, Charles Haas, and survivor

---

[3] The public can access this video at https://www.facebook.com/rmstitanicinc/videos/44443717449765

3

descendant Frank Goldsmith, Jr. – presented on the tragic story. The Company intends to publish these presentations on its website for public consumption.

3. **Research and Recovery.**

The Company is in conversations with Magellan Limited for potential imaging only of the Marconi room area this year to determine the status of deterioration at the site. Magellan was named as the Company's expedition partner in 2020 and had developed a detailed plan for the recovery of the Marconi. The Company will report back on any material updates in these discussions and any future recovery plans would be made in compliance with the Norfolk Court process as previously done.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

    */s/ Brian A. Wainger*
Brian A. Wainger, VSB #38476
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                                                     */s/ Brian A. Wainger*
                                             Brian A. Wainger, VSB #38476
                                             *Attorney for Plaintiff RMS Titanic, Inc.*
                                             KALEO LEGAL
                                             4456 Corporation Lane, Suite 135
                                             Virginia Beach, VA 23462
                                             Tel: (757) 965-6804
                                             Fax: (757) 304-6175
                                             E-Mail: bwainger@kaleolegal.com