EXHIBIT 2

 Gmail

**Brian Wainger <bawainger@gmail.com>**

## Titanic Artifacts
1 message

**Brian Wainger** <bwainger@kaleolegal.com>                              Fri, Apr 29, 2022 at 12:17 PM
To: aettinger@guernseys.com
Cc: Jessica Sanders <jsanders@emgroup.com>
Bcc: William Poynter <wpoynter@kaleolegal.com>, Ryan Dougherty <rdougherty@kaleolegal.com>, William Dickinson <wdickinson@kaleolegal.com>, David Sullivan <dsullivan@kaleolegal.com>

  Arlan - This confirms the conversation we just had. Our law firm represents RMS Titanic, Inc. (the "Company")  The
  Company learned this week that Guerneys has scheduled an auction for June 15 to sell four artifacts recovered from the
  Titanic debris field, to include one coin and two articles of paper currency recovered during the company's 1987
  expedition, and a piece of coal recovered from its 1994 expedition (the "Artifacts").  Please be on notice that the Company
  claims a legal interest in these Artifacts. The history behind the possession of and rightful title to these Artifacts is
  complicated, and the Company believes these Artifacts are subject to the jurisdiction of the United States District Court
  for the Eastern District of Virginia (the "Court"). In this regard, please see the attached April 5, 2018 Periodic Report filed
  by the Company with the Court. The Company intends to file a Periodic Report with the Court next week informing it of
  these recent developments, and reserves all rights. Please do not hesitate to call me if you have any questions, Brian.
  --
  Brian Wainger
  Principal
  Kaleo Legal
  4456 Corporation Lane, Suite 135
  Virginia Beach, VA 23462
  t:757.965.6804
  f:757.304.6175 (efax direct)

This message contains information which may be confidential or privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify me immediately by telephone or by electronic mail. Thank you.

🔴 **2018 4 5 Periodic Report.pdf**
2746K