# EXHIBIT 3



**ATLANTA (April 11, 2022)** – To commemorate the 110th anniversary on April 15 of RMS Titanic's maiden voyage which ended in tragedy after colliding with an iceberg and sinking, *Titanic: The Artifact Exhibition* in **Orlando** is unveiling new artifacts recovered from the wreck site and hosting a special two-day speakers' series.  Visitors can view newly installed items including several iconic and personal passenger artifacts and enhance their exhibition visit by attending one or all of four sessions with Titanic experts and historians.  For tickets and more information, visit  www.titanicorlando.com

Newly installed artifact highlights include:
- Bronze Cherub from the aft grand staircase
- Stunning two-piece clarinet found in the suitcase of Howard Irwin
- The largest and best-preserved leather suitcase recovered from the wreck site
- First Class special dinner ware still vibrant with cobalt blue and gold designs
- Warning gong and a fuse panel with switches that closed the water-tight doors

"We are so excited to share these personal and historical artifacts to help guests of all ages connect with the story of *Titanic* and her passengers, keeping them in our memories and carrying on their legacies." said Jessica Sanders, CEO of Experiential Media Group.

*Titanic: The Artifact Exhibition* in Orlando is open Sunday – Thursday 10 a.m. to 8 p.m. with the last admission at 7 p.m. and Friday & Saturday 10 a.m. to 5 p.m. with the last admission at 4 p.m.

For more information and to purchase tickets, visit www.titanicorlando.com
For more information on the TITANIC 110th Anniversary Speakers Series including agenda and list of speakers, please visit https://titanicorlando.com/titanic-110th-anniversary-speaker-series/

###

**Media Contact:**
E/M Group: Wendy Perez
wperez@emgroup.com

**About *Titanic: The Artifact Exhibition***
The grand story of the "Ship of Dreams" is revived through TITANIC: The Artifact Exhibition, located on 7324 International Drive in Orlando.  More than 300 artifacts recovered from the wreck site of *Titanic* are on display, along with memorabilia and White Star Line materials, full-scale room re-creations, interactive environments, and exclusive video of how the *Titanic* resides today.  The venue also hosts a First-Class Dinner Gala on Friday and Saturday nights.



## Titanic 110th ANNIVERSARY Activities

**March 17, 2022** – Company began social media campaign of 30days of daily Titanic stories, (The Launch Day post on April 10 reached over 200,000 people).  We launched a newsletter informing Titanic enthusiasts where to find information.

**March 20, 2022** – Jeffrey Taylor, Director of Collections, installed new artifacts in Las Vegas including newly conserved items by Alex Klingelhofer. See attached press release.

**April 4, 2022** – Jeffrey Taylor, Director of Collections, installed new artifacts in Orlando (including a newly conserved piece) and replaced previously displayed Titanic memorabilia with authentic artifacts from the Company's collection.  See attached press release.

**April 7, 2022** – The Company participated in a group interview with French journalists, PH Nargeolet and Bernard Cauvin, President and CEO of La Cite de la Mer in Cherbourg, where the Company has a small collection of artifacts on display in partnership with the museum.

**April 10, 2022** – The Company, through partnership between its exhibition touring affiliate Experiential Media Group 'EMG' LLC and Crypto.com, launched a Titanic 110th Anniversary Commemorative NFT Coin giveaway drawing. The Company developed an offering of 10 coins in 4 Series, surrounding key events in the maiden voyage as an additional way to reach the public with Titanic information.  Participants entered to win one of the digital coins which were distributed to winners on April 25, 2022.  See attached overview

**April 14-15, 2022**, The Company welcomed esteemed colleagues and experts for the first ever RMS Titanic, Inc. hosted two-day Titanic panel in our newly renovated event space which is used for the dinner show experience on weekends.  William Sauder, William, Lange, PH Nargeolet, Alexandra Klingelhofer, Jeffrey Taylor, Bill Willard, Charles Haas, and survivor descendant Frank Goldsmith, Jr. (who's father and mother survived the sinking while his grandfather did not) presented.  The Company recorded the event and will be publishing the recordings on our website. See attached program.

