# United States District Court
### Eastern District of Virginia
### Norfolk, Virginia 23510

**Chambers of**
**Rebecca Beach Smith**
**Senior United States District Judge**

June 6, 2022

David G. Concannon
Explorer Consulting
100 Sun Valley Road, No. 329
Sun Valley, Idaho 83353

    Re: <u>R.M.S. Titanic, Inc. v. The Wrecked & Abandoned Vessel</u>
         Case No. 2:93cv902

Dear Mr. Concannon:

    The court is in receipt of your letter dated May 20, 2022, providing an Overview and the Science and Media Plan for OceanGate's 2022 *Titanic* Survey Expedition, with the caveat that "OceanGate has no intention of disturbing the *R.M.S. Titanic* or interfering with R.M.S. Titanic, Inc.'s ("RMST") rights as salvor-in-possession, or of violating this Court's orders with respect thereto." ECF No. 668 at 1. In particular, it is of importance, as you assured, "to avoid contact with the wreck itself," and that "no artifacts or scientific samples will be collected from the wreck itself." <u>Id.</u>

    Absent any objection from RMST or NOAA, the court itself has no objections to your planned operation based on your letter and representations to the court. The court appreciates your notification and would also appreciate receiving a follow-up report of OceanGate's expedition after completion.

                           Very truly yours,

                           Rebecca Beach Smith

RBS/erb

David G. Concannon
June 6, 2022
Page 2


cc: Brian A. Wainger, Esquire
    RMST

    David G. Barger, Esquire
    RMST

    Kent P. Porter
    Assistant United States Attorney

    Jackie Rolleri
    NOAA Office of the General Counsel