IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.                                                          Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
      Defendant.

**<u>PERIODIC REPORT</u>**

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations ("Periodic Report").

    I.    **<u>Protection and Monitoring of the Wreck Site and Collection.</u>**

On June 7, 2022, the Court sent the Company a letter directing it to file a report and update on the upcoming auction of four (4) artifacts recovered from the *R.M.S. Titanic* wreck site by Guernsey's Auction House (the "Artifacts" and "Guersney's" respectively). Specifically, the Court directed the Company to file a report on the Auction, RMST's legal interest in the Artifacts, and any legal proceedings related to its claim.

On June 8, 2022, David Segal, Esq., counsel to the Company from the law firm of Sills Cummis & Gross, P.C., sent Mr. Arlan Ettinger an email, attaching the Court's June 7 letter, and requesting a phone call to discuss the matter. Messrs. Segal and Ettinger spoke later that day, and

Mr. Ettinger confirmed that he had already received the Court's June 7 letter via email. During that call, Mr. Ettinger indicated that he had believed Guernsey's was shown sufficient documentation to hold the Auction, but given his receipt of the April 29, 2022 email from the Company claiming a legal interest in the Artifacts, Guernsey's planned to suspend the Auction. He also indicated that Ms. Maureen Daly, the consignor of the Artifacts to Guernsey's, intends to pursue her right to the Artifacts so that she can sell them. Mr. Ettinger followed that call with a letter to Mr. Segal, confirming, among other things, that Guernsey's has suspended it efforts to sell the Artifacts at Auction, "pending further resolution" of RMST's claim of legal interest in the Artifacts. *See,* Exhibit 1 attached hereto.

The Company continues its investigation of the history behind the possession and ownership of the Artifacts, from their recovery through the present, including any legal proceedings related to them. Given the events in question date back over two decades, it may take some time to complete the investigation underway. The Company will provide an update on its progress or any material developments to the Court in its next Periodic Report.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

 */s/ Brian A. Wainger*
Brian A. Wainger, VSB #38476
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 13, 2022, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

<u>/s/ Brian A. Wainger</u>
Brian A. Wainger, VSB #38476
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com