# EXHIBIT 1

S.S. UNITED STATES
PRESIDENT JOHN F. KENNEDY
MICKEY MANTLE • THE McGWIRE BASEBALL
JAZZ • ARTWORK OF THE SOVIET UNION
THE FRANKLIN ROOSEVELT ARCHIVE
ELVIS PRESLEY • JERRY GARCIA
THE ROSA PARKS ARCHIVE

65 EAST 93RD STREET
NEW YORK, NY 10128

PH: 212.794.2280
FAX: 212.744.3638

AUCTIONS@GUERNSEYS.COM
WWW.GUERNSEYS.COM



# GUERNSEY'S
AUCTIONEERS & BROKERS SINCE 1975

June 8, 2022

Mr. David F. Segal
Sills Cummis & Gross P.C.
101 Park Avenue
28th Floor
New York, New York 10178

Dear Mr. Segal:

Please know that Guernsey's had spent considerable time during the first months of this year preparing for an auction that was to have featured four items recovered from the Titanic consigned to us by Ms. Maureen Daly. Ms. Daly provided ample evidence to support the notion that these items were not part of the inventory of recovered Titanic artifacts and hence were able to be sold. Unlike many of our events that contain large numbers of consigned items, due to the importance of this consignment, the auction was to have included very few lots.

On April 29th of this year, Brian Wainger of Kaleo Legal on behalf of RMS Titanic, Inc., notified us in writing that Guernsey's should "be on notice that the Company (RMS Titanic, Inc.) claims a legal interest in these Artifacts."

In light of this development, and pending further resolution, we have suspended our efforts vis a vis the auction featuring Ms. Daly's items.

Sincerely,

Arlan Ettinger
President

A DIVISION OF BARLAN ENTERPRISES, LTD.