IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
       Plaintiff,

v.	Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
       Defendant.

## PERIODIC REPORT

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations ("Periodic Report").

**I.**	**Protection and Monitoring of the Wreck Site and Collection.**

As first reported in its May 11, 2022 Periodic Report, earlier this year the Company began conversations to collaborate with Magellan Limited ("Magellan") regarding potential imaging of the Marconi room during the 2022 weather window to determine the current status of deterioration at the site. According to its website, Magellan performs deepwater site investigation, subsea intervention and seabed mapping.[1] On behalf of RMST, Magellan developed the tooling plan for the recovery of the Marconi radio previously submitted to the Court in 2020.

---

[1] https://www.magellan.gg

The Company and Magellan never reached an agreement to collaborate on a 2022 expedition, but now understands that Magellan has launched an expedition to the wreck site, ostensibly to map the Marconi Room via a "point cloud" array. The Company is not participating in this expedition and does not sanction it and indeed never participated in any expedition planning sessions despite several requests. The Company does not have any details of this expedition including without limitation its planned duration, a dive plan, any of the proposed activities at the wreck site, whether there is salvage equipment or tooling on board, or how Magellan or it partner Atlantic Productions plans to legally obtain and use prior images of the wreck for its projects. The Company will continue to update the Court on these matters as it develops more information.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

 /s/ Brian A. Wainger
Brian A. Wainger, VSB #38476
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2022, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

<u>/s/ Brian A. Wainger</u>
Brian A. Wainger, VSB #38476
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com