IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
     Plaintiff,

v.                                             Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
     Defendant.

## STATUS REPORT

The United States, as *amicus*, and on behalf of its National Oceanic and Atmospheric Administration ("NOAA"), provides the following information in response to the Court's August 15, 2022, Order and R.M.S. Titanic, Inc.'s ("RMST") August 5, 2022, Periodic Report. *See* ECF Nos. 674, 675.

**Alleged Magellan, Limited Expedition to the *Titanic* Wreck and Wreck Site**

On August 5, 2022, RMST filed a Periodic Report to advise the Court that Magellan, Limited ("Magellan"), "has launched an expedition to the [*Titanic*] wreck site, ostensibly to map the Marconi Room via a 'point cloud' array." ECF No. 674. Based on that Report, NOAA notified the U.S. Department of State and the United Kingdom's Department for Transport of this information. NOAA has also attempted to directly contact Magellan to learn additional information about the alleged expedition, and to determine whether the expedition, if occurring,

1

may be subject to Section 113 of the Consolidated Appropriations Act, 2017 (Pub. L. 115-31). At this time, NOAA has not received any response from any Magellan official.

From Magellan's public website, it appears Magellan is not a U.S. domestic company, nor does it appear to have any domestic presence.  Magellan may be registered in Guernsey, which, based on information and belief, is a United Kingdom "Crown Dependency," a largely self-governing dependent territory of the Crown.  *See https://www.royal.uk/crown-dependencies#:~:text=The%20Channel%20Islands%20is%20comprised,part%20of%20the%20United%20Kingdom*.  The United Kingdom's Department for Transport has informed NOAA that a Crown Dependency would need to separately ratify the Agreement Concerning the Shipwrecked Vessel *R.M.S. Titanic* to be bound by its terms.  NOAA is continuing to coordinate with the United Kingdom to determine whether Magellan's Operations and Logistics Office in South Shields, England would potentially subject Magellan to the United Kingdom's jurisdiction.

NOAA will apprise the Court of any relevant information we learn from Magellan.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:   /s/ *Kent P. Porter*
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of August, 2022, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| **Brian Andrew Wainger** <br> **Ryan V.P. Dougherty** <br> **William R. Poynter** <br> Kaleo Legal <br> 4456 Corporation Lane <br> Suite 135 <br> Virginia Beach, VA 23462 <br> Email: bwainger@kaleolegal.com <br> E-Mail: rdougherty@kaleolegal.com <br> E-Mail: wpoynter@kaleolegal.com | **David G. Barger, VSB #21652** <br> GREENBERG TRAURIG, LLP <br> 1750 Tysons Boulevard, Suite 1200 <br> McLean, Virginia 22102 <br> Tel: (703) 749-1300 <br> Fax: (703) 749-1301 <br> E-Mail: Bargerd@gtlaw.com |

      /s/ *Kent P. Porter*__
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov