# EXHIBIT 1



# TT22 Dive Plan / Project Plan

CONFIDENTIALITY

This document is the exclusive property of Magellan Ltd. It has been provided for the purpose for which it has been supplied and is not for general disclosure. The person or entity receiving this document agrees to ensure the information contained herein is only disclosed to those persons or entities having a legitimate right to receive it. The recipient should further note that this document is not to be distributed or disclosed in whole or in part to any third parties without the prior written consent of Magellan Ltd.

This is an electronically generated document, which has been reviewed and approved in accordance with the Magellan Management System. An audit trail of review and approval is available from Document Control.

The screen version of this document is always the CONTROLLED COPY. When printed it is considered a FOR INFORMATION ONLY copy, and it is the holder's responsibility that they hold the latest valid version.

# TT22 Dive Plan / Project Plan



| Rev | Date | Reason for Issue | Originator | Reviewer | Approver |
|---|---|---|---|---|---|
| 01 | 31/07/2022 | Issued for Planning purposes | OM | DS | |
| 02 | 19/08/2022 | Draft issued for comment | DS | DS | |
| 03 | 19/08/2022 | Added remaining crew years of experience | OM | DS | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



TT22 Dive Plan / Project Plan



### Background:

Building on extensive experience with Ultra-Deepwater Simultaneous Operations (Simops) of x2 Remotely Operated Vehicles, (ROV's) conducting non-intrusive photogrammetry and mapping projects. Magellan intends to perform a hi-resolution photogrammetry and laser mapping survey of the target TT22 during the operational window summer 2022. Operations will be timed to not interfere with any other planned expeditions to the site.

### Objectives:

The 'as time allows' objectives for the project are as follows:

1. Acquire detailed laser and photogrammetric data of the bow and stern sections of Titanic.
2. Document the entire expedition subsea with x2 off, 4k cameras.
3. Maintain zero contact policy with the area and its contents. Magellan will maintain a Policy of respect for the memorial site to preserve the site and its surroundings.

### Equipment:

To accomplish this project, Magellan's two ARGUS worker XL ROVs ('Romeo' and 'Juliet') will each be outfitted with the following equipment:

**Juliet** will be equipped with a laser survey skid, complete with stills camera, fibre optic mux, environmental sensors, and a SprintNAV 500 INS. Magellan seeks to highlight that both (all) manipulators will be removed from the ROV for the entire period of the Draft Dive Plan. The ROV will at all times maintain positive buoyant to ensure it always floats clear of the target in the unlikely event of a power failure.

**Romeo** will be equipped with two 4k cameras, either Sony UMC or Panasonic Lumix's (interchanged as required). Romeo will retain manipulators, allowing it to assist Juliet in the unlikely event of power failure (see above). Magellan seeks to categorically confirm No Manipulator interaction with the site will be performed whatsoever. The ROV will at all times maintain positive buoyant to ensure it always floats clear of the target in the unlikely event of a power failure.

### Methodology:

The expedition surface vessel will arrive on site it will set up on Dynamic Positioning (DP) over the top the bow section of TT22 and Romeo and Juliet will both be launched at a safe distance from the target.

TT22 Dive Plan / Project Plan

Once at depth, Juliet will run a patch test across a known point to confirm laser data offsets and confirm the laser and camera are functioning correctly, before commencing operations on the bow.

Romeo will alternate between filming Juliet and documenting sections of Titanic while Juliet is running horizontal lines, above the targets main deck. While Juliet is running vertical lines, below the main deck, Romeo shall monitor Juliet to ensure no contact with the target. Romeo will be able to engage (as per previous specifics highlighting at all times positive buoyancy) with Juliet in the event of a power loss or control system issue to ensure she is moved away from the target.

Once bow section data acquisition is complete, the vessel will move in DP to the aft/stern section with the subs at depth, acquiring debris field laser/4K data, then commence data acquisition at aft section.

Proposed line plans are shown in Figures 1 & 2 below. These plans may be adapted to environmental conditions on site at the time of the operations.

Simops, with a second ROV available at all times to monitor or assist the other ROV will provide a high degree of control and ensure that no part of the either the system or their umbilical contacts the target. In this manner thruster wash from the ROV's can also be monitored minimising the potential for sediment disturbance.

**Expected Timetable:**

Day 1 – **Commence operations**

- Surface Vessel arrival on site – setup on DP
- Deploy both ROV's to seabed
- Commence bow horizontal lines/patch test of first few lines, 2nd ROV monitors scanning ROV to ensure correct vessel offset and umbilical management
- 2nd ROV then commence photogrammetry program
- Bow horizontal survey complete

Day 2 – **continue operations**

- Commence vertical survey lines
- Complete vertical lines, commence move to aft/stern section of site, transit with subs at depth acquiring debris field data in transit
- Commence horizontal lines over the stern/aft section

Day 3 – **complete operations**

- Horizontal survey lines completed including tie lines

TT22 Dive Plan / Project Plan

- Commence aft/stern vertical survey lines
- Aft/stern vertical lines completed
- Recover ROV's and depart site



*Figure 1 Bow line plan*

TT22 Dive Plan / Project Plan





*Figure 2 Stern Line Plan*



# TT22 Dive Plan / Project Plan



## Team Size and Qualifications:

In addition to vessel crew, we have the following personnel on-board for this project.

| TT22 Team | | |
|---|---|---|
| **Position** | **Role** | **Experience** |
| Offshore Manager | On-board management | 30+ Years in offshore/survey industry |
| Data Manager | Data acquisition | 20 years, specialist in subsea archaeological mapping/data |
| Survey/Data 1 | Positioning/data logging | 11 years in marine survey industry |
| Survey/Data 2 | Positioning/data logging | 10 years in marine survey industry |
| Survey/Data 3 | Positioning/data logging | 17 years in the marine survey industry |
| Survey/Data 4 | Positioning/data logging | 10 years in marine survey industry |
| USBL Tech | Laser operation | 11 years as offshore survey equipment specialist |
| Technical Director | Photogrammetry expert | 12 years, multiple large projects completed |
| Camera operator | Subsea camera op | 47 years, award winning specialist in underwater film |
| ROV Supervisor 1 | Supv. ROV Juliet | 18 years ROV experience |
| ROV Supervisor 2 | Supv. ROV Juliet | 14 years ROV experience |
| ROV Supervisor 3 | Supv. ROV Romeo | 19 years ROV experience |
| ROV Supervisor 4 | Supv. ROV Romeo | 10 years ROV experience |
| ROV Pilot/Tech | Pilot/technician | 2 years ROV experience |
| ROV Pilot/Tech | Pilot/technician | 11 years ROV experience |
| ROV Pilot/Tech | Pilot/technician | 16 years ROV experience |
| ROV Pilot/Tech | Pilot/technician | 10 years offshore as rigger, 2 years ROV |
| ROV Pilot/Tech | Pilot/technician | 10 ROV experience |
| ROV Pilot/Tech | Pilot/technician | 14 ROV experience |
| ROV Pilot/Tech | Pilot/technician | 10 ROV experience |
| ROV Pilot/Tech | Pilot/technician | 15 ROV experience |
| IT/AST | Asset support/IT | 2 years with Magellan, offshore |
| | | |

## Data processing:

Apart from a preliminary inspection of data acquired, to ensure full coverage is obtained, there is little that can be done on-board to process this data. Current estimate in excess of 500,000 images and the laser mesh can only be processed by specialists off the Vessel.

