

The Honourable Judge Rebecca Beach Smith
Senior United States District Judge
United States District Court
Eastern District of Virginia
Norfolk Division

CIVIL ACTION NO. 2:93cv902

**For the attention of the Honourable Judge Smith**

Magellan received the above referenced original paper copy Titanic Order at our offices 12th September. We note the Order Issue date was 15th August 2022, and the email delivery of the same to a *'logistics@magellan.gg'* email address. Unfortunately the *'Logistics'* email address used is not an email address for Service of papers because it is not monitored by the appropriate persons and this contributed to the time taken for us to issue our response.

Magellan does wish to respond to the content of this Order and seek to remove all the concerns raised within that Order.

Magellan also believes it would be helpful to the Court to provide a simple chronological summary of the historic dialogue between Magellan and the Plaintiff, RMST, and the efforts by Magellan to seek further detailed discussions with regards the planned expedition.

Magellan would also highlight that detailed and collaborative engagement with RMST is clearly evidenced going back to 2020 when both Magellan and RMST made a joint application to this Court for the planned expedition to conduct mapping and analysis with the intention of using this data to draft a detailed plan for removal of the Marconi Radio. The detail of this Radio removal was drafted in a Memorandum of Understanding (MOU), and all communication and correspondence from Magellan to RMST between the period May 2022 to date was clear in the subject matter being the further discussion and ultimate agreement of the MOU. Magellan now understand from the content of this Order issued (2:93cv902) that the work to remove the Marconi Radio has now been cancelled. Magellan were not aware this had in fact been cancelled until we read it in this Order issued, nor had this been communicated to Magellan by RMST in any of the engagement discussions to date.

Magellan does not wish to make any suggestions or inferences in the provision of this chronology beyond simple evidence that Magellan has made continuous proactive efforts to engage with RMST, and Magellan does not understand how this proactive engagement is consistent with the Order that has been issued. Magellan has made many attempts to seek meetings with RMST starting in May 2022 which also included an 'in person' meeting offer in America.

Magellan does note the Order makes no direct accusations Magellan.

Magellan Ltd. 1st Floor Tudor House, Le Bordage, St Peter Port, Guernsey. GY1 1DB
Company No. 63006, www.magellan.gg



Magellan would, however, wish to confirm to the Norfolk Court Division that Magellan does believe it continues to have good, open, honest dialogue with RMST, and Magellan is in full support of RMST Inc in their role as Salvor to the wreck. Magellan believes this is evident in our conclusion to Order #1 below, where, in the words of RMST, Magellan's plans were now regarded as *'...tremendously helpful.....'* for RMST.

**ORDER DIRECTIONS**
1. **RMST to further Investigate Magellan's Activity**

    Magellan does recognise that a detailed discussion meeting between RMST and Magellan has taken longer to set up and confirm in diaries than would be preferred, however, the chronology illustrates this is a scheduling complication only which has been equally difficult to coordinate between both RMST and Magellan diaries. Both Magellan and RMST have been equal in their effort to find a meeting date/time that worked and this was more complicated given the geography and time difference between the Magellan and RMST.

    With specific regard to this ORDER, Magellan would confirm that video calls have now been held between RMST and Magellan, and in fact those calls had been scheduled and held (11th & 12th Aug) before this ORDER was issued (15th Aug). Further illustration of Magellan good faith intentions towards RMST.

    The result of those video calls was an open dialogue in which assurances and specific request information was agreed to be shared from Magellan to RMST. Magellan would note, this objective had always been the intent as per the chronology.

    Magellan provided RMST with the Draft Dive Plan (DDP) in line with the format and content requirements required by RMST. Subsequent dialogue resulted in very minor iterations being added into the DDP at the specific request of RMST which Magellan complied with.

    By way of positive conclusion, it is the understanding of Magellan that RMST now accepts the expedition is in their own words "...tremendously helpful for our [RMST] position....". Magellan therefore believes that RMST will have provided further Periodic Report updates to this Court that we assume now satisfy the Orders issued under CIVIL ACTION NO 2:93cv902.

