



THE HONOURABLE JUDGE REBECCA SMITH
SENIOR UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
UNITED STATES AMERICA

600 Granby Street Norfolk VA 23510





20p

From: (Please affix to reverse of item)

MAGELLAN LIMITED
GUERNSEY