# United States District Court
## Eastern District of Virginia
### Norfolk, Virginia 23510

Chambers of
**Rebecca Beach Smith**
Senior United States District Judge

October 20, 2022

**VIA AIR MAIL REGISTERED
WITH RETURN RECEIPT**

David Thompson
Group Chief Operating Officer
Magellan Ltd.
1st Floor Tudor House
Le Bordage, St. Peter Port
Guernsey GY1 1DB
England

    Re:  <u>R.M.S. Titanic, Inc. v. The Wrecked & Abandoned Vessel</u>
           Case No. 2:93cv902

Dear Mr. Thompson:

    The court is in receipt of your undated letter regarding the court's Order entered on August 15, 2022, which letter has been electronically filed on the court's public docket as ECF No. 678. The directions in the court's Order of August 15, 2022, ECF No. 675, are self-explanatory and specific to R.M.S. Titanic, Inc.'s ("RMST") Periodic Report filed on August 5, 2022, ECF No. 674. No direction by the court was given in the Order to any other entity except RMST.

    Copies of the court's Order of August 15, 2022, were sent by the Clerk of Court via commercial carrier to Magellan Ltd., at the above address and via email; to Jackie Rolleri, by first class mail and email; and by standard procedures by notice of electronic filing to counsel of record for all parties. No further action is warranted by the court at this juncture.

    Moreover, the court's Order of August 15, 2022, is electronically filed on the public docket and is also publicly available through the Clerk's Office located at 600 Granby Street, Norfolk, Virginia 23510. Although from your letter, ECF No. 678, it appears that you did receive a copy of the court's Order of August 15, 2022, the court is enclosing another copy for your convenience.

David Thompson
October 20, 2022
Page 2

Very truly yours,

*Rebecca Beach Smith*

Rebecca Beach Smith

RBS/erb
Enclosure

cc: Brian A. Wainger, Esquire
    RMST

    David G. Barger, Esquire
    RMST

    Kent P. Porter
    Assistant United States Attorney

    Jackie Rolleri
    NOAA Office of the General Counsel