**UNITED STATES POSTAL SERVICE**

NORFOLK
600 CHURCH ST
NORFOLK, VA 23501-9900
(800)275-8777

10/20/2022                          12:37 PM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| First-Class Mail | 1 | | $3.90 |
| Intl™ Large Envelope | | | |

United Kingdom of Great Britain &
Northern Ireland
Weight: 0 lb 1.70 oz
Registered                                    $18.25
    Amount: $0.00
    (Tracking #:
    RE905300085US
    Return Receipt                             $4.75
Total                                          $26.90

Grand Total:                                   $26.90

Credit Card Remit                              $26.90
    Card Name: VISA
    Account #: XXXXXXXXXXXX2531
    Approval #: 037036
    Transaction #: 090
    AID: A0000000031010        Chip
    AL: Visa Credit
    PIN: Verified              CITI VISA

For updated information about
International Service Disruptions, visit:
    www.usps.com/intl/alerts

In a hurry? To send correspondence and
nondutiable documents, (goods are not
    mailable in First-Class Mail
    International Letters or Documents),
self-service kiosks offer quick and easy
check-out. Any Retail Associate
    can show you how.

Refer to your Registered Mail® tracking
number for delivery information.

Save this receipt as evidence of mailing.
For information on filing a claim go to
    https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 516522-0008

---

Registered No.

RE 905 300085US

Date Stamp

| Postage $ | $3.90 | Extra Services & Fees (check box) | |
| Extra Services & Fees | | ☐ Signature Confirmation | |
| ☑ Registered Mail $18.25 | | ☐ Signature Confirmation Restricted Delivery | |
| ☐ Return Receipt (hardcopy) $ | $4.75 | | |
| ☐ Return Receipt (electronic) $ | $0.00 | Total Postage & Fees | |
| ☐ Restricted Delivery | $0.00 | | $26.90 |
| Customer Must Declare Full Value | $0.00 | Received by | 10/20/2022 |

Domestic Insurance up to $50,000
is included based upon the
declared value. International
Indemnity is limited. (See Reverse)

**OFFICIAL USE**

FROM:
The Honorable Rebecca Beach Smith
United States District Court
600 Granby Street, Suite 173
Norfolk, VA 23510-1915 UNITED STATES

TO:
David Thompson
Magellan Ltd., 1st Floor Tudor House
Le Bordage, St. Peter Port
Guernsey GY1 1DB  ENGLAND

PS Form 3806, Registered Mail Receipt          Copy 1 - Customer
April 2015, PSN 7530-02-000-9051              (See Information on Reverse)
    For domestic delivery information, visit our website at www.usps.com®

0008
11

OCT 20