For immediate release

# RMS Titanic, Inc., VSFG, and Artifact Labs Partner To Bring The Titanic Into Web3

(Atlanta, Georgia, USA)

RMS Titanic, Inc. (RMST), Venture Smart Financial Holdings Ltd (VSFG), the first virtual asset manager in Hong Kong approved by HKSFC, and Artifact Labs, a Web3 company on a mission to 'Preserve and Connect History on the Blockchain', today announced a partnership that will bring the RMS *Titanic* and its physical artifacts into Web3 and fully unlock the intrinsic value of the associated intellectual property by tokenizing the assets.

This creative project will place the legacy of the *Titanic* in the hands of the global public by preserving assets from the ocean liner as immutable NFTs and by allowing inclusive participation in RMST, which holds the exclusive rights to recover artifacts from the wreck site. RMST's affiliate, Experiential Media Group (E/M Group), operates *Titanic* exhibitions that have been visited by over 30 million people worldwide.

VSFG will take the lead in structuring the tokenization of the intellectual property and will also develop tokenized instruments for accredited investors, drawing on its expertise as a licensed virtual asset manager. This will enable compliant capital raising for the ongoing research, recovery, preservation, exhibition, and licensing of RMST's assets.

Artifact Labs will immutably preserve the approximately 5,500 recovered physical artifacts from the *Titanic* with its NFT standard for historical assets on the blockchain. Newly recovered relics from future expedition dives will also be minted as 'ARTIFACTs'. The *Titanic* NFTs will expand an engaged community of collectors who will contribute to the preservation of maritime history while unlocking exclusive benefits, including VIP events at exhibitions, seminars with historians, and privileged access to one-of-a-kind experiences. Additionally, *Titanic* NFTs will provide an opportunity for *Titanic* enthusiasts to interact digitally with RMST's content outside of the physical exhibitions.

The debut collection will feature ultra-limited edition NFTs and its buyers will form the first of the *Titanic's* Web3 community.

Artifact Labs will also launch the *Titanic* DAO (Decentralized Autonomous Organization) whose members will participate in select RMST and E/M Group initiatives, including proposals on future dive expeditions to the *Titanic* site, development of education programming, digital content and documentaries, research initiatives, partnerships, hosted events, and the strategic direction for the preservation and exhibition of recovered artifacts. The DAO treasury will be managed by members through governance tokens and will be funded by proceeds from *Titanic* NFT sales.

Commenting on the partnership, the President of RMS Titanic, Inc., Jessica Sanders said, "We remain dedicated to sharing the legacy of the *Titanic*, her passengers and crew, with people around the world. As the salvor-in-possession of the *Titanic* wreck site, we are determined to ensure that the Ship's artifacts are preserved in perpetuity and accessible to future generations. We believe that moving into the digital space allows us to reach a broader audience with quality programming that educates and inspires. We are excited to have found the expertise and partners to help us reach those goals."

Lawrence Chu, Founder and Chairman of VSFG, shares this passion; "The *Titanic's* artifacts have been highly sought after for over a century because of what they represent, "he said. "Many people in the international community care deeply about preserving the integrity of the original artifacts. We believe this partnership with RMST and Artifact Labs can further this purpose by bringing in Web3 and virtual assets solutions."

Gary Liu, Founder of Artifact Labs, said, "The *Titanic* is one of the most treasured pieces of history in the world, and we are privileged to be part of its story. This incredible project will forever preserve the ocean liner on the blockchain and further expand its impact and importance to a global audience. This partnership exemplifies the mission of Artifact Labs and we are delighted to now be among the *Titanic's* guardians."

For media requests, please contact:
Wendy Perez (wperez@emgroup.com)
Natalie Ko (natalie.ko@vsfg.com)
Henry Chan (henry@artifactlabs.com)


**About RMS Titanic**

RMS Titanic, Inc. (RMST), a subsidiary of Premier Acquisition Holdings, LLC and an affiliate of Experiential Media Group 'EMG' LLC serves as the exclusive steward of RMS *Titanic* which tragically sank on April 15, 1912. The Company is dedicated to preserving the legacy of the Ship, wreck site and all her passengers and crew. Since 1987, RMST has honorably conducted eight expeditions to the wreck of RMS *Titanic* exclusively recovering and conserving more than 5,500 artifacts as well as creating comprehensive maps and imaging of the wreck site.

**About VSFG**

Venture Smart Financial Holdings Limited (VSFG) is a global financial services platform headquartered in Hong Kong. In 2020, Venture Smart Asia Limited (VSAL), subsidiary of VSFG, became the first virtual asset manager in Hong Kong approved by Securities and Futures Commission of Hong Kong (HKSFC) to manage portfolios that may invest up to 100% of virtual assets. VSFG is dedicated to the research and development of products and services that can integrate traditional and virtual assets under a compliant regulatory framework, helping individuals and institutions to allocate their assets in an orderly manner in both traditional and virtual worlds, particularly in the areas of Web 3.0 and metaverse. In addition, VSFG is committed to proactively developing and delivering relevant services to

support the development of Hong Kong as a global Virtual Assets Centre; the future of finance starts now.

**About Artifact Labs**

Artifact Labs is an independent Web3 and NFT company building blockchain strategies, products, and platforms that serve organizations with historical IP. The company is on a mission to 'Preserve and Connect History' on the blockchain, and enable all guardians of history to maximize the impact of their most valuable assets by tokenizing them as 'ARTIFACTs'. Artifact Labs is a one-stop solution for partners looking to launch unique NFT projects and build in Web3, providing support through advisory services, product development, blockchain engineering, and community management. All 'ARTIFACTs' are connected via a proprietary metadata standard that is governed by the non-profit Artifact Foundation, which allows for the verifiable authentication and global discovery of historical NFTs.