# EXHIBIT 1



Brian Wainger, Esq.
757-621-3887
bwainger@kaleolegal.com

February 23, 2023

**VIA ELECTRONIC MAIL**

Mr. David Thompson
Group Chief Operating Officer
Magellan Ltd.
1st Floor Tudor House
Le Bordage
St. Peter Port
Guernsey Gyi 1DB
David@sm2.je

        **Re:** *RMS TITANIC, INC. v THE WRECKED AND ABANDONED VESSEL*
        **Civil Action No. 2:93cv902 (EDVA, Norfolk Division)**

Dear Mr. Thompson:

      This firms represents RMS Titanic, Inc. (RMST) in the above-referenced case. In your letter to the Honorable Rebecca Beach Smith, filed with the Court on October 13, 2022, you contend Magellan did not timely receive Judge Smith's Order dated August 15, 2022 and that it was unaware of the cancellation of the Marconi expedition until it received this Order sometime later. In reality, RMST sent you a copy of the Order on August 16 and engaged in extensive conversations with you and Magellan about the termination of the plans for Expedition 2021, for which expedition Magellan developed tooling with the expectation that RMST would consider it for the project. In any event, you also discuss Magellan's "detailed and collaborative engagement with RMST" and its "continuous proactive efforts to engage with RMST." In this same spirit of cooperation you contend exists with RMST, please provide the following information: (i) the dates of departure and return of your expedition; (ii) a full report of operations at the wreck and wreck site; (iv) processed navigation data for your activities at the wreck site; (iv) confirmation that neither Magellan nor any of its agents or representatives made contact with or disturbed any areas outside of the agreed drop zone areas established for underwater vehicles and surface vessels at the RMS TItanic Wreck Site; and (v) confirmation that neither Magellan nor any of its agents or representatives conducted recovery operations at the site. Thank you for your continued cooperation.

                                    Very truly yours,

                                      Brian Wainger

___

cc: Jackie Rolleri, Esq. Jackie.rolleri@noaa.gov
Kent Porter, Esq.  kent.porter@usdoj.gov
Ms. Jessica Sanders jsanders@emgroup.com

_____

**4456 Corporation Lane, Suite 135 · Virginia Beach, VA 23462 · www.kaleolegal.com**