EXHIBIT 1



Drop
weight
area

Titan Debris Field
Location Approximate

Hatch cover

BOW
SECTION

Drop
weight
area

Drop
weight
area

Deckhouse
debris

Drop
weight
area

Pieces of the
double-bottom hull

Boiler casing

Engine
#1

Boilers

DEBRIS
FIELD

Section
of funnel

Boiler

STERN
SECTION

Engine
#2

500 FEET

Sediments Sculpted by Currents

Ice Rafted Boulders and Rocks

Titan Debris Field
Location Approximate

Sediments Sculpted by Currents

Ice Rafted Boulders and Rocks

Ice Rafted Boulders and Rocks

Sediments Sculpted by Currents

Forward Hatch Cover

Forward Hatch

Titanic Bow Segment

Ice Rafted Boulders and Rocks