

# RMS TITANIC, INC.

July 18, 2023

VIA HAND DELIVERY
The Hon. Rebecca Beach Smith
United States District Court for the Eastern District of Virginia
Walter E. Hoffman Courthouse
600 Granby Street
Norfolk, Virginia 23510

      RE: *R.M.S. Titanic, Inc. v. The Wrecked and Abandoned Vessel;* Civil Action No. 2:93cv902

Dear Judge Smith:

      Earlier this year, our company entered into an agreement to return to France to present TITANIC L'Exposition in Paris, having previously presented the exhibition there in 2003 and 2013. Paul-Henri 'PH' Nargeolet was slated to conduct a series of interviews with press from his home country to discuss his experiences diving to the wreck-site, conducting artifact recovery, and his affection for the ship and its story. Approximately eighty percent of the artifacts presented in the Paris exhibition are from expeditions PH led or co-led.

      The event was to be quite meaningful not only as the second city opening post-COVID, relaunching our international touring, but also as a poetic restart, given the artifacts recovered from the Company's first expedition in 1987 were recovered in partnership with IFREMER and initially conserved in France. PH was very pleased to participate in the opening and was to be a centerpiece of it.

      Then we, with the rest of the world, watched the devastating news unfold that our friend and colleague had perished along with four other passengers in the Titan accident. Five men - husbands, fathers, sons - one just 19 years old, perished together. As we mourn, we continue to extend our condolences to the families and friends of those lost.

      After careful thought and consideration, RMS Titanic, Inc. decided to cancel the opening events of the Paris exhibition, and will instead host a memorial service to honor PH Nargeolet on July 19, 2023 at 2:30pm EDT, which will follow the July 18 public opening of the exhibition. While the in-person event will be closed to the public, RMST will live-stream the service to provide an outlet for the worldwide Titanic and Oceanographic communities to express our grief together. There is no registration required to participate online, which is accessible at https://www.facebook.com/rmstitanicinc.

Phone (404) 842-2600 ▪ Fax (404) 806-6260
3045 Kingston Court, Suite I ▪ Peachtree Corners, GA 30071
www.discovertitanic.com



# RMS TITANIC, INC.

We have also set up a webpage at: https://www.discovertitanic.com/in-memory-of-ph-nargeolet/ for people to leave comments and their stories about PH, and many have sent their pictures and memories of remarkable interactions with a truly remarkable man. The response has been overwhelming. We will compile all the contributions for a book for the family.

In 2005, PH perfectly expressed his sentiments about the wreck and its salvage: "Everyone has the right to dream about Titanic, to see the wreck if they want, and to see artifacts. It must not be the privilege of a small group of people." Because of his spirit of exploration and the love he had for the Titanic wreck site, we know more about the ship, its passengers and crew, and the tragedy of her sinking. Through the artifacts he directly participated in recovering, we are able to share this story to millions of people to preserve Titanic's legacy.

PH was known as Mr. Titanic to some, an icon in the oceanographic community, a decorated French Navy deep-sea diver, a father, a husband, and an inspiration. Even with his accomplishments, he remained humble, personable, and a delight to know. He united disparate groups around their shared love of the deep, love of Titanic, and the call of exploration.

With heavy hearts, it is our commitment to continue PH's legacy now as well.

Very truly yours,

*Jessica Sanders*

Jessica Sanders, President
RMS Titanic, Inc.

Phone (404) 842-2600 ▪ Fax (404) 806-6260
3045 Kingston Court, Suite I ▪ Peachtree Corners, GA 30071
www.discovertitanic.com