IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**R.M.S. TITANIC, INC.,**
successor-in-interest to
Titanic Ventures, limited partnership,
   Plaintiff,

v.               Civil Action No. 2:93cv902

**THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC**
<u>in rem</u>,
   Defendant.

**<u>UNITED STATES' UNOPPOSED MOTION TO INTERVENE</u>**

COMES NOW the United States of America, and moves pursuant to Federal Rule of Civil Procedure 24(a), or in the alternative Federal Rule of Civil Procedure 24(b), to intervene in this matter for all purposes necessary to protect the United States' interests and the interests of *Titanic*; to ensure the proper application of Section 113 of Consolidated Appropriations Act, 2017, Pub. L. No. 115-31 (May 5, 2017) ("Sec. 113") in this admiralty proceeding; to ensure Plaintiff R.M.S. Titanic, Inc's ("RMST") activities are consistent with federal law; and to protect the United States' ability to comply with its obligations under federal law and the Agreement Concerning the Shipwrecked Vessel R.M.S. Titanic and its Annex Rules (the "International Agreement"). The purposes for which the United States seeks to intervene include:

1. To seek a declaratory judgment that Sec. 113 modifies general maritime law as it pertains to *Titanic* and establishes the applicable substantive rules of decision for salvage operations at *Titanic* and its wreck site; and that RMST is required to comply with Sec.

113 and obtain an authorization from the Secretary of Commerce before conducting "any research, exploration, salvage, or other activity that would physically alter or disturb the wreck or wreck site of the *RMS* Titanic;" and,

2. To enjoin RMST from conducting "any research, exploration, salvage, or other activity that would physically alter or disturb the wreck or wreck site of the RMS *Titanic*," including the 2024 Expedition, absent the issuance of an authorization from the Secretary of Commerce pursuant to Sec. 113.

Pursuant to Federal Rule of Civil Procedure 24(c), a Verified Complaint for Declaratory and Injunctive Relief is attached.  A proposed order for the Court's consideration is attached.  Pursuant to Local Rule 7(F), a separate memorandum in support of this motion is being filed.

The undersigned has consulted with counsel for RMST prior to filing this motion, and has been advised that RMST does not oppose the United States' intervention in this matter.

          Respectfully submitted,

          Jessica D. Aber
          United States Attorney

By:   /s/ *Kent P. Porter*_____
      Kent P. Porter, VSB No. 22853
      Assistant United States Attorney
      Attorney for the Intervenor United States
      United States Attorney's Office
      8000 World Trade Center
      101 West Main Street
      Norfolk, VA 23510
      Tel: 757-441-6331
      Fax:  757-441-6689
      Email: kent.porter@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of August, 2023, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| **Brian Andrew Wainger, VSB #38476**<br>**William R. Poynter, VSB #48672**<br>Kaleo Legal<br>4456 Corporation Lane<br>Suite 135<br>Virginia Beach, VA 23462<br>Tel: (757) 96506804<br>Fax: (757) 304-6175<br>Email: bwainger@kaleolegal.com<br>Email: wpoynter@kaleolegal.com | **David G. Barger, VSB #21652**<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard, Suite 1200<br>McLean, Virginia 22102<br>Tel: (703) 749-1300<br>Fax: (703) 749-1301<br>E-Mail: Bargerd@gtlaw.com |

      /s/ *Kent P. Porter*_____
Kent P. Porter, VSB No. 22853
Assistant United States Attorney
Attorney for the Intervenor United States
United States Attorney's Office
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
757-441-6331
Fax:  757-441-6689
kent.porter@usdoj.gov