IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.                                          Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
      Defendant.

<u>**ORDER AUTHORIZING INTERVENTION**</u>

Upon motion of the United States to intervene pursuant to Federal Rules of Civil Procedure 24(a) and (b), without objection from Plaintiff, and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1.     The United States unopposed motion to intervene for the purposes stated in its motion is GRANTED.

2.     The Clerk shall file the United States' Verified Complaint.

                                                  _____
                                                  Rebecca Beach Smith
                                                  United States District Judge

At Norfolk, Virginia
This _____ day of _____, 2023