IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
      Plaintiff,

v.                                              Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
      Defendant.

## ORDER

Upon motion of R.M.S. Titanic, Inc. ("RMST"), for leave to oppose the Motion to Intervene filed by the United States (Docket No. 691), and upon consideration of the arguments presented, for good cause shown,

**IT IS HEREBY ORDERED** that RMST shall have until October 18 to file its opposition to the Motion to Intervene filed by the United States, and the United States shall have until November 1, 2023 to file its reply.

Norfolk, VA

Dated: October 12, 2023

/s/
Rebecca Beach Smith
Senior United States District Judge

The Hon. Rebecca Beach Smith
United States District Judge