IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
    Plaintiff,

v.                                                     Civil Action No. 2:93-cv-00902-RBS

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
    Defendant.

## **PROPOSED ORDER**

Upon motion of R.M.S. Titanic, Inc. ("RMST"), for leave to file a Sur-reply in response to the United States' Reply in support of its Motion to Intervene ("Motion for Leave"), and upon consideration of the arguments presented, for good cause shown,

**IT IS HEREBY ORDERED** that RMST is permitted to file the Sur-reply attached as Exhibit A to RMST's Motion for Leave, and is hereby ordered to do so within two days of the date of this Order.

Dated: _____                          _____
                                                                        The Hon. Rebecca Beach Smith
                                                                        United States District Judge