UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
Successor-in-interest to Titanic
Ventures, limited partnership,

    Plaintiff,

v.                                CIVIL ACTION NO. 2:93CV902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 45' 49" WEST LONGITUDE, BELIEVED
TO BE THE R.M.S. TITANIC, <u>IN REM</u>,

    Defendant.

## ORDER

Upon motion of R.M.S. Titanic, Inc. ("RMST"), for leave to file a Sur-reply in response to the United States' Reply in support of its Motion to Intervene ("Motion for Leave"), ECF No. 699, and upon consideration of the arguments presented, including the United States Opposition to the Motion for Leave, ECF No. 700,

**IT IS HEREBY ORDERED**, for good cause shown, that RMST is permitted to file the Sur-reply attached as Exhibit A to RMST's Motion for Leave, ECF No. 699-1, and the Clerk is **DIRECTED** to do so upon entry of this Order on the docket.

                                                    /s/
                                    Rebecca Beach Smith
                                    Senior United States District Judge

November 9, 2023          Rebecca Beach Smith
                              Senior United States District Judge