## Your Request

**Jessica Sanders** <jsanders@emgroup.com>
Thu 7/29/2021 11:51 PM
To:Mr.Titanic@live.com <Mr.Titanic@live.com>

Mr. El-Khouri,

We have received your request to visit our collections facility to examine in person artifacts we have recovered in support of a book you are writing.

Upholding the legacy of the RMS *TITANIC*, her passengers, crew, and fate is central to our Company and also to most of us personally. The Company, over eight expeditions and over 30 years, has curated the collection of artifacts recovered from the wreck site and, as you are aware, utilizes them to connect people world-wide to this legacy. I certainly appreciate your undertaking, both personally and professionally, it appears we have quite similar intent. While we have, in the past, collaborated with individuals and at times, at our discretion and according to the band width of the Collections department, arranged for meetings regarding certain artifacts, we do not (by matter of form) allow public access to the Collection except through our carefully organized exhibitions or coordinated interviews. As it stands today, our Collections department is currently focused on internal projects and since the beginning of the pandemic, all interviews have been conducted remotely.

Education has been and remains a primary initiative for the Company. We continue to research and grow our decades of information regarding *TITANIC* to present the research in educational ways that fit within our long term plans and approved methodology. As I believe you have been informed, we are currently working on a project related to the artifacts you are requesting. We do not insinuate any form of competition in this regard, clearly (and wonderfully) we all seek to learn more and bring these moving stories to the forefront of the public's mind and heart. That said, utilizing artifacts we have recovered for our own research *we* intend to present for the public good is well within our right - this practice is consistent with most collections and institutions.

Given the limited bandwidth of my staff, the private and secure nature of our facility, the ongoing global pandemic, and the current project we are working on related to the artifacts you have requested to examine, we cannot honor your request at this time. I do however, understand and respect your approach to your work, the value you have placed on authentic research and the spirit in which you are approaching telling their story.

Mr. El- Khouri, I wish you the best in this endeavor and should your publication plans be deferred, I would be happy to reconsider the request in the Fall of 2022. Perhaps by then we will have a better opportunity to collaborate.

Separately, we have recently remodeled our event space at our Orlando exhibition and have a week of repairs, updates planned for September, as well as additional artifact installations. I raise this only as I would like to begin hosting speaking events in the space from different Titanic experts and could foresee, everything from book signings to panel discussions. Please let me know if this is something which interests you for the future.

Thank you,

**RMS TITANIC, INC.**

**Jessica Sanders**
President

Main (404) 542-7787
jsanders@emgroup.com
emgroup.com