## RE: Howard Irwin Journal

**Tomasina Ray** <tray@emgroup.com>
Mon 11/13/2023 9:03 AM
To: Mr.Titanic@live.com <Mr.Titanic@live.com>

Hello Anthony,

I apologize for the delayed response. We have limited bandwidth, and we had some pressing events to address last week.

I respect your dedication to research and the truth of the story. Due to fragility, limited resources of time and staff, as well as security concerns we cannot honor the request for access to the Irwin Journal or transcriptions. We are focused on making the collection available through the exhibitions and limited collaboration which allow us to serve the widest audience possible with our resources. However, we are interested in supporting your research, and we do have an internal project in progress to publish a resource on the journal that you and other researchers would be able to use as a primary source as you had requested. We are taking the time to ensure the information is complete, correct and presented respectfully.

We are excited to share more information about this publication soon and appreciate your patience while we complete this project and make it available.

Thank you for reaching out, we look forward to being in touch.

All the Best,
Tomasina Ray
Director of Collections
Mobile +1 (425) 221-3798

**From:** Anthony El-Khouri <Mr.Titanic@live.com>
**Sent:** Friday, November 3, 2023 11:04 AM
**To:** Tomasina Ray <tray@emgroup.com>
**Subject:** Re: Howard Irwin Journal

Hello Tomasina,

I hope you are doing well and having a nice week.

I am following up regarding our conversation earlier, and whether you have had an opportunity to speak with Ms. Jessica Sanders. Please let me know. Thank you, I really appreciate all your efforts.

Regards,
Anthony El-Khouri

> On Oct 25, 2023, at 9:00 AM, Tomasina Ray <tray@emgroup.com> wrote:
>
> Thank you for following up with this explanation Anthony.
> As I mentioned I will discuss with Jessica. Please note that she is out of the office this week, so although I had hoped to respond by the end of this week, it will most likely be end of the following week.
> Thank you for your patience.
>
> Tomasina Ray
> Director of Collections
> Mobile +1 (425) 221-3798

**From:** Anthony El-Khouri <mr.titanic@live.com>
**Sent:** Tuesday, October 24, 2023 11:15 PM
**To:** Tomasina Ray <tray@emgroup.com>
**Subject:** Re: Howard Irwin Journal

Hello Tomasina,

I hope you are doing well and having a nice start to your week.

I am following up regarding our conversation over the phone on Friday. You mentioned to email you and discuss my research. I always felt that discovering Howard Irwin's story highlights how recovering artifacts can preserve aspects of history that would be otherwise lost. That is the central theme of my research. That Mr. Irwin's journal (and its transcription) preserves historical information for researchers to reference.

I hope to confirm/refute what I have already discovered and know about Mr. Irwin and his story. By consulting his journal as a primary source, I will be able to verify my findings. A related family member Barbara Shuttle granted me permission to review the journal to better understand Mr. Irwin as a historical figure. While I have knowledge of the Irwin materials, as researchers, we cannot conclusively consult second-hand sources, but must directly review original documents, for accuracy and draw our own conclusions. The access to the requested information is entirely research and scholarly-based, for a non-profit academic and educational purpose. I hope to utilize this information to further my research in this area of academia and provide factual insight for my college lecture series in marine archeology.

I look forward to your affirmation of access to the requested information. Thank you.

Respectfully,
Anthony El-Khouri

**From:** Tomasina Ray <tray@emgroup.com>
**Sent:** Tuesday, October 10, 2023 11:23 AM
**To:** mr.titanic@live.com <mr.titanic@live.com>
**Subject:** Re: Howard Irwin Journal

Good Afternoon Anthony,
Ms. Klingelhofer, though still working closely with us, has stepped down as the Director of Collections.
Thank you for reaching out, and for your interest in Mr. Irwin's artifacts. As a policy, we do not provide research to individuals upon request.
I haven't had the chance to speak with Ms. Shuttle yet, though I do hope to communicate with her as I have heard nothing but good things from Ms. Klingelhofer.
Again, thank you for reaching out.
All the Best,

<image001.png>   Tomasina Ray
Director of Collections

Mobile +1 (425) 221-3798
[tray@emgroup.com]tray@emgroup.com
emgroup.com

----- Forwarded Message -----

**To:** aggsk@att.net <aggsk@att.net>
**Sent:** Wednesday, September 27, 2023 at 02:43:02 PM EDT
**Subject:** Howard Irwin Journal

Hello Ms. Klingelhofer,

I hope you are doing well.

My name is Anthony and I am interested in researching the Titanic, especially Howard Irwin who intended to sail on the ship but did not. I have spoken with Barb Shuttle (who intends to reach out to you in the near future) and she was very kind and provided permission as a Titanic family member to request assistance from you.

I was wondering if you could please provide me with the transcription of Howard Irwin's journal recovered from his steamer trunk in 1993? It was a small leatherbound journal that Matthew Tulloch originally transcribed from Howard's handwriting. I would like to use it as a reference for researching him, and figure it would be easier to read a transcription rather than request to view the journal itself, which I imagine is delicate and requires a great deal of care. I know RMS Titanic Inc. is highly invested in education, and it would mean so much to me to be able to learn from Howard Irwin's journal entries for 1910.

If possible, I would also love to know which items were located in the steamer trunk when it was recovered? I know they have been split up across various global exhibitions, and I have seen some items on display, but was wondering if one comprehensive list of items exists of what was recovered in it before being split up? Your assistance and consideration are truly appreciated. Thank you.

Regards,
Anthony El-Khouri