**From:**
Anthony El-Khouri
702 Cape Palos Dr.
Melbourne, FL 32935

**To:**
The Honorable Rebecca Beach Smith
United States District Court for the Eastern District of Virginia
Walter E. Hoffman Courthouse
600 Granby Street
Norfolk, Virginia 23510

U.S. POSTAGE PAID
FCM LETTER
HIALEAH, FL 33002
NOV 21, 2023
$5.01
R2305E123480-06

23510
RDC 99

CERTIFIED MAIL
9589 0710 5270 0495 6676 79

U.S. MAIL INSPECTED

RECEIVED NOV 29 2023