# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

### March 13, 2024

MINUTES OF PROCEEDINGS IN __Open Court__

PRESENT: THE HONORABLE____Rebecca Beach Smith, USDJ__

Deputy Clerk: Tammy Eubanks                    Reporter: Jody Stewart, OCR

| Set: 1:00 p.m. | Started: 1:00 p.m. | Ended:  1:55 p.m. |
|---|---|---|
| 2:93cv902 | R.M.S. Titanic, Inc., etc.<br>v.<br>The Wrecked and Abandoned Vessel, etc. | |

Brian Wainger and William Poynter present on behalf of plaintiff. Jessica Sanders, representative from RMST, also present.

Kent Porter, AUSA, present on behalf of USA, with Jackie Rolleri, counsel for NOAA.

Matter came on for Status Hearing re RMST's research and recovery expedition planned for May 2024, Motion to Intervene by United States of America (ECF #691), and Motion to Waive Compliance with Quarterly Reserve Account Payments For One Year by RMST (ECF #708).

Counsel for USA and RMST updated the court re further information that was requested by USA from RMST regarding the planned research and recovery expedition.

Evidence presented re policies and procedures for the planned expedition.  The court directed the clerk to file the letters exchanged by the parties dated March 4, 2024, and March 12, 2024.  The court further directed that the attachments to Mr. Wainger's letter be filed as Exhibit A under seal.

The court questioned counsel re Motion to Intervene by United States of America (ECF #691).  Counsel requested that the court allow time to receive additional information re the planned expedition.  The parties were directed to notify the calendar clerk if they need to convene with the court further and to notify the court if they reach a resolution.

Comments of the court and argument of counsel re Motion to Waive Compliance with Quarterly Reserve Account Payments For One Year by RMST (ECF #708).  For the reasons stated on the record, the court will enter an order denying the motion.

Counsel for RMST presented an Amended Order re the court's order granting ECF #709 Motion to Seal.  (See Order at ECF #717.)  Amended Order to be entered by the court.

Court adjourned.