IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
       Plaintiff,

    v.                                               Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
       Defendant.

**PERIODIC REPORT ON THE PROGRESS OF RESEARCH AND
RECOVERY OPERATIONS**

      NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and files this Periodic Report of R.M.S. Titanic, Inc. on the Progress of Research and Recovery Operations ("Periodic Report").

      I.        **Expedition 2024.**

      On February 23, 2024, RMST filed a Periodic Report in which it stated its intention to conduct a research and recovery expedition to Titanic in or around May 2024 ("2024 Expedition"). ECF No. 686. The Company now plans to conduct its expedition on or about July 1, 2024 through July 31, 2024. The new schedule allows the Company to utilize a larger vessel than was available in May and to carry and utilize two ROVs instead of one. The objectives for the expedition previously provided in ECF No. 686 will not change and the Company continues to work with C-Innovation, LLC to provide the vessel, ROVs and project management. NOAA has requested the

Company provide it additional technical information regarding the planned expedition, and the Company will continue to collaborate with NOAA.

>Respectfully submitted,
>
>**RMS TITANIC, INC.**
>
>By Counsel:
>
> /s/ Brian A. Wainger
> Brian A. Wainger, VSB #38476
> KALEO LEGAL
> 4456 Corporation Lane, Suite 135
> Virginia Beach, VA 23462
> Tel: (757) 965-6804
> Fax: (757) 304-6175
> E-Mail: bwainger@kaleolegal.com
>
> *Counsel for Plaintiff RMS Titanic, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

    */s/ Brian A. Wainger*
Brian A. Wainger, VSB #38476
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

*Counsel for Plaintiff RMS Titanic, Inc.*