IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
         Plaintiff,

       v.                                Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
         Defendant.

## PERIODIC REPORT

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel,

and files this Periodic Report to update the Court.

**Corporate Developments**

On January 8, 2026, Apollo Credit Strategies Master Fund Ltd. ("Apollo") provided notice

to Premier Acquisition Holdings LLC ("PAHL"), the parent company of RMST of which Apollo

is a member, pursuant to the Third Amended and Restated Limited Liability Company Agreement

of PAHL, dated March 5, 2021, as amended by that certain First Amendment dated January 31,

2025 (collectively, the "Operating Agreement"), of the resignation of Robert Givone as the

manager appointed by Apollo to PAHL's Board of Managers. Apollo contemporaneously provided

notice of its appointment of Mr. William Jones and Mr. Aaron David to serve as its representative

Managers.

1

William Jones is a Partner, Credit at Apollo. Prior to joining Apollo in 2019, Mr. Jones was a Vice President in the Distressed Credit Group at Citibank, the institution where he began his career. Mr. Jones has served as an observer on the boards of Hertz, Riverbed, and Moxe Health, as well as being a member of the board of APC Automotive.

Aaron David is a Principal, Credit at Apollo. Prior to joining Apollo, he worked at GoldenTree Asset Management LP as Executive Director, Finance Counsel. Before joining GoldenTree, Mr. David was Vice President, Associate General Counsel at AIG Asset Management (U.S.), LLC ("AIG"). Prior to joining AIG, he was an Associate at Paul, Weiss, Rifkind, Wharton & Garrison LLP in the firm's Restructuring group. Mr. David previously worked at Kirkland & Ellis LLP in that firm's Restructuring group.

On January 12, 2026, PacBridge Partners I Investment Co. Ltd. ("PacBridge") provided notice to PAHL of its appointment of Mr. James Lumsdaine to serve as the second PacBridge-appointed Manager to PAHL's Board of Managers in accordance with the Operating Agreement.

Mr. Lumsdaine has been a Partner of PacBridge since 2011. Mr. Lumsdaine currently serves as the Chief Executive Officer of Avitia, which transforms cancer care through technology. His previous roles include Chief Executive Officer of Imagia Canexia Health, Director at Contextual Genomics, Associate at Merrill Lynch, and Analyst at Goldman Sachs.

With the above changes, PAHL's Board of Managers is comprised as follows:

- Apollo's representative Managers: William Jones and Aaron David

- Alta Fundamental Advisers SP LLC's representative Managers: Christopher Clark and Jeremy Carton

- PacBridge's representative Managers: Sheldon Trainor and James Lumsdaine

**Updates from December 9, 2025 Status Hearing**

As discussed at the December 9, 2025 Status Hearing, RMST confirms that the Periodic Report filed on July 8, 2024 [ECF No. 727] is still current with respect to the roles of the following RMST or Experiential Media Group 'EMG' LLC ("EMG") employees: Kris Soder is the Chief Executive Officer of EMG; Tomasina Ray is the President and Director of Collections of RMST; Alex Klingelhofer is the Conservator of Record for RMST; Jeffrey Taylor continues to work for the Company as an independent contractor; and J.J. Lundvall is the Chief Financial Officer of EMG. Laura Malone, who previously served as the Media Registrar, resigned from the Company at the end of 2025. Shannon Baker, who joined the Collection Department in 2022, is the Registrar for the Company.

Additionally, to clarify the discussion from the December 9, 2025 Status Hearing, Giovanni Wong provided certain professional services for EMG pursuant to a formal secondment between EMG and PacBridge Capital Partners (HK) Ltd.

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

 /s/ Brian Wainger
Brian A. Wainger, VSB #38476
William R. Poynter, VSB #48672
*Attorneys for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com
wpoynter@kaleolegal.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026 a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Brian Wainger
Brian A. Wainger, VSB #38476
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 965-6804
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

4