**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
Plaintiff,

v. Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
Defendant.

**R.M.S. TITANIC, INC.'S MOTION TO FILE UNREDACTED PERIODIC REPORT AND EXHIBITS UNDER SEAL**

Plaintiff R.M.S. Titanic, Inc. ("RMST"), by counsel, pursuant to E.D. Va. Loc. R. 5(C), hereby moves the Court for an Order to file under seal the unredacted version of its Periodic Report and the Exhibits attached thereto (collectively, the "Sealed Documents").

The Sealed Documents contain information that is highly confidential, nonpublic, proprietary financial and company information. A non-confidential memorandum will be filed contemporaneously herewith as required by E.D. Va. Loc. R. 5(C). RMST has also filed herewith a confidential memorandum setting forth additional support for the sealing request.

RMST has filed herewith a Notice of Sealing Motion in accordance with E.D. Va. Loc. R. 5(C). RMST waives oral argument on this motion. Additionally, pursuant to the Court's September 25, 2025 Standing Order, RMST has provided unredacted copies of the Sealed Documents to the Court.

A proposed order granting the Motion to Seal is attached as **Exhibit 1**.

Dated: March 6, 2026

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

*/s/ William R. Poynter*

William R. Poynter, VSB #48672
Brian A. Wainger, VSB #38476
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 238-6383
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com
wpoynter@kaleolegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2026, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ William R. Poynter*
William R. Poynter, VSB #48672
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 238-6383
Fax: (757) 304-6175
E-Mail: wpoynter@kaleolegal.com