**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**R.M.S. TITANIC, INC.,**
**successor-in-interest to**
**Titanic Ventures, limited partnership,**
　　　　**Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Civil Action No. 2:93cv902**

**THE WRECKED AND ABANDONED VESSEL,**
**ITS ENGINES, TACKLE, APPAREL,**
**APPURTENANCES, CARGO, ETC., LOCATED**
**WITHIN ONE (1) NAUTICAL MILE OF A POINT**
**LOCATED AT 41 43' 32" NORTH LATITUDE**
**AND 49 56' 49" WEST LONGITUDE,**
**BELIEVED TO BE THE R.M.S. TITANIC**
**in rem,**
　　　　**Defendant.**

**CONSENT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff R.M.S. Titanic, Inc. ("RMST") hereby moves for entry of a Stipulated Protective

Order that authorizes RMST to disclose to the United States and the National Oceanic and

Atmospheric Administration ("NOAA") unredacted versions of RMST's March 6, 2026 Periodic

Report and the Exhibits attached thereto. The undersigned has conferred with counsel for the

United States and NOAA, who consent to the relief sought in this motion.

A memorandum in support of this motion and a proposed order are submitted

simultaneously herewith.

1

Dated:  March 9, 2026

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

*/s/ Brian A. Wainger*
Brian A. Wainger, VSB #38476
William R. Poynter, VSB #48672
*Attorneys for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 621-3887
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com
wpoynter@kaleolegal.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Brian A. Wainger
Brian A. Wainger, VSB #38476
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 621-3887
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com

3