IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
        Plaintiff,

v.                                        Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
        Defendant.

## STIPULATED PROTECTIVE ORDER*

IT APPEARING TO THE COURT that:

1.      On March 6, 2026, RMST filed a Periodic Report to update the Court. ECF No. 790. Because the Periodic Report and Exhibits attached thereto contain highly sensitive, nonpublic, proprietary business and financial information concerning RMST, RMST requested that the Periodic Report and the Exhibits attached thereto be filed under seal.

2.      In its capacity as *amicus* and consistent with its role to monitor RMST's compliance with the Covenants and Conditions, *see R.M.S. Titanic, Inc. v. Wrecked & Abandoned Vessel*, 742 F. Supp. 2d 784, 792, 809-24 (E.D. Va. 2010); *R.M.S. Titanic, Inc. v. Wrecked & Abandoned Vessel*, 531 F. Supp. 2d 691, 693 (E.D. Va. 2007), the United States, on behalf of the National Oceanic and Atmospheric Administration ("NOAA"), seeks to review unredacted versions of the March 6, 2026 Periodic Report and Exhibits A - D attached thereto to ensure RMST's actions are consistent with RMST's obligations under the Covenants and Conditions.

---

* Minor scrivener's errors corrected. <u>Compare</u> ECF No. 791-1.

3.      RMST does not oppose providing NOAA such documents, but because the Periodic Report and designated exhibits contain confidential information concerning RMST, RMST requests that any disclosure of such information to NOAA be subject to a protective order.

Accordingly, pursuant to Federal Rule of Civil Procedure 26(c) and for good cause shown, IT IS HEREBY ORDERED as follows:

1.      RMST is authorized to disclose the following documents, in unredacted form, to the United States Attorney's Office for the Eastern District of Virginia and the NOAA Office of General Counsel:

        a.      March 6, 2026 Periodic Report;

        b.      Exhibit A to March 6, 2026 Periodic Report;

        c.      Exhibit B to March 6, 2026 Periodic Report;

        d.      Exhibit C to March 6, 2026 Periodic Report; and

        e.      Exhibit D to March 6, 2026 Periodic Report.

2.      Any unredacted documents and information disclosed pursuant to this Stipulated Protective Order shall be marked as "Confidential Information - Subject to a Protective Order."

3.      Disclosure is authorized solely to permit the United States and NOAA to review the unredacted documents and information consistent with the United States' and NOAA's responsibility to "represent[] the public interest in TITANIC Collections" and to provide "oversight... in relation to the[] Covenants and Conditions." Covenants and Conditions, Section II.K.

4.      Any unredacted document or portions thereof sought to be filed with the Court must be filed under seal in accordance with Local Rule 5.

5.      Except as provided herein, no other disclosure of the unredacted documents or the

unredacted information contained therein may be made absent further Order of this Court.

_Rebecca Beach Smith_
Rebecca Beach Smith
Senior United States District Judge

At Norfolk, Virginia
This 10th day of March, 2026

WE ASK FOR THIS:

RMS TITANIC, INC.
Plaintiff

_/s/ Brian A. Wainger_
Brian A. Wainger, VSB #38476
William R. Poynter, VSB #48672
_Attorneys for Plaintiff RMS Titanic, Inc._
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 621-3887
Fax: (757) 304-6175
E-Mail: bwainger@kaleolegal.com
wpoynter@kaleolegal.com


UNITED STATES OF AMERICA
Amicus

TODD W. BLANCHE
Deputy Attorney General

By:     _/s/ Kent P. Porter_
        Kent P. Porter, VSB # 22853
        Supervisory Assistant United States Attorney
        United States Attorney's Office
        8000 World Trade Center
        101 West Main Street
        Norfolk, VA 23510
        Tel: 757-441-6331
        Fax: 757-441-6689
        kent.porter@usdoj.gov
        _Counsel for the United States_

3