GOVERNMENT
EXHIBIT

**1**

2:93-cv-00902

Letter from Titanic Ventures Limited Partnership
to
Office of Maritime Affairs for France
(Ministry of Equipment, Transportation and Tourism)

September 22, 1993

English Version (2 pages)

(Translation made by
J.C. Goldsmith & Associas)

Titanic Ventures Limited Partnership
204 Old Post Road
Southport Connecticut 06490

Mr. Tricot
Head of Headquarter of
Maritimes Affairs in Lorient
88-90 Ave, de Laperriere
BP 2143
56321 Lorient Cedex
France

Paris, September 22, 1993

Dear Sir,

The search procedure of the artifacts' heirs regarding the artifacts recovered from the Titanic during the 1987 expedition is over.

Titanic Ventures Limited Partnership (Titanic Ventures), as salvor, wishes to own the artifacts to which the owners of heirs have not been identified pursuant to the publicity measures implemented by the french authorities.

On this occasion, I hereby, on behalf of Titanic Ventures and as Director of Titanic Ventures, state that Titanic Ventures intends to make a respectfull use of the artifacts recovered from the Titanic in 1987 in memory of their initial owners.

In this view, I indicate you that the artifacts will only be used on a cultural purpose and will not,

therefore, be part of any operations which would lead to their dispersion, but to the exception of exhibition purposes, and none of the artifacts will be sold.

In supplement, I expressly discharge the French State of any liability vis-a-vis any third parties whose interests would have been damaged by the delivery of the artifacts recovered from the Titanic wreck.

yours sincerely,

George Tulloch

General Partner

Titanic Ventures Limited Partnership

Letter from Titanic Ventures Limited Partnership
to
Office of Maritime Affairs for France
(Ministry of Equipment, Transportation and Tourism)

September 22, 1993

French Version (1 page)

## TITANIC VENTURES

204 Old Post Road, Southport, Connecticut 06490
Tel. (203) 255-9481. Fax (203) 255-7673

Monsieur Tricot
Chef du Quartier des Affaires Maritimes
Quartier des Affaires Maritimes de Lorient
88 - 90 Avenue de Laperrière
BP 2143
56321 Lorient Cedex
France

Paris le 22 septembre 1993

Monsieur,

La procédure de recherche des ayants droit des objets tirés de l'épave du Titanic lors de l'expédition de 1987, arrive à son terme.

Titanic Ventures Limited Partnership (Titanic Ventures), en sa qualité de sauveteur, souhaite donc prendre possession des objets dont les légitimes propriétaires ou ayants droit n'ont pu être identifiés, comme suite aux mesures de publicité qui ont été prises par les autorités françaises.

A cette occasion, je tiens au nom de Titanic Ventures dont je suis le Directeur, à vous faire part de l'intention de la société de faire des objets prélevés de l'épave du Titanic en 1987, un usage respectueux du souvenir de leurs propriétaire initiaux.

Dans cette optique, je vous indique que les objets ne seront utilisés que dans un but culturel et ne feront, en conséquence, l'objet d'aucune opération entraînant leur dispersion, si ce n'est pour les besoins d'une exposition, ni d'aucune vente de l'un quelconque d'entre eux.

En outre, je décharge expressement l'Etat français de toute responsabilité vis-à-vis des tiers dont les intérêts auraient été attients par la remise des objets tirés de l'épave du Titanic.

Je vous prie de croire, Monsieur, à l'assurance de mes sentiments distingués.

George Tulloch
General Partner
Titanic Ventures Limited Partnership

 and the Titanic logo are trademarks of Titanic Ventures.

-56-

Letter from
Ministry of Equipment, Transportation and Tourism
to
Titanic Ventures Limited Partnership

October 12, 1993

English Version (2 pages)

## FRENCH REPUBLIC

Oct. 18, 1993

MINISTRY FOR EQUIPMENT,
TRANSPORTATION AND TOURISM

MARITIME MATTERS

LORIENT QUARTER

N° 443
HLD/DD

Matter followed by:
M. Le Doze

Lorient, October 12, 1993
88-90 Avenue de la Periere
B.P. 2143
56321 Lorient Cedex
Tel. 97 37 16 22
Telex : 950848
Facsimile : 97 83 97
The Quarter Master for Martime
Matters of Lorient

To

Mr. Georges Tulloch
Director Titanic Ventures
Limited Partnership
204 Old Post Road
Southport
06490 Connecticut (USA)

Elected domicile in France:
Professional Partnership of Attorneys
J. C. Goldsmith & Associates
4, avenue Van Dyck
75008 Paris
to the attention of Mr. de Foucard. Esa.

