# EXHIBIT A

**EXHIBIT A**

**Preliminary List of Artifacts from the French Collection**

*RMST reserves the right to remove or add artifacts from the French Collection to this list and will provide an updated list in subsequent Periodic Reports if it makes such adjustments.*

| | Artifact Description | Accession Number |
|---|---|---|
| 1. | Spoon, Knife, and Fork | 87/0193.04, 87/0017.06, 87/0018 |
| 2. | Second Class Ladle | 87/0029 |
| 3. | Kettle, Stockpot, and Saucepan | 87/0160, 87/0161, 87/0162 |
| 4. | Deck Service Cup and Saucer | 87/0295.1, 87/0303.1 |
| 5. | Second Class Plate and Bowl | 87/0331.03, 87/0331.04 |
| 6. | Third Class Plate, Cup, and Bowl | 87/0317.1, 87/0006.1, 87/0008.1 |
| 7. | First Class Saucer, Hors d'Oeuvres Dish, and Plate | 87/0016, 87/0306.B1, 87/0307.B |
| 8. | First Class Teapot, À la Carte Restaurant | 87/0241 |
| 9. | Wine Bottle | 87/0264 |
| 10. | Cut Crystal Carafe with White Star Line Flag | 87/0314 |
| 11. | Folkestone Watering Can | 87/0013 |
| 12. | Two Faience Vases with Antique Decoration | 87/0329.1, 87/0329.2 |
| 13. | Faience Jar, "H.P. Truefitt Ltd.," with Lid | 87/0298.A3, 87/0298.B3 |
| 14. | Ceramic Bathroom Floor Tile, "Villeroy & Boch Mettlach" | 87/0291.1 |
| 15. | Galley Flooring, "J.C. Edwards" | 87/0292 |
| 16. | "Doulton & Co." Sink with Faucets | 87/0159, 87/0159.1 |
| 17. | Bronze Cherub | 87/0286 |
| 18. | Chandelier, Gilded by Electrolysis | 87/0151 |
| 19. | Deck Bench Armrest | 87/0178 |
| 20. | Porthole, Venting | 87/0158, 87/0158.1, 87/0158.2 |
| 21. | Deck Bell | 87/0154 |
| 22. | Forward Masthead Light | 87/0156, 87/0156.1 |
| 23. | Passageway Lamp | 87/0167.1, 87/0167.2, 87/0167.3, 87/0167.4, 87/0167.5 |
| 24. | Electrical Deck Lamp | 87/0182 |
| 25. | Electrical Fuse Panel | 87/0185 |
| 26. | Storage Water Heater | 87/0169A, 87/0169A.1, 87/0169B, 87/0169B.1, 87/0169B.2, 87/0169B.3, 87/0169B.4, 87/0169B.5, 87/0169C.1, 87/0169C.2, 87/0169C.3, 87/0169C.4 |
| 27. | Fire-Resisting Safe, Thomas Perry & Son | 87/0332.A, 87/0332.B, 87/0332.C, 87/0332.D, 87/0332.E, 87/0332.F, 87/0332.G, 87/0332.H, 87/0332.I, 87/0332.J, 87/0332.K, 87/0332.L |
| 28. | Binnacle for Navigational Compass, "Lord Kelvin" | 87/0165A, 87/0165B, 87/0165C |
| 29. | Steering Stand for Ship's Emergency Wheel (Stern) | 87/0153 |
| 30. | Stoking Indicator | 87/0184.A, 87/0184.B, 87/0184.C |
| 31. | Telegraph | 87/0176.A |
| 32. | Wall Telephone | 87/0186 |

