**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**R.M.S. TITANIC, INC.,**
**successor-in-interest to**
**Titanic Ventures, limited partnership,**
   **Plaintiff,**

**v.**            **Civil Action No. 2:93cv902**

**THE WRECKED AND ABANDONED VESSEL,**
**ITS ENGINES, TACKLE, APPAREL,**
**APPURTENANCES, CARGO, ETC., LOCATED**
**WITHIN ONE (1) NAUTICAL MILE OF A POINT**
**LOCATED AT 41 43' 32" NORTH LATITUDE**
**AND 49 56' 49" WEST LONGITUDE,**
**BELIEVED TO BE THE R.M.S. TITANIC**
**in rem,**
   **Defendant.**

**UNITED STATES' RESPONSE TO JUNE 4, 2026, ORDER**

On June 4, 2026, the Court issued an order resolving the scope and extent of redactions proposed by RMST to its March 6, 2026, Periodic Report, ECF No. 790, and its April 9, 2026, Periodic Report, ECF No. 804, and exhibits thereto. *See* Order, ECF No. 821; *see also* ECF Nos. 809 (RMST's proposed redactions); ECF No. 818 (RMST's proposed supplemental redactions); ECF Nos. 810 and 820 (United States' response to proposed redactions). RMST has since re-filed the March 6, 2026, Periodic Report, and April 9, 2026, Periodic Report, on the public record redacted only to the extent authorized by the Court. *See* ECF No. 822 (March 6, Periodic Report); ECF No. 823 (April 9, 2026, Periodic Report).

On March 31, 2026, the United States filed a response to RMST's March 6, 2026, Periodic Report. *See* ECF No. 797. The United States requested that its response be placed under seal in its entirety in light of the March 6, 2026, Periodic Report being placed under seal. *See* ECF Nos. 794, 795. The Court's June 4, 2026, order, as well as its prior April 21, 2026, Order (ECF No.

1

808), directed the United States to submit within seven days of the June 4, 2026, order, proposed redactions to its March 31, 2026, response, to the extent necessary and "consistent with the redactions approved by" the June 4, 2026, order. ECF No. 821 at 10.

Upon further review, the United States concludes that, in light of the Court's June 4, 2026, order limiting the scope of redactions to RMST's Periodic Reports, the United States' March 31, 2026, response does not contain or reference sensitive information of RMST's that is not now already available on the public docket.

Accordingly, the United States proposes that its March 31, 2026, response, ECF No. 797, and Exhibits 1 and 2 attached thereto, ECF Nos. 797-1, 797-2, be filed on the public docket with no redactions.

Respectfully submitted,

UNITED STATES OF AMERICA,
*Amicus*

**TODD W. BLANCHE**
ACTING ATTORNEY GENERAL

By:    /s/ Kent P. Porter
Kent P. Porter, VSB No. 22853
Supervising Assistant U.S. Attorney
Office of the United States Attorney
101 W. Main Street, Suite 8000
Norfolk, Virginia  23510-1671
Phone: (757) 441-6331
Fax: (757) 441-6689
Email:  kent.porter@usdoj.gov
*Counsel for United States of America*