**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
        Plaintiff,

v.                                                  Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
<u>in rem</u>,
        Defendant.

## <u>RMS TITANIC, INC.'S REPLY TO UNITED STATES' RESPONSE TO JUNE 4, 2026, ORDER</u>

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST"), by counsel, and submits this reply to the United States' Response to June 4, 2026 Order [ECF No. 824].

RMST has no objection to the United States' proposal that its March 31, 2026, response, ECF No. 797, and Exhibits 1 and 2 attached thereto, ECF Nos. 797-1, 797-2, be filed on the public docket with no redactions.

Dated:  June 12, 2026              Respectfully submitted,

                                     **RMS TITANIC, INC.**

                                     By Counsel:

                                     */s/ Brian A. Wainger*
                                     Brian A. Wainger, VSB #38476
                                     William R. Poynter, VSB #48672

1

*Attorneys for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 621-3887
Fax: (757) 655-1958
E-Mail: bwainger@kaleolegal.com
wpoynter@kaleolegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Brian A. Wainger
Brian A. Wainger, VSB #38476
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 621-3887
Fax: (757) 655-1958
E-Mail: bwainger@kaleolegal.com