UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to Titanic
Ventures, limited partnership,

        Plaintiff,

    v.                                    CIVIL NO. 2:93-cv-902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE, BELIEVED
TO BE THE R.M.S. TITANIC, IN REM,

        Defendant.

## ORDER

This matter comes before the court on the United States'
Motion to File Unredacted Response to Periodic Report Under Seal.
ECF No. 794 ("Motion to Seal"). The United States sought to keep
under seal an unredacted copy of its "Response to RMST's Notice of
Intent to Sell French Artifacts," which was filed under seal on
March 31, 2026. ECF No. 797 ("Response").

On April 21, 2026, the court entered an Order, ECF No. 808,
taking the Motion to Seal under advisement pending the United
States' submission of proposed redactions to its Response. See id.

at 11.[1] On June 11, 2026, the United States notified the court that it has no proposed redactions to its Response, and it instead proposes that the Response now "be filed on the public docket with no redactions." ECF No. 824 at 2. The following day, June 12, 2026, R.M.S. Titanic, Inc. ("RMST"), notified the court that it "has no objection to the United States' proposal that its March 31, 2026, response, ECF No. 797, and Exhibits 1 and 2 attached thereto, ECF Nos. 797-1, 797-2, be filed on the public docket with no redactions." ECF No. 825 at 1.

Accordingly, the Clerk is **DIRECTED** to lift the seal on the United States' Response, ECF No. 797, and exhibits thereto, and the United States' Motion to Seal, ECF No. 794, is **MOOT**.

The Clerk is further **DIRECTED** to forward a copy of this Order to current counsel of record for RMST and the United States.

    **IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

June 12 , 2026

---

[1] See the court's Orders dated April 21, 2026, ECF No. 808, May 15, 2026, ECF No. 816, and June 4, 2026, ECF No. 821, for a procedural history of the unsealing of filings in this matter concerning RMST's planned sale of certain artifacts belonging to the French TITANIC Artifact Collection. See R.M.S. Titanic, Inc. v. Wrecked & Abandoned Vessel, 742 F. Supp. 2d 784, 811 (E.D. Va. 2010) (defining "French TITANIC Artifact Collection").