UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

R.M.S. TITANIC, INC.,
successor-in-interest to Titanic
Ventures, limited partnership,

        Plaintiff,

    v.                               CIVIL NO. 2:93-cv-902

THE WRECKED AND ABANDONED VESSEL, ITS
ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43' 32" NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE, BELIEVED
TO BE THE R.M.S. TITANIC, IN REM,

        Defendant.

ORDER

The matter of R.M.S. Titanic, Inc.'s ("RMST") proposed auction of approximately one hundred (100) artifacts belonging to the French TITANIC Artifact Collection is mature and ripe for the scheduling of an evidentiary hearing. See ECF No. 798 at 4-6 (Order); see also R.M.S. Titanic, Inc. v. Wrecked & Abandoned Vessel, 742 F. Supp. 2d 784, 811 (E.D. Va. 2010) (defining "French TITANIC Artifact Collection"). It is **ORDERED** that RMST and the United States shall file any supplemental briefing concerning the proposed auction on or before June 29, 2026, with the filing of any response on or before July 10, 2026, all by 5:00 PM on the date of filing and in compliance with Local Rule 7(F)(3).

2

The Clerk is **DIRECTED** to forward a copy of this Order to current counsel of record for RMST and the United States.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

June 15, 2026

2