**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

R.M.S. TITANIC, INC.,
successor-in-interest to
Titanic Ventures, limited partnership,
Plaintiff,

v. Civil Action No. 2:93cv902

THE WRECKED AND ABANDONED VESSEL,
ITS ENGINES, TACKLE, APPAREL,
APPURTENANCES, CARGO, ETC., LOCATED
WITHIN ONE (1) NAUTICAL MILE OF A POINT
LOCATED AT 41 43/ 32' NORTH LATITUDE
AND 49 56' 49" WEST LONGITUDE,
BELIEVED TO BE THE R.M.S. TITANIC
in rem,
Defendant.

**PERIODIC REPORT**

NOW COMES Plaintiff, R.M.S. Titanic, Inc. ("RMST" or the "Company"), by counsel, and submits this Periodic Report to update the Court after the hearing on August 13, 2026.

## I. RESERVE ACCOUNT

As of August 17, 2026, the balance in RMST's reserve account was $ 1,641,144.87. The Company made its most recent quarterly deposit on August 13, 2026, and the next deposit will be made on November 30, 2026.

## II. FRENCH ARTIFACTS

During the August 13, 2026 hearing, the Court raised a concern about the inconsistent references to the number of artifacts included in the French Artifacts. *See* Transcript of Proceedings, August 13, 2026 at 19-20. Prior opinions typically refer to the French Artifacts as approximately 1,800 artifacts recovered over the course of thirty-two dives to the *Titanic* wreck. *See, e.g., R.M.S. Titanic, Inc. v. The Wrecked and Abandoned Vessel*, 435 F.3d 521, 524 (4th Cir.

2006); *R.M.S. Titanic, Inc. v. Haver*, 171 F.3d 943, 952 (4th Cir. 1999). Some orders or pleadings refer to the number of French Artifacts as 2,100. *See, e.g., RMS Titanic, Inc. v. French Republic a/k/a Republic of France*, Case No. 3:16-bk-2230, Adv. No. 3:16-ap-183, September 29, 2017 Order [ECF No. 822-2] (referring to the French Artifacts as "approximately 2,100 artifacts that were recovered from the wreck site of the RMS Titanic during an expedition conducted in 1987."). As noted in the various opinions, the number of French Artifacts, however, is approximate, "as the data sometimes varies, depending on whether related objects are counted as a group or individually." *R.M.S. Titanic, Inc. v. Wrecked and Abandoned Vessel*, 742 F.Supp.2d 784, n.2 (E.D. Va. 2010).

For the same reasons, artifacts included in the preliminary list of French Artifacts RMST plans to include in a public auction can be counted individually or in groups or "lots." *See* ECF No. 822-1. RMST maintains a catalog of all artifacts, including the French Artifacts. Counting the artifacts individually, 361 artifacts are included within the subset of French Artifacts anticipated to be sold in a public auction. Counting the artifacts in groups or lots, 100 artifacts are included within the subset of French Artifacts anticipated to be sold in a public auction.

## III. TITANIC COLLECTIONS

The Court also inquired when RMST last provided the Court with an inventory of the Subject TITANIC Artifact Collection ("STAC"). *See* Transcript of Proceedings, August 13, 2026 at 18. On September 14, 2018, NOAA submitted requests for information to RMST. On or about October 3, 2018, RMST responded to NOAA's request. RMST's response addressed: (i) the Company's management structure and philosophy regarding the Titanic Collections; (ii) RMST's staffing, particularly with respect to qualified experts with collection and conservation experience; (iii) management, conservation, and curation of the Titanic Collections; (iv) intracompany

agreements; (v) financial information; and (vi) the Company's intentions with respect to its salvor-in-possession status. Attached as Exhibit E to RMST's response is a list identifying where each Titanic artifact is located, which was provided to NOAA on a confidential basis.

On January 15, 2026, RMST filed a Periodic Report in accordance with the Court's December 26, 2025 Order [ECF No. 769] requiring RMST to provide documents responsive to the United States' requests for information. ECF No. 778. As stated in the January 15, 2026 Periodic Report, with respect to maintaining the TITANIC Collections in accordance with current internationally recognized museum standards and practices for collection management, RMST maintains a Collection Management Policy to establish guidelines for the care, maintenance, and exhibition of the TITANIC Collections. RMST filed a copy of the Collections Management Policy as an attachment to the January 15, 2026 Periodic Report. ECF No. 778-3. As stated in the Collections Management Policy, RMST maintains a Collections Database as the main repository for physical and curatorial information on each recovered artifact. ECF No. 778-3 at 4. The Collections Database is continually updated with all artifact activity: description, inscriptions, exhibit history, movement history, exhibition location, condition information, conservation treatments and dive and research notes. *Id.* RMST's Collections personnel are responsible for establishing and updating collections records with comprehensive catalog information, which establishes the cultural context, provenance, date, and other pertinent information. *Id.* RMST's January 15, 2026 Periodic Report also included information regarding RMST's budgets for the care and conservation of the TITANIC Collections for the years 2024 through 2026; qualified experts on RMST's Collections staff; and assurances and supporting information regarding RMST's ability to appropriately care for the TITANIC Collections. ECF No. 778.

Dated: August 19, 2026

Respectfully submitted,

**RMS TITANIC, INC.**

By Counsel:

*/s/ William R. Poynter*
William R. Poynter, VSB #48672
Brian A. Wainger, VSB #38476
*Attorneys for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 276-1685
Fax: (757) 655-1958
E-Mail: wpoynter@kaleolegal.com
bwainger@kaleolegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ William R. Poynter*
William R. Poynter, VSB #48672
*Attorney for Plaintiff RMS Titanic, Inc.*
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Tel: (757) 276-1685
Fax: (757) 655-1958
E-Mail: wpoynter@kaleolegal.com