**April 14-25, 2022** The Company partnered with Professor Giovanni Emanuele Corazza, PhD, President of Fundacione Guliermo Marconi (the Marconi Foundation and Museum in Italy) who recorded a video for the Company's speaker series and social media which can be viewed here:
https://www.facebook.com/rmstitanicinc/videos/444437117449765

**FOR IMMEDIATE RELEASE**



## *TITANIC: THE ARTIFACT EXHIBITION* AT LUXOR HOTEL AND CASINO DEBUTS 32 RECOVERED ARTIFACTS FOR 110TH ANNIVERSARY OF RMS TITANIC



*For hi-res images of Titanic: The Artifact Exhibition, click [here](#)*
Courtesy: *E/M Group*

**LAS VEGAS (April 5, 2022)** – Marking 110 years on April 15 since RMS Titanic's maiden voyage ended in tragedy after colliding with an iceberg and sinking, **Titanic: The Artifact Exhibition** at **Luxor Hotel and Casino** has installed 32 artifacts directly recovered from the wreck site inside The Strip's premier educational attraction. Visitors can catch a glimpse of newly installed items including personal artifacts from passengers aboard that fateful night. For tickets and more information, visit [TitanicLasVegas.com](#).

Of the 32 newly installed artifacts, a few highlights include:
- Paper currency
- Playing cards
- Perfume labels
- Pocket corkscrew
- Ink pen recovered in its original wrapper and box
- Three French miniature calendar pages
- Wooden brush

"Titanic: The Artifact Exhibition in Las Vegas is excited to debut 32 recovered artifacts in honor of the 110th anniversary of the maiden voyage and tragic sinking of *Titanic*," said Jessica Sanders, CEO of E/M Group. "Sharing these personal and historical artifacts help guests of all ages connect with the story of Titanic and her passengers, keeping them in our memories and carrying on their legacies."

*Titanic: The Artifact Exhibition* is open daily from 11 a.m. to 8 p.m. with the last admission at 7 p.m. For more information and to purchase tickets, visit [TitanicLasVegas.com](#).

###

**Media Contact:**
Kirvin Doak Communications: Dianne Mercado
dmercado@kirvindoak.com

**About *Titanic: The Artifact Exhibition***
The grand story of the "Ship of Dreams" is revived through Titanic: The Artifact Exhibition at Luxor Hotel and Casino. With over 300 real artifacts, guests embark on a journey to feel what it was like aboard the famous luxury liner. The exhibition includes dramatic room recreations of the Grand Staircase, first- and third-class cabins, Promenade Deck and also houses a 15-ton section of the Titanic's starboard hull, appropriately called 'The Big Piece.' Travel back in time and experience the wonder and tragedy of the world's most famous ocean-liner.




# *Titanic* 110th Anniversary Speaker Series



# Agenda
April 14-15, 2022

## Session 1

Thursday, April 14, 2022
10:30am - 12:30pm

Join us for this morning session surrounding Titanic: the Ship of Dreams. Topics include why the RMS TITANIC was built, her design and opulence, and notable passengers. Featured speakers are: William Sauder, Director of Titanic Research, Alexandra Klingelhofer, Senior Consulting Conservator to the Titanic Collection, and Jeffrey Taylor, Director of Collections for RMS Titanic, Inc., our host for this special anniversary event. Frank Goldsmith, Jr. will share his father's story of survival of the sinking and have DVD's available for purchase following the session. Experience first-hand accounts through spoken word of passenger direct quotes regarding the luxury that was Titanic.