Magellan Ltd. 1st Floor Tudor House, Le Bordage, St Peter Port, Guernsey. GY1 1DB
Company No. 63006, www.magellan.gg

Case 2:93-cv-00902-RBS Document 678 Filed 10/13/22 Page 3 of 6 PageID# 6481



**2. RMST promptly provide the court with learnings of the Magellan Expedition**

Magellan understands that following emails, telephone calls and the content of a Draft Dive Plan (DDP) that RMST has now updated the court. Magellan has not seen the content of the Periodic Court update, but we understand that RMST will have informed the court that Magellan confirmed:
(1) Magellan has confirmed the Expedition will not touch the wreck (and never had any intention of doing so).
(2) Magellan will not perform any action that will damage RMST in its capacity as Salvor to the Titanic Wreck.
(3) That RMST is satisfied that the expedition is appropriate and has taken the required measures of control, safety, skilled personnel, and planning.
(4) RMST have reviewed the DDP provided and have raised no concerns.

Accordingly, Magellan understands that RMST is now satisfied with the expedition.

**3. The Clerk [of the Court] to provide copy of the Order to Magellan and also copy to Jackie Rolleri at NOAA offices.**

Magellan confirms receipt of both original paper copy which was received in hard postal copy 12th September 2022, as well as the email delivery to the *'Logistics'* email address. As per previous comment, the *'Logistics'* email address used is not an email address for Service of papers and contributed to any perceived delay in our response.

Accordingly Magellan do believe they have provided full and transparent disclosure throughout the discussions and communication with RMST, as well as made equal attempt both previous and again to date, and Magellan are not aware of any outstanding questions or issues from either RMST or this Court.

We thank you for your attention to this matter and reiterate our continuing desire to provide open transparent dialogue if you require further.

Yours sincerely

David Thompson
Group Chief Operating Officer

c: **Copy to Jackie Rolleri**
National Oceanic and Atmospheric Administration, NOAA Office of the General Counsel
Herbert C. Hoover Building, 14th and Constitution Ave NW, Washington D.C. 20230



# APPENDIX 1: CHRONOLOGY OF COMMUNICATION

**NB1:** Initial discussions and dialogue between Magellan and RMST commenced in 2020 with a view to establishing agreement (MOU) to map and then remove the Marconi Radio from the RMS Titanic Radio Room.
**NB2:** A detailed plan for the removal of the Marconi Radio was jointly submitted by RMST & Magellan to The Honourable Judge Smith. The impact of COVID ultimately paused this work until May 2022 when discussion were restarted.
**NB3:** Chronology therefore starts May 2022
**NB4:** There is a +5 hour time difference between Magellan & RMST which limits the working day for communication and replies

| DATE 2022 | Communication Method | Included Names | Event Description |
|---|---|---|---|
| 15 May | Telephone Call | Magellan & RMST | Discussion & planning to work together on expedition to Vessel, specific detail of imaging works required to then Plan for Marconi Radio removal |
| 16 May | Email | RMST to Magellan | Written confirmation of the telephone (15th May) call content. |
| 17 May | Email (several same date) | Between<br>• Magellan to RMST<br>• RMST to Magellan | • Confirmation content of email (16th May) accurate<br>• Additional words provided by Magellan to RMST to support the RMST periodic submission to court<br>• Confirmation 'verbatim' language provided by Magellan filed with Court |
| 18 May | Email | RMST to Magellan | Update RMST will meet its counsel in NY and draft LOI will be issued in couple days |
| 19 May | Email | Magellan to RMST | Seeking details of Counsel and plan for engagement. Confirmation Magellan ready to engage. |
| 31st May | Email | Magellan to RMST | Magellan follow up with RMST seeking update on Court submission (re: radio room) and timetable for MOU draft document |
| 01 June | Email | RMST to Magellan | Confirmation No specific Court reply but RMST seeking meeting with NOAA. RMST confirm draft MOU not yet ready. |
| 06 June | Email | RMST to Magellan | • RMST provide draft MOU re: Marconi radio room planning<br>• Indicative MOU term 01 June – 31 Oct 2022 (with added flexibility expressed as/if required) |