RE:.    Objects removed from the wreckage of the Titanic in 1987

Dear Sir:

The search for the heirs and assigns of the objects removed from the wreckage of the Titanic at the time of the 1987 expedition has now been completed.

Ownership of the objects that have not been claimed, or for which the claim for restitution has been refused, shall be delivered to the company Titanic Ventures Limited Partnership, as salvager, in accordance with the provisions of Article 13 of Decree n° 61-1547 of December 26, 1961 instituting the system governing wreckages.

Concerning this delivery of ownership, I have duly noted your intention, entered in the letter of 9/22/93, by which you agreed to make use of such objects in conformity with the respect due to the memory of their initial owners and to not carry out any commercial transaction concerning such objects nor any sale of any one of them nor any transaction entailing their dispersion, if not for the purposes of an exhibition.

In addition, I have also noted your discharge with respect to the French State for any liability vis a vis any third parties whose interests might have been harmed by the remittance of the objects removed from the wreckage of the Titanic.

Very truly yours,

(Stamp: Maritime Matters Lorient)

Chief Administrator 2nd class
for Maritime Matters Tricot
(signature)

-896-

Letter from
Ministry of Equipment, Transportation and Tourism
to
Titanic Ventures Limited Partnership

October 12, 1993

French Version (2 pages)

18 OCT. 1993

MINISTERE DE L'EQUIPEMENT,
DES TRANSPORTS ET DU TOURISME
-------------------
AFFAIRES MARITIMES
-------------
QUARTIER DE LORIENT
----

N° 443
HLD/DD

Affaire suivie par :
M. LE DOZE

LORIENT, le 12 octobre 199

80-90 Avenue de la Perrière
B.P. 2143
56321 LORIENT CEDEX
Tél. 97.37.16.22
Télex : 950848
Télécopie : 97.83.97.

Le Chef du Quartier des Affaires
Maritimes de LORIENT,

à

Monsieur Georges TULLOCH
Directeur TITANIC VENTURES
Limited Partnership
204 Old Rost Road
SOUTHPORT
06490 CONNECTICUT (U.S.A.)

DOMICILE ELU EN FRANCE :
Société d'Avocats'
J.C. GOLDSMITH et Associés
4, avenue Van Dyck
75008   PARIS
à l'attention de Maître de FOUCAUD

O B J E T : Objets prélevés sur l'épave du "TITANIC" en 1987.

Monsieur,

La procédure de recherche des ayants-droit des obje
tirés de l'épave du TITANIC lors de l'expédition de 1987, e
maintenant achevée.

Les objets non réclamés, ou dont la demande en rest
tution a été rejetée, vont être remis en propriété à la socié
TITANIC VENTURES Limited Partnership, en sa qualité de sauv
teur, conformément aux dispositions de l'article 13 du décr
n° 61-1.547 du 26 décembre 1961 fixant le régime des épaves.

.../...

-897-

Concernant cette remise, j'ai pris bonne note de votre intention, consignée dans le courrier du 22.09.93, par laquelle vous vous engagez à faire un usage desdits objets conforme au respect dû au souvenir de leurs propriétaires initiaux et à ne réaliser aucune opération commerciale sur ces objets ni aucune vente de l'un quelconque d'entre eux ni aucune opération entraînant leur dispersion si ce n'est pour les besoins d'une exposition.

En outre, j'ai pris note également de votre décharge à l'égard de l'Etat français de toute responsabilité vis-à-vis des tiers dont les intérêts auraient été atteints par la remise des objets retirés de l'épave du TITANIC.

Je vous prie de recevoir, Monsieur, l'expression de ma considération distinguée.