1

| 33. | Megaphone | 87/0100 |
|---|---|---|
| 34. | Cotton Steward's Shirt with the Name "Broome" | 87/0320 |
| 35. | White Star Line Uniform Button | 87/0032.1 |
| 36. | Purser Tag | 87/0308.06 |
| 37. | Waiter's Pad from the À la Carte Restaurant | 87/0038 |
| 38. | Spectacles and Case | 87/0113A, 87/0113B |
| 39. | Hairbrush and Hand Mirror | 87/0004, 87/0005 |
| 40. | Pocket Watch | 87/0051 |
| 41. | Gold Wrist Watch | 87/0139 |
| 42. | Silver Jewelry Box | 87/0094 |
| 43. | Silver Mesh Bag | 87/0096 |
| 44. | "Amy" Bracelet | 87/0047 |
| 45. | Bracelet with Heart Lock | 87/0082 |
| 46. | Ring with Sapphires and Diamond | 87/0065 |
| 47. | Ring with Three Diamonds | 87/0076 |
| 48. | Filigree Ring with Diamonds | 87/0075 |
| 49. | Filigree Diamond Pendant Necklace | 87/0046 |
| 50. | Ribbon Brooch with Diamonds | 87/0071 |
| 51. | Brooch with Diamonds and Pearls | 87/0045 |
| 52. | Tie Pin with Diamonds | 87/0053 |
| 53. | Tie Pin with Diamond Southern Star | 87/0054 |
| 54. | Necklace of Gold Nuggets | 87/0074 |
| 55. | Necklace with Heart Pendant | 87/0081 |
| 56. | Heart-Shaped Pendant | 87/0059 |
| 57. | Twisted Chain with Star Pendant | 87/0069 |
| 58. | Etruscan Bead Necklace | 87/0086 |
| 59. | Charm Necklace | 87/0099 |
| 60. | Coin Medallion of Roman Emperor Antoninus Pius | 87/0048 |
| 61. | France- 20 Franc; 1859; Napoleon III (6) | 87/0068A.01, 87/0068A.02, 87/0068A.20, 87/0068A.21, 87/0091.001, 87/0091.002 |
| 62. | U.K.- Sovereign; 1897; Victoria (5) | 87/0068A.04, 87/0068A.57, 87/0091.003, 87/0091.049, 87/0091.078 |
| 63. | U.K.- One Penny; 1891; Victoria (10) | 87/0068A.26, 87/0068A.27, 87/0068A.28, 87/0068A.29, 87/0068A.30, 87/0068A.31, 87/0068A.32, 87/0068A.33, 87/0068A.34, 87/0068A.35 |
| 64. | U.K.-sovereign; 1912; George V (5) | 87/0091.031, 87/0091.032, 87/0091.033, 87/0091.034, 87/0091.035 |
| 65. | U.K.-sovereign; 1907; Edward VII (5) | 87/0091.011, 87/0091.015, 87/0091.018, 87/0091.019, 87/0091.027 |
| 66. | U.K.- 1 Florin/ 2 Schillings; 1901; Victoria (8) | 87/0091.116, 87/0091.118, 87/0091.119, 87/0091.121, 87/0091.123, 87/0091.124, 87/0091.127, 87/0091.129 |
| 67. | U.K.- One Shilling; 1872; Victoria (9) | 87/0091.061, 87/0091.062, 87/0091.063, 87/0091.064, 87/0091.069, 87/0091.070, 87/0091.071, 87/0091.075, 87/0091.076 |
| 68. | U.K.- One Penny; 1902; Edwardus VII (10) | 87/0068A.64, 87/0068A.65, 87/0068A.66, 87/0068A.67, 87/0068A.68, 87/0068A.69, 87/0068A.70, 87/0068A.71, 87/0068A.72, 87/0068A.73 |