### The Ship of Dreams, 10:30am - 12:30pm

| Topic | Guest Speaker |
|---|---|
| Why the *Titanic* was Built & the Economic Strategy | Bill Sauder |
| The Ship of Dreams, Her Design, & Opulence | Bill Sauder |
| Notable Passengers | Alex Klingelhofer |
| Frank Goldsmith's Family Story - Surviving the *Titanic* | Frank Goldsmith, Jr. |

*Voices from Titanic*

| | |
|---|---|
| Passenger Quotes – The Luxury of the *Titanic* | |
| Q&A with Audience | Bill Sauder |

12:30 – 1:00 PM
DVD Signing –
Frank Goldsmith

## Session 2

Thursday, April 14, 2022
2:00pm - 4:00pm

Join us for this afternoon session surrounding Titanic: The Maiden Voyage & Impact. Topics include life at sea, the Marconi Telegraph and ice warnings, and we will examine difficult decisions in crisis- those who chose to stay. Featured speakers are: Alexandra Klingelhofer, Senior Consulting Conservator to the Titanic Collection, RMS Titanic, Inc. (our host for this special anniversary event), Charles Haas, President of the Titanic International Society, and William Sauder, Director of Titanic Research, with a special message from Prof. Giovanni Emanuele Corazza, PhD, President of Fondazione Guglielmo Marconi and Fondatore of the Marconi Institute for Creativity. Frank Goldsmith, Jr. will share his father's story of survival of the sinking through his DVD's available for purchase following the session. Experience first-hand accounts through spoken word of passenger direct quotes regarding the sinking.

**Titanic First-Class Dinner Gala** – 5:30pm (SOLD OUT)

### The Maiden Voyage & Impact, 2:00pm – 4:00 pm

| Topic | Guest Speaker |
|---|---|
| Introduction of the *Titanic* International Society | Alex Klingelhofer |
| Life at Sea for Her Passengers & Crew | Charles Haas |
| Marconi Radio & Ice Warnings | Bill Sauder |
| Pre-Recorded from Foundation Guglielmo Marconi | Prof. Giovanni Emanuele Corazza, PhD, President |
| Difficult Decisions in Crisis - Those Who Stayed | Alex Klingelhofer & Panel |

*Voices from Titanic*

| | |
|---|---|
| Passenger Quotes – The Impact | |
| Q&A with Audience | Panel |

4:00– 4:30 PM
DVD Signing –
Frank Goldsmith

## Session 3

Friday, April 15, 2022
10:30am - 12:30pm

Join us for this morning session surrounding *Titanic*: the Aftermath. Topics include the rescue, US/UK inquiries, receiving the survivors (the NY outpouring of sympathy), survived but disgraced, and the Addergoole 14. Featured speakers are: William Sauder, Director of *Titanic* Research, Alexandra Klingelhofer, Senior Consulting Conservator to the *Titanic* Collection for RMS *Titanic*, Inc., our host for this special anniversary event, and Bill Willard, Author, Teacher, and Member of the '98 Expedition to recover Big Piece. Experience first-hand accounts regarding the aftermath of the sinking through spoken word of passenger direct quotes. Mr. Willard will have copies of his book available for purchase and signing directly following.

### The Aftermath, 10:30am - 12:30pm

| Topic | Guest Speaker |
|---|---|
| Rescue History & US/UK Inquiries | Bill Sauder |
| Receiving the Survivors: The NY Outpouring of Sympathy | Alex Klingelhofer |
| Survived but Disgraced | Bill Sauder |
| Addergoole 14 | Bill Willard |

*Voices from Titanic*

| | |
|---|---|
| Passenger Quotes - Accounts of Breaking up & Sinking | |
| Q&A with Audience | Panel |

12:30 – 1:00 PM
Book Signing –
Bill Willard

## Session 4

Friday, April 15, 2022
1:30pm - 4:00pm

Join us for this afternoon session surrounding *Titanic*: Carrying on Her Legacy. Topics include discovery and survey of the wreck site, what it's like to dive to the *Titanic* wreck site, and artifact recovery, conservation, and challenges. Featured speakers are: William Lange, Director of Advanced Visualization and Imaging, P.H. Nargeolet, Director of RMS *Titanic*, Inc's Underwater Research Programs who currently has the most logged diving hours at the wreck site, Rory Golden, Diver, Speaker, and Explorer, Alexandra Klingelhofer, Senior Consulting Conservator to the Titanic Collection, and Bill Willard, Author, Teacher, and member of the '98 Expedition to recover Big Piece. Mr. Willard will have copies of his book available for purchase and signing directly following. Learn how this tragic event has and continues to impact our current lives.