Continued below



| 29 June | Email | Magellan to RMST | <ul><li>Magellan acknowledge time to reply and provide explanation due to significant global travel</li><li>Introduced new Magellan employee name to help manage this process</li><li>Seeking meeting availability of RMST</li></ul> |
|---|---|---|---|
| 29 June | Email | RMST to Magellan | No availability for c.1 week (due to overseas travel). |
| 13 July | Email | Magellan to RMST | <ul><li>(1st email) Magellan seeking meeting availability</li><li>Magellan indicates proposed timetable to visit vessel Site and to lock a meeting into diaries</li><li>(2nd email) New Magellan Group COO offering immediate availability next day thereafter being 14th or 15th July</li></ul> |
| 15 July | Email | RMST to Magellan | <ul><li>RMST offer availability 18th or 19th July.</li><li>RMST seeking availability additional attendees (not Magellan names) also</li><li>Magellan</li><li>No meeting date confirmed / No invite sent</li></ul> |
| 19 July | Email | Magellan to RMST | <ul><li>Seeking confirmation of call date & time given no invite issued previous (being organised by RMST due to wider RMST attendee list names).</li><li>Reconfirmed Magellan available today (19th) & tomorrow (20th)</li></ul> |
| 19 July | Email | RMST to Magellan | Confirmed next available dates 21st & 22nd July |
| 20 July | Email | Magellan to RMST | Due to travel & holidays scheduled Magellan unavailable until 27th to 29th July (inclusive) |
| 27 July | Email | RMST to Magellan | Suggested 29th July as available |
| 01 August | Email | Magellan to RMST | <ul><li>Magellan acknowledge reply is after proposed date but unavoidable personal issues arose</li><li>Magellan reiterate keen to make meeting date</li></ul> |
| 02 August | Email | Magellan to RMST | Magellan CEO offer face to face meeting in person in the USA as method of progressing discussions |
| 02 August | Email | RMST to Magellan | RMST confirm they no longer wish to hold discussions with Magellan and withdraw from conversation |
| 02 August | Email | Magellan to RMST | <ul><li>Magellan acknowledge in hindsight all sides should have held discussion by now, **but** critically **both** sides have struggled to organise collective diaries and schedule meeting date/time</li><li>Magellan reiterate its willingness to meet (including face to face in person offer) continues</li></ul> |

Continued Below

Magellan Ltd. 1st Floor Tudor House, Le Bordage, St Peter Port, Guernsey. GY1 1DB
Company No. 63006, www.magellan.gg



| 11 August | Email | 3rd Party to both (Magellan & RMST) | Mr David Gallo set up call to permit Magellan & RMST to re-engage discussions |
| --- | --- | --- | --- |
| 11 August | Email | Magellan AND RMST | • Both Parties agreed discussion should be reinitiated<br>• Date agreed 12 Aug |
| 11 August | Email | Magellan to RMST and 3rd Party | • Magellan issued video meeting for 12th Aug<br>• All parties accepted |
| 12 August | Email | RMST to Magellan | Request to delay meeting to later the same day |
| 12 August | Email | Magellan to RMST | Magellan agreed and re-issued video meeting invite for new time requested by RMST |
| 16 August | Email | Magellan to RMST | • Confirmation of what was discussed and agreed between Magellan and RMST<br>• Agreement all parties to sign NDA's<br>• Magellan to provide RMST with Draft Dive Plan |
| 16 August | Email | RMST to Magellan | Further documented requests to the NDA provided by RMST to Magellan |
| 16 August | Email | Magellan to RMST | Magellan agreed to requested changes and that these were in consistent with the written summary issued earlier by Magellan |
| 16 August | Email | RMST to Magellan | RMST confirms the data provided an updates by Magellan are appreciated and helpful and will be included in next periodic Court update. |
| 16 August | Email | RMST to Magellan | RMST provide Signed NDA |
| 20 August | Email | Magellan to RMST | Draft Dive Plan for Vessel site issued by Magellan to RMST |
| 20 August | Email | RMST to Magellan | RMST confirm the Magellan Draft Dive Plan is "…tremendously helpful for our [RMST] position." |
| 21 August | Email | Magellan to RMST | Magellan provide additional information as specifically requested by RMST in regards the Draft Dive Plan |
| 21 August | Email | RMST to Magellan | RMST confirm periodic report to Court submitted with updated information including Draft Dive Plan |
| 24 August | Email | Magellan to RMST | Magellan seeking update on Periodic Report submitted to Court by RMST |

Magellan Ltd. 1st Floor Tudor House, Le Bordage, St Peter Port, Guernsey. GY1 1DB
Company No. 63006, www.magellan.gg