L'Administrateur en Chef de 2ème classe des Affaires Maritimes TRICOT

*Minutes of Delivery to the Salvagor of the Artifacts Recovered
from the* Titanic *Wreck in 1987*
("Proces-Verbal")


by


Maritime Affairs Administrator of the
Ministry of Equipment, Transportation and Tourism

October 20, 1993

English Version (2 pages)

(Translation made by
J.C Goldsmith et Associés)

FRENCH REPUBLIC
-- . ----------------

MINISTRY OF EQUIPMENT
TRANSPORTATION AND TOURISM

------------------------------

MARITIMES AFFAIRS

----------------------

HEADQUARTER OF LORIENT

------------------------

"MINUTES OF DELIVERY TO THE SALVAGOR OF THE ARTIFACTS RECOVERED FROM
THE TITANIC WRECK IN 1987"

(Article 13 of the decree n° 61-1547 dated December 21, 1961 determining the regime
of the wreck at sea)

By the Maritime Affairs Administrator,
M. Chapalain
representing the Head of the Headquarter of Lorient,
88-90 Avenue Laperrière
B.P. 2143
56321 Lorient Cedex

to

Titanic Ventures Limited Partnership
represented by M. George Tulloch, Managing Partner,
assisted by Alain de Foucaud, Esq.,
204, Old Post Road, Southport
Connecticut 06490    (United States)

*.* *

In accordance with its decision dated October 12, 1993, taken pursuant to the provisions of the decree N° 61-1547 dated December 26, 1961 determining the regime of the wreck at Sea, M. Chapalain, representing the Head of the Headquarter of Maritime Affairs of Lorient, has carried out this day the delivery of the artifacts recovered from the Titanic wreck in 1987 and whose legal owners or heirs have not been identified pursuant to the publicity measures implemented by the French Authorities, to Titanic Ventures Limited Partnership, in its capacity of salvagor.

-60-

The list of the artifacts is exhibited to the present minutes together with the letter of intent of Titanic Ventures Limited Partnership dated September 22, 1993.

Done at Saint-Remy, on October 20, 1993

The Administrator
of Maritime Affairs
M. Chapalain
representing the Head
of the Headquarter of Lorient

Titanic Ventures Limited Partnership
represented by M. George Tulloch,
Managing Partner

Assisted by Alain de Foucaud, Esq.
Attorney at Law

–70–

*Minutes of Delivery to the Salvagor of the Artifacts Recovered*
*from the* Titanic *Wreck in 1987*
("Proces-Verbal")

by

Maritime Affairs Administrator of the
Ministry of Equipment, Transportation and Tourism

October 20, 1993

French Version (2 pages)

RÉPUBLIQUE FRANÇAISE

MINISTERE DE L'EQUIPEMENT,
DES TRANSPORTS ET DU TOURISME
----------------------
AFFAIRES MARITIMES
--------------
QUARTIER DE LORIENT
----

---

**"PROCES-VERBAL DE REMISE AU SAUVETEUR DES OBJETS PRELEVES SUR L'EPAVE DU TITANIC EN 1987"**

---

(Article 13 du décret n°61-1547 du 21 décembre 1961
fixant le régime des épaves maritimes)

Par l'Administrateur des Affaires Maritimes,
M. CHAPALAIN
représentant le Chef de Quartier de LORIENT,
88-90, Avenue de la Perrière
B.P. 2143
56321 LORIENT Cédex

à

la société TITANIC VENTURES Limited Partnership
représenté par Monsieur Georges TULLOCH, directeur
assisté de Maître Alain de FOUCAULD, avocat,
204 Old Post Road, Southport
CONNECTICUT 06490 (Etats-Unis)

\* \* \*

Conformément à sa décision en date du 12 octobre 1993, prise en application des dispositions du décret n°61-1547 du 26 décembre 1961 fixant le régime des épaves maritimes, Monsieur CHAPALAIN, représentant le Chef de Quartier des Affaires Maritimes de LORIENT a procédé ce jour à la remise des objets prélevés sur l'épave du TITANIC en 1987 et dont les légitimes propriétaires ou ayants droit n'ont pu être identifiés, comme suite aux mesures de publicité prises par les autorités françaises, à la société TITANIC VENTURES Limited Partnership, en sa qualité de sauveteur.

-71-

La liste de ces objets figure en annexe du présent procès-verbal, ainsi que la lettre d'intention de la société TITANIC VENTURES Limited Partnership en date du 22 septembre 1993.

A Saint Rémy , le 20 octobre 1993

L'Administrateur des Affaires Maritimes Monsieur CHAPALAIN représentant le Chef de Quartier AFFAIRES MARITIMES LORIENT

La société TITANIC VENTURES Limited Partnership représenté par Monsieur G. TULLOCH, Directeur

assisté de Maître A. de FOUCAULD, Avocat

-72-