2

| | | |
|---|---|---|
| 69. | U.K.- Half Sovereign; 1902; Edward VII (4) | 87/0091A.04, 87/0091A.05, 87/0091A.06, 87/0091A.07 |
| 70. | U.S.- Dime; 1910 (5) | 87/0068.026, 87/0068.029, 87/0068.156, 87/0068.157, 87/0068.244 |
| 71. | U.S.- Dime; 1901 (4) | 87/0068.011, 87/0068.085, 87/0068.192, 87/0068.258 |
| 72. | U.S.- Dime; 1900 (4) | 87/0068.008, 87/0068.079, 87/0068.190, 87/0068.257 |
| 73. | U.S.- Dime; 1899 (4) | 87/0068.006, 87/0068.076, 87/0068.175, 87/0068.255 |
| 74. | U.S.- Dime; 1900 (10) | 87/0068.007, 87/0068.013, 87/0068.014, 87/0068.017, 87/0068.018, 87/0068.021, 87/0068.022, 87/0068.023, 87/0068.025, 87/0068.028 |
| 75. | U.S.- Quarter; 1891 (10) | 87/0068.031, 87/0068.033, 87/0068.047, 87/0068.052, 87/0068.054, 87/0068.059, 87/0068.063, 87/0068.078, 87/0068.084, 87/0068.100 |
| 76. | U.S.- Quarter; 1894 (10) | 87/0068.049, 87/0068.055, 87/0068.060, 87/0068.065, 87/0068.102, 87/0068.111, 87/0068.122, 87/0068.140, 87/0068.150, 87/0068.155 |
| 77. | U.S.- Half Dollar; 1859 (10) | 87/0068.159, 87/0068.165, 87/0068.166, 87/0068.168, 87/0068.169, 87/0068.171, 87/0068.177, 87/0068.181, 87/0068.194, 87/0068.199 |
| 78. | U.S.- Dollar; 1881 (4) | 87/0068.247, 87/0068.248, 87/0068.249, 87/0068.252 |
| 79. | U.S.- Half Dollar; 1901 (10) | 87/0068.198, 87/0068.202, 87/0068.208, 87/0068.212, 87/0068.214, 87/0068.220, 87/0068.223, 87/0068.229, 87/0068.236, 87/0068.242 |
| 80. | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief (3) | 87/0049.006, 87/0049.012, 87/0049.013 |
| 81. | U.S. $5 Legal Tender Note; Ser. 1907; Andrew Jackson/Woodchopper (5) | 87/0049.001, 87/0049.002, 87/0049.004, 87/0049.034, 87/0049.050 |
| 82. | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief (3) | 87/0049.039, 87/0049.040, 87/0049.042 |
| 83. | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison; The Union National Bank of Indianapolis, Indiana (5) | 87/0049.007, 87/0049.022, 87/0049.025, 87/0049.026, 87/0097.063 |
| 84. | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison; First National Bank of the City of New York, New York87/0097.051 (5) | 87/0097.051, 87/0097.052, 87/0097.059, 87/0097.068, 87/0097.072 |
| 85. | U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas (5) | 87/0097.035, 87/0097.036, 87/0097.037, 87/0097.038, 87/0097.039 |
| 86. | U.S. $5 National Bank Note/ National Currency; Ser. 1902; Benjamin Harrison; The First National Bank of Gooding, Idaho (4) | 87/0049.028, 87/0097.009, 87/0097.015, 87/0097.030 |
| 87. | U.S. $10 National Bank Note/ National Currency: Ser. 1902; William McKinley; Merchants National Bank of New Bedford, Mass. (5) | 87/0097.707, 87/0097.709, 87/0097.711, 87/0097.712, 87/0097.716 |
| 88. | U.S. $10 Gold Certificate; Ser. 1907; Michael Hillegas (5) | 87/0097.697, 87/0097.698, 87/0097.699, 87/0097.701, 87/0097.703 |
| 89. | U.S. $2 Silver Certificate; Ser. 1899; George Washington (5) | 87/0097.671, 87/0097.673, 87/0097.674, 87/0097.675, 87/0097.676 |
| 90. | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief (3) | 87/0097.680, 87/0097.681, 87/0097.682 |

3

| 91. | U.S. $10 Legal Tender Note; Ser.1901; Lewis and Clark/Bison (3) | 87/0097.695, 87/0097.696, 87/0097.730 |
|---|---|---|
| 92. | U.S. $10 Legal Tender Note ; Ser. 1901; Lewis/Clark Bison (3) | 87/0097.003, 87/0097.004, 87/0097.005 |
| 93. | U.S. $5 Silver Certificate; Ser. 1899; Indian Chief (5) | 87/0097.079, 87/0097.080, 87/0097.082, 87/0097.083, 87/0097.084 |
| 94. | U.S. $2 Silver Certificate; Ser. 1899; George Washington (6) | 87/0097.190, 87/0097.191, 87/0097.197, 87/0097.198, 87/0097.199, 87/0097.200 |
| 95. | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant (10) | 87/0097.239, 87/0097.240, 87/0097.241, 87/0097.242, 87/0097.243, 87/0097.244, 87/0097.245, 87/0097.247, 87/0097.249, 87/0097.250 |
| 96. | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant (10) | 87/0097.257, 87/0097.258, 87/0097.259, 87/0097.261, 87/0097.262, 87/0097.263, 87/0097.264, 87/0097.266, 87/0097.267, 87/0097.268 |
| 97. | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant (10) | 87/0097.290, 87/0097.291, 87/0097.292, 87/0097.293, 87/0097.295, 87/0097.296, 87/0097.297, 87/0097.298, 87/0097.299, 87/0097.300 |
| 98. | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant (10) | 87/0097.660, 87/0097.661, 87/0097.662, 87/0097.663, 87/0097.664, 87/0097.665, 87/0097.666, 87/0097.667, 87/0097.668, 87/0097.669 |
| 99. | U.S. $1 Silver Certificate; Ser.1899; Eagle/ Abraham Lincoln/ Ulysses S. Grant (10) | 87/0097.649, 87/0097.650, 87/0097.651, 87/0097.652, 87/0097.653, 87/0097.654, 87/0097.655, 87/0097.656, 87/0097.657, 87/0097.659 |
| 100. | Dominion of Canada $5 Bank Note; Bank of Nova Scotia (5) | 87/0097.722, 87/0097.723, 87/0097.732, 87/0097.737, 87/0097.738 |