**Titanic First-Class Dinner Gala** – 5:30pm (SOLD OUT)

### Carrying on Her Legacy, 1:30pm - 4:00pm

| Topic | Guest Speaker |
|---|---|
| The Wreck Site Discovery & Survey | William Lange |
| What It's Like to Dive the *Titanic* & Modern Exploration | P.H. Nargeolet, William Lange, Rory Golden |
| Artifact Recovery | P.H. Nargeolet, Bill Willard, Rory Golden |
| Artifact Conservation & Challenges | Alex Klingelhofer, Jeffrey Taylor |

*Voices from Titanic*

| | |
|---|---|
| Forever Changed - Lessons Learned from Titanic & Legacy of *Titanic:* Lifeboats for Everyone, Mandatory Passenger Training, International Iceberg Patrol, Laws and Regulations, Coast Guard Annual Ceremony | |
| Titanic's Legacy through Educational Initiatives - Closing | Jessica Sanders |

4:00– 4:30 PM
Book Signing –
Bill Willard

# Guest Speakers



### Jeffrey Taylor | Director of Collections

Jeff originally received his Master's Degree in Pacific International Affairs at the University of California, San Diego, and received his Bachelor of Arts Degree in Asian Studies and Japanese Language at Brigham Young University in Provo, Utah. With E/M Group, he oversees the storage and handling of the Titanic: The Artifact Collection and enjoys all aspects of object and artifact care.



### Alex Klingelhofer | Conservator of Record

Alex Klingelhofer has served as the Conservator of Record for RMS Titanic, Inc for 12 years. She is a nationally recognized museum professional with a rare combination of curatorial and conservation experience. With degrees from UNC-Chapel Hill and the University of Southampton, UK, she has served as a collections assessor, grant reviewer, and presenter for regional and national museums and cultural organizations like the American Alliance of Museums, Heritage Preservation, and Colonial Williamsburg Foundation.



### Paul-Henry (PH) Nargeolet | Director of Underwater Research

P.H. serves as the Director of Underwater Research for E/M Group and RMS Titanic, Inc. and has an impressive and tenured history with Titanic. Widely considered the leading authority on the wreck site, P.H. has led several expeditions to Titanic, completed 35 dives in the submersible himself, and supervised the recovery of 5,000 artifacts, including the recovery of the "big piece" a 20-ton section of Titanic's hull (now on display in Las Vegas).

In 2010 P.H. served as the expedition leader on the most technologically advanced dive to Titanic spearheading the first comprehensive survey map of the Ship, including imaging the bow and stern sections and her entire artifact debris field in high-resolution sonar and 3D optical imagery.

Born in Chamonix, France, P.H. lived in Africa for 13 years with his family and at 16 returned to France to complete his studies in Paris. He later joined the French Navy for a career that spanned 22 years and saw him rise in the ranks to Commander. In 1986, P.H. retired from the Navy and joined the French Institute for Research and Exploitation of Sea (IFREMER) in charge of the deep submersibles Nautile and Cyana. While at IFREMER, P.H. led the first recovery expedition to the Titanic in 1987.



### William Lange | Director Advanced Imaging & Visualization

Bill is a world-renowned expert in underwater imaging, camera system design, and underwater survey methods. He was also the first person to see & recognize the RMS Titanic wreck in 1985.

He is a veteran of over 100 scientific expeditions and documentary projects. Bill created and served as the Director of the Advanced Imaging and Visualization Laboratory at the Woods Hole Oceanographic Institution, where he worked for over 38 years. He is also a member of the Society of Motion Picture & Television Engineers and the Explorers Club.

Bill is also one of the few individuals to dive and survey both the Titanic and the Bismarck, and has participated and provided imaging systems for over 10 Titanic Expeditions.

He has received awards from the Russian Academy of Sciences, Smithsonian Computerworld Award, Global Spec Great Moments in Engineering Award, Sloan Foundation, NOAA, and has worked on several Emmy nominated and award-winning documentaries.



### Charles Haas | President of the *Titanic* International Society

Charlie was born in New York and is a retired teacher of high school English and journalism. Charlie is a co-founder of the Titanic International Society and a longtime trustee. He served as editor of the journal, Voyage, since the group was founded until 2006, when he became president of TIS. A lifetime highlight was making dives to the Titanic wreck in 1993 and 1996. He narrated the program "Titanic: Untold Stories," was a member of the 1998 expedition to the wreck and contributed to the design of artifact exhibits through 2000. He was a featured speaker on the 2012 Titanic Memorial Cruise and has appeared in numerous television documentaries. With co-author John P. Eaton, he has written five books: *Titanic: Triumph and Tragedy*, *Titanic: Destination Disaster*; *Titanic, The Exhibition*; *Titanic: A Journey Through Time*; and *Falling Star: Misadventures of White Star Line Ships*.



### Bill Sauder | Director of *Titanic* Research, RMS *Titanic*, Inc.

Bill Sauder's first direct contact with Titanic came shortly after the discovery of the wreck in 1985, helping to identify the thousands of photos brought back from that expedition. Mr. Sauder has spent more than 36 years contributing to the historical facts behind Titanic's construction, her builders, and the culture that created her. He has worked with many of the leaders behind Titanic including numerous historians, maritime experts, oceanographers, film producers, and more. Bill provided technical assistance for Jim Cameron's movie Titanic, and later provided technical resources to help create the most accurate computer simulation of the Titanic's sinking possible. His work on the data gathered by RMST in 2010 has led to significant insights into the nature of the wreck.  Mr. Sauder has also worked on several documentaries related to Titanic including "Titanic: The Final Word," "Titanic at 100: Mystery Solved", and "Band of Courage."



### Bill Willard | *Titanic* Researcher, Big Piece Recovery

Bill Willard has been a Titanic researcher for 48 years.  As a member of the 1998 Titanic Expedition, the team raised the Big Piece, and produced a live show from the ocean floor for the first time ever.  Bill's book, "Our Story: Celebrating the 20th Anniversary of the 1998 Titanic Expedition, chronicles the events leading up to the recovery, and post-expedition updates.  It has been widely praised as a "must read" by Titanic enthusiasts all over the globe.  His areas of interest include the 1998 Expedition, Project Name Them All, any and all passenger and crew stories, and the Addergoole 14.



### Rory Golden | Diver, Speaker, Explorer

Rory Golden became the first Irish diver to visit the site of RMSTitanic, in August 2000. He was a member of an expedition that recovered 800 artifacts from nearly 4,000 meters deep. His dive was in a Russian submersible, and he left a memorial plaque on the wreck on behalf of the people of Ireland. He returned in August 2005, leaving two more memorial plaques from Belfast on the ship. This expedition was broadcast as a documentary, "A Journey to Remember," on BBC. In July 2021 he was contracted by OceanGate Expeditions to be the main presenter on the 2021 Titanic Survey Expedition. Other duties included assisting in the dive ops and preparation of the revolutionary new 5-person carbon fiber TITAN submersible.

## Special Guest Speaker — Frank Goldsmith, Jr | Survivor Descendant

Frank Goldsmith, Jr. has known about Titanic all his life, and was told the story by his grandmother and his father, both survivors of the tragedy that took the life of his grandfather. But it wasn't until 2002 when he was asked to speak at a local grammar school that he discovered people were interested in the family's experiences. Since then, he has presented the family story at schools, libraries, and civic groups all around Central Florida, and as far away as Tennessee and Missouri. In 2012, he recorded a DVD so that his family would hear the history and now his grandchildren and great grandchildren will know their connection to the Titanic.

RMS *Titanic*, Inc. was granted salvor-in-possession rights to the wreck of *Titanic* by a United States federal court in 1994 and is the only company permitted by law to recover artifacts from the wreck site of *Titanic*. RMS *Titanic*, Inc., an affiliate of Experiential Media Group 'EMG' LLC ("E/M Group"), has conducted eight research and recovery expeditions, with the goal of obtaining oceanographic material and scientific data; and using the data and retrieved artifacts for historical verification, scientific education, and public awareness.



**DiscoverTitanic.com**